Exhibit A

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,558,634

Registered Jan. 6, 2009

## TRADEMARK
### PRINCIPAL REGISTER

### A DIAMOND IS A GIRL'S BEST FRIEND

SANDBERG & SIKORSKI CORPORATION (NEW YORK CORPORATION)
37 WEST 26TH STREET
NEW YORK, NY 10010

   FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

   FIRST USE 5-15-2008; IN COMMERCE 5-15-2008.

   THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,269,035.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIAMOND", APART FROM THE MARK AS SHOWN.

   SN 77-307,474, FILED 10-18-2007.

RENEE MCCRAY, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,269,035

Registered July 24, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# DIAMONDS ARE A
# GIRL'S BEST FRIEND

SANDBERG & SIKORSKI CORPORATION (NEW YORK CORPORATION)

37 WEST 26 STREET

NEW YORK, NY 10010

  FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

  FIRST USE 12-15-2006; IN COMMERCE 12-15-2006.

  THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIAMONDS", APART FROM THE MARK AS SHOWN.

  SN 78-366,026, FILED 2-11-2004.

CAROLINE WOOD, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# MARILYN

**Reg. No. 4,040,943**

**Registered Oct. 18, 2011**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

MM-ABG, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
NEW YORK, NY 10001

FOR: WINES, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,889,730.

THE NAME "MARILYN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 85-197,845, FILED 12-14-2010.

LAKEISHA LEWIS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MARILYN MERLOT

**Reg. No. 4,139,191**
**Registered May 8, 2012**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
NEW YORK, NY 10001

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEER, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 12-31-1987; IN COMMERCE 12-31-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,889,730 AND 4,040,943.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MERLOT", APART FROM THE
MARK AS SHOWN.

THE NAME "MARILYN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 85-428,531, FILED 9-21-2011.

DAVID COLLIER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,985,935

Registered Aug. 16, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# MARILYN MONROE

MARILYN MONROE LLC (DELAWARE COR-
PORATION)
9 EAST LOOKERMAN ST.
DOVER, DE 19901

FOR: LEATHER AND IMITATIONS OF LEA-
THER, AND GOODS MADE OF THESE MATERI-
ALS AND NOT INCLUDED IN OTHER CLASSES,
NAMELY HAND LUGGAGE, SUITCASES,
TRUNKS, HAT BOXES, WARDROBE CASES, HAND
BAGS, WALLETS; TRAVEL WARE, NAMELY AT-
TACHE CASES, BRIEFCASE-TYPE PORTFOLIOS,
KEY CASES, TRAVEL KIT BAGS SOLD EMPTY,
SHOPPING BAGS MADE OF LEATHER, POCKET-
BOOKS AND PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 1,889,730,
AND 2,223,599.

APPLICANT STATES THAT "MARILYN MON-
ROE" DOES NOT IDENTIFY A PARTICULAR LIV-
ING INDIVIDUAL.

SN 76-562,969, FILED 12-3-2003.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,223,599

Registered Feb. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## MARILYN MONROE

ANNA STRASBERG, A U.S. CITIZEN, AS THE EXECUTOR OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)
C/O CMG WORLDWIDE, INC.
10600 CROSSPOINT BOULEVARD
INDIANAPOLIS, IN 46256

FOR: CLOTHING, NAMELY, BATH ROBES, BATH SANDALS, BATH SLIPPERS, BATHING CAPS, BATHING SUITS, BEACHWEAR, BEACH SHOES, BELTS, BERETS, BOOTS, BRASSIERES, CAMISOLES, CAPS, COATS, CORSELETS, CORSETS, DRESSING GOWNS, FUR STOLES, FUR JACKETS, FUR COATS, FUR MUFFS, FUR CLOAKS, GLOVES, HATS, HOSIERY, JACKETS, JUMPERS, LEGGINGS, NECKTIES, PAJAMAS, PANTS, PETTICOATS, SANDALS, SCARVES, SHAWLS, SHIRTS, SHOULDER WRAPS, SKIRTS, SLIPPERS, SLIPS, SMOCKS, SOCKS, STOCKINGS, SUITS, SUSPENDERS, SWEATERS, SWIMSUITS, TEDDIES, T-SHIRTS, TIGHTS, UNDERCLOTHING, UNDERPANTS, UNDERWEAR, AND VESTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-15-1995; IN COMMERCE 10-15-1995.

OWNER OF U.S. REG. NOS. 1,509,758 AND 1,889,730.

SER. NO. 75-243,242, FILED 2-18-1997.

JUDITH GRUNDY, EXAMINING ATTORNEY

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, and 50**

Reg. No. 2,180,950

## United States Patent and Trademark Office

Registered Aug. 11, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## MARILYN MONROE

ADMINISTRATRIX, C.T.A OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)
135 CENTRAL PARK WEST
NEW YORK, NY 10023 ADMINISTRATRIX, C.T.A OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)

135 CENTRAL PARK WEST
NEW YORK, NY 10023

FOR: STAMPS AND PHILATELIC GOODS, NAMELY, ENVELOPES AND AIR LETTERS, FIRST DAY COVERS, STAMP FOLIOS, SAVER SLEEVES, SOUVENIR PAGES, COMMEMORA-TIVE STAMP PANELS, SOUVENIR CARDS, FOLDERS WITH MINT OR CANCELED STAMPS AND STAMP KITS OR PACKS THAT CONTAIN STAMPS OR ANY OF THE ABOVE ITEMS SOLD AS A UNIT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6–1–1995; IN COMMERCE 6–1–1995.
OWNER OF U.S. REG. NOS. 1,509,758 AND 1,889,730.

SN 74–717,207, FILED 8–18–1995.

ANDREW BENZMILLER, EXAMINING AT-TORNEY



# United States of America

### United States Patent and Trademark Office

# Marilyn Monroe

**Reg. No. 4,336,364**

**Registered May 14, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
C/O AUTHENTIC BRANDS GROUP, LLC
NEW YORK, NY 10001

FOR: BRACELETS; BROACHES; BRONZE JEWELRY; CHARMS; CHARMS FOR COLLAR JEWELRY AND BRACELET; COSTUME JEWELRY; DIAMOND JEWELRY; GEMSTONE JEWELRY; GOLD THREAD JEWELRY; HAIR JEWELRY IN THE NATURE OF JEWELRY FOR USE IN THE HAIR; INEXPENSIVE NON-JEWELRY WATCHES; JEWELRY; JEWELRY AND IMITATION JEWELRY; JEWELRY BOXES; JEWELRY CASES; JEWELRY WATCHES; LAPEL PINS; RINGS; WATCHES AND JEWELRY; WATCHES, CLOCKS, JEWELRY AND IMITATION JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1983; IN COMMERCE 10-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 2,180,950, AND OTHERS.

THE NAME "MARILYN MONROE" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 85-978,810, FILED 5-20-2011.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# Marilyn Monroe

**Reg. No. 4,527,088**

**Registered May 6, 2014**

**Int. Cls.: 16, 25, and 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
C/O AUTHENTIC BRANDS GROUP, LLC
NEW YORK, NY 10001

FOR: ADDRESS BOOKS AND DIARIES; DIARIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-2012; IN COMMERCE 7-1-2012.

FOR: BEACH FOOTWEAR; FOOTWEAR; FOOTWEAR FOR MEN AND WOMEN; FOOT-WEAR, NAMELY, PUMPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2013; IN COMMERCE 5-1-2013.

FOR: CARPETS; CARPETS, RUGS, MATS AND MATTING, LINOLEUM FOR COVERING EXISTING FLOORS; VEHICLE CARPETS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 2,180,950, AND OTHERS.

THE NAME "MARILYN MONROE" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 85-981,452, FILED 5-20-2011.

SIMON TENG, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 4,419,275**

**Registered Oct. 15, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 W. 33RD STREET, SUITE 1007
NEW YORK, NY 10001

FOR: JEWELRY; CLOCKS; LAPEL PINS; AND RUBBER OR SILICON BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-10-2012; IN COMMERCE 10-10-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 2,223,599, AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 85-554,084, FILED 2-27-2012.

MICHELLE DUBOIS, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# Marilyn Monroe

**Reg. No. 4,743,834**

**Registered May 26, 2015**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
C/O AUTHENTIC BRANDS GROUP, LLC
NEW YORK, NY 10001

FOR: PORCELAIN MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 2,180,950, AND OTHERS.

THE NAME "MARILYN MONROE" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 85-326,352, FILED 5-20-2011.

SIMON TENG, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 4,758,793**
**Registered June 23, 2015**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
NEW YORK, NY 10001

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-15-2012; IN COMMERCE 9-15-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 2,180,950 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT
IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 86-321,877, FILED 6-26-2014.

ERNEST SHOSHO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 5,481,423**

**Registered May 29, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Floor
New York, NEW YORK 10018

CLASS 9: Computer game software; video game programs; and computer software platforms for social networking; interactive video game programs; downloadable electronic game programs and computer software platforms for social networking via the internet, computers and wireless devices; computer software to enable uploading, posting, showing, displaying, tagging, blogging or sharing electronic media or information in the fields of virtual communities, electronic gaming, entertainment, and general interest via the Internet or other communications networks with third parties; downloadable virtual goods, namely, consumer programs featuring consumer goods in the nature of articles of clothing, beauty products, shoes, pets, fashion accessories and household goods for use in online virtual worlds

FIRST USE 12-30-2012; IN COMMERCE 12-30-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4487208, 4487210, 1889730

The name "MARILYN MONROE" does not identify a living individual.

SER. NO. 86-734,837, FILED 08-24-2015



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 5,205,677**

**Registered May 16, 2017**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th floor
New York, NY 10018

CLASS 24: Table linens, namely, coasters, napkins, place mats, table cloths; bath sheets; bedding, namely, fitted sheets, flat sheets, comforters, quilts, duvet covers, throw blankets, pillow cases, pillow shams, dust ruffles, bed spreads; fabric window treatments, namely, drapes, window panels, window sheers; kitchen textiles, namely, towels, placemats; shower curtains

FIRST USE 12-30-2016; IN COMMERCE 12-30-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4487208, 4743834, 1889730

The name "MARILYN MONROE" does not identify a living individual.

SER. NO. 86-825,012, FILED 11-18-2015
KATHERINE M DUBRAY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 5,956,159**

**Registered Jan. 07, 2020**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Floor
New York, NEW YORK 10018

CLASS 3: False nails; Moisturizing body lotions; Nail polish; Nail polish removers; Nail art stickers; Nail cosmetics; Nail enamel removers; Nail enamels; Nail gel; Nail glitter; Nail hardeners; Nail polishing powder; Nail varnish for cosmetic purposes; Adhesives for false eyelashes, hair and nails; Body lotions; Cosmetic preparations for nail drying; Hand lotions; Lotions for strengthening the nails; Skin moisturizers used as cosmetics

FIRST USE 10-31-2012; IN COMMERCE 10-31-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The Name "MARILYN MONROE" does not identify a living individual.

SER. NO. 87-667,449, FILED 11-01-2017





Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 5,978,750**

**Registered Feb. 04, 2020**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Floor
New York, NEW YORK 10018

CLASS 20: Accent pillows; bed pillows; bolsters; feather beds; mirror frames; mirrors; neck pillows; picture frames; pillows; toilet mirrors being hand-held mirrors

FIRST USE 9-7-2018; IN COMMERCE 9-7-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name "MARILYN MONROE" does not identify a living individual.

SER. NO. 87-755,273, FILED 01-15-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 5,928,036**

**Registered Dec. 03, 2019**

**Int. Cl.: 13**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Foor
New York, NEW YORK 10018

CLASS 13: Fireworks

FIRST USE 11-1-2018; IN COMMERCE 11-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-117,471, FILED 09-14-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 6,211,936**

**Registered Dec. 01, 2020**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
Authentic Brands Group, Llc
1411 Broadway, 21st Floor
New York, NEW YORK 10018

CLASS 30: confectionery made of sugar, candy

FIRST USE 10-1-2020; IN COMMERCE 10-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5481423, 4419275

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-379,260, FILED 04-10-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 6,025,494**

**Registered Mar. 31, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
Authentic Brands Group, Llc
1411 Broadway
New York, NEW YORK 10018

CLASS 28: Card games, board games, tabletop games, chess games, checkers games, poker chips, playing cards, puzzle games, tabletop games, video game machines, video game consoles, toy stuffed animals, plush toys, plastic character toys, novelty toy items in the nature of plastic candy dispensers designed as toys, toy figures, pet toys, dolls, playsets for dolls, doll clothing, paper dolls; artificial Christmas trees, Christmas tree ornaments, stands and skirts, balls for sports, bats for games; rackets for tennis, squash, racquetball, badminton and table tennis; jump ropes, exercise treadmills, gymnastic apparatus, skateboards, snowboards, surfboards, ice skates, roller skates, trampolines; athletic tape; grip tape for rackets, golf clubs and baseball bats, mouth; arm, leg and shin guards for athletic use; boxing gloves, punching bags, exercise weights; ankle, wrist and leg weights for exercise; weight lifting belts and gloves; weight lifting benches, kettle bells; floating recreational lounge chairs; arm floats for swimming, swim floats; inflatable float mattresses or pads for recreational use; inflatable inner tubes for aquatic recreational use; swim fins; swimming kick boards

FIRST USE 9-30-2017; IN COMMERCE 9-30-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5481423, 4419275, 3558634

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-379,455, FILED 04-10-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# MARILYN MONROE

**Reg. No. 6,100,911**

**Registered Jul. 14, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
C/o Authentic Brands Group, Llc
1411 Broadway
New York, NEW YORK 10018

CLASS 35: Online retail store services featuring calendars, stationery, cosmetics, home goods, personal care products, bath, body and beauty products, artwork, posters, books, apparel, fashion accessories, jewelry, shoes, luggage, puzzles, dolls, toys, DVDs, CDs

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1889730, 4487210, 4487208

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-737,604, FILED 12-23-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,758,794**

**Registered June 23, 2015**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
NEW YORK, NY 10001

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-15-2012; IN COMMERCE 9-15-2012.

OWNER OF U.S. REG. NOS. 1,509,758, 2,180,950 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF STYLIZED WORDS "MARILYN MONROE".

SER. NO. 86-321,904, FILED 6-26-2014.

ERNEST SHOSHO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,928,263**

**Registered Dec. 03, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Floor
New York, NEW YORK 10018

CLASS 25: Blouses; Dresses; Footwear; Hosiery; Jackets; Lingerie; Pants; Scarves; Shirts; T-shirts; Undergarments; Underwear; Denims; Outer jackets

FIRST USE 3-15-2012; IN COMMERCE 3-15-2012

The mark consists of the words "MARILYN MONROE" in stylized letters.

OWNER OF U.S. REG. NO. 1889730, 4527088, 2223599

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-159,784, FILED 10-18-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,928,256**

**Registered Dec. 03, 2019**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Floor
New York, NEW YORK 10018

CLASS 14: Jewelry; Jewelry boxes; Jewelry boxes of precious metal; Jewelry brooches; Jewelry cases; Jewelry chains; Jewelry charms; Jewelry for the head; Jewelry watches; Watches; Bracelets; Bronze jewelry; Brooches being jewelry; Clocks and watches; Musical jewelry boxes; Pins being jewelry

FIRST USE 9-30-2019; IN COMMERCE 9-30-2019

The mark consists of "MARILYN MONROE" in stylized letters.

OWNER OF U.S. REG. NO. 4419275, 4336364

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-158,366, FILED 10-17-2018

Director of the United States
Patent and Trademark Office

Int. Cls.: 9, 16, 21, 24, 28, 33 and 35

Prior U.S. Cls.: 22, 26, 30, 37, 38, 42, 47, 50 and 101

## United States Patent and Trademark Office

Reg. No. 1,889,730
Registered Apr. 18, 1995

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

*Marilyn Monroe*

ADMINISTRATRIX, C.T.A. OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)
135 CENTRAL PARK WEST
NEW YORK, NY 10023

FOR: EYEWEAR, NAMELY EYEGLASSES, SUNGALSSES, AND FRAMES THEREFOR, IN CLASS 9 (U.S. CL. 26).
FIRST USE 9-0-1989; IN COMMERCE 9-0-1989.
FOR: GIFT BAGS AND CALENDARS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.
FOR: COLLECTOR PLATES, IN CLASS 21 (U.S. CLS. 30 AND 50).
FIRST USE 6-15-1990; IN COMMERCE 6-15-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 12-0-1988; IN COMMERCE 12-0-1988.
FOR: PORCELAIN DOLLS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 7-0-1990; IN COMMERCE 7-0-1990.
FOR: WINE, IN CLASS 33 (U.S. CL. 47).
FIRST USE 11-16-1987; IN COMMERCE 11-16-1987.
FOR: HISTORICAL FIGURE LICENSING SERVICES, IN CLASS 35 (U.S. CL. 101).
FIRST USE 4-1-1986; IN COMMERCE 4-1-1986.
THE NAME IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-502,875, FILED 3-21-1994.

ELIZABETH A. DUNN, EXAMINING ATTORNEY

Int. Cls.: 3, 14, 16, 25 and 28

Prior U.S. Cls.: 22, 26, 28, 37, 38, 39, 50 and 51

Reg. No. 1,509,758

## United States Patent and Trademark Office

Registered Oct. 25, 1988

### TRADEMARK
### PRINCIPAL REGISTER

*Marilyn Monroe*

EXECUTOR OF THE ESTATE OF MARILYN
    MONROE, THE (NEW YORK ESTATE)
C/O AARON FROSCH, EXECUTOR
641 LEXINGTON AVENUE
NEW YORK, NY 10016

FOR: PERFUME, IN CLASS 3 (U.S. CL. 51).
FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.

FOR: WATCHES, IN CLASS 14 (U.S. CL. 28).
FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.

FOR: CLOTHING PATTERNS, BALLPOINT
PENS, POSTERS AND GREETING CARDS, IN
CLASS 16 (U.S. CLS. 26, 37 AND 38).

FIRST USE 12–0–1983; IN COMMERCE
12–0–1983.

FOR: SLIPPERS, PANTIES, DRESSES AND
SWIMSUITS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1–0–1983; IN COMMERCE
1–0–1983.

FOR: PAPER DOLLS AND BALLOONS, IN
CLASS 28 (U.S. CLS. 22 AND 50).
FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.

SER. NO. 633,842, FILED 12–4–1986.

HELEN ROBERTS WENDEL, EXAMINING AT-
TORNEY

# United States of America

## United States Patent and Trademark Office

# MINI MARILYN

**Reg. No. 5,256,595**

**Registered Aug. 01, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Fl
New York, NY 10018

CLASS 25: clothing, namely, belts, blazers, blouses, body suits, bottoms, bras, coats, dresses, ear muffs, footwear, gloves, headwear, hosiery, jackets, jeans, fashion tops, sweatshirts, knit bottoms, knit tops, lingerie, loungewear, mittens, neckwear, pants, robes, scarves, shawls, shirts, shorts, skirts, sleepwear, socks, suits, sweaters, swimwear, t-shirts, tank tops, tops, tracksuits, underwear, vests; headgear, namely, hats and caps

FIRST USE 5-25-2017; IN COMMERCE 5-25-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2180950, 1889730, 1509758

SER. NO. 86-293,449, FILED 05-28-2014
TOBY ELLEN BULLOFF, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office