# EXHIBIT B

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

All Categories        Search    Advanced

< Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share · Add to Watchlist









Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy HIGH

18_Jewellery (302)
98% positive · Seller's other items · Contact seller

**US $17.01**
or Best Offer
Was US $18.90
Save US $1.89 (10% off)

Condition: **New with tags**
"Mala Yoga Prayer bracelet"

Sale ends in: 3d 19h

Quantity: 1    1 lot available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: yiwu, China

Delivery: Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all >






Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.65 11% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions







Cos Marilyn Monroe short paragraph pale gold curly hair wig gift design STANDARD
New (Other)
**$15.75**
$17.50 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.65 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair stretchy design
New (Other)
**$15.60**
$17.53 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig stretchy STANDARD
New (Other)
**$17.97**
$20.20 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku social wave
New (Other)
**$16.09**
$18.07 11% off
Free shipping

Cos M
gold c
New (O
**$17.19**
$19.31
Free sh

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314929075465

Last updated on Jan 28, 2024 02:36:45 PST    View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Classic Cap | Cap Size | Extra Large |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Black | Hair Origin | Synthetic |

| Item Length | 1 in | Item Weight | 1.1 lb |
| MPN | | Theme | Cosplay |
| Texture | Straight | Theme | Cosplay |
| Type | Wig | Wig Parting Type | L-Part |
| UPC | Does not apply | | |

## Item description from the seller



### Popular categories from this store    See all

Bracelet    Other

Excellent seller ! Beautiful and just as described, fast shipping, very happy with my purchase! Thanks so much!

Natural green jade Gemstone chalcedony 18k Gold chain necklace Earlobe Beautiful (#204277071621)

b***u (205) • Past 6 months

smooth transaction, item as described very nice, fast shipping, would buy from again

2.5-3mm Natural Black Diamond gemstone beads necklace 18inches Meditation Beaded (#914386/30586)

See all feedback

## You may also like

Feedback on our suggestions

    

ebay

Hi Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay

All Categories | Search | Advanced

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces








Anangel

Have one to sell? Sell now

Share | Add to Watchlist

### Anogol Blonde Synthetic Lace Front Wig Short Curly Marilyn Monroe Cosplay Wigs

2019boutique (70)
96.2% positive · Seller's other items · Contact seller

**US $36.99**
or Best Offer

Condition:  New without tags

Quantity:  1  2 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping:     US $9.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: JS, China

Delivery:     Estimated between Mon, Feb 12 and Fri, Feb 23 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:     PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
Shop now

## Similar sponsored items    See all >

Feedback on our suggestions


Synthetic HD Full Lace Wigs Braided Curly Wig 34 inches With Baby Hair For Women
New
**$84.67**
$94.08 10% off
Free shipping
Seller with a 100% positive feedback


Short Kinky Curly Human Hair Bob Wig 13x4x1 Transparent Lace Front Wig 14 inches
New
**$96.20**
$138.00 30% off
Free shipping
Last one


NEW AUCTION
Kinky Curly Lace Front Wig Human Hair Deep Wave Lace Frontal Wigs for Women 20in
New
**$85.62**
0 bids
4d 18h
Free shipping
♥ Top Rated Plus


marilyn monroe Wig Strawberry Blonde Short Curly Wig Finger Wave Heat Resistant
New
**$45.00**
Free shipping
21 watchers

## Sponsored items inspired by your views    See all >

Feedback on our suggestions


Marilyn Monroe Canvas Painting By Number DIY Picture Drawing Bedroom Home Decors
New
**$22.86**
Free shipping


2PCS Cartoon Superman Kitchen Cooking Apron Princess Funny Work Gift 31*24inch
New
**$14.39**
$17.99 20% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly wig wig hair head realisting
New (Other)
**$16.82**
$18.99 11% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift
New (Other)
**$15.84**
$17.80 11% off
Free shipping


Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$13.49**
Free shipping


Marily... Sculpt...
Pre-ow...
**$17.60**
Free sh...
Seller ...

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 126158466710

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Theme | Fashion |
| Cap Size | One Size | Hair Color Shade | Blonde |
| Type | Wig | Texture | Wavy |
| MPN | Does not apply | Item Length | Short |
| Gender | Women | Hair Origin | Synthetic |
| Brand | Unbranded | Cap Construction | Classic Cap |
| UPC | Does not apply | | |

### Item description from the seller

Welcome to my shop

## Description

1. **Material:**high quality synthetic & high-temperature resistance fibers

2. **color:**(as below)

3. **length:**as below

4.**package:**1 wig + hair cap

5.**Structure:**High-grade.ventilated.meshed

headgear with adjustable button match all head styles

6.**Being** able to make your hair style according to your needs:

Recommending to control 200degree,140degree would be better

## Payment

We accept PayPal payment

We will offer best wholesale price for you, if you but more items one time : )

## Shipping

We will send your parcel by Airmail, Under normal condition, buyer can receive the goods within 10-25 working days. Delivery standard applies to working days in the destination and excludes the time for custome clearance

Delivery Time:
About 10- 25 working days For USA
About 20-30 working days for UK, Australia and Canada

if you come from other country, please contact us to confirm the delivery time, and if you haven't received the item on the Delivery Time, Please contact us by email if you have any questions, normally, your mail will be replied within 24 Hours. If you still haven't got the reply after 24 hours, please check the spam of your email box. We will try our best to give you the best solution by communication.

## Contact us

We care our valued customers, if you have any problems please contact us immediately, we will try our best to resolve the issues, Thank you in advance for your patience.



### 2018boutique

96.2% Positive Feedback
4.JK items sold

Visit store
Contact
♡ Save seller

📅 Joined Jul 2018

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 4.9 |
| Communication | 4.8 |

#### Popular categories from this store   See all

Collectibles   Crafts   Health & Beauty   Consumer Electronics

Art   Home & Garden   Clothing, Shoes & Accessories

Toys & Hobbies   Musical Instruments & Gear

#### Seller feedback (787)

➕ 3***h (409) •  Past 6 months

Item arrived as described. I recommend this seller.

AMER USAF F-22 Raptor Stealth Air Superiority Fighter 1/100 Diecast Jet Model (#125897158465)

➕ n***s (248) •  Past year

I really liked this fantastic, highly detailed, and very good quality Legion Models model. It was all I hoped for and more. The seller was very cooperative. All was as described. The shipping was also first rate. I can highly recommend the seller to others for future purchases.

1/1000 Scale USS Enterprise CV-6 Aircraft Carrier Metal + Plastic Model In Stock (#125464634813)

➕ 0***e (738) •  Past 6 months

Just as described. Good quality and fast shipping. Recommended seller!

FMF Adjustable Rise uc Handlebar Stem 31.8/25.4"110mm for Mountain Bike Bicycle (#125839937269)

See all feedback

You may also like

ebay

Hi Jeffrey! ▾    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

[ Shop by category ▾ ]    [ Search for anything                    ]    [ All Categories ▾ ]    [ Search ]    Advanced

‹  Back to search results  >  Health & Beauty  >  Hair Care & Styling  >  Hair Extensions & Wigs  >  Wigs & Hairpieces                    Share  |  Add to Watchlist

🔥 EXTRA 20% OFF 3+ ITEMS WITH CODE DF65DS65FS5DC    See all eligible items and terms ▸






‹        ⤢    ›

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair

 2020-yeah (6232)
99.2% positive · Seller's other items · Contact seller

US $16.14
or Best Offer
List price US $37.80 ⓘ
Save US $21.66 (57% off)

Condition:    New without tags
"Mala Yoga Prayer bracelet"

Quantity:    1    1 lot available (10 items per lot)

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

↺    Breathe easy. Free shipping and returns.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: yiwu, China

Delivery:    🚚 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is greater than 7 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🌐  💳  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.    ebay
[ Shop now ]

**Similar sponsored items**    See all ›                    Feedback on our suggestions

  ♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

  ♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

  ♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
25% off 5+ with coupon

  ♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
20% off 3+ with coupon

**Sponsored items inspired by your views**    See all ›                    Feedback on our suggestions

  ♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet Cosplay
Now
**$15.32**
$17.02 10% off
Free shipping

  ♡
Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

  ♡
7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
New (Other)
**$145.18**
Free shipping
Seller with a 100% positive feedback

  ♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot gift
New (Other)
**$14.96**
$16.81 11% off
Free shipping

  ♡
Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay
New
**$19.18**
Free shipping

Large
for Ho...
**$80.3**
$103.0
Free sl

[ About this item ]  [ Shipping, returns, and payments ]                    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2024 02:32:29 PST    View all revisions                    eBay item number: 304747028774

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-in | Brand | Unbranded |
| Cap Construction | Classic Cap | Cap Size | Extra Large |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Black | Hair Origin | Synthetic |

| | | | |
|---|---|---|---|
| Hair Color Shade: | Black | Hair Weight | Synthetic |
| Item Length | 1 in | Item Weight | 11 lb |
| MPN | Straight | Theme | Cosplay |
| Texture | Wig | Wig Parting Type | L-Part |
| Type | Wig | | |
| UPC | Does not apply | | |

## Item description from the seller

100% Genuine    High Quality    Fast Shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair

PRODUCT DESCRIPTION

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Popular categories from this store    See all

bracelet    Other

v***. (21) • Past month

RAVIE!! J'adore et pas cher, rapidité soin dans le colis peu de frais gentillesse je recommande ce vendeur +++ c'est un top vendeur et de plus fort agréable merci a vous et a bientôt je l'espère Nanou

4mm Natural Amethyst 108 Bead Bracelet Chakra Prey Wristband Fancy Spirituality (#305198862438)

m***l (1210) • Past 6 months

Great Seller as described, well packaged and good value.

White baroque pearl earrings 10-11 with 18k gold studs Real Classic Luxury (#303750368622)

l***t (480) • Past month

Absolutely gorgeous, so Beautiful Item arrived packed with care . I highly recommend this seller

Natural white Baroque Pearl Earring silver Stud earrings Popular Flawless (#304582534982)

See all feedback

EXTRA **20%** OFF 3+ ITEMS WITH CODE **DF65DS65FS5DC**    See all eligible items →

DF65DS65FS5DC    All promotional offers from qioy8166




See all

| | | | | |
|---|---|---|---|---|
| Blue Lolita Long Curly Wavy Fashion Hair Full Wig Anime Wigs HIGH hot Cosplay | Cream gold girl Short curly hair design frisette cosplay wig social design new | Cruella De Vil Cosplay Wig Black White Short Curly Hair Wigs wigs High Quality | Black long curly party hair cosplay wig Rose hairnet full wigs new party hair | New Cruella de Vil Women Anime Short Black White Cosplay Wig Curly Wigs Hair 18 |
| List price: US $17.99 | List price: US $43.90 | List price: | List price: US $29.26 | List price: US $29.00 |
| Now: US $14.27 | Now: US $18.71 | Now: US $10.56 | Now: US $17.20 | Now: US $16.55 |

You can change quantities in your cart.

## You may also like    Feedback on our suggestions

    

 ebay

Shop by category | search | All Categories | Search | Advanced

Hi Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact | Sell | Watchlist | My eBay

Back to search results · Clothing, Shoes & Accesso... › ··· › Accessories › Wigs & Facial Hair

Share · Add to Watchlist








Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net party

 2021 DIYIB (244)
99% positive · Seller's other items · Contact seller

**AU $24.21**
Approximately US $15.96
or Best Offer
Was AU $26.90 ⓘ
Save AU $2.69 (10% off)

Condition:  New with tags

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    ⬜ Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⬤ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all ›

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
**$15.00**
$16.67 10% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
**$14.36**
$16.13 11% off
Free shipping

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions







Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
**$16.82**
$18.90 11% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
**$16.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New
**$16.49**
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$168.30**
$198.00 15% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig design Halloween
New
**$18.96**
$37.91 50% off
Free shipping
Seller with a 99.2% positive feedback

100% f Monro
**$81.77**
$66.99
Free st

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 1758895542837

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

### Item description from the seller

100% Genuine    High Quality    Fast Shipping

Home | Shipping | Payment | Return Policy | About Us | Contact Us

Home    Shipping    Payment    Return Policy    About Us    Contact Us

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net party

Full Wig Wavy Black Highlights 29inch Wavy Long
27.84 AUD
Free shipping

Harajuku Kawaii Lolita Sweet Girls Blonde Long curly hair
32.96 AUD
Free shipping

Wavy Wigs for Black Women Side Part Natural Black curly
18.77 AUD
Free shipping

### PRODUCT DESCRIPTION

Notice:

### ebay feedback    shipping    About us    After sales

Now eBay's sale policy is very very strict, the BBE (bad buyer experience) make us face very hard challenge.

## You may also like

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
**$15.15**
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
New
**$15.49**
$17.21 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant
New
**$15.14**
$17.02 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig party High Quality
New
**$15.18**
$16.87 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social
New
**$15.96**
$17.73 10% off
Free shipping

ebay

| Q | Search for anything | | All Categories ▾ | Search | Advanced |

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces

Share · Add to Watchlist

🔥 **EXTRA $10 OFF $50+** WITH CODE **FDG62DF6G565R**    See all eligible items and terms ▸









Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig hair heat resisting

 2021_DIY-mala (1464)
96% positive · Seller's other items · Contact seller

**US $16.82**
or Best Offer
List price US $37.80 ⓘ
Save US $20.98 (56% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Quantity:  [ 1 ]   3 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  📦 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  GPay  VISA  🔴🔴  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

Ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all >

Feedback on our suggestions


♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback


♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon


♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
New (Other)
**$16.14**
$17.93 10% off
Free shipping
10% off 2+ with coupon


♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions


♡
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift
New (Other)
**$15.84**
$17.80 11% off
Free shipping


♡
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$13.49**
Free shipping


♡
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.50**
Free shipping
Seller with a 100% positive feedback


♡
100% hand short hair fashion Marilyn Monroe oil painting art on canvas
**$81.77**
$86.99 6% off
Free shipping


♡
Men's Indoor Slippers Playboy Marilyn Monroe
New
**$34.99**
Free shipping
Seller with a 100% positive feedback


Marilyn Movie
New
**$39.0**
Free sh

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 296139414306

Last updated on Jan 28, 2024 02:39:41 PST  View all revisions

## Item specifics

| Condition | New without tags ⓘ | | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | | Brand | Unbranded |
| Cap Construction | Classic Cap | | Cap Size | Extra Large |
| Country/Region of Manufacture | China | | Department | Men |

| Hair Color Shade | Block | | Hair Origin | Synthetic |
| Item Length | | | Hair Weight | |
| MPN | | | Model | |
| Texture | Straight | | Theme | Cosplay |
| Type | Wig | | Wig Parting Type | L-Part |
| UPC | Does not apply | | | |

## Item description from the seller



Highly recommended seller with huge quality items. Package was over well done, multiple layers of bubble plastic, bubble envelop and plastic vacuum. Very fast shipping and very fast delivery. Thank you.

13mm Fashion natural green jade ring lapis lazuli beads gold earrings (#295403609552)

See all feedback

---

🔴 EXTRA **$10** OFF $50+ WITH CODE **FDG62DF6G565R**ⓘ    See all eligible items →

FDG62DF6G565R    All promotional offers from yun161

| | | | | |
|---|---|---|---|---|
| 27inch Wig Women Long Wave Curly Wigs Fire Orange Red Ombre Hair unisex's | White girl Short straight hair neat bang cosplay wig hair heat resisting social | Rin Len Halloween Wig Cosplay VOCALOID Kagamine Len Gold Style Free hair net | Rainbow-colored short straight Bob hair ball fans cos wigs Elegant Free hair net | Sexy Lady Long Wavy Curly Blonde Party Hair Full Cosplay Wig wigs Synthetic gift |
| List price: US$19.90 | List price: US$33.00 | | List price: US$53.00 | List price: US$33.00 |
| Now: US $17.71 | Now: US $15.04 | Now: US $16.82 | Now: US $14.35 | Now: US $16.82 |

See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions

    

| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig 1 | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair | Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween |
| New (Other) | New | New (Other) | New (Other) | New |
| $16.14 | $16.90 | $16.59 | $16.14 | $16.98 |

$16.14
~~$18.14~~ 11% off
Free shipping
25% off 5+ with coupon

$16.90
~~$18.99~~ 11% off
30% off 3+ with coupon

$14.59
~~$16.49~~ 11% off

$16.14
~~$18.14~~ 11% off
30% off 3+ with coupon

$16.98
Free shipping

    

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic wave

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy

New (Other)
$16.82
~~$18.90~~ 11% off
Free shipping
10% off 2+ with coupon

New (Other)
$15.84
~~$17.80~~ 11% off
Free shipping

New (Other)
$17.01
~~$18.90~~ 10% off
Free shipping
20% off 3+ with coupon

New (Other)
$14.39
~~$15.99~~ 10% off
Free shipping
10% off 2+ with coupon

New (Other)
$15.12
~~$16.99~~ 11% off
Free shipping

    

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy

New (Other)
$14.96
~~$16.91~~ 11% off
Free shipping
Seller with a 100% positive feedback

New (Other)
$16.06
~~$18.05~~ 11% off
Free shipping
20% off 3+ with coupon

New
$14.64
~~$16.44~~ 11% off
Free shipping

New
$15.90
~~$18.07~~ 12% off
Free shipping

New (Other)
$16.02
~~$18.00~~ 11% off
Free shipping
Seller with a 99.2% positive feedback

    

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality

Sponsored
Women's Fashion Short Wigs Blonde Brown Wig Bob Curly Wigs Real Natural Hair .

Sponsored
Blonde Gold Brown Short Natural Wavy Curly Blonde Wig Women's Synthetic Hair

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku social wave

Sponsored
Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

New (Other)
$14.45
~~$16.06~~ 10% off
Free shipping
10% off 2+ with coupon

New
$16.43
Free shipping
27 watchers

New
$16.99
Free shipping

New (Other)
$16.09
~~$18.07~~ 11% off
Free shipping

New
$16.98
Free shipping

    

Sponsored
White girl Short straight hair nest bang cosplay wig hair nest resisting social

Sponsored
Natural Curly Hair Ombre Brown Wig For Women Synthetic Heat Full Wigs Cos Party

Sponsored
100% Human Hair Wig Curly/Wavy Short Brown Auburn Mix Wig 33/30 Women Soft

Sponsored
10 Inch Curly Wavy Short Bob Fluffy Blonde Women Hair Cosplay Casual Party Wigs

Sponsored
Women's Short Curly Wavy Silver Gray Wig Heat Resistant Synthetic Hair Full Wig

New (Other)
$15.04
~~$16.90~~ 11% off
Free shipping

New
$18.04
~~$18.99~~ 5% off
+ $0.99 shipping
6 watchers

New
$26.19
Free shipping
Seller with a 100% positive feedback

New
$11.20
~~$11.79~~ 5% off
Top Rated Plus

New
$12.33
+ $3.20 shipping
Top Rated Plus
14 watchers



Back to search results
Return to top

More to explore : Gold Human Hair Curly Wigs & Hairpieces, Human Curly Hair Wigs, Human Hair Curly Wigs, Curly Hair By MissTresses Wigs, It's A Wig! Human Hair Curly Wigs & Hairpieces, Black Human Hair Curly Wigs, Kinky-Curly Human Hair Wigs & Hairpieces, Human Hair Bangs Curly Wigs & Hairpieces, Human Hair Medium Length Curly Wigs, Men Human Hair Curly Wigs & Hairpieces

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



ebay

Hi Jeffrey! ⌄ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄ | 🔔 | 🛒

Advanced

⟨ Back to search results · Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces

Share | Add to Watchlist









⟨ | ⟩

⤢

Have one to sell? Sell now

### Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

🔲 2021YTG (225)
97.5% positive · Seller's other items · Contact seller

**US $16.98**
or Best Offer

Condition:  New with tags

Quantity:  1    5 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺  Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: ShenZhen, China

Delivery:  🚩 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal | G Pay | VISA | 💳 | AMEX | DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all ⟩

Feedback on our suggestions

   

| Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot | Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable | Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style |
| New (Other) | New (Other) | New (Other) | New (Other) |
| $14.96 | $16.14 | $16.06 | $16.14 |
| $16.81 11% off | $18.14 11% off | $18.06 11% off | $17.93 10% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | 25% off 5+ with coupon | 20% off 3+ with coupon | 10% off 2+ with coupon |



eBay eGift Cards for all
A treat for any occasion.
Shop now
ebay

## Sponsored items inspired by your views    See all ⟩

Feedback on our suggestions

    

| Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | Retro Personality Marilyn Monroe Wallpaper KTV Bar Clothing Shop Background Deco | 1pc Marilyn Monroe Blondes with Base Cake Sculpture Beauty Collection Toy Statue | 1/35 R... Monro... |
| New (Other) | New | New | New | New | New |
| $14.96 | $17.99 | $13.99 | $35.00 | $16.99 | $15.2... |
| $16.81 11% off | Free shipping | Free shipping | Free shipping | Free shipping | + $3.7... |
| Free shipping | Last one | 10 watchers | | | 8 watc... |
| Seller with a 100% positive feedback | | | | | |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 145308525680

Last updated on Jan 26, 2024 16:11:15 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Non-Domestic Product | No |
| Custom Bundle | No | Coverage | Full Wig |
| Item Length | Medium | Texture | Wavy |
| Modified Item | No | Hair Origin | Synthetic |
| Brand | Unbranded | Type | Wig |
| Cap Construction | Classic Cap | Hair Color Shade | Photo Color |
| Style | Full Wig | Country/Region of Manufacture | China |

**Item description from the seller**

Recommended for you

| | | | | | |
|---|---|---|---|---|---|
| AU STOCK · POST · TV WALL BRACKET 17-55" | SCREW BOLTS 1080PCS | SHIPPING FROM AU | PORTABLE MINI PROJECTOR | | MOP HEAD FOR DYSON V7 V8 V10 V11 |
| Full Motion TV Wall Mount Bracket Swivel Tilt 32 37 40 42 50 52 55 in... AUD 18.95 | 1080pcs M2/M3/M4/M5 Stainless Steel Bolts Nuts Screws Hex Hea... AUD 15.75 | USB Handbrake SIM 14Bit PC for Racing Games G25/27/29 T500... AUD 65.95 | Mini Projector LED 1080P Home Cinema Portable Pocket Projector... AUD 31.99 | Solar Security IP Camera Battery Powered Outdoor Wireless WiFi... AUD 62.95 | Electric Motorised Mop for Dyson Vacuum Cleaners Cordless V7 V8... AUD 30.19 |

| | | | | | |
|---|---|---|---|---|---|
| Trailer lights 12V 10 IP67 | | 10M | FREE · AU STOCK 11 IN 1 | ELECTRIC CHAINSAW · AU STOCK · | 1:1 Adult Kid Spider-Man Mask |
| 2pcs Led Trailer Lights 12V Volt Tail Lamp Stop Indicator 4WD 4x4... AUD 11.45 | NECA Friday The 13th Jason Voorhees 7" Cult Classics Action... USD 29.99 | 10M 5800PSI Replacement High Pressure Washer Hose Washing... AUD 24.95 | Outdoor Portable Camping Cookware Set Hiking Cooking Pot... AUD 24.95 | 6" Mini Cordless Electric Chainsaw 2X Battery Powered Wood Cutter... AUD 43.95 | Spiderman 3D Marvel Movie... USD 19.99 |

**Cos Marilyn Monroe short paragraph pale gold curly hair wig**

| | |
|---|---|
| Pet Supplies | I had an issue with the item that was shipped and spoke to the seller about this who was very polite when messaging back and fourth |
| Collectibles | about the item. The seller gave me a refund to compensate for the damaged item. I would buy from this seller again in the future. |
| Jewelry & Watches | |
| Health & Beauty | NECA Friday The 13th Jason Voorhees 7" Cult Classics Action Figure Toy Box G01 (654322004964) |
| Consumer Electronics | |
| Everything Else | d***m (1) • Past month |
| eBay Motors | |
| Sporting Goods | Had damage during shipping. Contacted seller and shipped replacement part with no hassles. Very pleased with seller. Would |
| Home & Garden | definitely buy from seller again! |

See all feedback

**You may also like**

Feedback on our suggestions







ebay

Hi Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact          Sell | Watchlist ∨ | My eBay ∨   🔔   🛒

Shop by category ∨   | Search for anything |   All Categories ∨   Search   Advanced

Back to search results · Clothing, Shoes & Accesso... › ... › Accessories › Wigs & Facial Hair



Have one to sell? Sell now

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku party mask

936_MALA (614)
98.4% positive · Seller's other items · Contact seller

## AU $26.35
Approximately US $17.37
or Best Offer

Condition:  New with tags

|  Buy It Now  |
|  Add to cart  |
|  Make offer  |
|  ♡ Add to watchlist  |

↺   Breathe easy. Free shipping and returns.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
             International shipment of items may be subject to customs processing and additional charges. ⓘ
             Located in: yiwu, China

Delivery:    📦 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
             Please note the delivery estimate is greater than 15 business days.
             Please allow additional time if international delivery is subject to customs processing.

Returns:     30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●●  AMEX
             Earn up to 5x points when you use your eBay Mastercard®.
             Learn more

**Shop with confidence**

             eBay Money Back Guarantee
             Get the item you ordered or get your money back. Learn more

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

---

## Sponsored items inspired by your views        See all ›

Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig style High Quality
New (Other)
**$16.19**
$18.40 12% off
Free shipping
20% off 3+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New (Other)
**$16.68**
$18.53 10% off
Free shipping
10% off 2+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig style social wigs
New (Other)
**$16.58**
$18.63 11% off
Free shipping


Hand painted Oil painting original Art Portrait Marilyn Monroe on canvas 20"x24"
**$498.00**
+ $30.00 shipping
Seller with a 100% positive feedback


7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$153.00**
$180.00 15% off
Free shipping


Cos M...
gold c...
New (O
**$17.01**
$18.90
Free s
20% of

---

| About this item | Shipping, returns, and payments |                    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 21, 2024 18:59:54 PST View all revisions

eBay item number: 155436693890

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

## Item description from the seller

🧿 100% Genuine    🔒 High Quality    🚚 Fast Shipping

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku party mask

### PRODUCT DESCRIPTION

Notice:

ebay feedback        shipping        About us        After sales

## You may also like

Feedback on our suggestions











Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
New
$15.49
$17.21 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social
New
$15.96
$17.73 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style
New
$16.71
$18.78 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig party High Quality
New
$15.18
$16.87 10% off
Free shipping

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist

Painted 1/12 1/10 Marilyn Monroe Head Sculpt for 6" Figure SHF ML Mafex 7" NECA

aaaone12aaa (492)
100% positive · Seller's other items · Contact seller

US $38.00

Condition: New

Ver.:    - Select -

Quantity:    1    Last One

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $3.99

Shipping:    US $3.50 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery:    Estimated between Mon, Feb 12 and Wed, Mar 20 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if International delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  mastercard  [AmEx]  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell? Sell now

**Similar sponsored items**    See all >

Feedback on our suggestions



NECA 1902 Movie Version of Godzilla 6"Joint Movable Action Figure
New
$70.00
Free shipping



Neca Alien Vs Predator Elder Predator 2017 Action Figure Sealed AVP
New
$219.95
$270.00 19% off
Free shipping
♥ Top Rated Plus



NECA TMNT 1990 Lot Of 8 2pk Figure
New
$300.00
0 bid
13h 32m
+ $154.95 shipping
Seller with a 100% positive feedback



1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Seller with a 99.6% positive feedback

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

[eBay eGift Cards for all — A treat for any occasion. Shop now]

**Sponsored items inspired by your views**    See all >

Feedback on our suggestions

Marilyn Monroe Statue Home Decortion Ornament Figure Sexy Dress Collection Chris
New
$16.99
Free shipping

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.99
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
$14.96
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
$17.99
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers

Retro Wallpaper Backgr
New
$35.0
Free sh

**About this item**    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 24, 2024 14:39:27 PST View all revisions

eBay item number: 256104773662

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Size | 6in. |
| Country/Region of Manufacture | China | Scale | 1:12 |
| Type | Body Parts & Pieces | Features | Custom Figure |
| Year | 2019 | Bodypart Type | Head |
| Brand | Unbranded | Era | 2019 |

## Item description from the seller







Painted 1/12 Joker Jack Nicholso n Head Sculpt for 6 shf ml mafex 7 Mcf

38.00 USD
Buy It now

Painted 1/12 1/10 Sasha Calle Supergirl Head Sculpt for 6 Shf ML Mafex Mez 7

38.00 USD
Buy It now

1/10 1/12 1/18 Kylo Ren Ben Solo Head Sculpt Unpainted fit 6 7 shf ml mafex Mz

12.50 USD
Buy It now

Painted 1/12 Bruce Willis Die Hard Head Sculpt for 6 Mafex SHF ML Mez 7 neca

38.00 USD
Buy It now

Painted 1/12 Obi-Wan Kenobi Jedi Star W ars Head Sculpt for 6 7 shf Black Series

38.00 USD
Buy It now

1/10 1/12 1/18 John Rambo Head Sculpt Unpainted fit 6 SHF Mafex ML MEZ 7 Ne ca

12.50 USD
Buy It now








Painted 1/10 1/12 Christopher Reeve Su perman Head Sculpt for 6 7 Mafex ML M ez

38.00 USD
Buy It now

Painted 1/12 Anakin Skywalker Darth Va der Star Wars Head Sculpt 6 Black Serie s

38.00 USD
Buy It now

private listing

45.00 USD
Buy It now
Free shipping

1/10 1/12 1/18 Jill Valentine Resident Evil Head Sculpt Unpainted fit 6 SHF ML

12.50 USD
Buy It now

Painted 1/12 1/10 SpiderMan Andrew Ga rfield Head Sculpt for 6 SHF Mafex ML N

38.00 USD
Buy It now

Painted 1/10 1/12 Ewan McGregor Obi-Wan Head Sculpt for 6 SHF Mafex Black Series

38.00 USD
Buy It now


100% Positive Feedback
1.7K items sold

Contact

♡ Save seller

📅 Joined Aug 2013

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

## Seller feedback (573)

● n***h (434) • Past 6 months

Product arrived in good packaging exactly as described. Happy with purchase and seller.

● s***w (2829) • Past 6 months

Fast delivery and packaged with care! Exactly as described. 5 STAR eBay seller. Thank you

● e***l (47) • Past 6 months

Arrived much earlier than expected, seller was very kind & in depth on what the package was gonna arrive with, kept the item safely incased. A great experience, would recommend & buy from again.

See all feedback

## Popular categories from this store   See all

Toys & Hobbies

## You may also like

Feedback on our suggestions







Painted 1/10 1/12 Marilyn Monroe Head Sculpt for 6 Mafex SHF ML MEZ 7 NECA Mcf
New
$38.00
+ $3.50 shipping
Seller with a 99.5% positive feedback

1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca
New
$12.50
+ $3.50 shipping
Seller with a 100% positive feedback

Painted Service 1/12 Marilyn Monroe Head Sculpt for 6' Figure SHF ML MEZ 7" NECA
New
$38.00
+ $3.50 shipping
Seller with a 99.6% positive feedback

Painted 1/12 1/10 Marilyn Monroe Head Sculpt fit 6' Figure SHF ML Mafex 7" NECA
New
$38.00
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/10 1/12 Sean Connery 007 Head Sculpt for 6" SHF Mafex ML Mez 7" Neca
New
$38.00
+ $3.50 shipping
Seller with a 99.6% positive feedback







1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca
New
$12.50
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/10 1/12 1/18 Gangsters Robber P Head Sculpt for 6' Mafex ML Mez Noce 7
New
$38.00
+ $3.50 shipping
Seller with a 99.6% positive feedback

Painted 1/10 1/12 General Moustache Head Sculpt for 6' SHF Mafex ML Mez 7" Neca
New
$38.00
+ $3.50 shipping
Seller with a 99.6% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one

1/10 1/12 1/18 Gangsters Robber S Head Sculpt for 6' Mafex ML Mez Noce 7
New
$38.00
+ $3.50 shipping
Seller with a 99.5% positive feedback







Sponsored
Painted 1/12 Red Hair Girl Head Sculpt Soldier Head For 6" shf Action Figure

Sponsored
Painted 1/12 Claire Female Head Sculpt Soldier Head For 6" SHF Action Figure

Sponsored
1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving

Sponsored
Painted 1/12 Claire Female Head Sculpt Soldier Head For 6" SHF Action Figure

Sponsored
Painted 1/12 Spider Female Head Sculpt Soldier Head For 6' shf Action Figure

$24.69
$25.99 5% off
Free shipping
Seller with a 99.8% positive feedback

New
Free shipping
Popular

New
Last one

New
+ $2.99 shipping
Seller with a 100% positive feedback

New
Free shipping
Popular



Sponsored
Painted 1/12 Scale The Metal Gear Solid
Snake Head Sculpt For 6" Mezco Figure



Sponsored
1/12 1/10 1/18 Scale Flash Head Sculpt
Unpainted Fit 6" ML SHF MEZ Neca A Style



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig style Halloween hot



Sponsored
1/18 Cyberpunk Judy Alvarez Head Sculpt
Sculpture for 3.75" Joytoy Bfs Figure

Sponsored
Painted 1/12 Spider Female Head Sculpt
Soldier Head For 6" shf Action Figure

New
$22.79
$23.99 5% off
+ $1.99 shipping
Popular

New (Other)
$12.69
$13.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

New
$14.96
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

New
$32.98
Free shipping
6 watchers

New
$20.39
$21.69 6% off
+ $2.99 shipping
Seller with a 100% positive feedback



Sponsored
Painted 1:12 Spider Man Helmet Mask Head
Sculpt for 6" Male Mafex Shf Figure



Sponsored
Painted 1/12 Beauty Female Head Sculpt
Soldier Head Model For 6" SHF Figure





Sponsored
1:6 Peggy Carter Hayley Atwell Head Sculpt
For 12inch Female Action Figure Body



Sponsored
Marilyn Monroe Statue Home Decortion
Ornament Figure Sexy Dress Collection
Chris



Sponsored
Marilyn Monroe Short paragraph Palo Gold
Curly Hair Wig Cosplay Party Halloween

New
$54.93
$62.42 12% off
Free shipping
9 watchers

New
$19.50
$20.74 6% off
+ $2.99 shipping
Seller with a 100% positive feedback

New
$25.75
$27.99 8% off
Free shipping
10% off 3+ with coupon

New
$16.99
Free shipping

New
$16.98
Free shipping
5 watchers

## Related sponsored items

Feedback on our suggestions

1/12 1/10 1/18 Scale Skull Ghost Rider Head
Sculpt Unpainted Fit 6" ML SHF Neca

1:12 Head Sculpt Smile Batman For 6inch
Male SHF ML MEZCO MAFEX Figure Doll Toy

1/12 1/10 1/18 Scale Michael Keaton Head
Sculpt Unpainted Fit 6" ML SHF MEZ Neca

1/12 Jensen Ackles Soldier Head Sculpt For
6inch Male SHF ML MEZCO MAFEX Figure

1/12 1/10 1/18 Scale Vampire Batman Head
Sculpt Unpainted Fit 6" ML SHF Neca A1

New
$14.39
$15.99 10% off

New
$13.49
$14.99 10% off

New
$14.99
+ $2.99 shipping

New
$23.09
Free shipping

New
$14.39
$15.99 10% off

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ∨    My eBay ∨

‹ Back to search results    Home & Garden › Home Décor › Posters & Prints                    Share · Add to Watchlist

### Framed Printed Picture Posters Smile Marilyn Monroe tattoo Art Canvas home Décor

albafmrk (502)
80% positive · Seller's other items · Contact seller

**US $28.00**

Condition: New

Theme:    - Select -    ∨

Size:    - Select -    ∨

Quantity:    1    Last One / 2 sold

[ Buy It Now ]

[ Add to cart ]

♡ Add to watchlist

Shipping:    Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery:    Estimated between Thu, Feb 15 and Thu, Mar 21 to 30318 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  Mastercard  American Express  Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Have one to sell? Sell now

### Similar sponsored items    See all ›                    Feedback on our suggestions

Marilyn Monroe Painted Framed Wall Art Poster Print Picture Home Decor Painting
$19.02
+ $20.95 shipping
Seller with a 100% positive feedback

Vintage Woman Sugar Skull Face 5 Panel Canvas Print Wall Art Home Decor
New
$22.75
$71.75 68% off
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Painting Framed Wall Art Poster Print Picture Home Decor Painting
$19.02
+ $20.95 shipping
Seller with a 100% positive feedback

Marilyn Monroe Art Vol.3 Canvas Print Wall Art Framed Poster Picture
New
$31.74
+ $24.43 shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views    See all ›                    Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair
New (Other)
$16.14
$18.14 11% off
Free shipping
20% off 3+ with coupon



Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
$64.97
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot gift
New (Other)
$14.96
$16.88 11% off
Free shipping



Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay
New
$19.18
Free shipping
Seller with a 100% positive feedback



Large Hand Painted Oil Painting on Canvas for Home wall Decor Art-Marilyn Monroe
$80.34
$103.00 22% off
Free shipping

Cos M
gold c
New (O
$14.2
$16.5
+ $7.2

| About this item | Shipping, returns, and payments |                    Report this item |

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2021 06:59:07 PST    View all revisions

eBay item number: 283563094356

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Style | Modern |
| Material | Canvas | Original/Reproduction | Reproduction |
| Type | Painting | Color | As shown in the picture |
| Subject | Smile Marilyn Monroe tattoo | Brand | BUY-2323 |

### Item description from the seller

**Framed Printed Picture Smile Marilyn Monroe tattoo** Wall

**Art Canvas home Decor** FREE SHIPPING



Exactly as described

BLUE DUCK DUCKY RETRO EMBROIDERED IRON ON PATCH T-SHIRT JEAN JACKET CAP (#282027714596A)

🔴 e***e (3213) • Past 6 months

Item was never shipped

RANCID LOGO EMBROIDERED SEW IRON ON PATCH BIKER T-SHIRT JEAN CAP A123 (#283769352076)

See all feedback

**You may also like**

Feedback on our suggestions







handmade    Gifts ⌄    Jewelry ⌄    Home & Kitchen ⌄    Clothing, Shoes & Accessories ⌄    Wedding ⌄    Sell on Handmade

5 Decorative books for Home Decor, BookShaped Boxes, Set of 3...    $22.⁹⁹ ✓prime

Handmade Products › Home & Kitchen › Home Decor › Decorative Accessories › Stickers



Roll over image to zoom in

### Marilyn Monroe Pop Art Wall Vinyl Sticker Car Mural Decal Art Decor LP9426

Visit the Handmade Store

$39.⁹⁹

Customizable


Customize & Add to Cart

By clicking "Customize", you agree to these Terms and Conditions.

Thank you for visiting our store! Please read the whole description about this item and feel free to contact us with any questions! Full color Wall Decal Decorate your home with beautiful and affordable vinyl decals for your walls. It is the newest home decor trend. It's easy to apply and really makes a room look elegant. Without much effort and cost you can decorate and style your home or any other surface. Putting up these paint-lookalike stickers, vinyl decals will completely change the way your accommodation looks. APPLICATION AREA Decals can be applied to any clean, smooth and flat surface. Put them on your walls, doors, windows - anywhere you want! Application areas: Walls, Windows, Tiles, Floors, Ceiling, Doors, Furniture, Electrical items such as refrigerator, TV, washing machine, Computers, cell phones, notebook, ipad etc., Store Front and many other surfaces. Also this graphic can be applied to cars. It is much faster, cleaner and easier than painting. PRODUCT DETAILS Sizes are in the listing -Our decals are fully removable. -Mirror image is possible. Just say it when you are ordering CUSTOM WORK We do custom work, please contact us for all your needs We ship Worldwide! We are located in the USA Shipping worldwide usually takes 14-20 working days with regular post service. Shipping to the USA usually takes 2-7 days with regular post service.

⚠ Report an issue with this product or seller

### Additional Details

🖐 Handmade
    This item was handcrafted, hand-designed, or hand-altered with love. Learn more



Party Stickers
Vinyl Wall Decals and Stickers in Virginia

• Contact me with general inquiries
• Ask about a custom order

Are you a Maker?
Apply to join Amazon Handmade

VA

$39.⁹⁹

$3.99 delivery January 31 -
February 1. Details

Or fastest delivery Wednesday,
January 31. Details

📍 Deliver to Jeffrey - Atlanta 30527

In Stock

This product needs to be customized before adding to cart.

Ships from    Party Stickers
Sold by      Party Stickers
Returns      This item is non-
             returnable
Payment      Secure transaction
∨ See more

Add to List    ⌄


Northwest NCAA Unisex-Adult Bed in a Bag Set
★★★★☆ 588
$99.⁹⁹ ✓prime

Sponsored ⓘ

### Based on your recent views

Sponsored ⓘ                                                                    Page 1 of 54

                        

Andy Warhol Marilyn Monroe Pop Art Print on Canvas Art Wall Art Home Decor - Variou...
$129.95

Marilyn Monroe and Elvis Presley Actress Canvas Wall Art Print Home Decor - Various...
$79.99

Jersey Plate Art - Custom made license plate signs
$35.00

Queen Elizabeth Bubble Gum - Canvas Wall Art Print Handmade Home Decor (8in x 12in ...
★★★★★ 131
$34.00

Marilyn Monroe 'I am good, but not an angel' Quote Canvas Art Wall ...
★★★★★ 1
$149.99

MARILYN MONROE CLASSIC BLACK AND WHITE CANVAS ART WALL ART HOME...
★★★★☆ 2
$119.99

Andy Warhol Marilyn Monroe Pop Art Green Print on Canvas Art Wall Art Home Decor - ...
★☆☆☆☆ 1
$149.99

### Based on your recent shopping trends

                                                                                Page 1 of 14 ⋮

                    

Denozer 5 Panel Beauty Portrait Canvas Wall Art,Marilyn Monroe,Audrey Hepburn and Brigitte Bardot wit...
★★★★☆ 18
$59.99
Get it Feb 2 - 5
FREE Shipping

5 Panels Beauty Portrait Canvas Wall Art, Audrey Hepburn and Brigitte Bardot with Colorful Bubble Gum Picture...
★★★★☆ 28
$89.99
Get it Feb 2 - 5
FREE Shipping

Denozer Beauty Portrait Canvas Wall Art, 12x16 Inch 2 Panels Audrey Hepburn with Colorful Bubble Gum Picture...
★★★★★ 239
$45.99
Get it Feb 2 - 5
FREE Shipping

5 Panels Beauty Portrait Canvas Wall Art, Audrey Hepburn and Brigitte Bardot with Colorful Bubble Gum Picture...
★★★★★ 50
$79.99
Get it Feb 2 - 5
FREE Shipping

Legends Never Die Elvis Presley Performing Live Collectible | Framed Photo Collage Wall Art Decor - 12"x15", Model...
★★★★★ 1
$52.99
✓prime FREE One-Day Get it Tomorrow, Jan 29

Marilyn Monroe and Elvis Presley Actress Canvas Wall Art Print Home Decor - Various Sizes (45in x 30in Gallery Wrapped)
$149.99
✓prime FREE Shipping

Nixxn ART-Marilyn Monroe D, B&W Photography Canvas Wall Art Home Decor,Stretched Ready ...
★★★★☆ 30
$25.00
Get it Feb 2 - 5
FREE Shipping

### Product specifications

**Technical Details**

| Production Method | • Party Stickers specialize in vinyl wall art, storefront decor, business logos and signage, famous and custom quotes, personalized wall lettering. • Each of our removable, peel and stick decals is adhesive to most walls, windows, and other flat surfaces, including cars. Wall decals are removable without damaging the wall, but not reusable. • Party Stickers is committed to 100% customer satisfaction. Buy with confidence! If you are not satisfied with your order, please contact us! • We use top quality FDC Lumina vinyl, that sticks to most surfaces. • What is included with your order? Simply, your design is comprised of adhesive vinyl attached to a backing, with a top layer of transfer tape. Install instruction is included with each order. • Every order is made to perfection, so please let us know if you want to make any changes. • You can change your colors, adjust the size or even mix and match designs. |
|---|---|
| Size | Small |
| Width | 22 inches |
| Height | 27 inches |
| Pattern | Abstract |

| Pattern | Abstract |
|---|---|
| Color | Black |
| Material | |
| Finish Type | High Gloss |
| Number Of Sets | 1 |
| Number Of Pieces | 1 |

## Important information

To report an issue with this product or seller, click here.

## Product details

Package Dimensions : 22 x 2 x 2 inches; 10 Ounces
Date First Available : June 18, 2019
ASIN : B08MWLR1LV

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review



UP TO **100%** LEAK-FREE NIGHTS

SHOP NOW

©KCWW ©Disney ©2022 MARVEL K.C #22750 (2022)

Sponsored ⓘ

### Recommended Devices inspired by your shopping history
Page 1 of 6



**Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White**
★★★★☆ 8,424
$249.99
✓prime Today by 6:00 PM

**Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White**
★★★★☆ 257
$169.99
✓prime Today by 6:00 PM

**Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)**
★★★★☆ 8,351
$199.99
✓prime Today by 6:00 PM

**Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Pro - ...**
★★★★☆ 7,750
$59.99
✓prime Today by 6:00 PM

**Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...**
★★★★☆ 23,357
$189.99
✓prime FREE Delivery
Tuesday, Jan 30
♻ Climate Pledge Friendly ˅

**Ring Rechargeable Battery Pack**
★★★★☆ 119,996
$34.99

### Best Sellers in Handmade Products
Page 1 of 6

   

**5mm Tiny CZ Screw on Flat Back Stud Earrings,14K Gold Stud...**
★★★★☆ 1,441
Handmade Products
$11.95
✓prime Today by 6:00 PM

**3x Hello Beautiful Rearview Mirror Decal, Vanity Mirror Stickers,...**
★★★★☆ 257
#1 Best Seller ⓘ
Handmade Travel Mugs
$8.99
✓prime Today by 10:00 PM

**Gifts for Woman, Mom - Relaxing Spa Gift Bask...**
★★★★☆ 558
#1 Best Seller ⓘ
Handmade Decorative Stickers
50% off Limited time deal
$17.99
List: $35.98
✓prime One-Day Get It Tomorrow, Jan 29

**14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny T...**
★★★★☆ 7,750
#1 Best Seller ⓘ
Handmade Hoop Earrings
$13.98
✓prime Today by 6:00 PM

**Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar....**
★★★★☆ 20,555
#1 Best Seller ⓘ
Handmade Cat ID Tags & Collar Accessories
$5.99
Get it Feb 5 - 6
FREE Shipping

**Locsanity Daily Moisturizing Refreshing Spray for Locs....**
★★★★☆ 5,053
#1 Best Seller ⓘ
Handmade Hair & Scalp Care
$19.99 ($2.50/Fl Oz)
✓prime Today by 6:00 PM

**Handmade Crochet Tension Ring, Lefties & Righties Yarn Tension...**
★★★★☆ 23
#1 Best Seller ⓘ
Handmade Statement Rings
$14.95
✓prime FREE Delivery
Tuesday, Jan 30

**Small Gold Nose Ring Hoop for Women, Tiny Thin 14k Gold Filled...**
★★★★☆ 1,513
#1 Best Seller ⓘ
Handmade Barbell Jewelry
$9.98
✓prime Today by 6:00 PM

**40th Birthday Gifts for Women Unique - 'Limited Edition 1984' Soy, w/Champagne on...**
★★★★☆ 765
400+ viewed in past month
$19.95
✓prime Today by 10:00 PM

### Your Browsing History
View or edit your browsing history
Page 1 of 4

Get to Know Us
Careers

Make Money with Us
Sell on Amazon

Amazon Payment Products
Amazon Visa

Let Us Help You
Your Account



✦ SOMETHING EXCITING ✦ IS COMING! Download the Etsy app to stay tuned.

**Etsy** | ☰ Categories | Search for anything | 🔍

Homepage › Home & Living › Home Decor › Wall Decor › Wall Hangings



**$21.50+** ~~$43.00+~~
50% off sale for the next 2 hours

Movie Character Marilyn Monroe, Godfather, Pulp Fiction, Scarface Party Poster Print Canvas Painting Wall Art for Living Room

AliveWallArt ★ ★ ★ ★ ☆

Style ★
| Select a style ▼ |

Size ★
| Select a size ▼ |

| Buy it now |

| Add to cart |

♥ Add to collection

**Item details** ▲

🖐 Handmade

◈ Materials: canvas

★ The product has no frame ★

★ Please note that due to lighting effects, monitor's brightness and contrast settings, the color of the items could be slightly different between our photos and the actual item you received. We appreciate your understanding.

★ Our products may appear large or small in some pictures. So please double check to make sure you have the correct size before placing your order.

★ Due to differences between monitors, colors may differ slightly from what you see on the screen. Please pay attention to this.

• Incoming orders are shipped within 1-3 business days after payment is confirmed.

• The delivery time of the products varies according to the countries. While the delivery time of orders from European countries may take between 1 or 3 weeks, the delivery time of orders from other places may take 1 to 4 weeks. The extension of the deadlines is generally customs-related.

• I would be very happy if you evaluate the product after receiving your product. I can assure you that I will do my best for any problem you may have with the product.

★★ PACKAGING ★★

• We have 2 different packaging styles, we randomly select according to the product
• The items are rolled and placed in a cardboard tube with cotton at the ends. The cardboard tube is wrapped with kraft paper.
• The items are protected with cardboard sheets and wrapped with bubble wrap. Then, the items are placed in a cardboard box and wrapped with kraft paper.

★★ AliveWallArt ★★

★ We are very grateful if you can leave positive feedback if you are satisfied of your product to show others you are happy. If you are not satisfied then please message us before leaving feedback we will endeavour to resolve any arising issues as quickly as possible.

★ Thank you very much for visiting! Please feel free to look at our shop & other listings! We look forward to serving you & making your ideas & memories become a reality! Have a nice day!

Less

**Shipping and return policies** ▲

📅 Order today to get by Feb 16-21

↩ Returns & exchanges not accepted

🌐 Free shipping

Deliver to United States, 30092 ▼

---

Other reviews from this shop | ★★★★☆ (56)          Sort by: Suggested ▼

★★★★★
Arrived a little later than I thought but given it came from the other side of the planet, that's alright. Quality is great and came with everything needed for easy install.
Purchased item: Wall Artwork Canvas Anime Mural Link Pi...

| Item quality | 5.0 |
| Shipping | 5.0 |

Christopher  Jan 16, 2024
👍 Helpful?

★★★★★
Arrived a little later than I thought but given it came from the other side of the planet, that's alright. Quality is great and came with everything needed for easy install.
Purchased item: Wall Artwork Canvas Anime Mural Link Pi...

| Item quality | 5.0 |
| Shipping | 5.0 |

Christopher  Jan 16, 2024
👍 Helpful?

★★★★★
Arrived a little later than I thought but given it came from the other side of the planet, that's alright. Quality is great and came with everything needed for easy install.
Purchased item: Wall Artwork Canvas Anime Mural Link Pi...

| Item quality | 5.0 |
| Shipping | 5.0 |

Christopher  Jan 16, 2024
👍 Helpful?

★★★★★
Quality print! came quickly. Well packaged.
Purchased item: Figure Wall Art Canvas Painting Romanti...  Jan 14, 2024

| Item quality | 5.0 |
| Shipping | 5.0 |

Sign in with Apple user
👍 Helpful?

‹ 1 2 ... 14 ›

Photos from reviews

   

Deliver to United States, 30002

Ships from Hong Kong

Etsy offsets carbon emissions from shipping and packaging on this purchase.

 **Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

**Meet your seller** ⌃

A A
Owner of AliveWallArt
♡ Follow shop

[ Message A ]

This seller usually responds within a few hours.

## More from this shop    ( ♡ Follow )


Gangsters The Godfather Movi...
AliveWallArt
$27.50
$55.00 (50% off)
FREE shipping


Disney Iron Man Poster Abstrac...
AliveWallArt
$25.50
$51.00 (50% off)
FREE shipping


Al Pacino Scarface Movie Graff...
AliveWallArt
$19.50
$39.00 (50% off)
FREE shipping


Pulp Fiction Quentin Tarantino ...
AliveWallArt
$30.50
$61.00 (50% off)
FREE shipping


Wall Artwork Canvas Anime Mu...
AliveWallArt
$32.50
$65.00 (50% off)
FREE shipping

**Browse by section**

 Canvas TV&Movie P...
20 items

 Canvas Modern Pos...
37 items

 All
170+ items

## You may also like  including Ads ⓘ    ( See more )


Gangster Movie Characters Par...
SpirytusArt
$27.20
$34.00 (20% off)
FREE shipping


Movie Character Marilyn Monr...
ArshaldWallArt
$30.60
$51.00 (40% off)
FREE shipping


Greatest Mobsters and Gangst...
TheMobArtStore
$22.14
$31.63 (30% off)
FREE shipping


Marilyn Monroe - Abstract - Po...
RodericksPrintArt
$55.00
FREE shipping


Free warrior marilyn monroe bl...
LorienProCanvas
$38.25
$54.64 (30% off)
FREE shipping


Famous Gangsters, Godfather, ...
UniverseOfWallArt
$21.49
$35.81 (40% off)
FREE shipping


Famous Gangsters Canvas Wall...
Ad by Etsy seller
$19.51
$32.51 (40% off)
FREE shipping


The Best Gangsters Playing Po...
Ad by Etsy seller
$19.51
$32.51 (40% off)
FREE shipping


Vito Corleone Strolls with Don ...
Ad by Etsy seller
$131.34
FREE shipping


Famous Gangsters Canvas Wall...
Ad by Etsy seller
$35.40
$59.00 (40% off)
FREE shipping


Last Supper Gangsters, Ganste...
Ad by Etsy seller
$22.19
$24.74 (25% off)
FREE shipping


Marilyn Monroe Wall Art Mug S...
Ad by Etsy seller
$61.00
FREE shipping

## Explore related searches

 Canvas
 Godfather Wall Art
 Pulp Fiction Art
 Marilyn Monroe Art
 Living Room Painting
 3d Wall Art Canvas
 Home Decor
 Living Room Decor
 Wall Art
 Movie Wall Art
 Canvas Painting

## Explore more related searches

Movie Character Art | Scarface Party Art | Baby Gifts | Gifts for Boyfriend | Gifts for Boys | Gifts for Dad | Gifts for Girlfriend | Gifts for Girls

Gifts for Husband | Gifts for Mom | Gifts for Sister | Gifts for Wife | Anniversary Gifts | Birthday Gifts | Christmas Gifts | Gifts for Couples

Gifts for Friends | Gifts for Her | Gifts for Him | Gifts for Kids | Gifts for Teachers | Housewarming Gifts | Personalized Gifts | Gifts

Listed on Nov 24, 2023    7 favorites

Report this item to Etsy

All categories > Home & Living > Home Decor > Wall Decor > Wall Hangings

🌱 Etsy is powered by 100% renewable electricity.



**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

  

🇺🇸 United States | English (US) | $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions



ebay

Hi Jeffrey! ▾    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ▾    My eBay ▾    🔔    🛒

Advanced

< Back to search results    Toys & Hobbies › Action Figures & Accessori... › Action Figures

Share  · Add to Watchlist

### Painted Service 1/12 Marilyn Monroe Head Sculpt for 6" Figure SHF ML MEZ 7" NECA

altgood7777 (2317)
99.6% positive · Seller's other items · Contact seller

**US $38.00**

Condition: New

Ver.: - Select - ▾

Quantity: [ ]  Last One / 6 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Have one to sell? Sell now

Additional service available
☐ 3-year protection plan from Allstate - $3.99

⚡ People want this. 26 people are watching this.

Shipping: US $3.50 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery: 📦 Estimated between Mon, Feb 12 and Wed, Mar 20 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions



NECA 1962 Movie Version of Godzilla 6"Joint Movable Action Figure
New
**$70.00**
Free shipping



Mezco One:12 Collective G.I. Joe Destro Action Figure
New
**$63.00**
$90.00 30% off
Free shipping
♥ Top Rated Plus



ENDING SOON
NECA Toony Terrors Vincent Price
New
**$20.13**
2 bids
37m 55s
+ $7.00 shipping
Seller with a 100% positive feedback



1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
$21.24 20% off
Free shipping
12 watchers

Marilyn Monroe 5D Picture Diamond Painting Kit Embroidery Rhinestone DIY Art
New
**$11.29**
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

LOTS Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing
New
**$13.98**
Free shipping
67 sold

Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping

Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker
New
**$22.00**
Free shipping
Seller with a 99.4% positive feedback

Marilyn Painting
New
**$11.29**
$12.99
Free shipping
Seller

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 20, 2024 17:49:37 PST View all revisions

eBay item number: 165374388294

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Size | 6in. |
| Country/Region of Manufacture | China | Scale | 1:12 |
| Type | Body Parts & Pieces | Features | Custom Figure |
| Year | 2019 | Bodypart Type | Head |
| Brand | Unbranded | Era | 2019 |

## Item description from the seller

private listing for you

110.00 USD
Buy it now
Free shipping

Painted Service 1/12 Andrew Garfield Spider man Head Sculpt shf ml Mez One 12 7
38.00 USD
Buy it now

Painted Service 1/12 Christopher Reeve Superman Head Sculpt fit 6 Figure 7
38.00 USD
Buy it now

Painted 1/12 Bruce Wayne Batman Head Sculpt for 6 SHF Mafex ML Mez Neca Mc L
38.00 USD
Buy it now

Painted 1/10 1/12 Andrew Garfield Spide rMan Head Sculpt for 6 7 SHF MAFEX M L
38.00 USD
Buy it now

Painted Service 1/12 Catwoman Selina K yle Head Sculpt for 6 7 SHF Ml, Mez NE CA
38.00 USD
Buy it now

1/18 1/12 1/10 Bruce Wayne Batman He ad Sculpt Unpainted for 6 SHF ML Mafex Mez
12.50 USD
Buy it now

1/18 1/12 1/10 Brandon Routh Superman Head Sculpt Unpainted for 6 SHF ML Me z 7
12.50 USD
Buy it now

Painted 1/10 1/12 Brandon Routh Super man Head Sculpt for 6 7 SHF MAFEX M L Mez
38.00 USD
Buy it now

Painted 1/12 Anakin Skywalker Darth Va der Star Wars Head Sculpt 6 Figure 7
38.00 USD
Buy it now

Painted Service 1/12 Anakin Skywalker D arth Vader Star Wars Dark Side Head 6 7
38.00 USD
Buy it now

Painted 1/12 Joker Jack Napier Nicholso n 1989 Head Sculpt for 6 shf ml mez 7
38.00 USD
Buy it now

## Popular categories from this store    See all

Shipped within stated time frame. Low shipping costs. Packed well. Great custom head sculpt. Professional looking paint job. Head is proportionate with SH Figuarts body. Fits well with putty adhesive, which seller included. Very satisfied with purchase and transaction. Recommend seller!

1/6 head male    1/12 painted head sculpt    1/12 accessory

1/12 unpainted head sculpt    Other

⊕ 5***5 (763) • Past 6 months

tsy order arrived with a rip in it initially and the head was gone, but after contacting the seller, who was incredibly kind, I got a new head shipped to me wrapped in an incredible amount of protection. Absolutely fantastic seller and the head looks great

See all feedback

## You may also like

Feedback on our suggestions

    

ebay

Shop by category    Search for anything    All Categories    Search    Advanced

‹ Back to search results · Clothing, Shoes & Accesso... › ... › Costumes › Women

Share | Add to Watchlist

🔥 EXTRA 8% OFF WITH CODE **SWRT6UJEY7IK**    See all eligible items and terms ›








‹    ›

Have one to sell? Sell now

## Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits

 anneist (261)
94.9% positive · Seller's other items · Contact seller

**US $44.99**

Condition: **New with tags**

Size:    - Select -    ▼

Quantity:    1    Last One / 1 sold

Personalization:
Provide personalization instructions below

0/250

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping:    US $9.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:    📦 Estimated between **Thu, Feb 8** and **Thu, Feb 29** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. Personalized items cannot be returned. See details

Payments:    
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar items    See all ›
Sponsored


Adult Evil Bride Doll Tiffany Wedding Dress Jacket Womens Halloween Costume S-L
New
$23.95
Free shipping


BLonde Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
$25.64
$26.99 5% off
+ $9.90 shipping


Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
$44.99
+ $9.99 shipping


BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
$25.64
$26.99 5% off
+ $9.90 shipping

Feedback on our suggestions


eBay eGift Cards for all
A treat for any occasion.
Shop now

## What's your size?
Add your size to see recommendations that will fit better.

Add your size

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

Marilyn Monroe 20 cm figure
New
$149.99
+ $35.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 inches
New
$20.49
Free shipping
📍 Top Rated Plus
Seller with a 99.9% positive feedback

MARILYN & AUDREY - TATTOO POSTER 24x36 - 160056
New
$12.50
Free shipping
10% off 2+

Hot 18cm famous sexy actress Marilyn Monroe action figure statue popup decor from
New
$16.99
+ $8.99 shipping

5x Marilyn Monroe Classic Movie Actress Actor 25mm / 1 inch D Pin Button Badges
New
$4.44
+ $3.80 shipping
Seller with a 99.7% positive feedback

Cos M... gold c...
New (O...
$15.98
$17.08
Free s...

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 375128087563

Seller assumes all responsibility for this listing.    eBay item number: 375128087563

Last updated on ...

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Style | Cosplay,Christmas Dress |
| Theme | Blondde Norma Jeane | Occasion | Show Party |
| Size Type | Size Chart | Brand | Unbranded |
| Color | Multi-Color(As the picture shown) | Material | Satin + Polyester + Lining |
| Features | Vintage | Country/Region of Manufacture | China |
| Personalize | Yes | MPN | Does Not Apply |
| Modified Item | No | | |

## Item description from the seller

**Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit**

### Description

- Material: Satin+Polyester+Lining
- Included: Dress+Gloves+Belt+Bowtie

**Important: please choose your size as follow size and please allow measurement error of 1-3cm:**

| Men's Size | Height | | Chest | | Waist | | Hips | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 64 | 165 | 33-36 | 86-92 | 28-29 | 71-74 | 32-34 | 81-86 | 17.3 | 44 |
| Small | 67 | 170 | 36-38 | 92-97 | 30-31 | 76-79 | 35-37 | 90-95 | 18.1 | 46 |
| Medium | 69 | 175 | 39-41 | 99-104 | 32-34 | 81-86 | 38-40 | 97-102 | 18.9 | 48 |
| Large | 71 | 180 | 42-44 | 107-112 | 35-37 | 89-94 | 41-43 | 105-110 | 19.6 | 50 |
| X-Large | 73 | 185 | 45-47 | 114-119 | 38-39 | 97-99 | 44-46 | 112-117 | 20.5 | 52 |
| XX-Large | 75 | 190 | 48-50 | 122-127 | 41-43 | 104-109 | 47-49 | 119-125 | 21.25 | 54 |
| XXX-Large | 77 | 195 | 50-53 | 126-135 | 44-46 | 112-117 | 49-52 | 125-132 | 22 | 56 |

| Women's Size | Height | | Bust | | Waist | | Hip | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 61 | 155 | 32-33 | 81-84 | 23-25 | 59-64 | 34-35 | 86-89 | 15 | 38 |
| Small | 63 | 160 | 34-35 | 86-89 | 26-27 | 66-69 | 36-37 | 91-94 | 15.4 | 39 |
| Medium | 64 | 165 | 36-37 | 91-94 | 28-29 | 71-74 | 38-39 | 97-99 | 15.75 | 40 |
| Large | 67 | 170 | 38-41 | 97-103 | 31-33 | 80-84 | 41-43 | 104-109 | 16.15 | 41 |
| X-Large | 69 | 175 | 42-44 | 107-112 | 35-37 | 88-93 | 44-46 | 112-118 | 16.5 | 42 |
| XX-Large | 71 | 180 | 45-46 | 113-116 | 38-39 | 94-98 | 47-48 | 119-123 | 16.9 | 43 |
| XXX-Large | 73 | 185 | 47-48 | 117-119 | 40-43 | 99-112 | 49-52 | 124-132 | 17.32 | 44 |

If you want to **custom made**, Please send us your measurements as follow:

①Gender: (Male/ Female)

②Weight: (Your weight )

③Height: (Total height, bare feet)

④Chest/ Bust: (Circumference of the fullest part of chest/bust)

⑤Waist: (Circumference of the natural waistline)

⑥Hips: (Circumference of the biggest part of hips)

⑦Costume Length: (From nape to the costume's end, taken at back)

⑧Shoulder Width: (Width between shoulder ends, taken at back)

⑨Arm Length: (From shoulder seam to wrist)

⑩Cuff Circumference: (Desired cuff circumference)

⑪Pant/ skirt Length: (From middle waist to wherever the costume fits)

⑫Inseam: (From the uppermost inner part of your thigh to bottom of your ankle)

### Shipping

- Merchandise will generally reach you **within 7-15 business days** after dispatching. But just in case, please check if your package is detained in the customs clearance, or is it already sent to the destination once when you're not there.
- Once the item is dispatched, the tracking number will be provided.
- Please note that we **CAN'T** ship costumes and large items to addresses like **PO BOX or Military Area (AA/ AE/ AEO/ APO/ FPO)**. Please understand that the date of the merchandise reaching you varies by complexity of making the item(s), destination(s), logistics and custom clearance process of your country. Thank you!

### Payment

- All major credit cards are accepted through secure payment processor PayPal.
- **We are not responsible for any custom duty or import tax.**

### Refund

**Refund**

- If you don't like it, just return the item **within 30 days** after you receive it, and we will refund your money minus the shipping fee.
- Buyer is responsible for the return shipping fee.
- The returning item must be in the original, resalable status, and all accessories included must be returned as well.

**Feedback**

- Please feel free to contact us if you have any question about the merchandise.
- If you are satisfied with the item, **please leave a positive feedback and full-star DSR rating for us!**
- Your satisfaction is the most important thing to us. **Please contact us first if you could not leave a positive feedback!** Just let us know what the problem is, and we are happy to help.

## Business seller information

Value Added Tax Number: GB 315471027



10 minutes after I paid for this item, I try to cancel, the seller answer me, he could not do that cause they have already ship this item - that was incredible fast... The reason I tried to cancel was cause I found the same item $60 dollar less, exactly the same description and pictures, I would not buy again from this seller.

Avengers 4 Endgame Captain America Costume Cosplay Steven Rogers Uniform Suit (182/62/1817/0100)

See all feedback

🎁 EXTRA **8%** OFF WITH CODE **SWRT6UJEY7IK** ⓘ   See all eligible items →

Extra 8% off

All promotional offers from anneist

   

See all

Angel Dust Cosplay Costume Outfits Halloween Carnival Suit Tops Dress Gloves

US $30.99

ZELDA cosplay Cosplay Costume Outfits Halloween Carnival Party Suit Christmas

US $25.99

M3gan Cosplay Necktie Cosplay Accessories Gifts Halloween Carnival Party Suit

US $9.99

SpiderMan Cosplay Swimwear Jumpsuit Swimsuit Outfits Party Dress Beachwear

US $15.90

Pokemon Scarlet and Violet - Rika Cosplay Costume Outfits Halloween Party Suit

US $44.99

You can change quantities in your cart

## You may also like

Feedback on our suggestions

    

Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit

New

**$42.76**

$46.48 8% off

+ $4.90 shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit

New

**$49.08**

$53.77 7% off

+ $9.99 shipping

BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit

New

**$25.64**

$26.99 5% off

+ $9.90 shipping

BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit

New

**$24.19**

$26.01 7% off

+ $9.99 shipping

BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit

New

**$23.74**

$24.99 5% off

+ $9.00 shipping

       

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Advanced

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist










Have one to sell? Sell now

## Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

⚠ Last item available

ariel-4308 (47)
99.1% positive · Seller's other items · Contact seller

**US $14.99**
or Best Offer

Condition: **Used**

Quantity: 1    Last One / 16 sold

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

**Additional service available**
☐ 1-year protection plan from Allstate - $7.99

↺ Breathe easy. Returns accepted.

⚡ People want this. 36 people are watching this.

Shipping:    Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:    ⏲ Estimated between Tue, Feb 13 and Fri, Mar 1 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    [VISA] [G Pay] [VISA] [mastercard] [AMEX] [DISCOVER]
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions









Frank Kozik Kidrobot 2008 8" Redrum Dunny LE 1833 Vinyl Sculpture
New
$165.00
$300.00 45% off
+ $10.80 shipping
Seller with a 99.5% positive feedback

Coarse Toys Buried Passion His Endless Dreams Sculpture Extra Balloon
Pre-owned
$899.99
$1,200.99 25% off
Free shipping
♥ Top Rated Plus

LOT OF 13 VINTAGE 1974 MEGO Star Trek ACTION FIGURES. Used Poor To Good PARTS
Pre-owned
$44.00
4 bids
4h 12m
+ $12.45 shipping
Popular

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

## Sponsored items customers also bought    See all >

Feedback on our suggestions








Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe PVC Figure Gold Dress 16cm
Pre-owned
$11.44
+ $19.15 shipping
Seller with a 100% positive feedback

Mego Legends Marilyn Monroe Serialized Limited Edition 8" Doll Action Figure
New
$11.11
$11.95 7% off
Free shipping
♥ Top Rated Plus

Mego L...
Edition...
New
$12.49
Free sh...
23 sol...

| About this item | Shipping, returns, and payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 355090617711

Last updated on Jan 05, 2024 01:10:40 PST    View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Used: An item that has been used previously. See the seller's listing for full details and ... Read more | Feature9 | Marilyn Monroe Ornaments |
| Feature8 | Sexy Dress Ornaments | Feature7 | Marilyn Monroe Figure |
| USE | EASY TO USE ! | Featured | Hollywood Star |
| Material | Pvc | Satisfies Costumers | 100% |
| STOCK | LIMITED QUANTITIES STOCK ! | Brand | Unbranded |
| Type | Action Figure | RECOMMENDED | RECOMMENDED |
| Feature10 | Figure Toys | Feature5 | Pvc Statue |
| Theme | People | Style | New Classical/post-modern Style |
| Feature4 | Present Toys | Is Smart Device | No |
| Feature3 | Christmas Gift | Available | 24/7 |
| Feature2 | Figure Toy C | Feature1 | 18cm Marilyn Monroe |

Feature2 | Figure Toy C | Feature1 | 18cm Marilyn Monroe
Is_customized | No

**Item description from the seller**



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

**Specifications:**

| Is Smart Device | No | is_customized | No |
| --- | --- | --- | --- |
| Theme | People | Style | New Classical/Post-modern Style |
| Material | PVC | | |
| Feature1 | 18cm Marilyn Monroe | Feature2 | Figure Toy C |
| Feature3 | Christmas Gift | Feature4 | Present Toys |
| Feature5 | PVC Statue | Feature6 | Hollywood Star |
| Feature7 | Marilyn Monroe Figure | Feature8 | Sexy Dress Ornaments |
| Feature9 | Marilyn Monroe Ornaments | Feature10 | figure toys |









## REVIEWS

The product came very well packaged. I'm very happy. thank you for everything. Seller strongly recommended.
★★★★★

This is great! I definitely recommend! Product looks amazing
★★★★

Delivery was fast. Excellent seller, great communication. I advise everyone
★★★★★

---



**ariel-4308**

96.3% Positive Feedback
169 items sold

📅 Joined Jul 2023

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Seller's other items

Contact

♡ Save seller

### Seller feedback (44)

This item (7)    All items (44)

🟢 r***b (4261) • Past month

great item

🟢 0***a (964) • Past 6 months

Great Deal!! Fast Shipping!! Absolutely Beautiful!!!! Very Happy!! Thanks, John

🟢 y***c (2249) • Past month

Item as described. Prompt, secure shipment. Smooth transaction. A+++

See all feedback

---

### You may also like

Feedback on our suggestions



Anime Dragon Ball Z Bulma PVC Action Figure Collection Doll Model Toys Kid Gifts

New
**$16.99**
Free shipping
36 sold



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
**$13.99**
Free shipping
10 watchers



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
**$13.99**
Free shipping



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
**$12.99**
Free shipping



Marilyn Monroe PVC Figure Gold Dress 16cm

Pre-owned
**$11.44**
+ $19.75 shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box

New



Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC

New

MARILYN MONROE HOT PROPERTIES HOLLYWOOD MEMORIES ACTION FIGURE DOLL MOC #771

Pre-owned

$17.69
Free shipping
Seller with a 100%

$12.99
Free shipping

$89.00
Free shipping

$12.64
Free shipping
Seller with a 99.6% positive feedback

$19.54
$20.99 7% off
Seller with a 99.6% positive feedback







Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$13.89
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$13.69
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$16.99
$21.24 20% off
Free shipping
12 watchers

Sponsored
Marilyn Monroe 1/4 Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$84.99
+ $50.00 shipping
7 watchers







Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$16.79
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$13.89
Free shipping

Sponsored
1/64 Rosin Marilyn Monroe Subway Pose
Classic Model Girl Unpainted
New
$12.99
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$16.99
Free shipping
5 watchers

Sponsored
1/6 Marilyn Monroe Evening Red Dress For
12" TBLeague Hot Toys PHICEN Figure
New
$27.89
$30.99 10% off
Free shipping
Seller with a 99.3% positive feedback







Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$15.79
Free shipping
Seller with a 100% positive feedback

Sponsored
1/24 RESIN FIGURE Model Kit 75mm Marilyn
Girl Unassembled Unpainted Toy NEW Gift
New
$19.00
Free shipping

Sponsored
1/6 Scale Marilyn Monroe Head
Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

Sponsored
1/10 Bust Lady Resin Figure Model Kit
Marilyn Monroe Unpainted Unassembled
Toys
New
$17.09
$18.99 10% off
Free shipping
8 watchers

Sponsored
Franklin Mint LTD. Marilyn Monroe Reflection
Figurine Statue Marble Base Vtg
Pre-owned
$80.00
+ $8.52 shipping
Seller with a 99.3% positive feedback

Back to search results

Return to top

More to explore :   McFarlane Toys PVC Action Action Figure Collections,   Playmates Toys PVC Action Action Figure Collections,   Hot Toys PVC Action Action Figure Collections,   Female Statue PVC Action Figures Accessories,
21st Century Toys PVC Action Action Figure Collections,   Hot Toys PVC Action Figures & Accessories,   Hot Toys PVC Action Action Figures,   SOTA Toys PVC Action Action Figures,   Marilyn Manson Music Action Figures,
Thinkway Toys PVC Action Figures Accessories

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



✨ SOMETHING EXCITING ✨ IS COMING! Download the Etsy app to stay tuned.

Homepage > Home & Living > Home Decor > Wall Decor > Wall Hangings



**$26.40+** $44.00+

**40% off sale ends January 19**

Black and White Posters Movie Star Marilyn Monroe Prints Canvas Painting Wall Art Pictures for Living Room Nordic Decorative

ArshaloWallArt ★★★★★

**Style★**

Select a style ▼

**Size★**

Select a size ▼

| Buy it now |

| Add to cart |

♥ Add to collection

**Item details** ⌃

🖐 Handmade

🧵 Materials: Canvas

• The product has no frame •

• Please note that due to lighting effects, monitor's brightness and contrast settings, the color of the items could be slightly different between our photos and the actual item you received. We appreciate your understanding.

• Our products may appear large or small in some pictures. So please double check to make sure you have the correct size before placing your order.

• Due to differences between monitors, colors may differ slightly from what you see on the screen. Please pay attention to this.

• Incoming orders are shipped within 1-3 business days after payment is confirmed.

• The delivery time of the products varies according to the countries. While the delivery time of orders from European countries may take between 1 or 3 weeks, the delivery time of orders from other places may take 1 to 4 weeks. The extension of the deadlines is generally customs-related.

• I would be very happy if you evaluate the product after receiving your product. I can assure you that I will do my best for any problem you may have with this product.

★ We are very grateful if you can leave positive feedback if you are satisfied of your product to show others you are happy. If you are not satisfied then please message us before leaving feedback so we will endeavour to resolve any arising issues as quickly as possible.

★ Thank you very much for visiting! Please feel free to look at our shop & other listings! We look forward to serving you & making your ideas & memories become a reality! Have a nice day!

Less

**Shipping and return policies** ⌃

📅 Order today to get by Feb 16-20

⟲ Returns & exchanges not accepted

🌐 Free shipping

Deliver to United States, 30092 ⌄

Ships from Hong Kong

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

**Meet your sellers** ⌃

 Arshalo
Owner of ArshaloWallArt

← Back to search results

Other reviews from this shop | ★★★★½ (43)    Sort by: Suggested ▾

★★★★★ ✓ Recommends this item
Beautiful picture the paper it is own very high quality
Purchased item: Retro art abstract canvas painting huma...

| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

Kary Jones  Dec 13, 2023

👍 Helpful?

★★★★★
Beautiful poster, high quality and well designed.
Purchased item: Quentin Tarantino Movie Retro Poster Pul...

| Item quality | 5.0 |
| Shipping | 5.0 |

Frank Rocks  Nov 26, 2023

👍 Helpful?

★★★★★
Unfortunately I was sent a postcard sized poster. When I actually ordered a poster the size of wall portrait. I wrote to the seller to know avail. I'm extremely dissatisfied. And the decor theme I have going on, is gear towards the essence of the African woman. Now I'm force to... •••
Purchased item: African Black Woman Graffiti Art Posters and Prints Abstract A...

Anita  Sep 5, 2023

👍 1 Helpful?

★★★★★
great quality and customer service

 Response from Arshalo
Thank you very much, see you in the next order.

Purchased item: Japanese Samurai Cat Poster Tattoo Cat Vintage Poster Painti...

Laura Guardia  Aug 20, 2023

👍 Helpful?

← ① 2 … 11 →

Photos from reviews

   




This seller usually responds within a few hours.

## More from this shop

Follow    See 130+ items

     

| Modern Ballet Dancing Girl Ca... | cartoon character kids room d... | cartoon character kids room d... | Movie Character Marilyn Monr... | cartoon character kids room d... | Funny Cats Mid Century Poster... |
| ArshaloWallArt | ArshaloWallArt | ArshaloWallArt | ArshaloWallArt | ArshaloWallArt | ArshaloWallArt |
| $25.20 | $27.60 | $27.60 | $30.60 | $27.60 | $31.20 |
| $42.00 (40% off) | $46.00 (40% off) | $46.00 (40% off) | $51.00 (40% off) | $46.00 (40% off) | $52.00 (40% off) |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping |

## You may also like including Ads ⓘ

See more

     

| Marilyn Monroe, Legend, Cine... | Free warrior marilyn monroe bl... | Marilyn Monroe Canvas Wall D... | Marilyn Monroe Black and Whit... | Marilyn Monroe Art Canvas, Ma... | Marilyn Monroe Art Canvas, Ma... |
| RitmoArt | LorienProCanvas | BESTandWallART | LorienProCanvas | MoldCanvas | UniqueCanvasEver |
| $32.80 | $38.25 | $12.00 | $38.25 | $14.99 | $17.99 |
| $41.00 (20% off) | $54.64 (30% off) | $24.00 (50% off) | $54.64 (30% off) | $29.98 (50% off) | |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | |

     

| Marilyn Monroe Wall Decoratio... | Marilyn Monroe Poster Pop Art ... | Audrey Hepburn Canvas, Bubb... | Marilyn Monroe Art Canvas-Ma... | Marilyn Monroe Wall Decoratio... | Audrey Hepburn Wall Art, Maril... |
| Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller |
| $27.12 | $38.99 | $51.00 | $19.99 | $22.50 | $51.57 |
| $33.90 (20% off) | FREE shipping | $85.00 (40% off) | | $45.00 (50% off) | $85.95 (40% off) |
| FREE shipping | | FREE shipping | | FREE shipping | FREE shipping |

## Explore related searches

      

| Black and White Art | Movie Star Wall Art | Movie Star Posters | Marilyn Monroe Art | Marilyn Monroe... | Wall Art Canvas | Living Room Canvas | Living Room Art | Canvas Painting Art | Marilyn Posters |

## Explore more related searches

Marilyn Monroe Paint    Movie Wall Art Decor    Movie Star Hanging    Baby Gifts    Gifts for Boyfriend    Gifts for Boys    Gifts for Dad

Gifts for Girlfriend    Gifts for Girls    Gifts for Husband    Gifts for Mom    Gifts for Sister    Gifts for Wife    Anniversary Gifts    Birthday Gifts

Christmas Gifts    Gifts for Couples    Gifts for Friends    Gifts for Her    Gifts for Him    Gifts for Kids    Gifts for Teachers    Housewarming Gifts

Personalized Gifts    Gifts

Listed on Oct 16, 2023    11 favorites

Report this item to Etsy

All categories > Home & Living > Home Decor > Wall Decor > Wall Hangings

 Etsy is powered by 100% renewable electricity.



| Shop | Sell | About | Help |
| Gift cards | Sell on Etsy | Etsy, Inc. | Help Center |
| Etsy Registry | Teams | Policies | Privacy settings |
| Sitemap | Forums | Investors | |
| Etsy blog | Affiliates & Creators | Careers | |
| Etsy United Kingdom | | Press | |
| Etsy Germany | | Impact | |
| Etsy Canada | | | |

Download the Etsy App

  

United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Search    Advanced

‹ Back to search results · Collectibles & Art › Entertainment Memorabilia › Other Entertainment Mem

🔥 SAVE UP TO 30%   See all eligible items and terms ›

Share · Add to Watchlist






### Marilyn Monroe Gold Clad Coin Collection - Limited Edition Set

🔥 I watched in the last 24 hours

 ART100 Gallery (20)
91.7% positive · Seller's other items · Contact seller

**US $303.10**
or Best Offer
Was US $433.00 ⓘ
Save US $129.90 (30% off)

No interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --
"Overall Good."

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

Have one to sell? Sell now

**Shipping:** Free Expedited Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Nanjing, China

**Delivery:** Estimated between Thu, Feb 1 and Thu, Feb 8 to 30318 ⓘ
Please allow additional time if international delivery is subject to customs processing.

**Returns:** Seller does not accept returns. See details

**Payments:** PayPal · GPay · VISA · mastercard · AMEX · DISCOVER

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

### Similar sponsored items    See all ›

Feedback on our suggestions


**Marilyn Monroe Memorabilia**
New
**$5,500.00**
+ $113.50 shipping

Marilyn Monroe "B & W Portrait" JFK Kennedy Half Dollar U.S. Coin *Licensed*
**$8.95**
Free shipping
⭐ Top Rated Plus
Seller with a 99.7% positive feedback


Jaws film memorabilia new t-shirt,collectable coin felt penant(flag) + book
Pre-owned
**$16.54**
0 bids
1h 12m
+ $26.44 shipping
Seller with a 100% positive feedback


Marilyn Monroe "Portrait w/ Signature" Kennedy Half Dollar U.S. Coin Licensed
**$8.95**
Free shipping
⭐ Top Rated Plus
32 sold

---

Find mental health resources

Love,
Your Mind

HUNTSMAN   Ad

Learn More

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions


modern Marilyn Monroe oil painting 100% hand-painted art on canvas
**$77.22**
$99.00 22% off
Free shipping
39 watchers

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
**$16.98**
Free shipping
5 watchers


Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress
New
**$24.15**
+ $7.99 shipping
Seller with a 100% positive feedback


1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$69.00**
+ $26.00 shipping
Last one


Marilyn Monroe con tatueggi poster tela canvas no cornice
New
**$21.53**
Free shipping


Marilyn
Greate
Box
New
**$84.9**
+ $50.
7 wat

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 19, 2024 03:53:02 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Seller Notes | "Overall Good." | Industry | Movies |
| Original/Reproduction | Original | | |

### Item description from the seller

Indulge in the timeless allure of Marilyn Monroe with this exquisite Gold Clad Coin Collection. This limited edition set, beautifully clad in gold, pays homage to the iconic Hollywood legend.

**Key Features:**

eBay item number: 395074967490

**Key Features:**

Marilyn Mon... ...
Beautifully clad in gold for an elegant and luxurious appearance
Nice set featuring multiple coins capturing different facets of Marilyn Monroe
Multiple high-quality photos posted for a detailed view

This collection is a must-have for Marilyn Monroe enthusiasts, collectors of Hollywood memorabilia, or anyone who appreciates the timeless beauty of the iconic actress.

**Condition:**
The set is in a nice condition, ensuring that each coin is well-preserved and ready to be showcased in your collection.

Buy now to own this limited edition Marilyn Monroe Gold Clad Coin Collection and add a touch of glamour to your memorabilia collection. Don't miss out on the opportunity to celebrate the enduring legacy of Marilyn Monroe with this beautifully crafted set.



### ART100 Gallery
91.7% Positive Feedback
56 items sold

Visit store
Contact
♡ Save seller

📅 Joined Mar 2023

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.6 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store**    See all

Collectibles   Art   Entertainment Memorabilia   Antiques
Clothing, Shoes & Accessories   Stamps   Books & Magazines
Jewelry & Watches   Business & Industrial

**Seller feedback** (27)

● l****D • Past 6 months
Trust me when I say that this seller is literally the best. Great communication, extremely well packaged shipment which arrived way sooner then I had expected or even thought possible. The painting was exactly as described and pictured. Purchase with confidence.
Rare Antique Renaissance Painting by a Follower of Leonardo da Vinci (#395002b627918)

● n****r (469) • Past month
I love it, thank you! The price was reasonable, and the shipping was fast and safe. I'd use this seller again.
Natural Painting Decorative Kanab Goldenstone Sandstone (#396404076400)

● d****ti (176) • Past year
Quick delivery. Packaged well. As described. A++++ seller. Would buy from again.
Antique Neoclassical Portrait - Timeless Elegance Painting (#396461034471)

See all feedback

## You may also like
Feedback on our suggestions


Bust IN Resin Marilyn Monroe Flapper 60
Pre-owned
$293.24
+ $12.09 shipping


Marilyn Monroe Set of 3 Mini Figurines Ornaments Bradford Edition RARE!!! L@@K
$296.00
+ $18.00 shipping
Seller with a 100% positive feedback


Marilyn Monroe picture frame-rare
$37.00
+ $7.00 shipping
Seller with a 100% positive feedback


Marilyn Monroe "Portrait w/ Signature" Kennedy Half Dollar U.S. Coin Licensed
$8.95
Free shipping
♡ Top Rated Plus
32 sold


Marilyn Monroe "B W Portrait" JFK Kennedy Half Dollar U.S. Coin "Licensed"
$8.95
Free shipping
♡ Top Rated Plus
Seller with a 99.7% positive feedback



Marilyn Monroe Drawing Sketch Black and White Framed 1989 by Gary Saderup
$199.99
+ $41.65 shipping


Marilyn Monroe - 10 oz. Glasses Set of 4 (NEW & SEALED)
$31.98
+ $14.50 shipping
Seller with a 100% positive feedback


1995 MARILYN MONROE STARS OF STAGE & SCREEN FIRST DAY COIN & STAMPS MARSHALL ISL
New
$12.72
+ $29.49 shipping


MARILYN MONROE.3 LIMITED EDITION PHONE CARDS
Pre-owned
$6.36
+ $5.72 shipping
Seller with a 100% positive feedback


Lot 7 Vintage Marilyn Monroe American Beauty Classics + Seven Year Itch Dolls
$119.99
+ $31.93 shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Memorabilia
New
$5,500.00
+ $113.50 shipping


Sponsored
modern Marilyn Monroe oil painting 100% hand-painted art on canvas
$77.22
$99.00 22% off
Free shipping



Sponsored
Marilyn Monroe "Happy Birthday" JFK Kennedy Half Dollar US Coin "Licensed"
$8.95
Free shipping
♡ Top Rated Plus



Sponsored
Marilyn Monroe Collectible Lot Of 2 Buttons Coin And PEZ
$35.00
+ $5.95 shipping



Sponsored
VINTAGE SAVAGE ARMS USA GASOLINE PORCELAIN SIGN GAS OIL PETROLEUM MOTOR PUMP
Pre-owned
$149.99
+ $20.00 shipping







Sponsored

MARILYN MONROE *NO BUSINESS LIKE
SHOW BUSINESS* JFK Half Dollar US Coin
LICENSED
$8.95
Free shipping
 Top Rated Plus
21 sold

Sponsored

VINTAGE DAIRY QUEEN CREAMERY
PORCELAIN SIGN GAS OIL ICE CREAM MILK
CATTLE SHOP-
Pre-owned
$149.99
+ $20.00 shipping
Seller with a 100% positive feedback

Sponsored

Marilyn Monroe Short Paragraph Pale Gold
Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers

Sponsored

Certified Authentic Marilyn Monroe Hair
From The Mustro Collection Paperwork Inc
$399.99
Free shipping
Seller with a 100% positive feedback

Sponsored

Marilyn Monroe *Summer* JFK Kennedy Half
Dollar U.S. Coin *Licensed*
$8.95
Free shipping
Top Rated Plus
89 sold







Sponsored

Rare MARILYN MONROE Museum Framed
Photo Collage w Authentic Swatch of
Clothing
$450.00
+ $30.50 shipping
Seller with a 100% positive feedback

Sponsored

MARILYN MONROE MOVIES California
Quarters U.S. 6-Coin Set * LICENSED *
$19.95
Free shipping
Top Rated Plus
28 sold

Sponsored

MARILYN MONROE *HOW TO MARRY A
MILLIONAIRE* Movie JFK Half Dollar Coin
LICENSED
$8.95
Free shipping
Top Rated Plus
35 sold

Sponsored

MARILYN MONROE * NIAGARA * Movie JFK
Kennedy Half Dollar Colorized Coin
LICENSED
$8.95
Free shipping
Top Rated Plus
35 sold

New

5D Diamond Painting Kit Marilyn Monroe
Picture Rhinestone Wall Decor Craft Art
$12.77
$18.44 5% off
Free shipping
Seller with a 99.2% positive feedback

## Influenced by recent sponsored views

Feedback on our suggestions








modern Marilyn Monroe oil painting 100%
hand-painted art on canvas
$77.22
$99.00 22% off
Free shipping
39 watchers

Marilyn Monroe Short Paragraph Pale Gold
Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers

VINTAGE COCA COLA PORCELAIN SIGN
SODA ADVERTISING COKE MARILYN
MONROE OIL GASO
Pre-owned
$149.99
+ $20.00 shipping
Seller with a 100% positive feedback

8" YELLOW SHELL PORCELAIN SIGN GAS
STATION ENAMEL VINTAGE ADVERTISING
OIL 5
Pre-owned
$149.99
+ $20.00 shipping
Seller with a 100% positive feedback

VINTAGE SAVAGE ARMS USA GASOLINE
PORCELAIN SIGN GAS OIL PETROLEUM
MOTOR PUMP
Pre-owned
$149.99
+ $20.00 shipping
Seller with a 100% positive feedback




Hi Jeffrey!  Daily Deals  Brand Outlet  Gift Cards  Help & Contact | Sell  Watchlist  My eBay

Advanced

< Back to search results · Collectibles & Art · Art · Paintings







Have one to sell? Sell now

### Hand-painted Original Oil Painting art Impressionism Marilyn Monroe on canvas

art2008sky (1564)
100% positive · Seller's other items · Contact seller

## US $398.00
or Best Offer

No Interest if paid in full in 6 mo on 99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping: US $30.00 Expedited Shipping from Greater China to worldwide.
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Xia Men, China

Delivery: ⧗ Estimated between Thu, Mar 21 and Thu, Mar 28 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 43 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on 99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay eGift Cards for all
A treat for any occasion.
Shop now

## Similar sponsored items    See all >

Feedback on our suggestions





CAMILLE PISSARRO 19thC French IMPRESSIONISM Landscape Undergrowth Fores...
Pre-owned
$6,090.00
$8,700.00 30% off
+ $140.00 shipping
Seller with a 100% positive feedback

French Impressionism The Castle Meadows Landscape Oil on Canvas Signed CJ919
Pre-owned
$950.00
+ $80.00 shipping
Seller with a 100% positive feedback

Hawkins Impressionism Artist Original Oil Painting Signed Canvas Decor Clouds NR
Now
$147.00
0 bid
3d 12h
+ $22.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe canvas 24"x36"
$388.00
+ $38.00 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions











Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"x24"
$450.00
+ $38.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"x36"
$388.00
+ $38.00 shipping
Seller with a 100% positive feedback

VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO
$149.99
+ $20.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil painting art Portrait Marilyn Monroe on Canvas 20"x24"
$550.00
+ $38.00 shipping

Colorful Marilyn Monroe 5D Art Diamond Painting Kit Drills Cross Stitch Picture
New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Marilyn Sculpt...
New
$16.9
$21.24
Free sh
12 wa

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 164835964225

Last updated on Jun 26, 2022 21:49:66 PDT View all revisions

## Item specifics

| Listed By | Dealer or Reseller | | Painting Surface | Canvas |
| Date of Creation | 2000-Now | | Type | oil painting |

## Item description from the seller

Auctiva Store: art.2008-sky









This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                                                 Return to top

More to explore :   Canvas Oil Painting Impressionism Art Paintings,   Oil Painting Impressionism Original Art Paintings,   Canvas Impressionism Original Art Paintings,   Canvas Oil Painting Post-Impressionism Art Paintings,
Canvas Oil Painting Original Art Paintings,   Oil Painting Post-Impressionism Original Art Paintings,   Impressionism Original Art Paintings,   Canvas Paris Impressionism Art Paintings,   Canvas Sunsets Impressionism Art Paintings,
Canvas Nautical Impressionism Art Paintings

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



< Back to search results · Collectibles & Art › Art › Paintings

Share · Add to Watchlist





Have one to sell? Sell now

### Hand painted Oil painting original Art Portrait Marilyn Monroe on canvas 20"x24"

artroom11 (447)
100% positive · Seller's other items · Contact seller

**US $498.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| |
|---|
| **Buy It Now** |
| **Add to cart** |
| **Make offer** |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping: US $30.00 Expedited Shipping from Greater China to worldwide.
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Xia Men, China

Delivery: 🕑 Estimated between Fri, Mar 22 and Fri, Mar 29 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 44 business days.
Please allow additional time if international shipping is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  ● ● ● ●  AMEX  DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions






Early 20th Century Rare Young Portrait Pablo PICASSO Oil Canvas Painting Signed
Pre-owned
**$7,600.00**
$9,500.00 20% off
Free shipping
Seller with a 100% positive feedback

Rare 19th Century Impressionism Portrait Henri De TOULOUSE LAUTREC Oil Painting
Pre-owned
**$8,700.00**
+ $140.00 shipping
Seller with a 100% positive feedback

Portrait Of A Young Girl Original Oil On Board Painting - Signed Rome - Framed
Pre-owned
**$79.99**
0 bids
4h 10m
+ $11.62 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"x24"
**$450.00**
+ $38.00 shipping
Seller with a 100% positive feedback



eBay eGift Cards for all
A treat for any occasion.
Shop now

## Sponsored items inspired by your views    See all >

Feedback on our suggestions






7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$153.00**
$180.00 15% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay Party
New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party mask
New (Other)
**$17.42**
$19.79 12% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting gift
New (Other)
**$16.89**
$18.98 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
**$14.36**
$16.13 11% off
Free shipping

Cos M
New
**$16.3**
$18.1
Free s

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 194860458139

Last updated on Jun 30, 2022 12:12:31 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Size | Medium (up to 36in.) | Region of Origin | Asia |
| Handmade | Yes | Country | Chen hui |
| Production Technique | Oil Painting | Artist | Chen hui |
| Material | Oil, Canvas | Style | Realism |
| Features | Signed, Unframed | Type | Oil Painting |
| Original/Licensed Reproduction | Original | Subject | Portrait, Art |
| | | Listed By | Dealer or Reseller |

Painting Surface    Canvas    Date of Creation    2000-Now

**Item description from the seller**



Original chine painting

If you ask sellers about this kind of paintings, they will all say the photos on the product page are the paintings that buyers will actually receive, which is really a lie...

k***e (5501) • Past month

Very nice painting - thanks! A++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                      Return to top

More to explore : Canvas Oil Painting Portrait Art Paintings, Canvas Portrait Art Original Paintings, Oil Painting Portrait Original Art Paintings, Canvas Oil Painting Original Art Paintings, Canvas Portrait Art Paintings, Portrait Oil Art Paintings, Portrait Art Original Paintings, Canvas Americana Portrait Art Paintings, Oil Painting Miniature Portrait Art Paintings, Oil Painting Impressionism Portrait Art Paintings

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                Sell    Watchlist ∨    My eBay ∨    🔔    🛒

[search bar]    All Categories    Advanced

‹  Back to search results  ·  Collectibles & Art ∨  ·  ...  ›  Figurines & Statues                Share  ·  Add to Watchlist

🅱 EXTRA 10% OFF WITH CODE ARTSCRAFTS777  See all eligible items and terms ▸







Have one to sell? Sell now

## 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

artsCrafts777 (402)
97% positive · Seller's other items · Contact seller

**US $180.00**
or Best Offer
Was US $200.00 (10% off)
Save US $20.00 (10% off)
No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: ny, China

Delivery:  📦 Estimated between Fri, Feb 9 and Thu, Feb 22 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days return. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  MasterCard  AMEX  Discover

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›                Feedback on our suggestions






7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$105.60**
$120.00 12% off
Free shipping

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$145.34**
$169.00 14% off
Free shipping
Seller with a 100% positive feedback

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$92.40**
$110.00 16% off
Free shipping
Seller with a 100% positive feedback

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$100.80**
$120.00 16% off
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views    See all ›                Feedback on our suggestions








Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask
New (Other)
**$18.90**
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
New
**$18.49**
$17.21 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy
New (Other)
**$18.90**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy HIGH
New (Other)
**$17.01**
$18.90 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift design STANDARD
New (Other)
**$15.75**
$17.50 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph gold c...
New (O
**$14.8**
$16.4
Free s
Seller

---

About this item    Shipping, returns, and payments                Report this item

Seller assumes all responsibility for this listing.            eBay item number: 144503624032

## Item specifics

| | | | | |
|---|---|---|---|---|
| Region of Origin | China | | Primary Material | Wood |
| Animal Type | statue | | Age | Unknown |
| Color | Yellow | | Theme | Buddha |

## Item description from the seller

### Product Description

Size: Height: 7.4 inch Long: 2.6 inch Width: 2.6 inch

Size: Height: 18.5 cm Long: 6.5 cm Width: 6.5 cm

Weight: 0.8 KG----Included the weight of packing materials

Payment
● Payment  ○ Delivery details  ○ Terms of sales  ○ About us  ○ Contact us

Payment
Please use paypal payment
Please pay as soon as possible We need time to pack and transport so that you can receive your items quickly
Delivery detail
China Post Shipping, about time United States: 10-23 days Other countries: 20-45 days.
Terms of sales
Welcome friends all over the world
About us
Honest buyer
Contact us
If you have any questions, please contact us
If you receive an item, a problem with the item, or an unhappy item, please contact us
Thank you for your support and help.

Chinese Boxwood Carving Desert Camel Statue Ornament Wooden Sculpture Nice Art
$99.99
Free shipping

Rare Chinese Exquisite Handmade beauty Carving Boxwood statue figure Art collect
$46.99
Free shipping
Seller with a 99.7% positive feedback

Wooden Chinese Zodiac Dragon Statue for Success & Wealth
New
$11.63
Free shipping
23 sold

Rare Chinese boxwood hand carving dog figure statue hand piece gift table deco
$18.99
Free shipping
31 sold

Chinese Vintage wooden statue mermaid carving decorative sculpture home love
$145.99
Free shipping
Seller with a 100% positive feedback

    

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
$109.99
Free shipping
Last one

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
$79.99
Free shipping

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
$108.80
$128.00 15% off
Free shipping
Seller with a 100% positive feedback

Sponsored
8" Old Chinese Boxwood pure Hand-Carved Beautiful women girl belle Art statue
$115.60
$136.00 15% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Chinese Boxwood Carved Beautiful Woman Statue Wooden Sculpture Home Decor Art
$83.36
$99.00 16% off
Free shipping
Seller with a 100% positive feedback

    

Sponsored
Vintage Chinese Boxwood Carved Pretty Woman Statue Wood Sculpture Decor Art Work
$149.99
Free shipping
Last one

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
$99.99
Free shipping

Sponsored
Chinese Antique Vintage Boxwood Carving Exquisite Artist Statue Sculpture Decor
$119.99
Free shipping
Last one

Cos Marilyn Monroe short paragraph pale gold curly hair wig I
New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig No design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon

    

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
$14.59
$16.49 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy
New (Other)
$18.90
Free shipping
Seller with a 100% positive feedback

Sponsored
Antique China Old Boxwood Hand Carved Love Buddha Statue Figure
$150.36
$179.00 16% off
Free shipping
Seller with a 100% positive feedback

Sponsored
18CM Old Chinese Boxwood Carving Beauty Belle People Person Statue Sculpture
$150.00
Free shipping
Seller with a 100% positive feedback

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
$89.99
Free shipping

More to explore :  Chinese Wood Carving,  Antique Primitive Sculptures & Carvings,  Carving Chinese Antiques,  Antique African Sculptures & Statues,  Stone Antique Primitive Sculptures & Carvings,  Jade Carving Chinese Antiques,  Wood Antique Primitive Sculptures & Carvings,  Wooden Carving Chinese Antiques,  Americana Antique Primitive Sculptures & Carvings,  Unsigned Antique Primitive Sculptures & Carvings

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice


Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact            Sell    Watchlist    My eBay    🔔    🛒

Advanced

Back to search results · Collectibles & Art › Art › Paintings

Share · Add to Watchlist







Have one to sell? Sell now

### Hand painted Original Oil Painting Portrait art Marilyn Monroe on canvas 20"X24"

 art-store88 (160)
100% positive · Seller's other items · Contact seller

## US $498.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: ---

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

| Shipping: | US $36.00 Expedited Shipping from Greater China to worldwide.
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China |
| Delivery: | 🚚 Estimated between Fri, Mar 22 and Fri, Mar 29 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 44 business days.
Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 14 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal GPay VISA [mastercard] [AMEX] DISCOVER

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. |

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions






| Early 20th Century Rare Young Portrait Pablo PICASSO Oil Canvas Painting Signed
Pre-owned
**$7,600.00**
$9,500.00 20% off
Free shipping
Seller with a 100% positive feedback | Rare 19th Century Impressionism Portrait Henri De TOULOUSE LAUTREC Oil Painting
Pre-owned
**$8,700.00**
+ $140.00 shipping
Seller with a 100% positive feedback | Bumblebee Original Oil painting 4x4in insect portrait contemporary art signed NR
New
**$5.50**
3 bids
7d 7h
Free shipping
Seller with a 100% positive feedback | Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24"
**$499.00**
+ $30.00 shipping
Seller with a 100% positive feedback |


eBay eGift Cards for all
A treat for any occasion.
Shop now    ebay

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions








| Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net
New (Other)
**$14.63**
$16.43 11% off
Free shipping | Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party
New
**$14.84**
$16.67 11% off
Free shipping | Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
**$16.82**
$18.99 11% off
Free shipping
10% off 2+ with coupon | Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
**$18.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback | Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New
**$16.49**
Free shipping | 7.2" An...
Handc...
Statue...
**$168.5...**
$178.0...
Free s... |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 26, 2022 21:43:53 PDT View all revisions

eBay item number: 284779781797

## Item specifics

| Production technique | Oil Painting | Type | Oil Painting |
| Original/Licensed Reproduction | Original | Listed By | Dealer or Reseller |
| Painting Surface | Canvas | Date of Creation | 2000-Now |

## Item description from the seller

🔍    Check out these other items that I have on eBay right now!    ☰

    

| Hand painted Original Oil Painting art Impressionism girl on canvas 24"x36" | Original Oil Painting art female Impressionism girl on canvas 24"x36" | Original Oil Painting art female Impressionism Small girl on canvas | Original Oil Painting art female Impressionism ballet girl on canvas | Old Master-Art Antique Oil Painting Noblewoman nude girl on canvas |
| US $398.00 | US $455.00 | US $455.00 | US $455.00 | US $498.00 |

Click here to browse all my eBay items!

Auctiva's Scrolling Gallery
Mobile Responsive and Active Content Free

## Description

Very good seller. Professional and very fast reply and shipping. 100% recommended.

### Popular categories from this store   See all

custom portrait   People   China painting   Male Nude   Girl

Landscape   Impressional Girl   Impressional Landscape   Still life

Communication                    4.3

✓  f***_ (363) · Past 6 months

This colorful painting of water lilies arrived quickly, was well-wrapped and in perfect condition. The colors are very bright and the painting is done in an impressionistic style. The painting will look well on its own wall as it is vertical and will be quite large when framed.

See all feedback

## You may also like

Feedback on our suggestions







ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Shop by category    [search]    All Categories    Search    Advanced

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist

### Painted 1/10 1/12 Marilyn Monroe Head Sculpt for 6" Mafex SHF ML MEZ 7" NECA Mcf

ASIASWORLDS (2003)
99.5% positive · Seller's other items · Contact seller

### US $38.00

Condition: New

Ver.:  - Select -

Quantity: 1    Last One / 3 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available
☐ 3-year protection plan from Allstate - $3.99

⚡ People want this. 10 people are watching this.

Shipping: US $3.50 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery: 🚚 Estimated between Mon, Feb 12 and Wed, Mar 20 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

### Similar sponsored items    See all >

Feedback on our suggestions



Mezco One:12 Collective G.I. Joe Destro Action Figure
New
**$63.00**
$90.00 30% off
Free shipping
♥ Top Rated Plus

For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.9% positive feedback

HOT AUCTION
ZACK SNYDER'S JUSTICE LEAGUE SUPERMAN MAFEX 6" TOY ACTION FIGURE MEDICO...
New
**$73.00**
32 bids
14h 42m
+ $9.99 shipping
Seller with a 99.6% positive feedback

1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

   

5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art
New
**$12.77**
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

VINTAGE UNION76 ROYAL TRITON OIL PORCELAIN SIGN MARILYN MONROE SERVICE ORANGE8"
Pre-owned
**$149.90**
+ $20.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe Gold Clad Coin Collection - Limited Edition Set
**$303.10**
$433.00 30% off
Free shipping

modern Marilyn Monroe oil painting 100% hand-painted art on canvas
**$77.22**
$99.00 22% off
Free shipping
39 watchers

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
**$16.98**
Free shipping
5 watchers

Classi
V nec
New
**$24.3**
+ $7.9
Seller

---

About this Item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 19, 2024 21:30:53 PST View all revisions

eBay item number: 304791991353

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Size | 6in. |
| Country/Region of Manufacture | China | Scale | 1:12 |
| Type | Body Parts & Pieces | Features | Custom Figure |
| Year | 2019 | Bodypart Type | Head |
| Brand | Unbranded | Era | 2019 |

Brand    Unbranded                              Era              2019

## Item description from the seller








private listing

25.00 USD
Buy it now
Free shipping

1/12 NAR**O Uchiha Obito Mask Head S
culpt Unpainted for 6 SHF Figure TBLeag
ue
16.00 USD
Buy it now

Painted Service 1/12 Christopher Reeve
Superman Head Sculpt for 6 7 SHF ML
Mez
38.00 USD
Buy it now

1/12 1/18 Batman Knight Head Sculpt Un
painted for 6 SHF MAFEX ML Mez 7 3.75
12.00 USD
Buy it now

1/16 1/12 Arnold Schwarzenegger Head
Sculpt Unpainted for 6.7 3.75 SHF ML M
ez
12.50 USD
Buy it now

Painted 1/12 Tobey Maguire Spider Man
Head Sculpt fit 6 SHF Mafex ML Mez Ne
ca 7
38.00 USD
Buy it now








Painted 1/10 1/12 Brandon Routh Super
man Head Sculpt fit 6 7 SHF MAFEX ML
Mcf
38.00 USD
Buy it now

Painted 1/10 1/12 Michael Keaton Batma
n Head Sculpt fit 6 7 SHF mafex ml mez
38.00 USD
Buy it now

Hand Painted 1/12 NA**O Yahiko Akatsu
ki Pain Head Sculpt fit 6 SHF Figure
60.00 USD
Buy it now

1/12 NA**O Uchiha Shisui Head Sculpt U
npainted for 6Figure SHF TBLeague Phic
en
16.00 USD
Buy it now

Painted 1/12 Joker Jack Napier Nicholas
h 1989 Head Sculpt fit 6 MAFEX ml mez
38.00 USD
Buy it now

1/18 1/12 Danny Glover Lethal Weapon
Head Sculpt Unpainted for 6 SHF ML 3.7
5 7
12.50 USD
Buy it now



1/12 head sculpt fit 6" Figure 7"
100% hand painted

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 4.9 |
| Shipping speed | | 5.0 |
| Communication | | 4.9 |

### Popular categories from this store    See all

1:12 head unpainted     1:12 head painted     1:12 Clothes     Other

### Seller feedback (2,388)

l***t (l47) • Past month

Item came as described. Seller was very communicative and helpful. Would definitely purchase from them again!

1/12 NA**O Aburame Shino Head Sculpt Unpainted for 6' SHF Figure Phicen (#294454077394)

il***n (436) • Past 6 months

Product arrived quickly in good packaging exactly as described. Very happy with purchase and seller.

j***9 (161) • Past 6 months

Item as described. Shipped fast and well packaged. Very happy that size matched up to figure. Will buy again if I find another custom
I need. Thank u

See all feedback

## You may also like

Feedback on our suggestions









Painted Service 1/12 Marilyn Monroe Head
Sculpt for 6" Figure SHF ML MEZ 7" NECA

New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback

Painted 1/12 1/10 Marilyn Monroe Head
Sculpt for 6" Figure SHF ML Mafex 7" NECA

New
**$38.00**
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/12 Bruce Wayne Batman Head
Sculpt for 6' SHF Mafex ML Mez Neca Mcf 7"

New
**$38.00**
+ $3.50 shipping
Seller with a 99.5% positive feedback

Painted 1/10 1/12 1/18 Comic Goon C Head
Sculpt fit 6' Mafex ML Mez 7" Mcf Neca

New
**$38.00**
+ $3.50 shipping
Seller with a 99.5% positive feedback

Painted 1/10 1/12 1/18 Gangsters Robber P
Head Sculpt for 6' Mafex ML Mez Neca 7

New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback







1/10 1/12 1/18 Marilyn Monroe Head Sculpt
Unpainted fit 6" SHF ML Mafex 7" Neca

New
**$12.50**
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/12 Bruce Wayne Batman Head
Sculpt fit 6' SHF Mafex ML Mez 7" Mcf Neca

New
**$38.00**
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/12 1/10 Clint Eastwood Head
Sculpt for 6' SHF Mafex ML Mez 7" Mcf Neca

New
**$38.00**
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/10 1/12 Jason Statham Head
Sculpt fit 6' SHF ML Mafex Mez NECA Mcf 7"

New
**$38.00**
+ $3.50 shipping
Seller with a 100% positive feedback

Painted 1/10 1/12 1/18 Gangsters Robber N
Head Sculpt for 6' Mafex ML Mez Neca 7

New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback







Sponsored
Painted 1/12 Claire Female Head Sculpt
Soldier Head For 6" SHF Action Figure

New
$20.39
$21.69 6% off
+ $2.99 shipping
47m left

Sponsored
Painted 1/12 Red Hair Girl Head Sculpt
Soldier Head For 6" shf Action Figure

New
$24.69
$25.99 5% off
Free shipping
Seller with a 99.3% positive feedback

1/6 Marilyn Monroe Only Head Sculpt Model
Statue PVC Action Figure Body Carving

New
$45.00
Free shipping
Last one
Seller with a 99.6% positive feedback



Painted 1/12 Miles Morales Man Head Sculpt
Soldier Head For 6" marvel ml Figure

New
$23.74
$24.99 5% off
Free shipping
Seller with a 99.6% positive feedback

Sponsored
Painted 1/12 hip hop Man Head Sculpt
Soldier Head For 6" marvel Figure

New
$19.50
$20.74 6% off
+ $2.99 shipping
Seller with a 100% positive feedback

Sponsored
Unpainted 1/12 Omni-Man Man Head Sculpt
For 6" ML Mezco mafex shf Action Figure

New
$18.99
+ $2.99 shipping
Seller with a 100% positive feedback

Sponsored
#8 Unpainted 1/12 Spider Man Head Sculpt
For 6" ML Mezco mafex shf Action Figure

New
$18.99
+ $2.99 shipping
Seller with a 100% positive feedback



1/6 European and American Female Head
Sculpt for 12" PHICEN Suntan Figure Body

New
$35.69
$37.57 5% off
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Gold Clad Coin Collection -
Limited Edition Set

New
$303.10
$433.00 30% off
Free shipping



Sponsored
5D Diamond Painting Kit Marilyn Monroe
Picture Rhinestone Wall Decor Craft Art

New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback



Sponsored
1/12 1/10 1/18 Scale Henry Cavill Head Sculpt
Unpainted Fit 6" ML SHF MEZ Neca

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/12 1/10 Scale Flash Head Sculpt
Unpainted Fit 6" ML SHF MEZ Neca A Style

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

Sponsored
Marilyn Monroe Bubble 5D Art Diamond
Painting Kit Rhinestone Wall Decor Picture

New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

1/12 Male Head Sculpt Andrew Garfield F 6
Inch ML SHF Mafex Figure Toys

New
$21.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Unpainted 1/12 Star Lord Man Head Sculpt
For 6" ML Mezco mafex shf Figure

New
$18.99
+ $2.99 shipping
Seller with a 100% positive feedback



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                          Return to top

More to explore :  NECA 1:6 Military & Adventure Action Figures,  Venom 1:10 RC Batteries for 1:12,  1:12 Diecast Formula 1 Cars,  NECA 1 player Board & Traditional Games,  Venom 1:10 RC Boat & Watercraft Body Parts & Interior for 1:12,
1:12 Diecast Cars,  1:10 RC Buggies,  1:10 Hobby RC Wheels,  1:10 RC Drift Cars,  1:6 Scale Diecast Formula 1 Cars

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

iRobot

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔 🛒

Advanced

‹ Back to search results · Collectibles & Art › ... › Hand Embroidery Kits › Cross Stitch Kits    Share · Add to Watchlist

### Characters 5D Diamond Painting Cross Craft Stitch Arts Home Mural Decor Elvis MJ

avgoodbuy (3687)
94.5% positive · Seller's other items · Contact seller

**AU $12.99**
Approximately US $8.56

Condition: New

Color:  Marilyn Monroe-30*30CM  ▾

Quantity: 1    3 available / 45 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ This one's trending. 45 have already sold.

Shipping: May not ship to United States. Read item description or contact seller for shipping options. See details
Located in: SZ, China

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  ●●  ●●  💳  Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

## Similar sponsored items    See all ›

Feedback on our suggestions











Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
$3.80
+ $3.18 shipping
Seller with a 100% positive feedback

5D Diamond Painting Kit Square Round Drills Gems Presley Elvis DIY Art Wallpaper
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

5D Diamond Painting Kit Elvis Presley Picture Embroidery Cross Stitch DIY Art
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

Cartoon Characters Animal 5D Diamond Painting Cross Craft Stitch Arts Mural Gift
New
$2.70
+ shipping
563 sold

[Advertisement]
eBay eGift Cards for all
A treat for any occasion.
Shop now

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions



Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
$3.80
+ $3.18 shipping
Seller with a 100% positive feedback

Marilyn & Elvis by Chris Consani Poster
New
$18.00
Free shipping

Marilyn & Elvis by Chris Consani Poster
New
$15.00
Free shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit
New
$49.08
$62.77 7% off
+ $9.99 shipping
11 watchers

BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
$25.64
$26.99 5% off
+ $9.90 shipping
7 watchers

3844/c
POSTE
$15.15
+ $10.0
Seller

---

About this item    Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.

eBay item number: 224841264098

Last updated on Sep 17, 2023 22:47:32 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the sellers ... Read more | Theme | Cartoons, TV & Movie Characters |
| Format | DIY Canvas | Type | Diamond Painting |
| Features | without Frame, 5D | MPN | Does Not Apply |
| Brand | Unbranded | | |

## Item description from the seller

### Description:

Easy and fun DIY with simple instructions: Convenient, handy and suitable for drawing with families and friends, Great pastime and leisure activity

Colorful rhinestones with vivid visual effect, soft and foldable canvas with high-definition, color-printed and accurate pattern.

Complete Kit Includes: Resin rhinestone beads, self-adhesive canvas, Plastic Tray, Glue and Point Drill Pen, (picture frame not included)

Complete Kit Includes: Resin Rhinestone beads, self-adhesive canvas, Plastic Tray, Glue and Point Drill Pen, (picture frame not included)

## DIY Steps:

1. Open the box and check the diamond draw special tools.

2. Refer to the table below the canvas to find the corresponding magic cube diamond.

3. Apply a proper amount of diamond adhesive to the pen.

4. Stick the corresponding diamond.

5. Stick the diamond onto the corresponding canvas.

6. The rest of the diamonds can be put inside the zip lock bags.

7. Use book or your hand to press the diamonds to ensure it's more stout.

8. To complete a good diamond drawing, put it in your selection of a suitable framework (This product is not provide a framework)

## DIY Diamond painting precautions:

1. Reference before the operation steps.

2. If you do not know what color to use, please refer to the color table.

Tips:

1. The resin diamond inedible, do not let children play in order to avoid accidents such as swallowing.

2. Drawing need to be kept clean, Otherwise, the adhesive strength is affected. If there is dirt adhesion can influence them with low-temperature solid iron.

3. Diamonds to remain sticky gum tightness.

## Package included:

1 x Dotting drill pen
1 x Tray
1 x Clay (Can use it to stick resin diamond)
1 x Canvas
1 Set of Multi-color Resin Diamond
(Without the painting frame)

Note:

1.This is DIY diamond painting, not finished picture, you need to finish it by yourself. All the products are measured by hand, so please allow 1-2cm deviation.

2.Due to the light and screen difference, the item's color may be slightly different from the pictures. Hope for your understanding.

PUSHAUCTION

## Business seller information

SHENZHEN LIBANTIAN KEJI YOUXIAN GONGSI
ZHUOJIAN AO
343 Century Plaza Yuehai Street
Nanshan District
518000 Shenzhen
China
Value Added Tax Number: GB 294736555

Email: kuenyidr@hotmail.com



You may also like

Feedback on our suggestions







5D Diamond Painting "Character skull" Embroidery Cross Stitch Decoration

New
$6.50
Free shipping
5 watchers

5D Diamond Painting DIY Art Embroidery Cross Stitch Drill "Skull Flower"

New
$6.99
Free shipping
Seller with a 100% positive feedback

5D Diamond DIY Painting Christmas Embroidery Drill Art "Cartoon Princess Mickey"

New
$8.69
Free shipping
Seller with a 100% positive feedback

Painting Kit for Adults Diamond Painting DIY 5D Garden Art Painting Full

New
$7.91
Free shipping
Last one

5D Diamond DIY Painting Christmas Embroidery Drill Art Kits "Cartoon princess"

New
$8.69
Free shipping
Seller with a 100% positive feedback


Diamond Painting Kits for Adults, 5D Diamond Art Kits for Beginners, Dragon

New
$8.99
Free shipping
Last one


5D Diamond DIY Painting Embroidery Silk Cross Stitch " Mickey Disney Princes "

New
$10.49
Free shipping
Seller with a 100% positive feedback


KYOQFVN Halloween Diamond Painting Kits Adults,5D Full Round Diamond Halloween

New
$13.61
Free shipping
Last one


Diamond Painting Kits for Adults Kids, 5D DIY Jesus Diamond Art Accessories with

New
$15.83
Free shipping
Seller with a 100% positive feedback


Sponsored
Queen Freddie Full Drill 5D Diamond Painting Embroidery Cross Craft Arts Mural


New
$6.09
+ shipping
93 sold


Sponsored
Elvis Presley 5D Diamond Painting Embroidery Full Drill Cross Stitch Art Decor

New
$13.62
$14.34 5% off
Free shipping
Seller with a 99.5% positive feedback


Sponsored
5D DIY Diamond Art Painting, Embroidery Kit Craft Michael Jackson

New
$15.99
Free shipping
Seller with a 100% positive feedback


Sponsored
Marilyn & Elvis by Chris Consani Poster

New
$15.00
Free shipping


Sponsored
Colorful Marilyn Monroe 5D Art Diamond Painting Kit Drills Cross Stitch Picture

New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
Marilyn Monroe 5D Picture Diamond Painting Kit Embroidery Rhinestone DIY Art

New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
Elvis - Cross Stitch Chart/Pattern/Design/XStitch

New
$6.92
+ $19.77 shipping
Seller with a 100% positive feedback


Sponsored
Marilyn & Elvis by Chris Consani Poster

New
$15.00
Free shipping


Sponsored
5D Diamond Painting Embroidery Cross Craft Stitch Kit Home Art Decor DIY Gift US

New
$9.99
Free shipping


Sponsored
Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits

New
$44.99
+ $9.99 shipping


Sponsored
Blonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit

New
$23.74
$24.99 5% off
+ $9.00 shipping


Sponsored
5D Diamond Xmas Santa Claus Embroidery Stitch Home Painting Cross Craft Decor UK

New
$13.06
$15.73 17% off
Free shipping


Sponsored
Cartoon Characters Animals Clear Stamps for Diy Scrapbooking Cards Crafts Decor

New
$3.62
+ $2.63 shipping
Seller with a 99.7% positive feedback


Sponsored
Elvis Presley 2 - Cross Stitch Chart/Pattern/Design/XStitch

New
$6.92
+ $19.77 shipping
Seller with a 100% positive feedback


Sponsored
Cartoon DIY 5D Diamond Painting Sticker Kit - Fun Kids Craft - Australian Stock

New
$9.85
+ $19.77 shipping
119 sold


Sponsored
Buy 2 Get 1 Free 5D Full Drill Diamond Painting Embroidery Cross Stitch Kits Art

New
$4.61
+ $98.20 shipping
69 sold



Back to search results                                                                                              Return to top

More to explore :  5D Features Diamond Painting Cross Stitch Kits,   Women 5D Features Diamond Painting Cross Stitch Kits,   Horse 5D Features Diamond Painting Cross Stitch Kits,   Peacock 5D Features Diamond Painting Cross Stitch Kits,
Mandala 5D Features Diamond Painting Cross Stitch Kits,   Farm 5D Features Diamond Painting Cross Stitch Kits,   Butterflies 5D Features Diamond Painting Cross Stitch Kits,   Animals & Insects 5D Features Diamond Painting Cross Stitch Kits,
Diamond Painting Cross Stitch Kits,   Hobbies & Crafts Diamond Painting Cross Stitch Kits

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

Advanced

Back to search results  |  Toys & Hobbies  >  Action Figures & Accessori...  >  Action Figures Parts

Share  |  Add to Watchlist









Have one to sell? Sell now

### 1/6 Scale Gentleman Love Beauty Marilyn Monroe Head Female Head Carving for 12"


basse-l650 (52)
100% positive · Seller's other items · Contact seller

**US $18.90**

Condition: New

Quantity: 1    3 available / 9 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

⚡ People want this. 13 people are watching this.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Beijing, China

Delivery:    Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  GPay  VISA  💳  💳  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



---

## Similar sponsored items    See all >

Feedback on our suggestions

      

| 1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving | 1/6 Marilyn Monroe Head for phicen Gentlemen Prefer Blondes hot toys ●US seller● | Knucklebonez Marilyn Manson Figurine - Box And Figure In Perfect Condition | 1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted for 12" Phicen female figure |
|---|---|---|---|
| New | New | New | New |
| $45.00 | $36.65 | $152.60 | $36.37 |
| Free shipping | $38.58 5% off | 2 bids | + $3.99 shipping |
| Last one | Free shipping | 4d 14h | 108 sold |
|  | 83 sold | + $8.82 shipping |  |
|  |  | Seller with a 100% positive feedback |  |

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

        

| Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker | 1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving | Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk | 5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor | Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24" | Hand p... Portrai... 24"X3... |
|---|---|---|---|---|---|
| New | New | New | New | $499.00 | $440.... |
| $22.00 | $45.00 | $13.99 | $11.49 | + $30.00 shipping | + $30.... |
| Free shipping | Free shipping | + $1.00 shipping | $12.09 5% off | Seller with a 100% positive feedback | Selle... |
| Seller with a 99.4% positive feedback | Last one | 1/8 sold | Free shipping |  |  |
|  |  |  | Seller with a 99.5% positive feedback |  |  |

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 126024076815

Last updated on Dec 17, 2023 07:54:50 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Soldier Accessories | Soldier Parts and Components,Soldier Finished Product |
| Occasion | All Occasions | Size | 12" |
| Original Package | Yes | Dimensions | 1/6 scale for 12" action figure |
| Scale | 1/6 | Year Manufactured | 2022 |
| Material | PVC | Version Type | First Edition |
| Gender | Girls | Model Number | Girl Head |
| Franchise | Action Man | Type | Head |
| Completion Degree | Finished Goods | Number in Pack | 1 |

Packaging    Original (Unopened)
Time Period Manufactured    2020-Now
UPC    Does not apply

Genre    Movie & TV
Country/Region of Manufacture    China

## Item description from the seller

1.Scale: 1/6 Scale Head Sculpt Gentleman Love beauty Marilyn Monroe Head Female Head Carving Woman Headplay for 12" Action Figure Body
2.Color:as picture
1/6(12") Action Figure Accessory
100% Brand New . Never Been Played
All of Equipments are 1/6 Scale
**Product Details:**
1X Head sculpt



100% Positive Feedback
94 items sold

Save seller

📅 Joined Mar 2023

## Detailed seller ratings

Average for the last 12 months.

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 4.9 |

## Seller feedback (35)

This item (6)    All items (35)

➕ i***d (608) • Past 6 months

Great Marilyn Monroe head........Thank you.

➕ t***f (1035) • Past 6 months

PLEASANT TRANSACTION THANKS! Modified it.

➕ e***j (620) • Past 6 months

Item arrived as promised, thank you.

See all feedback

## You may also like

Feedback on our suggestions



1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving
New
**$45.00**
Free shipping
Last one



1/6 Marilyn Monroe Head for phicen Gentlemen Prefer Blondes hot toys ⊕US seller⊕
New
**$36.65**
$38.58 5% off
Free shipping
83 sold



1/6 Beauty Sexy Girl Head Sculpt Carved For 12" Female Action Figure Body Toys
New
**$15.63**
$16.99 8% off
Free shipping
10% off 3+ with coupon



1/6 Scale Female Movie Star Audrey Hepburn Head Sculpt Carving Fit 12 Inch Body
New
**$37.52**
$39.50 5% off
+ $2.99 shipping
Seller with a 99.2% positive feedback



1/6 Scale Female Head Carving Sculpt Model Accessories For 12" Figure Body Doll
New
**$11.99**
Free shipping
11 watchers



1/6 Scale Daenerys Targaryen Emilia Clarke Head Sculpt Unpainted Fit 12" Figure
New
**$13.99**
+ $2.99 shipping
Lost one



1/6 Female European Girl Head Carved Fit 12" TBLeague Suntan Body Action Figures
New
**$24.99**
Free shipping
Seller with a 99.5% positive feedback



1/6 5DH027C Beauty Girl Head Sculpt Carved For 12" Female PH TBL Figure Body Toy
New
**$20.23**
$21.99 8% off
Free shipping
27 sold



1/6 Ernesto Guevara Che Guevara Head Carved Model Fit 12" Soldier Action Figure
New
**$15.19**
$18.99 20% off
+ $4.99 shipping
Seller with a 100% positive feedback



Painted 1/18 Resident Evil Jill Valentine Head Sculpt Female Head Model 3.75"
New
**$19.94**
$20.99 5% off
Free shipping
Almost gone



Sponsored
Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**



Sponsored
1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure
New
**$36.37**



Sponsored
1/6 Boxing Champion Head Sculpt for 12" Hot Toys Phicen Coo Male Figure Body
New
**$18.99**



Sponsored
1/6 woman Head Sculpt Blonde Hair Fit 12" Action Figure
New
**$29.99**



Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**

$32.43 10% off
Free shipping
Seller with a 99.6...

+ $3.99 shipping
108 sold

+ $1.00 shipping
Seller with 100% positive feedback

Free shipping
Seller with a 100% positive feedback

Free shipping
Last one

    

Sponsored
1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure

New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback

Sponsored
YMTOYS 1/6 YMT073A Girl Head Sculpt Carved For 12" Female Phicen TBL Figure Body

New
$21.99
Free shipping
25 sold

Sponsored
1/6 SDH027A Beauty Girl Head Sculpt Carved For 12" Female PH TBL Figure Body Toy

New
$15.63
$16.99 8% off
Free shipping
10% off 3+ with coupon

Sponsored
1/6 Ralph Fiennes Head Sculpt WWII Soldier Commander for Hot Toys COO Male Body

New
$18.99
Free shipping
Seller with a 100% positive feedback

Sponsored
1/6 SCALE CUSTOM MARILYN MONROE ACTION FIGURE HEAD

New
$15.00
+ $5.90 shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback

    

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$14.99
Free shipping
Last one

Sponsored
1/6 Marilyn Monroe Evening Red Dress For 12" TBLeague Hot Toys PHICEN Figure

New
$27.89
$30.99 10% off
Free shipping
Seller with a 99.3% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$13.99
Free shipping
10 watchers

Sponsored
1/6 SDH027G Beauty Girl Head Sculpt Model For 12" Female PH TBL Figure Body Toy

New
$20.23
$21.99 8% off
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback



SEMRUSH. Win clients. Grow faster. Do it with Semrush.

Back to search results

Return to top

More to explore :   1/12 Scale Toy Models & Kits,   1/12 Scale Aircraft Aircrafts,   1/6 Scale Diecast Cars,   Potato Head,   1/12 Scale Toy Monsters,   1/6 Scale Diecast Tanks,   1/6 Scale Diecast Formula 1 Cars,   1/6 Scale Diecast Motorcycles & ATVs,   1/6 Scale Toy Models & Kits,   1/6 Scale Diecast & Toy Vehicles

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    Advanced

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist



   

Have one to sell? Sell now

## Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

bestseller049 (75)
95.2% positive · Seller's other items · Contact seller

**US $12.55**
or Best Offer

Condition: New

Quantity: 1    3 available / 1 sold

| Buy It Now |
| Add to cart |
| Make offer |

♡ Add to watchlist

Additional service available
☐ 3-year protection plan from Allstate - $2.99

↩ Breathe easy. Returns accepted.

Shipping:  Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shanghai, China

Delivery:  ⊡ Estimated between Tue, Feb 13 and Fri, Mar 1 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  ●●  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all >

Feedback on our suggestions

    

Coarse Toys Buried Passion His Endless Dreams Sculpture Extra Balloon
Pre-owned
$899.95
$1,199.99 25% off
Free shipping
♥ Top Rated Plus

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one

NIB-SH Figuarts Beserk Guts (Beserker Armor) figure
New
$71.00
7 bid
1d 12h
+ $6.07 shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one

### Sponsored items customers also bought    See all >

Feedback on our suggestions



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers

1:6 Brown Suit Coat Pants Clothes Male Model For 12" Soldier Action Figure Body
New
$16.69
Free shipping
Seller with a 100% positive feedback

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

1/12 Mi Acces Man 6" New
$19.95
Free st
19 wat

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 116033396918

Last updated on Jan 19, 2024 16:10:04 PST  View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...Read more | Satisfies Customers | 100% |
| STOCK | LIMITED QUANTITIES STOCK ! | Feature10 | Figure Toys |
| Feature12 | Fans Collection Ornaments | Feature11 | Cake Decorative Figure Model |
| Feature5 | Pvc Statue | Style | New Classical/post-modern Style |
| Feature4 | Present Toys | Feature13 | Birthday Gifts |
| Is Smart Device | No | Feature3 | Christmas Gift |
| Available | 24/7 | Feature2 | Figure Toy |
| Feature1 | 16.5cm Marilyn Monroe | Is_customized | No |
| Movie | Moana | Feature9 | Marilyn Monroe Ornaments |
| Feature6 | Sexy Dress Ornaments | Feature7 | Marilyn Monroe Figure |
| USE | EASY TO USE ! | Feature8 | Hollywood Star |
| Material | Pvc | Brand | Unbranded |
| Type | Action Figure | RECOMMENDED | RECOMMENDED |

**Item description from the seller**



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

### Description

Colour:Gold
Material: PVC
Height:18.5*9cm
Weight:130g

**Package include.**
Marilyn Monroe Statue x1pc

**Notes:**
1. Due to the difference in camera equipment, light brightness and display screen, the color of the item may be slightly different from the picture.
2. Please allow 0.1-2cm difference due to manual measurement.



## REVIEWS

The product came very well packaged. I'm very happy. thank you for everything. Seller strongly recommended.
★★★★★

This is great! I definitely recommend! Product looks amazing
★★★★

Delivery was fast. Excellent seller, great communication. I advise everyone
★★★★★

---



**bestseller049**

95.2% Positive Feedback
40 Items sold

📅 Joined Oct 2010


Seller's other items
Contact
♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| Accurate description | | -- |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.7 |
| Communication | | -- |

### Seller feedback (10)

⊕ y***o (1732) • Past 6 months

Fine seller: lightning fast shipping, great communication. Thank you!

Plush Valve Seal for Kohler Canister Flush Valve Toilet Tank Gasket Replacement (#115853460982)

⊕ s***a (503) • Past year

See all feedback

## You may also like

Feedback on our suggestions



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping
Last one



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$14.99
Free shipping
Last one



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$13.99
Free shipping
10 watchers



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$12.99
Free shipping



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$15.99
Free shipping
5 watchers



Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC

New
$15.99
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$17.99
Free shipping
Last one



1/4 Marilyn Monroe Action Figure The Greatest Actresses Statue 15"

New
$87.20
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.99
$21.24 20% off
Free shipping
12 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.89
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.79
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.69
Free shipping



Sponsored
Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box

New
$84.99
+ $50.00 shipping
7 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.99
Free shipping
5 watchers



Sponsored
MARILYN MONROE HOT PROPERTIES HOLLYWOOD MEMORIES ACTION FIGURE DOLL MOC #771

Pre-owned
$19.54
$22.99 15% off
Free shipping
Seller with a 99.6% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.79
Free shipping
Seller with a 100% positive feedback



Sponsored
1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted

New
$12.99
Free shipping
Seller with a 99.4% positive feedback



Sponsored
Mego Legends Marilyn Monroe Limited Edition 8" Doll Action Figure

New
$12.49
Free shipping
23 sold



Sponsored



Sponsored



Back to search results    Return to top

More to explore :    McFarlane Toys PVC Action Action Figure Collections,    Playmates Toys PVC Action Action Figure Collections,    Hot Toys PVC Action Action Figure Collections,    Female Statue PVC Action Figures Accessories,
21st Century Toys PVC Action Action Figure Collections,    Hot Toys PVC Action Figures & Accessories,    Hot Toys PVC Action Action Figures,    SOTA Toys PVC Action Action Figures,    Marilyn Manson Music Action Figures,
Thinkway Toys PVC Action Figures Accessories

Sponsored
1/6 Marilyn Monroe Evening Red Dress For 12" TBLeague Hot Toys PHICEN Figure

New
$27.89
$30.99 10% off
Free shipping
Seller with a 99.3% positive feedback

Sponsored
1/24 RESIN FIGURE Model Kit 75mm Marilyn Girl Unassembled Unpainted Toy NEW Gift

New
$19.00
Free shipping

Sponsored
Franklin Mint LTD, Marilyn Monroe Reflection Figurine Statue Marble Base Vtg

Pre-owned
$80.00
+ $8.52 shipping
Seller with a 99.3% positive feedback

Sponsored
Collectible Deck 54 cards of MOVIE STAR Marilyn Monroe Playing card/Poker w/box

New
$14.00
Free shipping
25 sold

Sponsored
Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure

New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

ebay

Back to search results · Collectibles & Art · ... · Pinbacks · Movies, Television

Share · Add to Watchlist



Have one to sell? Sell now

### Similar sponsored items    See all >

Feedback on our suggestions

   

| Jessica Rabbit Pins Fantasy Pin Garter Badge | Jessica Rabbit Pins Marilyn Monroe M Coke Pin | Jessica Rabbit Pins Fantasy Pin Mermaid Badge | Jessica Rabbit Pins Fantasy Pin Poison Ivy Batman |
|---|---|---|---|
| New | New | New | New |
| $9.99 | $9.99 | $9.99 | $9.99 |
| + $4.00 shipping | + $4.00 shipping | + $4.00 shipping | + $4.00 shipping |
| Last one | Seller with a 99.3% positive feedback | Seller with a 99.3% positive feedback | Seller with a 99.3% positive feedback |

### Jessica Rabbit Pins Fantasy Pin As Marilyn Monroe Badge


bllngpin (2748)
99.3% positive · Seller's other items · Contact seller

**US $9.99**
or Best Offer

Condition:  New

Quantity:  1    4 available / 1 sold

| Buy It Now |
|---|
| Add to cart |
| Make offer |

♡ Add to watchlist

⚡ People want this. 16 people are watching this.

Shipping:  US $4.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery:  📦 Estimated between Thu, Feb 8 and Thu, Feb 15 to 30318 ⓘ
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  GPay  VISA  🔴🔴  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

Ⓢ  eBay Money Back Guarantee
Got the item you ordered or your money back. Learn more

eBay eGift Cards for all
A treat for any occasion.
Shop now

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

  

| Hand-painted Original Oil Painting art impressionism Marilyn Monroe on canvas | Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"x24" | Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"x36" | VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO | Hand painted Original Oil painting art Portrait Marilyn Monroe on Canvas 20"x24" | Color Paintin |
|---|---|---|---|---|---|
| | | | Pre-owned | | New |
| $398.00 | $450.00 | $388.00 | $149.99 | $550.00 | $12.7 |
| + $30.00 shipping | + $38.00 shipping | + $38.00 shipping | + $20.00 shipping | + $38.00 shipping | $13.44 |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | | Free sh |

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Oct 01, 2023 23:25:55 PDT  View all revisions

eBay item number: 266436174421

### Item specifics

Condition    New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more

### Item description from the seller

Check out these other items that I have on eBay right now!

JESSICA RABBIT PINS FANTASY PIN AS
MARILYN MONROE BADGE

## Description

You are bidding on a Jessica Rabbit Pins Fantasy Pin As Marilyn
Monroe Badge

Popular categories from this store    See all

Grateful Dead    Rolling Stones    Jessica Rabbit    Tinker Bell

Mermaid Ariel    Ribbons    BHO    Banksy    Others

Jessica Rabbit Pins Fantasy Pin Hot Nurse (#266422821500)

c***b (1479) •  Past 6 months

Excellent Buying Experience: Item arrived on time in as advertised condition. Care was taken in packaging to ensure item was not
damaged during shipping. A pleasure to do business with. Thank you.

Quick Shipping , Packaged Well , Item as Described , A pleasure doing business with.

Cheshire Cat Pins Pink Ribbon Pin (#354768122313)

See all feedback

## You may also like

Feedback on our suggestions

    

ebay

Back to search results › Toys & Hobbies › Action Figures & Accessori... › Action Figures Playsets

Share | Add to Watchlist

🏷 SAVE UP TO 10% WHEN YOU BUY MORE




Have one to sell? Sell now

### Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box



Botefa Store (30)
96.9% positive · Seller's other items · Contact seller

**US $84.99/ea**

Condition: New

Quantity: 1    2 available

Bulk savings:

| Buy 1 $84.99/ea | Buy 2 $80.74/ea |

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 7 have added this to their watchlist.

Shipping: US $50.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China

Delivery: 📦 Estimated between Mon, Feb 12 and Wed, Mar 6 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  mastercard  AMERICAN EXPRESS  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions





| 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box | 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box | World's Greatest Heroes Batman Riddler Joker Mego Style Set | 1/4 Marilyn Monroe The Greatest Actresses Sexy model Statue Action Figure No Box |
| New | New | New | New |
| $69.00 | $89.00 | $59.99 | $84.99 |
| + $26.00 shipping | Free shipping | 0 bids | + $12.99 shipping |
| Last one | 24 sold | 1d 13h | |
| | | + $12.00 shipping | |
| | | Seller with a 100% positive feedback | |


Stream like never befo
xfinity 10G

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions







| VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GAS | 1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted | Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue | Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure | 50Pcs Marilyn Monroe Sexy Beauty Vinyl Sticker For Laptop Luggage Graffiti Decal | Maril Sculp |
| Pre-owned | New | New | New | New | New |
| $104.93 | $12.99 | $13.89 | $29.19 | $4.99 | $12.9 |
| $149.90 30% off | Free shipping | Free shipping | $32.43 10% off | Free shipping | Free s |
| Free shipping | Seller with a 99.4% positive feedback | Seller with a 100% positive feedback | Free shipping | Seller with a 100% positive feedback | Last o |
| Seller with a 100% positive feedback | | | Seller with a 99.4% positive feedback | | |

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 08, 2023 19:26:28 PST  View all revisions

eBay item number: 186157101790

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Animation Studio | description |
| Movie | One Of The Greatest Actresses | Character | Marilyn Monroe |
| Signed | No | Color | Multicolor |

| | | | |
|---|---|---|---|
| Signed | No | Color | Multicolor |
| Scale | 1/4 | Year Manufactured | 2020 |
| Material | | Age | 6+ |
| Item Length | description | Age Level | 6+ |
| Franchise | One Of The Greatest Actresses | TV Show | One Of The Greatest Actresses |
| Vintage | No | Brand | Unbranded |
| Type | Action Figure | Original/Licensed Reproduction | Original |
| Item Height | description | Theme | TV, Movie & Video Games |
| Features | Boxed | Time Period Manufactured | 2020-Now |
| Country/Region of Manufacture | China | Item Width | description |
| UPC | Does not apply | | |

## Item description from the seller

Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box

Original Package: YES
Condition: In-Stock Items
Version Type: First Edition
Model Number: Marilyn Monroe Action Figure
Warning: Marilyn Monroe Action Figure
Dimensions: 40cm
Puppets Type: model
By Animation Source: JAPAN
Commodity Attribute: Finished Goods
Completion Degree: Finished Goods
Mfg Series Number: model
Theme: Movie & TV
Gender: Unisex
Item Type: model
Recommend Age: 18+
Origin: Mainland China


Selling PoiSize: about 40cm


Commodity material:PVC


Condition:100% New





| Pet Supplies | Collectibles | Jewelry & Watches | Health & Beauty |

Entertainment Memorabilia    Travel    Home & Garden

Cell Phones & Accessories    Clothing, Shoes & Accessories

1***l (620) · Past 6 months

Was notified by the seller this is not what I thought it was and order was cancelled.

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results    Return to top

More to explore :  Marilyn Manson Music Action Figures,  Female Statue Action Action Figures,  Female Statue Action Figures & Accessories,  Blue Box Military & Adventure Action Figure 1:18 Action Figures,
1:12 OOO MODEL Military & Adventure Action Figure Action Figures,  OOO MODEL Military & Adventure Action Figure 1:6 Action Figures,  1:6 Blue Box Military & Adventure Action Figures,  1:12 Military & Adventure Action Figure Action Figures,
Military & Adventure Action Figure 1:18 Action Figures,  Blue Box Soldier Action Action Figures

About eBay  Announcements  Community  Security Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



HiiFeuer
Medieval belt pouch with belt

HiiFeuer Medieval O Ring Belt with
Vintage Drawstring Pouch...
$28⁹⁹ √prime

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

UP TO 100% LEAK-FREE NIGHTS

SHOP NOW

©KCWW ©Disney ©2022 MARVEL ® C #22750 (2022)

Sponsored ⓘ

amazon clinic
Click to talk to a clinician
Treat common health conditions 24/7.
Learn more ›

You gifted them.
Now cover them with just one plan.
aaurion complete protect    Learn more

Sponsored ⓘ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this

### Recommended Devices inspired by your shopping history

Page 1 of 6


**Ring Floodlight Cam**
Wired Pro with Bird's Eye
View and 3D Motion
Detection, White
★★★★☆ 8,424
$249.99
√prime Today by 6:00 PM


**Ring Spotlight Cam Plus,**
Battery | Two-Way Talk,
Color Night Vision, and
Security Siren (2022
release) - White
★★★★☆ 8,351
$169.99
√prime Today by 6:00 PM
˅ Climate Pledge Friendly ˅


**Ring Floodlight Cam**
Wired Plus with motion-
activated 1080p HD
video, Black (2021
release)
★★★★☆ 33,198
$199.99
√prime Today by 6:00 PM


**Ring Solar Panel (2nd**
**Generation), 4W for Stick**
Up Cam, Stick Up Cam
Pro, Spotlight Cam Plus,
Spotlight Cam Pro -...
★★★★☆ 5,497
$59.99
√prime Today by 6:00 PM


**Amazon Kindle**
Paperwhite Signature
Edition (32 GB) – With
auto-adjusting front
light, wireless charging,...
★★★★★ 23,597
$189.99
√prime FREE Delivery
Tuesday, Jan 30
˅ Climate Pledge Friendly ˅


**Ring Rechargeable**
Battery Pack
★★★★★ 115,916
$34.99

  

### Best Sellers in Beauty & Personal Care

Page 1 of 5


**COSRX Snail Mucin 96%**
Power Repairing Essence
3.38 fl.oz 100mL,...
★★★★★ 70,951

**Mielle Organics**
Rosemary Mint Scalp &
Hair Strengthening Oil...
★★★★★ 71,225

**Clean Skin Club Clean**
Towels XL, 100% USDA
Biobased Face Towel,...
★★★★★ 17,649

**essence | Lash Princess**
False Lash Effect
Mascara | Gluten &...
★★★★☆ 355,097

**Neutrogena Cleansing**
Fragrance Free Makeup
Remover Face Wipes,
Cleansing Facial...

**VALITIC Kojic Acid Dark**
Spot Remover Soap Bars
with Vitamin C, Retinol...
★★★★☆ 17,800

› See More Ways to Make
Money

amazon

English    United States

| Amazon Music<br>Stream<br>millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

✨ SOMETHING EXCITING ✨ IS COMING! Download the Etsy app to stay tuned.

Etsy

☰ Categories    Search for anything    🔍

Homepage > Home & Living > Home Decor > Wall Decor > Wall Hangings > Signs

← Back to search results



**$20.00+**

Custom Neon Sign with Celebrity UV Printed Background,Monroe Printable Wall Art,UV Neon Sign Art,Neon Artiest Wall Decor,Handmade Gift

CandyledneonsignShop ★★★★★

Custom Order *
Select an option ▾

Style *
Select a style ▾

Add your personalization *
Custom info as below 🍭🍭🍭
Please send HD UV printed picture and keep in touch after paying!
1. Neon Text:
2. Fonts:
3. Color of Neon:
4. Size:
5. Cell (For delivery use!).
256

Quantity
1 ▾

Buy it now          Make an offer

Add to cart

♥ Add to collection

**Item details** ⌃

🖐 Handmade

◈ Materials: Acrylic

📖 Gift wrapping available  See details

🍬 🍬 🍬 Welcome to Candyledneonsign Shop!
Build Your Pink Dream, and Make It! ❤️ ❤️ ❤️

The 29$ deposit is not the final price.

✨✨✨✨✨✨✨✨✨ 🍬 🍬 🍬 Candyledneonsign
🍬 🍬 ✨✨✨✨✨✨✨✨✨

The perfect personalized gift for a art spaces - this high quality LED neon name sign features a UV printed background of outer space.

🌸 🌸 🌸 **Personalized Reference:**
UV Printed:(Please send the HD pictures)
Neon Text:(Shop sign design text, pictures or logo design documents)
Size : 16-60 inches (You can customize the size you need)
Color : 11 color to choose (Reference to color card!)
Fonts: (Reference to fonts card!!)

Please use a ruler at the place where you'll hang your sign to determine the perfect size.

📍 **Package include:**
1. Finished Neon Sign ,with switch
2. Suitable power adapter and plug(US/EU/UK/AU)
3. Installation accessories like screws, chains etc.

✈️Free shipping worldwide!
Can be customized LED Neon Sign. The production will be completed within 3-5 working days after submitting the design drawings.
Can be customized according to your favorite font or pattern design, 10 colors for choice

SHOP POLICIES:
1- Do not accept exchange or refund
2- 6 months warranty for defects (delivery at the expense of the buyer)
3 - We are not responsible for customs duties

⚡ LED signs are used indoors and outdoors (waterproof) for choice.
⚡ It is made of high-quality colored silicone LED tubes, so it is quiet, safe, and environmentally friendly.
⚡ Easy to install. Just hang or place your neon sign and plug it into a power outlet
⚡ Use Federal Express The logistics can be traced and arrive in 4-8 days.
⚡ Products are divided into single color, multi-color, full-color gradient color LED Neon Sign
⚡ LED Neon Sign Optional: remote control, dimmer, voice control  (Additional payments are required if you need them)

**Other reviews from this shop** | ★★★★★ (1,454)          Sort by: Suggested ▾

★★★★★ ✓ Recommends this item
Great quality and super fast delivery
Purchased item: Bride OR Die Neon Sign Custom Hallowe...

 Samantha Mott   Jan 15, 2024

| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

👍 Helpful?

★★★★★ ✓ Recommends this item
Wonderful sign. My daughter loves it. Well made and had zero issues.
Purchased item: Custom Name Neon Sign Baby Birthday...

Melanie Zearfoss   Jan 14, 2024

| Item quality | 5.0 |
| Shipping | 5.0 |

👍 Helpful?

★★★★★ ✓ Recommends this item
Fabulous work. Well done and packaged beautifully!
Purchased Item: Spooky Boo Neon Sign Custom Hallowee...

Suzanne   Jan 14, 2024

👍 Helpful?

★★★★★ ✓ Recommends this item
We finally hung it up and we love it!
Purchased item: Custom Name Neon Sign Personalized D...

 leeticata   Jan 12, 2024

| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

👍 Helpful?

 ← 1 2 ... 364 →

**Photos from reviews**

    ›

need them)

DESCRIPTION

Each Neon Studio sign is made from high-quality Neon Flex Strip and mounted to a clear acrylic board. Our Neon strips are made from PVC piping with LED lights inside. LED Neons are a safe, modern, and extremely popular signage option.

WHAT'S INCLUDED
Your hand-made LED Neon Sign
Power Supply: Each sign comes with a 1-meter clear power cable and a black power adaptor. Each power plug will be tailored to your country
Installation equipment: Each sign comes pre-drilled holes and basic screws, chain for installation

HAND-MADE PROCESS
Due to the handmade manufacturing process, designs might vary slightly from the picture. The image is a representation of a LED Neon and colors may vary slightly from the screen. View color examples and references of our work here.

✏️⚡ DELIVERY & INSURANCE
Standard Delivery: 7-15 days from payment
Priority or Fast Track: Need your sign sooner, make sure you request Priority or our Fast Track service to receive your sign within 12 to 15days for an extra fee
All our signs are insured for shipping. Should something happen during transit your sign will be repaired or replaced. Please contact us within 24-hours of the sign being delivered and include photos of the packaging and sign. Exclusions: any tampering to the sign or damage caused by misuse.

Less

### Shipping and return policies

📅 Order today to get by Jan 26-Feb 1
🔄 Returns & exchanges not accepted
🚚 Free shipping

Deliver to United States, 30092 ⌄
Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

### FAQs ⌄

### Meet your seller ⌃



Daisy
Owner of CandyledneonsignShop
♡ Follow shop

Message Daisy

This seller usually responds within a few hours.

## More from this shop    ♡ Follow

    

You're Like Really Pretty Neon ...
CandyledneonsignShop
**$100.43**
$167.39 (40% off)
FREE shipping

Pink Duck Neon Sign,Custom A...
CandyledneonsignShop
**$94.34**
$157.24 (40% off)
FREE shipping

Custom Neon Sign,Engrave Ne...
CandyledneonsignShop
**$15.00**
$25.00 (40% off)
FREE shipping

Paint Tray Neon Sign,Custom A...
CandyledneonsignShop
**$115.00**
FREE shipping

Haircutting Shears Neon Sign...
CandyledneonsignShop
**$25.00**
$41.67 (40% off)
FREE shipping

### Browse by section

 Custom Neon Sign
22 items

 Bar/Coffee/Restaur...
53 items

 All
330+ items

## You may also like including Ads ⓘ    See more

      

Marilyn Monroe Heart Wooden ...
TeardropLake
**$30.99**
FREE shipping

Marilyn Monroe Neon Sign, 21s...
Neolize
**$235.00**
FREE shipping

Neon Sign Bedroom, Custom L...
Mngraftsign
**$96.35**
$107.84 (20% off)
FREE shipping

It's Glow Time Neon Sign, Esth...
FourseasonsBySpl
**$47.62**
$86.59 (45% off)
FREE shipping

Custom Neon Sign Personalize...
NeonXL
**$20.53**

Marilyn Monroe Neon Sign, Lig...
Neolize
**$235.00**
FREE shipping

   

David Neon Sign - Contempora...

Happy Hour Neon Sign/Custo...

Think Positive Neon Sign - Part...

Marilyn Monroe Lighted Up Wa...

Custom Neon Sign/Neon Sign/...

You're Like Really Pretty Custo...



Get personalized picks for your big day!

Wedding date

| January ▾ | 2024 ▾ |

**Share date & shop**    No date yet? Explore wedding ideas →

## Top wedding searches to shop

   

Bridesmaid gifts →    Groomsmen gifts →    Wedding gifts →    Engagement gifts →

## Explore related searches

           

Salon Sign    Custom Neon Sign    Business Sign    Pink Light Wall Art    Bar Decor    Pink Sign    Pink Wedding    Neon Sign Custom    Neon Wedding...    Wall Art Prints    Minimalist Wall Art    Marilyn Monroe    Neon Light Sign

## Explore more related searches

Baby Gifts    Gifts for Boyfriend    Gifts for Boys    Gifts for Dad    Gifts for Girlfriend    Gifts for Girls    Gifts for Husband    Gifts for Mom

Gifts for Sister    Gifts for Wife    Anniversary Gifts    Birthday Gifts    Christmas Gifts    Gifts for Couples    Gifts for Friends    Gifts for Her

Gifts for Him    Gifts for Kids    Gifts for Teachers    Housewarming Gifts    Personalized Gifts    Gifts

Listed on Oct 6, 2023    102 favorites                                    Report this item to Etsy

All categories > Home & Living > Home Decor > Wall Decor > Wall Hangings > Signs

---

Etsy is powered by 100% renewable electricity.

| **Shop** | **Sell** | **About** | **Help** |
|---|---|---|---|
| Gift cards | Sell on Etsy | Etsy, Inc. | Help Center |
| Etsy Registry | Teams | Policies | Privacy settings |
| Sitemap | Forums | Investors | |
| Etsy blog | Affiliates & Creators | Careers | |
| Etsy United Kingdom | | Press | |
| Etsy Germany | | Impact | |
| Etsy Canada | | | |

**Download the Etsy App**

United States | English (US) | $ (USD)          © 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

Etsy ☰ Categories   [Search for anything]   ♡  ♡  🔔  ⚙  🛒

Homepage › Home & Living › Home Decor › Wall Decor › Wall Hangings

← Back to search results

← ›

0 shop reviews ☆☆☆☆☆                    Sort by: Suggested ▾

**Only 3 left and in 5 carts**

**$23.80+** ~~$36.62+~~
35% off sale for a limited time

Classic Marilyn Monroe James Dean Posters and Prints
Wall Art Pictures Black and White Canvas Paintings for
Living Room Decor

✓ Exchanges accepted

Dimensions *
[ Select an option                          ▾ ]

[          Buy it now          ]

[         Add to cart          ]

♥ Add to collection

**Item details**                                     ^

🖐 Handmade

🏷 Materials: organic cotton

Unframed Canvas Print

Material: High-Quality Canvas
Medium: Waterproof Ink

Features:

High-quality cotton/ cotton linen/ polyester canvas
Water-resistant print
Waterproof ink
About CanvasProDecor

At CanvasProDecor, we believe that art should be
accessible to everyone. That's why we use only the
finest materials and cutting-edge printing techniques
to create high-quality canvas prints that are both
affordable and beautiful.

Our premium cotton/ cotton linen/ polyester canvas
provides the perfect surface for our HD spraying
techniques, which allow us to capture every detail of
your favorite images. Our prints are also water-
resistant, so you can be sure that they will look their
best for years to come.

Whether you're looking for a landscape print, a modern
masterpiece, or a custom creation, we have the perfect
print for you.

Shipping and Delivery

We offer free shipping worldwide, and all orders are
shipped with a valid tracking number.

Contact Us

If you have any questions, please contact us.

Less

**Shipping and return policies**                      ^

📅 Order today to get by Jan 24-Feb 8

🔄 Exchanges accepted within 30 days

🚚 Free shipping

Deliver to United States, 30092  ▾
Ships from China

Etsy offsets carbon emissions from shipping and packaging on
this purchase.

Etsy Purchase Protection: Shop confidently on Etsy
knowing if something goes wrong with an order, we've got
your back for all eligible purchases — see program terms

**Meet your sellers**                                 ^

CPD   Matei Dragodan
      Owner of CanvasProDecor
      ♡ Follow shop

[        Message Matei         ]

This seller usually responds within a few hours.

**More from this shop**  ( Follow )

     

   

Custom Canvas Printing - Mess...
CanvasProDecor
$23.80
$36.62 (35% off)
FREE shipping

Large Size Film Canvas Paintin...
CanvasProDecor
$28.27
$43.49 (35% off)
FREE shipping

Watercolour Graffiti Street Art ...
CanvasProDecor
$27.52
$42.34 (35% off)
FREE shipping

Joker Famous Painting Pop Art ...
CanvasProDecor
$24.55
$37.77 (35% off)
FREE shipping

Movie Star Joker Comic Sketch...
CanvasProDecor
$24.55
$37.77 (35% off)
FREE shipping

Classic Movie Leonardo DiCapr...
CanvasProDecor
$27.52
$42.34 (35% off)
FREE shipping

## You may also like including Ads ⓘ    ( See more )

     

Elvis Presley, James Dean, Mari...
RitmoArt
$28.00
$35.00 (20% off)
FREE shipping

Marilyn Monroe, Legend, Cine...
RitmoArt
$32.80
$41.00 (20% off)
FREE shipping

Elvis Presley, James Dean, Mari...
RitmoArt
$28.80
$36.00 (20% off)
FREE shipping

Elvis Presley, Marilyn Monroe, ...
RitmoArt
$27.20
$34.00 (20% off)
FREE shipping

Elvis Presley, Marilyn Monroe, ...
RitmoArt
$27.20
$34.00 (20% off)
FREE shipping

James Dean Movie Star Poster ...
BinbinStore
$14.02
$16.50 (15% off)

   

Audrey Hepburn Style Triple C...
Ad by Etsy seller
$79.90
$99.88 (20% off)
FREE shipping

Marilyn Monroe Black and Whit...
Ad by Etsy seller
$38.25
$54.64 (30% off)
FREE shipping

Pop-art James Dean Wall art on...
Ad by Etsy seller
$25.18

Marilyn Monroe Wall Art Mug S...
Ad by Etsy seller
$41.25
$55.00 (25% off)
FREE shipping

Audrey Hepburn Wall Art, Mani...
Ad by Etsy seller
$51.57
$85.95 (40% off)
FREE shipping

Marilyn Monroe Fine Line Draw...
Ad by Etsy seller
$37.77
$60.97 (38% off)
FREE shipping

Listed on Jan 14, 2024   7 favorites                                                                   Report this item to Etsy

All categories › Home & Living › Home Decor › Wall Decor › Wall Hangings

🌱 Etsy is powered by 100% renewable electricity.

**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

  

🇺🇸 United States | English (US) | $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒

Back to search results  ·  Health & Beauty  ·  Hair Care & Styling  ·  Hair Extensions & Wigs  ·  Wigs & Hairpieces                    Share  ·  Add to Watchlist





### Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay

cuobinbing (6)
100% positive · Seller's other items · Contact seller

**US $19.18**
or Best Offer

Condition:  New with tags ⓘ

Quantity:  [ 1 ]    5 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:   Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: CN, China

Delivery:   📦 Estimated between Tue, Feb 13 and Wed, Feb 21 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  🏦  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

ⓢ  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

## Similar sponsored items          See all >                    Feedback on our suggestions

   

| Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween | Halloween Blonde Sexy Fashion Marilyn Monroe Cosplay Party Wig Long Curly 98BT | Assorted Packs Of Wavy #27 Bulk Hair Clearance | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable |
|---|---|---|---|
| New | New | New | New (Other) |
| $16.98 | $19.99 | $25.00 | $16.06 |
| Free shipping | Free shipping | 0 bids | $18.06 11% off |
| 5 watchers | 23 sold | 3h 55m | Free shipping |
| | | + $5.90 shipping | 20% off 3+ with coupon |
| | | Seller with a 100% positive feedback | |



Find mental health resources

Love,
Your Mind

HUNTSMAN

Learn More

## Sponsored items inspired by your views          See all >                    Feedback on our suggestions

 

| Large Hand Painted Oil Painting on Canvas for Home wall Decor Art-Marilyn Monroe | Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy wave | 7"old Chinese Boxwood carving famous artist actor Marilyn Monroe statue sculpture | Ladies Synthetic Hairs High Temperature Fiber Marilyn Monroe Wigs For Ladies New | For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted | The Ma... |
|---|---|---|---|---|---|
| $80.34 | New (Other) | $105.60 | New | New | New |
| $103.00 22% off | $14.29 | $120.00 12% off | $27.19 | $29.19 | $19.99 |
| Free shipping | $16.06 11% off | Free shipping | $31.99 15% off | $32.43 10% off | Free sh... |
| | + $7.26 shipping | | Free shipping | Free shipping | Seller... |
| | | | Last one | Seller with a 99.9% positive feedback | |

---

About this item    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 166373296613

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Item Length | 30 in |
| Texture | Wavy | Hair Origin | Synthetic |
| Brand | Unbranded | Type | Wig |
| Department | Men, Women | Cap Construction | Classic Cap |
| Hair Color Shade | Black, Dark Blond, Dark Brown, Golden Blond, Grey, Green, Light Blond, Orange, Red, Yellow | Attachment Type | Clip-In |
| Theme | Cosplay | Style | Ponytail |
| Features | Heat Resistant | Cap Size | Medium |

## Item description from the seller

**Item description from the seller**

Material:The wig is made of high quality synthetic fiber which is close to the human hair and it is soft, smooth, bouncy without fake shine and last long time.

Suit Occasion:Suit for Any Occasion,Such as Party , School, Wedding, Vacation, Daily life And So on.

**High Lights**

Today's better quality synthetic wigs are virtually  indistinguishable from human hair, except to the most practiced eye. Synthetic wigs(which is  made from 100% import resistance fuel high-temperature fiber and fit average headsizes,) are easier to care for and lower priced. The monofilament fiber "hair" used to make synthetic wigs  has "memory" which means it maintains its wave or curl, texture and volume, requiring minimal  upkeep. Synthetic wigs, however, are not designed to accept a permanent wave or color change  and can be permanently damaged by the use of curling irons, blow dryers or hot rollers.

**Why Capless Cap?**

A capless wig is very similar to the standard cap design. However, instead of the closed lace  layer at the crown, it has vertical lace strips with open spaces between the wefts. The open~ wefting in the crown, back, and sides allows for maximum ventilation. This makes the cap  lighter weight and cooler than a standard cap.

Features:

1.100% heat-resistant fiber made of high quality wigs.

2. Easy to clean and care Just wash with a little mild shampoo in cold water.

3.Feature: adjustable and breathable rose net, which can fit different head size.

4.Function: can use for fun, theme party, cosplay, daily use or any other occasion, give you a new amazing change.

**5. Could custom made any color for you , if you do not like picture color ,kindly let us know, We have our own factory and professional wig stylists to ensure your satisfaction**

Package:Wig Comes With 1 pc Free Wig Cap

---



### caobining

100% Positive Feedback
42 Items sold



Seller's other items
Contact
Save seller

📅 Joined Aug 2023

**Seller feedback** (8)

🟢 5***b (37) • Past month

Great packaging , came in on time and everything went perfect ! Thank you for posting the item to the seller I wear the slippers everyday :)

Men Fashion House Slippers,Lightweight Breathable Soft Warm Comfortable Shoes (#166470860177)

🟢 m***5 (844) • Past 6 months

Good to do business with, item was as described

200CM Long Brown Fashion Straight Wiga Cosplay Party Wig (#166392648156)

---

**You may also like**

Feedback on our suggestions



Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

New

**$16.98**
Free shipping
5 watchers



Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

New (Other)

**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon



Natural Straight Blonde Wigs with Long Bangs For Women Daily Synthetic Hair Wig

New

**$13.99**
$19.99 30% off
Free shipping
47 sold



Natural Black Brown Wigs for Women Natural Fluffy Wavy Wig with Bangs for Women

New

**$13.99**
$19.99 30% off
Free shipping
91 sold

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant

New (Other)

**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback




Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party

New (Other)

**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon



Ash Brown Blonde Wavy Wigs with Bangs Long Natural Wavy Daily Hair Wig for Women

New

**$14.69**
$20.99 30% off
Free shipping
60 sold

Marilyn Monroe Fashion Party Short Curly Wigs halloween Hair Daily wig+a wig cap

New

**$20.99**
Free shipping
10 watchers

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New (Other)

**$15.90**
$18.07 12% off
Free shipping



ELEMENT Short Wavy Hair Wigs with Bangs for Women Golden Blonde Daily Cosplay

New

**$13.43**
$19.99 30% off
Free shipping
Seller with a 99% positive feedback






Sponsored
Long Layered Wavy Capless Wigs Blonde
Mix Synthetic Hair Wigs 14 Inches Women
New
$22.19
Free shipping
25 watchers

Highlight Brown Blonde Daily Wigs Long
Wavy Synthetic Hair for Women Cosplay
Wig
New
$15.19
$15.99 5% off
Free shipping
197 sold


Ciffo Short Curly Hair Light Brown Synthetic
Hair Wigs Women Natural Wavy Daily
New
$22.19
Free shipping
14 watchers


Jane Fonda Fashion Medium Wavy Layered
Blonde Mix Capless Synthetic Wig Women Soft
New
$24.19
Free shipping
40 watchers


16.24inch Cosplay Wigs Daily use Women
Straight Heat Resistant Hair Ash Blonde
New
$15.19
$15.99 5% off
Free shipping
Top Rated Plus

Sponsored
Medium Wavy Layered Cut Synthetic Hair
Capless Wigs Women Natural Daily Wigs
New
$22.19
Free shipping
35 sold

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig 1
New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon


Sponsored
10 Inch Curly Wavy Short Bob Fluffy Blonde
Women Hair Cosplay Casual Party Wigs
New
$11.20
$11.79 5% off
Free shipping
Top Rated Plus


Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable
New (Other)
$17.01
$18.90 10% off
Free shipping
20% off 3+ with coupon


Sponsored
Light Blonde Wigs with Bangs for Women 24
In Long Wavy Synthetic Daily Party Wig
New
$20.39
Free shipping
69 sold

Sponsored
Fun World Womens Short Blonde Leading
Lady Marilyn Monroe Wavy Wig
New
$14.99
+ $6.00 shipping
Seller with a 99.3% positive feedback


Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot HIGH healthy
New (Other)
$16.02
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
Long Red Wavy Wigs for Women Synthetic
Natural Cosplay Curly Hair with Bangs US
New
$12.34
$12.99 5% off
Free shipping
Top Rated Plus

Sponsored
John Wick cosplay wig Black Short Wavy
Hair Wig Handsome Men Natural Full Wigs
New
$18.86
Free shipping
Seller with a 100% positive feedback

Sponsored
23" Golden Brown to Gold Ombre Long
Wavy Curly Blonde Wig Women's Synthetic
Hair
New
$14.98
Free shipping
Top Rated Plus
427 sold



More to explore :  Cosplay Wavy Wigs for Women,  Wavy Wigs Cosplay,  Cosplay Wavy Women's Wigs & Hairpieces,  Cosplay Women Wavy Layered Wigs,  Men Wavy Wigs Cosplay,  Cosplay Wavy Ponytail Wigs,  Bangs Wavy Wigs Cosplay,
Cosplay Unisex Wavy Wigs & Hairpieces,  Cosplay Wavy Wigs & Hairpieces Teens,  Cosplay Gray Wavy Wigs & Hairpieces

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

✦ SOMETHING EXCITING ✦ IS COMING! Download the Etsy app to stay tuned.



≡ Categories    Search for anything    🔍

Homepage › Art & Collectibles › Sculpture › Figurines

← Back to search results



Low in stock, only 3 left

**$81.30** $116.14

30% off sale for a limited time

Marilyn Monroe Beauty Girl Statue - Delicate Handcrafted Wood Carving, Iconic Hollywood Star Decor

CCZHIDAO ★★★★★

✓ Returns accepted

Check out with **PayPal**

Add to cart

♥ Add to collection

### Item details ⌃

🖐 Handmade

⬡ Materials: Wood, Buxus, Boxwood

◣ Width: 2.76 inches
Height: 7 inches
Depth: 2.56 inches

Brand:CCZHIDAO®
...

Experience the allure of Hollywood's iconic star with this exquisitely handcrafted Marilyn Monroe wooden statue. Beautifully carved from high-quality wood, this unique piece brings the captivating charm of the film legend to your home or office.

Each delicate detail of Marilyn's iconic look has been meticulously hand-carved, from her captivating smile to her signature hairstyle. The natural grain of the wood imbues this statue with a warmth and authenticity that will enhance any space, making it a fascinating conversation starter for your guests.

This statue isn't just a piece of decor; it's a tribute to the timeless beauty and charisma of Marilyn Monroe. Display it on your shelf, table, or desk, and let the enduring charm of Hollywood's golden age grace your living or workspace.

It also makes a thoughtful gift for fans of classic cinema, pop culture enthusiasts, or anyone who appreciates unique, handcrafted art pieces. Make a bold statement with this striking wood statue that encapsulates the everlasting allure of Marilyn Monroe.
...

Wood Carving

Owing to its fine grain it is a good wood for fine wood carving, although this is limited by the small sizes available. It is also resistant to splitting and chipping, and thus useful for decorative or storage boxes. Formerly, it was used for wooden combs. As a timber or wood for carving it is "boxwood" in all varieties of English.

Owing to the relatively high density of the wood, boxwood is often used for chess pieces, unstained boxwood for the white pieces and stained ('ebonized') boxwood for the black pieces, in lieu of ebony.

The extremely fine endgrain of box makes it suitable for woodblock printing and woodcut blocks, for which it was the usual material in Europe. In the 16th century, boxwood was used to create intricate decorative carvings, including intricate rosary prayer beads. As of 2016, the largest collection of these carvings is at the Art Gallery of Ontario in Toronto.

Less

### Shipping and return policies ⌃

📅 Order today to get by Feb 2-21

↩ Returns accepted within 30 days

🌐 Free shipping

Deliver to United States, 30092 ⌄
Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

---

Other reviews from this shop ⓘ ★★★★★ (513)    Sort by: Suggested ⌄

★★★★★ ✓ Recommends this item
Very beautiful statue of Zhuge Liang - I plan to buy more in future.
Purchased item: Zhuge Liang Kong Ming Statue - Three Ki...

 Vickey Palzor Lepcha  Jan 16, 2024

| | | |
|---|---|---|
| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

👍 Helpful?

★★★★★ ✓ Recommends this item
Good product. Little bit light.
Purchased item: Dragon Guanyin Wooden Buddha Statue...

 Sign in with Apple user  Jan 15, 2024

| | | |
|---|---|---|
| Item quality | | 5.0 |
| Shipping | | 5.0 |

👍 Helpful?

★★★★★ ✓ Recommends this item
Everything went perfectly. Thank you.
Purchased item: Fu Lu Shou Wood Statues - Hand Carved...

 Simone  Jan 14, 2024

| | | |
|---|---|---|
| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

👍 Helpful?

★★★★★ ✓ Recommends this item
Lovely, carved piece, versatile for display, and gives a lot of charm and personality. Love the intricacy of this piece.
Purchased item: Artisanal Hollow Wooden Base - Handcra...

 Tammy Evanko  Jan 14, 2024

| | | |
|---|---|---|
| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

👍 Helpful?

‹  1  2  ...  129  ›

Photos from reviews

    ›



Meet your seller

**Micah Zheng**
Owner of CCZHIDAO

♡ Follow shop

[ Message Micah ]

This seller usually responds within a few hours.

## More from this shop    ♡ Follow

    

Browse by section

 Statues of people
84 items

 Buddha
99 items

 All
380+ items

New Solid Hinoki Wood Carved...
CCZHIDAO
**$156.86** $224.09 (30% off)
FREE shipping

Wood Guanyin Statue, Exquisit...
CCZHIDAO
**$453.60** $648.00 (30% off)
FREE shipping

1000 Hands Quan Yin Statue -...
CCZHIDAO
**$208.00** $297.14 (30% off)
FREE shipping

Hand-Painted Gilt Wood Thous...
CCZHIDAO
**$249.26** $356.09 (30% off)
FREE shipping

Chang's Fairy Beauty Wood Ca...
CCZHIDAO
**$74.00** $105.72 (30% off)
FREE shipping

## You may also like  including Ads ⓘ    ( See more )

     

Marilyn Monroe "Always Marily...
VillageAntiquesVa
$140.00

Marilyn Monroe Digital Art Prin...
NatAttackArt
$39.80

Little Marilyn Monroe Statue C...
CraftApostle
$22.00

Marilyn Monroe Porcelain Doll
TreasuresoftheQueen
**$108.00** $144.00 (25% off)
FREE shipping

Marilyn Monroe
EvilartbyJessica
$220.00

Vintage Clay Art San Francisco...
GypsyTreasureCove
$65.00

     

The Concrete Marilyn Monroe ...
Ad by Etsy seller
$66.34

Retro Marilyn Monroe Fine Art ...
Ad by Etsy seller
**$42.49** $49.99 (15% off)
FREE shipping

Marilyn Monroe - marilyn monr...
Ad by Etsy seller
$999.99

Marilyn Monroe and Elvis Presl...
Ad by Etsy seller
**$35.99** $39.99 (10% off)
FREE shipping

Sophia Loren c. 1950's,black & ...
Ad by Etsy seller
**$19.34** $32.24 (40% off)
FREE shipping

Andy Warhol (1928-1987), after...
Ad by Etsy seller
**$627.35** FREE shipping

## Explore related searches

      

Hollywood Star Decor | Unique Art Piece | Timeless Beauty | Conversation Starter | Vintage Glamour | Retro Style | Marilyn Monroe | Pop Culture

## Explore more related searches

Iconic Beauty Girl | Film Legend Tribute | Classic Cinema Gift | Quality Wood Decor | Handcrafted Carving | Gifts for Girls | Gifts

Listed on Dec 6, 2023   7 favorites

Report this item to Etsy

All categories > Art & Collectibles > Sculpture > Figurines

🌿 Etsy is powered by 100% renewable electricity.



**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

  

🇺🇸 United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads   Local Shops   Regions

ebay

‹ Back to search results | Collectibles & Art › Art › Paintings

Hi Jeffrey! ▾    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

Advanced

Share · Add to Watchlist

🔴 SAVE UP TO 22%  See all eligible items and terms ▸








‹    ›

Have one to sell? Sell now

### Large Hand Painted Oil Painting on Canvas for Home wall Decor Art-Marilyn Monroe

 celina-2020 (1033)
97.6% positive · Seller's other items · Contact seller

**US $80.34**
Was US $103.00 ⓘ
Save US $22.66 (22% off)

Condition: --
"The project is painted by hand, without a framed, and needs to be installed by the buyer.We provide "... Read more

Personalization:
Unframed,can not hang directly .  Roll up and send out (Picture is the effect after add framework,but the currently selling price is without framework)

0/250

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

↩  Breathe easy. Returns accepted.

Shipping:    Free ePacket delivery from China. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Beijing, China

Delivery:    🚚 Estimated between Thu, Mar 28 and Wed, Apr 17 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 49 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. Personalized items cannot be returned. See details

Payments:    PayPal  GPay  VISA  ●●  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
🏦 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions

                

🏷 HOT AUCTION

High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping

modern Marilyn Monroe oil painting 100% hand-painted art on canvas
**$77.22**
$99.00 22% off
Free shipping
39 watchers

Pete Rumney Art Original Painting Winter Walk Together Signed Hand Painted
New
**$220.08**
12 bids
2h 29m
+ $37.40 shipping
⊘ Direct from the Artist

High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

                

Ladies Synthetic Hairs High Temperature Fiber Marilyn Monroe Wigs For Ladies New
New
**$27.19**
$31.99 15% off
Free shipping
Last one

For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.9% positive feedback

The Marilyn Monroe Garden Banner
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

2 PCS Cigarette Case Marilyn Monroe Cigar Case Box Holder Tobacco Storage Box
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
**$19.85**
Free shipping

Cos Ma
gold c
New (C
**$16.0**
$18.06
Free s
20% o

---

About this item    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.    eBay item number: 276220254971

### Item specifics

| | | | |
|---|---|---|---|
| Seller Notes | "The project is painted by hand, without a framed, and needs to be installed by the buyer.We provide ... Read more | Artist | Unknown |
| Size | Medium (up to 36in.) | Signed | No |
| Color | Multi-Color | Date of Creation | 2000-Now |

| Color | Multi-Color | Date of Creation | 2000-Now |
| UPC | Does not apply | Material | |
| Region of Origin | | Framing | |
| Subject | Portrait | Personalize | Yes |
| Listed By | Artist | Type | Painting |
| Width (Inches) | 24 | Height (Inches) | 36 |
| Painting Surface | Canvas | Style | Modern |
| Features | unframed | Production Technique | Oil Painting |
| Country/Region of Manufacture | China | Handmade | Yes |

## Item description from the seller

Product description:
Szie:24" x 36" inch , 1inch=2.54cm
Can make other size , if you need , please contact me,thank you.
**Customized:** We accept custom oil paintings,if you need,please contact me

**Status:Unframed,can not hang directly (Picture is the effect after add framework,but the currently selling price is without framework) Rolled up to send .**

Make method:Hand-painted on canvas,default:start making after receive payment
Material:Canvas,not paper。
Shipping:
hand-painted oil painting usually begin to make after receive payment,about 1-2 weeks for making and drying,then can send out.
We will ship the package to your Ebay Address, please make sure your address is correct !
Shipping time: countries about 2-4 weeks,a few countries may need longer time.

Feedback:
Please don't leave negative or neutral feedback ( Leaving negative feedback can't solve the problem), If any problem with my product, PLEASE contact me first, I am sure everything could be solved by communication。
IF you are satisfy with the item, please leave a positive feedback, it will be great helpful to me
Thank you for coming



### celina-2020
97.6% Positive Feedback
8.7K Items sold

**Visit store**
Contact
♡ Save seller

📅 Joined Feb 2017

## Detailed seller ratings
Average for the last 12 months

| Accurate description | ——————— | 4.9 |
| Reasonable shipping cost | ——————— | 5.0 |
| Shipping speed | ——————— | 4.9 |
| Communication | ——————— | 5.0 |

## Popular categories from this store   See all
oil painting    Other

## Seller feedback (1,782)

➕ g***n (201) • Past 6 months

Pretty amazing. Got the painting only a month after ordering. In that time it was painted and shipped across the world. Nicely done. Very secure packaging. Great value, would definitely buy again.

➕ u***e (7,763) • Past month

5 STAR SELLER! GREAT ITEM. WELL-PACKED & SHIPPED FAST! A++++++++++

➕ u***g (366) • Past month

reçu rapidement, bien emballé, je recommande ce vendeur

See all feedback

🔴 **SAVE UP TO 22%** ⓘ  See all eligible items →
Save up 22%
Marked down item price reflects all savings. Items provided by celina-2020

All promotional offers from celina-2020

   

| 48"Home office wall Decorative art Modern Handmade oil painting on canvas-Girl | 24"Hand Painted Venice at night-Large Oil Painting on Canvas for Home Wall Decor | Large HandPainted Oil Painting on Canvas for Home wall Decor Modern Art-Sea view | Handpainted oil painting Art paris street scene cityscape on canvas Home Decor | 36"Home wall Decor 100%Handmade oil painting on canvas-Portrait of Farah Pahlavi |
| Was: US$103.00 | Was: US$99.00 | Was: US$99.00 | Was: US$133.00 | Was: US$110.00 |
| Now: US $80.34 | Now: US $77.22 | Now: US $77.22 | Now: US $103.74 | Now: US $85.02 |

➕
See all

You can change quantities in your cart

## You may also like
Feedback on our suggestions

ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

Advanced

< Back to search results · Collectibles & Art · ... · Figurines & Statues ▸

SAVE UP TO 15%  See all eligible items and terms ▸








玛丽莲·梦露小叶黄杨木

Have one to sell? Sell now

### 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue

chengli3688 (17)
100% positive · Seller's other items · Contact seller

**US $144.50**
or Best Offer
Was US $170.00 
Save US $25.50 (15% off)
No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  --

Sale ends in:  22h 46m

| Buy It Now |
| Add to cart |
| Make offer |

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: nanyang, China

Delivery:    ⊙ Estimated between Mon, Feb 12 and Mon, Feb 26 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    
PayPal CREDIT
*No Interest if paid in full in 6 months on $99++. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

## Similar sponsored items    See all >

Feedback on our suggestions






| 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | 7" Art China Natural Boxwood Wood Hand-carved Beautiful Girl Women Monroe Statue | 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | 7"old Chinese Boxwood carving famous artistartor Marilyn Monroe statue sculpture |
| **$144.50** | **$130.20** | **$145.35** | **$146.34** |
| $170.00 15% off | $140.00 7% off | $171.00 15% off | $169.00 14% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | | | Seller with a 100% positive feedback |

eBay eGift Cards for all
A treat for any occasion.
Shop now    ebay

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions








| 1/4 Marilyn Monroe The Greatest Actresses Sexy model Statue Action Figure No Box | Diamond Painting Kit Marilyn Monroe Tattoo Art Full Drill Cross Stitch Crafts | Playing card/Poker Deck 54 cards of US MOVIE STAR Marilyn Monroe with box | Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King Size | Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift | Marilyn Sculpt |
| New | New | New | New | New | New |
| **$84.99** | **$17.85** | **$13.18** | **$27.97** | **$4.73** | **$12.9** |
| + $12.99 shipping | $18.77 5% off | + $3.95 shipping | + $25.43 shipping | $4.98 5% off | Free s |
| | Free shipping | Seller with a 100% positive feedback | 40 sold | Free shipping | |
| | Seller with a 99.5% positive feedback | | | Seller with a 99.9% positive feedback | |

---

| About this item | Shipping, returns, and payments |        Report this item

Seller assumes all responsibility for this listing.

Last updated on Jun 15, 2023 21:31:56 PDT View all revisions

## Item description from the seller

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue

eBay item number: 364218686258



**Material: Natural Boxwood Wood**

**Size: Long: 2.8inch . Breadth: 2.8inch . Hight :   7.2inch**

**Weight: ——included the weight of packing materials**

**Condition:Very Good.**



Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store**   See all

Collectibles   Art   Antiques

o***h (2)  •  Past month

Excellent! Thanks for great communication, fast shipping, and secure packing.

Antique brass Red copper Inlay Turquoise coral Thousand Hands Guanyin Statue (#345580275344)

m***z (111)  •  Past 6 months

Item exactly as seen in picture, good quality, well priced, delivered ahead of schedule - WELL DONE! Million Thanks

4 CM China Buddhism Temple Copper Bronze Winged Garuda Bird God Buddha Statue (#364629701563)

r***g (7)  •  Past 6 months

Beautiful pieces at a really good price, well-packed for shipping - early arrival was a pleasant surprise!

See all feedback

---



🔖 SAVE UP TO **15%** ⓘ   See all eligible items  →
002
Marked down item price reflects all savings. Items provided by chengli3688       All promotional offers from chengli3688

    

➕
See all

| 12" Antique Old Chinese Silver Fengshui Foo Fu Dog Guardian Lion Lions Statue | 5.8" old antique China Pure copper gilt Handmade Phoenix pattern comb | Treasured Ebony Drawn Box Jewelry Box | 4.9" Old China Copper Dynasty Pagoda Tower Buddhist Pagoda Incense Burner Censer | chinese old boxwood hand carved kwan-yin statue figure collectable |
|---|---|---|---|---|
| Was:       US $660.00 | Was:       US $190.00 | Was:       US $190.00 | Was:       US $190.00 | Was:       US $190.00 |
| Now:     US $474.30 | Now:     US $159.80 | Now:     US $272.85 | Now:     US $117.30 | Now:     US $159.80 |

You can change quantities in your cart.

---

**You may also like**                                                       Feedback on our suggestions

     





Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques

## Marilyn Monroe Body Art Poster Metal Tin Sign 8X12 Inch Vintage Classic Style Man Cave Decor
Brand: felizzl

$8.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**About this item**
- Novelty Metal Sign Make a Great Gift.
- Perfect Wall Decoration For a Man Cave Bar or Garage Shop Home Office Work.
- 12" x 8" Tin Sign Indoor Or Outdoor Makes a Great Gag Gift for Christmas or Birthday Present.
- Screw holes are pre-drilled at the corners for easy hanging. For safe handling, the edges of each tin label are rolled and crimped.
- With the highest quality materials that can guarantee long life and continued enjoyment. These decorative metal signs are made with strong aluminum metal making them 100% rust free.

⚠ Report an issue with this product or seller

Add your free 30-day trial of Prime and get fast, free delivery

**Delivery** | **Pickup**

$8.99

FREE delivery February 13 - March 6 on orders shipped by Amazon over $35

Or fastest delivery February 13 - March 5

📍 Delivering to Peachtree Corners 30092 - Update location

Quantity: 1

[Add to Cart]

[Buy Now]

Ships from Amazon
Sold by cmy05
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction
˅ See more

☐ Add a gift receipt for easy returns

[Add to List ˅]

---

## Overstock deals on Decorative Signs & Plaques    Explore more in Outlet

Page 1 of 17

     

| Funny Dog Wood Signs, Dogs Are the Leaders of the Planet Wooden Block Sign for Home... | Simply Said, INC Small Talk Rectangles - United by Love, Divided by Duty - 3.5" x 5.25" Rustic... | Goodbye Gifts For Coworkers Leaving Gifts For Women, Handmad... | Homebody Accents Mi Cocina 6"x16" Metal Sign, Framed, Indoor | Knibeo Take Me Away Signs - Wooden Box Sign 5x5, Love Signs for Western Home Decor,... | Disney Star Wars Number One Dad in the Galaxy Metal Art Sign - Fun Mandalorian Wall Art f... |
|---|---|---|---|---|---|
| ★ 1 | ★ 10 | Overstock ★ 50 | ★ 5 | ★ 1 | ★ 71 |
| 30% off  Overstock | 50% off  Overstock | 25% off  Overstock | 54% off  Overstock | 50% off  Overstock | 50% off  Overstock |
| $4.19 | $5.97 | $7.49 | $19.88 | $6.99 | $14.99 |
| Typical: $5.99 | Typical: $11.95 | Typical: $9.99 | Typical: $29.99 | Typical: $13.99 | List: $29.99 |
| Get it as soon as Thursday, Feb 1 | Get it as soon as Thursday, Feb 1 | Get it as soon as Thursday, Feb 1 | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Thursday, Feb 1 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | Only 7 left in stock - order... | Only 5 left in stock - order... | FREE Shipping on orders over $35 shipped by Amazon |
| Only 18 left in stock - order... | Only 5 left in stock - order... | | | | Only 8 left in stock - order... |

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Product information

| | |
|---|---|
| Product Dimensions | 11.7 x 7.8 x 0.1 inches |
| Item Weight | 3.2 ounces |
| Manufacturer | felizzl |
| ASIN | B0CQKHNGFT |
| Country of Origin | China |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ˅

---

## Product Description

The tin sign is just one the hundreds of high-quality wall décor products offered to help you decorate in your own unique style. Items like I Believe I'll Have Another Beer Distressed Retro Vintage Tin Sign Tin Sign any interior and match your budget and style!

---

## Important information

To report an issue with this product or seller, click here.

---

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

## Review this product
Share your thoughts with other customers

[Write a customer review]

---

## Customers also viewed these products

Page 1 of 7

      

| Coffee Bar Sign Hot Chocolate and Tea | Coffee Bar Signs Decor with Grey Wood Grain, | Laundry Room Decor Metal Tin Sign Retro | ZYPENG Room Man Cave Art Decorations Metal | I'm Feeling a Little Dirty Will You Laundry | Bathroom Decor Funny Bathroom Signs, | |



ebay

Hi Jeffrey!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                Sell   Watchlist   My eBay

Back to search results    Clothing, Shoes & Accesso...  >  ...  >  Accessories  >  Wigs & Facial Hair

Share · Add to Watchlist










Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting

china_yoga (87)
95.7% positive · Seller's other items · Contact seller

### AU $25.02
Approximately US $16.49
or Best Offer

Condition: New with tags

Quantity: 1    3 available / 1 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

| Shipping: | Free Economy Shipping from Greater China to worldwide. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: yiwu, China |
| Delivery: | ⬛ Estimated between Fri, Feb 16 and Fri, Mar 22 to 30038 ⓘ |
| | Please note the delivery estimate is greater than 15 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | PayPal G Pay VISA ●● AMEX |


Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



## Similar sponsored items    See all >

Feedback on our suggestions






| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable | Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot |
| New (Other) | New (Other) | New (Other) | New (Other) |
| $16.14 | $14.59 | $16.06 | $14.80 |
| $18.14 11% off | $16.40 11% off | $18.05 11% off | $16.63 11% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 25% off 5+ with coupon | Seller with a 100% positive feedback | 20% off 3+ with coupon | Seller with a 100% positive feedback |


eBay eGift Cards for all
A treat for any occasion.
Shop now

## Sponsored items inspired by your views    See all >

Feedback on our suggestions








| 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | Cos Marilyn Monroe short paragraph pale gold curly hair wig design Halloween | 100% hand short hair fashion Marilyn Monroe oil painting art on canvas | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Cos M... gold c... |
| $168.30 | New | $81.77 | New | Pre-owned | New |
| $198.00 15% off | $18.96 | $86.99 6% off | $13.99 | $17.50 | $16.71 |
| Free shipping | $37.91 50% off | Free shipping | Free shipping | Free shipping | $18.78 |
| | Free shipping | | | | Free sh... |
| | Seller with a 99.2% positive feedback | | | | |

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 18, 2024 02:56:36 PST    View all revisions

eBay item number: 394720597291

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

## Item description from the seller

Item description from the seller

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting

PRODUCT DESCRIPTION

**Notice:**

ebay feedback | shipping | About us | After sales

## You may also like

Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask
New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
New
$15.49
$17.21 10% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social
New
$15.96
$17.73 10% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
$14.36
$16.13 11% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

All Categories ∨                                   Search    Advanced

‹ Back to search results · Collectibles & Art › ... › ... › Figurines & Statues                                   Share · Add to Watchlist

🏷 SAVE UP TO 14%   See all eligible items and terms ›







‹  ›

Have one to sell? Sell now

## 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

Chinese ancient civilization (7)
100% positive · Seller's other items · Contact seller

**US $145.34**
or Best Offer
Was US $169.00 ⓘ
Save US $23.66 (14% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  --

Sale ends in:  17h 57m

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: 河南, China

Delivery:  📦 Estimated between Fri, Feb 9 and Wed, Feb 21 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  [PayPal] [G Pay] [VISA] [Mastercard] [AMEX] [Discover]

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all ›

Feedback on our suggestions

   

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$100.80**
$120.00 16% off
Free shipping
Seller with a 100% positive feedback

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$92.40**
$110.00 16% off
Free shipping
Seller with a 100% positive feedback

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$105.60**
$120.00 12% off
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$145.35**
$171.00 15% off
Free shipping

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

     

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
**$13.69**
Free shipping

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
Free shipping
5 watchers

Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker
New
**$22.00**
Free shipping
Seller with a 99.4% positive feedback

1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving
New
**$45.00**
Free shipping
Last one

Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk
New
**$13.99**
+ $3.00 shipping
178 sold

5D DIY Marilyn Decor
New
**$11.49**
$12.99
Free s
Seller

| About this item | Shipping, returns, and payments |                                   Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 16, 2023 20:12:26 PDT View all revisions

eBay item number: 385678897783

## Item specifics
Region of Origin        China                    Primary Material        Boxwood wood

## Item description from the seller

Size: Height: 7.4 inch Long: 2.6 inch Width: 2.6 inch
Size: Height: 18.5 cm Long: 6.5 cm Width: 6.5 cm

Weight: 0.6 KG----Included the weight of packing materials

PUSHAUCTION



## Chinese ancient civilization

100% Positive Feedback
23 items sold

Visit store
Contact
♡ Save seller

📅 Joined Feb 2023

Popular categories from this store    See all

100% Positive Feedback
23 items sold

♡ Save seller

📅 Joined Feb 2023

### Popular categories from this store    See all



Collectibles    Antiques

### Seller feedback (11)

➕ ll***_ (20) •  Past month

Interesting well packed

14 cm Chinese Antique Bronze Cup Old Brass Wine vessel animal Cup (#385dd34356295)

➕ r***l (796) •  Past 6 months

Nice Item. Just as d scribed and prompt delivery.

Chinese Old Collection brass Monkey King whistle (#385941534185)

➕ t***t (5561) •  Past 6 months

I have a huge connection of these things Thank you for adding to the project

Chinese Exquisite Copper Brass Toad Small Fengshui Statue Ornament (#385880647580)

See all feedback

---

🔴 SAVE UP TO **14%** ⓘ    See all eligible items →
Save up to 14.0% +
Marked down item price reflects all savings. Items provided by ws-1989                    All promotional offers from ws-1989








| | | | | |
|---|---|---|---|---|
| 4.6" Chinese antiques Boxwood Hand carved Undressing beauty statue | 7.6 " Old Chinese White Jade Gilt Carved Tathogata Amitabha Buddha Lotus Statue | 13.5CM Old Marked China Dynasty Pure Bronze 3 Legs Dragon Incense Burner Censer | Rare China antique Boxwood Hand carved Beautiful Woman Statues | Marked Chinese Fengshui Bronze Brass Dragon Beast Statue Incense Burner Censer |
| Was: US $149.00 | Was: US $169.00 | Was: US $178.00 | Was: US $109.00 | Was: US $99.00 |
| Now: US $128.14 | Now: US $152.54 | Now: US $153.08 | Now: US $102.34 | Now: US $84.28 |

You can change quantities in your cart.

---

## You may also like

Feedback on our suggestions








| | | | | |
|---|---|---|---|---|
| 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Handmade 15cm Boxwood Wood Carving Goddess Sexy Lady Statue Craft Sculpture | Chinese Antiques Boxwood Wood Carving Sexy Women Figure Statue Wooden Sculpture |
| $100.80 | $92.40 | $105.60 | $29.69 | $117.30 |
| $120.00 16% off | $110.00 16% off | $120.00 12% off | $32.99 10% off | $138.00 15% off |
| Free shipping | Free shipping | Free shipping | + $3.99 shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Last one | Seller with a 100% positive feedback |







Wooden Chinese Zodiac Dragon Statue for Success & Wealth

New
$11.63
Free shipping
23 sold

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

$180.00
$200.00 10% off
Free shipping

chinese wooden dragon statue wood carving antique desk decor boxwood sculpture

$33.99
$39.99 15% off
Free shipping
Popular

4.7" Collect Chinese Box-wood Carving Naked Beautiful Woman beauty knelt Statue

$55.00
Free shipping
Last one

Chinese Natural Boxwood Carved Jesus Figure Statue Wooden Sculpture Home Decor

$119.99
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.89
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.99
$21.24 20% off
Free shipping
12 watchers

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art

$79.99
Free shipping

Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art

$109.99
Free shipping
Last one

Sponsored
Chinese Boxwood Carved Beautiful Woman Statue Wooden Sculpture Home Decor Art

$83.16
$99.00 16% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art

$108.80
$128.00 15% off
Free shipping
Seller with a 100% positive feedback



Sponsored
8" Old Chinese Boxwood pure Hand-Carved Beautiful women girl belle Art statue

$115.60
$136.00 15% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Chinese Antique Wooden Old Man Statue Carved Wood Figures Sculpture Art 10 1/4"

$76.00
+ $9.75 shipping
Seller with a 99.4% positive feedback



New
$13.89
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue



New
$13.69
Free shipping

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.79
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.99
Free shipping
5 watchers

Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.89
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$15.79
Free shipping
Seller with a 100% positive feedback

Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art

$99.99
Free shipping



More to explore :  Chinese Wood Carving,  Antique Primitive Sculptures & Carvings,  Carving Chinese Antiques,  Antique African Sculptures & Statues,  Stone Antique Primitive Sculptures & Carvings,  Jade Carving Chinese Antiques,  Wood Antique Primitive Sculptures & Carvings,  Wooden Carving Chinese Antiques,  Americana Antique Primitive Sculptures & Carvings,  Unsigned Antique Primitive Sculptures & Carvings

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice


Find Magic in Hawai'i
AULANI
Learn More

ebay

‹ Back to search results · Collectibles & Art · … · › Figurines & Statues

🏷 SAVE UP TO 15%  See all eligible items and terms ›






‹    ›

Have one to sell? Sell now

### 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue

choupingtu_8 (306)
100% positive · Seller's other items · Contact seller

**US $144.50**
or Best Offer
Was US $170.00 ⓘ
Save US $25.50 (15% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  --

Sale ends in: 2d 16h

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺  Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: nanyang, China

Delivery:  🚚 Estimated between **Mon, Feb 12** and **Mon, Feb 26** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal · G Pay · VISA · MasterCard · AMEX · Discover
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Share | Add to Watchlist

## Similar sponsored items    See all ›

Feedback on our suggestions

 ♡

 ♡

 ♡

 ♡

**7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue**
**$145.35**
$171.00 15% off
Free shipping

**7" Art China Natural Boxwood Wood Hand-carved Beautiful Girl Women Monroe Statue**
**$130.20**
$140.00 7% off
Free shipping

**7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue**
**$144.50**
$170.00 15% off
Free shipping
Seller with a 100% positive feedback

**7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture**
**$145.34**
$169.00 14% off
Free shipping
Seller with a 100% positive feedback


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

 ♡

 ♡

 ♡

 ♡

 ♡

**7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture**
**$180.00**
$200.00 10% off
Free shipping

**Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask**
New (Other)
**$18.90**
Free shipping
10% off 2+ with coupon

**Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay**
New
**$18.49**
$17.21 10% off
Free shipping

**Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy**
New (Other)
**$18.90**
Free shipping
Seller with a 100% positive feedback

**Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy HIGH**
New (Other)
**$17.01**
$18.90 10% off
Free shipping

**Cos M**
gold c
New (O
**$18.75**
$17.50
Free s
20% o

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 07, 2023 16:38:24 PST  View all revisions

eBay item number: 394402016801

### Item description from the seller

**Material: Natural Boxwood Wood**

Size: Long: 2.3inch,  Breadth: 2.5inch,  Hight:  7.2inch

Size: Long: 2.8inch . Breadth: 2.8inch . Hight:  7.2inch

Weight: ----included the weight of packing materials

Condition:Very Good.

PUSHAUCTION



choupinglu_8

100% Positive Feedback
332 items sold

Visit store

Contact

♡ Save seller

📅 Joined Dec 2017

**Detailed seller ratings**

Average for the last 12 months

| Accurate description | | 4.8 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |
| Accurate description | | 4.8 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

**Popular categories from this store**    See all

Collectibles    Antiques

**Seller feedback** (114)

➕ 4***u (2477) • Past year

A+ As advertised. Well-packed. Quick ship.

Chinese Brass Copper Animal Feng shui Foo Dog Lion town house Statue pair (#393468708446)

➕ 5***6 (6) • Past 6 months

A+ As advertised. Well-packed. Quick ship.

Chinese Brass Copper Animal Feng shui Foo Dog Lion town house Statue pair (#393468708446)

➕ 5***6 (6) • Past 6 months

Arrived at destination, much later than expected. But delivered, much appreciated.

Chinese Old Antique Collectible Brass rattle Pendant hand piece statue (#392914496899)

➕ h***c (27) • Past year

The item was as described and quickly delivered. Great experience.

Chinese fengshui old Bronze carve auspicious dragon phoenix Play bead Statue (#393477278300)

See all feedback

🔥 **SAVE UP TO 15%** ⓘ  See all eligible items →
1789
Marked down item price reflects all savings. Items provided by choupinglu_8
All promotional offers from choupinglu_8














+
See all

| | | | | |
| --- | --- | --- | --- | --- |
| Chinese Tibetan silver hand-carved dragon smoking pipe | 6.8" Tibet Temple Bronze Gilt Guan Yin Buddha Dragon Phoenix Bell Hong Zhong | Chinese Buddhism old Bronze Station dragon Guanyin Kwan-yin Bodhisattva statue | Tibet Buddhism Temple Bronze Gilt Manjusri Avalokiteshvara Buddha Statue 0417 | 12" old bronze gold buddhism white tara Avalokitesvara Guanyin Bodhisattve |
| Was:      US $15.00 | Was:      US $147.00 | Was:      US $145.00 | Was:      US $250.00 | Was:      US $290.00 |
| Now:      US $12.75 | Now:      US $124.95 | Now:      US $123.25 | Now:      US $202.30 | Now:      US $246.50 |

You can change quantities in your cart.

**You may also like**    Feedback on our suggestions





ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Advanced

‹ Back to search results    Home & Garden › Bath › Shower & Bathtub Access... › Shower Curtains

🔴 SAVE UP TO 5%    See all eligible items and terms ›




Have one to sell? Sell now

### Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain

ChouStores (4)
100% positive · Seller's other items · Contact seller

**US $20.43**
or Best Offer
Was US $21.50 ⓘ
Save US $1.07 (5% off)

Condition:    New

Sale ends in:    1d 19h

Quantity:    [ 1 ]    More than 10 available / 1 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:    Estimated between Wed, Feb 7 and Wed, Feb 14 to 30318 ⓘ
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●●  ●  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all ›

Feedback on our suggestions






Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
New
$25.89
Free shipping
8 watchers

Marilyn Monroe Shower Curtain or Bathroom set. Gift Idea For Fans
New
$26.99
+ $10.99 shipping
46 sold

Larry Bird Historic Collectibles! Shower Curtain - "Boston Connection"! Karel
New
$176.00
0 bids
7h 15m
+ $14.99 shipping

Marilyn Monroe Shower Curtain or Bathroom set. Gift Idea For Fans
New
$26.99
+ $10.99 shipping
Last one

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions



5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor
New
$11.49
$12.09 5% off
Free shipping
Seller with a 99.5% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24"
$499.00
+ $30.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"X36"
$460.00
+ $30.00 shipping
Seller with a 100% positive feedback

Jessica Rabbit Pins Marilyn Monroe M Coke Pin
New
$9.99
+ $4.00 shipping
Seller with a 99.3% positive feedback

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
$3.80
+ $3.18 shipping
Seller with a 100% positive feedback

High Q
$77.22
$99.00
Free sh

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 13, 2024 19:47:44 PST View all revisions

eBay item number: 186173578524

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Number of Items in Set | 1 |
| Pattern | Marilyn Monroe | Color | Black |
| Material | Polyester | MPN | Does Not Apply |
| Set Includes | Hooks | Item Length | 70 in |
| Suitable For | Shower | Brand | Unbranded |

| | | | | |
|---|---|---|---|---|
| Suitable For | Shower | Brand | Unbranded |
| Personalize | No | Type | Shower Curtain Set |
| Model | | Features | Waterproof |
| Theme | Stars | Room | Bathroom |
| Country/Region of Manufacture | China | | |
| Item Width | 180 cm | Item Weight | 0.5 |
| Character Family | Retro | Character | Girl |
| Shape | Rectangle | UPC | Does not apply |

## Item description from the seller

     

Punk Tattoo & Old Skull Sailor Bettys Pattern Bathroom Shower Curtain 70x80in
Buy it now
Free shipping

Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
Buy it now
Free shipping

Bathroom Shower Curtain Black Big Tree Print with 12 Hanging Hooks Mildew Proof
Buy it now
Free shipping

Bathroom Shower Curtain with Paris Eiffel Tower Printed with Hooks Set
Buy it now
Free shipping

Bathroom Shower Curtain with Cute Dolphin Fish in the Blue Ocean Pattern w/ Hook
Buy it now
Free shipping

Bathroom Shower Curtain 3D Unique Stones Pattern Polyester Waterproof w/12 H ooks
Buy it now
Free shipping

Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain

### Product Details:

- - Shower curtain with Marilyn Monroe Black & White Nostalgic Pattern.
- - Made by water proof polyester pongee material.
- - Size: 180cm (W)*180cm (H).
- - With 12 PCS Plastic Hooks in original package.
- - Brand new in box, ready to ship.

Click Here to See More Items You May Interested



a***n (2537) • Past 6 months

Five Stars!

See all feedback

🔶 SAVE UP TO 5% ⓘ   See all eligible items →
Save up to 5.0%
Marked down item price reflects all savings. Items provided by choustores

All promotional offers from ohoustores

    

Punk Tattoo & Old Skull Sailor Bettys Pattern Bathroom Shower Curtain 70x80in
Was:     US $23.25
Now:     US $22.09

Bathroom Shower Curtain with Paris Eiffel Tower Printed with Hooks Set
Was:     US $25.00
Now:     US $23.75

Bathroom Shower Curtain with Cute Dolphin Fish in the Blue Ocean Pattern w/ Hook
Was:     US $18.50
Now:     US $17.57

Bathroom Shower Curtain 3D Unique Stones Pattern Polyester Waterproof w/12 Hooks
Was:     US $19.80
Now:     US $18.81

Bathroom Shower Curtain Black Big Tree Print with 12 Hanging Hooks Mildew Proof
Was:     US $20.22
Now:     US $19.21

+
See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions



Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
New
$25.89
Free shipping

Marilyn Monroe Shower Curtain Sets, Bathroom Sets
New
$24.99
+ $6.99 shipping

Marilyn Monroe Shower Curtain or Bathroom set. Gift idea For Fans
New
$26.99
+ $10.99 shipping

Marilyn Monroe Best Gift For Fans, Premium Shower Curtain or Bathroom set.
New
$26.99
+ $10.99 shipping

Gift For Lovers Marilyn Monroe Print Premium Shower Curtain or Bathroom set.
New
$26.99
+ $10.99 shipping







Marilyn Monroe Color full Style Shower Curtain or Bathroom Sets

Now
$24.99
+ $5.99 shipping
8 watchers

Betty Boop Marilyn Monroe Shower Curtain Sets, Bathroom Sets

Now
$34.99
+ $6.99 shipping

Betty Boop Marilyn Monroe Shower Curtain Sets, Bathroom Sets

Now
$34.99
+ $6.99 shipping
Seller with a 100% positive feedback

Periodic Table of Elements on Black White Shower Curtain Set for Bathroom Decor

Now
$9.99
Free shipping

Beautiful Marilyn Monroe Bathroom, Premium Shower Curtain or Bathroom set.

Now
$26.99
+ $10.99 shipping







Sponsored
5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor

New
$11.49
$12.09 5% off
Free shipping
Seller with a 99.5% positive feedback

Sponsored
Fantastic White Flowers Shower Curtain Bathroom Curtain with Bath Rug Carpet Set

New
$17.30
$18.40 6% off
Free shipping
9 watchers

Sponsored
97 Decor Monroe Marilyn Wall Art Decor - Black and White Monroe Bathroom Poster

New
$19.99
Free 1-4 day shipping

Sponsored
Kate Aurora Country Farmhouse Black & White Buffalo Plaid Check Shower Curtain

New
$19.99
Free shipping
40 sold

Sponsored
Black White Shower Curtain Nostalgic Retro Car Print for Bathroom

New
$31.99
Free shipping







Sponsored
4PCS Praying Black Afro Girl Bathroom Shower Curtain Sets with Rugs Toilet Lid C

New
$24.99
Free shipping
Top Rated Plus
Seller with a 99.3% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$14.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

Sponsored
1PC SOLID VINYL BATHROOM SHOWER CURTAIN LINER WITH METAL GROMMETS MANY COLORS

New
$8.79
Free shipping
Top Rated Plus
7797 sold








Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

New
$17.99
Free shipping
Last one

Sponsored
"Get Naked" Printed Bathroom Shower Curtain Waterproof Polyester Fabric w/Hooks

New
$18.98
Free shipping
Top Rated Plus
86 sold

Sponsored
Decoreasy Watercolor Floral Shower Curtain Sets,Blue Beige Flowers Bathroom Curt

New
$22.58
Free shipping
Seller with a 100% positive feedback

Sponsored
NEW SOLID WATER REPELLENT BATHROOM SHOWER CURTAIN LINER CLEAR ALL COLORS

New
$8.79
Free shipping
Top Rated Plus
22093 sold

Sponsored
Shower Curtain - Hookless Litchfield White HBH43LIT01 71" x 74"

New
$18.99
Free shipping
39 sold

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

Return to top

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

‹ Back to search results · Collectibles & Art · ... · ... › Figurines & Statues








Have one to sell? Sell now

## 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue

cle_3708 (398)
96.2% positive · Seller's other items · Contact seller

**US $168.30**
Or Best Offer
Was US $198.00 ⓘ
Save US $29.70 (15% off)
No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  --

Sale ends in: 18h 18m

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: 临沂市, China

Delivery: ⊙ Estimated between Mon, Feb 12 and Mon, Feb 26 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: 
PayPal CREDIT
*No Interest if paid in full in 6 months on $99++. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all ›
Feedback on our suggestions






7" Art China Natural Boxwood Wood Hand-carved Beautiful Girl Women Monroe Statue
$130.20
$140.00 7% off
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
$145.35
$171.00 15% off
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
$144.60
$170.00 15% off
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
$153.00
$180.00 15% off
Free shipping

### Sponsored items inspired by your views    See all ›
Feedback on our suggestions







Cos Marilyn Monroe short paragraph pale gold curly hair wig design Halloween
New
$18.96
$37.91 50% off
Free shipping
Seller with a 99.2% positive feedback

100% hand short hair fashion Marilyn Monroe oil painting art on canvas
$81.77
$86.99 6% off
Free shipping

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.50
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style
New
$16.71
$18.78 11% off
Free shipping

Cos M
gold
New (C
$15.13
$16.81 1
Free sh

| About this Item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 31, 2023 04:28:43 PDT View all revisions

eBay item number: 285192698117

## Item specifics
Primary Material    Wood                    Region of Origin    China

## Item description from the seller

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue



Material: Natural Boxwood Wood

Size: Long: 2.8inch . Breadth: 2.8inch . Hight: 7.2inch

Weight: —-included the weight of packing materials

Condition Very Good

| Payment | Delivery details | Terms of sales | About us | Contact us |
|---|---|---|---|---|

| Accurate description | | 4.8 |
|---|---|---|
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.8 |
| Communication | | 4.8 |

A very good seller very accurate and accessible Fast shipping and packaging Would definitely buy from again Good eBay experience

● l***p (189) • Past 6 months

Excellent quality. Fast shipping. Seller resolved issue quickly. Highly recommended.

● n***n • Past 6 months

UNRELIABLE seller !! Seller is not honest , will not honor the price as advertised , DON'T BUY HERE !! BEWARE !!! NOT RECOMMENDED !! UNACCEPTABLE ! STAY AWAY !!! BE WISE !!!

Follow-up from: n***n

UNRELIABLE !!! This seller will not honor e-bay breach of buying contract !!! DON'T BUY HERE UNLESS you enjoy being fool !

**Popular categories from this store** See all

Collectibles    Art    Home & Garden    Antiques

See all feedback

🔥 **SAVE UP TO 15%** ⓘ    See all eligible items →



0012
Marked down item price reflects all savings. Items provided by lovelloooy

All promotional offers from lovelloooy



    

| 13" bronze modern art sculpture rope bundle a nude erogenous women lady girl | Rare Chinese old collection handwork bronze No Wa Queen Statue | 10" bronze art sculpture home decor a man metador with bull ox bullfight statue | CHINESE OLD Bronzeware Collection Evil slayer bronze dragon feng shui enrichment | Exquisite Large Old Tibet Tibetan hand-made brass Medicine Buddha Statue |
|---|---|---|---|---|
| Was: US $359.00 | Was: US $129.00 | Was: US $410.00 | Was: US $130.00 | Was: US $160.00 |
| Now: US $305.15 | Now: US $109.55 | Now: US $348.50 | Now: US $117.30 | Now: US $136.85 |

You can change quantities in your cart.

**You may also like**    Feedback on our suggestions

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ∨    My eBay ∨    🔔    🛒

[search bar]    All Categories ∨    Search    Advanced

< Back to search results  ·  Collectibles & Art  ›  ...  ›  Kitchen Tools & Gadgets  ›  Refrigerator Magnets                                    Share  ·  Add to Watchlist



Have one to sell? Sell now

### Marilyn Monroe Gift Photo Refrigerator Fridge Magnet

🔥 Last item available

 COOWEERIN (191)
98.8% positive · Seller's other items · Contact seller

**US $6.99**

Condition:  New

Quantity:  [ 1 ]   Last One / 1 sold

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Returns accepted.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and other charges. ⓘ
Located in: Dontan, Thailand

Delivery:  📦 Estimated between Thu, Feb 15 and Mon, Mar 11 to 30318 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

**Similar sponsored items**    See all >                                    Feedback on our suggestions

      

MARILYN MONROE - REFRIGERATOR PHOTO MAGNET @ 3"-5"
Now
**$8.98**
+ $0.68 shipping
Seller with a 99.3% positive feedback

MARILYN MONROE Photo Magnet 3"x5"
New
**$8.99**
+ $0.68 shipping
Seller with a 100% positive feedback

Vintage Personal Lot of approx. 100+ Refrigerator Magnets, many are one of a kind!
Pre-owned
**$28.99**
0 bids
3d
+ $10.97 shipping
Seller with a 99.3% positive feedback

MARILYN MONROE REFRIGERATOR PHOTO MAGNET 3"-5"
New
**$8.98**
+ $0.68 shipping
Seller with a 99.4% positive feedback



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

---

**Sponsored items inspired by your views**    See all >                                    Feedback on our suggestions

          

Marilyn Monroe And Elvis Presley Together 8x10 Picture Celebrity Print
**$3.99**
+ $2.99 shipping
99 sold

Elvis Presley James Dean Marilyn Monroe Canvas Poster Wall Art Home decor
New
**$29.99**
+ $5.95 shipping
19 watchers

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
**$3.80**
+ $3.36 shipping
Seller with a 100% positive feedback

Marilyn & Elvis by Chris Consani Poster
New
**$15.00**
Free shipping

Marilyn & Elvis by Chris Consani Poster
New
**$15.00**
Free shipping

Blonde Dress Suit
New
**$49.0~**
~~$52.77~~
+ $9.9~
11 watc~

---

About this item    Shipping, returns, and payments                                    Report this item

Seller assumes all responsibility for this listing.                                    eBay item number: 354692266825

Last updated on Dec 27, 2023 07:06:31 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Fridge Magnet |
| Size | 2"x3" | Features | Flexible, Souvenir |
| Material | Mixed Materials | Item Length | 3 in |
| Country/Region of Manufacture | Thailand | Item Width | 2 in |
| Handmade | Yes | UPC | Does not apply |

### Item description from the seller

**Condition:** Brand New
**Material:** High grade magnet covers entire the back of picture
**Pictures :**Colorful bright Photo Quality Picture
**Size:** 2"x3" inches.
**Package:** Brand new, sealed in plastic package

***** FREE SHIPPING *****

**Payment:**

- I accept Credit Card/eBay managed payment.
- Payment should be done in 3 days.

**Shipping:**

- All item ship to World Wide by Thailand Post standard Regular Mail  ( No tracking number)

- About 15-35 Days item arrive to destination world wide.

- Delivery process starts within 2 business days after payment completed.

**Return : Refund: Feedback:**

- Please notice that you should return the item back within 7 days after receiving the item.

- The returned items must be unused and in original condition.

- Refund will be only for the price you paid, return shipping cost would pay by buyer.

- Please feel free to contact us by Ebay message only.

- We greatly appreciate your Positive Feedback.

- Please do not leave negative feed without asking us for help.

THANK YOU

reading this seller, don't stick that in the pen. It tends to leak on flights! Very well packed and arrived very fast.

Vintage Sheaffer Targa Flighter & Gold 14K 585 Nib F Fountain Pen USA (#355210011659)

m***m (1555) • Past 6 months

Excellent seller . Arrived in 17 days from Thailand . Was impossible to find this refill and this seller had the best price. Recommend to all of eBay

MUST DE CARTIER Ballpoint Pen Refill Replacement VXRB0211 Black "F" NOS (#355223314442)

See all feedback

Collectibles

You may also like

Feedback on our suggestions








ebay

Back to search results · Clothing, Shoes & Accesso... › ... › Costumes › Women

Share | Add to Watchlist

🔥 **SAVE UP TO 7%** See all eligible items and terms ▸

Have one to sell? Sell now

### Similar items    See all ›
Sponsored



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping



BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.70 shipping



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping



Ragatha Cosplay Costume Patched Printed Dress Outfits ComicCon Halloween Suit
New
**$30.67**
$32.98 7% off
+ $1.99 shipping

---

## BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit

 cosgroup (3405)
91.1% positive · Seller's other items · Contact seller

### US $24.19
Was US $26.01 ⓘ
Save US $1.02 (7% off)

Condition:  **New with tags**

Size:      | - Select - | ˅

Quantity:  ◯ | 2 available

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Returns accepted.

Shipping: US $9.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:  📦 Estimated between Fri, Feb 9 and Thu, Mar 7 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal | G Pay | VISA | ●● | AMEX | DISCOVER
**PayPal** CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
ebay
[ Shop now ]

---

### What's your size?
Add your size to see recommendations that will fit better.

[ Add your size ]

---

### Sponsored items inspired by your views    See all ›
Feedback on our suggestions



Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit
New
**$42.76**
$46.48 8% off
+ $4.70 shipping
6 watchers



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

Marilyn Monroe 20 cm figure
New
**$149.99**
+ $35.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 inches
New
**$20.49**
Free shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback

MARILYN & AUDREY - TATTOO POSTER 24x36 - 160056
New
**$12.50**
Free shipping
10% off 2+

Hot 16c
Monro
hom
New
**$16.9**
+ $6.9

---

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 334705011848

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Style | Dress |
|---|---|---|---|

| Theme | | Show / Cosplay / Halloween / Party /ComicCon |
| Brand | BLonde: Norma Jeane | |
| Material | Filter Cotton | |
| Modified Item | No | |

## Item description from the seller

BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit

### Description:

- Material: Filter Cotton
- Included: Dress

**Important:** please choose your size as follow size and please allow measurement error of 1-3 cm

| Men's Size | Height | | Chest | | Waist | | Hips | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 64 | 165 | 33-36 | 86-92 | 28-29 | 71-74 | 32-34 | 81-86 | 17.3 | 44 |
| Small | 67 | 170 | 36-38 | 92-97 | 30-31 | 76-79 | 35-37 | 90-95 | 18.1 | 46 |
| Medium | 69 | 175 | 39-41 | 99-104 | 32-34 | 81-86 | 38-40 | 97-102 | 18.9 | 48 |
| Large | 71 | 180 | 42-44 | 107-112 | 35-37 | 89-94 | 41-43 | 105-110 | 19.6 | 50 |
| X-Large | 73 | 185 | 45-47 | 114-119 | 38-39 | 97-99 | 44-46 | 112-117 | 20.5 | 52 |
| XX-Large | 75 | 190 | 48-50 | 122-127 | 41-43 | 104-109 | 47-49 | 119-125 | 21.25 | 54 |
| XXX-Large | 77 | 195 | 50-53 | 126-135 | 44-46 | 112-117 | 49-52 | 125-132 | 22 | 56 |

| Women's Size | Height | | Bust | | Waist | | Hip | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 61 | 155 | 32-33 | 81-84 | 23-25 | 59-64 | 34-35 | 86-89 | 15 | 38 |
| Small | 63 | 160 | 34-35 | 86-89 | 26-27 | 66-69 | 36-37 | 91-94 | 15.4 | 39 |
| Medium | 64 | 165 | 36-37 | 91-94 | 28-29 | 71-74 | 38-39 | 97-99 | 15.75 | 40 |
| Large | 67 | 170 | 38-41 | 97-103 | 31-33 | 80-84 | 41-43 | 104-109 | 16.15 | 41 |
| X-Large | 69 | 175 | 42-44 | 107-112 | 35-37 | 88-93 | 44-46 | 112-118 | 16.5 | 42 |
| XX-Large | 71 | 180 | 45-46 | 113-116 | 38-39 | 94-98 | 47-48 | 119-123 | 16.9 | 43 |
| XXX-Large | 73 | 185 | 47-48 | 117-119 | 40-43 | 99-112 | 49-52 | 124-132 | 17.32 | 44 |

Size Chart

Men

X-Small: Height 165cm/65in, Chest 86-89cm/33-35in, Waist 71-74cm/28-29in, Hip 81-86cm/32-34in, Shoulder Width 44cm/17.3in

Small: Height 170cm/67in, Chest 92-97cm/36-38in, Waist 76-79cm/30-31in, Hip 90-95cm/35-37in, Shoulder Width 46cm/18.1in

Medium: Height 175cm/69in, Chest 99-104cm/39-41in, Waist 81-86cm/32-34in, Hip 97-102cm/38-40in, Shoulder Width 48cm/18.9in

Large: Height 180cm/71in, Chest 107-112cm/42-44in, Waist 89-94cm/35-37in, Hip 105-110cm/41-43in, Shoulder Width 50cm/19.7in

X-Large: Height 185cm/73in, Chest 114-119cm/45-47in, Waist 97-99cm/38-39in, Hip 112-117cm/44-46in, Shoulder Width 52cm/20.5in

XX-Large: Height 190cm/75in, Chest 122-127cm/48-50in, Waist 104-109cm/41-43in, Hip 119-125cm/47-49in, Shoulder Width 54cm/21.3in

XXX-Large: Height 195cm/77in, Chest 127-135cm/50-53in, Waist 112-117cm/44-46in, Hip 125-132cm/49-52in, Shoulder Width 56cm/22in

Women

X-Small: Height 155cm/61in, Chest 81-84cm/32-33in, Waist 59-64cm/23-25in, Hip 86-89cm/34-37in

Small: Height 160cm/63in, Chest 86-89cm/34-35in, Waist 66-69cm/26-27in, Hip 91-94cm/36-37in

Medium: Height 165cm/64in, Chest 91-94cm/36-37in, Waist 71-74cm/28-29in, Hip 97-99cm/38-39in

Large: Height 170cm/67in, Chest 97-103cm/38-41in, Waist 80-84cm/31-33in, Hip 104-109cm/41-43in

X-Large: Height 175cm/69in, Chest 107-112cm/42-44in, Waist 88-93cm/35-37in, Hip 112-118cm/44-46in

XX-Large: Height 180cm/71in, Chest 113-116cm/45-46in, Waist 94-98cm/38-39in, Hip 119-123cm/47-48in

XXX-Large: Height 185cm/73in,Chest 117-119cm/46-47in, Waist 99-112cm/39-44in, Hip 124-132cm/49-52in

If you want it custom made, you have to send us your own measurements instead and select "Custom Made—Measurements" from variation drop-down menu, then our tailor will remake the pattern and change the measurements according to your idea.

| Gender | Men's / Women's |
|---|---|
| Weight | Your weight |
| ①Height | Total height, bare feet |
| ②Chest/ Bust | Circumference of the fullest part of chest/bust |
| ③Waist | Circumference of the natural waistline |
| ④Hips | Circumference of the biggest part of hips |
| ⑤Costume Length | From nape to the costume's end, taken at back |
| ⑥Shoulder Width | Width between shoulder ends, taken at back |
| ⑦Arm Length | From shoulder seam to wrist |
| ⑧Cuff Circumference | Desired cuff circumference |
| ⑨Pant/ skirt Length | From middle waist to wherever the costume fits |
| ⑩Inseam | From the uppermost inner part of your thigh to bottom of your ankle |





Shipping:



**cosgroup**

9.11% Positive Feedback

7.6K Items sold

📅 Joined Mar 2016

**Visit store**

**Contact**

♡ **Save seller**

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.6 |
| Reasonable shipping cost | 4.6 |
| Shipping speed | 4.9 |
| Communication | 4.7 |

**Popular categories from this store**   See all

Anime&Cartoon    Other

### Seller feedback (1,615)

○ a***a (9) · Past month

I ordered a Medium based on the sizing chart provided by seller but the jacket is quite snug. Really wish I had ordered a Large instead. It took over 20 days for my item to ship and then 2 weeks to arrive so I don't want to bother doing a return or exchange. The seller was responsive when I contacted them so that was good. All in all, really not worth the cost and somewhat disappointed.

Monica Rambeau Cosplay Costume Coat Outfits ComicCon Halloween Fancy Suit (#335021017511)

⊕ a***o (515) · Past 6 months

Great packaging!!! Fast shipping!!! Just as described!!! A++++++

The Owl House Hunter Cosplay Plush Toys Cartoon Soft Stuffed Dolls Fancy Gift (#335497121...)

⊕ d***s (20) · Past 6 months

Fast delivery. Super cute item. Just as described | A++ seller

Kids Pinocchio Cosplay Hat Cap Halloween Fancy Party Accessories Props Hats (#304631016201)

( See all feedback )

---

🛍 **SAVE UP TO 7%** ⓘ   See all eligible items  →

Save up to 7.0% all products

Marked down item price reflects all savings. Items provided by cosgroup

All promotional offers from cosgroup

    



See all

| Harley Quinn Cosplay Costume Bikini Swimsuit Outfits Halloween Fancy Party Suit | Elemental Ember Cosplay Costume Dress Outfits Halloween Fancy Dress Party Suit | The Menu Margot Cosplay Costume Dress Outfits Halloween Fancy Dress Party Suit | Hercules Megara Cosplay Costume Dress Outfits Halloween Fancy Party Suit | Avatar Neytiri Cosplay Costume Jumpsuit Outfits Halloween Fancy Dress Suit |
|---|---|---|---|---|
| Was: US $29.00 | Was: US $22.91 | Was: US $12.96 | Was: US $41.64 | Was: US $30.90 |
| Now: US $26.97 | Now: US $21.31 | Now: US $12.05 | Now: US $38.73 | Now: US $28.81 |

You can change quantities in your cart.

---

### You may also like

Feedback on our suggestions

    

| Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit | Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit | BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit | Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits | BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit |
|---|---|---|---|---|

Suit
New
**$42.76**
~~$46.48~~ 8% off
+ $4.90 shipping

New
~~$8.99~~ 7% off
+ $9.99 shipping

New
~~$8.00~~ 6% off
+ $9.00 shipping

New
~~$8.00~~ 8% off
+ $9.00 shipping

Suits
New
~~$5.90~~ 5% off
+ $9.90 shipping







Movie Barbie Adult Cosplay Costume Pink Check Dress Halloween Fancy Dress.

New
**$18.69**
Free shipping

US Womens Sexy Lingerie Uniform Fancy Dress School Girls Costume Cosplay Outfits

New (Other)
**$6.29**
~~$6.99~~ 10% off
Free shipping

Agnetha Cosplay Costume Retro Dress Outfits Halloween Fancy Dress Suit

New
**$21.40**
~~$23.01~~ 7% off
+ $1.99 shipping

Aladdin Jasmine Princess Cosplay Women Girl Fancy Dress Halloween Party Costume

New
**$14.99**
Free shipping

Miss Kobayashi's Dragon Maid Tohru Kobayashi Halloween Dress Cosplay Costume Wig

New
**$24.99**
Free shipping







Ruby Sunday Cosplay Costume Slim Dress Outfits ComicCon Halloween Fancy Suit

New
**$32.53**
~~$34.98~~ 7% off
+ $1.99 shipping

Queen Amaya Cosplay Costume Printed Dress Outfits ComicCon Halloween Fancy Suit

New
**$31.60**
~~$33.98~~ 7% off
+ $1.99 shipping

The Menu Margot Cosplay Costume Dress Outfits Halloween Fancy Dress Party Suit

New
**$12.06**
~~$12.96~~ 7% off
+ $5.99 shipping

Asha Cosplay Costume Printed Dress Outfits ComicCon Halloween Fancy Suit

New
**$31.60**
~~$33.98~~ 7% off
+ $1.99 shipping

Daphne Blake Cosplay Costume Outfits Uniform Outfits Halloween Fancy Dress Suit

New
**$28.41**
~~$30.55~~ 7% off
+ $1.99 shipping








Cersei Lannister Costume Adult Game of Thrones Halloween Fancy Dress

New
**$15.02**
Free shipping
Free returns

Princess Dress Cosplay Costume Dress Outfits Pink Halloween Party Suit Full Set

New (Other)
**$33.93**
~~$37.70~~ 10% off
Free shipping

Womens Adult Latex Maid Outfit Halloween French Maid Costume Cosplay Apron Dress

New
**$7.66**
~~$8.71~~ 12% off
Free shipping

Ruby Sunday Cosplay Costume Yellow Dress Outfits ComicCon Halloween Fancy Suit

New
**$40.87**
~~$43.99~~ 7% off
+ $1.99 shipping

Womens Girls Maid Apron Dress PU Leather Halloween Cosplay Costume Lingerie Sets

New (Other)
**$6.15**
~~$6.99~~ 12% off
Free shipping







Weird Bobby Cosplay Costume Colorful Printed Dress Outfits Halloween Fancy Suit

New
**$42.91**
~~$45.65~~ 6% off
+ $5.99 shipping

Tigris Snow Cosplay Costume Printed Dress Outfits ComicCon Halloween Fancy Suit

New
**$26.98**
~~$29.01~~ 7% off
+ $1.99 shipping

Glass Onion Cassandra Cosplay Costume Dress Outfits Halloween Fancy Party Suit

New
**$26.42**
~~$28.41~~ 7% off
+ $5.99 shipping

Sexy Lingerie England School Girl Student Uniform Suit Dress Costume Cosplay

New
**$6.99**
Free shipping

Shego Cosplay Costume Jumpsuit Outfits ComicCon Halloween Fancy Dress Suit

New
**$26.95**
~~$28.98~~ 7% off
+ $1.00 shipping



Back to search results
Return to top

More to explore : Cosplay Dress Unisex Costumes, Cosplay Dress Costumes for Women, Cosplay Dress Costumes for Girls, Dress Up America Halloween Complete Outfit Costumes, Cosplay Dress Costumes for Men, Cosplay Red Dress Unisex Costumes, Cosplay Green Dress Unisex Costumes, Unbranded Cosplay Dress Unisex Costumes, Halloween Red Dress Costumes, Unbranded Cosplay Dress Costumes for Men

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 38 Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Page 1
Girl's Skirt Blown Up By The Wind Marilyn Dress Silhouette - Temu
https://www.temu.com/girls-skirt-blown-up-by-the-wind-marilyn-dress-silhouette-decals-sticker-silhouette-car-sticker-g-601099528305979.html?top_gallery_url=https://img.kwcdn.com/product/open/2023-10-04/169641... monroe&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706442690093_qdpj4rk4ct&_x_sessn_id=gu8tdnjo24

Free shipping on all orders
Exclusive offer
Delivery guarantee
Refund for any issues
Get the Temu App

Best Sellers | 5-Star Rated | Valentine's Day | New Arrivals | Categories | marilyn monroe | Hello, Jeffrey Sladkus Orders & Account | Support | EN

Home > Automotive > Exterior Accessories > Girl's Skirt Blown Up By T...

Girl's Skirt Blown Up By The Wind Marilyn Dress Silhouette Decals Sticker Silhouette Car Sticker

$1.26 Pay $0.31 today 85% $8.95 184 sold | 4.8★

4 interest-free biweekly installments

✓ Free shipping on all orders Exclusive offer

Quantity: 1pc

Qty 1 Only 16 left

Hurry! Almost sold out and in 277 people's carts!

Add to cart

Provided by Crown Car Sticker (26K+ sold). Ships from Temu.

Shipping (Arrives before Valentine's Day) >

Standard: free on all orders
Delivery: Feb 4-9, 78.8% are ≤ 11 days
Courier company: USPS, UPS, etc.

Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 1-6, 74.9% are ≤ 8
Courier company: UPS, DHL

Temu's Commitments >

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Refund if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment >

Sustainability at Temu (4M+ trees) >

2,284 reviews | 4.8 ★★★★★ All reviews are from verified purchases

Item reviews (17) Provider reviews (2,284)

Cool Window Decal(1) | Nice Packaging(1) | Appreciate(1) | Love It(2)

sl***01 in on Jan 1, 2024
★★★★★
Very cool window decal

ma***es in on Nov 16, 2023
★★★★★
Great transaction and exactly as advertised

See all reviews

Crown Car Sticker 4.8 ★★★★★
478 Followers | 26K+ Sold | 293 Items
Follow | Shop all items

Subscribe | Messages | Feedback

Captured by FireShot Pro: 28 January 2024, 07:00:15
https://getfireshot.com



amazon
Delivering to Peachtree... 30062
Update location

All | Search Amazon

EN | Hello, Jake
Account & Lists

Returns
& Orders

Cart

Medical Care | Home & Kitchen | Wall Art | Posters & Prints

Amazon Basics | Groceries | Shop By Interest | Pet Supplies | Beauty & Personal Care | Household, Health & Baby Care | Coupons | Amazon Home | Find a Gift | Handmade | Livestreams | Books | Best Sellers | Home Improvement



Roll over image to zoom in



### 3D Glass Painting Prints Wall Art Home Decor Modern Best Gift for Him Her Mom Dad Daughter Anniversary Birthday Graduation Portrait for Bedroom Bathroom Living Room Office Kitchen Marilyn Monroe

Brand: Jean Pierre Weill
5.0 ★★★★★  2 ratings

$490⁰⁰

Or $35.63 /mo (18 mo). Select from 1 plan

Thank you for being an Amazon customer. Get $50 off: Pay $440.00 $490.00 upon approval for Amazon Visa.

Size: **20 x 16 inches - Classique Collection**

| 10 x 6 inches - Petite Collection |

| 20 x 16 inches - Classique Collection |

Color: **Marilyn Monroe**



**About this item**

- This multi-media panel measures 20x16 inches.
- EASY to hang: The painting has a hook on the back to make it easy to hang.
- UNIQUE: There's nothing quite like it. There are three dimensions to each piece of artwork. With every look, you will discover something new. Our cutting edge 3D painting technique is exclusive to Jean-Pierre Weill Studios.
- What Else Do You Get? A beautiful custom-designed gift box - a special touch for an especially heartwarming gift. A short story or blessing inspired by the painting is enclosed.
- QUALITY: Satisfaction Guaranteed Jean-Pierre Weill Studios promises a 365 day warranty that covers any quality related issues. We fully insure the artwork for safe arrival at your door. Why Choose a Small Family Studio? Communication and service are our top priority. It's what makes our studio such a wonderful place to work - and our dedication to clear and friendly communication includes you!

$490⁰⁰
$9.49 delivery February 9 - March 1. Details

Delivering to Peachtree Corners 30062 - Update location

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

Ships from  3D painting on glass by Jean-Pierre Weill...
Sold by  3D painting on glass by Jean-Pierre Weill...
Returns  Eligible for Return, Refund or Replacement...
Customer Service  3D painting on glass by Jean-Pierre Weill...

∨ See more

Add to List

---

## Product information

| Product Dimensions | 20 x 16 x 2 inches |
|---|---|
| Item Weight | 10 pounds |
| ASIN | B0B1C7FVKV |
| Customer Reviews | 5.0 ★★★★★ ∨  2 ratings  5.0 out of 5 stars |
| Best Sellers Rank | #3,762,150 in Home & Kitchen (See Top 100 in Home & Kitchen)  #248,121 in Posters & Prints |
| Date First Available | January 20, 2022 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here.

**Feedback**

Would you like to tell us about a lower price? ∨

## Important information

To report an issue with this product or seller, click here.

## Product Description





### Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States



harrison

★★★★★ Stunning

Reviewed in the United States on December 8, 2023

Size: 20 x 16 inches - Classique Collection   Color: Birdcage

I absolutely love this painting from the mini series. 3 levels of art gives a wonder impression of life as you walk by it.

Helpful    Report

Anna Nahmias

★★★★★ Beautiful - one of a kind talent!

Reviewed in the United States on June 23, 2022

Size: 20 x 16 inches - Classique Collection   Color: Bookville

My husband and I love our Jean-Pierre Weill artwork. It's hard to describe how beautiful it is... hand painted on multiple layers for a distinctive, one-of-a-kind result. It is really special! We have some smaller pieces, too, but I have posted a close-up of my favorite piece.

Helpful    Report

See more reviews ›



< Back to search results | Collectibles & Art > ... > Merchandise & Memorabilia > Signs

EXTRA **15%** OFF WITH CODE **DCCRAFTS**   See all eligible items and terms >



Have one to sell? Sell now

### VINTAGE COCA COLA PORCELAIN SIGN MARILYN MONROE SODA POP BEVERAGE COKE OIL 8"

DC Handcrafts (95)
100% positive · Seller's other items · Contact seller

**US $149.90**
or Best Offer

No interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: Used
*THE STATE OF THE PRODUCT IS THE SAME AS SHOWN IN THE PICTURE, PLEASE CHECK THE PICTURE FOR DETAILS.*

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

Shipping: US $20.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Xian, China

Delivery: Estimated between **Mon, Feb 12** and **Tue, Feb 20** to 30318 ⓘ
This item has an extended handling time and a delivery window greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  GPay  VISA  💳  💳  DISCOVER
PayPal CREDIT
*No interest if paid in full in 6 months on $99++. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


AUTO RATES ALL IN ONE PLACE
PROGRESSIVE DIRECT   Get a quote

---

### Similar sponsored items    See all >

Feedback on our suggestions







| VINTAGE PEPSI COLA PORCELAIN SIGN GAS STATION BOTTLE COKE COCA DEW A 8"... | VINTAGE PEPSI COLA PORCELAIN SIGN GAS STATION BOTTLE COKE COCA DEW A 8"... | Large Porcelain Polly Gas Advertising Sign 60X24 Inch | VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN... |
| Pre-owned | Pre-owned | HOT AUCTION  Pre-owned | Pre-owned |
| **$116.38** | **$116.38** | **$205.50** | **$149.99** |
| $166.25 30% off | $166.25 30% off | 34 bids | + $20.00 shipping |
| + $14.50 shipping | + $14.50 shipping | 13h 46m | Seller with a 100% positive feedback |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Free shipping Seller with a 100% positive feedback | |

---

### Sponsored items customers also bought    See all >

Feedback on our suggestions







| Remington Coyote Vintage Style Sign ammunition ammo rifle revolver Gun | Winchester Ammunition Hunting Gun Vintage Style Round Metal Sign Duck Pheasant | Piggly Wiggly Grocery Store vintage Style round sign | Remington Pinup Vintage Style Round Sign ammunition ammo rifle revolver Gun | Gulf racing advertising sign oil gas porsche ford Gt40 Round Metal |
| New | New | New | New | New |
| **$22.00** | **$22.00** | **$22.00** | **$22.00** | **$22.00** |
| + $9.99 shipping | + $9.99 shipping | + $9.99 shipping | + $9.99 shipping | + $9.99 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | 41 sold | 46 sold | 32 sold |

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 126284034657

## Item specifics

| Condition | Used ⓘ | Seller Notes | *THE STATE OF THE PRODUCT IS THE SAME AS SHOWN IN THE PICTURE, PLEASE CHECK THE PICTURE FOR DETAILS.* |
| Brand | COCA | Type of Advertising | AD |
| Color | Multi-color | Original/Reproduction | Original |
| Theme | Gas & Oil | Featured Refinements | Gasoline Sign |
| Country/Region of Manufacture | United States | Modified Item | No |

## Item description from the seller

THANK YOU FOR YOUR PURCHASE IN OUR STORE.

The product you are browsing is (VINTAGE COCA COLA PORCELAIN SIGN MARILYN MONROE SODA POP BEVERAGE COKE OIL GAS 8").

The dimensions of this product are ( 8 inches X 8 inches) and the weight is approximately (0.8 Kilograms).

The state of the product is the same as shown in the picture, please check the picture for details.

Usually we will finish packing and deliver the goods within 3 days.

You should receive the goods within 10-15 days.

After you receive the goods, if you have any questions, please contact us in time.

We will deal with your problem as soon as possible.

We only sell high quality metal enamel billboards, we have a variety of designs to meet your collection or decoration needs.

We hope you can pay attention to us, we will update products and coupons from time to time, looking forward to your shopping.

---

### DC_Handcrafts

100% Positive Feedback
374 items sold

[Visit store]
[Contact]
[♡ Save seller]

📅 Joined Mar 2022

#### Detailed seller ratings
Average for the last 12 months.

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

#### Popular categories from this store    See all

[Awesome Metal Sign] [Pin Up Porcelain Signs] [Disney Porcelain Signs]

[Vintage Porcelain Signs] [New Porcelain Signs] [Other]

#### Seller feedback (111)

➕ n***s (2862) • Past month
A TRULY GREAT SELLER!! FIRST RATE!! OUTSTANDING SERVICE, FRIENDLY & HELPFUL COMMUNICATION, AND EXPERT PACKAGING!! SUPERB PRODUCT!! HIGHLY RECOMMENDED!! MANY THANKS!!

➕ o***t (1974) • Past 6 months
Sent quickly and well packaged, thanks!

➕ o***a (960) • Past 6 months
Great seller Quick shipping . High quality sign I love it !

[See all feedback]

---

🏷 EXTRA 15% OFF WITH CODE DCCRAFTS ⓘ   See all eligible items →
15% off with coupon

All promotional offers from do_handcrafts

   

✚ See all

| VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO | 8" WINCHESTER GUN METAL PLATE TOPPER SIGN GAS OIL SERVICE GARAGE VINTAGE PORCELAIN | VINTAGE SQUIRT PORCELAIN GAS SODA BEVERAGE GENERAL STORE PUMP PLATE SIGN | VINTAGE COCA COLA PORCELAIN SIGN -SODA COKE BEVERAGE POP DRINK BOY GAS MOTOR OIL | VINTAGE SQUIRT PORCELAIN GAS SODA BEVERAGE BOTTLES COLA SERVICE PUMP PLATE SIGN |
|---|---|---|---|---|
| US $149.99 | US $149.99 | US $149.90 | US $149.99 | US $149.90 |

You can change quantities in your cart.

---

### You may also like

Feedback on our suggestions

    

| VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO | 8" YELLOW SHELL PORCELAIN SIGN GAS STATION ENAMEL VINTAGE ADVERTISING OIL 5 | VINTAGE DAIRY QUEEN CREAMERY PORCELAIN SIGN GAS OIL ICE CREAM MILK CATTLE SHOP- | 8" COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO | 8" VINTAGE 7-UP PORCELAIN BOTTLE BEVERAGE COCA COLA GENERAL GAS SERVICE SIGN 5 |
|---|---|---|---|---|
| Pre-owned | Pre-owned | Pre-owned | Pre-owned | Pre-owned |
| $149.99 | $149.99 | $149.99 | $149.99 | $149.90 |
| + $20.00 shipping | + $20.00 shipping | + $20.00 shipping | + $20.00 shipping | + $20.00 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

   



VINTAGE COCA COLA PORCELAIN SIGN
1951 MARILYN MONROE COKE SODA
BEVERAGE BOTTLE
Pre-owned
**$198.85**
+ $14.75 shipping
♥ Top Rated Plus
Seller with a 99.6% positive feedback

VINTAGE PDQ GAS RED GIRL PORCELAIN
GAS SERVICE STATION AUTO PUMP PLATE
SIGN
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback

VINTAGE DAIRY QUEEN CREAM GASOLINE
PORCELAIN SIGN GAS OIL PETROLEUM
MOTOR PUMP-
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback

VINTAGE COCA COLA PORCELAIN SIGN
SODA COKE BEVERAGE POP DRINK BOY
GAS MOTOR OIL
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback

VINTAGE SAVAGE ARMS USA GASOLINE
PORCELAIN SIGN GAS OIL PETROLEUM
MOTOR PUMP
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback







Sponsored
VINTAGE COCA COLA PORCELAIN SIGN
SODA ADVERTISING COKE MARILYN
MONROE OIL GAS
Pre-owned
**$104.93**
~~$149.99~~ 30% off
Free shipping
Seller with a 100% positive feedback

Sponsored
VINTAGE COCA COLA PORCELAIN SIGN
SODA COKE BEVERAGE POP DRINK BOY
GAS MOTOR OIL
Pre-owned
**$104.93**
~~$149.99~~ 30% off
Free shipping
Seller with a 100% positive feedback

Sponsored
VINTAGE COCA COLA PORCELAIN SIGN
SODA ADVERTISING OOKE DOME PIN UP
OIL GAS
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback

Sponsored
VINTAGE 1967 COKE PORCELAIN SIGN GAS
OIL COCA COLA SODA SOFT DRINK
WOMAN CLASSIC
Pre-owned
**$104.93**
~~$149.99~~ 30% off
Free shipping
Seller with a 100% positive feedback

Sponsored
VINTAGE DR PEPPER PORCELAIN SIGN
SODA BEVERAGE BOTTLE GROCERY
STORE ADVERTISING
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback







Sponsored
8" 1967 COKE PORCELAIN SIGN GAS OIL
COCA COLA SODA SOFT DRINK WOMAN
CLASSIC
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback

Sponsored
VINTAGE REAL FRUIT SODA POP
PORCELAIN GAS OIL PUMP PLATE GARAGE
MAN CAVE SIGN
Pre-owned
**$75.00**
Free shipping
Seller with a 100% positive feedback

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
**$89.00**
Free shipping
24 sold

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
**$69.00**
+ $26.00 shipping
Last one

Sponsored
VINTAGE COCA COLA PORCELAIN SIGN
COKE GAS OIL BEVERAGE ICE COLD SODA
BOTTLE CAP
Pre-owned
**$142.66**
+ $14.87 shipping
♥ Top Rated Plus
Seller with a 99.8% positive feedback








Sponsored
VINTAGE DR PEPPER PORCELAIN SIGN
COLA BEVERAGE MAN CAVE COLLECTION
GAS PUMP SIGN
Pre-owned
**$148.47**
+ $11.00 shipping
Seller with a 100% positive feedback

Sponsored
VINTAGE DAIRY QUEEN CREAM GASOLINE
PORCELAIN SIGN GAS OIL PETROLEUM
MOTOR PUMP
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback

Sponsored
modern Marilyn Monroe oil painting 100%
hand-painted art on canvas
**$77.22**
~~$99.00~~ 22% off
Free shipping
39 watchers

Sponsored
COLA COKE PORCELAIN SIGN SODA POP
FOUNTAIN DRINK BLONDE PIN BUTT NAKED
-NUDE
Pre-owned
**$149.99**
+ $20.00 shipping
Seller with a 100% positive feedback



Still not using AI
apps for marketing?
You're missing out!

This is a private listing and your identity will not be disclosed to anyone except the seller.

More to explore : Coca Cola Porcelain Sign,   Vintage Coca Cola Sign,   Coca-Cola Signs,   Porcelain Coca-Cola Ornaments,   Coca-Cola Collectible Soda Vending Machines,   Coca Cola Button Sign,   Original Coca-Cola Signs,   Vintage Coca Cola Cooler,   Vintage Coca Cola Bottle,   Vintage Soda Cola Sign

Back to search results                                                                                                    Return to top

ebay

‹ Back to search results    Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces

Share | Add to Watchlist

EXTRA **10% OFF** 2+ ITEMS WITH CODE **F5R6F565DF65**    See all eligible items and terms ▸







Have one to sell? Sell now

‹  ›

## Cos Marilyn Monroe short paragraph pale gold curly hair wig washable

 DIY 2022_pearl (217)
98.7% positive · Seller's other items · Contact seller

**US $16.82**
or Best Offer
Was US $18.90 ⓘ
Save US $2.08 (11% off)

Condition: **New without tags**
"Mala Yoga Prayer bracelet"

Sale ends in: 7d 12h

Quantity: [ 1 ]    3 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.ⓘ
Located in: yiwu, China

Delivery: 🕙 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: 
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions

            

Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
New (Other)
**$16.14**
$17.93 10% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback


eBay eGift
Cards for all
A treat for any occasion.
Shop now

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

            

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
**$16.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New
**$16.49**
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$168.30**
$198.00 15% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig design Halloween
New
**$18.96**
$37.91 50% off
Free shipping
Seller with a 99.2% positive feedback

100% hand short hair fashion Marilyn Monroe oil painting art on canvas
**$81.77**
$86.99 6% off
Free shipping

Maril
Sculpt
New
**$13.9**
Free sh

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2024 02:41:07 PST View all revisions

eBay item number: 375034944840

## Item specifics

| Condition | New without tags ⓘ | | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | | Brand | Unbranded |
| Cap Construction | Classic Cap | | Cap Size | Extra Large |
| Country/Region of | China | | Department | Men |

| | | | |
|---|---|---|---|
| Country/Region of Manufacture | China | Department | Men |
| Hair Color | | Origin | |
| Item Length | 1 in | Item Weight | |
| MPN | | Style | Ponytail |
| Texture | Straight | Theme | Cosplay |
| Type | Wig | Wig Parting Type | L-Part |
| UPC | Does not apply | | |

### Item description from the seller




🔥 **EXTRA 10% OFF 2+ ITEMS WITH CODE F5R6F565DF65** ⓘ See all eligible items →
F5R6F565DF65



All promotional offers from qjcl1121







Black short hair fluffy Turn warped cartoon cosplay wig Rose hairnet HIGH
Was: US $14.90
Now: US $13.26

Mixed color brown girl long wavy Medium parting bangs cos wig design hair party
Was: US $18.99
Now: US $16.82

Black long curly party hair cosplay wig Rose hairnet full wig style gift Party
Was: US $23.20
Now: US $20.38

Mix black white Short straight middle parting hair cosplay wig High Quality wigs
Was: US $16.90
Now: US $14.15

New Green Wig Costumes for Women Long Curly Hair 27.5 Inch HIGH hair style party
Was: US $19.99
Now: US $17.71

You can change quantities in your cart.

### You may also like

Feedback on our suggestions



ebay

Hi Jeffrey ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell   Watchlist ∨   My eBay ∨   🔔 🛒

Advanced

‹ Back to search results · Clothing, Shoes & Accesso... · ··· · Accessories · Wigs & Facial Hair

Share   Add to Watchlist

⤢

‹        ›

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new

DIY_Fine_Jewellery (407)
95.3% positive · Seller's other items · Contact seller

## AU $22.38
Approximately US $14.75
or Best Offer
Was AU $24.87 ⓘ
Save AU $2.49 (10% off)

Condition:   New with tags

Quantity:   [ 1 ]    3 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:   Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yieu, China

Delivery:   🕑 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:   PayPal   G Pay   VISA   🔴🟠   AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions

         

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
**$16.82**
$18.90 11% off
Free shipping
10% off 2+ with coupon

eBay eGift Cards for all
A treat for any occasion.
ebay
[ Shop now ]

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

               

Hand painted Original Oil Painting Portrait art Marilyn Monroe on canvas 20"X24"
New (Other)
**$498.00**
+ $39.00 shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net
New (Other)
**$14.63**
$16.43 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party
New
**$14.84**
$16.67 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
**$16.82**
$18.90 11% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
**$15.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Cos M...
gold c...
New
**$16.4...**
Free sh...

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314388293487

Last updated on Sep 12, 2023 01:06:42 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

Item description from the seller

100% Genuine    High Quality    Fast Shipping

| Home | Shipping | Payment | Return Policy | About Us | Contact Us |

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new

PRODUCT DESCRIPTION

Notice:

| ebay feedback | shipping | About us | After sales |

You may also like

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale
gold curly hair wig party party mask

New

$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig wig hair washable

New

$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Classic Blonde Costume
Wig 70468 Adult One Size NEW

New

$9.99
+ $9.80 shipping
Seller with a 99.3% positive feedback



Sexy Marilyn Monroe Wig Adult Iconic
Bombshell Wavy Platinum Blonde 70468
New

New

$12.74
$14.99 15% off
+ $3.99 shipping
Top Rated Plus



Marie Antoinette Cosplay Wig Princess
Medium Curly Heat Resistant Hair Wigs

New (Other)

$15.68
$16.50 5% off
+ $6.99 shipping
20 sold

ebay

Hi Jeffrey ▾   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔   🛒

🔍                                                                    Advanced

‹ Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share · Add to Watchlist









### Cos Marilyn Monroe short paragraph pale gold curly hair wig style social wigs

👤 **DIY-2021_pearl** (392)
87.5% positive · Seller's other items · Contact seller

**C $22.29**
Approximately US $16.58
or Best Offer
Was C $25.06 ⓘ
Save C $2.76 (11% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Quantity:      1 lot available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:   Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Yiwu, China

Delivery:   📦 Estimated between **Fri, Mar 16** and **Fri, Mar 22** to 30318 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  🟠  💳
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

**Similar sponsored items**   See all ›                                    Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
**$15.90**
$18.07 12% off
Free shipping


eBay eGift Cards for all
A treat for any occasion.
ebay
Shop now

**Sponsored items inspired by your views**   See all ›                       Feedback on our suggestions







Hand painted Oil painting original Art Portrait Marilyn Monroe on canvas 20"x24"
**$498.00**
+ $30.00 shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$153.00**
$180.00 15% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay Party
New (Other)
**$17.01**
$18.99 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party mask
New (Other)
**$17.42**
$19.79 12% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig host resisting gift
New (Other)
**$16.89**
$18.99 11% off
Free shipping

Cos M...
gold c...
New
**$14.3...**
$16.0...
Free sh...

| About this item | Shipping, returns, and payments |                                    Report this item

Seller assumes all responsibility for this listing.                          eBay item number: 204190792224

Last updated on Dec 13, 2023 04:20:56 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-in | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |

| | | MPN | 5 | | | Style | 000000 |
| Texture | Curly | | | | Theme | Cosplay |
| Type | | | | | | |
| UPC | Does not apply | | | | | |

## Item description from the seller



| | |
|---|---|
| Short flaxen roll inclined bang Anime characters Wig Halloween | 24.48 CAD — Free shipping |
| Mix flaxen girl pigtail long straight hair cosplay wig style breathable | 36.85 CAD — Free shipping |
| Black girl long straight hair party mask neat bang cosplay wig Party Halloween | 29.3 CAD — Free shipping |
| Black brown dark blue girl short hair tilted bang cosplay wig STANDARD | 19.63 CAD — Free shipping |
| Long blue black inclined bang Anime characters Wig design wigs HIGH | 26.18 CAD — Free shipping |
| Black girl long curly middle parting hair cosplay wig Free hair net social | 27.88 CAD — Free shipping |
| Pinkish purple color Long curly hair neat bangs cosplay Wig Harajuku | 30.77 CAD — Free shipping |
| MULTI Mixed gold boy Short straight hair cosplay wig hot party social | 22.05 CAD — Free shipping |
| Brown girl long curly middle parting hair pigtail cosplay wig High Quality | 29.95 CAD — Free shipping |
| Gradient powder brown Long straight hair straight bang cosplay Wig Elegant | 29.95 CAD — Free shipping |
| Blue green medium long straight hair Anime characters cosplay Wig hot hair | 27.6 CAD — Free shipping |
| Black red purple Cream gold girl long curly hair cosplay wig Harajuku Party | 29.42 CAD — Free shipping |
| Brown girl Hemp flowers pigtail middle parting hair cosplay wig Party | 34.62 CAD — Free shipping |
| Colours girl bobo Short straight hair neat bang cosplay wig high- | 25.66 CAD — Free shipping |
| Light beige girl bobo Short straight hair cosplay wig washable Rose hairnet | 21.74 CAD — Free shipping |
| Red long straight hair Anime characters Oblique bangs Wig hair hot gift | 25.48 CAD — Free shipping |
| Fluffy mix blue Split head Witch hair accessories cosplay Wig new style | 27.48 CAD — Free shipping |
| Long blue hair big waves Curly hair cosplay Wig Cosplay HIGH wave party | 27.54 CAD — Free shipping |

### Popular categories from this store  See all

Collectibles    Crafts    Jewelry & Watches    Antiques

Beautiful necklace! arrived swiftly! Will be a buyer, again!! Thank you!!

8mm Flower stone Gemstone 108 Beads Mala Tassel Necklace Meditation Spiritus (#204200543250)

○ 0***3 (980) • Past 6 months

Highly recommend seller!!

108 Rudraksha beads Cuff Men Mala Buddhs Lucky Bracelet Seven Chakras Buddhism (#203199956034753)

( See all feedback )

## You may also like  Feedback on our suggestions








ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share    Add to Watchlist









### Cos Marilyn Monroe short paragraph pale gold curly hair wig hot party hair



DIY-AIB (0269)
97.5% positive · Seller's other items · Contact seller

C $23.58
Approximately US $17.54
or Best Offer
Was C $26.49 ⓘ
Save C $2.91 (11% off)

Condition:  New without tags
* Male Yoga Prayer bracelet*

Quantity:    1    4 lots available (10 items per lot)

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩  Breathe easy. Free shipping and returns.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    📦 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

Ⓢ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Have one to sell? Sell now

## Similar sponsored items    See all >

Feedback on our suggestions








Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
$14.59
$16.40 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
New
$16.90
$19.07 12% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
$14.80
$16.63 11% off
Free shipping
Seller with a 100% positive feedback



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Sponsored items inspired by your views    See all >

Feedback on our suggestions




2PCS Cartoon Superman Kitchen Cooking Apron Princess Funny Work Gift 31*24inch






Cos Marilyn Monroe short paragraph pale gold curly hair wig party hair mask
Now
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Canvas Painting By Number DIY Picture Drawing Bedroom Home Decors
New
$22.86
Free shipping

2PCS Cartoon Superman Kitchen Cooking Apron Princess Funny Work Gift 31*24inch
New
$14.39
$17.99 20% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New (Other)
$16.82
$18.90 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift
New (Other)
$15.84
$17.80 11% off
Free shipping

Marilyn Sculpt...
Now
$13.4...
Free sh...

## About this Item    Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314225693706

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | *Male Yoga Prayer bracelet* |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 In | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |
| Texture | Curly | Theme | Cosplay |

| Type | Underwear | | Wig Parting Type | C-Part |
| UPC | | | | |

## Item description from the seller



Harajuku Kawaii Lolita Sweet Girls Blonde Long curly hair Wig 80cm
35.86 CAD
Free shipping



Ao No Exorcist Shura Kirigakure Long Party red mixed yellow Wig hot HIGH
45.68 CAD
Free shipping



Dark wine red girl Single ponytail long curly hair cosplay wig Elegant wigs
51.62 CAD
Free shipping


27inch Wig Women Long Wave Curly Wigs Fire Orange Red Ombre Hair
26.57 CAD
Free shipping



Movie Hermione Jean Granger styled Wig+Free Wig Cap Free hair net High
23.44 CAD
Free shipping


Gridelin men long curly hair front bangs slide back cosplay wig Cosplay
34.45 CAD
Free shipping


Short Bob Wig with bangs Cosplay Color mixed brown Wig hot breathable
20.41 CAD
Free shipping


Yu-Gi-Oh! ZEXAL Quattro Vetrix red yellow Anime Cos Wig high-
34.45 CAD
Free shipping


I Am A Zombie Olivia Liv Moore Light Blonde Short Wavy Full Wigs unisex's
20.41 CAD
Free shipping


Black girl long straight middle parting hair cosplay wig High Quality style
51.19 CAD
Free shipping


Long Straight Black Wigs for Women Middle Part Silk Daily Party style hot
26.24 CAD
Free shipping


Mix blue girl long curly hair fireworks perm cosplay wig party Harajuku Party
26.57 CAD
Free shipping


Danganronpa 2 Chiaki Nanami Taro Straight Hair Wig+Cap hot wave style
23.44 CAD
Free shipping


Kosuke Ueki new Short Green Straight men's cos party full Wigs Party
22.14 CAD
Free shipping


42" Rapunzel Princess Tangled Disney Book Week Ladies Long Wig Synthetic
62.32 CAD
Free shipping


Birds Of Prey Harley Quinn Wigs Short Yellow Synthetic Hair High Quality
26.24 CAD
Free shipping


Red brown long Curly hair Lady dance performance cosplay wig social Party
39.85 CAD
Free shipping


Lolita Short pink Curly Wavy Wig Party Cosplay Wigs hot Elegant heat
17.93 CAD
Free shipping


Long Purple Wavy Curly Full Wigs Costume Party HAIR Bangs Wig
25.81 CAD
Free shipping


27inch new Cosplay Wig Women Long Wave Curly Wigs Fire Orange Red
25.52 CAD
Free shipping


Daily Otaku Green Short Hair Hairpiece Cosplay Costume full Wig design party
23.44 CAD
Free shipping


Card Captor Sakura Kinomoto Cosplay Wig Short Bangs Hair Wigs gift
20.41 CAD
Free shipping


Nature Wavy Curls long Hair Wig Costume Pink Lolita Full sexy Wigs
24.73 CAD
Free shipping

blue straight Wigs gift

## You may also like

Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
$14.59
$16.40 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
New (Other)
$15.90
$18.07 12% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig Perty style
New (Other)
$16.14
$17.93 10% off
Free shipping
10% off 2+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
$14.80
$16.63 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy
New (Other)
$15.12
$16.99 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift
New (Other)
$15.84
$17.80 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot Halloween
New (Other)
$16.09
$18.07 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy
New (Other)
$15.82
$17.58 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig perty mask social
New (Other)
$15.12
$16.99 11% off
Free shipping
Seller with a 100% positive feedback








Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot HIGH healthy

New (Other)

**$16.02**
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig style breathable

New (Other)

**$16.06**
$18.05 11% off
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable breathable

New

**$14.64**
$16.44 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable

New (Other)

**$17.01**
$18.90 10% off
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig heat hairpiece

New (Other)

**$15.12**
$16.99 11% off
Free shipping







Sponsored
Marilyn Monroe Short Paragraph Pale Gold
Curly Hair Wig Cosplay Party Halloween

New

**$16.98**
Free shipping
5 watchers

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig 1

New

**$16.90**
$18.99 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair Free hair net

New (Other)

**$14.63**
$16.43 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable HIGH

New (Other)

**$15.58**
$17.71 12% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Elegant healthy hair

New (Other)

**$15.13**
$16.81 10% off
Free shipping







Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig breathable unisex's

New (Other)

**$15.98**
$17.96 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair Halloween wigs

New (Other)

**$16.35**
$18.58 12% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full
Daily party Wigs +free cap Halloween

New (Other)

**$12.25**
$13.77 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair stretchy design

New (Other)

**$15.60**
$17.53 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig wave Free hair net

New (Other)

**$17.21**
$19.34 11% off
Free shipping



Back to search results     Return to top

More to explore :   Party Human Hair Curly Wigs,   Gold Human Hair Curly Wigs & Hairpieces,   Human Curly Hair Wigs,   Human Hair Curly Wigs,   Curly Hair By MissTresses Wigs,   Human Hair Fashion Curly Wigs,   Curly Hair Curly Hair Extensions,
Gray Human Hair Curly Wigs & Hairpieces,   Human Hair Bangs Curly Wigs & Hairpieces,   Bob Human Hair Curly Wigs & Hairpieces

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Back to search results    Toys & Hobbies  >  Action Figures & Accessori...  >  Action Figures Playsets

Share    Add to Watchlist





Have one to sell? Sell now

### Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box

Do you like (21)
92% positive · Seller's other items · Contact seller

**US $85.50**
or Best Offer

Condition:    New

Quantity:    1    3 available / 2 sold

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 8 have added this to their watchlist.

Shipping:    US $50.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Beijing, China

Delivery:    📦 Estimated between Mon, Feb 12 and Fri, Feb 23 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    14 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions











1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

World's Greatest Heroes Batman Kiddler Joker Mego Style Set
New
$59.99
0 bids
1d 7h
+ $12.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$84.99
+ $50.00 shipping
7 watchers





eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Sponsored items inspired by your views    See all >

Feedback on our suggestions











Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.50
Free shipping
Seller with a 100% positive feedback

100% hand short hair fashion Marilyn Monroe oil painting art on canvas
$81.77
$86.99 6% off
Free shipping

Men's Indoor Slippers Playboy Marilyn Monroe
New
$34.99
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Statue Resin Creative Girl Movie Action Figure Girl Room Decor
New
$39.00
Free shipping

High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe
$100.62
$129.00 22% off
Free shipping

Retro Pocket
New
$6.19
$6.44
Free sh

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 386065115760

Last updated on Oct 15, 2023 18:07:09 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Features | Boxed |
| MPN | Does Not Apply | Personalize | No |
| Age Level | 6+ | Item Width | description |
| Time Period Manufactured | 2020-Now | Animal Species | new |
| Series | new | Item Length | description |
| Item Height | description | Vintage | No |

| | | | |
|---|---|---|---|
| Item Height | description | Vintage | No |
| Country/Region of Manufacture | China | Material | PVC |
| TV Show | One Of The Greatest Actresses | Scale | 1:4 |
| Year Manufactured | 2023 | Grade | 100 |
| Sport | no | Model | doll |
| Character | Marilyn Monroe | Vehicle Type | no |
| Certification Number | 0 | Signed By | no |
| Franchise | One Of The Greatest Actresses | Movie | One Of The Greatest Actresses |
| Animation Studio | description | Brand | Unbranded |
| Featured Person/Artist | Marilyn Monroe | Transformer Faction | description |
| Color | Multicolor | Signed | No |
| Original/Licensed Reproduction | Original | Convention/Event | Toy |
| Theme | TV, Movie & Video Games | Type | Action Figure |
| Items Included | Toy | | |

## Item description from the seller

Original Package: YES
Condition: In-Stock Items
Version Type: First Edition
Model Number: Marilyn Monroe Action Figure
Warning: Marilyn Monroe Action Figure
Dimensions: 40cm
Puppets Type: model
By Animation Source: JAPAN
Commodity Attribute: Finished Goods
Completion Degree: Finished Goods
Mfg Series Number: model
Theme: Movie & TV
Gender: Unisex
Item Type: model
Recommend Age: 18+
Origin: Mainland China


Selling Poi Size: about 40cm

Commodity material PVC

Condition: 100% New





## You may also like

Feedback on our suggestions



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold



1/4 Marilyn Monroe Action Figure The Greatest Actresses Statue 15"
New
$87.20
Free shipping



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one



Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$84.99
+ $50.00 shipping
7 watchers



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$90.00
Free shipping
Seller with a 100% positive feedback



The Greatest Actress Marilyn Monroe 1/4 Action Doll Sexy Model Statue W/box
New
$82.50
+ $50.00 shipping



1/4 Marilyn Monroe The Greatest Actresses Sexy model Statue Action Figure No Box
New
$84.99
+ $12.99 shipping



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one



New Sexy Model Marilyn Monroe Action Figure 1/4 One Of the Greatest Actresses St
New
$120.99
Free shipping
7 watchers



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers



Sponsored
Marilyn Monroe figure "REFLECTIONS" Statue Franklin Mint
Pre-owned
$120.00
+ $19.90 shipping
Seller with a 100% positive feedback



Sponsored
100% hand short hair fashion Marilyn Monroe oil painting art on canvas
$74.10
$95.00 22% off
Free shipping
7 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$15.99
Free shipping
5 watchers



Sponsored
MARILYN MONROE HOT PROPERTIES HOLLYWOOD MEMORIES ACTION FIGURE DOLL MOC #771
Pre-owned
$19.54
$22.99 15% off
Free shipping
Seller with a 99.6% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.50
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.50
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping



Sponsored
Mego Legends Marilyn Monroe Limited Edition 8" Doll Action Figure
New
$12.49
Free shipping
23 sold



Sponsored
Sexy Marilyn Monroe - 7 Year Itch - Resin - Model Kit - 1/6 Scale
New
$75.00
+ $12.50 shipping
Seller with a 99.3% positive feedback



Sponsored
Mego Legends Marilyn Monroe Serialized Limited Edition 8" Doll Action Figure
New
$11.11
$11.95 7% off
Free shipping
Top Rated Plus





Sponsored
Marilyn Monroe PVC Figure Gold Dress
16cm

Pre-owned
$11.44
+ $19.15 shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe 20 cm figure

New
$149.99
+ $35.00 shipping
Seller with a 100% positive feedback

Sponsored
100% hand short hair fashion Marilyn
Monroe oil painting art on canvas

$81.77
$86.99 6% off
Free shipping

Sponsored
⭐ Pin Up Series Marilyn Monroe Hand
Painted Miniature Resin figure 75 mm ⭐

New
$95.00
+ $9.60 shipping
Seller with a 100% positive feedback

Sponsored
1/6 Marilyn Monroe Head for phicen
Gentlemen Prefer Blondes hot toys ●US
seller●

New
$36.65
$38.58 5% off
Free shipping
83 sold



More to explore : Marilyn Manson Music Action Figures, Female Statue Action Action Figures, Female Statue Action Figures & Accessories, Blue Box Military & Adventure Action Figure 1:16 Action Figures, 1:12 COO MODEL Military & Adventure Action Figure Action Figures, COO MODEL Military & Adventure Action Figure 1:6 Action Figures, 1:6 Blue Box Military & Adventure Action Figures, 1:12 Military & Adventure Action Figure Action Figures, Military & Adventure Action Figure 1:18 Action Figures, Blue Box Soldier Action Action Figures

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

      

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty › Men › Socks





**Visit the thalesart Store**

## thalesart Premium Socks Cotton with Cute Soft Casual Pattern Dress for Men Women

4.4 ★★★★☆ | 110 ratings | Search this page

**Amazon's Choice**

$12.95

✓prime One-Day
FREE Returns ▾

Size: One Size

Color: Marilyn Monroe

| $12.95 ✓prime | $12.95 ✓prime | $12.95 ✓prime |
| $12.95 ✓prime | $12.95 ✓prime | |

### Product details

| | |
|---|---|
| **Fabric type** | Cotton Blend |
| **Care instructions** | Machine Wash |
| **Pattern** | Colorful |

### About this item

- Premium Quality: Products have unique designs with incredible people and artists. Express yourself with your socks. High quality of the design and manufacture, printed art.
- One size fits all: Socks are soft and stretch. Fits comfortably adult women and men.
- Perfect gifts and collection idea: Ours socks are perfect gifts for your loved ones. Valentines day, Mother's day, birthdays, Women's day. The product also has stickers of the art piece as a gift from us. Enjoy it.
- ▾ See more

▭ Report an issue with this product or seller

Timeless Tartans Hobart and William Smith Colleges Tartan Socks
$19.95

Sponsored ⓘ

**Delivery** | Pickup

$12.95

✓prime One-Day
FREE Returns ▾

FREE delivery **Tomorrow, February 5**. Order within 3 hrs 42 mins

◉ Deliver to Jeffrey - Atlanta 30327

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| Sold by | thalesart |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

▾ See more

☐ Add a gift receipt for easy returns

Add to List ▾



Centre College Tartan Socks
$19.95 ✓prime
Save 20% with coupon

Sponsored ⓘ

## Products related to this item

Page 1 of 58

Sponsored ⓘ



Marilyn Monroe American Flag with Stars Men's T-Shirts Round NeckTee Shirts for Men...
★★★★★ 1
$10.99

V-22 Marilyn Monroe PVC Patch – Hook and Loop
★★★☆☆ 2
$17.99

1950's Icon Marilyn Christmas Ornament (A138)
$16.99 ✓prime

Good Luck Sock Women's Floral Dachshunds Dog Socks, Adult
★★★★☆ 1,787
$14.95 ✓prime

Marilyn Monroe American Flag with Stars Unisex Pullover Hoodie Hooded Sweatshirt(Bl...
★★★★★ 3
$21.95

Good Luck Sock Men's Mushrooms Socks, Adult
★★★★☆ 13,916
$14.95 ✓prime

Marilyn Monroe 'I am good, but not an angel' Quote Canvas Art Wall Art Home Decor -...
★★★★★ 1
$149.99

## Product Description



### Why We Love Socks

Wearing art for your style can be for purely for fashion, but it can also be a lot more. The way you adorn your style can be a form of self-expression and a way to tell personal histories..

A beautiful Thalesart sock in your outfit tells a story about who you are.





Our products are designed for young souls to express their styles and ideas with high quality artwork on their foot.

Have pair of socks with unique designs, incredible paints and arts.



**Women**

Are you looking for fun stylish socks. Get a pair of Thalesart and shine like you always do.



**Men**

For men, it' might be hard to find the right designed socks sometimes. Check our designs and awake your style with artistic touch on your outfit.



**Teenage**

Colorful socks will treat you and your vibe. Cup of coffee? Well, that's optional!

**Comfort and Fun**



## Important information

To report an issue with this product or seller, **click here.**

## Related products with free delivery

Page 1 of 33

Sponsored












**1950's Icon Marilyn Christmas Ornament (A138)**
$16.99 *prime*

**Marilyn Monroe Crystal Diamond Bling Rhinestone Carpet Car SUV Truck Floor Mats...**
★★★★☆ 283
$39.95 *prime*

**VICHLINE Aluminum RFID Blocking Slim Metal Wallet Credit Card Holder for Men...**
★★★★½ 1,556
$7.99 *prime*

**Table Lamp Bedside Light Monroe Wood Base Room Decoration or Great Gift Ideas**
★★★★½ 8
$25.00 *prime*

**Desperate Enterprises Marilyn Monroe Round Aluminum Sign with Embossed Edge - Nosta...**
★★★★½ 20
Amazon's Choice in Decorative Signs & Plaques
$14.99 *prime*

**HAPPYPOP Guitar Gifts for Women Teen Unique, Funny Skull Guitar Lovers Gifts, Heavy...**
★★★★★ 4
$9.99 *prime*

**Marilyn Collage Key Chain Coin Purse**
★★★★½ 210
Amazon's Choice in Women's Coin Purses & Pouches
$9.95 *prime*



**wet n wild Marilyn Monroe Collection Icon Eyeshadow & Brush Set**
★★★★½ 32
$9.99 *prime*
Details & delivery
[Add to Cart]

Sponsored ⓘ

## Related Posts



Dreamdecor    + Follow

Personalised Socks for Couple
See more Posts >



Nirohee    + Follow

Valentines day gifts for men! Valentines day socks idea for family, spread fun and happiness for them
See more Posts >



LKV    + Follow

LKV Womens Socks Vintage Thick Socks Fall Socks Gifts for Women Cotton Cozy Socks Box
See more Posts >



sockprints

Fake Tan Line Socks: The Ultim... Elephant Surprise! 🐘 Bring th...
See more Posts >

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★½ 4.4 out of 5
110 global ratings

| | |
|---|---|
| 5 star | 76% |
| 4 star | 9% |
| 3 star | 6% |
| 2 star | 3% |
| 1 star | 6% |

˅ How customer reviews and ratings work

### Review this product
Share your thoughts with other customers

[Write a customer review]



wet n wild
SHOP NOW

Sponsored ⓘ

Top reviews ˅

**Top reviews from the United States**

  B Ortiz

★★★★★ **Great gift!**
Reviewed in the United States on January 12, 2023
Size: One Size | Color: Marilyn Monroe | Verified Purchase
My friend loved them
[Helpful]    Report

👤 Mara

★★★★★ **Love them!**
Reviewed in the United States on March 6, 2022
Size: One Size | Color: Skull Rose Socks | Verified Purchase
Love these socks! These socks are super cute, they're very comfortable and the company goes above and beyond to make you happy!
[Helpful]    Report

  Jazzy Jean

★★★★☆ **The fitlike**
Reviewed in the United States on December 24, 2022
Size: One Size | Color: Coca-cola Socks | Verified Purchase
Like the product
Like the product
[Helpful]    Report

👤 Joey

★☆☆☆☆ **Not As Advertised**
Reviewed in the United States on March 31, 2023
Size: One Size | Color: Skull Rose Socks | Verified Purchase
They advertise these as "COTTON" when they are only 30% Cotton. These inaccurate listings are exhausting They are mostly Polyester which isn't listed anywhere
[Helpful]    Report

SUSAN SWITALSKI

★☆☆☆☆ **Too small and thin**

Reviewed in the United States on September 26, 2022

Size: One Size | Color: Marilyn Monroe | **Verified Purchase**

Socks are not one size fits all . They run small. I returned them .

2 people found this helpful

Helpful | Report

See more reviews ›

## Customers frequently viewed

Sponsored | Popular products in the last 7 days








Japanese Warrior Fighting Giant Salamander Unisex Adult Fun Cool 3D Print...
★★★★☆ 53
$13.99 prime

Graffiti Art Hip-hop Style Texture Pattern Men & Women Casual Cool Cute Crazy Funny...
★★★★☆ 463
$13.99 prime

Retro Pop Art Comic Shout Unisex Adult Fun Cool 3D Print Colorful Athletic Sport No...
★★★★☆ 223
$13.99 prime

OHORTEB Custom Face Socks with Picture, Personalized Funny Photo Socks Custom...
★★★★☆ 88
$6.99
**Save 10%** with coupon (some sizes/colors)

Two Feet Magnetic Hand Holding Socks, Funny Valentines, Love, Anniversary, Wedding,...
★★★★☆ 33
$19.99 ($10.00/Pair)
prime
**Save 15%** with coupon (some sizes/colors)

AnnHomeArt Custom Personalized Family Photo Crew Socks for Men Women-Upload...
★★★★☆ 1,603
$11.99
**Save 7%** with coupon (some sizes/colors)

Man of Men Valentine's Day Socks - Soft Cotton, Trendy White/Red Lip Kiss Print
★★★★☆ 1,374
$5.99 prime

MAGNA-TILES    Discover Meaningful Play with MAGNA-TILES



MAGNA-TILES Classic 100-Piece Magnet...
★★★★★ 10,081
$119.99 prime
Details & delivery

Add to Cart

Sponsored

## Make your home smarter









Roku Express | HD Roku Streaming Device with Simple Remote (no TV controls), Free & Live TV
★★★★☆ 30,332
$24.00
prime Today by 6:00 PM

Dreo 4L Smart Humidifiers for Bedroom, Quiet...
★★★★☆ 952
70K+ viewed in past month
Amazon's Choice in Humidifiers
$49.99
prime Today by 6:00 PM

Roku Ultra | The Ultimate Streaming Device 4K/HDR/Dolby Vision/Atmos, Rechargeable Roku Voi...
★★★★☆ 8,604
$79.00
prime FREE Delivery Tuesday, Feb 6

HP DeskJet 4155e Wireless Color Inkjet Printer, Print, scan, cop...
★★★★☆ 21,884
Amazon's Choice in Inkjet Computer Printers
$69.99
prime Today by 6:00 PM

LEVOIT LV600S Smart Warm and Cool Mist Humidifiers for Home Bedroom Large Room,...
★★★★☆ 9,712
30K+ viewed in past month
$109.99
prime FREE One-Day Get it Tomorrow, Feb 5

Epson EcoTank ET-2800 Wireless Color All-in-One Cartridge-Free...
★★★★☆ 7,533
#1 Best Seller in Ink Tank Printers
$199.99
prime FREE Delivery Tuesday, Feb 6

## Recommended Devices inspired by your shopping history









Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...
★★★★☆ 23,583
$189.99
prime FREE Delivery Tuesday, Feb 6
Climate Pledge Friendly

Amazon Kindle Paperwhite (8 GB) – Now with a larger display, adjustable warm light, increased battery life,...
★★★★☆ 49,439
$139.99
prime FREE Delivery Tuesday, Feb 6
Climate Pledge Friendly

INSIGNIA 43-inch Class F30 Series LED 4K UHD Smart Fire TV with Alexa Voice Remote (NS-43F301NA22, 2021...
★★★★☆ 13,697
$179.99
Get it Feb 7 - 9
FREE Shipping

Ring Floodlight Cam Wired Plus with motion-activated 1080p HD Video, White (2021 release)
★★★★☆ 33,356
$199.99
prime Today by 6:00 PM

Ring Battery Doorbell Plus | Head-to-Toe HD+ Video, motion detection & alerts, and Two-Way Talk (2023 release)
★★★★☆ 4,076
$179.99
prime Today by 6:00 PM
Climate Pledge Friendly

Amazon Fire Max 11 tablet, vivid 11" display, all-in-one for streaming, reading, and gaming, 14-hour battery life,...
★★★★☆ 5,398
$229.99
prime Today by 6:00 PM
Climate Pledge Friendly

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
★★★★☆ 8,466
$169.99
prime Today by 6:00 PM
Climate Pledge Friendly

## Your Browsing History  View or edit your browsing history













Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help



English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business |
| **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products |
| **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts |
| | | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

Shop by category    Search    Advanced

< Back to search results · Clothing, Shoes & Accesso... › ... › Costumes › Women    Share · Add to Watchlist

🏷 SAVE UP TO 5%    See all eligible items and terms ›








Have one to sell? Sell now

### BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit

dominstore (997)
96.7% positive · Seller's other items · Contact seller

## US $25.64
Was US $26.99 ⓘ
Save US $1.35 (5% off)

Condition: **New with tags**

Size:          - Select -                          ⌄

Quantity:    1    Last One / 1 sold

| Buy It Now |

| Add to cart |

| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

⚡ People are checking this out. 7 have added this to their watchlist.

Shipping:    US $9.90 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shang Hai, China

Delivery:    ⬚ Estimated between **Fri, Feb 9** and **Thu, Mar 7** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🔴🟠  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
Shop now

## Similar items    See all >
Sponsored

Feedback on our suggestions



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

The Menu Margot Cosplay Costume Dress Outfit Halloween Carnival Suit Party Dress
New
**$20.81**
$21.90 5% off
Free shipping

Ragatha Cosplay Costume Patched Printed Dress Outfits ComicCon Halloween Suit
New
**$30.67**
$32.98 7% off
+ $1.99 shipping

Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$45.99**
+ $9.99 shipping

### What's your size?
Add your size to see recommendations that will fit better.    Add your size

### Sponsored items inspired by your views    See all >

Feedback on our suggestions



384416 Norma Jean Band WALL PRINT POSTER DE

**$15.15**
+ $10.81 shipping
Seller with a 97.5% positive feedback



BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit
New
**$23.74**
$24.99 5% off
+ $9.00 shipping




BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit
New
**$24.19**
$26.01 7% off
+ $9.99 shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit
New
**$42.76**
$46.48 8% off
+ $4.90 shipping
6 watchers



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping



Marilyn
New
**$149.9**
+ $35.
Seller

About this item    Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.

eBay item number: 234820020353

Last updated on Sep 13, 2023 22:30:23 PDT    View all revisions

**Item specifics**

| | |
|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more |
| Theme | BLonde |
| Brand | unbrand |
| Material | Filter Cotton |

| | |
|---|---|
| Style | Dress |
| Occasion | Show |
| Color | White |
| Country/Region of Manufacture | China |

**Item description from the seller**

# BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit

## Description

- Material: Filter Cotton
- Included: Dress

## Important:

- Please choose your size as follow size table and please allow measurement error of 1-3 cm:

| US Male Size | Height | | Chest | | Waist | | Hip | | Shoulder | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 64 | 165 | 33-36 | 86-92 | 28-29 | 71-74 | 32-34 | 81-86 | 17.3 | 44 |
| Small | 67 | 170 | 36-38 | 92-97 | 30-31 | 76-79 | 35-37 | 90-95 | 18.1 | 46 |
| Medium | 69 | 175 | 39-41 | 99-104 | 32-34 | 81-86 | 38-40 | 97-102 | 18.9 | 48 |
| Large | 71 | 180 | 42-44 | 107-112 | 35-37 | 89-94 | 41-43 | 105-110 | 19.6 | 50 |
| X-Large | 73 | 185 | 45-47 | 114-119 | 38-39 | 97-99 | 44-46 | 112-117 | 20.5 | 52 |
| XX-Large | 75 | 190 | 48-50 | 122-127 | 41-43 | 104-109 | 47-49 | 119-125 | 21.25 | 54 |
| XXX-Large | 77 | 195 | 50-53 | 126-135 | 44-46 | 112-117 | 49-52 | 125-132 | 22 | 56 |

| US Female Size | Height | | Chest | | Waist | | Hip | | Shoulder | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 61 | 155 | 32-33 | 81-84 | 23-25 | 59-64 | 34-35 | 86-89 | 15 | 38 |
| Small | 63 | 160 | 34-35 | 86-89 | 26-27 | 66-69 | 36-37 | 91-94 | 15.4 | 39 |
| Medium | 64 | 165 | 36-37 | 91-94 | 28-29 | 71-74 | 38-39 | 97-99 | 15.75 | 40 |
| Large | 67 | 170 | 38-41 | 97-103 | 31-33 | 80-84 | 41-43 | 104-109 | 16.15 | 41 |
| X-Large | 69 | 175 | 42-44 | 107-112 | 35-37 | 88-93 | 44-46 | 112-118 | 16.5 | 42 |
| XX-Large | 71 | 180 | 45-46 | 113-116 | 38-39 | 94-98 | 47-48 | 119-123 | 16.9 | 43 |
| XXX-Large | 73 | 185 | 47-48 | 117-119 | 40-43 | 92-112 | 49-52 | 124-132 | 17.32 | 44 |

If you order the **custom made**, Please send us your measurements as follow:

①Gender: (Male/ Female)

②Weight: (Your weight )

③Height: (Total height, bare feet)

④Chest/ Bust: (Circumference of the fullest part of chest/bust)

⑤Waist: (Circumference of the natural waistline)

⑥Hips: (Circumference of the biggest part of hips)

⑦Costume Length: (From nape to the costume's end, taken at back)

⑧Shoulder Width: (Width between shoulder ends, taken at back)

⑨Arm Length: (From shoulder seam to wrist)

⑩Cuff Circumference: (Desired cuff circumference)

⑪Pant/ skirt Length: (From middle waist to wherever the costume fits)

⑫Inseam: (From the uppermost inner part of your thigh to bottom of your ankle)

## Shipping

- Merchandise will generally reach you within 7-15 business days after dispatching. But just in case, please check if your package is detained in the customs clearance, or is it already sent to the destination once when you're not there.

- Once the item is dispatched, the tracking number will be provided.

- Please note that we CAN'T ship costumes and large items to addresses like PO BOX or Military Area (AA/ AE/ AEO/ APO/ FPO). Please understand that the date of the merchandise reaching you varies by complexity of making the item(s), destination(s), logistics and custom clearance process of your country. Thank you!

## Payment

- We only accept payment via PayPal.

- All major credit cards are accepted through secure payment processor PayPal.

- We are not responsible for any custom duty or import tax.

## Refund

- If you don't like it, just return the item within 30 days after you receive it, and we will refund your money minus the shipping fee.

- Buyer is responsible for the return shipping fee.

- The returning item must be in the original, resalable status, and all accessories included must be returned as well.

## Feedback

- Please feel free to contact us if you have any question about the merchandise.

- If you are satisfied with the item, please leave a positive feedback and full-star rating for us!

- Your satisfaction is the most important thing to us. Please contact us first if you could not leave a positive feedback!Just let us know what the problem is, and we are happy to help.

## Business seller information

Value Added Tax Number: GB 363403222



**dominstore**

96.7% Positive Feedback
5.0K items sold

📅 Joined Aug 2016

### Detailed seller ratings

Average for the last 12 months.

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Visit store

Contact

♡ Save seller

### Seller feedback (1,082)

➕ o***s (42) · Past year

Shipping took longer but looks just like photos. Seller is very responsive and reaches out quickly.

BLEACH : Sora Furofushi Cosplay Costume Outfits Halloween Carnival Suit (#234820042776)

➕ n***a (50) · Past year

Great seller; communicating and shipping. Arrived fast; as described. Perfect fit and design; my grandson, who's a true fan, loved it for his birthday. Thanks.

Black Panther: Wakanda Forever Cosplay Costume Coat Outfits (#234712334058)

➕ r***e (12) · Past year

Item come so fast and Good prices thanks

Hercules-Hades Cosplay Costume Outfits Halloween Carnival Suit Full Set (#204931154658)

### Popular categories from this store    See all

Clothing, Shoes & Accessories    Specialty Services

See all feedback

🏷️ **SAVE UP TO 5%** ⓘ  See all eligible items →
2023/12/19
Marked down item price reflects all savings. Items provided by dominstore1109

All promotional offers from dominstore1109







| The Menu Margot Cosplay Costume Dress Outfit Halloween Carnival Suit Party Dress | Hocus Pocus Sarah Sanderson Cosplay Costume Dress Outfit Halloween Carnival Suit | Street Fighter-Chun-Li Cosplay Costume Swimsuit Tops Shorts Halloween Party Suit | Wednesday Addams Wednesday Cosplay Costume Dress Halloween Carnival Party Suit | Grease: Rydell High-Pink lady Cosplay Costume Outfits Halloween Party Suit |
|---|---|---|---|---|
| Was: US $21.90 | Was: | Was: US $11.00 | Was: | Was: US $24.99 |
| Now: US $20.81 | Now: US $21.75 | Now: US $10.45 | Now: US $24.61 | Now: US $23.74 |

See all

You can change quantities in your cart.

### You may also like

Feedback on our suggestions







| Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit | BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit | BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit | Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit | Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits |
|---|---|---|---|---|
| New | New | New | New | New |
| $42.76 | $23.74 | $24.19 | $49.08 | $44.99 |
| $46.48 8% off | $24.99 5% off | $26.01 7% off | $52.77 7% off | + $9.99 shipping |
| + $4.90 shipping | + $9.00 shipping | + $9.99 shipping | + $9.99 shipping | |







| The Menu Margot Cosplay Costume Dress Outfit Halloween Carnival Suit Party Dress | Movie Barbie Adult Cosplay Costume Pink Check Dress Halloween Party Fancy Dress. | Peach Cosplay Costume Dress Outfits Halloween Carnival Party Suit Princess | US Womens Sexy Lingerie Uniform Fancy Dress School Girls Costume Cosplay Outfits | Ghosted Sadie Dress Cosplay Costume Outfits Halloween Carnival Suit |
|---|---|---|---|---|
| New | New | New | New (Other) | New |
| $20.81 | $18.69 | $25.00 | $6.29 | $30.56 |
| $21.90 5% off | Free shipping | + $4.90 shipping | $6.99 10% off | $32.86 7% off |
| Free shipping | | | Free shipping | + $4.99 shipping |














| | | | | |
|---|---|---|---|---|
| Dress Cosplay Costume Outfits Halloween Carnival Party Suit | Peach Cosplay Costume Dress Outfits Halloween Carnival Party Suit Princess | Womens Adult Latex Maid Outfit Halloween French Maid Costume Cosplay Apron Dress | Ghosted Sadie Dress Cosplay Costume Outfits Halloween Carnival Party Suit | Beach dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit |
| New | New | New (Other) | New | New |
| $20.99 | $23.00 | $7.66 | $20.90 | $24.70 |
| + $4.59 shipping | + $4.90 shipping | $8.71 12% off | + $4.99 shipping | $26.00 5% off |
| | | Free shipping | | + $4.90 shipping |






| | | | | |
|---|---|---|---|---|
| Eleven Cosplay Costume Floral Long T-shirt Halloween Party Carnival Suit | Ruby Sunday Cosplay Costume Slim Dress Outfits ComicCon Halloween Fancy Suit | Bar-bel dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit | Beach dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit | Bar-bel dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit |
| New | New | New | New | New |
| $12.00 | $32.53 | $24.23 | $24.70 | $25.50 |
| $12.90 7% off | $34.98 7% off | $25.50 5% off | $26.00 5% off | + $6.99 shipping |
| + $9.90 shipping | + $1.99 shipping | + $6.99 shipping | + $4.90 shipping | |







| | | | | |
|---|---|---|---|---|
| Legally Blonde TV Elle Woods Cosplay Costume Outfits Halloween Carnival Suit | Rapunzel Cosplay Costume Adult Dress Outfits Halloween Party Carnival Suit | Beach dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit | Women Joker Clown Costume Circus Cosplay Dress Halloween Party Fancy Outfit Suit | Elvira Cosplay Costume Outfits Christmas Carnival Suit |
| New | New | New | New | New |
| $16.14 | $33.39 | $24.70 | $30.31 | $33.00 |
| $16.99 5% off | $35.90 7% off | $26.00 5% off | + $3.30 shipping | + $9.99 shipping |
| + $4.00 shipping | + $9.90 shipping | + $4.90 shipping | | |



Back to search results     Return to top

More to explore : Cosplay Complete Outfit Unisex Costumes,  Cosplay Costume Suits for Men,  Complete Outfit Cosplay Costumes for Men,  Suit Cosplay Unisex Costumes,  Complete Outfit Carnival Costumes for Women,  Cosplay Dress Unisex Costumes,  Cosplay Dress Costumes for Women,  Cosplay Dress Costumes for Girls,  Cosplay Black Complete Outfit Unisex Costumes,  Cosplay Dress Costumes for Men

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 5B Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  CA Privacy Notice,  Your Privacy Choices,  and AdChoice



Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

< Back to search results | Electronics › Computers/Tablets & Netw... › Laptop & Desktop Accesso... › Mouse Pads & Wrist Rests

Share | Add to Watchlist





Have one to sell? Sell now

## MARILYN MONROE BED BLACK WHITE CUSTOM MOUSE PAD DESK MAT HOME SCHOOL OFFICE GIFT

Dresscluб (0)
Seller's other items · Contact seller

**US $9.99**
or Best Offer

Condition:  New

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:    Free Mail Service from India. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Greater Noida, UP, India

Delivery:    ⏱ Estimated between **Thu, Feb 22** and **Tue, Mar 12** to 30318 ⓘ
Please note the delivery estimate is **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●● mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions






Mouse Mat Pad laptop desktop office Marilyn Monroe made in UK choose size #1
New
**$5.02**
($5.02/Unit)
+ $13.85 shipping
Seller with 99.8% positive feedback

Mouse Pad Mat Desktop Laptop Office Marilyn Monroe choose size UK made
New
**$5.02**
($5.02/Unit)
+ $13.85 shipping
Seller with a 99.8% positive feedback

MARILYN MONROE BED BLACK WHITE CUSTOM MOUSE PAD DESK MAT HOME SCHOOL...
New
**$12.91**
Free shipping
Seller with a 99.9% positive feedback

marilyn monroe mouse pad
New (Other)
**$18.00**
+ $11.00 shipping
Seller with a 100% positive feedback



eBay eGift Cards for all
A treat for any occasion.
Shop now

## Sponsored items inspired by your views    See all >

Feedback on our suggestions








Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 inches
New
**$20.49**
Free shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback

MARILYN & AUDREY - TATTOO POSTER 24X36 - 160056
New
**$12.50**
Free shipping
10% off 2+

Hot 18cm famous sexy actress Marilyn Monroe action figure statue popup decor hom
New
**$16.99**
+ $8.99 shipping

5x Marilyn Monroe Classic Movie Actress Actor 25mm / 1 Inch D Pin Button Badges
New
**$4.44**
+ $3.80 shipping
Seller with a 99.7% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's
New (Other)
**$15.98**
~~$17.96~~ 11% off
Free shipping

7"old C artistac sculptu...
**$92.4**
~~$99.0~~
Free sh
Seller w

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 25, 2024 10:35:46 PST  View all revisions

eBay item number:  204623051693

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | APSRA |
| Type | Mouse pad | Features | Non-Slip |
| Design | Multicolor | Color | Multicolor |
| Material | Rubber | MPN | Does Not Apply |
| Country/Region of Manufacture | India | Custom Bundle | No |

## Item description from the seller

Mouse Pad details: Shape: Square Dimension: 7.5" x 9" (Inches) Thickness: 3 mm Material - High-density black foam, stain-resistant inter-woven cloth surface
Printing - Digital Anti-slip rubber base Anti-fraying stitched frame Smooth Cloth Surface The Mouse Pad features a smooth high-quality cloth surface,

Printing - Digital Anti-slip rubber base Anti-fraying stitched frame Smooth cloth Surface The Mouse Pad features a smooth high-quality cloth surface, which promotes effortless, snag-free mouse gliding. The thin, sleek pad helps keep you in complete control and focused on the task at hand. Rubberized Base No need to worry about the mouse pad slipping away its steady, gripping rubberized base keeps it securely in place. The mouse pad effectively grips any flat, hard, tabletop surface. Makes a Great Gift These mouse pads make great presents for coworkers, your genuine fake ones or fake mouse pads any type? Great gifts for your siblings or to one?s own self and as gifts for office staff and employees. Browse through our collection of mouse mats in colorful designs. A usable gift which could be used daily and reminds them of you everytime! Send this to your friends and they would truly love it. Gift Suggestions: Diwali gifts for office, friends, Birthday Gifts for friends Mousepad for PC, Mouse Pad for Laptop.



### Dressclub
19 items sold

🗓 Joined Dec 2023

**Popular categories from this store**   See all

Collectibles    Computers/Tablets & Networki...    Home & Garden    Clothing, Shoes & Accessories

## You may also like

Feedback on our suggestions

    

Homepage › Art & Collectibles › Collectibles › Figurines & Knick Knacks

← Back to search results



### $89.99

Wood Carving Marilyn Monroe Figurine Sculpture Wooden Statue Display Art Home Adorns for Birthday Holiday Gift

eBeresArt ⭐ ★★★★★

[ Check out with **PayPal** ]

[ Add to cart ]

♥ Add to collection

✿ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Item details** ⌃

🏷 Handmade

◎ Materials: boxwood

Product Size : L:8 * W:6.5 * H:20 cm / L:3.1 * W:2.6 * H:7.9 inch

Boxwood Wood Carving is a traditional handcraft in China , it uses the high quality Boxwood to carve the human , animal and religious figures expressively. Boxwood Wood Carving is not only have the nationalistic style and traditional art designing, but also with decoration at home and high appreciation and value as art . As time goes by , the color of wood carving would changed from shallow to deep, make it more dignified and Pretty. it's an ideal gift for home decoration and art collection to your family or friends.

Boxwood Description:

1. The Boxwood is mainly materials to our shop, and the wood is fine and smooth, so it's the best wood for carving meticulous art. As the surface of wood is shallow color, so the wood with the natural spot or grains is not quality problems, these are peculiar to each wood carving.
2. As each wood carving is handmade working, so each product could not be same, maybe some difference on weight, size, color or version of the character, please Kind Prevail!!!
3. As each wood with moisture, so there would be effect with local environment to cause to dehisce on wood carving when you receive it, you could return it and get a new one. But it could not be returned as reason on broken quality.

Boxwood Wood Carving Maintenance:

1. The wood Carving could not be placed under sunshine, it may be dehisced.
2. The wood carving could not be placed the place is too dry or too damp, not under the air conditioner. Please place a cup of water beside the wood carving when Autumn and Winter, if the air is dry, this way will avoid the wood carving dehisced.
3. Don't place the wood carving beside the fire, burner or fireplace etc.
4. Don't wipe the wood carving by damp cloth.
5. The better way to protect the wood carving is what place it in a glass dome, to completely cut off the air and dust. (Order without glass dome)

Less

**Shipping and return policies** ⌃

📅 Order today to get by Jan 31-Feb 7

🌐 Free shipping

Deliver to United States, 30092 ⌄
Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

**Meet your seller** ⌃

eBeres — nick
HANDMADE ART
Owner of eBeresArt
♡ Follow shop

[ Message nick ]

---

Other reviews from this shop | ★★★★★ (51) | Sort by: Suggested ⌄

★★★★★
The detail is unbelievable. Very pleasing
Purchased item:  Wood Carving Jesus Christ Sacred Heart...
🟡 Jim Callaway   Jan 6, 2024
👍 Helpful?

| | Item quality | 5.0 |
| | Shipping | 5.0 |
| | Customer service | 5.0 |

★★★★★  ✓ Recommends this item
Very very nice and very happy with purchase
Purchased item:  Wood Carving Jesus Christ Sacred Heart...
🟡 Susan Milligan   Nov 11, 2023
👍 Helpful?

| | Item quality | 5.0 |
| | Shipping | 5.0 |
| | Customer service | 5.0 |

★★★★★
Perfecto service again as always
Purchased item:  SEB Ferrari F1 1:2 Scale Mini Helmet Arts ...
🟢 David Wallace   Oct 2, 2023
👍 Helpful?

| | Item quality | 5.0 |
| | Shipping | 5.0 |

★★★★★
great quality and it matched the description
Purchased item:  LEWIS HAMILTON Mercedes Benz 1:2 Sca...
🔵 tia   Sep 28, 2023
👍 Helpful?

| | Item quality | 5.0 |
| | Shipping | 4.0 |

‹ 1 2 ... 13 →

Photos from reviews

    ›

Message nick

eBeresArt made this item with help from
handwork department, China

## More from this shop Follow


Wood Carving Love Kiss Figuri...
EBeresArt
$69.90
FREE shipping


Wood Carving Beauty Lady Fig...
EBeresArt
$69.90
FREE shipping


Wood Carving Beauty Lady Fig...
EBeresArt
$69.90
FREE shipping


Wood Carving Rhinoceros Ani...
EBeresArt
$49.90
FREE shipping


Wood Carving Beauty Lady Ha...
EBeresArt
$89.90
FREE shipping

### Browse by section

Wooden Statue
55 items

Wooden Animal
6 items

All
80+ items

## You may also like including Ads ⓘ                    See more


wooden statue ,women figure ...
SavingBird
$2,800.00
FREE shipping


Wood Carving Horse Figurine ...
SavingBird
$750.00
FREE shipping


Wood Carving Horse Figurine ...
SavingBird
$750.00
FREE shipping


Family Sculpture, Wood Sculpt...
WoodSoulCarving
$120.00
FREE shipping


Wood Statue for Office Home ...
DesignFromNatureARM
$115.24
FREE shipping


Statue MARILYN MONROE
LuxurybyKOM
$35,000.00


Little Marilyn Monroe Statue C...
Ad by Etsy seller
$22.00


Love birds,Family love,Wood sc...
Ad by Etsy seller
$280.00
FREE shipping


Bird Building Nest Stained Woo...
Ad by Etsy seller
$37.05
$46.31 (20% off)
FREE shipping


15" Wooden Handmade Abstra...
Ad by Etsy seller
$112.00


Yoga Dancer Wood Carving
Ad by Etsy seller
$33.75
$45.00 (25% off)


Religious Figural Carving Baref...
Ad by Etsy seller
$195.00

## Explore related searches

 Home Decoration
 Art Collection
 Wood Carving
 Wood Art
 Wood Sculpture
 Wood Working
 Wood Craft
 Wooden
 Wood Decor
 Car Decoration
 Lady Statue
 Marilyn Monroe

## Explore more related searches

Sexy Art Statue    Birthday Gifts    Gifts for Friends    Gifts

Listed on Dec 26, 2023    16 favorites                    Report this item to Etsy

All categories > Art & Collectibles > Collectibles > Figurines & Knick Knacks

 Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

   


United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions








Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share · Add to Watchlist



### Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

 egg incubator store (1808)
97.4% positive · Seller's other items · Contact seller

**US $16.98**
or Best Offer

Condition: New with tags

Quantity: 1    More than 10 available / 5 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 5 have added this to their watchlist.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: ShenZhon, China

Delivery: Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal · G Pay · VISA · 💳 · 💳 · DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



## Similar sponsored items    See all ›

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig l
New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
$14.96
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.06 11% off
Free shipping
20% off 3+ with coupon

eBay for Charity turns 20
Celebrate with us by supporting your








Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress
New
$24.15
+ $7.99 shipping
Seller with a 100% positive feedback

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one

Marilyn Monroe con tatuaggi poster tela canvas no cornice
New
$21.53
Free shipping

Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$84.99
+ $150.00 shipping
7 watchers

VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GAS
Pre-owned
$104.93
$149.90 30% off
Free shipping
Seller with a 100% positive feedback

1/64 R... Classic...
New
$12.9...
Free si...
Seller...

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 25, 2024 17:32:00 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Non-Domestic Product | No |
| Custom Bundle | No | Coverage | Full Wig |
| Item Length | Medium | Texture | Wavy |
| Modified Item | No | Hair Origin | Synthetic |
| Brand | Unbranded | Type | Wig |
| Cap Construction | Classic Cap | Hair Color Shade | Photo Color |
| Style | Full Wig | Country/Region of Manufacture | China |
| UPC | Does not apply | | |

### Item description from the seller

eBay item number: 295560333736

Recommended for you














1200Mbps Dual Band Wireless WiFi
Extender Repeater Router Range...
AUD 28.29

Neck Traction Pillow Original Cloud
Shape Neck Stretcher Cervical Pa...
AUD 12.95

Foldable Push Up Board Rack
Training Gym Exercise Pushup...
AUD 19.69

Pair Inner Door Handle For Nissan
Pathfinder R51/Navara D40 05~1...
AUD 18.95

Bilge Water Pump 1100GPH
Submersible Replacement for Boa...
AUD 15.99

6" Mini Cordless Electric Chainsaw
2X Battery Powered Wood Cutter...
AUD 43.95

Handy Plastic Welder Garage Tool
Bumper Crack Repair Welding...
AUD 24.89

Ratchet Disc Brake Caliper Piston
Spreader Separator Pad Press...
AUD 19.99

🔥 Bulk Sale Power Functions Parts
Lego Technic Motor Remote...
USD 8.99

12V 24V Battery Disconnect Cut Off
Kill Switch Car Boat Marine Carav...
AUD 16.95

Car Hat Holder Saver Riding Helmet
Akubra Equestrian Hard Spring Lo...
AUD 18.95

Resin Filled Swimming Pool LED
Light 12V 55W RGB Remote Cont...
AUD 114.99

## Cos Marilyn Monroe short paragraph pale gold curly hair wig

---

Communication ————————  4.9

● c***a (1449) • Past 6 months

ALL OK , good seller/as described, sent quickly, arrived early ,packed well / / AAAA++++

Bilge Water Pump 1100GPH Submersible Replacement for Boat RV Marine Bait Tank (#295806368955)

● 6***l (1233) • Past 8 months

Product as described, fast delivery and at a resonable price - Seller recommended.

Foldable Push Up Board Rack Training Gym Exercise Pushup Exercise Stand Grip Bar (#295863203904)

### Popular categories from this store    See all

Pet Supplies    Collectibles    Jewelry & Watches    Health & Beauty

Consumer Electronics    Entertainment Memorabilia    eBay Motors

Sporting Goods    Home & Garden

See all feedback

## You may also like

Feedback on our suggestions











✷ SOMETHING EXCITING ✷ IS COMING! Download the Etsy app to stay tuned.

Etsy ≡ Categories | Search for anything 🔍 | 🤍 🔔 🛒

Homepage › Home & Living › Home Decor › Wall Decor › Wall Decals & Murals

‹ Back to search results






**Low in stock, only 9 left**

**$18.00**

Wall Decal Quote--Imperfection is beauty,madness is genius -Marilyn Monroe Red Lips Wall Decal -Vinyl Sticker Art Marilyn Monroe wall decals

enjoyparty ★★★★★

✓ Returns & exchanges accepted

Quantity
| 1 ▼ |
|---|

**Check out with PayPal**

**Add to cart**

♥ Add to collection

Buy together, get free shipping

 Wall Decal Quote--Imperfection is beauty,...
$18.00

 European street lamp wall decals,sitting r...
$25.00

**Add both to cart**

See more items →

Other reviews from this shop ★★★★★ (340)          Sort by: Suggested ▾

★★★☆☆
Words not centered. Very hard to do on own. Not as big as pictured
Purchased item: Wall Decal Quote--Imperfection is beauty,madness is genius ...
xokisses1240v · Oct 30, 2015
👍 Helpful?

★★★★★
Purchased item: Wall Decal Quote--Imperfection is beauty,madness is genius ...

Reviewed by inactive · Nov 23, 2015
👍 Helpful?

★★★☆☆
This wall decal looks great. It does require a bit of extra work to make it adhere to the wall. Be sure to clean the wall before applying the decal. Also, heating the decal with a hairdryer immediately after applying it to the wall helps the adhesive work better. Mine stopped...
Purchased item: Super big fresh green leaves&tree wall decals two birds vinyl ...
J.R. · Aug 17, 2020         •••
👍 Helpful?

★☆☆☆☆
The butterflies I received did not look like the ones pictured in the listing. The listing shows opaque butterflies like monarchs and other butterflies with realistic details. I received a package of transparent butterflies (each a singular color like lime green, bright pink, etc)...
Purchased item: Stereoscopic wall sticker 3D simulation Butterflies Wall sticker ...
Sierra Langford · Jul 18, 2019         •••
👍 1 Helpful

‹  1  2  ...  86  ›

Photos from reviews

    ›

Item details ▲

Invoice : For COVID-19, shipping will take more time than usual, sometimes more than 1 month. If you are in a hurry to get the package, you can use the faster shipping below.

https://www.etsy.com/listing/201686520/additional-costs-for-faster-shipping?ref=shop_home_active_1&frs=1 Wall Decal Quote--Imperfection is beauty,madness is genius -Marilyn Monroe Red Lips Wall Decal -Vinyl Sticker Art Marilyn Monroe wall decals

Product details:

-Finished size :40*93 cm

-Non-toxic, environmental protection, waterproof

-Condition: 100% Brand New

-Color: As picture shown

How to use:

1. Choose a smooth, clean and dry surface. Peel the stickers from the sheet one by one.
2. Position the adhesive on a plane surface without pressing them, so that it lets possibility to withdraw them and reposition again,if needed.

3. If the result is satisfactory for you, stick firmly to the surface pressing the air bubbles outwards.
4. If you have bubbles, take a needle to bore them..
*Can be applied to any smooth surface, such as glass door, windows pane, ceramic tiles in kitchen or bathroom, glasses, home appliance, air-condition, and car body.

Please note that it takes 1-3 days processing time and international shipping takes 7-30 days.

Retrun description :

We accept refund in 14 days after you got the item. Please don't leave me negative or Neutral feedback before contracting me. If you have any questions, Please contract me first, I will reply you in 24 hours during business days.

Shipping Details
1. The items will be shipped out in 2-5 business days after a cleared payment is received.

2. We always ship the items to you by China Airmail . To America, Australia, England, Canada will take about 10

America, Australia, England, Canada will take about 10 work days, to other countries will take 15-30 days in Brazil usually takes longer time, 30-60 days.

3. If you need the faster shipping,it will need you to pay 0.2$-19.99$ additional. We will send the items to you by EMS/DHL /UPS /TNT then, it will take 3-8 days to your place.
https://www.etsy.com/listing/201686520/additional-costs-for-faster-shipping?ref=shop_home_active_1

Less

### Shipping and return policies

📅 Order today to get by Jan 30-Feb 2

🔁 Returns & exchanges accepted within 30 days

💲 Cost to ship: $12.00

Enjoy free shipping to the US when you spend $35+ at this shop.

Deliver to United States, 30092  ⌄

Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

### Meet your sellers



fang weiqi
Owner of enjoyparty
♡ Follow shop

Message fang

This seller usually responds within 24 hours.

## More from this shop    ♡ Follow







### Browse by section



wall decal
28 items

stamp
17 items

All
70+ items

European street lamp well dec...
Enjoyparty
$25.00

English words wall decals bath...
Enjoyparty
$15.00

Fresh green leaves wall decals ...
Enjoyparty
$25.00

Staff note wall decals,music cl...
Enjoyparty
$12.00

Romantic Sunflower and Butte...
Enjoyparty
$12.00

## You may also like including Ads ⓘ    See more








Keep Smiling Marilyn Monroe ...
Wallbox
$25.20

A Wise Girl Kisses but Doesn't ...
Innovativestencils
$11.99
$14.99 (20% off)
FREE shipping

Marilyn Monroe Red Lips Wall ...
WallPressions
$12.99

The best thing to hold onto in l...
Wallopalooza
$15.00

Marilyn Monroe Canvas Print, ...
SwamWallArt
$17.82
$19.80 (10% off)
FREE shipping

Wall Decals Marilyn Monroe Qu...
WallDecalswithLove
$27.00
$30.00 (10% off)
FREE shipping









Marilyn Monroe imperfection is...
Ad by Etsy seller
$12.99

Marilyn Monroe Wall Decal Qu...
Ad by Etsy seller
$18.99

Audrey Hepburn Framed Canv...
Ad by Etsy seller
$55.70
$69.62 (20% off)
FREE shipping

Framed Canvas Wall Art, Marily...
Ad by Etsy seller
$44.99
FREE shipping

Marilyn Monroe Canvas Print, ...
Ad by Etsy seller
$17.10
$19.00 (10% off)
FREE shipping

Marilyn Monroe Wall Art - portr...
Ad by Etsy seller
$46.80
$58.50 (20% off)
FREE shipping

## Explore related searches













Home Decoration | Wall Decals | Vinyl Wall Stickers | Vinyl Wall Decals | Wall Sticker | Vinyl Decals | Marilyn Monroe... | Wall Decal Quote | Wall Quote | Wall Sticker Quote | Quotations

## Explore more related searches

Marilyn Monroe Lip | Red Lip Wall Decals | Red Lip Wall Sticker | Baby Gifts | Gifts for Boyfriend | Gifts for Boys | Gifts for Dad

Gifts for Girlfriend | Gifts for Girls | Gifts for Husband | Gifts for Mom | Gifts for Sister | Gifts for Wife | Anniversary Gifts | Birthday Gifts

Christmas Gifts | Gifts for Couples | Gifts for Friends | Gifts for Her | Gifts for Him | Gifts for Kids | Gifts for Teachers | Housewarming Gifts

Personalized Gifts | Gifts

Listed on Dec 4, 2023    201 favorites    Report this item to Etsy



ebay

‹ Back to search results    Home & Garden › Home Décor › Posters & Prints                                    Share    Add to Watchlist

## Framed Giclee Canvas Print Poster Modern Wall Art Paintings For Home Wall Decor

enjoywallart (626)
97.5% positive · Seller's other items · Contact seller

US $49.80

Condition: New

Content:          Marilyn Monroe                          ∨

Quantity:    1      2 available

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺  Breathe easy. Returns accepted.

Shipping:    Free ePacket delivery from China. See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Located in: 厦门市, 福建省, China

Delivery:    ☐ Estimated between Fri, Feb 9 and Fri, Mar 1 to 30318 ⓘ
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to
customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●●  ●  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

## Similar sponsored items    See all ›

Feedback on our suggestions

Framed Wall Art for Living
Room,3pcs Canvas Home Decor
Painting Artwork
New
**$38.24**
Free shipping
⊘ Direct from Madison Park
24 watchers

Abstract Canvas Painting
Canvas Wall Art Home Decor
Wall Picture Posters & Print
New (Other)
**$12.21**
$12.99 6% off
Free shipping
27 watchers

1 Framed Original Mid Century
Modern Like Abstract Modernist
Acrylic Painting NR
New
**$50.00**
0 bids
11h 59m
+ $10.52 shipping
Seller with a 100% positive
feedback

Abstract Canvas Painting
Posters Prints Art Canvas Wall
Art Home Decor Pictures
New (Other)
**$12.21**
$12.99 6% off
Free shipping
15 watchers

eBay eGift Cards for all
A treat for any occasion.
Shop now
ebay

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale
gold curly hair wig stretchy party mask
New (Other)
**$17.05**
$19.16 11% off
Free shipping

Hand painted Original Oil Painting Portrait
art Marilyn Monroe on canvas 20"X24"
**$498.00**
+ $38.00 shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale
gold curly hair wig Free hair net
New (Other)
**$14.63**
$16.43 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig STANDARD party
New
**$14.84**
$16.67 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable
New (Other)
**$16.82**
$18.90 11% off
Free shipping
10% off 2+ with coupon

Marilyn
Sculpt
Pre-ow
**$17.50**
Free s

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 06, 2023 09:10:31 PDT View all revisions                    eBay item number: 253346037087

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Unbranded |
| Original/Reproduction | Reproduction | Type | Giclée & Iris Print |
| Color | Multi-Color | Material | Canvas |
| Subject | Figures & Portraits | Style | Modernism |
| Features | Framed | | |

## Item description from the seller

The canvas print has already been perfectly stretched on wooden frame with hooks fixed on each frame for easy hanging out of box.

## Item Specifics

**Giclee canvas prints, printed on the premium artist canvas, printed canvas wrapped on wooden frame, ready to hang!**

**Type:** Printed

**Frame:** Yes. Printed canvas wrapped on stretcher bars, metal hook fixed on the frame, ready to hang.

**Material:** Thick premium artist canvas, Kiln dried wooden stretcher bar, Eco-solvent ink, Metal hook.

**Finish:** Glossy, UV Protection, Waterproof.

**Wrapping method:** Giclee canvas print by using mirror gallery wrapping method that extends the mirrored image all the way around the wooden frame. Which creates an immersive 3-D effect and makes the prints look great without adding an expensive additional frame.

**Packing:** Packed in hard carton box for shipping.

**Size:** 20x20inch(50x50cm), single panel.

## Payment & Shippment Instructions:

### 1.Payment

We only accept Paypal payment.

### 2.Shipping

We will send your item in 3 days after your payment，All will be shipped by international standard shipping,it will take 5-10 business days to USA, Canada, Australia, UK, Europe and Asia, would take about 7-19 business days to other areas normally,
Sometimes it will be postponed a period of time, because of holidays or bad weather,(Told the full address, easy to find you the fastest ,with phone numbers better)

### 3 .Return Policy

Refund or replacement request within 14 days after the return of the parcels received under the same conditions, according to project requirements to receive. The customer will be responsible for providing cost-effective project.

### 4.Customer Service

Feedback will be left once after we have received payment from buyer.

For any reason you are not satisfied with your purchase, please contact us at to resolve any issues there before leaving feedback. We will reply you as soon as possible. We believe we can resolve all kinds of problems for you.

### 5.Feedback

- We work very hard to exceed your expectations. We make our living by offering a quality product at a competitive price,all while offering the BEST customer experience in the industry.
- We WILL leave feedback for you as soon as payment is received and hope you will take a moment to do the same for us. As important or more than feedback is the 5 star ratings. WE NEED 5 STAR RATINGS .... But we plan to earn them .
- If you are Not Satisfied with the item, please Contact Us before you leave me negative feedback, we will try our best to solve the problem to make you satisfied. (we know leave negative can deal nothing!) Thanks for your understanding.

### Thank you for your attention. Happy shopping!



See all feedback

## You may also like

Feedback on our suggestions



Abstract Canvas Painting Posters Prints Art Canvas Wall Art Home Decor Pictures
New (Other)
$12.21
$12.99 6% off
Free shipping
15 watchers



5Pcs Canvas Print Paintings Landscape Pictures Wall Art Modern Living Room Decor
New
$11.48
$16.48 30% off
Free shipping
Top Rated Plus



Abstract Woman Canvas Painting Wall Art Wall Decor Wall Poster Prints Art
New
$3.75
$3.99 6% off
Free shipping
38 watchers



Abstract Canvas Painting Canvas Wall Art Home Decor Posters Prints Wall Picture
New (Other)
$6.57
$6.99 6% off
Free shipping
38 watchers



CANVAS PRINTS WALL ART PAINTING PICTURES , HOME DÉCOR POSTERS & PRINTS ART
$20.99
+ $2.25 shipping
Seller with a 100% positive feedback



Modern Home Decor Canvas Print Painting Wall Art Landscape Picture Living Room
New
$7.54
Free shipping
9 watchers



Abstract Woman Portrait Canvas Painting Canvas Wall Art Home Decor Poster Prints
New (Other)
$3.75
$3.99 6% off
Free shipping



Abstract Canvas Painting Canvas Wall Art Home Decor Wall Picture Posters & Print
New (Other)
$12.21
$12.99 6% off
Free shipping
27 watchers



Abstract Canvas Painting Canvas Wall Art Home Decor Posters Prints Art Pictures
New (Other)
$6.57
$6.99 6% off
Free shipping
38 watchers



Abstract Cloud Canvas Painting Canvas Wall Art Home Decor Wall Poster Prints Art
New (Other)
$6.57
$6.99 6% off
Free shipping
12 watchers



Sponsored
Modern Canvas Poster Canvas Painting Abstract Canvas Wall Art Home Decor Picture
New (Other)
$8.45
$8.99 6% off
Free shipping
95 sold



Sponsored
Oil Painting On Canvas Canvas Wall Art Wall Poster Wall Painting Home Decoration
New (Other)
$9.39
$9.99 6% off
Free shipping
8 watchers



Sponsored
Landscape Art Canvas Painting Poster and Print Wall Art Pictures for Living Room
New (Other)
$12.21
$12.99 6% off
Free shipping
44 sold



Sponsored
First Wall Art Abstract Blue Wall Art Decor Modern Picture Canvas Print Framed
New
$39.20
$49.00 20% off
Free shipping



Sponsored
Wall Art Canvas Poster Framed Wall Pictures 3 Piece Modern Living Room Decor
New
$51.98
Free shipping
Last one



Sponsored
Modern Animal Giclee Canvas Prints Painting Horses Picture Wall Art Home Decor
New
$10.80
Free shipping
21 watchers



Sponsored
Modern Canvas Painting Poster Wall Decor Abstract Art Canvas Wall Art Prints Art
New (Other)
$12.21
$12.99 6% off
Free shipping
16 watchers



Sponsored
Abstract Cloud Canvas Painting Canvas Wall Art Home Decor Print Wall Picture
New (Other)
$12.21
$12.99 6% off
Free shipping
49 sold



Sponsored
Canvas Wall Art For Living Room Family Wall Decor For Bedroom Abstract Blue F...
New
$42.95
Free shipping
Last one



Sponsored
Modern Giclee Canvas Prints Home Wall Art Decor Red Flowers Oil Painting Picture
New
$10.80
Free shipping
23 watchers



Sponsored
Modern Canvas Poster Canvas Painting Abstract Canvas Wall Art Home Decor Picture
New
$21.98
Free shipping



Sponsored
Abstract Canvas Painting Canvas Poster Canvas Wall Art Print Wall Decor Pictures
New (Other)
$12.21
$12.99 6% off
Free shipping
5 watchers



Sponsored
Oos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon



Sponsored
Beauty Angel Girl Poster Canvas Painting Wall Art Home Decor Pictures Prints Art
New (Other)
$3.75
$3.99 6% off
Free shipping
33 sold

Cloud Abstract Canvas Painting Wall Art Print Poster Wall Picture Home Decor Art
New (Other)
$6.57
$6.99 6% off
Free shipping
11 watchers

## Explore more sponsored options: Unbranded Art Reproduction Giclee & Iris Prints

Feedback on our suggestions

Framed HD Canvas Print Art For Home
Decor Waterfall Canvas Wall Art Giclee Print

Framed HD Canvas Print Art Home Decor
Canvas Wall Art Sunflower Giclee Art Print

Framed Canvas Print Art Home Decor
Canvas Wall Art Sea Sunrise Giclee Art Print

Framed HD Canvas Print Art Home Decor
Dusk Beach Canvas Wall Art Giclee Print

Framed Animal Canvas Print Art Home
Decor Canvas Wall Art Horse Giclee Art




ebay

‹ Back to search results    Home & Garden › Bath › Shower & Bathtub Accessor... › Shower Curtains

Share · Add to Watchlist



⤢

‹    ›

Have one to sell? Sell now

### Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain

fantasy-05 (142)
96.7% positive · Seller's other items · Contact seller

## US $25.89

Condition: New

Quantity:  1    3 available / 2 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 8 have added this to their watchlist.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: china, China

Delivery:    📦 Estimated between Tue, Feb 13 and Wed, Feb 21 to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🟧  💳  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all ›

Feedback on our suggestions



Beautiful Marilyn Monroe 3D Shower Curtain Waterproof Fabric Bathroom Decoration
New
$22.48
+ $6.58 shipping
17 watchers



Beautiful Marilyn Monroe 3D Shower Curtain Waterproof Fabric Bathroom Decoration
New
$22.48
+ $6.58 shipping
8 watchers



Larry Bird Historic Collectible! Shower Curtain - "Boston Connection"! Rare!
Now
$175.00
0 bids
6h 55m
+ $14.99 shipping



Marilyn Monroe Shower Curtain or Bathroom set, Gift Idea For Fans
New
$26.99
+ $10.99 shipping
46 sold

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions



Marilyn Monroe Blonde 5D Picture Diamond Painting Kit Rhinestone Wall Decor Art
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback



100% hand short hair fashion Marilyn Monroe oil painting art on canvas
$74.10
$95.00 22% off
Free shipping
7 watchers



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon



Vintage Quartz Pocket Watch Gift Retro Necklace Marilyn Monroe Full Hunter Women
New
$5.08
Free shipping
38 sold



Cute M...
Silver E...
New
$4.64
$4.99...
Free sh...
Seller w...

∧

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 385822224358

Last updated on Oct 15, 2023 03:30:21 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Number of Items in Set | 1 |
| Pattern | Marilyn Monroe | Usage | Shower Curtain |
| Color | Black | Custom Bundle | No |
| UPC | Does not apply | Material | Polyester |
| MPN | Does Not Apply | Set Includes | Hooks |
| Bundle Listing | No | Item Length | 70 in |
| Suitable For | Shower | Brand | Unbranded |
| Personalize | No | Type | Shower Curtain Set |

| Model | 38.6 | | Style | | Nostalgic |
| Theme | | Diana | Features | | |
| Country/Region of Manufacture | | | Room | | Bathroom |
| Item Width | 180 cm | | Item Weight | | 0.5 |

## Item description from the seller

Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain

- **Features:**
-
- - Shower curtain with Marilyn Monroe Black & White Nostalgic Pattern.
-
- - Made by water proof polyester pongee material
- - Size: 180cm (W)*180cm (H).
- - With 12 PCS Plastic Hooks in original package.
- - Brand new in box, ready to ship.





one water filter. I don't want to waste the effort returning it, but would like the seller to change the posting to state "I GE XWFE" water filter to avoid confusion with other buyers. Thank you.

1-2 PACK OF GE XWFE Refrigerator Water Filter - (White) Free & Without Ohio USA (#385711854283)

6****f (146) · Past 6 months

Great RDS for a Great Price!! Very Fast Delivery !!! Great Seller, will deal with again.

Red Dot Sig Sauer Romeo 5 1X0R52001 1x20mm Compact 2 Moa Scope Sight Shake Awake (#385809197747)

See all feedback

**You may also like**

Feedback on our suggestions

    



Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

< Back to search results | Toys & Hobbies > Models & Kits > Figures                                    Share · Add to Watchlist



Have one to sell? Sell now

## 1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted

🏪 **fashionzon** (88692)
99.4% positive · Seller's other items · Contact seller

**US $12.99**

Condition:  New

Quantity:  [ 1 ]    2 available / 1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: guangdong, China

Delivery:    📦 Estimated between **Mon, Feb 12** and **Wed, Mar 6** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  🟠  💳  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more



## Similar sponsored items    See all >

Feedback on our suggestions

         

1/24 resin figure model kit H/75mm Sexy beauty girl Unassembled Unpainted
New
**$19.08**
Free shipping
25 sold

1/24 RESIN FIGURE Model Kit 75mm Marilyn Girl Unassembled Unpainted Toy NEW Gift
New
**$19.00**
Free shipping

1/24 resin figures model beautiful girl Unassembled Unpainted
New
**$19.38**
Free shipping
14% off 3+ with coupon

1/24 resin figure model H/75mm Cartoon girl and dog Unassembled Unpainted
New
**$23.54**
Free shipping
45 sold

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

            

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
**$13.89**
Free shipping
Seller with a 100% positive feedback

Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

50Pcs Marilyn Monroe Sexy Beauty Vinyl Sticker For Laptop Luggage Graffiti Decal
New
**$4.99**
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**
Free shipping
Last one

6"Marilyn Monroe Action Figure Wacky Wobbler Bobble Head Gift In Box
Pre-owned
**$13.98**
($13.98/Unit)
+ $9.53 shipping
Seller with a 99.7% positive feedback

Marilyn
Sculpt...
Pre-ow
**$14.9**
Free sh
Last on

---

About this item    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 24, 2024 23:22:19 PST View all revisions                    eBay item number: 115962689639

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Figure | Item Height | 26-28mm |
| Scale | 1:64 | Material | Resin |
| Features | Not Painted | UPC | Does not apply |

## Item description from the seller

1/64 scale is about 26-28mm height for a standard standing figure.
Children will be a little smaller than standard size
3D item, not much to be assembled, maybe some parts need to be glued together

unpainted & unassembled.
no instructions

No instructions
Some parts may need be glued by yourself~
Any problem, please just send us a message
before leave negative feedback,
we will resend or refund whithin 48 hours.



**fashionzon**
99.4% Positive Feedback
67K items sold

📅 Joined Jul 2014

Visit store
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 4.9 |

### Popular categories from this store   See all

1/35 Civilians Workers    1/72 Scale    1/35 resin US soldiers/figures
1/35 german soldiers/figures    1/35 Russia/Soviet Soldier
1/35 other model kits    1/35 British Soldiers/Figures
1/35 other military figures    1/35 Sci-fi character figures

### Seller feedback (31,038)

This item (1)   All items (31,038)

➕ 1***7 (883) • Past month

Model arrived fast and safe. Well packaged

See all feedback

---

### You may also like
Feedback on our suggestions

    

Unpainted 1/24 Scale 75mm Resin Figure Model Kit Sexy Marilyn Monroe Unassembled
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

1/35 Resin Marilyn Monroe Subway Pose Classic Model Giirl Unassembled Unpainted
New
**$14.99**
Free shipping
Seller with a 99.4% positive feedback

1/24 RESIN FIGURE Model Kit 75mm Marilyn Giirl Unassembled Unpainted Toy NEW Gift
New
**$19.00**
Free shipping

1/16 Resin Marilyn Monroe Unassembled Unpainted 4374
New
**$18.99**
Free shipping
Seller with a 99.6% positive feedback

A Playful Girl Full Resin Figure Model Kit 1/24 Scale Unassembled Unpainted Toy
New
**$13.00**
Free shipping
Seller with a 99.1% positive feedback

    

1/24 Unpainted Resin Model Kit Sexy Girl Marilyn Figure Unassembled Toy GK NEW
New
**$22.68**
Free shipping
Seller with a 100% positive feedback

1/64 Resin the Beatles Member 4 Figures w/Instrument Unassembled Unpainted
New
**$23.49**
Free shipping
Popular

1/64 Resin Bonnie and Clyde 2 Figures Unpainted
New
**$14.99**
Free shipping
Seller with a 99.4% positive feedback

Car Repair Girl Full Resin Figure Model Kit 1/24 Scale Unassembled Unpainted Toy
New
**$12.96**
Free shipping
Seller with a 99.1% positive feedback

1/24 Unpainted Resin Figure Model Kit Sexy Girl And Boy Kit NEW Toys Hobbies
New
~~$31.59~~ 5% off
**$30.01**
Free shipping
Last one

    

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy Model Statue w/ Box
New
**$89.00**
Free shipping
24 sold

Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$13.89**
Free shipping
Seller with a 100% positive feedback

1/24 resin figures model beautiful girl Unassembled Unpainted
New
**$19.38**
Free shipping
14% off 3+ with coupon

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$14.99**
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$13.99**
Free shipping
10 watchers

    







Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.69
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping
Last one

Sponsored
1/24 resin figures model beautiful girl Unassembled unpainted

New
$19.88
Free shipping
14% off 3+ with coupon

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$16.79
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$21.24 20% off
Free shipping
12 watchers

Sponsored
Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure

New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$12.99
Free shipping

Pre-owned
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.89
Free shipping

Marilyn Monroe PVC Figure Gold Dress 16cm

Pre-owned
$11.44
+ $19.15 shipping
Seller with a 100% positive feedback

Back to search results

Return to top

More to explore : Ngo Scale Models Diecast & Toy Resin 1:64 Scale,  Resin Diecast & Toy 1:64 Scale,  Resin 1:64 Scale Diecast Trucks,  Resin 1:64 Scale Diecast Trailers,  Resin 1:64 Scale Diecast Trucks,  Resin Diecast & Toy Cars 1:64 Scale,  Resin Model Trains,  Hot Wheels Classics 1:64 Diecast & Toy Vehicles,  Top Model Resin 1:18 Diecast & Toy Vehicles,  Resin Mercedes-Benz 1:64 Scale Diecast & Toy Vehicles

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Advanced

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces

Share | Add to Watchlist

🔥 SAVE UP TO 7% WHEN YOU BUY MORE



## Marilyn Monroe Fashion Party Short Curly Wigs halloween Hair Daily wig+a wig cap

ffwig2013 (4,864)
98.9% positive · Seller's other items · Contact seller

**US $20.99/ea**

Condition:  New with tags

Quantity:  1    More than 10 available / 11 sold

Bulk savings:

| Buy 1 $20.99/ea | Buy 2 $20.36/ea | Buy 3 $19.94/ea | 4 or more for $19.52/ea |
| --- | --- | --- | --- |

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People want this. 10 people are watching this.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: 义乌市, China

Delivery:  Estimated between Tue, Feb 6 and Tue, Feb 13 to 30318 ⓘ
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  GPay  VISA  🟧  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

Discover analytical thinkers! beyond the paper ceiling.

### Similar sponsored items    See all >

Feedback on our suggestions


Lace Front Wig Human Hair 13x4 HD Deep wave for women Baby Hair Kinky curly 180%
New
$91.99
Free shipping
Seller with a 100% positive feedback


Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping


ENDING SOON
10A Human Hair Wigs Kinky Curly Short Wigs for Black Women Remy Hair Wig 10inch
New
$19.99
1 bid
23m 59s
Free shipping
♥ Top Rated Plus


Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers

### Sponsored items inspired by your views    See all >

Feedback on our suggestions


VINTAGE UNION76 ROYAL TRITON OIL PORCELAIN SIGN MARILYN MONROE SERVICE ORANGE8"
Pre-owned
$149.90
+ $20.00 shipping
Seller with a 100% positive feedback


Marilyn Monroe Gold Clad Coin Collection - Limited Edition Set
$303.10
$433.00 30% off
Free shipping


modern Marilyn Monroe oil painting 100% hand-painted art on canvas
$77.22
$99.00 22% off
Free shipping
39 watchers


Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers


Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress
New
$24.15
+ $7.99 shipping
Seller with a 100% positive feedback


1/4 Ma Greate Box
New
$69.0
+ $26.
Last or

| About this Item | Shipping, returns, and payments |
| --- | --- |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 154784228723

Last updated on Dec 05, 2022 17:03:23 PST View all revisions

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Country/Region of Manufacture | China |
| --- | --- | --- | --- |
| Department | All Ages | Style | wigs |
| Theme | Party | Cap Size | One Size |
| Hair Color Shade | blonde | Type | Wig |

| Features | Heat Resistant | | Texture | Curly |
|---|---|---|---|---|
| MPN | | | Item Length | |
| Wig Parting Type | C-Part | | Age Group | All Ages |
| Character | Marilyn Monroe | | Wig Cap Part | C Part |
| Attachment Type | Classic Bonded | | Gender | Women |
| Hair Origin | Synthetic | | Brand | fwhwj |
| Cap Construction | Classic Cap | | UPC | Does not apply |

## Item description from the seller

**Length: 30cm/11.81inch**

**G.W.: 180g**

**Material: Heat-resistant Fiber**

**Color: Gold**

**Package Including: 1X Wig+1X Wig Cap**

* The cap size is adjustable and no pins or tape should be required. It fits on most people. All you need to do is to adjust the hooks inside the cap to the correct size to suit your head.

* The item is Easy to wash and care just using a little mild shampoo in cold water. Please don't use Hair Drier or Put the wig expose to intense Hear

1. Payment is required within 3 days of auction closed. When you bid on an eBay listing, you are entering into a legally binding contract with the seller.

2. eBay's Unpaid Item Policy and eBay's User Agreement make clear that buyers must pay for the items that they commit to purchase. PLEASE READ THE AUCTION DESCRIPTION CAREFULLY AND BID RESPONSIBLY!

3. we does NOT tolerate non-paying bidders. We expects ALL customers to complete checkout and pay for any items they purchase on eBay. If we is unable to establish contact with the high bidder within three (3) business days from the end of the auction, the following penalties will occur:

we will file a NON-PAYING BIDDER ALERT with eBay which may ultimately lead to indefinite suspension from eBay

## shipping

Please provide us your phone number on payment to facilitate our shipping, thanks!

Our wigs are shipped from China to anywhere in the world! Wigs will ship same day or next day at the latest after payment has been received and cleared.

We have two types of shipping options:

### Standard Shipping

Standard shipping time is approximately 2-5 weeks (15-30 days). We will always notify our customers after the wigs have been shipped so please only contact us with shipping related questions after 4 weeks has passed.

As the strict customs clearance , the shipping time is about 40-60days to Brazil / Argentina / Russia / Philippines.

And other remote countries by economic shipping is about 15-40 days to England/Germany/Mexico/Italy/Chile.

### Express Shipping

Express shipping time is approximately 4-7 business days instead of the 10-28 calendar days that it can normally take.

Express shipping to Brazil, Italy, and Russia will be a little more expensive and take longer than the typical 4-5 business days due to the more complicated customs requirements.

| Shipping speed | —— 4.9 |
| Communication | —— 5.0 |

## Popular categories from this store    See all

| Lolita Gothic wig | Daily fashion wig | Cosplay Short wig |
| Cosplay Long Wig | BJD wig | |

● n***2 (224) · Past year

Fast shipping! Great wig!

● n***2 (224) · Past year

Fast shipping and great product

● 2***y (235) · More than a year ago

Fabulous quality

[ See all feedback ]

More to explore : Party Human Hair Curly Wigs,  Party Curly Wigs,  Human Hair Fashion Curly Wigs,  Fashion Curly Wigs,  It's A Wig! Human Hair Curly Wigs & Hairpieces,  Classic Cap Human Hair Fashion Curly Wigs,  Human Hair Curly Wigs, Human Curly Hair Wigs,  Curly Wigs,  Pixie Fashion Curly Wigs

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

eBay
Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ∨    My eBay ∨    🔔    ⊠    🛒

Shop by category ∨    [Search...]    [All Categories ∨]    Search    Advanced

<  Back to search results · Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces        Share · Add to Watchlist

🔥 EXTRA 20% OFF 3+ ITEMS WITH CODE 6D5SF65DAS5    See all eligible items and terms ▸










Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig style High Quality

Fine_Jewels_A18 (1466)
977% positive · Seller's other items · Contact seller

**US $16.19**
or Best Offer
Was US $18.40 · Save US $2.21 (12% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Quantity:  [ 1 ]    More than 10 lots available (10 lots per lot)

[ Buy It Now ]
[ Add to cart ]
[ Make offer ]
[ ♡ Add to watchlist ]

↺  Breathe easy. Free shipping and returns.

Shipping:   Free SpeedPAK Standard. See details
            International shipment of items may be subject to customs
            processing and additional charges. ⓘ
            Located in: yiwu, China

Delivery:   📦 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
            Please note the delivery estimate is greater than 9 business days.
            Please allow additional time if international delivery is subject to
            customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  ●●  AMEX  DISCOVER
            PayPal CREDIT
            Special financing available. See terms and apply now

             Earn up to 5x points when you use your eBay Mastercard®.
            Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

## Similar sponsored items    See all >

Feedback on our suggestions






| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable | Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic wave |
|---|---|---|---|
| New (Other) | New (Other) | New (Other) | New (Other) |
| $16.14 | $14.59 | $16.06 | $14.39 |
| $18.14 11% off | $16.40 11% off | $18.05 11% off | $15.99 10% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 25% off 5+ with coupon | Seller with a 100% positive feedback | 20% off 3+ with coupon | 10% off 2+ with coupon |

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions







| Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting | Cos Marilyn Monroe short paragraph pale gold curly hair wig style social wigs | Hand painted Oil painting original Art Portrait Marilyn Monroe on canvas 20"x24" | 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay Party | Cos M... gold c... |
|---|---|---|---|---|---|
| New (Other) | New (Other) |  |  | New (Other) | New (O |
| $16.68 | $16.68 | $498.00 | $153.00 | $17.01 | $17.42 |
| $18.63 11% off | $18.63 11% off | + $30.00 shipping | $180.00 15% off | $18.90 10% off | $19.79 |
| Free shipping | Free shipping | Seller with a 100% positive feedback | Free shipping | Free shipping | Free s... |
| 10% off 2+ with coupon |  |  |  | 20% off 3+ with coupon |  |

---

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2024 02:56:43 PST  View all revisions        eBay item number: 314199260853

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Classic Cap | Cap Size | Extra Large |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Black | Hair Origin | Synthetic |
| Item Length | 1 in | Item Weight | 1.1 lb |
| MPN | 1 | Style | Ponytail |
| Texture | Straight | Theme | Cosplay |
| Type | Wig | Wig Parting Type | L-Part |
| UPC | Does not apply | | |

### Item description from the seller

**You may also like**

Slayer Kamado Nezuko Wig Black Orange Long Gradient
**15.21 USD**
~~16.0 USD~~
Free shipping

Black girl long straight hair party mask neat bang cosplay
**26.61 USD**
~~32.0 USD~~
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig style High Quality

**PRODUCT DESCRIPTION**

| | | |
|---|---|---|
| Accurate description | | 4.8 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.9 |
| Communication | | 4.9 |

**Popular categories from this store**   See all

Earrings    Other

Very nice bead bracelet. Great price and free shipping too. Securely packaged. Five ⭐⭐⭐⭐⭐ seller. Recommend this seller to all buyers. Thank you.

Natural 8mm round Malachite Black Tourmaline Yoga Chakra Bracelet Gift (#3564249315*9)

✅ l***i (1281) · Past month

Perfect, well packaged, fast shipping just as described! Thank you!

6mm Lapis Lazuli Gemstone Mala Bracelet 108 Beads Healing energy Tassel Buddhism (#3132711283022)

✅ _***7 (325) · Past 6 months

These white shell pearls were a wonderful surprise when they arrived. Was not sure what they would look like but were just as described by the seller. Usually when people describe the beads as being "large" they are not but these were big and had a nice shimmer to them! Took a few weeks to arrive but worth it. Super good price too.

Rare Huge 18mm south sea White Shell Pearl Necklace AAA 19 inches 20 I 9 24 25 (#3135926730189)

See all feedback

🎁 EXTRA **20% OFF** 3+ ITEMS WITH CODE **6D5SF65DAS5**ⓘ  See all eligible items →
6D5SF65DAS5

All promotional offers from jinta_60

Daily Otaku Green Short Hair Hairpiece Cosplay Costume full Wig party healthy
Was:    ~~US$17.66~~
Now:    US $15.54

Beige long curly hair women fake hair cosplay wig wigs high-temperature Harajuku
Was:    ~~US$19.89~~
Now:    US $17.51

Black short hair fluffy Turn warped cartoon cosplay wig healthy stretchy party
Was:    ~~US$15.57~~
Now:    US $13.70

Saffron yellow girl Pigtail Yellow bow Short straight hair cos wig Cosplay
Was:    ~~US$22.25~~
Now:    US $19.58

Love Live! Kotori Minami Men's Harajuku Short Hair flaxen wig Fancy Hallowmas
Was:    ~~US$15.36~~
Now:    US $13.52

➕
See all

You can change quantities in your cart.

**You may also like**                    Feedback on our suggestions







ebay

Back to search results | Clothing, Shoes & Accessor... > ... > Costumes > Women

Share | Add to Watchlist

🏷️ **SAVE UP TO 5%** See all eligible items and terms ▸



Have one to sell? Sell now

### BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit

flaireran (106)
92.7% positive · Seller's other items · Contact seller

**US $23.74**
Was US $24.99 ⓘ
Save US $1.25 (5% off)

Condition: New with tags

Size: - Select -

Quantity: 1    Last One / 1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

Shipping: US $9.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 📦 Estimated between Fri. Feb 9 and Thu. Mar 7 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  💳  💳  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡️ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



---

## Similar items    See all ▸
Sponsored



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
$44.99
+ $9.99 shipping



BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
$25.64
$26.99 5% off
+ $9.90 shipping



Ragatha Cosplay Costume Patched Printed Dress Outfits ComicCon Halloween Suit
New
$30.67
$32.98 7% off
+ $1.99 shipping



Ragatha Cosplay Costume Outfits Halloween Carnival Suit
New
$26.00
+ $4.99 shipping

Feedback on our suggestions

---

💳 eBay eGift Cards for all
A treat for any occasion.
Shop now
ebay

---

**What's your size?**
Add your size to see recommendations that will fit better.

Add your size

---

## Sponsored items inspired by your views    See all ▸

Feedback on our suggestions



BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit
New
$24.19
$26.01 7% off
+ $9.99 shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit
New
$42.76
$46.48 6% off
+ $4.90 shipping
6 watchers

Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
$44.99
+ $9.99 shipping

Marilyn Monroe 20 cm figure
New
$149.99
+ $35.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 Inches
New
$20.49
Free shipping
🏆 Top Rated Plus
Seller with a 99.9% positive feedback

MARIL
24x36
New
$12.5(
Free sh
10% of

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 374406410426

Last updated on Sep 13, 2023 22:29:44 PDT  View all revisions

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including | Style | Cosplay |
| Theme | ...Blonde: Norma Jeane | Occasion | Show |
| Brand | Unbranded | Color | Multi-Color(As the picture shown) |
| Size Type | Size Chart | Material | Filter Cotton |
| Features | Vintage | Country/Region of Manufacture | China |
| Personalize | Yes | MPN | Does Not Apply |
| Modified Item | No | | |

## Item description from the seller

## Description

- Material:  Filter Cotton
- Include:  Dress

**Important:** Please send us your size number from size chart below and your gender for standard size costumes, but we don't accept measurements for standard size ones, because the patterns are already made and measurements are fixed according to size chart below.

| Men's Size | Height | | Chest | | Waist | | Hips | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 64 | 165 | 33-36 | 86-92 | 28-29 | 71-74 | 32-34 | 81-86 | 17.3 | 44 |
| Small | 67 | 170 | 36-38 | 92-97 | 30-31 | 76-79 | 35-37 | 90-95 | 18.1 | 46 |
| Medium | 69 | 175 | 39-41 | 99-104 | 32-34 | 81-86 | 38-40 | 97-102 | 18.9 | 48 |
| Large | 71 | 180 | 42-44 | 107-112 | 35-37 | 89-94 | 41-43 | 105-110 | 19.6 | 50 |
| X-Large | 73 | 185 | 45-47 | 114-119 | 38-39 | 97-99 | 44-46 | 112-117 | 20.5 | 52 |
| XX-Large | 75 | 190 | 48-50 | 122-127 | 41-43 | 104-109 | 47-49 | 119-125 | 21.25 | 54 |
| XXX-Large | 77 | 195 | 50-53 | 126-135 | 44-46 | 112-117 | 49-52 | 125-132 | 22 | 56 |

| Women's Size | Height | | Bust | | Waist | | Hip | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 61 | 155 | 32-33 | 81-84 | 23-25 | 59-64 | 34-35 | 86-89 | 15 | 38 |
| Small | 63 | 160 | 34-35 | 86-89 | 26-27 | 66-69 | 36-37 | 91-94 | 15.4 | 39 |
| Medium | 64 | 165 | 36-37 | 91-94 | 28-29 | 71-74 | 38-39 | 97-99 | 15.75 | 40 |
| Large | 67 | 170 | 38-41 | 97-103 | 31-33 | 80-84 | 41-43 | 104-109 | 16.15 | 41 |
| X-Large | 69 | 175 | 42-44 | 107-112 | 35-37 | 88-93 | 44-46 | 112-118 | 16.5 | 42 |
| XX-Large | 71 | 180 | 45-46 | 113-116 | 38-39 | 94-98 | 47-48 | 119-123 | 16.9 | 43 |
| XXX-Large | 73 | 185 | 47-48 | 117-119 | 40-43 | 99-112 | 49-52 | 124-132 | 17.32 | 44 |

See all feedback

🅱 SAVE UP TO **5%** ⊘ See all eligible items →
2023/12/19
Marked down item price reflects all savings. Items provided by flairerun

All promotional offers from flairerun











Hercules -Megara Cosplay Costume Outfits Halloween Carnival Party Disguise Suit
Was: US$29.00
Now: US $27.55

Resident Evil 4 Ada Wong Cosplay Costume Cheongsam Dress Halloween Disguise Suit
Was: US$19.99
Now: US $18.99

Nami Cosplay Costume Outfits Halloween Carnival Party Suit Swimwear
Was: US$26.00
Now: US $24.70

Babi Cosplay Costume Pink Dress Halloween Carnival Party Suit
Was: US$30.00
Now: US $28.50

Princess Peach Cosplay Costume Swimsuit Halloween Carnival Roleplay Suit
Was: US$19.00
Now: US $17.10

＋
See all

You can change quantities in your cart.

You may also like







Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit
New
**$42.76**
$44.68 8% off
+ $4.90 shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit
New
**$49.08**
$52.77 7% off
+ $9.99 shipping

Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit
New
**$24.19**
$26.01 7% off
+ $9.99 shipping

The Menu Margot Cosplay Costume Dress Outfit Halloween Carnival Suit Party Dress
New
**$20.81**
$21.90 5% off
Free shipping




Regatta Cosplay Costume Outfits Halloween Carnival Suit
New
**$26.00**
+ $4.99 shipping

BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping

Peach Cosplay Costume Dress Outfits Halloween Carnival Party Suit Princess
New
**$25.00**
+ $4.90 shipping






US Womens Sexy Lingerie Uniform Fancy Dress School Girls Costume Cosplay Outfits
New (Other)
**$6.29**
$6.99 10% off
Free shipping



Women's 80s Costume Set-Halloween, Dress up, Party, Cosplay
New
**$20.00**
Free shipping







Dress Cosplay Costume Outfits Halloween Carnival Party Suit
New
**$20.99**
+ $4.99 shipping

Ghosted Sadie Dress Cosplay Costume Outfits Halloween Carnival Party Suit
New
**$30.56**
$32.86 7% off
+ $4.99 shipping

Rapunzel Cosplay Costume Adult Dress Outfits Halloween Party Carnival Suit
New
**$33.39**
$35.90 7% off
+ $9.90 shipping

Beech dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit
New
**$24.70**
$26.00 5% off
+ $4.90 shipping

Ghosted Sadie Dress Cosplay Costume Outfits Halloween Carnival Party Suit
New
**$20.99**
+ $4.99 shipping







Peach Cosplay Costume Dress Outfits Halloween Carnival Party Suit Princess
New
**$23.00**
+ $4.90 shipping

Ruby Sunday Cosplay Costume Slim Dress Outfits ComicCon Halloween Fancy Suit
New
**$32.53**
$34.99 7% off
+ $1.99 shipping

Elbrab cosplay Pink Dress Costume Outfits Halloween Carnival Party Suit necklace
New
**$35.43**
$38.51 8% off
+ $4.99 shipping

Angel Dust Cosplay Costume Outfits Halloween Carnival Suit Tops Dress Gloves
New
**$30.99**
+ $9.99 shipping

Beech dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit
New
**$24.70**
$26.00 5% off
+ $4.90 shipping

Bar-bel dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit
New
**$24.23**
$25.50 5% off
+ $6.99 shipping

Beach dress Cosplay Costume Outfits Halloween Carnival Party Disguise Suit
New
**$24.70**
$26.00 5% off
+ $4.90 shipping

Pearl Cosplay Costume Dress Outfits Halloween Carnival Suit
New
**$55.99**
Free shipping

Brarbiel Cosplay Pink Dress Costume Outfits Halloween Carnival Party Suit Skirt
New
**$23.34**
+ $4.99 shipping

Tigris Snow Cosplay Costume Dress Outfits Halloween Fancy Dress Party Suit Skirt
New
**$13.99**
+ $9.99 shipping

More to explore : Cosplay Complete Outfit Unisex Costumes, · Cosplay Costume Suits for Men, · Complete Outfit Cosplay Costumes for Men, · Suit Cosplay Unisex Costumes, · Complete Outfit Carnival Costumes for Women, · Cosplay Unisex Costumes, · Cosplay Dress Costumes for Women, · Cosplay Dress Costumes for Girls, · Handmade Cosplay Complete Outfit Unisex Costumes, · Cosplay Red Complete Outfit Unisex Costumes

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 5B Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



Homepage > Home & Living > Home Decor > Wall Decor > Wall Decals & Murals

← Back to search results





**$21.75+** ~~$29.00+~~
25% off sale for a limited time

Marilyn Monroe Photo Wallpapers Retro Wood Wall Mural, Vintage Wood Background Marilyn Monroe Living Room Bedroom Bar Wallpaper Home Decor

Florawallpaper ★★★★★

☑ Returns & exchanges accepted

Style *

Select a style ▾

Add your personalization *

The price shows only 1 square materialex, if your wall's size is 2 m width and 2.5m height, so 8m = 2.5m=7.5 square meter ( fill the quantity 8)and leaving your wall's width and height
if your height or width is over 1.8M, choose join panels or peel &stick.

256

Check out with **PayPal**

Add to cart

❤ Add to collection

**Item details** ▴

🖐 Handmade

▱ Materials: German Standard Vinyl, Peel and stick    •••

◹ Width: 1 meters
   Height: 1 meters

A.Peel and stick wallpaper.

1. We have added a new type of wallpaper, peel and stick, which is much easier for you to apply to your

Learn more about this item

**Shipping and return policies** ▴

☐ Order today to get by Jan 25–Feb 12

↩ Returns & exchanges accepted within 7 days

⟲ Cost to ship: $20.00

Deliver to United States, 30092 ▾
Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

**Meet your sellers** ▴

Owner of **Florawallpaper**
♡ Follow shop

Message

This seller usually responds within 24 hours.

---

Other reviews from this shop | ★★★★⯪ (437)                    Sort by: Suggested ▾

★★★★★
So in love it's amazing                                    Item quality      ▬▬▬▬ 5.0
Purchased item: Marilyn Monroe Photo Wallpapers Retro ...   Shipping         ▬▬▬▬ 5.0
 Reviewed by inactive  Feb 10, 2023      Customer service ▬▬▬▬ 5.0
👍 1 Helpful

★★★★★                                                      Item quality      ▬▬▬▬ 5.0
I got the peel and stick version of this and it's very heavy
and good quality. I had to restick the first piece a couple   Shipping         ▬▬▬▬ 5.0
of times so it has a few bubbles that won't lie flat, but th... •••  Customer service ▬▬▬▬ 5.0
Purchased item: Abstract Rainbow Colorful Clouds Wallp...



Aubre  Jun 25, 2023
👍 Helpful?

★★★★★
Absolutely in love with the design and how it came out! Best part, my daughter loves her room now!
Purchased item: Watercolor Abstract Clouds Wallpaper Wall Mural, Rendering ...

ElmaESus  Mar 20, 2023
👍 Helpful?

★★★★★                                                      Item quality      ▬▬▬▬ 5.0
Gorgeous wallpaper! It really makes the look of our dining
room. The seller was super helpful and I especially appreciated  Shipping      ▬▬▬▬ 5.0
the mock-up they provided.                                    Customer service ▬▬▬▬ 5.0
Purchased item: Oil Painting Emerald Green Tropical Plan...

Adrianne Mitenius  Oct 11, 2023
👍 Helpful?

← 1 2 ... 110 →

Photos from reviews

    →

---

More from this shop  ♡ Follow

               

Dark Brown Background Yellow...   Creative Clouds Wallpaper, Cre...   3D Pink Flower Tree White Plas...   3D White Gold Flower Rose wit...   Dark Brown Background Pink Fl...
Florawallpaper      Florawallpaper      Florawallpaper      Florawallpaper      Florawallpaper
$0.37               $0.30               $0.37               $0.37               $0.37

Browse by section

 Nature Wall Mural  208 items

Flowers& Birds Wall...  485 items

All  2870+ items

## You may also like including Ads ⓘ

See more








Marilyn Monroe Wallpaper, Art ...
HomeArtWallpaper
$10.00
$13.34 (25% off)
FREE shipping

Marilyn Monroe Glamour Show...
TeardropLake
$39.99
FREE shipping

HISTORIX Vintage 1953 Marilyn...
HistorixPrintsDotCom
$16.14
$16.99 (5% off)
FREE shipping

Vintage Landscape Wall Mural, ...
KINIJOO
$167.94
FREE shipping

Marilyn Monroe Sleeping Hous...
PrintsVintageShop
$28.00
FREE shipping

Marilyn Monroe Oil Painting Ar...
StellaniaArtPrints
$33.41
FREE shipping








Marilyn Monroe Makeup Famou...
Ad by Etsy seller
$21.92
$31.32 (30% off)
FREE shipping

Marilyn Monroe Art Canvas-Ma...
Ad by Etsy seller
$19.99
FREE shipping

Retro Marilyn Monroe Woman ...
Ad by Etsy seller
$21.75
$29.00 (25% off)

Marilyn Monroe on holiday vint...
Ad by Etsy seller
$18.96

Marilyn Monroe Black and Whit...
Ad by Etsy seller
$59.00

Audrey Hepburn Framed Canv...
$55.70
$69.63 (20% off)
FREE shipping

## Explore related searches



Marilyn
Monroe

## Explore more related searches

Baby Gifts | Gifts for Boyfriend | Gifts for Boys | Gifts for Dad | Gifts for Girlfriend | Gifts for Girls | Gifts for Husband | Gifts for Mom

Gifts for Sister | Gifts for Wife | Anniversary Gifts | Birthday Gifts | Christmas Gifts | Gifts for Couples | Gifts for Friends | Gifts for Her

Gifts for Him | Gifts for Kids | Gifts for Teachers | Housewarming Gifts | Personalized Gifts | Gifts

Listed on Jan 3, 2024    60 favorites

Report this item to Etsy

All categories > Home & Living > Home Decor > Wall Decor > Wall Decals & Murals

 Etsy is powered by 100% renewable electricity.



Download the Etsy App

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

🇺🇸 United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

Back to search results · Clothing, Shoes & Accesso... › ··· › Accessories › Wigs & Facial Hair

## Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free hair net

I watched in the last 24 hours

Foxwest (6677)
98.2% positive · Seller's other items · Contact seller

**GBP 14.66**
Approximately US $18.65
or Best Offer

Condition: **New with tags**

Quantity: 1    3 available

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Free shipping and returns.

Shipping: Free Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery: 📦 Estimated between Thu, Feb 15 and Thu, Mar 21 to 30318 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA mastercard AMERICAN
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Find mental health resources
Love,
Your Mind
HUNTSMAN Ad
Learn More

Have one to sell? Sell now

### Similar sponsored items    See all >


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
$14.59
$16.49 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
New (Other)
$16.90
$18.97 12% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig 1
New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon

### Sponsored items inspired by your views    See all >


Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New (Other)
$17.99
Free shipping
20 watchers


Lots 30 pcs Marilyn Monroe Postcard Classic Black White Photos Cards Bulk #14M
New
$14.88
Free shipping
64 sold


Cos Marilyn Monroe short paragraph pale gold curly hair wig 1
New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon


Marilyn Monroe Statue Home Decoration Ornament Figure Sexy Dress Collection Chris
New
$20.99
Free shipping


High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor
New
$77.22
$99.00 22% off
Free shipping

Marilyn
Figure
PVC
New
$12.6
Free s
Seller

| About this item | Shipping, returns, and payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 185809143029

Last updated on Jul 26, 2023 09:31:02 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Country/Region of Manufacture | China | Hair Style | Wavy |
| Main Colour | Multi | Material | 100% Silk |
| Modification Description | Yes | Modified Item | Yes |
| MPN | Does Not Apply | Theme | Dreadlock |
| Type | Wig | EAN | Does not apply |

### Item description from the seller



ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

[Search box]    Advanced

‹ Back to search results · Jewelry & Watches · … · … › Jewelry Findings    Share | Add to Watchlist

🔥 EXTRA 8% OFF 3+ ITEMS See all eligible items and terms ›



## Natural Assorted Gemstone Stone Beads For Jewelry Making Clasps Alloy 1 Piece

Gemstone Wholesale (79899)
99.9% positive · Seller's other items · Contact seller

**US $3.97**
Was US $4.38 (9% off)
Save US $0.21 (5% off)

Condition:  New without tags
"Best Clasps for Jewelry Making!"

Sale ends in:  12h 49m

Size:            - Select -

by Materials:    - Select -

Quantity:   1    More than 10 available

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Have one to sell? Sell now

↩ Breathe easy. Returns accepted.

Shipping:   US $2.99 SpeedPAK Standard. See details
            International shipment of items may be subject to customs
            processing and additional charges. ⓘ
            Located in: 汕头, China

Delivery:   🚚 Estimated between Thu, Feb 8 and Thu, Feb 15 to 30318 ⓘ
            Please note the delivery estimate is greater than 8 business days.
            Please allow additional time if international delivery is subject to
            customs processing.

Returns:    60 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  🔴 🟠  AMERICAN EXPRESS  DISCOVER
            PayPal CREDIT
            Special financing available. See terms and apply now
            🇦🇺 Earn up to 5x points when you use your eBay Mastercard®.
            Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions

**6 Pcs Natural Abalone Shell Beads Gemstone Loose Spacer Beads For Jewelry Making**
New (Other)
$6.17
$6.49 5% off
Free shipping
♦ Top Rated Plus

**Round Faceted Gemstone Loose Beads For Jewelry Making Strand 15" Assorted Stone**
New
$4.09
$4.31 5% off
+ $2.99 shipping
98 sold

HOT AUCTION
**Lot Assorted Sterling Silver Wire, Chip Solder & Sheet for Jewelry Making**
New (Other)
$76.00
22 bids
3h 10m
+ $5.95 shipping
Seller with a 100% positive feedback

**15mm Flower Natural Gemstone Beads For Jewelry Craft Making Strand 15" Wholesale**
New (Other)
$9.31
$9.80 5% off
+ $2.99 shipping
♦ Top Rated Plus

[eBay for Charity turns 20 advertisement]
eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

    

**Cos Marilyn Monroe short paragraph pale gold curly hair wig HIGH STANDARD**
New (Other)
$16.94
$18.62 9% off
Free shipping
10% off 2+ with coupon

**Framed Giclee Canvas Print Poster Modern Wall Art Paintings For Home Wall Decor**
New
$49.80
Free shipping

**Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot style**
New (Other)
$18.44
$20.95 12% off
Free shipping

**Cos Marilyn Monroe short paragraph pale gold curly hair wig stretchy party mask**
New (Other)
$17.05
$17.95 5% off
Free shipping

**Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new**
New
$14.75
$16.39 10% off
Free shipping

**Hand p...
...rt Mar...**
$498...
+ $38...
Seller...

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 10, 2024 12:39:18 PST View all revisions

eBay item number: 375048508711

### Item specifics

| Condition | New without tags ⓘ | Seller Notes | "Best Clasps for Jewelry Making!" |
| --- | --- | --- | --- |
| Handmade | Yes | Country/Region of Manufacture | Unknown |



| | |
|---|---|
| Chain Type | Not Applicable |
| Type | |
| Color | Red Green Black White Yellow Blue |
| Vintage | No |
| Closure | Box |
| Brand | GEM-inside |
| Material | Gemstone |

| | |
|---|---|
| Manufacture | |
| Number of Pieces | |
| Features | Nickel-Free |
| Jewelry Department | Fashion |
| Metal Purity | Unknown |
| Metal | Alloy |
| Suitable For | Cameo |

## Item description from the seller

### May you Like

| | | | | | |
|---|---|---|---|---|---|
| 7 Chakra Gemstone Jewelry Pendant Necklace Gift Yoga Energy Healing Reiki Stone | Natural Gemstone Chakra Stone Necklace Energy Healing Pendant Chain Free Shippm | Assorted Gemstones Oval Pendant Leather Necklace 18 Reiki Healing Jewelry Gift | Natural Gemstones Cone Pendants Healing Energy Chakra Beads Necklace 16-4 5mm | Natural Stone Owl Beads Children Leather Jewelry Pendant Necklaces 18 Gift Bo | Natural Red Agate Chakra Gemstone Lift e Tree Key Chain Ring Pendant For Necklace |
| 9.48 USD | 4.49 USD | 2.87 USD | 3.99 USD | 2.56 USD | 3.18 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Natural Gold Plated Raw Crude Quartz Gemstone Freeform Necklace Jewelry Pendant | 1 1/2 Assorted Kothe Butterfly Leather Chain Jewelry Pendant Necklace 18 Gift | Tree of Life Natural Clear Crystal Jewelry Pendant Necklace Chakras with Chain | Rhinestone Pearl Raw Druzy Crystal Quartz Stone Jewelry Necklace Pendant30X5 5MM | Lava Volcanic Marquise Leather Beads Jewelry Pendant Necklace 18 Assorted Color | |
| 3.67 USD | 3.35 USD | 12.18 USD | 7.56 USD | 4.85 USD | |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | |

### Gemstone Wholesale

99.9% Positive Feedback
507K items sold

Visit store
Contact
♡ Save seller

📅 Joined Jan 2008

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Popular categories from this store   See all

Collectibles    Crafts    Jewelry & Watches

#### Seller feedback (178,420)

● y***_ (11) • Past 6 months

Bracelet was exactly as described, fast shipping great price, will definitely use this seller again!

Multi Color Pave Beads CZ Crystal Disco Ball Beads 8"-8" Bracelet Christmas Gift (#372509701022)

● m***0 (389) • Past 6 months

Great illustration, Great Price, great communication, Fast delivery and very positive experience A+++ Fantastic seller with great deal's and merchandise.

Assorted Natural Gemstone Freeform Tube Column Beads For Jewelry Making 28pcs (#374297078343)

● u***e (1024) • Past year

AAA++++++ Seller! Communication excellent, product as described, shipped well packaged, delivered ahead of expectations. Highly recommended!

14K Yellow Gold Filled Round Smooth Spacer Loose Beads Jewelry Making 100 Pieces (#203720697360)

See all feedback

## 🅱 EXTRA 8% OFF 3+ ITEMS⊙ See all eligible items →

Extra 8% off 3 or more items
Discount will be applied when you add promotional items from gem-inside to your cart

All promotional offers from gem-inside

| | | | | |
|---|---|---|---|---|
| 14K Gold Filled Silica Crimp Clasp Slider Connectors Beads For Jewelry Making | 14K Yellow Gold Filled Ball T Eye Pins For Jewelry Making 100 Pcs Hypoallergenic | GEM-inside14K Gold-filled Jewelry Making Clasps For Necklace Findings 1 pce | GEM-inside 14K Gold-filled Jewelry Making Toggle Clasp For Necklace/Bracelet | 14K Yellow Gold Filled Silica Spacer Stopper Crimp Beads Jewelry Making Findings |
| Was: | Was: | Was: | Was: | Was: |
| Now: | Now: | Now: | Now: | Now: |
| US $4.41 | US $3.79 | US $5.21 | US $3.83 | US $5.32 |

+
See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions



Natural Genuine Red Garnet Stone Gem Round Smooth Beads For Jewelry Making 15"
New
$3.79
$3.99 5% off
+ $2.99 shipping
Top Rated Plus

10 pcs Gold Plated Natural White Pearl Beads Gemstone Charm BohoDIY Making
New
$11.90
Free shipping
36 sold

Alloy Cabochon Assorted Gemstone Connector For Jewelry Making Clasps Mixed Color
New (Other)
$8.08
$8.51 5% off
+ $2.99 shipping
8% off 3+

Natural Dream Agate Crack Gemstone Loose Round Matte Beads Jewelry Making 13"
New (Other)
$4.41
$4.64 5% off
+ $2.99 shipping
Top Rated Plus

Natural Brown Smoky Quartz Crystal Stone Loose Beads For Jewelry Making 15" Gift
New (Other)
$5.94
$6.25 5% off
+ $2.99 shipping
Top Rated Plus



10 Sets Crystal Rhinestone Strong Magnetic Round Ball Connector Clasps Making
New (Other)
$4.89
Free shipping
Top Rated Plus
2294 sold



3mm Assorted Stones Faceted Round Tiny Small Beads For Women Jewelry DIY Making
New (Other)
$4.41
$4.64 5% off
+ $2.99 shipping
Top Rated Plus

Assorted Mixed Gemstone Alloy Beads Cabochon Clasps For Jewelry Making Finding
New (Other)
$8.51
+ $2.99 shipping
9% off 5+

8mm Yellow Gold Plated Ball Clasp Jewelry Making Design Repair Findings GP0027
New
$2.34
$2.46 5% off
+ $2.99 shipping
34 sold

50pcs Tibetan Silver Flower Bead Caps Loose Spacer Beads lot DIY Jewelry Making
New (Other)
$2.35
Free shipping
642 sold



6x26mm Natural Assorted Agate Gemstone Olivary Rice Beads For Jewelry Making 15"
New (Other)
$5.32
$5.60 5% off
+ $2.99 shipping
Top Rated Plus



Natural Twist Rectangle Gemstone Loose Beads For Jewelry Making 15" 15x20mm Gift
New (Other)
$9.52
+ $2.99 shipping
8% off 3+



Natural Assorted Agate Gemstone Tube Loose Beads For Jewelry Making 15" 10x14mm
New (Other)
$6.32
$6.65 5% off
+ $2.99 shipping
Top Rated Plus



10mm Natural Assorted Heart Shape Gemstone Loose Beads for Jewelry Making 15" YB
New (Other)
$8.08
$8.51 5% off
+ $2.99 shipping
Top Rated Plus



6 Pcs Natural Abalone Shell Beads Gemstone Loose Spacer Beads For Jewelry Making
New (Other)
$6.17
$6.49 5% off
Free shipping
Top Rated Plus



Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon



15mm Flower Natural Gemstone Beads For Jewelry Craft Making Strand 15" Wholesale
New (Other)
$9.31
$9.80 5% off
+ $2.99 shipping
Top Rated Plus



Framed Giclee Canvas Print Poster Modern Wall Art Paintings For Home Wall Decor
New
$49.80
Free shipping

Round Faceted Gemstone Loose Beads For Jewelry Making Strand 15" Assorted Stone
New
$4.09
$4.31 5% off
+ $2.99 shipping
98 sold



Natural Assorted Shapes Grade AA Malachite Gemstone Beads For Jewelry Making 15"
New (Other)
$10.54
$11.09 5% off
+ $2.99 shipping
Top Rated Plus

Natural Quartz Gemstone Beads For Jewelry Making 15" Wholesale Jewelry Beads
New (Other)
$2.50
$2.63 5% off
+ $2.99 shipping
Top Rated Plus

2 3 4mm Natural Small Faceted Gemstone Round Beads For DIY Jewelry Making 15"
New
$2.39
+ $2.99 shipping
104 sold

Natural Stone Labradorite Gemstone Round Loose Beads For Jewelry Making 15"
New (Other)
$2.26
$2.38 5% off
+ $2.99 shipping
Top Rated Plus

Natural Gemstone Faceted Clear Rock Quartz Beads For Jewelry Making 15" In Lots
New (Other)
$7.47
$7.86 5% off
+ $2.99 shipping
Top Rated Plus

Natural GemStones Agates Faceted Oval Loose Beads for Jewelry Making DIY 15"
New
$4.69
+ $2.99 shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                          Return to top

More to explore :  Assorted Shapes Assorted Gemstones Stone Loose Beads,   Stone Jewelry for Men Assorted Gemstones,   Faceted Loose Stone Beads Assorted Gemstones,   Stone Assorted Gemstones Round Loose Beads,
Tube Stone Assorted Gemstones Loose Beads,   Flower Assorted Gemstones Stone Loose Beads,   Rondelle Stone Assorted Gemstones Loose Beads,   GEM-inside Assorted Gemstones Stone Loose Beads,
Rondelle Faceted Loose Stone Beads Assorted Gemstones,   Teardrop Faceted Loose Stone Beads Assorted Gemstones

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



Page 1
Themed Makeup Bag Ladies Birthday Gift - Temu
https://www.temu.com/marilyn-monroe-themed-makeup-bag-ladies-birthday-gift-holiday-gifts-easy-storage-bag-for-travel-items-christmas-present-new-year-gift-g-601099533539933.html?top_gallery_url=https://img.kwc... monroe&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706442690093_qdpj4rk4ct&_x_sessn_id=gu8tdnjo24&is_back=1&no_cache_id=mnizt

Free shipping on all orders Exclusive offer | Free returns Within 90 days | Get the Temu App

Best Sellers HOT | 5-Star Rated | Valentine's Day | New Arrivals | Categories | marilyn monroe | Hello, Jeffrey Sladkus Orders & Account | Support | EN

Home › Beauty & Health › Makeup bags & Storage › Marilyn Monroe Themed Make...

Marilyn Monroe Themed Makeup Bag, Ladies Birthday Gift, Holiday Gifts, Easy Storage Bag For Travel Items, Christmas Present, New Year Gift

$2.24 Pay $0.56 today — 209 sold | 4.8★

afterpay Klarna affirm 4 interest-free biweekly installments

✓ Free shipping on all orders — Exclusive offer

Style: Style1

Qty 1 — Almost sold out

✓ 95% of this item's reviews are positive

Add to cart

Provided by GGgirl (1.6K+ sold). Ships from Temu.

Shipping (Arrives before Valentine's Day) ›

Standard: free on all orders
Delivery: Feb 4-9, 78.8% are ≤ 11 days
Courier company: USPS, UPS, etc.

Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 1-6, 74.9% are ≤ 8
Courier company: UPS, DHL,

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Refund if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Sustainability at Temu (4M+ trees) ›

73 reviews | 4.8 ★★★★★ — All reviews are from verified purchases

Item reviews (19) Provider reviews (73)

Larger Than Expected(3) | Table Stuff(1) | Amazing Purse(1) | Super Thick Material(1)

91***94 in on Jan 4, 2024
★★★★★
Amazing purse I love the picture of the paint on it and it's large and I love it you you can put all your ice cream face cream it's amazing I love table stuff which you cannot find it any other place in

629-279-0119 in on Dec 17, 2023 Purchased 2 times
★★★★★
bigger than expected, super thick material, good.price, love it,

See all reviews

GGgirl 4.8 ★★★★★
14 Followers | 1.6K+ Sold | 48 Items

Subscribe | Messages | Feedback

Captured by FireShot Pro: 28 January 2024, 06:53:59
https://getfireshot.com

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

Shop by category    [search box]    Search    Advanced

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces                    Share · Add to Watchlist

EXTRA 20% OFF 3+ ITEMS WITH CODE DSF656D5F6596    See all eligible items and terms ►








Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature

 gift_2018_18 (1502)
98.6% positive · Seller's other items · Contact seller

## US $17.50
or Best Offer
Was US $19.66 ⓘ
Save US $2.16 (11% off)

Condition: **New without tags**
"Mala Yoga Prayer bracelet"

Quantity:  [ 1 ]    10 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:   Free SpeedPAK Standard. See details
            International shipment of items may be subject to customs
            processing and additional charges. ⓘ
            Located in: lmy, China

Delivery:   📦 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
            Please note the delivery estimate is **greater than 9 business days**.
            Please allow additional time if international delivery is subject to
            customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  [mastercard]  [amex]  DISCOVER
            PayPal CREDIT
            Special financing available. See terms and apply now
            Earn up to 5x points when you use your eBay Mastercard®.
            Learn more

Shop with confidence
ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all >                    Feedback on our suggestions

            

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.49 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable
New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

## Sponsored items inspired by your views    See all >                    Feedback on our suggestions

                

Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality
New (Other)
**$14.45**
$16.06 10% off
Free shipping
10% off 2+ with coupon

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
Now
**$100.80**
$120.00 16% off
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Now
**$16.99**
Free shipping
5 watchers

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy
New (Other)
**$15.82**
$17.58 10% off
Free shipping
20% off 3+ with coupon

Wig COS Sexy Marilyn Monroe Light Gold Classic Retro Nakeup Short Hair Wig Ball
Now
**$27.35**
$33.35 18% off
Free shipping

Cos M...
gold c...
New (C...
**$18.3...**
$20.6...
Free sh...

---

About this item | Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.

eBay item number: 234736688753

Last updated on Jul 06, 2023 02:34:07 PDT View all revisions

## Item specifics

| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Classic Bonded | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | One Size |
| Country/Region of Manufacture | China | Department | Men |

| | | | |
|---|---|---|---|
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | | Item Weight | |
| MPN | | Style | |
| Texture | Straight | Theme | Cosplay |
| Type | Underwear | Wig Parting Type | C-Part |
| UPC | Does not apply | | |

## Item description from the seller



100% Genuine    High Quality    Fast Shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us

**You may also like**

Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature

Rainbow-colored short straight Bob hair costume ball fans cos
15.9 USD
Free shipping

White man short hair fluffy covered face cosplay wig
18.9 USD
Free shipping

Iridescence girl long straight hair tilted thislette cos wig high-
29.9 USD
Free shipping

PRODUCT DESCRIPTION

Item received within 2 weeks, great communication with recommended seller.

100% Natural Jade Jade Lotus Carved Lucky Rose Pendant Restore Blessing Wrist (#234859726408)

See all feedback

🏷 **EXTRA 20% OFF** 3+ ITEMS WITH CODE **DSF656D5F6596** ⓘ  See all eligible items →
DSF656D5F6596

All promotional offers from tia_4034



| | | | | |
|---|---|---|---|---|
| Dark brown Short curly hair inclined bang cosplay Wig HIGH wigs new Rose hairnet | Gold yellow updo girl buns short curly hair cosplay wig Cosplay Harajuku | White colour girl short hair middle parting hair style cos wig high-temperature | Brown girl horsetail long curly middle parting hair style cos wig Synthetic | Dark wine red girl Single ponytail long curly hair cosplay wig new High Quality |
| Was: US $16.89 | Was: US $25.99 | Was: US $98.99 | Was: US $26.99 | Was: US $35.40 |
| Now: US $15.04 | Now: US $19.49 | Now: US $16.20 | Now: US $21.56 | Now: US $31.71 |

You can change quantities in your cart.

## You may also like

Feedback on our suggestions











| | | | | |
|---|---|---|---|---|
| Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy | Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality |
| New (Other) | New (Other) | New (Other) | New (Other) | New (Other) |
| $16.06 | $14.59 | $16.14 | $15.82 | $14.45 |











Cos Marilyn Monroe short paragraph pale gold curly hair wig new style STANDARD

New (Other)

$16.66

0 bids

Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy

New (Other)

$16.02

$18.00 11% off

Free shipping

Seller with a 99.2% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New (Other)

$15.90

$18.07 12% off

Free shipping

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

New

$16.98

Free shipping

5 watchers

Cos Marilyn Monroe short paragraph pale gold curly hair wig 1

New

$16.90

Free shipping

20% off 3+ with coupon











Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair

New (Other)

$16.14

$18.14 11% off

Free shipping

20% off 3+ with coupon

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot

New (Other)

$14.80

$16.63 11% off

Free shipping

Seller with a 100% positive feedback

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift design STANDARD

New (Other)

$15.75

$17.50 10% off

Free shipping

20% off 3+ with coupon

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

New (Other)

$17.01

$18.90 10% off

Free shipping

20% off 3+ with coupon

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable

New (Other)

$16.82

$18.00 11% off

Free shipping

10% off 2+ with coupon











Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable

New

$14.64

$16.44 11% off

Free shipping

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting

New (Other)

$16.68

$18.53 10% off

Free shipping

10% off 2+ with coupon

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay social

New (Other)

$17.01

$18.90 10% off

Free shipping

Sponsored

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned

$14.99

Free shipping

Last one

Sponsored

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue,

New

$12.99

Free shipping

Last one











Sponsored

23" Golden Brown to Gold Ombre Long Wavy Curly Blonde Wig Women's Synthetic Hair

New

$14.98

Free shipping

Top Rated Plus

427 sold

Sponsored

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New

$13.99

Free shipping

10 watchers

Sponsored

White girl Short straight hair neat bang cosplay wig hair heat resisting social

New (Other)

$15.04

$16.90 11% off

Free shipping

Sponsored

Blonde Gold Brown Short Natural Wavy Curly Blonde Wig Women's Synthetic Hair

New

$16.99

Free shipping

Sponsored

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New

$12.99

Free shipping

More to explore : Gold Human Hair Curly Wigs & Hairpieces, Human Curly Hair Wigs, Human Hair Curly Wigs, Curly Hair By MissTresses Wigs, It's A Wig! Human Hair Curly Wigs & Hairpieces, Black Human Hair Curly Wigs, Human Hair Fashion Curly Wigs, Gray Human Hair Curly Wigs & Hairpieces, Human Hair Bangs Curly Wigs & Hairpieces, Curly Wigs

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

‹ Back to search results | Clothing, Shoes & Accesso... › ... › Costumes › Women

Share | Add to Watchlist

SAVE UP TO 7%  See all eligible items and terms ›





**Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit**

gigapress (330)
92.3% positive · Seller's other items · Contact seller

**US $49.08**
Was US $52.77 ⓘ
Save US $3.69 (7% off)

Condition: New with tags

Sale ends in: 2d 12h

Size:        - Select -                          ⌄

Quantity:   1      2 available / 7 sold

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

↺ Breathe easy. Returns accepted.

⚡ People want this. 11 people are watching this.

Shipping:  US $9.99 SpeedPAK Standard. See details
           International shipment of items may be subject to customs
           processing and additional charges. ⓘ
           Located in: Shanghai, China

Delivery:  ⬛ Estimated between Mon, Feb 12 and Mon, Feb 26 to 30318 ⓘ
           This item has an extended handling time and a delivery estimate
           greater than 11 business days.
           Please allow additional time if international delivery is subject to
           customs processing.

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  🔴 🟠  AMEX  DISCEVER

           PayPal CREDIT
           Special financing available. See terms and apply now

           Earn up to 5x points when you use your eBay Mastercard®.
           Learn more

Have one to sell? Sell now

## Similar items    See all ›
Sponsored

      

Feedback on our suggestions

Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping

Blonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping

Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$46.99**
+ $9.99 shipping

### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20

Celebrate with us by supporting your favorite charity.

[ Shop now ]

### What's your size?
Add your size to see recommendations that will fit better.

[ Add your size ]

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

          

BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping
7 watchers

384416 Norma Jean Band WALL PRINT POSTER DE
**$15.15**
+ $10.81 shipping
Seller with a 99.5% positive feedback

BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit
New
**$23.74**
$24.99 5% off
+ $9.00 shipping

Blonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit
New
**$24.19**
$26.01 7% off
+ $9.99 shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival
New
**$42.76**
$46.48 8% off
+ $4.90 shipping
6 watchers

Blonde
Long D
Wome
New
**$44.9**
+ $9.9

## About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 19, 2024 13:55:56 PST View all revisions

eBay item number: 185812187373

Last updated on Jan 19, 2024 13:05:56 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Style | Dress |
| Theme | Blonde Norma | Brand | Unbranded |
| Color | Pink | Occasion | Show |
| Material | Satin + Polyester + Lining | MPN | Does Not Apply |

## Item description from the seller



Good Quality

High Efficiency

Best Service

__Description__

### Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit

- Included: Dress + Gloves + Belt + Bowtie
- Material: Satin + Polyester + Lining

| Size Chart (Men) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Size(cm) | Height | Chest | Waist | Hip | Size(inches) | Height | Chest | Waist | Hip |
| XS | 165 | 86-92 | 71-74 | 81-86 | XS | 64 | 33-36 | 28-29 | 32-34 |
| S | 170 | 92-97 | 76-79 | 90-95 | S | 67 | 36-38 | 30-31 | 35-37 |
| M | 175 | 99-104 | 81-86 | 97-102 | M | 69 | 39-41 | 32-34 | 38-40 |
| L | 180 | 107-112 | 89-94 | 105-110 | L | 71 | 42-44 | 35-37 | 41-43 |
| XL | 185 | 114-119 | 97-99 | 112-117 | XL | 73 | 45-47 | 38-39 | 44-46 |
| XXL | 190 | 122-127 | 104-109 | 119-125 | XXL | 75 | 48-50 | 41-43 | 47-49 |
| XXXL | 195 | 126-135 | 112-117 | 125-135 | XXXL | 77 | 50-53 | 44-46 | 49-52 |

| Size Chart (Women) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Size(cm) | Height | Chest | Waist | Hip | Size(inches) | Height | Chest | Waist | Hip |
| XS | 155 | 81-84 | 59-64 | 86-89 | XS | 61 | 32-33 | 23-25 | 34-35 |
| S | 160 | 86-89 | 66-69 | 91-94 | S | 63 | 34-35 | 26-27 | 36-37 |
| M | 165 | 91-94 | 71-74 | 97-99 | M | 64 | 36-37 | 28-29 | 38-39 |
| L | 170 | 97-103 | 80-84 | 104-109 | L | 67 | 38-41 | 31-33 | 41-43 |
| XL | 175 | 107-112 | 88-93 | 112-118 | XL | 69 | 42-44 | 35-37 | 44-46 |
| XXL | 180 | 113-116 | 94-98 | 119-123 | XXL | 71 | 45-46 | 38-39 | 47-48 |
| XXXL | 185 | 117-119 | 99-112 | 124-132 | XXXL | 73 | 47-48 | 40-43 | 49-52 |

If you want it custom made, you have to send us your own measurements instead and select "Custom Made--Measurements" from variation drop-down menu, then our tailor will remake the pattern and change the measurements according to your idea.

| Gender | Men's / Women's |
|---|---|
| Weight | Your weight |
| ①Height | Total height, bare feet |
| ②Chest/ Bust | Circumference of the fullest part of chest/bust |
| ③Waist | Circumference of the natural waistline |
| ④Hips | Circumference of the biggest part of hips |
| ⑤Shoulder Width | Width between shoulder ends, taken at back |
| ⑥Arm Length | From shoulder seam to wrist |
| ⑦Cuff Circumference | Desired cuff circumference |
| ⑧Pant/ Skirt Length | From middle waist to wherever the costume fits |
| ⑨Inseam | From the uppermost inner part of your thigh to bottom of your ankle |

Picture below only meant to give you a brief concept of what to measure, but we recommend that you measure your own body instead of your garments, which gives our tailor a more accurate idea of your build.



**How to measure yourself?**

1. Height
Measure from the top of the head to the floor while standing upright

2. Chest
Measure around the fullest part of the chest-under the arms and over the shoulder blades

3. Waist
Measure around the waistline over any under garments

4 Arm length
From shoulder seam to length desired

5. Inseam
Measure from the crotch to the desired pants length



**How to measure yourself?**

1. Height
Measure from the top of the head to the floor while standing upright

2. Chest
Measure around the fullestnpart of the chest-under thenarms and over the shoulder blades

3. Waist
Measure around the waistline over any under garments

4. Hips
Measure around the fullest part

5. Arm Length
From shoulder seam to length desired

6. Inseam
Measure from the crotch to the desired pants length

7 Skirt Length
Measure from middle of waist to length required

## Payment

We are not responsible for any custom duty or import tax.

## Shipping

Merchandise will generally reach you within 15 business days after dispatching.But just in case, please check if your package is detained in the custom clearance, or is it already sent to the destination once when you're not there.

Once the item is dispatched, the tracking number will be provided.

Please understand that the date of the merchandise reaching you varies by complexity of making the item(s), destination(s), logistics and custom clearance process of your country.

Thank you!

## Refund

If you don't like it, just return the item within 14 days after you receive it, and we will refund your money minus the shipping fee.

Buyer is responsible for the return shipping fee.

The returning item must be in the original, resalable status, and all accessories included must be returned as well.

## Feedback

Please feel free to contact us if there is any reason you're unhappy with my item and could not leave the positive feedback to us.

If you are satisfied with the item, please leave a positive feedback and full-star DSR rating for us!

---



### gigapress

92.3% Positive Feedback
3.4K items sold

Visit store
Contact
♡ Save seller

📅 Joined May 2020

**Detailed seller ratings**
Average for the last 12 months

Accurate description ━━━━ 4.7

**Seller feedback** (416)

✅ d***a (3) • Past 6 months

I ordered this 3 weeks before Halloween. I ordered a medium. About 4 days after I ordered, I asked when it may possibly be shipped.

See all feedback

---

🔋 SAVE UP TO 7% ⓘ  See all eligible items →

DISCOUNT

Marked down item price reflects all savings. Items provided by gigapress

All promotional offers from gigapress








| Ghosted Sadie Dress Cosplay Costume Outfits Halloween Carnival Party Suit | Ahsoka Tano Cosplay Costume Outfits Halloween Carnival Suit | Reina Cosplay Costume Outfits Halloween Carnival Suit | Gloria Cosplay Costume Outfits Halloween Carnival Party Suit | Nitara Mei Shiranui Cosplay Costume Outfits Halloween Carnival Suit |
|---|---|---|---|---|
| Was: US $32.86 | Was: US $46.99 | Was: | Was: US $26.94 | Was: US $50.99 |
| Now: US $30.56 | Now: US $43.70 | Now: US $50.21 | Now: US $25.05 | Now: US $47.42 |

See all

You can change quantities in your cart.

---

### You may also like

Feedback on our suggestions







| Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits | Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit | BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit | BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit | BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit |
|---|---|---|---|---|
| New | New | New | New | New |
| $44.99 | $42.76 | $25.64 | $23.74 | $24.19 |
| + $9.99 shipping | $46.48 8% off | $26.99 5% off | $24.99 5% off | $26.01 7% off |
| | + $4.90 shipping | + $9.90 shipping | + $9.00 shipping | + $2.99 shipping |











Nitara Mai Shiranui Cosplay Costume
Outfits Halloween Carnival Suit

New

$47.42
$50.99 7% off
+ $4.99 shipping



Babylon - Nene Tanju Cosplay Costume
Outfits Halloween Carnival Party Suit

New

$39.24
$42.19 7% off
+ $4.99 shipping



Demon Slayer Tozi Tengen Cosplay
Costume Jumpsuit Anime Halloween
Carnival Suit

New

$18.60
$20.00 7% off
Free shipping



Colon Li Cosplay Costume Sexy Jumpsuit
Swimsuit Party Dress

New

$38.12
$40.99 7% off
+ $9.99 shipping



Misaka Tano Cosplay Costume Outfits
Halloween Carnival Suit

New

$30.69
$33.00 7% off
+ $4.99 shipping



Elvira Cosplay Costume Outfits Christmas
Carnival Suit

New

$33.00
+ $9.99 shipping



Skipper Cosplay Costume Women Dress
Outfits Halloween Carnival Suit

New

$28.49
$29.99 5% off
+ $6.99 shipping



Movie Barbie Adult Cosplay Costume Pink
Check Dress Halloween Party Fancy Dress

New

$18.69
Free shipping



Jessica Rabbit Cosplay Costume Outfits
Halloween Carnival Suit

New

$31.61
$33.99 7% off
+ $4.99 shipping



Angel Dust Cosplay Costume Outfits
Halloween Carnival Suit Tops Dress Gloves

New

$30.99
+ $9.99 shipping



Pearl Cosplay Costume Dress Outfits
Halloween Carnival Suit

New

$55.99
Free shipping



Spectrum Cosplay Costume Outfits
Halloween Carnival Suit

New

$30.60
$32.00 7% off
+ $4.99 shipping



Womens Adult Latex Maid Outfit Halloween
French Maid Costume Cosplay Apron Dress

New (Other)

$7.66
$8.71 12% off
Free shipping



Street Fighter-Chun-Li Cosplay Costume
Outfits Halloween Carnival Party SwimSuit

New

$18.00
+ $5.90 shipping



Ruby Sunday Cosplay Costume Yellow
Dress Outfits ComicCon Halloween Fancy
Suit

New

$40.87
$43.91 7% off
+ $1.99 shipping



Dead or Alive-KASUMI Cosplay Costume
Outfits Halloween Carnival Party Suit

New

$41.79
$43.99 5% off
+ $9.00 shipping

US Womens Sexy Lingerie Uniform Fancy
Dress School Girls Costume Cosplay
Outfits

New (Other)

$6.29
$6.99 10% off
Free shipping

US Womens PVD Leather French Maid
Cosplay Costume Dress Halloween Fancy
Dress

New

$12.87
$13.99 8% off
Free shipping

Ruby Sunday Cosplay Costume Slim Dress
Outfits ComicCon Halloween Fancy Suit

New

$32.53
$34.99 7% off
+ $1.99 shipping

Reina Cosplay Costume Outfits Halloween
Carnival Suit

New

$50.21
$53.99 7% off
+ $4.99 shipping

Back to search results                                                                     Return to top

More to explore :   Cosplay Complete Outfit Unisex Costumes,   Cosplay Costume Suits for Men,   Complete Outfit Cosplay Costumes for Men,   Halloween Costume Gloves,   Suit Cosplay Unisex Costumes,
Complete Outfit Carnival Costumes for Women,   Cosplay Dress Unisex Costumes,   Complete Outfit Costumes Cosplay Blue for Men,   Cosplay Dress Costumes for Men,   Cosplay Purple Complete Outfit Unisex Costumes

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 5B Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi Jeffrey! ▾    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

Search for anything    🔍    Advanced

‹ Back to search results    Toys & Hobbies > Models & Kits > Figures







Have one to sell? Sell now

## Life Miniatures 1/35 #35001 Marilyn Monroe in Korea for her USO tour 1954

gogohobby91 (361)
99.4% positive · Seller's other items · Contact seller

**GBP 20.80**
Approximately US $26.46

Condition: New

| Buy It Now |

| Add to cart |

| ♡ Add to watchlist |

Shipping:    GBP 8.40 (approx US $10.69) SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: CN, China

Delivery:    📦 Estimated between Mon, Apr 1 and Wed, Apr 10 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 52 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  ●●  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

ⓢ  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions






Ww2 American Music Scene Full Set Soldiers 1/35th Resin Printed
Pre-owned
**$57.26**
+ $15.65 shipping
11 watchers

1/35 WWII British tank soldier Resin Model Kits Unpainted
New
**$20.34**
Free shipping
Last one

1/35 Resin Figure Model Kit GK Marilyn Monroe Unpainted Unassembled Toys
New
**$15.23**
+ $3.78 shipping
8 watchers

1/35 War cameraman Resin Kits Unpainted WW2 Figure Model GK Unassembled
New
**$16.25**
Free shipping
Last one

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions




Ladies Synthetic Hairs High Temperature Fiber Marilyn Monroe Wigs For Ladies New
New
**$27.19**
$31.99 15% off
Free shipping
Last one

For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.9% positive feedback

The Marilyn Monroe Garden Banner
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

2 PCS Cigarette Case Marilyn Monroe Cigar Case Box Holder Tobacco Storage Box
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
**$19.85**
Free shipping

Cos M...
gold c...
New (O...
**$16.0...**
$18.6...
Free sl...
20% o...

| About this item | Shipping, returns, and payments |    Report this item

Seller assumes all responsibility for this listing.    eBay item number: 384635339160

Last updated on Dec 27, 2021 16:39:08 PST    View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | MPN | Does Not Apply |
| Brand | Life Miniatures | Scale | 1:35 |
| Type | Figure | EAN | Does not apply |

### Item description from the seller

International Buyers Please Note:
1 - Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyers responsibility.
2 - Please check with your countrys customs office to determine what these additional costs will be prior to bidding/buying.
3 - These charges are normally collected by the delivering freight (shipping) company or when you pick the item up.? do not confuse them for additional shipping charges.

Payment: only accept PayPal

Shipping and handling:
-Shipping to Worldwide
-The Postoffice to send for Air mail.
-shipping time and place are different in each country

-shipping time and place are different in each country
-Shipping cost has already included handling and packing expenses.
-Don't include shipping and taxes.

Combine Shipping:
-I can Combine Shipping, Will send invoice to buyer email.

Other:
-Please use valid ebay address and name.
-Have package the tracking number to provide.

The items is Unassembled and Unpainted



**gogohobby81**

99.4% Positive feedback
1.1K items sold

Visit store

Contact

♡ Save seller

📅 Joined Jan 2021

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## Popular categories from this store    See all

AFV Models    Aviation Models    Ship Models    Figures Models

Mobile Suit Gundam Models    Anime Models    Detail Up Etching Parts

Model Support Parts    Resin Support Parts

## Seller feedback (451)

⊕ k***9 (395) • Past 6 months

Very good fast service. The item arrived exactly as described with all parts present and correct with extremely good packaging with no damage to the boxes and faster than advertised delivery taking only a few weeks, I would highly recommend this seller

Vulcan Models 1/35 #56001 British Lish Tank Mack VI B (no Boxes!) (#384300664900)

⊕ i***6 (66) • Past year

Item exactly as listed. Seller very helpful and responsive. Purchase well packed and promptly shipped. Excellent transaction.

SBS Model 1/72 #72002 Bristol Beaufighter Propeller for Airfix (#385217040666)

⊕ f***6 (356) • Past month

Great item, fast delivery, well packaged and good price. Would recommend and buy from again.

Nuts Planet 1/35 #T35040 Line Breaker Frost (#385148604924)

See all feedback

## You may also like

Feedback on our suggestions

    

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒

Back to search results  ›  Toys & Hobbies  ›  Action Figures & Accessori...  ›  Action Figures

Share · Add to Watchlist







⤢

facebook Jan's custom work

Have one to sell? Sell now

### 1/6 CUSTOM Marilyn Monroe hot toys figure head female phicen blitzway kumik dx

gothicpurple111 (444)
100% positive · Seller's other items · Contact seller

**US $298.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: Used

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

**Additional service available**
☐ 1 year protection plan from Allstate - $29.99

⚡ People are checking this out. 9 have added this to their watchlist.

Shipping: **Free** Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: default, default, Hong Kong

Delivery: 📦 Estimated between **Wed. Feb 7** and **Thu, Mar 14** to 30318 ⓘ
Please note the delivery estimate is **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA 💳 💳 DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Find mental health resources
**Love,**
Your Mind
⬛ HUNTSMAN MHD
Learn More

## Similar sponsored items    See all ›

Feedback on our suggestions

        

| | | | |
|---|---|---|---|
| Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure | 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure | Knucklebonez Marilyn Manson Figurine - Box And Figure In Perfect Condition | 1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving |
| New | New | New | New |
| $29.19 | $29.19 | $162.50 | $45.00 |
| $32.43 10% off | $32.43 10% off | 2 bids | Free shipping |
| Free shipping | Free shipping | 4d 8h | Last one |
| Seller with a 99.4% positive feedback | Seller with a 99.6% positive feedback | + $8.82 shipping | |
| | | Seller with a 100% positive feedback | |

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

                

| | | | | |
|---|---|---|---|---|
| Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature | Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture |
| New (Other) | $92.40 | New (Other) | New (Other) | $100.80 |
| $15.98 | $110.00 16% off | $17.50 | $14.45 | $120.00 16% off |
| $17.94 11% off | Free shipping | $19.66 11% off | $16.06 10% off | Free shipping |
| Free shipping | Seller with a 100% positive feedback | Free shipping | Free shipping | Seller with a 100% positive feedback |
| | | 20% off 3+ with coupon | 10% off 2+ with coupon | |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 23, 2023 03:18:26 PDT View all revisions

eBay item number: 322315938950

## Item specifics

| Condition | Used: An item that has been used previously. See the seller's listing for full details and ... Read more | Brand | Hot Toys |
|---|---|---|---|
| Type | Action Figure | Featured Person/Artist | Marilyn Monroe |
| UPC | 4897011175799 | | |

## Item description from the seller

Item description from the seller

# 1/6 Rare Hot CUSTOM REPAINT(with hair) Toys Marilyn Monroe action figure head sculpt

| Description: | 1/6 JAN'S CUSTOM WORK action figure head sculpt - 1/6 Marilyn Monroe head sculpt |
| | **RARE!!!!!! REPAINT(with hair)!! I have spent a long time in making it. YOU WILL NEVER FIND ANOTHER ONE.** |
| Note: | Colors of the item may be slightly different due to the performance of different monitors |
| | To avoid any damages or frictions of head sculpt's hair during delivery. Every head sculpt I shipped must be wrapped tightly. The buyer may need to slightly reshape the hair. |

## Bidders are assumed to bid ONLY IF they agree to the terms and conditions listed below:

### Payment Method: PAYPAL ONLY

★ Payment must be made within **2 days** since the auction ended.

★ If we do not receive the payment within **2 days**, a dispute of unpaid transaction may be raised.

### Shipping

★ Items are shipped worldwide, excluding some countries. Names of the excluded country could be found under "shipping and payments"

★ No Local Pickup is accepted. Hong Kong buyers pay the same shipping fee.

★ Once the payment is received, we will ship the item within 2-6 working days.

★ Item would be shipped from Hong Kong via registered mail, and a tracking number would be provided.

★ It may take around 8-26 days to have the item delivered. Delivery time depends on different destinations. It may take longer during peak season.

★ Item would be marked as a gift in the declaration form, unless further request is raised by buyer.

★ Item would be shipped to the address shown in Paypal notice, so please MAKE SURE YOUR SHIPPING ADDRESS IN PAYPAL IS CORRECT.

★ We do not take the responsibility if the item is lost during delivery, or undelivered/unclaimed due to reasons of buyer.

★ It is the buyer's responsibility for any import duties, taxes or related charges. If you are not sure with this information, please contact the customs of your country before placing your bid.

★ NO COMBINED SHIPPING

### Return/Refund

★ All sales are final. NO EXCHANGE. NO REFUND. NO RETURNS.

### Contact Us

★ If buyers have any questions before bidding, please convo us using the function of "Contact Member" and we will reply ASAP.

## Product ratings and reviews  Learn more                    [Write a review]

**5.0**
★★★★★
9 product ratings

| ★ 5 | 9 |
| ★ 4 | 0 |
| ★ 3 | 0 |
| ★ 2 | 0 |
| ★ 1 | 0 |

 100% Durable     100% Would recommend     100% Entertaining

### Most relevant reviews                                    See all 4 reviews

★★★★★
by comicscrook3
Jul 07, 2016

**The Mecca of 1/6 scale female action figures**

This is one of several Hot Toys 1/6 scale Moviemasterpiece Scarlett Johansson collectible figures, "Black Widow" from Captain America, The Winter Soldier. With this version of Black Widow, she has a more neutral look regarding hair and makeup/face paint. Each BW collectible figure has a precise likeness of Scarlett Johansson. No two head sculpts are exactly alike as each is hand painted. The Winter Soldier Black Widow has straight, shoulder lenght red hair. Her suit is completely black with the exception of a red belt buckle emblem and one pair of blue lined interchangeable hands and "black widow bites." She comes with 2 guns (other BW variants have a greater arsenal of weapons in comparison). "Black Widow-The Winter Soldier" is a phenomenal collectible 1/6 scale figure from Hot Toys. And ... Read more

Verified purchase: Yes · Condition: New · Sold by: toppenmarket

★★★★★
by numberzeronine
Feb 10, 2020

**Great figure**

Incredible likeness, great posability, plenty of alternate hands to get whatever look you're going for. Easily the best Hot Toys Black Widow.

Verified purchase: Yes · Condition: New · Sold by: bran_taylo

★★★★★
by 2288224466
Jun 15, 2017

**Hot toys black widow figure**

Exellent service & product

Verified purchase: Yes · Condition: New · Sold by: luck_day2005

★★★★★
by rodrigo_jorge
Oct 10, 2016

**AWESOME**

In my point of view the best version. Perfect face and hair!

Verified purchase: Yes · Condition: Pre-Owned · Sold by: kharel-1

### You may also like                                    Feedback on our suggestions

      

1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure

1/6 Head Sculpt Jill Valentine for 12" Hot Toys Phicen Kumik Female Figure Body

1/6 Marilyn Monroe Head for phicen Gentleman Prefer Blondes hot toys ❤US

1/6 Female Head Officer blonde curly for 12" figure kumik PHICEN hot toys ❤USA❤

1/6 Marilyn Monroe Evening Red Dress For 12" TBLeague Hot Toys PHICEN Figure

Hi Jeffrey! ∨   Daily Deals   Brand Outlet   Gift Cards   Help & Contact        Sell   Watchlist ∨   My eBay ∨   🔔   🛒

ebay   Shop by category ∨   [                    ]   [ 🔍 ]   Advanced

‹ Back to search results · Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces                    Share · Add to Watchlist







Have one to sell? Sell now

### Marilyn Monroe Wig Short Curly Hair Christmas Cosplay Wig Fancy Dress Ball Wig

  greattheroln (225)
93% positive · Seller's other items · Contact seller

**GBP 20.50**
Approximately US $26.08
or Best Offer

Condition: **New with tags**

Quantity: [ 1 ]    10 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ **Breathe easy.** Returns accepted.

| Shipping: | May not ship to United States. Read item description or contact seller for shipping options. See details |
| | Located in: Hong Kong, Hong Kong |
| Delivery: | Varies |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  ● ●  AMEX |

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

## Similar sponsored items    See all ›

Feedback on our suggestions



        

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
**$16.98**
Free shipping
5 watchers

Halloween Blonde Sexy Fashion Marilyn Monroe Cosplay Party Wig Long Curly 988T
New
**$19.99**
Free shipping
23 sold

Full Lace With Frontal Short Jumbo Hand Braided Wig, Black (Colour I)
New
**$58.51**
0 bids
1d 2h
+ $15.70 shipping
Seller with a 100% positive feedback

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
**$16.98**
Free shipping

[eBay for Charity turns 20 — Celebrate with us by supporting your favorite charity. Shop now]

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

        

Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 inches
New
**$20.49**
Free shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback

MARILYN & AUDREY - TATTOO POSTER 24x36 - 160056
New
**$12.50**
Free shipping
10% off 2+

Hot 18cm famous sexy actress Marilyn Monroe action figure statue popup decor hom
New
**$16.99**
+ $8.99 shipping

5x Marilyn Monroe Classic Movie Actress Actor 25mm / 1 Inch D Pin Button Badges
New
**$4.44**
+ $3.80 shipping
Seller with a 99.7% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's
New (Other)
**$15.98**
$17.96 11% off
Free shipping

7"old C artistar sculptu
New (Other
**$92.4**
$119.9
Free sh
Seller

---

| About this item | Shipping, returns, and payments |

Seller assumes all responsibility for this listing.                                                    eBay item number: 126284192433

Last updated on Jan 16, 2024 20:21:07 PST  View all revisions                                         Report this item

### Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Cap Construction | Hand Tied | Cap Size | One Size |
| Country/Region of Manufacture | China | Custom Bundle | Yes |
| Department | Women | Features | Coloured, Hand Tied |
| Hair Colour Shade | Golden Blonde | Hair Origin | Synthetic |
| Style | Bob | Texture | Wavy |
| Theme | Cosplay | Type | Wig |
| Wig Parting Type | C-Part | | |

## Item description from the seller

Marilyn Monroe Wig Short Curly Hair Christmas Cosplay Wig Fancy Dress Ball Wig



For people
Miss
Treatment process
mechanism
Can it be dyed and ironed?
Can be dyed
Hair material
High temperature wire
Applicable skin tone
Any skin tone
Applicable face
Any face shape
Bangs type
No bangs

1.7K items sold

□ Joined May 2020

♡ Save seller

## Detailed seller ratings

Average for the last 12 months

| Accurate description | 4.6 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

## Seller feedback (309)

⊕ t***0 (126) • Past 6 months

Had to cancel order as my crossbow is well over powered at 210 lb for the 6 rope or biggest But the seller is and was very nice and issued a refund so giving 5 stars would recommend this seller to any one! To the seller thank you ! I've put it arrived as I don't want to leave a negative comment 😊 meny thanks bye

68CM Solid Straw Target Board Bow Arrow Archery Shooting Darts Outdoor Sports UK (#256306099T4)

⊕ i***v (2965) • Past 6 months

Great just as described well packed and delivered early brilliant Thank You Trevor

2in1 Throw Pillow Quilt Blanket Multifunctional For Car Office Home Gift Decor (#256312426642)

⊕ l***r (11) • Past month

Sehr schöner Artikel passt alles wie beschreiben super schneller Versand und sehr nette Verkäufer die auf jeden Wunsch eingehen aufjedenfall den Kauf wert und ich würde immer wieder bei diesem Verkäufer bestellen vielen Dank 🙏

Herren Vespa Herbst Jacke Wasserdicht Übergang Sportjacke Unijacken Sweat Jacke (#256364411f37)

See all feedback

## You may also like

Feedback on our suggestions



Marilyn Monroe Fashion Curly Wig Cosplay Full Wigs Hot Style Short Blond
New
$25.34
Free shipping
10 watchers



New Short Wavy Curly Hair Bob Wigs with Bangs Synthetic Wig for Women Cosplay-
New
$18.99
Free shipping
24 watchers



New Women Short Light Blonde Wavy Curly Hair Cosplay Marilyn Monroe Party Wigs
New
$13.85
Free shipping
Seller with a 100% positive feedback



Lady Girl Bob Wig Women's Short Straight Bangs Full Hair Wigs Cosplay Party
New
$6.98
Free 3-5 day shipping
♦ Top Rated Plus
9331 sold



Brown Ombre Short Curly Wigs with Bangs Synthetic Natural Hair for Women Girl
New
$10.98
Free shipping
36 sold



Ladies Short Curly Hair Bob Wigs With Bangs Womens Long Wavy Party Cosplay Wig.
New
$12.29
Free shipping
5 watchers



70cm Long Curly Fashion Cosplay Costume Party Hair Anime Wigs Full Hair Wavy Wig
New
$7.98
Free 3-5 day shipping
♦ Top Rated Plus
13644 sold



Short Straight Blonde Bob Wig With Bangs for Fashion Women Natural Looking Wigs
New (Other)
$19.64
$20.89 6% off
Free shipping
189 sold



Lady 80cm Long Curly Wigs Fashion Cosplay Costume Hair Anime Full Wavy Party Wig
New (Other)
$9.00
Free shipping
22 sold



OUTRE SYNTHETIC WIGPOP FULL WIG - LAVERNE
New
$17.06
Free shipping
116 sold













Sponsored
10 Inch Curly Wavy Short Bob Fluffy Blonde
Women Hair Cosplay Casual Party Wigs

New
**$11.20**
$11.79 5% off
Free shipping
♥ Top Rated Plus



Sponsored
Womens Long Wavy Hair Wigs Ladies
Golden Blonde Cosplay Full Wig Fringe New

New
**$24.31**
+ $18.64 shipping
Seller with a 100% positive feedback

Sponsored
Women Ladies Natural Short Straight
Platinum Blonde Feather Cut Hair Wig
Cosplay

New
**$21.56**
+ $10.25 shipping
Seller with a 100% positive feedback

Sponsored
Synthetic Hair Blonde Brown Wigs for
Women Curly Wavy with Bangs Short Wavy

New (Other)
**$46.17**
Free shipping



Sponsored
Women Short Blonde Curly Wig Natural
Wavy Full Hair Wigs w/ Bangs Cosplay Party

New
**$12.27**
Free shipping
145 sold



Sponsored
Marilyn Monroe & Audrey Hepburn Tattoo
Scene Laminated Poster 24.5 x 36.5 inches

New
**$20.49**
Free shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback

Sponsored
Marilyn Monroe black dress POSTER 24 X
36

New
**$20.39**
$23.99 15% off
Free shipping
Last one

Sponsored
Fashion Women Short Curly Wigs Black
Blonde Wavy Hair Natural Pixie Wig Cosplay

New
**$15.97**
Free shipping
Seller with a 99.6% positive feedback




Sponsored
Women Wig Short Wavy Curly Wig Ladies
Hair Fluffy Wig Blonde Cosplay Wigs

New
**$13.98**
+ $3.17 shipping
17 watchers



Sponsored
Women Short Fashion honey Blonde wigs
Curly Wavy Cosplay Party Full Hair Wig

New
**$15.19**
$15.99 5% off
Free shipping
9% off 2+ with coupon




Sponsored
Marilyn Monroe Lips Poster 24x36

New
**$13.49**
Free shipping
♥ Top Rated Plus
114 sold

Sponsored
Adult Womens Wig 80s Wild Child Modern
Curly Wig For Girls - Blonde

New
**$7.57**
+ $13.94 shipping




Sponsored
Ladies Wig Natural Short Straight Hair Wigs
Women Curly Cosplay Full Wig

New
**$15.25**
+ $3.80 shipping
9 watchers

Sponsored
Stylish Women Wig Short Wigs Mixed Brown
Blonde Curly Wavy Hair Wig+Wig Cap

New
**$13.98**
+ $2.53 shipping
25 sold

Sponsored
Women's Wig Short Brown Ladies Wig Curly
Wavy Hair Wig+Wig Cap

New
**$16.53**
+ $3.17 shipping

Back to search results    Return to top

More to explore :    Cosplay Curly Wigs,    Congo Curly Wigs Cosplay,    Teens Curly Wigs Cosplay,    Men Curly Wigs Cosplay,    Cosplay Curly Ponytail Wigs,    Cosplay Ponytail Curly Wigs,    Human Hair Cosplay Curly Wigs & Hairpieces,
It's A Win! Human Hair Curly Wigs & Hairpieces,    Cosplay Wigs,    Cosplay Curly Wigs & Hairpieces Afro

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

‹ Back to search results · Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces

Share · Add to Watchlist







‹ ›

Have one to sell? Sell now

### New Women Short Light Blonde Wavy Curly Hair Cosplay Marilyn Monroe Party Wigs -

 guangshuell (12)
100% positive · Seller's other items · Contact seller

**GBP 9.99**
Approximately US $12.71

Condition: New with tags

Quantity: [ 1 ]  4 available / 10 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ People want this. 27 people are watching this.

Shipping:   May not ship to United States. Read item description or contact seller for shipping options. See details
Located in: Hong Kong, Hong Kong

Delivery:   Varies

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  ●●  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

#### Similar sponsored items    See all ›

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.06 11% off
Free shipping
20% off 3+ with coupon

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers

Halloween Blonde Sexy Fashion Marilyn Monroe Cosplay Party Wig Long Curly 99BT
New
$19.99
Free shipping
23 sold

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping



#### Sponsored items customers also bought    See all ›

Feedback on our suggestions







(V)Studio7UK Long Wavy Auburn Brown Black Blonde Synthetic Wig
New
$14.31
$15.90 10% off
+ $14.17 shipping
Seller with a 100% positive feedback

WOMEN'S SEXY SHORT BOB CUT FANCY DRESS WIGS PLAY COSTUME LADIES FULL WIG PARTY
New
$6.35
+ $13.89 shipping
7050 sold

2x Wig Cap Nude Breathable Unisex Stocking Stretch Hair Liner Net Medical Grade
New
$3.75
+ $13.80 shipping
4478 sold

Platinum Blond Water Wave Wigs Curly Wigs Party Wigs Heat Safe Soft Blonde Wigs
New
$23.27
Free shipping

Hair Scrunchie Wavy Curly Wrap Messy Bun Updo Hairpiece With Long Trailing Hair
New
$6.93
+ $9.86 shipping
81 sold

Ladies Women
New
$10.16
+ $30.7
902 so

#### About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 16, 2024 00:58:26 PST View all revisions

eBay item number: 304943008980

#### Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
|---|---|---|---|
| Department | Women | Hair Colour Shade | Light Blonde |
| Style | Curly Hair | Texture | Wavy |
| Theme | Cosplay | Type | Wig |
| EAN | Does not apply | | |

#### Item description from the seller


New Women Short Light Blonde Wavy Curly Hair Cosplay Marilyn Monroe Party Wigs -






Welcome to my store

2022Women Short Light Blonde Wavy Curly Hair Cosplay Marilyn Monroe Party Wigs

If you buy the wig, we will give you a wig cap hairnet as gift.

Dear friends:

We sincerely hope you will like it and be satisfied with our customer services. If you have any concerns,Please don't hesitate to contact us.We would like to do whatever we can to help you out.
Thank you!
Would you please after getting goods leave me good score and positive feedback. I received your score and feedback, also can give you leave positive feedback.

b***n (5580y) •  Past year

It turned out positive when I was given full refund for the items I had ordered as they had sent me totally different items to what I had asked for but as I say once they understood the situation all was sorted and refund was given. Many thanks from my end.

 9***9 (12) •  Past year

Great service fast delivery will yous again

See all feedback

You may also like

Feedback on our suggestions









prime

Deliver to Elena
Atlanta 30327

Search Amazon

EN   Hello, Jeffrey
Account & Lists

Returns
& Orders

0   Cart

All   Medical Care   Amazon Basics   Prime Video   Buy Again   Music   Sell   Groceries   Household, Health & Baby Care   Livestreams   Coupons   Amazon Home   Pet Supplies   **5% back on shopping**

 BOTTLE Tumbler with Handle and Straw, 40 oz, Stainless Steel Vacuum Travel Mug, Pink...   ★★★★☆ 253   $27.99 prime   Save 10% with coupon

Sponsored ⓘ

Home & Kitchen › Wall Art › Posters & Prints





⬆

Roll over image to zoom in

Roll over image to zoom in

## Glamor marilyn monroe - 08x08 Print on canvas

Brand: Generic

$146.39

Or $14.71 /mo (12 mo). Select from 1 plan

With **Amazon Business**, you would have saved **$126.93** in the last year. Create a free account and save up to 6% today.

**About this item**

- 【Easy to Hang】: This wall painting only takes a few minutes to hang. Or just place it on a shelf or table.
- 【HIGH QUALITY MATERIAL】We focus on the creation and innovation of paintings. The paintings are made of high-quality canvas, with bright colors and clear printing.
- 【Wide Application Scenes】Canvas wall art decoration is suitable for living room, bedroom, bathroom and its perfect office wall decoration.
- 【Best Gift】Funny wall art is a great, unexpected surprise for both men and women.
- Factory Direct and 7-day delivery: We ship from our local warehouse in the USA and delivery time is usually within 7 days!

🚩 Report an issue with this product or seller

 Pop Threads Camp Crystal Lake Shirt Horror Movie Reusable Canvas Tote Bag...
★★★★☆ 22
$12.99

Sponsored ⓘ

$146.39

FREE delivery **Monday, February 5**. Details

Deliver to Elena - Atlanta 30327

**Only 10 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   QiMaieeUSA
Sold by   QiMaieeUSA
Returns   Eligible for Return, Refund or Replacement...
Payment   Secure transaction

∨ See more

Add to List



Save up to 6% on this product with business-only pricing.

Create a free account



Full Motion Wall Mount for 26-60 Inches TVs, by MOUNTUP...
★★★★☆ 4,688
$32.99 prime

Sponsored ⓘ

## Based on your recent views

Sponsored ⓘ

     

Page 1 of 67

Chexin Marilyn-Monroe And Bubble Gum Canvas Wall Art For Living Bedroom Office Kitc...
$28.99

Marilyn Monroe Workin' It Movie Poster Print Artworks Canvas Poster Room Aesthetic ...
$99.90

HISTORIX Vintage 1955 Marilyn Monroe Poster Photo - 16x20 Inch Old Picture of Maril...
$34.99

Denozer 3 Panel Beauty Portrait Canvas Wall Art,Marilyn Monroe,Audrey...
★★★★☆ 17
$59.99

1950s Legends Elvis Presley & Marilyn Monroe Wall Art Decor Framed Poster | 23 x...
★★★★☆ 539
$69.99

Marilyn Monroe and Elvis Presley Actress Canvas Wall Art Print Home Decor - Various...
$149.99

**amazon clinic**
# Click to talk to a clinician
Treat common health conditions 24/7.
Learn more ›

## Product information

| Product Dimensions | 8 x 8 x 0.2 inches |
|---|---|
| Item Weight | 11.2 ounces |
| ASIN | B0CNTVRD6S |
| Date First Available | November 22, 2023 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

## Product Description

Glamor marilyn monroe - 08x08 Print on canvas

## Important information

To report an issue with this product or seller, click here.



**Pop Threads Camp Crystal Lake Shirt Horror Movie Reusable Canvas Tote Bag...**
⭐⭐⭐⭐⭒ 22
$12.99

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Lip Smacker Original & Best 10 Piece Lip ...
$9.80  $10.32  ✓prime
Save 5% more  with Subscribe & Save

Sponsored ⓘ



You gifted them. New! asurion complete protect. Now cover them with just one plan. Learn more

Sponsored ⓘ

## Recommended Devices inspired by your shopping history

Page 1 of 7



Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
⭐⭐⭐⭐⭒ 8,416
$249.99
✓prime Today by 6:00 PM

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
⭐⭐⭐⭐⭒ 8,311
$169.99
✓prime Today by 6:00 PM
🍃 Climate Pledge Friendly



Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
⭐⭐⭐⭐⭒ 33,166
$199.99
✓prime Today by 6:00 PM



Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -...
⭐⭐⭐⭐⭒ 5,471
$59.99
✓prime Today by 6:00 PM



Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...
⭐⭐⭐⭐⭒ 23,347
$189.99
✓prime FREE Delivery
Sunday, Jan 28
🍃 Climate Pledge Friendly



Ring Rechargeable Battery Pack
⭐⭐⭐⭐⭒ 119,867
$34.99



### Make your home smarter



Lutron Caseta Smart



Govee Electric Space

Lutron Caseta Smart

Lutron Caseta Single-



Ring Indoor Cam (2nd



Leviton Decora Smart

Lutron Caseta Smart

Lutron Caseta Smart Home Dimmer Switch and Pico Remote - Works with Alexa, Appl...
★★★★☆ 2,739
Amazon's Choice in Electrical Light Switches
$69.94
✓prime Today by 10:00 PM

Govee Electric Space Heater, 1500W Space...
★★★★☆ 2,672
5K+ bought in past month
Amazon's Choice in Indoor Electric Space Heaters
$99.99
✓prime Today by 6:00 PM

Lutron Caseta Smart lighting Switch for All Types of Fans | Neutral Wire Required | PD-6ANS-WH | White
★★★★★ 2,732
$59.95
✓prime FREE Delivery Sunday, Jan 28

Lutron Caseta Single-Pole/3-Way Smart Dimmer Switch and Remote Kit | P-PKG1P-WH | White
★★★★★ 2,761
$49.95
✓prime Today by 10:00 PM

Ring Indoor Cam (2nd Gen) | Latest generation, 2023 release | 1080p HD Video & Color Night...
★★★★☆ 10,251
#1 Best Seller in Security Cameras
$59.99
✓prime Today by 6:00 PM

Leviton Decora Smart Wi-Fi 2nd Gen Plug-in Dimmer, No Neutral Required, Works with Matter, My Leviton, Alexa, Google...
★★★★☆ 3,567
$53.99
✓prime Today by 6:00 PM

Lutron Caseta Smart Dimmer Switch for ELV+ LED, 250W LED, PD-5NE-WH, White
★★★★☆ 635
$119.95
✓prime FREE One-Day Get it Tomorrow, Jan 27

## Your Browsing History  View or edit your browsing history

Page 1 of 5


















Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

Shop by category    [search box]    All Categories    Search    Advanced

‹ Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share | Add to Watchlist

EXTRA **20% OFF** 3+ ITEMS WITH CODE **SDAS5F656**    See all eligible items and terms ▸








‹    ›

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig 1

Handmade gift and jewelry store (49)
95.2% positive · Seller's other items · Contact seller

## US $16.90
Was US $18.99 ⓘ
Save US $2.09 (11% off)

Condition: **New with tags**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↺ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: china, China

Delivery:    Ⓔ Estimated between **Thu, Feb 8** and **Thu, Feb 15** to **30318** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●●  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
( Shop now )

## Similar sponsored items    See all ›

Feedback on our suggestions

 ♡
 ♡
 ♡
 ♡

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
New (Other)
**$16.14**
$17.93 10% off
Free shipping
10% off 2+ with coupon

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

 ♡
 ♡
 ♡
 ♡
 ♡

Marilyn Monroe Statue Home Decortion Ornament Figure Sexy Dress Collection Chris
New
**$20.99**
Free shipping

High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor
**$77.22**
$99.00 22% off
Free shipping

Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC
New
**$12.64**
Free shipping
Seller with a 100% positive feedback

Hand-painted Original Oil painting art Marilyn Monroe on Canvas 24"x36"
**$399.00**
+ $30.00 shipping

New Marilyn Monroe 1/60 Super Star PVC Action Figure Pocket Toys With Box
New
**$45.00**
Free shipping

Big Jun Monro card/P
New
**$55.0**
Free s
Seller

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314959150203

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Attachment Type | Classic Bonded |
| Brand | Unbranded | Cap Construction | Classic Cap |
| Cap Size | One Size | Country/Region of Manufacture | China |
| Coverage | Full Wig | Custom Bundle | No |
| Hair Color Shade | Photo Color | Hair Origin | Synthetic |
| Item Length | 5 in | Item Weight | 2.42 lb |
| Modified Item | No | MPN | 1 |
| Non-Domestic Product | No | Style | Full Wig |
| Texture | Straight | Type | Wig |
| Wig Parting Type | C-Part | | |

**Item description from the seller**

**Item description from the seller**



Cos Marilyn Monroe short paragraph pale gold curly hair wig

Store Categories

jewelry ▾    Collectable    fashion    men's    women's    wig    pearl    gem    tool    Entertainment    fengshui    amulet    瑜伽 yoga    Other

jewelry ▾
Collectable
fashion
men's
women's
wig
pearl
gem
tool
Entertainment
fengshui
amulet
瑜伽 yoga
Other

Material : Heat Resistant Fiber

Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.8 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.8 |
| Communication | | 4.8 |

Popular categories from this store    See all

Collectibles    Crafts    Jewelry & Watches    Health & Beauty

Antiques    Clothing, Shoes & Accessories

Seller feedback (?)

9***lll (1402) · Past 4 months

Excellent Seller. Item just as described. Very pleased. Great communication. Fast shipping. A+

Natural Black Obsidian Carved Zhong Kui Lucky Amulet Pendant Necklace Wholesale (#204247005002)

s***i (52) · Past month

Looks just like pictured, really good quality

Toilet-Bound Jibaku Shounen Hanako-Kun Nanamine Cosplay Wig Cosplay Costume 1 (#214982891072)

l***l (895) · Past year

Very well packaged, fast shipment. Thanks.

14mm Natural Shell Round Pearl Earrings Jewelry Women Flawless Aurora Gift (#314256465924)

See all feedback

🔥 EXTRA **20%** OFF 3+ ITEMS WITH CODE **SDAS5F656**ⓘ  See all eligible items  →
sad65af65a6sd5

All promotional offers from xiangli-55



Bob Burgers Linda Louise Cos full Wigs Women Black Short Wavy Hair Wig 1
Was:    US$17.99
Now:    US $16.01



Beautiful Wig New Women's Short Silver/Gray social costume party Full Wigs 1
Was:    US$14.99
Now:    US $13.34



Cruella De Vil Cosplay Wig Black White Short Curly Hair Synthetic Wigs 1
Was:    US$14.99
Now:    US $13.34



Final Fantasy Vii Remake Tifa Lockhart black straight Wig Leng 90cm Wigs 1
Was:    US$29.99
Now:    US $26.69



VOCALOID V green gradient yellow GUMI short hair party Synthetic cosplay wig 1
Was:    US$18.00
Now:    US $16.02

You can change quantities in your cart.

**You may also like**

Feedback on our suggestions

< Back to search results · Clothing, Shoes & Accesso... > ... > Accessories > Wigs & Facial Hair

Share · Add to Watchlist









Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig washable



Handmade jewelry_2023 (87)
95.7% positive · Seller's other items · Contact seller

**GBP 15.60**
Approximately US $19.85
or Best Offer

Condition: **New with tags**

Quantity: [ 1 ]   3 available / 1 sold

[ **Buy It Now** ]

[ **Add to cart** ]

[ **Make offer** ]

[ ♡ Add to watchlist ]

↺ Breathe easy. Free shipping and returns.

| | |
|---|---|
| Shipping: | **Free** Economy Shipping. See details<br>International shipment of items may be subject to customs processing and additional charges.<br>Located in: yiwu, China |
| Delivery: | 🗓 Estimated between **Fri, Feb 16** and **Fri, Mar 22** to 30318 ⓘ<br>Please note the delivery estimate is **greater than 15 business days.**<br>Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  ● ● |



Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

---

### Similar sponsored items    See all >

Feedback on our suggestions







| | | | |
|---|---|---|---|
| Cos Marilyn Monroe short paragraph pale gold curly hair wig washable<br>New (Other)<br>**$16.82**<br>$18.90 11% off<br>Free shipping<br>10% off 2+ with coupon | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable<br>New (Other)<br>**$16.06**<br>$18.05 11% off<br>Free shipping<br>20% off 3+ with coupon | Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style<br>New (Other)<br>**$16.14**<br>$17.93 10% off<br>Free shipping<br>10% off 2+ with coupon | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant<br>New (Other)<br>**$14.59**<br>$16.40 11% off<br>Free shipping<br>Seller with a 100% positive feedback |

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions








| | | | | |
|---|---|---|---|---|
| Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable<br>New (Other)<br>**$16.06**<br>$18.05 11% off<br>Free shipping<br>20% off 3+ with coupon | Handpainted Wall Art Home Decor Modern Oil Painting Marilyn Monroe<br>**$105.30**<br>$135.00 22% off<br>Free shipping<br>Last one | LED Light Kit (Remote Control) for LEGOs Andy Warhol's Marilyn Monroe Art 31197<br>New<br>**$49.99**<br>Free shipping<br>Seller with a 99.4% positive feedback | YAI871 PURE HAND-PAINTED OIL PAINTING SEXY GIRL MARILYN MONROE 90CM UNFRAMED<br>New<br>**$34.52**<br>$38.35 10% off<br>+ $8.88 shipping | VV162 Hand-painted portrait oil painting on canvas Marilyn Monroe Unframed 36"<br>**$39.72**<br>+ $12.72 shipping<br>12 watchers | Vintage<br>Kap T...<br>New (C<br>**$64.9**<br>Free st<br>Seller... |

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 3852300056932

Last updated on Jan 16, 2024 04:51:59 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Country/Region of Manufacture | China | Hair Style | Wavy |
| Main Colour | Multi | Material | 100% Silk |
| Modification Description | Yes | Modified Item | Yes |
| MPN | Does Not Apply | Theme | Dreadlock |
| Type | Wig | EAN | Does not apply |

### Item description from the seller

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable

PRODUCT DESCRIPTION

**Notice:**

ebay feedback    shipping    About us    After sales

## You may also like

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free hair net

New
**$18.65**
$39.69 53% off
Free shipping



Short Bob Wig peacock blue Cos Lolita Custume lady's Full Wigs washable wave

New
**$16.92**
$33.84 50% off
Free shipping
Seller with a 99.2% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net

New
**$16.87**
$18.96 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wigs Elegant

New
**$19.85**
$39.69 50% off
+ $8.51 shipping
Seller with a 99.2% positive feedback



Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW

New
**$9.99**
+ $9.80 shipping
Seller with a 99.1% positive feedback

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

Shop by category    Search    All Categories    Search    Advanced

<    Back to search results  ·  Health & Beauty  >  Hair Care & Styling  >  Hair Extensions & Wigs  >  Wigs & Hairpieces

Share  ·  Add to Watchlist

🔥 **EXTRA 10% OFF 2+ ITEMS WITH CODE D654FSD65S6D5F**    See all eligible items and terms ▸









Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style

 handmade _Jewellery 18 (1469)
97% positive · Seller's other items · Contact seller

**US $16.14**
or Best Offer
Was US $17.99 ⓘ
Save US $1.79 (10% off)

Condition:  **New without tags**
*"Mala Yoga Prayer bracelet"*

Quantity:  1    10 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |

♡ Add to watchlist

↺  Breathe easy. Free shipping and returns.

Shipping:    Free SpeedPAK Standard.  See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    📦 Estimated between **Thu, Feb 8** and **Thu, Feb 15** to **30318** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping.  See details

Payments:    PayPal  G Pay  VISA  ●●    

PayPal CREDIT
Special financing available.  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

Ⓢ  **eBay Money Back Guarantee**
Get the item you ordered or get your money back.  Learn more

### Similar sponsored items    See all >

Feedback on our suggestions

      

| Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Wig for Women Long Curly Wave Black Dark Brown Brunette Synthetic Handmade Hair | Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot |
| New (Other) | New (Other) | New | New (Other) |
| $14.80 | $14.59 | $14.98 | $14.96 |
| $16.63 11% off | $16.40 11% off | | $16.81 11% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | ⭐ Top Rated Plus  38 sold | Seller with a 100% positive feedback |



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

          

| Marilyn Monroe Desk Light 7 Colors LED RGB USB colorful Night Light With remote | Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Lots 30 pcs Marilyn Monroe Postcard Classic Black White Photos Cards Bulk #14M | Cos Marilyn Monroe short paragraph pale gold curly hair wig I | Maril Onam Chris New |
| New | New | Now (Other) | New | New | $20.9 |
| $45.00 | $18.65 | $17.99 | $14.88 | $16.90 | Free s |
| | $39.69 53% off | | | $18.99 11% off | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | |
| | | 20 watchers | 64 sold | 20% off 3+ with coupon | |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 403929691244

Last updated on Jan 28, 2024 02:50:39 PST  View all revisions

## Item specifics

| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Classic Cap | Cap Size | Extra Large |
| Country/Region of Manufacture | China | Department | Men |

| | | |
|---|---|---|
| Hair Color Shade | Black | |
| Item Length | | Hair Origin | Synthetic |
| MPN | | Item Weight | |
| | | Style | Cosplay |
| Texture | Straight | Theme | Cosplay |
| Type | Wig | Wig Parting Type | L-Part |
| UPC | Does not apply | | |

## Item description from the seller



100% Genuine | High Quality | Fast Shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us

**You may also like**

Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style

Red long straight bang Color
bone hair cosplay Wig Rose
17.91 USD
~~19.9 USD~~
Free shipping

Cool Black Womens Short
Straight Bob Neat Bang Hair
11.61 USD
~~12.9 USD~~
Free shipping

White girl Short straight hair
neat bang cosplay wig HIGH
15.21 USD
~~16.9 USD~~
Free shipping

**PRODUCT DESCRIPTION**

Beautiful as seen and arrived well packed.



Fashionable huge 5MM Peacock Blue Shell Pearl Earrings 18K Women Aquaculture (#400929822958)

See all feedback

---

🅑 **EXTRA 10% OFF 2+ ITEMS WITH CODE D654FSD65S6D5F** ⓘ  See all eligible items →
D654FSD65S6D5F

All promotional offers from guoch-91

| | | | | |
|---|---|---|---|---|
| Dark brown Short curly hair inclined bang cosplay Wig style party mask stretchy | Long curly hair cream gold mixed linen double ponytail cosplay wig party mask | Cruella De Vil Cosplay Wig Black White Short Curly Hair Wigs party Cosplay | Fluffy mix blue Split head Witch hair accessories cosplay Wig Party Cosplay | Silver gray girl short straight hair bobo cut cosplay wig High Quality party |
| Was: ~~US $16.90~~ | Was: ~~US $23.90~~ | Was: ~~US $14.30~~ | Was: ~~US $20.30~~ | Was: ~~US $18.30~~ |
| Now: US $15.21 | Now: US $21.51 | Now: US $12.88 | Now: US $18.30 | Now: US $16.48 |

➕
See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| Cos Marilyn Monroe short paragraph pale gold curly hair wig 1 | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable |
| Now | Now (Other) | Now (Other) | Now (Other) | Now (Other) |

New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon

New (Other)
$14.69
$16.44 10% off
25% off 5+ with coupon
Seller with a 100% positive feedback

New (Other)
$16.14
Free shipping

New (Other)
$14.80
$16.44 10% off
Free shipping
Seller with a 100% positive feedback

New
$16.06
$16.99 11% off
Free shipping
20% off 3+ with coupon

    

Cos Marilyn Monroe short paragraph pale gold curly hair wig new style STANDARD

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy

New (Other)
$16.66
0 bids
Free shipping

New (Other)
$15.82
$17.58 10% off
Free shipping
20% off 3+ with coupon

New (Other)
$15.90
$18.07 12% off
Free shipping

New
$16.98
Free shipping
5 watchers

New (Other)
$15.12
$16.99 11% off
Free shipping

 

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable
Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality
Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic wave
Sponsored

ELEMENT Short Wavy Hair Wigs with Bangs for Women Golden Blonde Daily Cosplay
Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Elegant
Sponsored

New
$14.64
$16.44 11% off
Free shipping

New (Other)
$14.45
$16.06 10% off
Free shipping
10% off 2+ with coupon

New (Other)
$14.39
$16.99 10% off
Free shipping
10% off 2+ with coupon

New (Other)
$13.43
$19.19 30% off
Seller with a 99.1% positive feedback

New
$19.85
$39.69 50% off
+ $6.51 shipping
Seller with a 99.2% positive feedback

  

Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap unisex's
Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
Sponsored

Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay
Sponsored

Women's Fashion Short Wigs Blonde Brown Wig Bob Curly Wigs Real Natural Hair .
Sponsored

23" Golden Brown to Gold Ombre Long Wavy Curly Blonde Wig Women's Synthetic
Sponsored

New (Other)
$14.98
$16.66 10% off
Free shipping

New (Other)
$16.82
$18.99 11% off
Free shipping
10% off 2+ with coupon

New
$19.18
Free shipping
Seller with a 100% positive feedback

New
$16.43
Free shipping
27 watchers

New
$14.98
Free shipping
Top Rated Plus
427 sold

    

10 Inch Curly Wavy Short Bob Fluffy Blonde Women Hair Cosplay Casual Party Wigs
Sponsored

Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap hot social
Sponsored

Highlight Brown Blonde Daily Wigs Long Wavy Synthetic Hair for Women Cosplay
Sponsored

Oredor 28 Inches Curly Synthetic Hair Wig with Wig Cap (Honey Dark Blonde)
Sponsored

Natural Ombre Pink Hair Wigs Women Curly Wig with Bangs Synthetic Daily Use US
Sponsored

New
$11.20
$11.79 5% off
Free shipping
Top Rated Plus

New
$13.16
$14.79 11% off
Free shipping
20% off 3+ with coupon

New
$15.19
$15.99 5% off
Free shipping
197 sold

New
$12.99
Free shipping
26 sold

New
$16.19
$17.99 10% off
Free shipping
Top Rated Plus



More to explore : Party Human Hair Curly Wigs,  Party Curly Wigs,  Gold Human Hair Curly Wigs & Hairpieces,  Human Curly Hair Wigs,  Human Hair Curly Wigs,  Curly Hair Care & Styling,  Kinky-Curly Curly Hair Care & Styling,
Black Human Hair Curly Wigs,  Revlon Hair Care & Styling for Curly Hair,  DevaCurl Hair Care & Styling for Curly Hair

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

〈  Back to search results  ·  Collectibles & Art  〉  ···  〉  Animation Merchandise  〉 Other Animation Merchandi...          Share · Add to Watchlist

🔥 SAVE UP TO 7% WHEN YOU BUY MORE







〈   〉

Have one to sell? Sell now

### Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure



HappyLemon (13/6)
99.6% positive · Seller's other items · Contact seller

**US $29.19/ea**
or Best Offer
Was US $32.43 ⓘ
Save US $3.24 (10% off)

Condition: **New**

Sale ends in: **19h 42m**

Quantity: [ 1 ]    More than 10 available / 6 sold

Bulk savings:

| Buy 1 $29.19/ea | Buy 2 $28.31/ea | Buy 3 $27.73/ea | 4 or more for $27.05/ea |

| **Buy It Now** |
| **Add to cart** |
| **Make offer** |
| ♡ **Add to watchlist** |

↩ Breathe easy. Returns accepted.

⚡ People want this. 20 people are watching this.

Shipping: **Free** SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: GUANGZHOU, China

Delivery: 🕐 Estimated between **Wed, Feb 14** and **Thu, Feb 22** to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than **13 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: [PayPal] [GPay] [VISA] [Mastercard] [AMEX] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


Stream like never befo
xfinity 10G

## Similar sponsored items    See all 〉

Feedback on our suggestions

      

| 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure | 1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure | Rare Large Betty Boop Marilyn Monroe Figure Statue King Features Syndicate *READ | 1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving |
| New | New | Pre-owned | New |
| $29.19 | $36.37 | $400.00 | $45.00 |
| $32.43 10% off | + $3.99 shipping | 0 bids | Free shipping |
| Free shipping | 108 sold | 5d 13h | Last one |
| Seller with a 99.6% positive feedback | | + $11.93 shipping | |
| | | Seller with a 99.7% positive feedback | |

## Sponsored items inspired by your views    See all 〉

<space>                                                                                </space>Feedback on our suggestions

         

| 50Pcs Marilyn Monroe Sexy Beauty Vinyl Sticker For Laptop Luggage Graffiti Decal | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue. | 6"Marilyn Monroe Action Figure Wacky Wobbler Bobble Head Gift In Box | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box | Georg Relief |
| New | New | Pre-owned | Pre-owned | New | New |
| $4.99 | $12.99 | $13.98 | $14.99 | $89.00 | $15.95 |
| Free shipping | Free shipping | ($13.98/Unit) | Free shipping | Free shipping | + $6.0 |
| Seller with a 100% positive feedback | Last one | + $9.53 shipping | Last one | 24 sold | 🔖 Top Seller |
| | | Seller with a 99.7% positive feedback | | | |

About this item    Shipping, returns, and payments          Report this item

Seller assumes all responsibility for this listing.          eBay item number: 196034757468

Last updated on Jan 27, 2024 03:50:39 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Accessories | Year | 2018 |
| Character | Accessories | Era | Accessories |
| Size | 1/6 | Scale | 1/6 |
| Recommended Age Range | 3 years+ | MPN | Does Not apply |
| Accessory Type | Accessories | Country/Region of Manufacture | China |
| Character Family | action figure | | |

## Item description from the seller

**LOL... Maybe you will like it**

| | | | | | |
|---|---|---|---|---|---|
| 11.5" BJD Handmade 1/6 Scale Dollhouse Picnic Clothes Storage... USD 16.65 | Handmade Vintage Victoria 1/6 Scale Dollhouse Miniature Storag... USD 10.99 | 1/6 Scale Bakery Food Bread Tray Basket Miniature Dollhouse 11.5" USD 9.99 | Handmade Restaurant Vintage Tray Lid Dollhouse 1/6 Scale Miniature... USD 10.99 | 1x Handmade Wooden Old Garden Chair 1/12 Scale Dollhouse... USD 8.99 | 1:12 Scale Dollhouse Miniature Handmade Wall Storage Rack... USD 10.49 |

**1.Scale: 1/6**

**2.Color:as picture**

**3.Material: PVC**

**1/6(12") Action Figure Accessory**

**100% Brand New , Never Been Played**

**Packing List:**

**One head Model**

**Maybe you like it**

| | | | | | |
|---|---|---|---|---|---|
| 12PC Miniature Dollhouse 1/12 4 Wine Bottle With 8 Wine Glass... | 1:12 Scale Dollhouse Miniatures DIY Furniture Unfinished Victoria Witc... | Miniature Lot 1/12 Food Market Dollhouse Clay Vegetable fruit... | Dollhouse Witch Sheep's Head 1:12 Scale Miniature Living Room Wall... | 20PC Dollhouse Miniature 1:12 Scale Fairy Tale Books Fill A... | Support for 11.5" Doll Clothes Outfits Dress Mannequin Display Holder... |

### Popular categories from this store   See all

| Collectibles | Crafts | eBay Motors | Antiques | Sporting Goods |

| Home & Garden | Clothing, Shoes & Accessories | Toys & Hobbies |

| Dolls & Bears |

This was an Excellent Purchase, all items shipped as Promised, and the Delivery was Speedy, Quick, and Fast! All Item/s Arrived as Described! THERE WAS ABSOLUTELY NO PRICE GOUGING ON THE SHIPPING COST, which makes me a HAPPY BUYER! I know for fact, I will do business with this seller AGAIN, because I adore HONEST Sellers, that care for their Buyers, more than they care about RIPPING Buyers OFF! This was a Wonderful Transaction.

⊕ r****g (142) • Past 6 months

Good quality, arrived just as advertised and packed well. A great transaction.

( See all feedback )


**4 questions to help plan a successful retirement**
Ask yourself these questions to see if you're on track for your retirement goals and get a better understanding of how much you may need to save.
Sponsored by Fidelity Investments

This is a private listing and your identity will not be disclosed to anyone except the seller.

More to explore :   Marilyn Monroe Photo,  Marilyn Monroe People Collectible Non-Topographical Postcards,  Antique Original Wooden Carved Figures 1900-1940,  Henning Carvings,  Inuit Carving,  Chinese Carving,  Zuni Fetish Carving,
1/4 Scale Collectible Comics Statues,  Corn Maiden Fetish Carving,  1/12 Comic Statues Collectible Figurines

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility   User Agreement   Privacy   Payments Terms of Use   Cookies   CA Privacy Notice   Your Privacy Choices   and AdChoice ⓘ



Hey USAA member, get $200
Sponsored By USAA



It's Easy To Save On USAA Homeowners Insurance
Sponsored By USAA


GoDaddy
Manage all your online sales from one spot.
Start for Free*
*See terms on site.



ebay

Hi Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact                    Sell    Watchlist    My ebay    

< Back to search results | Collectibles & Art > ... > Animation Merchandise > Other Animation Merchandi...          Share | Add to Watchlist

SAVE UP TO 7% WHEN YOU BUY MORE







Have one to sell? Sell now

### For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted

HEALER WORLD (2397)
99.9% positive · Seller's other items · Contact seller

**US $29.19/ea**
or Best Offer
Was US $32.43 ⓘ
Save US $3.24 (10% off)

Condition:   New

Sale ends in:   13h 46m

Quantity:   [ 1 ]   More than 10 available

Bulk savings:

| Buy 1 $29.19/ea | Buy 2 $28.31/ea | Buy 3 $27.73/ea | 4 or more for $27.15/ea |

| **Buy It Now** |
| **Add to cart** |
| **Make offer** |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
             International shipment of items may be subject to customs
             processing and additional charges. ⓘ
             Located in: GUANGZHOU, China

Delivery:    Estimated between Mon, Feb 12 and Fri, Feb 23 to 30318 ⓘ
             This item has an extended handling time and a delivery estimate
             greater than 11 business days.
             Please allow additional time if international delivery is subject to
             customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  GPay  VISA  mastercard  AMEX  DISCOVER
             PayPal CREDIT
             Special financing available. See terms and apply now
             Earn up to 5x points when you use your eBay Mastercard®.
             Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

#### Similar sponsored items                See all >                                          Feedback on our suggestions






1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback

Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

Rare Large Betty Boop Marilyn Monroe Figure Statue King Features Syndicate *READ
Pre-owned
**$400.00**
0 bids
5d 7h
+ $19.13 shipping
Seller with a 100% positive feedback

1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure
New
**$36.37**
+ $3.99 shipping
108 sold

Find mental health resources

**Love,**
*Your Mind*

HUNTSMAN  Ad

Learn More

#### Sponsored items inspired by your views        See all >                                  Feedback on our suggestions







The Marilyn Monroe Garden Banner
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

2 PCS Cigarette Case Marilyn Monroe Cigar Case Box HolderTobacco Storage Box
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
**$19.85**
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon

Handpainted Wall Art Home Decor Modern Oil Painting Marilyn Monroe
**$105.30**
$135.00 22% off
Free shipping
Last one

LED Li Andy W
New
**$49.9**
Free s
Seller

| About this item | Shipping, returns, and payments |                                          Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2024 08:32:19 PST View all revisions                          eBay item number: 386204746369

### Item specifics



| Condition | New: A brand-new, unused, unopened, undamaged item (including ... | Brand | Unbranded |
|---|---|---|---|
| Type | Accessories | Year | 2018 |
| Character | Accessories | Era | |
| Size | 1/6 | Scale | Accessories |
| Recommended Age Range | 3 years+ | MPN | 1/6 |
| Accessory Type | Accessories | Country/Region of Manufacture | Does Not apply |
| Character Family | action figure | | China |

## Item description from the seller

**1.Scale: 1/6**

**2.Color:as picture**

**3.Material: PVC**

**1/6(12") Action Figure Accessory**

**100% Brand New , Never Been Played**

**Packing List:**

One head Model



### HEALER WORLD
99.9% Positive Feedback
13K items sold

Visit store
Contact
Save seller

📅 Joined Feb 2022

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

#### Popular categories from this store   See all



+ Fits 18" American Doll    + Dolls Clothing/Accessories
+ Soldier Accessories    + Dollhouse - 1:12 Scale    + Dollhouse - 1:6 Scale
+ Dollhouse - Decorate    + Dollhouse - Furniture
+ Dollhouse - Flower/Plant    + Dollhouse - Kitchen

#### Seller feedback (3,418)

✅ 5***a (367) • Past 6 months
My items arrived on time and well packaged. They are in excellent new condition, exactly as described and shown in photos by the seller and the miniature detail is great, I am so happy with them. Communication and customer service was good so I definitely recommend this seller.

✅ I***I (44) • Past 6 months
Another darling item from this seller. Looks just like the picture and arrived well-packaged. Seller was also very quick to respond to my inquiries. A+

✅ 4***4 (266) • Past 6 months
Fantastic working with this dealer. Original delivery date was Dec 7th. Contacted Dealer and ask if the order could be sent to arrive before Dec 3rd as I wanted to give them to my miniature club members on that date. They arrived well in advance of the 3rd. I am so thrilled with them. They are even cuter than as pictured. Can't wait to see every ones faces when they see the ducks. I also loved the little pigs. Already looking to see what else I need from them. They are fabulous to work w

See all feedback

## You may also like

Feedback on our suggestions



Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback

1/6 Man Head Holy Monk Sculpt Carved Model Painted Fit PH TBL Action Figure
New
$24.73
$26.03 5% off
Free shipping

SUPER DUCK 1/6 Pale Head Sculpt Carved Female Girl Head Model F 12" PH Figure
New
$28.77
$30.28 5% off
Free shipping

1:6 Sasha Celie Girl Head Sculpt Anime Carved For 12" Female Action Figure Body
New
$29.99
Free shipping
Seller with a 100% positive feedback

SUPER DUCK 1/6 Female Figure Head Sculpt Carved Model SDH017 fit 12" Girl Body
Now
$29.68
$31.24 5% off

SUPER DUCK 1/6 Female Head Carving Sculpt SDH018A 12" Phicen Figure Head Toy
New
$31.64
$33.31 5% off

1/6 Female Girl Head Sculpt Long Hair Head Carving 12" Figure Head Accessory
New
$31.28
$32.93 5% off

Questioners Raquel GOTHIC 1/6 Scale PVC Figure used
Pre-owned
$99.99
0 bids

Blond hair violent LUNCH PVC Figure Collectible Toys No Box
New
$20.90
Free shipping



Sponsored
1/6 Marilyn Monroe Only Head Sculpt Model
Statue PVC Action Figure Body Carving
New
**$45.00**
Free shipping
**11 watchers**



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc
Sculpture Beauty Collection Toy Statue
New
**$16.79**
Free shipping



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig style breathable
New (Other)
**$16.06**
~~$18.05~~ 11% off
Free shipping
**20% off 3+ with coupon**



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Elegant
New (Other)
**$14.59**
~~$16.40~~ 11% off
Free shipping
Seller with a 100% positive feedback



Sponsored
1:6 SDH027 A Beauty Girl Head Sculpt
Carved For 12" Female PH TBL Figure Body
Toy
New
**$15.63**
~~$16.99~~ 8% off
Free shipping
**10% off 3+ with coupon**



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot design party
Now (Other)
**$16.14**
~~$18.14~~ 11% off
Free shipping
**25% off 5+ with coupon**



Sponsored
1/6 YMT Silver Hair Girl Female Head Sculpt
Fit 12" Hot Toys Phicen Body Figure
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig 1
New (Other)
**$16.90**
~~$18.99~~ 11% off
Free shipping
**20% off 3+ with coupon**





Sponsored
1:6 Career Killer KIYOHA Head Sculpt
Carved For 12" Female PH TBL JO Figure
Body
New
**$22.99**
~~$24.99~~ 8% off
Free shipping
**10% off 3+ with coupon**



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc
Sculpture Beauty Collection Toy Statue
New
**$13.69**
Free shipping



Sponsored
1:6 SDH027C Beauty Girl Head Sculpt
Carved For 12" Female PH TBL Figure Body
Toy
New
**$20.23**
~~$21.99~~ 8% off
Free shipping
**27 sold**



Sponsored
1:6 Queen Mera Amber Girl Head Sculpt
Carved For 12" Female PH TBL Figure Body
New
**$19.31**
~~$20.99~~ 8% off
Free shipping
**10% off 3+ with coupon**



Sponsored
1:6 Beauty Black Girl Head Sculpt Carved
For 12" Female Action Figure Body Toys
New
**$28.51**
~~$30.99~~ 8% off
Free shipping
**10% off 3+ with coupon**



Sponsored
1:6 SDH022C Asian Girl Head Sculpt Carved
For 12" Female PH TBLeague Figure Body
New
**$21.84**
~~$23.74~~ 8% off
Free shipping
**10% off 3+ with coupon**



Sponsored
1:6 Chris Evans Head Sculpt Carved For
12"Male Action Figure Anime Toys
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                            Return to top

More to explore : Marilyn Monroe Photo,  Marilyn Monroe People Collectible Non-Topographical Postcards,  Antique Original Wooden Carved Figures 1900-1940,  Henning Carvings,  Inuit Carving,  Zuni Fetish Carving,  Anri Wood Carving,
Carved Turtle,  Bear Fetish Carving,  Corn Maiden Fetish Carving

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice