





Hi, Jeffrey!     Daily Deals    Brand Outlet    Gift Cards    Help & Contact                                    Sell    Watchlist    My eBay

ebay    [                    ]    [ All Categories ]    [ Search ]    Advanced

< Back to search results    Toys & Hobbies > Building Toys > Building Toys & Blocks > Building Toy Pieces & Parts

SAVE UP TO 7% WHEN YOU BUY MORE










Have one to sell? Sell now

### LED Light Kit (Remote Control) for LEGOs Andy Warhol's Marilyn Monroe Art 31197

hello223344 (1637)
99.1% positive · Seller's other items · Contact seller

**US $49.99**

Condition:    New

Package:    [ - Select - ▾ ]

Quantity:    1    Last One

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
             International shipment of items may be subject to customs processing and additional charges. ⓘ
             Located in: GUANGDONG, China

Delivery:    Estimated between Fri, Feb 9 and Fri, Feb 16 to 30338 ⓘ
             Please note the delivery estimate is greater than 9 business days.
             Please allow additional time if international delivery is subject to customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🔴 AMEX  DISCOVER
             PayPal CREDIT
             Special financing available. See terms and apply now
             Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

🛡 eBay Money Back Guarantee
   Get the item you ordered or your money back. Learn more

Share | Add to Watchlist

## Similar sponsored items    See all >

Feedback on our suggestions








*BRAND NEW* Lego Art Andy Warhol Marilyn Monroe *RETIRED* 3341 Pieces #31197
New
$119.96
+ $15.32 shipping
♡ Top Rated Plus
Seller with a 99.4% positive feedback

LED lighting Kit for Andy Warhol's Marilyn Monroe 31197 Remote Controlled
New
$65.90
Free shipping
Seller with a 100% positive feedback

Nitelliz Youtube Corner Post Office Legos 4004 Pieces
New
$100.00
0 bids
+ $7.09 shipping
Seller with a 100% positive feedback

LED Light Kit (Remote Control) for LEGOs Andy Warhol's Marilyn Monroe Art 31197
New
$49.99
Free shipping
Seller with a 99.4% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions







YA1871 PURE HAND-PAINTED OIL PAINTING SEXY GIRL MARILYN MONROE 90CM UNFRAMED
New
$34.52
$38.35 10% off
+ $8.88 shipping

VV162 Hand-painted portrait oil painting on canvas Marilyn Monroe Unframed 36"
New
$39.72
+ $12.72 shipping
12 watchers

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
$64.97
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Halloween HIGH
New
$18.96
$37.91 50% off
Free shipping

Hand painted High Quality Oil painting Marilyn Monroe Decorative Arts
$77.22
$99.00 22% off
Free shipping

Cos M
gold c
New (O
$17.54
$19.70
Free sh

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.                                           eBay item number: 325126305170

Last updated on Jan 14, 2024 13:26:25 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Piece Type | Bricks & Blocks |
| Custom Bundle | Yes | Color | Black |
| MPN | Does Not Apply | Age Level | 12+ |
| Brand | GEAMENT | Material | Plastic |
| Plastic Block Shape | Self-Locking Bricks | Power supply | USB Charger, Power bank ,Battery Box,USB Hub |
| Features | 4.5V-5V | Type | Minifigure |

### Item description from the seller



- **Important note:** This is a Led lighting kit only!!! All of the bricks set featured in the images and videos are just for the lighting show, not include the model set!!!

- Each light kit comes with paper installation instruction, just follow the instruction to install step by step.

- All the pictures you seen are original images that have not been beautified. We can completely beautify the pictures, but we hope to let you see the most realistic effect.

- **Led powered by USB , easy to install!**Because of the aesthetic, this lighting kit uses the smallest wires, so please be careful during installation to avoid damage. Please contact us if you have any questions.

- Power supply: USB Charger, Power bank ,Battery Box,USB Hub,4.5-5V

Package A : Standard lighting kit*1 (not include the bricks set)

Package B : Standard lighting kit*1 (not include the bricks set) & Battery box*1

**Popular categories from this store**  See all

Lighting Kit For Lego    Other

Item arrived ahead of schedule, well packaged and just as described. Will buy again.

LED Light Kit for LEGOs Avengers Tower Battle Marvel 76166 (With Instruction) (#225070290878)

d***o (439) · Past month

As described, value for money and fast delivery.

LED Light Up Kit For Z6228 LEGOs New York City Architecture light set (#324218262257)

See all feedback

**You may also like**    Feedback on our suggestions

    

ebay

Back to search results · Collectibles & Art · ··· · Hand Embroidery Kits · Cross Stitch Kits

Share · Add to Watchlist

## Marilyn Monroe Diamond Painting White Black Art 5D Full Drill Mosaic Crystal Art

**HiFun Store** (166)
100% positive · Seller's other items · Contact seller

**GBP 11.99**
Approximately US $15.25

Condition: New

Patterns: - Select -

Quantity: 1    10 available / 2 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 7 have added this to their watchlist.

Shipping: GBP 1.25 (approx US $1.59) SpeedPAK Economy. See details.
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hefei, China

Delivery: 🚚 Estimated between Tue, Mar 12 and Fri, Mar 22 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 35 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details.

Payments: PayPal  G Pay  VISA  mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell? Sell now

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all >

Feedback on our suggestions



5D DIY Diamond Art Painting, Embroidery Kit Craft Marilyn Monroe
New
$15.99
Free shipping
Seller with a 100% positive feedback

5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art
New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor
New
$11.49
$12.09 5% off
Free shipping
Seller with a 99.5% positive feedback

Marilyn Monroe Blonde 5D Picture Diamond Painting Kit Rhinestone Wall Decor Art
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

### Sponsored items customers also bought    See all >

Feedback on our suggestions









Marilyn Monroe Bubble 5D Art Diamond Painting Kit Rhinestone Wall Decor Picture
New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

Personalised 5D Diamond Painting Full Drill Custom Baby Wedding Photo Home Decor
New
$10.13
Free shipping
Seller with a 100% positive feedback

Personalised 5D Diamond Painting Full Drill Custom Photo Wedding Baby Home Decor
New
$12.20
Free shipping
315 sold

Personalized Photo Custom Diamond Painting Arts 5D DIY Full Round/Square Drill
New
$10.13
+ $3.28 shipping
117 sold

Personalised Photo Custom Diamond Painting 5D Wedding Baby Pictures Home Decor
New
$12.70
Free shipping

Full Dri Embro Decor
New
$13.9
+ $17.6
53 sold

Ad · GoDaddy · YOUR DOMAIN IS ONLINE 24/7

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 145000181830

Last updated on Jan 24, 2024 23:36:31 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Diamond Painting |
| Features | 5D | Count | 20 |
| Format | Framed Picture | Colour | Multicoloured |
| Bundled Items | Colour Guide, Canvas, Pattern, Stitching Guide | Canvas size | 35*45cm |
| Drill Type | 5cm smaller than canvas size | Self-finished product | Yes ,you need to diy it by yourself |
| Diamond Type | Round Shape | Theme | Marilyn Monroe |
| Brand | Unbranded | | |

Item description from the seller



    

Communication ———————— 5.0

2***b (4626) · Past 6 months

Excellent item. Securely packed & arrived a week before estimate. Great service, highly recommended ebayer. A++

DIY Diamond Painting Kits Bernese Mountain Puppies Diamond Art Dog lovers Gifts (#145304368754)

n***a (361) · Past month

Great price, fast delivery, well packaged, thanks

5D Diy Diamond Painting Ocean Animals Killer Whale Full Diamond Mosaic Picture (#145636320780)

See all feedback

## You may also like

Feedback on our suggestions

     

35*45cm Full Drill 5d Diamond Painting Marilyn Monroe Embroidery Crafts Decor

New
**$15.25**
+ $1.59 shipping
Seller with a 100% positive feedback

Marilyn Monroe Bubble 5D Art Diamond Painting Kit Rhinestone Wall Decor Picture

New
**$11.29**
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

New 30x40 MARILYN MONROE Diamond painting, Everything Needed Included

New
**$7.62**
+ $18.97 shipping
Seller with a 100% positive feedback

Painting Kit for Adults Diamond Painting Kits DIY 5D Garden Art Painting Full

New
**$7.91**
Free shipping
Last one

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural

New
**$3.80**
+ $3.10 shipping
Seller with a 100% positive feedback

FtLASLFT Halloween Diamond Painting Kits for Adults Diamond Art for Kids DIY 5D

New
**$12.75**
Free shipping
Seller with a 100% positive feedback

DIY 5D Diamond Painting Guitar Diamond Art Kit NEW

New
**$9.99**
+ $5.95 shipping
Last one

Large 5D Diamond Painting Kits for Adults DIY Diamonds Art Paint with round Full

New
**$10.76**
Free shipping
Seller with a 99.4% positive feedback

Personalized Photo Custom Diamond Painting Kit 5D Full Round/Square Drill Gifts

New
**$5.08**
+ $1.59 shipping
265 sold

Diamond Painting Kits for Adults5D DIY Full round Drill Gnome Diamond Art Kits

New
**$11.91**
Free shipping
Last one

   



Sponsored
50Pcs Marilyn Monroe Sexy Beauty Vinyl
Sticker For Laptop Luggage Graffiti Decal
New
$4.99
Free shipping
Seller with a 100% positive feedback

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
Pre-owned
$89.00
Free shipping
24 sold

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$69.00
+ $26.00 shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one



Sponsored
Minecraft 5D DIYFull Drill Diamond Painting
Cross Stitch Kits Art Decor Gifts
New
$13.98
+ $3.18 shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers



Sponsored
White Black Art 5D Diamond Painting Cross
Stitch Audrey Hepburn Elegant Lady
New
$13.42
+ $1.59 shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
New
$17.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback



Sponsored
5D DIY Diamond Art Painting Kit, Full Drill
Canvas Diamond Crystal Gemston
New
$7.77
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
New
$12.99
Free shipping



Sponsored
5D DIY Diamond Art and Craft Painting Kits
Full Drill, Crystal Rhinestone Cross
New
$7.28
+ $13.93 shipping
Last one

Sponsored
?? 5D DIY Diamond Art Painting Kits Full
Drill, Rhinestones Crystal Embroidery -
New
$6.03
+ $13.88 shipping



Sponsored
Mego Legends Marilyn Monroe Serialized
Limited Edition 8" Doll Action Figure
New
$11.11
$11.95 7% off
Free shipping
Top Rated Plus

## Find more sponsored items

Feedback on our suggestions



5D DIY Diamond Painting Full Drill Flower
Kittens Embroidery Animal Mosaic
New
$7.87
Free shipping

Diamond Painting Embroidery Full Round
Drill Mosaic Kit Home Decor Decoration
New
$8.50
Free shipping

5D DIY Diamond Painting Embroidery
Mosaic Kit Home Decor Bead Art DIY Gift
Craft
New
$6.19
Free shipping

5D Diamond Painting Cross Stitch
Embroidery Mosaic Craft Needlework Set
Home
New
$9.02
Free shipping

## Explore related sponsored items

Feedback on our suggestions

ebay                                            Sell    Watchlist ˅    My eBay ˅    ⌂    🛒

Hi Jeffrey! ˅    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

[Q                                    ] [ All Categories ˅ ]  [ Search ]   Advanced

< Back to search results  |  Home & Garden  >  Home Décor  >  Posters & Prints



**Marilyn Monroe Tattoos Canvas Canvas No Frame Poster** - show original title

🏛 Home Museum Style (1078)
99% positive · Seller's other items · Contact seller

**EUR 19.82**
Approximately US $21.53

Condition: New

Dimension:    [ - Select -                          ˅ ]

Quantity:  [  ]  Last One

[          Buy It Now          ]

[          Add to cart          ]

[      ♡ Add to watchlist      ]

↩  Breathe easy. Free shipping and returns.

Shipping:  Free Spedizione Internazionale economica. See details
           International shipment of items may be subject to customs
           processing and additional charges. ⓘ
           Located in: Shenzhen, China

Delivery:  📦 Estimated between Tue, Feb 13 and Tue, Mar 19 to 30318 ⓘ
           Please note the delivery estimate is **greater than 12 business days.**
           Seller ships within 1 day after receiving cleared payment.
           Please allow additional time if international delivery is subject to
           customs processing.

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  GPay  VISA  ●●  ●

           Earn up to 5x points when you use your eBay Mastercard®.
           Learn more

Have one to sell? Sell now

**Shop with confidence**

🛡 eBay Money Back Guarantee
   Get the item you ordered or your money back. Learn more

---

## Similar sponsored items    See all >



Marilyn Monroe con tatuaggi          Marilyn Monroe Print |Marilyn      Quadro Marilyn Monroe sfondo      Marilyn Monroe Print |Marilyn
poster tela canvas no cornice        Monroe Painting |Marilyn Monroe   rosso moderno stampa su tela      Monroe Painting |Marilyn Monroe
                                     on Canvas                         mr63                              on Canvas
New                                  New                               New                               New
$37.56                               $127.63                           $43.98                            $127.63
Free shipping                        Free shipping                     + shipping                        Free shipping
                                     Seller with a 100% positive       Seller with a 100% positive       Seller with a 100% positive
                                     feedback                          feedback                          feedback

Feedback on our suggestions


@ GoDaddy
Take online payments without a website.
[ Get Details ]

---

## Sponsored items inspired by your views    See all >

    

Marilyn Monroe 1/4 Action Figure The   VINTAGE COCA COLA PORCELAIN SIGN   1/64 Resin Marilyn Monroe Subway Pose   Marilyn Monroe Blondes Figure 7" In Pvc   Female 1/6 Scale Marilyn Monroe Head   50Pcs
Greatest Actresses Sexy model Statue w/   SODA ADVERTISING COKE MARILYN     Classic Model Girl Unpainted          Sculpture Beauty Collection Toy Statue   Sculpt Carved Painted For 12" PH Figure   Sticker
Box                                     MONROE OIL GAS
New                                     Pre-owned                         New                                   New                                   New                                   New
$84.99                                  $104.93                           $12.99                                $13.89                                $29.19                                $4.99
+ $50.00 shipping                       $149.90 30% off                   Free shipping                         Free shipping                         $32.43 10% off                        Free s
7 watchers                              Free shipping                     Seller with a 99.4% positive feedback  Seller with a 100% positive feedback   Free shipping                         Seller
                                        Seller with a 100% positive feedback                                                                          Seller with a 99.4% positive feedback

Feedback on our suggestions

---

[ About this item ]  Shipping, returns, and payments                                          Report this item

Seller assumes all responsibility for this listing.                          eBay item number: 175726505094

Last updated on Aug 28, 2023 12:30:01 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Tipo | Poster |
| Materiale | canvas | Marca | - Senza marca/Generico - |
| Paese di fabbricazione | Cina | | |

### Item description from the seller

IT

-Foto di repertorio.



-Prima di effettuare l' acquisto si prega di contattare in privato per verificare la disponibilità del pezzo in magazzino.

-Il prodotto acquistato può differire leggermente in tonalità e misure.

-Bene prodotto in serie.

EN

- Archive photos.

- Before making the purchase, please contact in private to check the availability of the piece in stock.

-The purchased product may differ slightly in shades and sizes.

-mass-produced.

## Business seller information

Value Added Tax Number: IT 02800040814



### Home Museum Style

99% Positive Feedback
2.3K items sold

Visit store
Contact
♡ Save seller

📅 Joined Feb 2019

### Detailed seller ratings

Average for the last 12 months

| Accurate description | 4.9 |
|---|---|
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (827)

➕ r***o (3583) • Past 6 months

As advertised. Prompt shipping.

Maschera denaro Jube Il e Cleopatra, Jube Il e Coccodrillo che striscia e se (#175713562676)

➕ c***e (14) • Past 6 months

DE: Guter Verkäufer. Es sind keine Probleme aufgetreten FR: Bon vendeur. Aucun problème rencontré IT: Ottimo venditore. Nessun problema riscontrato

Medea ta noi Le madri che uccidono il proprio figlio Gian Carlo Nicoli (#174573716445)

➕ f***z (224) • Past 6 months

As show, normal condition , arrived on time. Thank you

Giano bifronte Nosce te ipsum civetta Atena conosci te stesso sapienza pettine (#175297027249)

See all feedback

## You may also like

Feedback on our suggestions



Leinwand Bild Wandbild Canvas Print Lippen von Marilyn Monroe Nr. H19_PC

New
$10.85
+ shipping



Leinwand Bild Wandbild Canvas Print Autogramm von Marilyn Monroe Nr. H77_PC

New
$11.94
+ shipping



QUADRO MODERNO MARILYN MONROE IV PERSONAL COMPOSITION

New
$42.36
+ $42.36 shipping
27 sold



Marilyn Monroe Bubble Poster - Captivating Vintage Style

New
$89.05
Free shipping



Quadri moderni Marilyn Monroe III stampa su tela pronta intelaiata quadro canvas

New
$42.36
+ $42.36 shipping



Madonna di Guadelupe Nostra Signora di Guadalupe poster tela canvas no cornice

New
$24.61
Free shipping



Quadro su Tel Canvasprint Tela Attrice Marilyn Monroe Con Rosso Labbra

New
$48.03
+ $38.02 shipping
Seller with a 99% positive feedback



Marilyn Monroe Stampa Su Tela Poster Pittura Pop Art Disegno Astratto Quadro

New
$53.23
Free shipping



Gesù Cristo con lanterna poster tela canvas no cornice

New
$21.53
Free shipping



Sponsored
Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure

New
$29.19
$32.49 10% off
Free shipping
Seller with a 99.4% positive feedback











Sponsored
VINTAGE COCA COLA PORCELAIN SIGN
SODA ADVERTISING COKE MARILYN
MONROE OIL GAS
Pre-owned

**$104.93**
$149.90 30% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe 1/4 Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New

**$84.99**
+ $50.00 shipping
7 watchers

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New

**$16.99**
$21.24 20% off
Free shipping
12 watchers

Sponsored
Marilyn Monroe con tatuaggi poster tela
canvas no cornice
New

**$158.65**
Free shipping

Sponsored
Marilyn Monroe Graffiti Street Art PRINTED
FRAMED WALL CANVAS OR POSTER PRINT
New

**$10.16**
+ $17.52 shipping
34 sold



Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue

New

**$16.79**
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Vintage Black White Framed
Canvas Wall Art or Poster Paper Print

New

**$10.16**
+ $17.52 shipping
47 sold



Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue

New

**$13.69**
Free shipping



Sponsored
VINTAGE COCA COLA PORCELAIN SIGN
SODA COKE BEVERAGE POP DRINK BOY
GAS MOTOR OIL
Pre-owned

**$104.93**
$149.90 30% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue

New

**$13.89**
Free shipping
Seller with a 100% positive feedback

Sponsored
1/64 Resin Marilyn Monroe Subway Pose
Classic Model Girl Unpainted

New

**$12.99**
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Stunning Marilyn Monroe Colourful -
FRAMED CANVAS WALL ART PRINT OR
PAPER PRINT

New

**$8.89**
+ $20.60 shipping
Seller with a 99.2% positive feedback

Sponsored
Marilyn Monroe and Audrey Hepburn
Framed Canvas Wall Art or Poster Paper
Print

New

**$10.16**
+ $20.65 shipping
44 sold

Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue

New

**$13.89**
Free shipping

Sponsored
Marilyn Monroe Forever Graffiti - DEEP
FRAMED CANVAS WALL ART or POSTER
PRINT

New

**$8.89**
+ $20.60 shipping
38 sold

 Do SEO, PPC, competitor research, content & social in less time   TRY IT FREE

Back to search results

Return to top

More to explore : Canvas Marilyn Monroe Home Décor Posters & Prints, Marilyn Monroe Home Décor Posters, Marilyn Monroe Posters & Prints Not Signed, Marilyn Monroe Posters & Prints Signed, Marilyn Monroe Home Décor Posters & Prints,
Marilyn Monroe Framed Home Décor Posters & Prints, Marilyn Monroe Modern Home Décor Posters & Prints, Pop Art Marilyn Monroe Home Décor Posters & Prints, Marilyn Monroe Vintage/Retro Home Décor Posters & Prints,
Art Deco Marilyn Monroe Home Décor Posters & Prints



About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

✨ SOMETHING EXCITING ✨ IS COMING! Download the Etsy app to stay tuned.

Etsy | ☰ Categories | Search for anything 🔍 | ♡ ⌄ 🔔 ⌄ 🌐 ⌄ 🛒

Homepage › Art & Collectibles › Painting › Acrylic

← Back to search results



**Only 9 left and in 1 cart**

**$680.00+**

Micheal Janson Marilyn Monroe Elvis Graffiti Oil Painting on Canvas,Urban Art,Graffiti Wall Art,Street Art,Pop Art Hand Painted,Original Art

HomecentureArt ⭐ ★★★★★

Size *

[ Select a size                    ▼ ]

[ Check out with **PayPal** ]

[ **Add to cart** ]

♡ Add to collection

:●: **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Item details**                                    ⌃

🖐 Handmade

🎨 Materials: Surface: Canvas board

Micheal Janson Marilyn Monroe Elvis Graffiti Oil Painting on Canvas, Urban Art ,Graffiti Wall Art, Street Art,Pop Art Hand Painted

❤️ COLORS: gray,red,blue,green

❤️ UNFRAMED, unstretched, not ready to hang, only canvas shipped IN ROLLED with 2 inches border for framing.No frame no stretched

❤️ Any size can be available. please check the drop-down menu to find the standard size. If you can not find the size you need, please contact me. Customed size is accept.
You can tell me other any changes including color or painting style.

Size:
28x56inch (70x140cm)
31x62inch(80x180cm)
36x72inch(90x180cm)
40x80inch(100x200cm)
47x94inch(120x240cm)

❤️ The original painting is sold, original size 80X120CM. I will paint it again after you order, Your painting is very similar as the photo. Please kindly note we can not keep every painting the same because this is painted by hand, not machine. Anyway, the painting you received keep quality as photo shown in my store.

❤️ After your painting is finished, I will send you your painting photo for your checking. You can give me comment if you need to improve it. I always ship it after you are satisfied with your painting.

❤️ Professional grade acrylic paints and mediums. Finished with a clear matte varnish to protect your painting from UV light, moisture and dust.

I use vivid and noble gray acrylic and linen for this painting. The canvas is made of linen, not plastic paper. So the painting look noble,nature and vivid. The painting is painted layer by layer. After each layer is painted, we wait for it to dry before painting the next layer. This action is repeated 5 times at least. What's more, the painting show artist's talent.Just because of that, the painting can keep vivid silver,more details and good quality . The whole painting look vivid and noble and will light up your home ,office and so on if it hung up.

❤️ I accept customed order, I can paint any picture which you like.
I can CREATE special painting according what you think or your any idea. What you think,what I can do!!! You can send me your requirement to my mail:sallylee78@hotmail.com .

❤️ Shipment:
I will ship it as your request time, if you not any request, usually ship it 3-4 weeks after you order. Refund & replacement guarantee 30 days

---

Other reviews from this shop | ★★★★★ (40)                    Sort by: Suggested ⌄

★★★★★  ✓ Recommends this item
Amazing painting and customer experience. Everything was very smooth from the order to deliver, feedback was requested and demands to personalise the painting wer...  •••
Purchased item: Micheal Janson Marilyn Monroe Elvis Gra...

 Diana Isabel Rodrigues   Dec 14, 2023

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

👍 Helpful?

★★★★★
The painting looks great and arrived much earlier than expected. It's currently being stretched and I can't wait to see the result!
Purchased item: Micheal Janson Marilyn Monroe Elvis Graffiti Oil Painting on C...

 Daniel   Aug 2, 2022

👍 1 Helpful

★★★★★
I'm absolutely over the moon with this canvas. I have to admit I wasn't sure and a few times I had my regrets in ordering it. It arrived and I've framed it and I just love it s...  •••
Purchased item: Red Tree Handmade Paintings,Large pai...


 Mia Woodcock   Apr 2, 2022

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

👍 Helpful?

★★★★★
We love our new artwork for our basement. It is exactly what we had in mind for this space. It arrived well packaged (from China) and we just got it back from the framer (you are purchasing the painted canvas and you need to get it stretched and framed yourself). The a...  •••
Purchased item: Alec Monopoly Oil Painting,Graffiti Acrylic Painting on Canvas...

 Pamyla Plummer   Jan 2, 2023

👍 1 Helpful

(←) ① ② … ⑬ (→)

Photos from reviews

    (→)

❤️ Kindly provide your correct phone number after the purchase. Correct your correct phone number after lost or returned.

Less

### Shipping and return policies ⌃

📅 Order today to get by Jan 25–Mar 1

🌐 Cost to ship: $60.00

Deliver to United States, 30092 ⌄

Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

### Meet your seller ⌃

Sally Lee
Owner of HomecentureArt
♡ Follow shop

[ Message Sally ]

This seller usually responds within a few hours.

## More from this shop ( Follow )

    

| | | | | |
|---|---|---|---|---|
| Queen Elizabeth Art,Marilyn M... | Colorful Heart Graffiti Wall Art ... | Alec Monopoly Graffiti Oil Pain... | Banksy Mona lisa Freedom Han... | Alec Monopoly Graffiti Sports ... |
| HomecentureArt | HomecentureArt | HomecentureArt | HomecentureArt | HomecentureArt |
| $680.00 | $560.00 | $260.00 | $180.00 | $270.00 |
| FREE shipping | | FREE shipping | | FREE shipping |

### Browse by section



| | |
|---|---|
| Graffiti Urban Art | 48 items |
| Tree | 32 items |
| All | 200+ items |

## You may also like including Ads ⑦ ( See more )

     

| | | | | | |
|---|---|---|---|---|---|
| Marilyn Monroe Smack Graffiti ... | Mr.Monopoly,Cartoon Painting,... | Marilyn Monroe Wall Art On Ca... | Marilyn Monroe Icon Hand Pain... | Stretched Print on Canvas, Au... | Marilyn Monroe | 100% Hand P... |
| MyModernArtStore | HDDreams | Bagatinternational | MyModernArtStore | GalaxyOfTreasure | DArtworkCo |
| $185.75 | $133.00 | $11.99 | $142.23 | $62.74 | $133.00 |
| $232.19 (20% off) | $190.00 (30% off) | $15.98 (25% off) | $177.79 (20% off) | | $190.00 (30% off) |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping |

     

| | | | | | |
|---|---|---|---|---|---|
| Bridget Bardot Graffiti Art Orig... | Alec Monopoly Graffiti Oil Pain... | Super Hero,Cartoon Art,100% ... | Gummy graffiti woman canvas,... | Donald Duck, Hermes | 100% H... | Garfield | High | Money | Dollar... |
| Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller |
| $129.95 | $200.00 | $133.00 | $51.00 | $133.00 | $190.00 |
| | | $190.00 (20% off) | $85.00 (40% off) | $190.00 (30% off) | |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping |

## Explore related searches

       

Graffiti Art | Urban Art | Street Art | Marilyn Monroe | Pop Art | Fashion Paintings | Elvis Painting | Modern Painting | Graffiti Wall Art

## Explore more related searches

[ Larger Graffiti Art ] [ Micheal Jason ] [ Meeting Painting ] [ Star Painting Art ]

Listed on Nov 11, 2023   95 favorites

All categories > Art & Collectibles > Painting > Acrylic

Report this item to Etsy

🌿 Etsy is powered by 100% renewable electricity.



Etsy
Download the Etsy App

**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

  

‹ Back to results


Roll over image to zoom in



# Tin Metal Sign 8 x 12 - Wall Decor Stickers Marilyn Monroe Tattoos Gun tin Metal Sign
Brand: felizzi

$11.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| Color | multicolor |
|---|---|
| Brand | felizzi |
| Material | Tin |
| Mounting Type | Wall Mount |
| Product Dimensions | 11.7"L x 7.8"W |

## About this item
- Color: As the pictures shown. Material: Tin, metal. Material Tin.
- Size Measures: 8 inches x 12 inches (20X30 CM)
- Easy to install: Garage Signs have 4 holes for easy hanging.
- The Perfect Jack Skellington Vintage Metal Tin Sign: Nightmare Before Christmas Decorations for Kitchen Bathroom
- Guarantee - 30 days refund gurantee without any reasons.

Report an issue with this product or seller



Add your free 30-day trial of Prime and get fast, free delivery

Delivery | Pickup

$11.99

FREE delivery February 8 - 12 on orders shipped by Amazon over $35

Or fastest delivery February 7 - 9

Delivering to Peachtree Corners 30092 - Update location

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | Huy06 |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

See more

Add a gift receipt for easy returns

Add to List

## Looking for specific info?

Search in reviews, Q&A...

## Product information

| Product Dimensions | 11.7 x 7.8 x 0.1 inches |
|---|---|
| Item Weight | 3.2 ounces |
| Manufacturer | felizzi |
| ASIN | B0CPVY7PL8 |
| Country of Origin | China |
| Item model number | GG0805hsq100 |

### Warranty & Support
Product Warranty: For warranty information about this product, please click here

### Feedback
Would you like to tell us about a lower price?

## Product Description

Introducing our metal signs, perfect for those who like to add a touch of fun and interest to their lives. Each sign measures 8" x 12" and comes with pre-drilled holes for easy and convenient hanging. Made with high-quality tinplate, these signs are built to last and are resistant to both water and glare, meaning they can withstand the elements and be enjoyed for years to come. Plus, their smooth surface means they are incredibly easy to clean, meaning you can keep them looking their best with minimal effort. Our metal signs have a rich and artistic vintage style, making them a perfect addition to any space looking for a unique and personalized flair. Each sign features a tongue-in-cheek saying, sure to bring a smile to the faces of all those who read them. Whether placed in your backyard or inside your home, these signs are sure to be a great conversation starter for all those who see them. And if you buy metal bar signs from us, you can rest assured that you are getting a high quality product backed by our excellent service. We offer 24 hour customer support and are always available to help you with any questions or concerns you may have. So why not add a little personality to your life with these charming metal signs.

## Important information

To report an issue with this product or seller, click here.

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work

## Review this product
Share your thoughts with other customers

Write a customer review

## Inspired by your browsing history
See more · Page 1 of 3


Monroe Bathroom 4 Pieces Set Shower Curtain, Toilet Lid Cover and Bath Mat, Non-Sli...
200+ viewed in past month
$39.95
Get it as soon as Thursday, Feb 1
FREE Shipping by Amazon


The Gifted Stationery 6 Pack Marilyn Monroe Poster Set, 11x17 Inch Black and White Pictur...
1K+ viewed in past month
$9.99
Get it as soon as Thursday, Feb 1
FREE Shipping on orders over $35 shipped by Amazon

Monroe Table Lamp Bedside Night Light Wood Base Room Decoration or Great Gi...
Amazon's Choice
$27.50
Get it as soon as Thursday, Feb 1
FREE Shipping on orders over $35 shipped by Amazon
Only 19 left in stock - orde...


Spiritualhands Marilyn Monroe Canvas Wall Art & Poster - Trendy Girly Makeup Room Decor...
600+ viewed in past month
$159.99
Get it as soon as Feb 7 - 8
FREE Shipping


Marilyn Monroe Quotes-Can't Handle Me At My Worst- Inspirational Wall Art Decor, Retro Pictur...
700+ viewed in past month
$11.98
Get it as soon as Thursday, Feb 1
FREE Shipping on orders over $35 shipped by Amazon


Midsouth Products, Norma Jeane as Marilyn Kitchen Towel with Colorful Collage
100+ viewed in past month
$10.50
FREE Shipping on orders over $35 shipped by Amazon
Temporarily out of stock.











## More items to consider
See more · Page 1 of 3






















Crafting Mania LLC. Portable Makeup Compact Double...

★★★★☆ 19

Paperback

$6.89

Get it as soon as **Thursday, Feb 1**

FREE Shipping on orders over $35 shipped by Amazon
Only 11 left in stock - ord...

100 Inspirational Quotes By Marilyn Monroe: A...
›David Smith

★★★★☆ 74

Paperback

$6.89

7 pts

Get it as soon as **Thursday, Feb 1**

FREE Shipping on orders over $35 shipped by Amazon

POP! Funko Marilyn Monroe Black and White Vinyl Figure - EE Exclusive

★★★★☆ 1,126

400+ viewed in past month

$31.79

Get it as soon as **Thursday, Feb 1**

FREE Shipping on orders over $35 shipped by Amazon

wet n wild Marilyn Monroe Collection Icon Eyeshadow & Brush Set

★★★★☆ 26

2K+ viewed in past month

$9.99

Get it as soon as **Thursday, Feb 1**

FREE Shipping on orders over $35 shipped by Amazon

wet n wild Marilyn Monroe Collection Icon Highlighter - Cool Champagne

★★★★☆ 14

1K+ viewed in past month

$9.99

Get it as soon as **Thursday, Feb 1**

FREE Shipping on orders over $35 shipped by Amazon

Marilyn Wine Bottle With Lights Birthday Gift Valentine's Day

★★★★☆ 206

500+ viewed in past month

$33.95

Get it Feb 2 - 5

FREE Shipping

JPI Fleece Throw Blanket - Smile Now - Lightweight Faux Fur Fleece Blanket Large...

★★★★☆ 1,771

200+ viewed in past month

$17.95

Get it as soon as **Friday, Feb 2**

FREE Shipping on orders over

Marilyn Monroe - White For - 3.5" Starfire Prints Hanging Glass Print Accessory - Light...

★★★★☆ 25

50+ viewed in past month

$17.97

Get it as soon as **Thursday, Feb 1**

FREE Shipping

Graphique 2024 Marilyn Monroe Wall Calendar | 12" x 12" | Thick Paper | Home & Office Organi...

★★★★☆ 646

2K+ viewed in past month

$15.50

Get it Feb 2 - 8

FREE Shipping
Only 3 left in stock - order...

Graphique 2024 Marilyn Monroe Mini Wall Calendar | 7" x 7" | Thick Paper | Home & Office...

★★★★☆ 358

1K+ viewed in past month

$11.99

Get it as soon as **Thursday, Feb 1**

FREE Shipping on orders over

## Your Browsing History   View or edit your browsing history

















Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help




English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

ebay

Shop by category    [Search for anything]    [All Categories]  Search  Advanced

‹  Back to search results  ·  Clothing, Shoes & Accessc...  ›  ...  ›  Costumes  ›  Women                    Share  ·  Add to Watchlist

🔥 **SAVE UP TO 8%**  See all eligible items and terms ▸








‹  ›  ⤢

Have one to sell?  Sell now

### Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit



icyotake (02)
85.7% positive · Seller's other items · Contact seller

**US $42.76**
Was US $46.48 ⓘ
Save US $3.72 (8% off)

Condition:  New with tags

Size:          - Select -                              ▾

Quantity:    1    2 available / 6 sold

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩  Breathe easy. Returns accepted.

⚡ People are checking this out. 8 have added this to their watchlist.

Shipping:  US $4.90 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:  📦 Estimated between **Fri, Feb 9 and Thu, Feb 22** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  
**PayPal** CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

## Similar items    See all ›
Sponsored                                          Feedback on our suggestions



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

BLonde Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping

Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$46.99**
+ $9.99 shipping

♡ Ragatha Cosplay Costume Patched Printed Dress Outfits ComicCon Halloween Suit
New
**$30.67**
$32.98 7% off
+ $1.99 shipping

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

---

**What's your size?**
Add your size to see recommendations that will fit better.
[ Add your size ]

---

## Sponsored items inspired by your views    See all ›
                                                  Feedback on our suggestions




♡  Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

♡  Marilyn Monroe 20 cm figure
New
**$149.99**
+ $35.00 shipping
Seller with a 100% positive feedback

♡  Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 inches
New
**$20.49**
Free shipping
🏅 Top Rated Plus
Seller with a 99.9% positive feedback

♡  MARILYN & AUDREY - TATTOO POSTER 24x36 - 160056
New
**$12.50**
Free shipping
10% off 2+

♡  Hot 18cm famous sexy actress Marilyn Monroe action figure statue popup decor hom
New
**$16.99**
+ $8.99 shipping

♡  5x Mar
Actor 2
New
**$4.44**
+ $3.8
Seller

---

About this item    Shipping, returns, and payments                              Report this item

Seller assumes all responsibility for this listing.                              eBay item number: 374698019386

Last updated on Oct 12, 2023 13:09:25 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Style | Dress |
| Theme | Blonde Norma Jeane | Brand | Unbranded |
| Color | Pink | Occasion | Show |
| Size Type | US Size | Material | Satin + Polyester + Lining |
| MPN | Does Not Apply | | |

## Item description from the seller

# Blonde Norma Jeane Cosplay Costume Dress Gloves Halloween Outfits Carnival Suit

**Description**

- Material: Satin + Polyester + Lining
- Included: Dress + Gloves + Belt + Bowtie

**Important:** Please provide your size info to us ASAP for custom made size, or choose average size from chart below

| US Men's Size | Height | | Chest | | Waist | | Hips | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 64 | 165 | 33-36 | 86-92 | 28-29 | 71-74 | 32-34 | 81-86 | 17.3 | 44 |
| Small | 67 | 170 | 36-38 | 92-97 | 30-31 | 76-79 | 35-37 | 90-95 | 18.1 | 46 |
| Medium | 69 | 175 | 39-41 | 99-104 | 32-34 | 81-86 | 38-40 | 97-102 | 18.9 | 48 |
| Large | 71 | 180 | 42-44 | 107-112 | 35-37 | 89-94 | 41-43 | 105-110 | 19.6 | 50 |
| X-Large | 73 | 185 | 45-47 | 114-119 | 38-39 | 97-99 | 44-46 | 112-117 | 20.5 | 52 |
| XX-Large | 75 | 190 | 48-50 | 122-127 | 41-43 | 104-109 | 47-49 | 119-125 | 21.25 | 54 |
| XXX-Large | 77 | 195 | 50-53 | 126-135 | 44-46 | 112-117 | 49-52 | 125-132 | 22 | 56 |

| US Women's Size | Height | | Bust | | Waist | | Hip | | Shoulder Width | |
|---|---|---|---|---|---|---|---|---|---|---|
| | inch | cm | inch | cm | inch | cm | inch | cm | inch | cm |
| X-Small | 61 | 155 | 32-33 | 81-84 | 23-25 | 59-64 | 34-35 | 86-89 | 15 | 38 |
| Small | 63 | 160 | 34-35 | 86-89 | 26-27 | 66-69 | 36-37 | 91-94 | 15.4 | 39 |
| Medium | 64 | 165 | 36-37 | 91-94 | 28-29 | 71-74 | 38-39 | 97-99 | 15.75 | 40 |
| Large | 67 | 170 | 38-41 | 97-103 | 31-33 | 80-84 | 41-43 | 104-109 | 16 | 41 |
| X-Large | 69 | 175 | 42-44 | 107-112 | 35-37 | 88-93 | 44-46 | 112-118 | 16.5 | 42 |
| XX-Large | 71 | 180 | 45-46 | 113-116 | 38-39 | 94-98 | 47-48 | 119-123 | 16.9 | 43 |
| XXX-Large | 73 | 185 | 47 | 117-119 | 40-43 | 99-112 | 49-52 | 124-132 | 17.32 | 44 |

If you want it custom made, you have to send us your own measurements instead and select "Custom Made—Measurements" from variation drop-down menu, then our tailor will remake the pattern and change the measurements according to your idea.

| Gender | Men's / Women's |
|---|---|
| Weight | Your weight |
| ①Height | Total height, bare feet |
| ②Chest / Bust | Circumference of the fullest part of chest/bust |

Collectibles    Clothing, Shoes & Accessories    Specialty Services

🔖 **SAVE UP TO 8%** ⓘ  See all eligible items →
discount
Marked down item price reflects all savings. Items provided by icyclake

All promotional offers from icyolake



Pomni Cosplay Costume Outfits Halloween Carnival Suit
Was:
Now:          US $41.40


Meomao Cosplay Costume Hanfu Outfits ComicCon Halloween Fancy Suit
Was:          US $44.99
Now:          US $41.33


Tangled Rapunzel Cosplay Costume Dress Outfits Halloween Carnival Suit Party
Was:          US $50.36
Now:          US $46.35


The Exorcist Cosplay Costume Outfits Halloween Carnival Suit
Was:          US $39.03
Now:          US $35.91


Gandesblood Cosplay Costume Outfits Halloween Carnival Suit
Was:          US $62.00
Now:          US $57.04


+
See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions



Blonde Norma Jeane Cosplay Costume Long Dress Gloves Halloween Party Women Suits
New
**$44.99**
+ $9.99 shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Party
New
**$49.08**
$52.77 7% off
+ $9.99 shipping


BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping


BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Fancy Dress Suit
New
**$24.19**
$25.61 7% off
+ $9.99 shipping


BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit
New
**$23.74**
$24.99 5% off
+ $9.00 shipping







Weird Bobby Cosplay Costume Colorful
Printed Dress Outfits Halloween Fancy Suit
New
**$42.91**
$45.66 6% off
+ $5.99 shipping

Elvira Cosplay Costume Outfits Christmas
Carnival Suit
New
**$33.00**
+ $9.99 shipping

Angel Dust Cosplay Costume Outfits
Halloween Carnival Suit Tops Dress Gloves
New
**$30.99**
+ $9.99 shipping

Skipper Cosplay Costume Women Dress
Outfits Halloween Carnival Suit
New
**$28.49**
$29.99 5% off
+ $6.99 shipping

Womens Adult Latex Maid Outfit Halloween
French Maid Costume Cosplay Apron Dress
New (Other)
**$7.66**
$8.71 12% off
Free shipping






Ruby Sunday Cosplay Costume Yellow
Dress Outfits ComicCon Halloween Fancy
Suit
New
**$40.87**
$43.95 7% off
+ $1.99 shipping

Shadowheart Cosplay Costume Outfits
Halloween Carnival Suit
New
**$37.00**
$39.79 7% off
+ $8.99 shipping

Dead or Alive-KASUMI Cosplay Costume
Outfits Halloween Carnival Party Suit
New
**$41.79**
$43.99 5% off
+ $9.00 shipping

Peach Cosplay Costume Dress Outfits
Halloween Carnival Party Suit Princess
New
**$25.00**
+ $4.90 shipping

Ruby Sunday Cosplay Costume Slim Dress
Outfits ComicCon Halloween Fancy Suit
New
**$32.53**
$34.98 7% off
+ $1.99 shipping







US Womens Sexy Lingerie Uniform Fancy
Dress School Girls Costume Cosplay
Outfits
New (Other)
**$6.29**
$6.99 10% off
Free shipping

The Nun Irene Monastic clothes Cosplay
Costume Outfits Halloween Carnival Suit
New
**$32.99**
+ $4.00 shipping

Dress Cosplay Costume Outfits Halloween
Carnival Suit
New
**$27.59**
$29.99 8% off
+ $9.99 shipping

Dolores Umbridge Cosplay Costume
Outfits Halloween Carnival Suit
New
**$40.99**
+ $4.00 shipping

Legally Blonde TV Elle Woods Cosplay
Costume Outfits Halloween Carnival Suit
New
**$16.14**
$16.99 5% off
+ $4.00 shipping







Vanessa Cosplay Costume Outfits
Halloween Carnival Suit
New
**$37.99**
$39.99 5% off
+ $4.00 shipping

Colonial Maiden Pink Elegant Corset Adult
Costume Dress
New
**$47.99**
Free shipping
Free returns

Vanessa Cosplay Costume Outfits
Halloween Carnival Suit
New
**$40.48**
$44.00 8% off
+ $4.99 shipping

Women Sexy Lingerie School Girl Uniform
Cosplay Students Outfits Costume Dress
New
**$7.35**
$7.99 8% off
+ $2.99 shipping

Retro colony Dress Cosplay Costume
Outfits Halloween Carnival Suit
New
**$44.43**
$47.77 7% off
+ $4.99 shipping

## Related sponsored items

Feedback on our suggestions







Blonde Norma Jeane Cosplay Costume
Dress Gloves Outfits Halloween Carnival
Suit
New
**$49.08**
$52.77 7% off
+ $9.99 shipping
11 watchers

Blonde Norma Jeane Cosplay Costume
Long Dress Gloves Halloween Party Women
Suits
New
**$44.99**
+ $9.99 shipping

Ruby Sunday Cosplay Costume Slim Dress
Outfits ComicCon Halloween Fancy Suit
New
**$32.53**
$34.98 7% off
+ $1.99 shipping

Angel Dust Cosplay Costume Outfits
Halloween Carnival Suit Tops Dress Gloves
New
**$30.99**
+ $9.99 shipping

Ragatha Cosplay Costume Outfits
Halloween Carnival Suit
New
**$26.00**
+ $4.99 shipping
Seller with a 100% positive feedback




< Back to search results · Collectibles & Art › Collectibles › Paper › Playing Cards







Have one to sell? Sell now

### Playing card/Poker Deck 54 cards of US MOVIE STAR Marilyn Monroe with box

ideaboat (2564)
100% positive · Seller's other items · Contact seller

**AU $20.00**
Approximately US $13.36

Condition: New

Quantity: 1    3 available / 5 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People want this. 12 people are watching this.

Shipping: AU $6.00 (approx US $3.95) SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Kunming, Yunnan Province, China

Delivery: 🚚 Estimated between **Mon, Feb 12** and **Thu, Feb 22** to **30318** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  ●● mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
Shop now

## Similar sponsored items    See all >

    

Feedback on our suggestions

Marilyn Monroe Photo Playing Cards Collectible Deck Glossy Color/Black & White
Pre-owned
$14.00
Free shipping
♥ Top Rated Plus
Seller with a 100% positive feedback

Collectible Deck 54 cards of MOVIE STAR Marilyn Monroe Playing card/Poker w/box
New
$14.00
Free shipping
25 sold

Fate Grand Order Playing Cards April Fools Blue And Red
Pre-owned
$23.07
0 bids
3d 14h
+ $13.36 shipping
Seller with a 100% positive feedback

Complete Mint Deck of 52 Marilyn Monroe Pinup Playing Cards with Mint Box
Pre-owned
$9.99
+ $4.99 shipping
Seller with a 99.8% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King Size
New
$27.97
+ $25.43 shipping
40 sold

Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Glft
New
$4.73
$4.98 5% off
Free shipping
Seller with a 99.1% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
$12.99
Free shipping

Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
New
$25.89
Free shipping
8 watchers

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
New
$105.60
$120.00 12% off
Free shipping

Cos M...
gold c...
New (O...
$14.5...
$16.4...
Free s...
Seller...

---

About this item   |   Shipping, returns, and payments

Seller assumes all responsibility for this listing.                                              eBay item number: 164100083818

Last updated on Jan 23, 2024 06:03:38 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Product Type | Playing Cards |
| MPN | Does not apply | Theme | Movie |
| Era | 2000s | UPC | Does Not Apply |

## Item description from the seller




Report this item



[TITLE]Collectible Playing card/Poker Deck 54 cards of The World Famous MOVIE STAR Marilyn Monroe

**Description**

Name & Content: Marilyn Monroe.
Marilyn Monroe captivated the world with her beauty, glamour, and unabashed sex appeal. Born with mousey brown hair and the non-distinct name of Norma Jean Mortenson, Marilyn re-invented herself and rose to fame in the 1950s portraying bubbly, sometimes ditzy and always curvaceous blonde bombshells in Hollywood films. She overcame a childhood of foster homes, an absent father, and a disturbed mother to become a model, singer and award-winning actress. But her sex kitten persona left her pigeonholed in shallow roles and alone. Having sacrificed her first marriage to pursue an acting career, the failure of her second marriage to baseball great Joe DiMaggio would be blamed on her demanding career and increasing sexual image. Her third marriage to playwright Arthur Miller ended when career frustrations, self-doubt, and depression began to consume her. Marilyn Monroe is a 20th century icon representing the glamour, sexuality and tragedy of fame in Hollywood. This poker carefully selects 54 photos of her. It is a good item for collecting and gifting..

Material:      Paper playing cards with box

Quantity:    1 deck(52 suit cards and 2 jokers)

Details: Standard poker size, 100% brand new and never used. Each suit card all has a picture.

Size with box:   cm = 9.6 X 7.2 X 2.4

inches = 3 3/4 X 2 3/4 X 1 Approx.

Net weight with box: 135 grams = 4.8 oz. Approx.

**Simple introduction of the images:**
1: The examples you can see.
2: The 2 jokers.
3: Spade royal flush.
4: A suit of spade.
5: The size.
6: The backside.

We have more collectible pokers available for sell. *Please visit my eBay store and enter key word*: *Poker* *in the search field for a full list of these items.*

Note: Since computer screens have different settings, especially between CRT screen and LCD
screen, the color can not be prefect same like the potographs you saw.
Below are the contrast difference between laptop, CRT and LCD screens.





**Payment**

We only accept Paypal. Payment must be received within 7 days.

**Shipping**

# Shipping and Handling Time



## International Shipping Time



ideabcat

All items are shipped via China Air Registered Mail Post service within 1 business day after your payment cleared. Items will arrive in 10~15 business days(Most shipments arrive in 10 ~ 15 business days, but may take up to a month or 4~6 weeks depending your location and go through both customs). I'm not responsible once the packages leave my hands to your destination.

### Delivery Time

| Country | Working days(not including holidays) | | | 8~11 | 15~18 | 20~22 | 25~30 | >31 |
|---|---|---|---|---|---|---|---|---|
| | Working Days= Saturday + Sunday | | | 10~15 | 21~25 | 26~30 | 31~45 | >46 |
| Australia | Rate | (item arrived) | | 27.6% | 55.2% | 10.5% | 4.1% | 2.5% |
| Australia (ePocket Mail Service) | Rate | (item arrived) | | 53.2% | 38% | 6.8% | 1.5% | 0.5% |
| United States | Rate | (item arrived) | | 12.6% | 49.1% | 25.6% | 9.7% | 3.0% |
| United Kingdom | Rate | (item arrived) | | 26.4% | 53.2% | 13.1% | 5.5% | 1.8% |
| France | Rate | (item arrived) | | 26.4% | 53.2% | 13.1% | 5.5% | 1.8% |
| Germany | Rate | (item arrived) | | 26.2% | 50.2% | 14.8% | 7.4% | 1.4% |
| Canada | Rate | (item arrived) | | 10.9% | 47.5% | 22.3% | 14.5% | 4.8% |
| Spain | Rate | (item arrived) | | 13.8% | 49.6% | 18.5% | 15.0% | 3.1% |

*Notice: Australia (ePocket Mail Service) NOT Ship To Lord Howe Island 2898, Norfolk Island 2899, Christmas Island 6798, Cocos(Keeling) Island 6799, Antarctica 7151.

### Feedback Policy

Our feedback policy is as follows: We leave feedback when we receive it. This assures us that your shipment has arrived at its destination. If there are any problems, please email us before posting feedback. Leave me a chance to resolve the issue first.

**Terms of Sale**

### Friendly Notice:

When you receive your items, pls check its total quantity and quality, we had a rigorous check before posted your items. If there is some mistake or any unsatisfied feeling about our items, pls email us in the first time, we would try our best reply you and satisfied you in the first time in any way we can!!!

### International Buyers Please Note:

- Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer responsibility.

| | | |
|---|---|---|
| Accurate description | 5.0 | p***p (1792) · More than a year ago |
| Reasonable shipping cost | 5.0 | great cards and lovely gift bag. Thanks! |
| Shipping speed | 5.0 | d***l (659) · More than a year ago |
| Communication | 5.0 | Cards arrived safety. Thank you. |

### Popular categories from this store   See all

Women's Accessories   Home Decor   Jewelry Bags Displays Holders

Collectible Poker/Playing Card   Antique hand embroidery

Yunnan Glimmer Copperware

See all feedback

## You may also like

Feedback on our suggestions


Marilyn Monroe Playing Cards BRAND New Sealed 2 DIFFERENT DECKS FREE SHIPPING
New
$16.95
Free shipping
Seller with a 99.4% positive feedback


Collectible Deck 54 cards of MOVIE STAR Marilyn Monroe Playing card/Poker w/box
New
$14.00
Free shipping
25 sold


Complete Mint Deck of 52 Marilyn Monroe Pinup Playing Cards with Mint Box
Pre-owned
$9.99
+ $4.99 shipping
Seller with a 99.6% positive feedback


Marilyn Monroe Photo Playing Cards Collectible Deck Glossy Color/Black & White
Pre-owned
$14.00
Free 4 day shipping
Top Rated Plus
Seller with a 100% positive feedback


Marilyn Monroe Playing Cards Sealed Deck 52 Cards Pinup Girls Art
New
$20.00
+ $7.96 shipping
Seller with a 99.4% positive feedback


Marilyn Monroe Playing Cards 2 Decks / Gift Tin box NEW SEALED 2005 Collectible
New
$10.00
+ $7.00 shipping
Seller with a 100% positive feedback


Set Of Marilyn Monroe Playing Cards Plus Glass Etched Paperweight
Pre-owned
$12.00
+ $10.00 shipping
Seller with a 100% positive feedback


Marilyn Monroe Playing Cards-Red Velvet Images-1976
New
$12.99
+ $5.00 shipping
Seller with a 100% positive feedback


Marilyn Monroe Playing Cards Deck of Cards Game Movie Star
Pre-owned
$19.99
+ $5.50 shipping
Seller with a 100% positive feedback


Deck 54 cards of MOVIE STAR actress Audrey HEPBURN Playing card/Poker with box
New
$13.00
Free shipping
Seller with a 99.4% positive feedback













Sponsored
Nostalgic Marilyn Monroe Pattern
Waterproof Black White Bathroom Shower
Curtain
New
$25.89
Free shipping
8 watchers

Sponsored
Deck 54 cards of Chinese Icons Famous
Idols Celebrities Stars Playing card/Poker
New
$11.86
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
Deck 54 CHINESE KUNG-FU Famous
Gongfu Movie Star-Bruce LEE Playing
card/Poker
New
$16.48
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
Deck 54 cards of The World Famous 54
Political Celebrities Playing card/Poker
New
$14.50
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
MARILYN MONROE Trading Cards Lot of 14
Marilyn Story Card 1-15 NO #9 02
Pre-owned
$8.00
+ $5.90 shipping
Seller with a 100% positive feedback







Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue
New
$12.99
Free shipping

Sponsored
Deck 54 cards US Famous US Rock Super
Star - Michael JACKSON Playing card/Poker
New
$11.86
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
Classic Marilyn Monroe Enamel Small Size
Cute Silver Quartz Pocket Watches Gift
New
$4.73
$4.98 5% off
Free shipping
Seller with a 99.1% positive feedback

Sponsored
Playing card/Poker Deck 54 cards
Photography Art Sexy Girls Bachelor Party
Game
New
$17.79
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
deck 54 cards of Titanic Movie Film
Collectible Playing card/Poker out of print
New
$13.18
+ $3.95 shipping
Seller with a 100% positive feedback









Sponsored
Playing card/Poker Deck 54 cards of The
Famous Canadian Singer Avril Lavigne
New
$10.84
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe - Single Swap Playing Card -
1 card
Pre-owned
$2.40
Free shipping
Seller with a 99.9% positive feedback

Sponsored
Collectible Playing card/Poker Deck 54
cards of MOVIE STAR Audrey HEPBURN
New
$16.48
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
Collecting Playing card/Poker Deck 54
cards Famous Male Movie Stars In
Hollywood
New
$10.84
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe - Single Swap Playing Card -
1 card
Pre-owned
$2.40
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

## Explore related sponsored items

Feedback on our suggestions



MARILYN MONROE Trading Cards Lot of 14
Marilyn Story Card 1-15 NO #9 02
Pre-owned
$8.00
+ $5.90 shipping
Seller with a 100% positive feedback

2011 PANINI AMERICAN CELEBRITY
TRADING CARDS BOX RELIC CARDS
MARILYN MONROE DEAN
New
$48.95
Free shipping
Top Rated Plus
10% off 2+ with coupon

8x6 HISTORIC PHOTO OF MOVIE STAR
MARILYN MONROE PLAYING THE GUITAR
c1958
New
$5.63
+ $0.66 shipping

OLD HISTORIC PHOTO OF MOVIE STAR
MARILYN MONROE PLAYING THE GUITAR
c1958
New
$5.60
+ $3.30 shipping

MARILYN MONROE - Shaw Family Archive -
Breygent 2007 - Card #54
Pre-owned
$12.71
+ $12.72 shipping
Seller with a 100% positive feedback



ebay    Sell    Watchlist    My eBay

Hi Jeffrey    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Advanced

< Back to search results  |  Collectibles & Art  >  Collectibles  >  Paper  >  Playing Cards

Share  |  Add to Watchlist

⚡ SAVE UP TO 15% WHEN YOU BUY MORE



Have one to sell? Sell now

### Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker

Ideabus_Hometextile-crafts-gallery (33876)
99.4% positive · Seller's other items · Contact seller

**US $22.00/ea**

Condition: New

Quantity: [ 1 ]  5 available

Bulk savings:



| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
| $22.00/ea | $20.90/ea | $19.80/ea | $18.70/ea |

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

⚡ People are checking this out. 9 have added this to their watchlist.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.  ⓘ
Located in: Kunming , China

Delivery:    Estimated between Thu, Feb 8 and Thu, Feb 15 to 30318 ⓘ
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    [PayPal] [G Pay] [VISA] [mastercard] [AmEx] [Discover]

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



## Similar sponsored items    See all >

Feedback on our suggestions



Fine Playing Card Lot 9 Decks Mint Madison Rounders Artifice Ltd Ellusionist Box
Pre-owned
$71.99
$89.99 20% off
+ $7.49 shipping
Seller with a 99.5% positive feedback



Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker
New
$22.00
Free shipping
Seller with a 99.4% positive feedback



Lot of 80 Playing Card Decks ★ Travel-DISNEY-7up-McDonald's-Looney Toons
Pre-owned
$65.00
0 bids
+ $15.70 shipping
Seller with a 100% positive feedback



Marilyn Monroe Playing Cards- Sealed Deck
New
$14.99
+ $5.00 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions



Marilyn Monroe Bubble 5D Art Diamond Painting Kit Rhinestone Wall Decor Picture
New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art
New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

VINTAGE UNION76 ROYAL TRITON OIL PORCELAIN SIGN MARILYN MONROE SERVICE ORANGE8"
Pre-owned
$149.90
+ $20.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe Gold Clad Coin Collection - Limited Edition Set
$303.10
$433.00 30% off
Free shipping
39 watchers

modern Marilyn Monroe oil painting 100% hand-painted art on canvas
$77.22
$99.00 22% off
Free shipping

Marilyn Curly H
New
$16.9
Free s
5 wat

---

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 204296940511

Last updated on Jan 23, 2024 08:53:20 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Sarul poker |
| Theme | Movies & TV | Featured Refinements | Playing Cards Deck |
| Country/Region of Manufacture | China | Age | Modern (1970-Now) |

Manufacture
Item description from the seller





[TITLE]

**Collectible Out of Print Playing card/Poker Deck 54 cards of The World Famous MOVIE STAR Marilyn Monroe**

SKU:SNA016c384

**Description**

Name & Brief introduction: Marilyn Monroe.

Marilyn Monroe captivated the world with her beauty, glamour, and unabashed sex appeal. Born with mousey brown hair and the non-distinct name of Norma Jean Mortenson, Marilyn re-invented herself and rose to fame in the 1950s portraying bubbly, sometimes ditzy and always curvaceous blonde bombshells in Hollywood films. She overcame a childhood of foster homes, an absent father, and a disturbed mother to become a model, singer and award-winning actress. But her sex kitten persona left her pigeonholed in shallow roles and alone. Having sacrificed her first marriage to pursue an acting career, the failure of her second marriage to baseball great Joe DiMaggio would be blamed on her demanding career and increasing sexual image. Her third marriage to playwright Arthur Miller ended when career frustrations, self-doubt, and depression began to consume her. Marilyn Monroe is a 20th century icon representing the glamour, sexuality and tragedy of fame in Hollywood. This poker carefully selects 54 photos of her. It is a good item for collecting and gifting.

Manufacture Date: 2009s out of print now

Material:    Paper playing cards with box

Quantity:    1 deck(52 suit cards and 2 jokers)

Details: Standard size card, 100% brand new and never used. Each suit card there is a picture.

## You may also like

Feedback on our suggestions











Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker

New
**$22.00**
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Playing Cards Original 1976 2 Full Sealed Decks Very Collectable

New
**$25.00**
1 bid
+ $10.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe Pinup Nude Playing Cards 1976

New
**$19.40**
0 bids
+ $4.55 shipping
Seller with a 100% positive feedback

Marilyn Monroe Photo Playing Cards Collectible Deck Glossy Color/Black & White

Pre-owned
**$14.00**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Marilyn Monroe Playing Cards BRAND New Sealed 2 DIFFERENT DECKS FREE SHIPPING

New
**$16.95**
Free shipping
Seller with a 99.4% positive feedback













Collectible Deck 54 cards of MOVIE STAR Marilyn Monroe Playing card/Poker w/box

New
**$14.00**
Free shipping
25 sold

Out of Print Deck 54 cards of 007 Bond Girls Movie Actresses Playing card/Poker

New
**$22.00**
Free shipping
Seller with a 99.4% positive feedback

New - Marilyn Monroe Collectible Playing Cards Gift Set in Tin Case - VN70384

New
**$17.99**
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Centerfold Playing Cards 2 Cards

Pre-owned
**$18.88**
+ $4.25 shipping
Seller with a 100% positive feedback

Marilyn Monroe Playing Cards-Sealed Deck

New
**$14.99**
+ $5.00 shipping
Seller with a 100% positive feedback















Sponsored
Marilyn Monroe Bubble 5D Art Diamond Painting Kit Rhinestone Wall Decor Picture

New
**$11.29**
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art

New
**$12.77**
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Vintage Pair (2) of NEW Sealed Bicycle Brand Marilyn Monroe Playing Card Decks

New
**$24.99**
+ $6.90 shipping
Top Rated Plus
Seller with a 100% positive feedback

Sponsored
Bruce Lee Playing Cards Poker Size Deck USPCC Custom Limited Sealed New

New
**$19.75**
+ $13.45 shipping
Seller with a 100% positive feedback

Sponsored
Black Foil Poker | Set of 54 Exquisite Black Poker Foil Playing Cards

New
**$11.12**
$12.09 8% off
Free shipping
Seller with a 100% positive feedback









Sponsored
Marilyn Monroe Playing Cards Sealed Deck 52 Cards Pinup Girls Art

New
**$20.00**
+ $7.96 shipping
Seller with a 99.4% positive feedback

Sponsored
Marilyn Monroe Blonde 5D Picture Diamond Painting Kit Rhinestone Wall Decor Art

New
**$11.29**
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

Vintage Marilyn Monroe Playing Card Decks Retro Bicycle - New, unopened!

New
**$13.99**
Free shipping
Seller with a 100% positive feedback

Sponsored
Collectible Playing card/Poker Deck 54 The Japanese Famous AV Star Yui Hatano

New
**$9.00**
Free shipping
36 sold

Sponsored
Out of Print Deck 54 cards of Glamour BUTTERFLY Pin Up Girls Playing card/Poker

New
**$22.00**
Free shipping
Seller with a 99.4% positive feedback





Sponsored
Playing card/Poker Deck 54 cards of Japanese AV Star Maria Ozawa OUT OF PRINT

New
**$25.00**
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Collectible Playing card/Poker Deck 54 The Japanese Famous AV Star Amami Tsubasa

New
**$12.00**
Free shipping
56 sold

Sponsored
5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor

New
**$11.49**
$12.09 5% off
Free shipping
Seller with a 99.5% positive feedback

Sponsored
Deck 54 cards of MOVIE STAR actress Audrey HEPBURN Playing card/Poker with box

New
**$13.00**
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Collectible Playing card/Poker Deck 54 cards The Movie Star Actress VIVIEN LEIGH

New
**$12.00**
Free shipping
Seller with a 99.4% positive feedback



Back to search results                                                                                    Return to top

More to explore : Playing Cards Deck, Poker Cards, Movies & TV Star Wars Upper Deck Collectable Trading Cards, Bridge Playing Card Collectible Playing Cards, Marilyn Monroe Photo, Bicycle Playing Cards, Plastic Playing Cards, Playing Cards Lot, Collectible Playing Cards, Upper Deck Trading Cards

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ∨    My eBay ∨    🔔    🛒



Advanced

Back to search results › Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces



   

Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting gift

⭐ lngl7077 (3093)
96.8% positive · Seller's other items · Contact seller

**C $22.71**
Approximately US $16.89
or Best Offer
Was C $25.52 ⓘ
Save C $2.81 (11% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Sale ends in:  5d 12h

Quantity:  [ 1 ]    4 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ **Breathe easy.** Free shipping and returns.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  📦 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note that delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more



Find mental health resources

Love,
Your Mind

🔺 HUNTSMAN

Learn More

### Similar sponsored items    See all ›

   

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig HIGH healthy
New (Other)
**$16.02**
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback.

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
New (Other)
**$15.90**
$18.07 12% off
Free shipping

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

    

Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
Now
**$14.36**
$16.13 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig style wave Elegant
New (Other)
**$16.30**
$18.11 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new Cosplay
Now
**$16.39**
$18.19 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy
New (Other)
**$16.02**
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic gift
New (Other)
**$16.24**
$18.05 11% off
Free shipping

7.2" Ant
Hande
Statue
**$144.4**
$170.0
Free
Seller

---

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 134350919756

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |

## Item description from the seller



## Popular categories from this store    See all

earrings    bracelet    necklace (项链)    Loose bead (散珠)

Other

Lovely item arrived timely, well-packaged, and as represented. Thanks. Would recommend this seller.



Beautiful as seen, delivered ontime and well packaged. Quality appears genuine.

See all feedback

## You may also like

Feedback on our suggestions

    



ebay

← Back to search results  ·  Clothing, Shoes & Accesso...  ›  ···  ›  Accessories  ›  Wigs & Facial Hair

Share · Add to Watchlist









Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask

jewelry_2021_936 (390)
99.4% positive · Seller's other items · Contact seller

**AU $22.99**
Approximately US $15.15
or Best Offer
Was AU $25.55 ⓘ
Save AU $2.56 (10% off)

Condition: New with tags

Quantity: [ 1 ]   3 available / 2 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

⚡ People are checking this out. 5 have added this to their watchlist.

**Shipping:** Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

**Delivery:** 🚚 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30310 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 days returns. Seller pays for return shipping. See details

**Payments:** PayPal · G Pay · VISA · mastercard · AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all ›

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
$14.80
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
$14.96
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair washable
New
$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
$15.12
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions







Marilyn Monroe Canvas Painting By Number DIY Picture Drawing Bedroom Home Decors
New
$22.86
Free shipping

2PCS Cartoon Superman Kitchen Cooking Apron Princess Funny Work Gift 31 * 24inch
New
$14.39
$17.99 20% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair heat resisting
New (Other)
$16.82
$18.99 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift
New (Other)
$15.84
$17.80 11% off
Free shipping

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.49
Free shipping

Marilyn ... Sculpt...
Pre-o...
$17.50...
Free s...
Seller...

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 354405714538

Last updated on Jan 16, 2024 06:58:21 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Deadlock |

**Item description from the seller**

| Size | One Size | Theme | Dreadlock |
|---|---|---|---|
| Type | Wig | | |

Home    Shipping    Payment    Return Policy    About Us    Contact Us

🔍 100% Genuine    🔒 High Quality    🚚 Fast Shipping

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask

PRODUCT DESCRIPTION

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.9 |
| Communication | ▬▬▬ | 5.0 |

**Popular categories from this store**   See all

Collectibles    Jewelry & Watches    Health & Beauty    Antiques

Pretty bracelet. Great price and free shipping. Securely packaged. Recommend this seller to all buyers. Thank you

8mm Natural White Quartz Handmade Mala Bracelet Meditation Sutra Lucky (#353699538097)

s***h (26) • Past year

I don't recommend this seller as I receive the item broken I sent the picture of the string that snapped I'm assuming in transit but all the beads were loose in the bag he first told me he would send 2 more I never received them either and now he will not return my message or help me solve this issue.. I had to purchase again from another seller on here to get one as this seller won't return my messages or replace the item or refund my money.. I wouldn't recommend buying from this seller

8mm Natural Lava Stone Beads Handmade Bracelet 7.5inch Meditation Gemstone (#353699536105)

n***a (219) • Past 6 months

Great seller item got there on time and communication was prompt thank you ♦♦

8mm White Tridacna Beads Handmade Bracelet 7.5inch Buddhism Blessing Religious (#354417908902)

See all feedback

---

**You may also like**

Feedback on our suggestions



Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW

New

$9.99
+ $9.80 shipping
Seller with a 99% positive feedback



Sexy Marilyn Monroe Wig Adult Iconic Bombshell Wavy Platinum Blonde 70468

New

$12.74
$14.99 15% off
+ $3.99 shipping
♥ Top Rated Plus



Cos Marilyn Monroe short paragraph pale gold curly hair wig washable wave Party

New

$14.99
$16.84 11% off
Free shipping
Seller with a 100% positive feedback



Lady 80cm Long Curly Wigs Fashion Cosplay Costume Hair Anime Full Wavy Party Wig

New

$9.99
$12.49 20% off
Free 4 day shipping
9518 sold



Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style

New

$16.71
$18.78 11% off
Free shipping



Natural Black Brown Wigs for Women Natural Fluffy Wavy Wig with Bangs for ...



Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay



Platinum Blonde Hair Wigs with Bangs Long Wavy Synthetic for Women Fanshion Wigs



Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant



Marie Antoinette Cosplay Wig Princess Medium Curly Heat Resistant Hair Wigs





ebay

Hi Jeffrey! ▾    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

Advanced

⟨ Back to search results · Clothing, Shoes & Accesso... › ... › Accessories › Wigs & Facial Hair                    Share · Add to Watchlist



⟨                                                    ⟩

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social

jewelry_2022 (359)
98.6% positive · Seller's other items · Contact seller

## AU $24.21
Approximately US $15.96
or Best Offer
Was AU $26.90 ⓘ
Save AU $2.69 (10% off)

Condition: **New with tags**

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺  Breathe easy. Free shipping and returns.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  📦 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  mastercard  AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

Find mental health resources

Love,
Your Mind

⊕ HUNTSMAN  ad

Learn More

## Similar sponsored items    See all ⟩                    Feedback on our suggestions

        

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.58 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new
New
**$14.75**
$16.39 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
**$14.36**
$16.13 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair washable
New
**$15.00**
$16.67 10% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ⟩                    Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant healthy hair
New (Other)
**$15.13**
$16.81 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair
New (Other)
**$16.14**
$18.14 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose helmet Cosplay
New
**$15.32**
$17.02 10% off
Free shipping

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
New
**$145.18**
Free shipping
Seller with a 100% positive feedback

Cos Ma
gold cu
New (O
**$14.9**
$16.61
Free sh

About this item    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 296052489692

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

## Item description from the seller

🏅 100% Genuine    🔒 High Quality    🚚 Fast Shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social

**You may also like**

Suicide Squad Harley Quinn Wig Hair pink blue Ponytails
42.49 AUD
Free shipping

Danganronpa V3 Ouma Kokichi Purple Wig+Cap
24.42 AUD
Free shipping

PRODUCT DESCRIPTION

Accurate description _____ 4.9
Reasonable shipping cost _____ 5.0
Shipping speed _____ 4.9
Communication _____ 5.0

Popular categories from this store    See all

Collectibles    Crafts    Jewelry & Watches    Health & Beauty

Item as described. More beautiful then picture. Securely packaged. Arrived ahead of schedule date. Great price and free shipping too. Five ⭐⭐⭐⭐⭐ seller. Recommend this seller to all buyers. Thank you.

Natural green jade Gemstone Chalcedony 18k Gold chain necklace women Flawless (#295438930456)

✓ 5***9 (342) • Past year

Excellent 5-star Seller!! A pleasure to do business with, great communication, stress-free shopping! Very good quality and beautiful items, very good variety. Great prices, very good safe packaging, and fast shipping. Thank you!! I will shop again!

Purple Baroque Pearl 14k Gold Filled Open Adjustable Ring Teardrop Gift Women (#295453461740)

✓ r***d (1630) • Past 6 months

Excellent transaction. Item as described. Quick delivery. Well packaged so perfect condition. Thank you.

New Hoop Alloy Rhinestone Drop/Dangle star insect skull earrings Classic (#295368544332)

See all feedback

---

**You may also like**    Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig hair washeble
New
$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
$14.36
$16.18 11% off
Free shipping

New Disguise 20679 Audrey Descendants 3 Girls Wig - Pink
New
$10.99
Free shipping
Seller with a 99.5% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
New
$15.49
$17.21 10% off
Free shipping


Natural Black Brown Wigs for Women Natural Fluffy Wavy Wig with Bangs for Women
New
$13.99
$19.99 30% off
Free shipping
91 sold


Marilyn Monroe Classic Blonde Costume Wig 70460 Adult One Size NEW
New
$9.99
+ $9.80 shipping
Seller with a 99.1% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig hair unisex's
New
$15.96
$17.73 10% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable Cosplay
New
$15.78
$17.73 11% off
Free shipping
Seller with a 99.2% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig social Party
New
$15.43
$17.15 10% off
Free shipping

Sponsored | Cos Marilyn Mon... ...graph pale gold curly hair wig wigs Harajuku hair

New (Other)
$16.14
$18.14 11% off
Free shipping
20% off 3+ with coupon

Sponsored | Cos Marilyn ...paragraph pale gold curly hair wig Elegant

New (Other)
$14.59
$16.40 11% off
Seller with a 100% positive feedback

Sponsored | ...graph pale gold curly hair wig unisex's new hot

New (Other)
$14.80
$16.63 11% off
Seller with a 100% positive feedback

Sponsored | ...graph pale gold curly hair wig hot design party

New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon

Sponsored | ...graph pale gold curly hair wig high-temperature new

New
$14.75
$16.39 10% off
Free shipping

    

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New (Other)
$15.90
$18.07 12% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant

New
$16.14
$17.02 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose helmet Cosplay

New
$15.32
$17.02 10% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy

New (Other)
$16.02
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy

New (Other)
$18.12
$16.99 11% off
Free shipping

    

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

New (Other)
$16.06
$18.06 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy

New (Other)
$15.82
$17.58 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

New
$17.01
$18.90 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig 1

New
$16.90
$18.79 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style

New
$16.71
$18.79 11% off
Free shipping

Back to search results                                                                                    Return to top

More to explore :   Gold Costume Wigs Hair Curly,   Curly Hair Wig Costume Wigs & Facial Hair,   Gold Curly Costume Wigs & Facial Hair,   Curly Hair 1980s Costume Wigs Hair,   Curly Hair Costume Wigs & Facial Hair,   Curly Hair Barosua Costume Wigs Hair,   Granny Curly Hair Wig Costume Wigs & Facial Hair,   Gray Curly Hair Wig Costume Wigs & Facial Hair,   Disco Curly Hair Wig Costume Wigs & Facial Hair,   Curly Hair Wig 1960s Costume Wigs & Facial Hair

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy 700 | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 38 Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

Shop by category ∨    [Search for anything                              ]    [All Categories ∨]    Search    Advanced

< Back to search results    Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces    Share · Add to Watchlist

🔥 EXTRA **20% OFF** 3+ ITEMS WITH CODE **FG6DV5265CV65D**    See all eligible items and terms ▸









< >

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

 Jewelry China_mala (5503) · 97.5% positive · Seller's other items · Contact seller

**US $16.06**
or Best Offer
List price US $37.80 ⓘ
Save US $21.74 (58% off)

Condition:  New without tags
"Male Yoga Prayer bracelet"

Quantity:  [ 1 ]    4 lots available (10 items per lot) / 6 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩  Breathe easy. Free shipping and returns.

Shipping:  Free SpeedPAK Standard.  See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  🚚 Estimated between Fri, Feb 9 and Tue, Feb 16 to 30318 ⓘ
Please note the delivery estimate is **greater than 9 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping.  See details

Payments:  PayPal  G Pay  VISA  🔲  AMEX  DISCOVER

PayPal CREDIT
Special financing available.  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

#### Shop with confidence

🛡  **eBay Money Back Guarantee**
Get the item you ordered or your money back.  Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all >                    Feedback on our suggestions

  ♡

  ♡

  ♡


  ♡

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

### Sponsored items inspired by your views    See all >                    Feedback on our suggestions

  ♡

  ♡

  ♡

  ♡

  ♡

Handpainted Wall Art Home Decor Modern Oil Painting Marilyn Monroe
**$105.30**
$135.00 22% off
Free shipping
Last one

LED Light Kit (Remote Control) for LEGOs Andy Warhol's Marilyn Monroe Art 31197
New
**$49.99**
Free shipping
Seller with a 99.4% positive feedback

YA1871 PURE HAND-PAINTED OIL PAINTING SEXY GIRL MARILYN MONROE 90CM UNFRAMED
New
**$34.52**
$38.36 10% off
+ $8.88 shipping

VV162 Hand-painted portrait oil painting on canvas Marilyn Monroe Unframed 36"
**$39.72**
+ $12.72 shipping
12 watchers

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

Cos M...
gold c...
New
**$18.96**
$37.91
Free sh...

About this item    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 13, 2023 20:30:03 PDT  View all revisions

eBay item number: 403942798243

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Male Yoga Prayer bracelet" |
| Attachment Type | Classic Bonded | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | One Size |
| Country/Region of Manufacture | China | Department | Men |

| | | | |
|---|---|---|---|
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | | | |
| MPN | | | |
| Texture | Straight | Theme | Cosplay |
| Type | Underwear | Wig Parting Type | O-Part |
| UPC | Does not apply | | |

## Item description from the seller



### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.8 |
| Reasonable shipping cost | | 4.9 |
| Shipping speed | | 4.9 |
| Communication | | 4.9 |

### Seller feedback (2,234)

This item (1)   All items (2,234)

u***a (426) • Past 6 months

Arrived well packed within time described. Good communication, quality item.

See all feedback

### Popular categories from this store   See all

Collectibles   Crafts   Jewelry & Watches   Health & Beauty

Home & Garden   Antiques

EXTRA **20%** OFF 3+ ITEMS WITH CODE **FG6DV5265CV65D**ⓘ   See all eligible items →
FG6DV5265CV65D

All promotional offers from xich-85



Rose red girl pigtail Short straight hair cosplay wig Harajuku style design
List price: US$45.00
Now: US $20.38

Short white fluffy hair Anime characters cosplay Wig hair design Elegant
List price: US$35.00
Now: US $15.04

Short brown centre parting hair style single horsetail cosplay wig High Quality
List price: US$35.00
Now: US $15.04

Women Curly Wavy Ombre Brown Blonde Ladies Real Long Natural Full Hair Wigs
List price: US$37.80
Now: US $16.06

Blue Lolita Long Curly Wavy Fashion Hair Full Wig Anime Wigs Cosplay Harajuku
List price: US$37.80
Now: US $16.06

See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions

    

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)

Cos Marilyn Monroe short paragraph pale gold curly hair wig new style STANDARD
New (Other)

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy
New (Other)

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy
New (Other)



ebay

Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share · Add to Watchlist







<

>

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot

Jm_pearl store (580)
100% positive · Seller's other items · Contact seller

**C $20.11**
Approximately US $14.96
or Best Offer
Was C $22.60 ⓘ
Save C $2.49 (11% off)

Condition:   New without tags ⓘ
*Mala Yoga Prayer bracelet*

Quantity:   [ 1 ]   2 lots available (10 items per lot) / 1 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺  Breathe easy. Free shipping and returns.

Shipping:   Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and customs charges. ⓘ
Located in: yiwu, China

Delivery:   🗓 Estimated between Thu, Feb 15 and Thu, Mar 21 to 30318 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:   

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

🛡  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



I find mental health resources

Love,
Your Mind

HUNTSMAN [Ad]

Learn More

### Similar sponsored items     See all >

Feedback on our suggestions







| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween | Cos Marilyn Monroe short paragraph pale gold curly hair wig l |
| New (Other) | New (Other) | New | New |
| $16.14 | $14.59 | $16.98 | $16.90 |
| $18.14 11% off | $16.40 11% off | Free shipping | $18.99 11% off |
| Free shipping | Free shipping | 5 watchers | Free shipping |
| 25% off 5+ with coupon | Seller with a 100% positive feedback | | 20% off 3+ with coupon |

### Sponsored items inspired by your views     See all >

Feedback on our suggestions









| Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Retro Personality Marilyn Monroe Wallpaper KTV Bar Clothing Shop Background Deco | 1pc Marilyn Monroe Blondes with Base Cake Sculpture Beauty Collection Toy Statue | 1/35 Resin Figure Model Kit GK Marilyn Monroe Unpainted Unassembled Toys | Cos M... gold cu... |
| New | New | New | New | | New |
| $17.99 | $13.99 | $35.00 | $16.99 | $15.23 | $14.6... |
| Free shipping | Free shipping | Free shipping | Free shipping | + $3.78 shipping | $16.4... |
| Last one | 10 watchers | | | 8 watchers | Free sh... |

### About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 04, 2023 00:11:13 PST  View all revisions

eBay item number: 125704031524

### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition | New without tags ⓘ | Seller Notes | *Mala Yoga Prayer bracelet* |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |

| MPN | 3 | Style | Beaded |
| Texture | | Name | |
| Type | Underwear | Wig Parting Type | C-Part |
| UPC | Does not apply | | |

## Item description from the seller



## You may also like

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale
gold curly hair wig Elegant

New (Other)

**$14.59**
$16.49 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot design party

New (Other)

**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon



Cos Marilyn Monroe short paragraph pale
gold curly hair wig new style STANDARD

New (Other)

**$16.66**
0 bids
Free shipping



Marilyn Monroe Short Paragraph Pale Gold
Curly Hair Wig Cosplay Party Halloween

New

**$16.98**
5 watchers



Cos Marilyn Monroe short paragraph pale
gold curly hair wig unisex's new hot

New (Other)

**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig style breathable

New (Other)

**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon



Marie Antoinette Cosplay Wig Princess
Medium Curly Heat Resistant Hair Wigs

Now (Other)

**$18.50**
+ $3.00 shipping
57 sold



Marilyn Monroe Short Paragraph Pale Gold
Curly Hair Wig Cosplay Party Halloween

New

**$15.18**
$15.98 5% off
+ $0.99 shipping



Cos Marilyn Monroe short paragraph pale
gold curly hair wig Party style

New (Other)

**$16.14**
$17.93 10% off
Free shipping
10% off 2+ with coupon



Cos Marilyn Monroe short paragraph pale
gold curly hair wig STANDARD

New (Other)

**$15.90**
$18.07 12% off
Free shipping













Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable breathable

New
$14.64
$16.44 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot HIGH healthy

New (Other)
$16.02
$18.00 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig wigs Harajuku hair

New (Other)
$16.14
$18.14 11% off
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable

New (Other)
$17.01
$18.90 10% off
20% off 3+ with coupon

Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

Pre-owned
$14.99
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

New
$13.99
Free shipping
10 watchers

Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

New
$15.99
Free shipping
5 watchers



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig heat hairpiece

New (Other)
$15.12
$16.99 11% off
Free shipping



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Rose hairnet design

New (Other)
$16.41
$18.44 11% off
Free shipping



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig perty mesh sociel

New (Other)
$15.12
$16.99 11% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Elegant healthy hair

New (Other)
$15.13
$16.81 10% off
Free shipping



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair stretchy design

New (Other)
$15.60
$17.53 11% off
Free shipping



Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair HIGH weve

New (Other)
$14.64
$16.44 11% off
+ $22.81 shipping
5 watchers

## Sponsored items from this seller

Feedback on our suggestions



ebay

< Back to search results | Home & Garden > Home Décor > Posters & Prints

Share · Add to Watchlist



### Marilyn Monroe Audrey Hepburn Tattoo Sexy Star Poster 24x36" 27x39" Silk Print

**JMF020** (8613)
100% positive · Seller's other items · Contact seller

**AU $13.99**
Approximately US $9.22

Condition: New

size:    - Select -

picture:    - Select -

Quantity:    1    3 available / 12 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

⚡ People want this. 11 people are watching this.

Shipping:    May not ship to United States. Read item description or contact seller for shipping options. See details
Located in: Hong Kong, Hong Kong

Delivery:    Varies

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●● mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Have one to sell? Sell now

## Similar sponsored items    See all >

Feedback on our suggestions



| | | | |
|---|---|---|---|
| MARILYN & AUDREY - TATTOO POSTER 24x36 - 160056 | Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5... | Marilyn & Audrey Tattoo Scene Mini Poster - Laminated 11.5" x 17.5" | MARILYN MONROE POSTER Sexy Tattoo Graffiti 12x18 |
| New | New | New | |
| $12.50 | $20.49 | $16.49 | $7.99 |
| Free shipping | Free shipping | Free shipping | + $6.95 shipping |
| 10% off 2+ | ♥ Top Rated Plus | ♥ Top Rated Plus | |
| | Seller with a 99.9% positive feedback | Seller with a 99.9% positive feedback | |

## Sponsored items inspired by your views    See all >

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Hot 18cm famous sexy actress Marilyn Monroe action figure statue popup decor hom | 5x Marilyn Monroe Classic Movie Actress Actor 25mm / 1 Inch D Pin Button Badges | Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature |
| New | New | New (Other) | New | New (Other) |
| $16.99 | $4.44 | $15.98 | $92.40 | $17.50 |
| + $6.99 shipping | + $3.80 shipping | $17.98 11% off | $110.00 16% off | $19.98 11% off |
| | Seller with a 99.7% positive feedback | Free shipping | Free shipping | Free shipping |
| | | | Seller with a 100% positive feedback | 20% off 3+ with coupon |

---

| About this item | Shipping, returns, and payments | | Report this item |

Seller assumes all responsibility for this listing.

Last updated on Dec 21, 2023 22:07:16 PST   View all revisions

eBay item number: 292685433041

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Custom Bundle | No |
| Material | Fabric | Type | Poster |
| MPN | Does Not Apply | Subject | Movies |
| Brand | Unbranded | Non-Domestic Product | No |
| Product Type | Posters & Prints | | |

## Item description from the seller

**Size:**

A: 12"x18"(30x45 cm ) No Frame;

B: 23.5"x35.5"(60cmx90 cm) No Frame;

C: 27"x39" Inch No Frame.

Please choose the size that you want from the size option;

Condition :

New and rolled in hard tube,double protected.

The Poster Material:

Poster is printed on Silk Fabric Cloth, it is thin and soft with bright white surface, not easy to be damaged and shows vibrant graphics on it,it becomes more and more popular with the cool crowd;

The poster is nice for home decoration and as a gifts.

Package:

Our products are packaged by paper and hard tube,so please do not worry about the damage in transit.

Payment:

We accept Paypal as our only form of electronic payment.(Paypal accept Credit Card, Debit Card, Discover,etc.)

Shipping

All the item will be shipped in 72 hours
We only ship to the confirmed address provided by PayPal. Before you pay, please make sure your address in PayPal matches the address you would like us to ship to.
If not, please let us know before we sent you the package, otherwise we will not be responsible for any loss. Hope you could understand.

If you do not receive the item, or you are not satisfied with it, please do not give negative feedback.
Please contact us and we will solve the problem for you as soon as possible.
Thank you for your understanding! Best wishes!

If you have any questions, please contact us. Thank you, Have a nice day!

 JMF020    Visit store

## You may also like

Feedback on our suggestions


Marilyn Monroe Wall Art Fashion Print Vintage Poster Print, A3 A2 A1 Sizes
New
**$22.74**
+ $56.15 shipping
**39 sold**


192573 Audrey Hepburn Movie Star Wall Print Poster AU
New
**$12.49**
+ $11.83 shipping
Seller with a 100% positive feedback


The Marvels Movie Poster Photo Art Print 8x10 11x17 16x20 22x28 24x36 27x40
New
**$9.99**
Free shipping
♥ Top Rated Plus
Seller with a 99.5% positive feedback


118509 Audrey Hepburn Movie Star Wall Print Poster AU
New
**$12.49**
+ $11.83 shipping
Seller with a 99.2% positive feedback


Butiltt Steve McQueen 1968 Movie Poster 24"x36" Borderless Glossy Print 6807
New
**$17.98**
+ $4.98 shipping
Seller with a 99.4% positive feedback


High And Low - 1964 - Movie Poster
New
**$9.99**
Free shipping
Seller with a 99.8% positive feedback


359482 Sexy Ass Girl Butt Tattoo Exposed Thighs Art Decor Print Poster AU
New
**$12.49**
+ $10.51 shipping


194577 Audrey Hepburn Movie Star Room Club Wall Print Poster AU
New
**$12.49**
+ $11.83 shipping
Seller with a 100% positive feedback


Godzilla Minus One Poster, 2023 Film Decor Poster Print NO FRAME
New
**$14.99**
+ $7.99 shipping
**27 watchers**


191379 Audrey Hepburn Movie Star Wall Print Poster AU
New
**$12.49**
+ $11.83 shipping
Seller with a 100% positive feedback


Sponsored
Marilyn & Audrey Tattoo Scene by James Danger Harvey Mini Poster- 11" x 17"
New


Sponsored
Marilyn Monroe & Audrey Hepburn Tattoo Scene Laminated Poster 24.5 x 36.5 Inches
New


Sponsored
Audrey Hepburn Movie Breakfast at Tiffany's Poster Print - 24x36
New

Sponsored
Marilyn & Audrey Tattoo Scene Mini Poster - Laminated 11.5" x 17.5"
New


Sponsored
Marilyn Monroe & Audrey Hepburn Barber Shop Laminated Poster - 24.5" x 36.5"
New

New
$11.49
Free shipping
❤ Top Rated Plus
Seller with a 99.9% positive feedback

New
$20.49
❤ Top Rated Plus
Seller with a 99.9% positive feedback

New
$13.49
❤ Top Rated Plus
80 sold

New
$16.49
❤ Top Rated Plus
Seller with a 99.9% positive feedback

New
$20.49
❤ Top Rated Plus
Seller with a 99.9% positive feedback







Sponsored
Audrey Hepburn and Marilyn Monroe Art by
James Danger Harvey Poster 24 x 36
New
$25.67
Free shipping
Seller with a 99.4% positive feedback

Sponsored
1/24 Unpainted 3D printing, NSFW, Miniature
Model Resin Figure Kit, Unassembled
New
$30.39
$31.99 5% off
Free shipping
Last one

Sponsored
Hot 18cm famous sexy actress Marilyn
Monroe action figure statue popup decor
horn
New
$16.99
+ $8.99 shipping

Sponsored
1/10 Bust Lady Resin Figure Model Kit
Marilyn Monroe Unpainted Unassembled
Toys
New
$17.09
$18.99 10% off
Free shipping
8 watchers

Sponsored
Marilyn & Audrey Barber Shop by James
Danger Harvey Mini Poster - 11" x 17"
New
$11.49
Free shipping
❤ Top Rated Plus
Seller with a 99.9% positive feedback






Sponsored
1/10 Resin Figure Model Kit Miniatures
Shinobi Bust Unassembled Unpainted Toys
New
$22.76
Free shipping
Last one

Sponsored
Halloween Blonde Sexy Fashion Marilyn
Monroe Cosplay Party Wig Long Curly 988T
New
$19.99
Free shipping
23 sold

Sponsored
Audrey Hepburn Pink Poster 36"x24"
Breakfast at Tiffenys & Cat Classic Art Print
New
$18.82
Free shipping
Seller with a 99.4% positive feedback

Sponsored
AUDREY HEPBURN POSTER Cigarello RARE
HOT NEW 24X36
$18.18
+ $6.99 shipping
21 sold

Sponsored
192268 Jennifer Aniston Actress Star Wall
Print Poster AU
New
$12.49
+ $11.83 shipping
Seller with a 100% positive feedback

More to explore :   Banksy Posters & Prints Audrey Hepburn,   Audrey Hepburn Posters & Prints Not Signed,   Reproduction Posters & Prints Audrey Hepburn,   Audrey Hepburn Home Décor Posters & Prints,   Unbranded Reproduction Posters & Prints Audrey Hepburn,   Audrey Hepburn Framed Home Décor Posters & Prints,   Audrey Hepburn Home Décor Posters,   Marilyn Monroe Posters & Prints Signed,   Marilyn Monroe Framed Home Décor Posters & Prints,   Canvas Marilyn Monroe Home Décor Posters & Prints

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





‹ Back to search results | Toys & Hobbies › Action Figures & Accessori... › Action Figures



Share | Add to Watchlist

Have one to sell? Sell now

### 1/6 Marilyn Monroe Head Shape for phicen body gentlemen prefer blondes hottoy · show original title

JustGogogogogo (620)
98.3% positive · Seller's other items · Contact seller

**EUR 38.99**
Approximately US $42.35
or Best Offer

Condition: New

Quantity: 1      2 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:    EUR 4.00 (approx US $4.35) Standard Shipping. See details
             International shipment of items may be subject to customs
             processing and additional charges. ⓘ
             Located in: Shenzhen, China

Delivery:    ⏱ Estimated between Fri, Mar 8 and Tue, Mar 26 to 30318 ⓘ
             This item has an extended handling time and a delivery estimate
             greater than 23 business days.
             Please allow additional time if international delivery is subject to
             customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  mastercard  AMEX
             Earn up to 5x points when you use your eBay Mastercard®.
             Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all ›

Feedback on our suggestions






1/6 Marilyn Monroe Head for phicen Gentlemen Prefer Blondes hot toys ●US seller●
New
$36.65
$38.58 5% off
Free shipping
83 sold

Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback.

1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure
New
$36.37
+ $3.99 shipping
108 sold

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions







For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.9% positive feedback

The Marilyn Monroe Garden Banner
New
$19.99
Free shipping
Seller with a 100% positive feedback

2 PCS Cigarette Case Marilyn Monroe Cigar Case Box Holder Tobacco Storage Box
New
$16.99
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
$19.85
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon

Handp...
Moder...
New
$105.3...
$109.6...
Free sh...
Last or...



| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 314500643049

Last updated on Jan 16, 2024 16:33:59 PST View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Accessories |
| Packaging | Original (Unopened) | Produktart | Action-Figur |
| Maßstab | 1:6 | Marke | Unbranded |
| Charakter | Marilyn Monroe | Herstellernummer | 20170404 |
| EAN | Does not apply | | |

## Item description from the seller

**May you Like**






📅 Joined Aug 2020

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store    See all

Home & Garden

## Seller feedback (709)

➕ o****d (2) • Past month

The figure toy is absolutely perfect, very good quality, the speed of delivery was fine, the package is new and very safe packed. The only negative moment is that the delivery was announced as "free" but if you live in Germany that means that you will pay the Custom (Zoll) fee 48.70 and Auslagepauschale 5.04 wich in total is 54.70 euro. It is 1/4 of the item price!!! People should be warned about it. Then you buy on ebay.de you are not expecting this (z.b. some other sellers has local storage)

New TOYS ERA DE001 1/6 The Aristocrat Baron Zemo 12" Male Collectible Figure Toy (#3146023096X)

➕ t****6 (44) • Past 6 months

Schnelle Nachlieferung, erste Lieferung ging leider verlorenPerfekte Verpackung und WareSuper Service und Kontakt, danke ♦♦♦♦Fast subsequent delivery, first delivery was unfortunately lostPerfect packaging and goodsSuper service and contact, thank you ♦♦♦♦

Original BMW Aer 460) Coupé Cabrio Car Collection im Maßstab 1:43 aus Druckguss (#33388682875R)

➕ p****p (712) • Past month

Figure arrived as advertised, well packaged and had fast overseas delivery . Excellent business

SWTOYS x Tough Guys Lord of the Caspaln Sea Captain Barbossa 1/6 Figure (#314882306517)

See all feedback

## You may also like

Feedback on our suggestions


1/6 Scale Han Solo Smiling Harrison Ford Head Carving F 12" Phicen Figure Body
New
$31.49
Free shipping
Seller with a 99.9% positive feedback


1/6 Russian Female Soldier Head Sculpt for Phicen 12" figure Hot Toys
New
$36.92
+ $4.35 shipping


In Stock 1/6 Scale White Sexy Tights Suit F 12" Phicen Hottoys Female Body Doll
New
$15.63
$16.99 8% off
Free shipping
15% off 4+ with coupon


1:6th Golden Bikini Sets For 12" Phicen Hot Toys Female Figure Doll Toys
New
$12.34
$12.99 5% off
+ $8.99 shipping
23 sold


1/6 Rey Daisy Ridley Head Sculpt Fit 12" TBLeague Phicen Suntan Action Figure
New
$53.22
+ $4.35 shipping
Last one


1/6 Blonde Hair Max Head Carved Fit 12" Pale TBLeague Phicen Action Figure Body
New
$55.39
+ $4.35 shipping


[1Pair] Custom 1:6th Wrist sleeve For 12" Phicen UD VERYCOOL HT Female Body Doll
New
$9.49
$9.99 5% off
Free shipping
21 sold


YMTOYS 1/6 YMT049 Orange Girl Beauty Head Sculpt Fit 12" TBLeague Figure Body
New
$60.82
+ $4.35 shipping


1/6 Scale Seamless Body Model Male figure for Phicen TBLeague Hot Toys
New
$43.44
+ $4.35 shipping
11 watchers


1:6 TBLeague PHICEN S12D Seamless Female Figure Body Black Widow Head Toys
New
$61.91
+ $18.26 shipping
8 watchers


Sponsored
For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted


Sponsored
1/6 Marilyn Monroe Head for phicen Gentlemen Prefer Blondes hot toys ⚫US


Sponsored
The Marilyn Monroe Garden Banner


Sponsored
1/6 Große Büste Nahtlose Weibliche Figur Körpermodell für 12Zoll Phicen Verycool

Monroe Head Sculpt Carved Painted

$29.19
$32.43 10% off
Free shipping
Seller with a 99.2% positive feedback

Gentlemen Prefer Blondes hot toys ●US
seller●

$36.89
$38.86 5% off
Free shipping
83 sold

Körpermodell für 12Zoll Phicen Verycool

$71.08
+ $2.16 shipping
Seller with a 100% positive feedback

Körper Figur Fit Phicen Hot Toys Kopf Braun

$72.74
+ $2.16 shipping
Seller with a 99.1% positive feedback



Sponsored
2 PCS Cigarette Case Marilyn Monroe Cigar
Case Box HolderTobacco Storage Box

New
$16.99
Free shipping
Seller with a 100% positive feedback



Sponsored
1/6 Rundlich Große Büste Weibliche Figur
Körper Modell für TBLeague Hot Toys

New
$20.63
+ $2.16 shipping
Seller with a 99.1% positive feedback



Sponsored
1/6 SUPER DUCK SET043 Elf Girl Head
Sculpt Schnitzen für 12 "Figur Female Action

New
$21.71
Free shipping
7 watchers



Sponsored
1/6 Young Girl Body Kleine Büste weibliche
Figur für Phicen Hot Toys Dollcool

New
$71.62
+ $2.16 shipping
Seller with a 99.5% positive feedback

Sponsored
Suntan 1/6 Weiblich Nahtlose Actionfiguren
Full Gummi für Zeichnung Fotografie

New
$71.03
+ $2.16 shipping
Seller with a 99.5% positive feedback



Sponsored
SUPER DUCK SET043 1/6 Elf Girl Head
Sculpt Schnitzen für 12 "Figur Female Action

Now
$22.80
Free shipping
27 watchers

Sponsored
1/6 Weibliche Nahtlose Sonnenbräune
Mittelbrust 12 " Körper für PHICEN TBLeague

Now
$20.63
+ $2.16 shipping
Seller with a 99.1% positive feedback

Sponsored
1/6 Männliche Figur Muskulöses Nahtloses
Körper für 12" Hot Toys TBLeague Kopf

Now
$20.63
+ $2.16 shipping
Seller with a 99.1% positive feedback

Sponsored
1/6 Weiblicher Nahtloser Körper Junges
Mädchen Kleine Büste Figur fit Hot Toys

Now
$20.63
+ $2.16 shipping
Seller with a 99.1% positive feedback





Sponsored
Doll Wig in Mixed blondes Teeswater Locks

Now
$24.17
+ $4.45 shipping
Seller with a 100% positive feedback

Back to search results

Return to top

More to explore : PHICEN 1:6 Military & Adventure Action Figures, Shi PHICEN Military & Adventure 1:6 Action Figures, PHICEN Soldier Military & Adventure 1:6 Action Figures, PHICEN Military & Adventure PVO 1:6 Action Figures, PHICEN Shoes Military & Adventure 1:6 Action Figures, PHICEN Military & Adventure Action Figure 1:6 Action Figures, PHICEN 1:6 Military & Adventure Action Figure Collections, PHICEN Military & Adventure Action Figures 1:6 2014 Year Manufactured, PHICEN Military & Adventure Action Figures, Andy Warhol's Marilyn Monroe LEGO (R) Complete Sets & Packs

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey! ∨   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist ∨   My ebay ∨



Advanced

‹ Back to search results · Toys & Hobbies › Action Figures & Accessori... › Action Figures Parts

Share   Add to Watchlist

🔥 SAVE UP TO 20% WHEN YOU BUY MORE









Have one to sell? Sell now

### 1/6 Scale Gentleman Love Beauty Marilyn Monroe Head Female Head Carving for 12"

kval44.0922 (206)
98.9% positive · Seller's other items · Contact seller

**US $25.54/ea**
Was US $26.88 ⓘ
Save US $1.34 (5% off)

Condition: New

Sale ends in: 4d 16h

Quantity: [ 1 ]   3 available

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
| $25.54/ea | $24.26/ea | $22.99/ea |

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Returns accepted.

Shipping: US $3.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: HN, China

Delivery: 🚚 Estimated between Mon, Feb 12 and Mon, Feb 26 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  💳  🟠  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

 ...  ...  ...  ...  

## Similar sponsored items    See all ›

Feedback on our suggestions

   

1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving
New
**$45.00**
Free shipping
Last one

1/6 Marilyn Monroe Head for phicen Gentlemen Prefer Blondes hot toys ●US seller●
New
**$36.65**
$38.58 5% off
Free shipping
83 sold

Knuckleboonz Marilyn Manson Figurine - Box And Figure In Perfect Condition
New
**$162.50**
2 bids
4d 14h
+ $8.82 shipping
Seller with a 100% positive feedback

1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure
New
**$36.37**
+ $3.99 shipping
106 sold

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

Marilyn Monroe Blonde 5D Picture Diamond Painting Kit Rhinestone Wall Decor Art
New
**$11.29**
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

100% hand short hair fashion Marilyn Monroe oil painting art on canvas
New
**$74.10**
$95.00 22% off
Free shipping
7 watchers

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Vintage Quartz Pocket Watch Gift Retro Necklace Marilyn Monroe Full Hunter Women
New
**$5.08**
Free shipping
38 sold

Cute M
Silver
New
**$4.64**
$4.99 ·
Free sh
Seller

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 25, 2023 03:00:16 PST  View all revisions

eBay item number: 305285778429

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Soldier Accessories | Soldier Parts and Components,Soldier Finished Product |
| Occasion | All Occasions | | Size | 12" |

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

| | | | |
|---|---|---|---|
| Occasion | All Occasions | Size | 12" |
| Original Package | Yes | Dimensions | 1/6 scale for 12" action figure |
| Scale | | Material | |
| Year Manufactured | 2022 | Version Type | First Edition |
| Gender | Girls | Model Number | Girl Head |
| Franchise | Action Man | Brand | Unbranded |
| Type | Head | Completion Degree | Finished Goods |
| Number in Pack | 1 | Packaging | Original (Unopened) |
| Genre | Movie & TV | Time Period Manufactured | 2020-Now |
| Country/Region of Manufacture | China | UPC | Does not apply |

## Item description from the seller

1.Scale: 1/6 Scale Head Sculpt Gentleman Love beauty Marilyn Monroe Head Female Head Carving Woman Headplay for 12" Action Figure Body

2 Color:as picture

1/6(12") Action Figure Accessory

100% Brand New , Never Been Played

All of Equipments are 1/6 Scale

**Product Details:**

1X Head sculpt









DataCaciques
ERP, Listing, Data, Cross Selling

## kuai46992

98.9% Positive Feedback
929 items sold

Visit store

Contact

♡ Save seller

📅 Joined Sep 2021

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬▬ | 4.9 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 4.9 |

### Popular categories from this store    See all

Dolls & Bears    Toys & Hobbies

### Seller feedback (292)

⊕ p***m (539) · Past year

Awesome seller. Item delivered as described, great prices. Super-fast shipping to Puerto Rico.Impresionante vendedor. Artículos entregados como se describe, excelentes precios. Envío super rápido a Puerto Rico

1/6 Scale Male Sports Shorts Black White Short Pants Clothes Model Fit 12" Body (#304862707861)

⊕ i***b (421) · Past 6 months

Item is as described and such FAST shipment! Thank You!Didn't even realized that the item came with a beautiful glass case box! (Sadly, the glass broken into pieces during shipment transition)

GN-Z11 1/6 Scale Shenzhou Astronaut Equipment Clothing Costume Model Fit 12" (#304851924000/)

⊕ t***l (1812) · Past 6 months

Item arrived as described. Very good seller. 🖼

1/6 Scale Male Loose Harem Pants Trend Hip-hop Trousers Skate Pants for 12" Body (#304929158840)

See all feedback

### You may also like

Feedback on our suggestions

     





Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, Art
& Collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



amazon

English    United States

| Amazon Music<br>Stream<br>millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
|---|---|---|---|---|---|---|
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
|  |  | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust |  |  |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review


Spend $80, Get $20 Amazon.com Credit
TERMS AND CONDITIONS APPLY

Sponsored ⓘ

amazon clinic

**Click to talk to a clinician**

Treat common health conditions 24/7.

Learn more ›

You gifted them.
Now cover them with just one plan.
aura complete protect    Learn more ›

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.



---

| | | | | | |
|---|---|---|---|---|---|
| Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White ★★★★☆ 8,424 $249.99 ✓prime Today by 6:00 PM | Ring Spotlight Cam Plus, Battery \| Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White ★★★★☆ 8,351 $169.99 ✓prime Today by 6:00 PM | Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release) ★★★★☆ 241 $199.99 ✓prime Today by 6:00 PM | Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -... ★★★★☆ 5,457 $59.99 ✓prime Today by 6:00 PM | Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging,... ★★★★☆ 23,597 $189.99 ✓prime FREE Delivery ✓ Climate Pledge Friendly | Ring Rechargeable Battery Pack ★★★★☆ 119,936 $34.99 |

### Popular products based on this item

Page 1 of 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

| CALNESHIA 30" 613 Lace Front Wig Human Hair 13x6 Transparent Lace View and 30 Density Blonde Lace Front Wigs Human Hai... ★★★★☆ 105 $72.55 ($72.55/Count) Get it Feb 13 - 25 $5.00 shipping Only 7 left in stock - order... | ONEUSTAR Blonde Wigs for Women Shoulder Length Layered Wig with Bangs Natural Looking... ★★★★☆ 73 $22.49 ($22.49/Count) 100+ viewed in past month ✓prime FREE Delivery Wednesday, Jan 31 | VGbeauty 70s 80s Adult Men Long Curly Black Root Blonde Mullet Mutsache Wig with Go... ★★★★☆ 241 100+ viewed in past month $20.99 ($20.99/Count) ✓prime FREE Delivery Tuesday, Jan 30 | Juzviee Blonde Wig for Women Long Blonde Curly Wavy Wig for... ★★★★☆ 55 Amazon's Choice in Hair Replacement Wigs $16.19 ($16.19/Count) ✓prime FREE One-Day Get it Tomorrow, Jan 29 | Dai Cloud Blonde Mullet Wigs for women Shaggy Layered Wig with Bangs Shoulder Length Soft... ★★★★☆ 3 200+ viewed in past month $17.99 ($2.53/Ounce) ✓prime Today by 10:00 PM | 613 Lace Front Wig Human Hair Body Wave Lace Front Wigs Human Hair 13x4 HD... ★★★★☆ 240 1K+ viewed in past month $99.99 ($99.99/Count) ✓prime Today by 10:00 PM | KUYYFDS Cut Wigs, 6 Inch Cut Short Bob Synthetic Wig,Cute None Lace Curly Human Hair... ★★★★☆ 6 200+ viewed in past month $10.15 ($10.15/Count) FREE Shipping | Outre Lace Front Wig - Color Bomb - Alecia (ROSY BLONDE) ★★★★★ 1 $41.85 ($41.85/Count) Only 15 left in stock - order... | Ccfurwu Blonde Cosplay Wig for Women Cowgirl Costume Long Blonde Hair Wig with Ponytail... ★★★★☆ 42 200+ viewed in past month $25.19 ($25.19/Count) ✓prime Today by 10:00 PM |

### Your Browsing History  View or edit your browsing history

Page 1 of 4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | | | | | |

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| | | Credit Card Marketplace | |



Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates.

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay

‹ Back to search results    Jewelry & Watches  ›  …  › Pocket Watches

Share  ·  Add to Watchlist

🔥 SAVE UP TO **9%** WHEN YOU BUY MORE










‹  ›

Have one to sell? Sell now

### Cute Marilyn Monroe Enamel Small Size Silver Beauty Girl Quartz Pocket Watches

lolglaag (2222)
99.6% positive · Seller's other items · Contact seller

**US $4.64/ea**
or Best Offer
Was US $4.99 ⓘ
Save US $0.35 (7% off)

Condition: **New with tags**

Quantity:  1    More than 10 available / 6 sold

Bulk savings:

| Buy 1 $4.64/ea | Buy 2 $4.41/ea | Buy 3 $4.32/ea | 4 or more for $4.22/ea |
|---|---|---|---|

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↺ Breathe easy. Free shipping and returns.

Shipping: **Free Economy Shipping from Greater China to worldwide.** See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Guangzhou, China

Delivery: ⌖ Estimated between **Tue, Feb 20** and **Mon, Mar 25** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  GPay  VISA  ⬤  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

🔵 eBay Money Back Guarantee
Got the item you ordered or your money back. Learn more

---

### Similar sponsored items    See all ›

Feedback on our suggestions


Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift
New
**$4.73**
$4.98 5% off
Free shipping
Seller with a 99.1% positive feedback


Marilyn Monroe Small Pocket Watch Long Chain
Pre-owned
**$39.99**
+ $5.90 shipping
Seller with a 100% positive feedback


9 Vintage Timex EJ Gold Silver Watches
Pre-owned
**$3.99**
0 bids
8h 42m
+ $6.12 shipping


Space Series Music Pocket Watch Quartz Chain Necklace Watches Collectibles New
New (Other)
**$39.98**
Free shipping
Buy 1 get 1 10% off

---

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions


High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping


7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$105.60**
$120.00 12% off
Free shipping


Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback


High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor
**$77.22**
$99.00 22% off
Free shipping


18cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box
New
**$42.00**
Free shipping

Hand p...
Portrai...
20"24...
**$499.**
+ $38.0...

---

About this Item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 394108784296

Last updated on Jan 06, 2024 15:03:52 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original... Read more | Band Type | One-Piece Strap |
| Brand | | Face Color | |
| Case Material | Stainless Steel | Closure | Full Hunter |
| Country/Region of Manufacture | China | Customized | No |
| Department | Unisex Adult | Dial Color | White |
| Indices | Arabic Numerals | Display | Analog |
| Features | 12-Hour Dial | Model | P597 |
| Movement | Quartz | MPN | Does Not Apply |
| Style | Casual | Theme | Awareness |
| Type | Pocket Watch | Water Resistance | Not Water Resistant |
| With Original Box/Packaging | No | With Papers | No |
| Year Manufactured | 2010-Now | UPC | Does not apply |

## Item description from the seller



| | | |
|---|---|---|
| Accurate description | 4.9 | |
| Reasonable shipping cost | 5.0 | |
| Shipping speed | 4.9 | |
| Communication | 5.0 | |

Very reliable seller. Repeat customer. Ships quickly, delivered ahead of schedule, packages properly and always exactly as described. Thank you!

0****t (366) · Past 6 months

Great item, as advertised with fast shipping. Excellent communication, good seller, thanks.

1****j (743) · Past month

perfect seller item as described perfect shipping too.

## Popular categories from this store    See all

Wrist Watch    Pocket Watch    Watch Band    Watch Set

Bottle Opener&Stopper    Other

See all feedback

## You may also like

Feedback on our suggestions



Marilyn Fashion Pocket Watch Retro Sweater Necklace Chain Watches Lady Girl Gift
New
$4.42
$4.75 7% off
Free shipping
Seller with a 99.6% positive feedback



Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift
New
$4.73
$4.98 5% off
Free shipping
Seller with a 993% positive feedback



Vintage Marilyn Monroe Enamel Small Size Cute Number Silver Pocket Watch Gifts
New
$4.69
$4.99 6% off
Free shipping



Cute Marilyn Monroe Enamel Small Size Silver Girl Quartz Pocket Watches
New
$4.64
+ $3.99 shipping
Seller with a 100% positive feedback



Vintage Elegant Marilyn Pocket Watch Retro Necklace Chain Mini Beauty Fob Watch
New
$5.33
$5.79 5% off
Free shipping
Seller with a 99.6% positive feedback



Steampunk Quartz Analog Pocket Watch with Necklace Pendant Chain Unisex Gifts



Mens Pocket Watch Quartz White Dial Stainless Steel Case Arabic Numerals



Vintage Fashion Comedy Funny Clown Analog Quartz Pocket Watch Necklace Chain



Marilyn Monroe Pocket Watch - New Battery



Small Size Quartz Pocket Watch Cute Necklace Watches Gifts for Kids Boys Girls

New
$2.84
$2.99 5% off
Free shipping
791 sold

Luxury
New
Free shipping
285 sold

Chain
New
$4.99 8% off
Free shipping

Pre-owned
+ $16.28 shipping
Seller with a 100% positive feedback

New
$4.99 5% off
Free shipping
Seller with a 99.5% positive feedback



Sponsored
High Quality Oil Painting Art On Canvas
Handpainted Home decor Marilyn Monroe

$77.22
$99.00 22% off
Free shipping



Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$89.00
Free shipping
24 sold



Sponsored
Vintage Engravable Pocket Watch With
Chain 46mm Quartz Pocket Watch Silver
New
$19.92
$22.90 13% off
Free shipping
 Top Rated Plus



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

Pre-owned
$14.99
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback



Sponsored
Vintage Engravable Pocket Watch W/ Chain
46mm Quartz Pocket Watch Gun Metal

New
$19.92
Free shipping
Top Rated Plus
70 sold



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New
$17.99
Free shipping
Last one



Sponsored
NEW Marilyn Monroe red vintage style cute
Hollywood movie sliver colour necklace

New
$16.53
+ $14.25 shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping
Last one



Sponsored
Antique Smooth Black "To My Son" Cool
Quartz Analog Pocket Watches Encourage
New (Other)
$23.98
Free shipping
Buy 1, get 1 10% off



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New
$12.99
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New
$13.99
Free shipping
10 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New
$15.99
Free shipping
5 watchers



Sponsored
Night Before Christmas Watches Necklace
for Male Female Quartz Pocket Watch Gift

Now
$4.41
$4.79 8% off
Free shipping
43 sold



Sponsored
Small Arabic Numerals Pocket Watches Bird
with Necklace Chain Sweet Wedding Gift

Now
$4.58
$4.98 8% off
Free shipping
Seller with a 99.4% positive feedback



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                    Return to top

More to explore : Enamel Case Quartz Pocket Watch Pocket Watches, Quartz Pocket Watch Pocket Watches Enameled Dial, Enamel Case Silver Pocket Watch Pocket Watches, Quartz Luxury Silver Pocket Watch Pocket Watches,
Quartz Silver 1 Pocket Watch Pocket Watch Pocket Watches, Enamel Case Pocket Watch Pocket Watches, Geneva Quartz Pocket Watch Pocket Watches, Bulova Quartz Pocket Watch Pocket Watches, Gruen Quartz Pocket Watch Pocket Watches,
Enamel Case Blue Pocket Watch Pocket Watches

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



SAVE $200
FOR A LIMITED TIME
at the Roomba Combo® j5+
Self-Emptying Robot
Vacuum and Mop

iRobot    Shop Now

ebay

< Back to search results | Collectibles & Art > Art > Art Posters

Share · Add to Watchlist

Have one to sell? Sell now

### Marilyn & Elvis by Chris Consani Poster

flexvomlm (34)
90.5% positive · Seller's other items · Contact seller

**US $15.00**

Condition: New

Size: - Select -

Style: - Select -

Quantity: 1    Last One

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

Shipping:    Free Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: fuzhoushi, null, China

Delivery:    ⏱ Estimated between Wed, Feb 14 and Mon, Feb 26 to 30318 ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal · GPay · VISA · Mastercard · AmEx · Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all >



Paris Sunset with Elvis and Marilyn by Chris Consani Mini Poster - 17" x 11"
New
**$11.49**
Free shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback



Legendary Crossroads 2 - Marilyn & Elvis by Chris Consani Poster 24" x 36"
New
**$13.49**
Free shipping
♥ Top Rated Plus
Seller with a 99.9% positive feedback



NEW AUCTION
Marilyn Andy Warhol Screen Print 92cm x 92cm based on 1967 # 23 Unsigned
Pre-owned
**$483.42**
0 bid
9d 16h
+ $36.97 shipping
Seller with a 100% positive feedback



Marilyn & Elvis by Chris Consani Poster
New
**$16.00**
Free shipping

### Sponsored items inspired by your views    See all >



Marilyn & Elvis by Chris Consani Poster
New
**$15.00**
Free shipping

Blonde Norma Jeane Cosplay Costume Dress Gloves Outfits Halloween Carnival Suit
New
**$49.08**
$52.77 7% off
+ $9.99 shipping
11 watchers

BLonde: Norma Jeane Cosplay Costume Dress Outfit Halloween Carnival Party Suit
New
**$25.64**
$26.99 5% off
+ $9.90 shipping
7 watchers



384416 Norma Jean Band WALL PRINT POSTER DE
**$15.15**
+ $10.81 shipping
Seller with a 99.5% positive feedback

BLonde: Norma Jeane Cosplay Costume Dress Outfits Halloween Carnival Party Suit
New
**$23.74**
$24.99 5% off
+ $9.00 shipping

BLonde
Dress
New
**$24.19**

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 285601812244

Last updated on Jan 26, 2024 20:02:43 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Personalize | No |
| Type | Poster | Year of Production | 2023 |
| Theme | Art | Features | Laminated |
| Material | Canvas | Framing | Framed |
| Original/Licensed Reprint | Licensed Reprint | Country/Region of Manufacture | United States |

### Item description from the seller





You may also like

You may also like




ebay

Hi, Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact          Sell    Watchlist ⌄    My eBay ⌄

Advanced

Back to search results  ›  Toys & Hobbies  ›  Action Figures & Accessori...  ›  Action Figures

Share · Add to Watchlist










Have one to sell? Sell now

### 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box

Lit Collect (134)
97.2% positive · Seller's other items · Contact seller

**US $89.00**

Condition: New

Quantity: 1          Last One / 24 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 2-year protection plan from Allstate - $9.99

⚡ This one's trending. 24 have already sold.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Beijing, China

Delivery: 🚚 Estimated between Fri, Feb 9 and Wed, Feb 28 to 30318 ⓘ
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

🅢 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items          See all >

Feedback on our suggestions






1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one

Marilyn Monroe PVC Figure Gold Dress 16cm
Pre-owned
$11.44
+ $19.95 shipping
Seller with a 100% positive feedback

World's Greatest Heroes Batman Kiddiel Joker Mego Style Set
New
$59.99
0 bids
1d 13h
+ $12.00 shipping
Seller with a 100% positive feedback

13.4" Melon Books Hermaphrodite Tapestry - Ithnani - Rocket Boy 1/6 Scale Figure
New
$44.99
Free shipping
10% off 3+ with coupon



The next generation Xfinity 10G Network
xfinity 10G network

### Sponsored items customers also bought          See all >

Feedback on our suggestions








Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

The Blues Brothers Jake and Elwood 7-Inch Movie Icons Statue Set
New
$43.95
$52.50 16% off
Free 2-4 day shipping
107 sold

Resident Evil 4 Game Ada Wong 1/6 PVC Sexy Statue Figure Model Recast Cast Off
New
$65.00
Free shipping
104 sold

Resident Evil 4 Game Ada Wong 1/6 PVC Sexy Statue Figure Model Recast Cast Off
New
$64.88
Free shipping
19 watchers

13.4" Melon Books Hermaphrodite Tapestry - Ithnani - Rocket Boy 1/6 Scale Figure
New
$44.99
Free shipping
10% off 3+ with coupon

Freddy Figure
New
$28.9
Free s
23 sol

#### About this item          Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.          eBay item number: 394633421314

Last updated on Jan 27, 2024 06:27:05 PST View all revisions

#### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Features | Boxed |
| MPN | Does Not Apply | Personalize | No |
| Age Level | 6+ | Item Width | description |
| Time Period Manufactured | 2020-Now | Animal Species | new |
| Series | new | Item Length | description |
| Item Height | description | Vintage | No |

| | | | |
|---|---|---|---|
| Item Height | description | Vintage | No |
| Country/Region of Manufacture | China | Material | PVC |
| TV Show | One Of The Greatest Actresses | Scale | 1:4 |
| Year Manufactured | 2023 | Grade | 100 |
| Sport | no | Model | doll |
| Character | Marilyn Monroe | Vehicle Type | no |
| Certification Number | 0 | Signed By | no |
| Franchise | One Of The Greatest Actresses | Movie | One Of The Greatest Actresses |
| Animation Studio | description | Brand | Unbranded |
| Featured Person/Artist | Marilyn Monroe | Transformer Faction | description |
| Color | Multicolor | Signed | No |
| Original/Licensed Reproduction | Original | Convention/Event | Toy |
| Theme | TV, Movie & Video Games | Type | Action Figure |
| Items Included | Toy | UPC | Does Not Apply |

## Item description from the seller

Original Package: YES
Condition: In-Stock Items
Version Type: First Edition
Model Number: Marilyn Monroe Action Figure
Warning: Marilyn Monroe Action Figure
Dimensions: 40cm
Puppets Type: model
By Animation Source :JAPAN
Commodity Attribute: Finished Goods
Completion Degree: Finished Goods
Mfg Series Number: model
Theme: Movie & TV
Gender: Unisex
Item Type: model
Recommend Age: 18+
Origin: Mainland China

Selling PoiSize: about 40cm

Commodity material:PVC

Condition:100% New















- **Reviews:**



**PAYMENT:**
We accept PayPal payments.

**RETURNS:**

1. For defective or incorrect items received: Buyers must notify the seller within 15 days of receiving the goods. For defective items, buyers must send photos indicating the location and condition of the defects. Upon the seller's acknowledgement, the item must be returned within 15 days and the seller will cover the return postage and cost for re-sending the replacement item.
2. Size exchange: Accepted based on stock availability. Buyers must cover the return expenses.
3. No returns or exchanges will be accepted for any other reasons.

**SHIPPING:**

1. Please provide a complete delivery address and contact phone number, especially for Russian buyers, include a full name.
2. Confirm the delivery address is correct before payment.
3. Products will ship within 3 working days after payment confirmation.
4. The seller is not responsible for customs or import taxes.
5. If you do not receive your items in the specified time, please contact the seller. They will work with you to resolve the issue.

**CASE & FEEDBACK:**

1. The seller values customer feedback, criticism, and suggestions to improve product quality.
2. If satisfied with the product and service, please leave positive feedback.
3. For any transaction-related issues, please contact the seller first for resolution.
4. If there are any problems, do not hesitate to contact the seller. They will do their best to solve the issue for you.



**Lit Collect**
97.2% Positive Feedback
516 items sold

Visit store

Contact

♡ Save seller



📅 Joined Jan 2023

Shipping sp... al Marilyn ... up, but ... delivery
time, thank you

Communication _____ 4.9

## Popular categories from this store   See all



Action Figures    Accessories    Home & Garden    Pet Supplies

Building Bricks & Puzzles    Neon Signs

➕ a***7 (1784) •  Past year

1A WARE TOP TOP TOP 100% ok schneller versand

➕ 2***u (954) •  Past 6 months

I loved it

See all feedback

Back to search results                                                    Return to top

More to explore:  Marilyn Manson Music Action Figures,  Female Statue Action Figures,  Female Statue Action Figures & Accessories,  Blue Box Military & Adventure Action Figure 1:18 Action Figures,
1:32 OOO MODEL Military & Adventure Action Figure Action Figures,  Blue Box Military & Adventure Action Figure 1:6 Scale Action Figures,  Action Figures Box Protectors,  1:12 Military & Adventure Action Figure Action Figures,
Military & Adventure Action Figure 1:18 Action Figures,  Dragon Models 1:6 Military & Adventure Action Figure Action Figures

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  CA Privacy Notice,  Your Privacy Choices  and  AdChoice



ebay

‹ Back to search results · Collectibles & Art › Art › Paintings

Share · Add to Watchlist

🔥 SAVE UP TO 6% See all eligible items and terms ▸








Have one to sell? Sell now

### 100% hand short hair fashion Marilyn Monroe oil painting art on canvas

liuchang_0529_4 (329)
97.8% positive · Seller's other items · Contact seller

**US $81.77**
or Best Offer
Was US $86.99 ⓘ
Save US $5.22 (6% off)

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
             International shipment of items may be subject to customs processing and additional charges. ⓘ
             Located in: BEI JING, China

Delivery:    ⚡ Estimated between Mon, Feb 12 and Thu, Mar 21 to 30116 ⓘ
             This item has an extended handling time and a delivery estimate greater than 11 business days.
             Please allow additional time if international delivery is subject to customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  GPay  VISA  ●●  🅰  DISC VER
             PayPal CREDIT
             Special financing available. See terms and apply now
             Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
   Get the item you ordered or your money back. Learn more



### Similar sponsored items    See all ›

Feedback on our suggestions






| 40x60" Abstract Blue Oil Painting Original Gold Leaf Artwork Rust Style Art IACE | 18th CENTURY PORTRAIT LOUIS XVI ROYALTY KING FRENCH OIL CANVAS PAINTING | Pamela Munger Flowers in a Pitcher Oil Painting on Canvas Fine Art | modern Marilyn Monroe oil painting 100% hand-painted art on canvas |
| New | Pre-owned | Pre-owned | |
| $594.00 | $2,176.00 | $29.96 | $77.22 |
| Free shipping | $2,900.00 25% off | 0 bids | $99.00 22% off |
| | + $140.00 shipping | 3d 20h | Free shipping |
| | Seller with a 100% positive feedback | + $34.59 shipping | 39 watchers |
| | | Seller with a 100% positive feedback | |

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions







| Men's Indoor Slippers Playboy Marilyn Monroe | Marilyn Monroe Statue Resin Creative Girl Movie Action Figure Girl Room Decor | High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe | Retro Mini Marilyn Monroe Pattern Quartz Pocket Watch with Necklace Chain Gifts | 3D Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King | 1/6 Sca Sculpt |
| New | New | | New | New | New |
| $34.99 | $39.00 | $100.62 | $5.19 | $29.25 | $29.9 |
| Free shipping | Free shipping | $129.00 22% off | $6.44 5% off | + $25.43 shipping | $30.4 |
| Seller with a 100% positive feedback | | Free shipping | Free shipping | 32 sold | Free s |
| | | | Seller with a 99.2% positive feedback | | Seller |



| About this item | Shipping, returns, and payments | | Report this item |

Seller assumes all responsibility for this listing.

Last updated on Dec 20, 2023 06:00 PST  View all revisions          eBay item number: 166395686447

### Item specifics

| Artist | Unknown | | Unit of Sale | Wholesale Lot |
| Seller Notes | "Note:Unstretched and Unframed canvas, it will arrive to you secu | Size | Medium (up to 36in.) |
| Color | Multi-Color | | Date of Creation | 2000-Now |
| Material | Oil Canvas | | Region of Origin | Unknown |
| Subject | Portrait | | Type | Painting |
| Listed By | Artist | | Framed/Unframed | Unframed |
| Year of Production | New | | Style | Modern |

| Painting Surface | Canvas |
| --- | --- |
| Production Technique | |
| Handmade | Yes |

| | Features |
| --- | --- |
| Country/Region of Manufacture | |
| Signed | |

## Item description from the seller

Description:

The pictures displayed on the ebay website are the pictures of the works of ancient oil painting masters, not the actual oil paintings you will receive. After your purchase, our own artists will start creating them for you.

We have cooperated with the Central Academy of Fine Arts in Beijing to establish our own oil painting studio, so that we can provide the best quality works of art. Unlike most companies, we do not rely on third-party suppliers. We have been creating and selling works of art. We have provided works of art for tens of thousands of individual customers, as well as for galleries, hotels and retailers. We have a good cooperation team. Our artists love their career, and they love their art work more. It is gratifying that over the years, many original artists are still around us. The canvas oil paintings we choose cover a wide range of themes and artistic styles, including the gorgeous hand painting re creation of the most famous works of art of great masters, which will add style and delicacy to your room.

As you know we do custom painting.If you want your own pictures or private photos to be created as oil paintings, please contact us through ebay, we will make a quotation according to the difficulty and size of the pictures . We never post our client's own pictures and private photos on ebay, we will give you a special link to buy via ebay.

 Unstretched and Unframed canvas. It will arrive to you securely rolled on a tube.

**Size: 24"X36" inch ,1inch=2.54cm.** There is an extra 2 inches or so of blank canvas around the painting,so that you can frame the painting at any time. If you want smaller or larger size, please contact us for a quote.

Delivery: All our items for sale are free shipping to all buyers and our shipping method is via China Post. The delivery process takes about one month. During this process, there are many uncontrollable factors. If you do not receive the goods within the scheduled time, please do not worry, you can contact us at any time for assistance. We will reply your email as soon as possible (Reply within 24 hours).

If you want faster shipping methods, such as commercial express, you need to pay extra shipping cost, please understand. Contact us in time after purchase, so as not to delay the delivery arrangement of the goods.

Our ebay store: We have tens of thousands of items listed on ebay, they are all charming and rare, if you want to browse our ebay store to see more items, please visit our ebay store: Art Oil Painting Studio. Wish you a happy shopping, a happy life, a happy family and all the best!！！！

## Business seller information

Beijing Changmei Trading Co Ltd
姓名:
haidian dongbeiwang cunnan
Room 1, building D756, room 7
100094 beijing
China

Email: liuchang_0529@163.com



liuchang_0529_4

97.8% Positive Feedback
2.3K Items sold

Visit store
Contact
♡ Save seller

📅 Joined Feb 2017

### Detailed seller ratings

Average for the last 12 months

| | |
| --- | --- |
| Accurate description | 4.6 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.8 |
| Communication | 4.9 |

### Popular categories from this store   See all

Trumpeter kit model     oil painting     Other

### Seller feedback (478)

➕ n***s (3034) • Past 6 months

The items are exactly as pictured and desired. They are unique, packed well, and arrived faster than expected. Thanks!

➕ i***o (3) • Past 6 months

So cute!!! Really is great quality. My 4 year old thought it was Mickey Mouse! It comes with everything in the picture. The ears got a little bend due to the very far travel it had, but I'm going to see what I can do to get them to stand back up. The seller was awesome and super responsive too. For how far it had to travel it got to me fast! I ordered a Mickey Mouse now too. So exited for that one to come too.

➕ y***o (1555) • Past 6 months

Fast shipping. Good description. Thank you very much! 👍

See all feedback



🏷 SAVE UP TO 6%ⓘ See all eligible items →
Save up to 6.0%
Marked down item price reflects all savings. Items provided by liuchang_0529_4

All promotional offers from liuchang_0529_4


Realism art Oil painting nice animal white horse head hand painted on canvas
Was:     US $89.99
Now:     US $83.65


Oil painting Arthur Fitzwilliam Tait three rabbits hare bunny in landscape art
Was:     US $80.89
Now:     US $77.07


Art Oil painting William-Turner-The-Fighting-Temeraire-tugged-to-her-Last-
Was:     US $95.99
Now:     US $81.77


Large Home wall Decor Art oil painting A Mexican Vaquero hand painted on canvas
Was:     US $89.99
Now:     US $83.65


Oil painting pond landscape bush thicket Buds-and-Blossoms-Willard-Leroy-Metcalf
Was:     US $74.99
Now:     US $70.49

You can change quantities in your cart.

## You may also like

Feedback on our suggestions







| | | | | |
|---|---|---|---|---|
| 100% hand short hair fashion Marilyn Monroe oil painting art on canvas | CHOPI004 100% hand short hair fashion Marilyn Monroe oil painting art on canvas | modern Marilyn Monroe oil painting 100% hand-painted art on canvas | High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe | High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe |
| $74.10 | $55.98 | $77.22 | $77.22 | $77.22 |
| $95.00 22% off | Free shipping | $99.00 22% off | $99.00 22% off | $99.00 22% off |
| Free shipping | Last one | Free shipping | Free shipping | Free shipping |
| 7 watchers | | 39 watchers | | |







| | | | | |
|---|---|---|---|---|
| Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe | 100% hand short hair fashion Marilyn Monroe oil painting art on canvas | High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor | CHOPI87 100% hand-painted Marilyn Monroe art oil painting wall decor on canvas | 100% hand short hair fashion Marilyn Monroe oil painting art on canvas |
| $77.22 | $81.77 | $77.22 | $55.79 | $82.64 |
| $99.00 22% off | $86.99 6% off | $99.00 22% off | Free shipping | $86.99 5% off |
| Free shipping | Free shipping | Free shipping | Last one | Free shipping |
| | | | | Seller with a 99.2% positive feedback |











| | | | | |
|---|---|---|---|---|
| Sponsored | Sponsored | Sponsored | Sponsored | Sponsored |
| Acrylic portrait of Marilyn Monroe pop art poster, handmade | Marilyn Monroe 8x10 Original Painting Airbrush B&W Pin Up Blonde Bombshell | Portrait of a girl Modern Art hand-painted Oil Painting Wall on canvas 24x36#005 | Marilyn Monroe 7x14 Original Painting Airbrush Black Dress Red Lips Pin Up | Beautiful Marilyn Monroe HD Framed Canvas Wall Art Picture Print |
| New | New | New | New | New |
| $85.00 | $109.99 | $59.99 | $224.99 | $31.79 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $30.77 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | 14 watchers | Seller with a 100% positive feedback | Seller with a 99.2% positive feedback |









| | | | | |
|---|---|---|---|---|
| Sponsored | Sponsored | Sponsored | Sponsored | Sponsored |
| Beautiful Marilyn Monroe Art HD Framed Canvas Wall Art Picture Print | sexy red gauze lady Oil Painting Art Giclee Printed on Canvas P1312 | YA1871 PURE HAND-PAINTED OIL PAINTING SEXY GIRL MARILYN MONROE 90CM UNFRAMED | Marilyn Monroe Modern Canvas Print Wall Art Framed Decor Poster Picture Large | Marilyn Monroe : Oil Painting on Velvet: 8c03 |
| New | New | New | | New |
| $31.79 | $9.99 | $34.52 | $31.74 | $99.00 |
| + $30.77 shipping | Free shipping | $38.35 10% off | + $24.43 shipping | + $27.76 shipping |
| Seller with a 99.2% positive feedback | Top Rated Plus | + $8.88 shipping | Seller with a 100% positive feedback | Seller with a 100% positive feedback |
| | Seller with a 100% positive feedback | | | |







| | | | | |
|---|---|---|---|---|
| Sponsored | Sponsored | Sponsored | Sponsored | Sponsored |
| Vintage Marilyn Monroe HD Framed Canvas Wall Art Picture Print | Marilyn Monroe Statue Resin Creative Girl Movie Action Figure Girl Room Decor | 36"Home Decor high quality oil painting handpainted on canvas-Portrait of a Lady | Modern Handpainted Art High Quality Oil Painting On Canvas - beautiful lady | V2195HAND-PAINTED OIL PAINTING PEOPLE PORTRAIT BEAUTIFUL GIRL 60CM UNFRAMED |
| New | New | | | New |
| $35.61 | $39.00 | $77.22 | $77.22 | $43.13 |
| + $30.91 shipping | Free shipping | $99.00 22% off | $99.00 22% off | $47.92 10% off |
| Seller with a 99.2% positive feedback | | Free shipping | Free shipping | Free shipping |

Back to search results                                                                                    Return to top

More to explore :   Oil Painting Canvas Fashion Art Paintings,   Canvas Fashion Art Paintings,   Canvas Oil Painting Original Art Paintings,   Canvas Oil Painting Desert Art Art Paintings,   Canvas Pop Art Oil Painting Art Paintings,   Canvas Oil Painting Elephant Art Paintings,   Canvas Oil Painting Abstract Art Paintings,   Canvas Oil Painting Paris Art Paintings,   Canvas Oil Painting Angels Art Paintings,   Canvas Oil Painting Women Art Paintings

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay



Hi Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay

‹ Back to search results | Collectibles & Art › ... › Topographical Postcards › See more Lots 30 Pcs Maril...

Share | Add to Watchlist

SAVE UP TO 15% WHEN YOU BUY MORE







Have one to sell? Sell now

### Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk

londo.song (27,019)
100% positive · Seller's other items · Contact seller

**US $13.99/ea**
or Best Offer

Condition: New

Quantity: 1    2 available / 178 sold

Bulk savings:
Buy 1 $13.99/ea | Buy 2 $13.29/ea

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

⚡ This one's trending. 178 have already sold.

↩ Breathe easy. Returns accepted.

Shipping: US $1.00 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery: ⚹ Estimated between Mon, Feb 12 and Fri, Feb 23 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal | G Pay | VISA | mastercard | AMEX | DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


Find mental health resources
Love,
Your Mind
HUNTSMAN
Learn More

## Similar sponsored items    See all ›

Feedback on our suggestions


LOT5 Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing
New
$13.98
Free shipping
67 sold


Actress Marilyn Monroe Fotofolio Postcard Vintage Post Card
Pre-owned
$8.99
+ $2.00 shipping
Seller with a 100% positive feedback


Antique Dutch Postcard Groet uit Gravenhage Greetings from The Hauge 9 Photos
Pre-owned
$12.99
0 bids
3d 12h
+ $1.87 shipping
Seller with a 100% positive feedback


Marilyn Monroe collection lot of 10 8x10 black and white photos rare images
New
$50.00
+ $6.00 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor
New
$11.49
$12.99 5% off
Free shipping
Seller with a 99.5% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24"
$499.00
+ $30.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"X36"
$460.00
+ $30.00 shipping
Seller with a 100% positive feedback

Jessica Rabbit Pins Marilyn Monroe M Coke Pin
New
$9.99
+ $4.00 shipping
Seller with a 99.3% positive feedback


Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
$3.80
+ $3.18 shipping
Seller with a 100% positive feedback

High Q
Handp
New
$77.2
$99.00
Free sh

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Oct 29, 2023 06:23:32 PDT View all revisions

eBay item number: 252070271295

## Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including    Containing: 30PCS



| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the sellers ... Read more | Containing | 30PCS |
| Country/Region of Manufacture | | Vintage Co | |
| Region | China | UPC | 700253651225 |
| Era | Chrome (c. 1939-present) | Type | Printed (Lithograph) |
| Features | Die-Cut | | |

## Item description from the seller

Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk

**Features:**
• 100% Brand New and High Quality, with box
• Containing: 30 pcs
• Size: 5 6" x 4" / 142mm x 102mm (Length/Width)

## Business seller information

Shanghai Xieye trade co LTD
谢冰
Room 118 Building 20 No 142 Lane 83
Hongxiangbei Road Lingang New Area
201313 Shanghai
China

Phone: +86 18221627996
Email: 3461222212@qq.com



### londo.song

100% Positive Feedback
10K Items sold

Visit store
Contact
♡ Save seller

📅 Joined Jan 2013

### Detailed seller ratings

Average for the last 12 months

| Accurate description | ——— 5.0 |
| Reasonable shipping cost | ——— 5.0 |
| Shipping speed | ——— 4.9 |
| Communication | ——— 5.0 |

### Popular categories from this store    See all

 Toiletry Bag  Necklace  Bracelet  Postcards  Lingerie    UK

### Seller feedback (3,129)

This item (9)    All items (3,129)

➕ r***Y (92) • Past month
Great condition better than I expected. Took a while to recieve them but worth the wait.

➕ m***m (3586) • Past year
Super recommended seller, very fast shipping and impeccable item. Thanks a lot.

➕ r***s (113) • Past 6 months
Vielen Dank..

See all feedback

## Product ratings and reviews    Learn more

Write a review

### 5.0

★★★★★
4 product ratings

| ★ 5 | | 4 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

100%
Would recommend

100%
Good value

75%
Good quality

### Most relevant reviews

See all 4 reviews

★★★★★
by MIZZDdoWRi2RD...
Apr 25, 2016

**30 queen Audrey picture perfect!**
30 Picture Perfect career spanning beautiful black and white framable post cards . nicely packaged and really worth the price I almost want one to keep on to frame . no one compares to the Classic Hollywood Actress Audrey Hepburn in my humble opinion. great quality
Verified purchase: Yes · Condition: New

★★★★★
by heotell_7
Aug 31, 2021

**A LOVELY LADY'S CARDS**
AUDREY HEPBURN WAS AREAL LADY. A HUMANITARIAN WHO DEVOTED HER LIFE TO SAVE THE POOR CHILDREN OF THE WORLD. TODAY'S WOMAN ONLY KNOW PELOTON 🚴 WORKOUTS. ALL THEY CAN AFFORD IS SEE THEMSELVES IN THE MIRROR, CAN'T EVEN FRY AN EGG.
Verified purchase: Yes · Condition: New · Sold by: londo.song

★★★★★
by pathoops
Aug 15, 2016

**Good Pics and Good Price**
Inexpensive movie star postcards are not easy to find. I have paid as much as $1 for Monroe cards. This was an excellent value
Verified purchase: Yes · Condition: New · Sold by: seven_kakuka

★★★★★
by origamiart2
Feb 21, 2017

**Marilyn Monroe postcards**
Awesome product. Boxed well and shrink wrapped. I love it.
Verified purchase: Yes · Condition: New · Sold by: londo.song

## You may also like

Feedback on our suggestions

    

LOTS Bulk 50 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing

New

$13.98

Lot Of 4 Marilyn Monroe Post Cards - Vintage- New

New

$12.00

Lots 30 pcs Bulk Audrey Hepburn Classic Black & White Postcard Post Cards

New

$13.00

Unposted LOT OF 21 Marilyn Monroe Rare Vintage Postcards/Cards

New

$15.00

Marilyn Monroe Athan Star Collection Post Card Black And White ik vintage

Pre-owned

$3.00



ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

< Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces

Share    Add to Watchlist



< >

Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy wave



Lucky_Gemstones_18 (753)
97.9% positive · Seller's other items · Contact seller

**C $19.22**
Approximately US $14.29
or Best Offer
Was C $21.59 ⓘ
Save C $2.37 (11% off)
"Mala Yoga Prayer bracelet"

Quantity:  [ 1 ]    4 lots available (10 items per lot) / 1 sold



| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:    C $9.76 (approx US $7.26) SpeedPAK Standard. See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    Estimated between Tue, Feb 13 and Fri, Feb 23 to 30318 ⓘ
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to
customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  GPay  VISA  MasterCard  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions

   





Cos Marilyn Monroe short
paragraph pale gold curly hair
wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short
paragraph pale gold curly hair
wig style breathable
New (Other)
**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short
paragraph pale gold curly hair
wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive
feedback

Cos Marilyn Monroe short
paragraph pale gold curly hair
wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive
feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

       

7"old Chinese Boxwood carving famous
artisfactor Marilyn Monroe statue
sculpture
**$105.60**
$120.00 12% off
Free shipping

Large Hand Painted Oil Painting on Canvas
for Home wall Decor Art-Marilyn Monroe
**$80.34**
$103.00 22% off
Free shipping

Ladies Synthetic Hairs High Temperature
Fiber Marilyn Monroe Wigs For Ladies New
Now
**$27.19**
$31.99 15% off
Free shipping
Last one

For 12" PH Figure 1/6 Scale Female Marilyn
Monroe Head Sculpt Carved Painted
Now
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.9% positive feedback

The Marilyn Monroe Garden Banner
Now
**$19.99**
Free shipping
Seller with a 100% positive feedback

2 PCS
Cigar C
Box
Now
**$16.9**
Free sh
Seller

## About this item    Shipping, returns, and payments

Report this item



Seller assumes all responsibility for this listing.

Last updated on Dec 08, 2023 13:14:31 PST  View all revisions

eBay item number: 314249544231

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |
| Texture | Curly | Theme | Cosplay |
| Type | Underwear | Wig Parting Type | C-Part |
| UPC | Does not apply | | |

## Item description from the seller



**Popular categories from this store**    See all

DIY    Other

Very nice product, as described, fast shipping, nice doing business with you!!!!!

8MM Lava Stone Lapis Lazuli Gemstone Male Bracelet 7.5 inches Meditation (#203057264O793)

j***l (128) • Past month

As described, packaged well, Thanks!

8mm Rose Quartz Gemstone Male necklace 108 Beads Hexagonal soft Chakas chain (#313602360274)

See all feedback

More to explore :   Human Hair Finger Wave Curly Wigs & Hairpieces,   Healthy Hair Curly Hair Care & Styling,   Gold Human Hair Curly Wigs & Hairpieces,   Finger Wave Curly Wigs & Hairpieces,   Human Curly Hair Wigs,   Human Hair Curly Wigs,
Black Human Hair Curly Wigs,   Men Human Hair Curly Wigs,   Kinky-Curly Human Hair Wigs & Hairpieces,   Gray Human Hair Curly Wigs & Hairpieces

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  CA Privacy Notice,  Your Privacy Choices  and  AdChoice

‹ Back to search results · Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces







‹  ›

Have one to sell? Sell now

Share · Add to Watchlist

## Cos Marilyn Monroe short paragraph pale gold curly hair wig stretchy party mask



Lucky Jewelry18 (1220)
97.2% positive · Seller's other items · Contact seller

**C $22.93**
Approximately US $17.05
or Best Offer
Was C $25.76 ⓘ
Save C $2.83 (11% off)
Condition:  New with tags
"Mala Yoga Prayer bracelet"
Sale ends in:  3d 16h

Quantity:  1    10 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:   Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:   📦 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:   

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions






| Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD |
| New (Other) | New (Other) | New (Other) | New (Other) |
| **$16.06** | **$14.59** | **$16.14** | **$15.90** |
| $18.06 10% off | $16.40 11% off | $18.14 11% off | $18.07 12% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 20% off 3+ with coupon | Seller with a 100% positive feedback | 25% off 5+ with coupon | |



### Sponsored items inspired by your views    See all ›

Feedback on our suggestions







| Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new | Hand painted Original Oil Painting Portrait art Marilyn Monroe on canvas 20"X24" | Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net | Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party | Cos Marilyn Monroe short paragraph pale gold curly hair wig washable | Cos M... gold c... |
| Now | Now | New (Other) | Now | New (Other) | Now ( |
| **$14.75** | **$498.00** | **$14.63** | **$14.84** | **$16.82** | **$15.12** |
| $16.39 10% off | + $30.00 shipping | $16.43 11% off | $16.67 11% off | $18.90 11% off | $16.99 |
| Free shipping | Seller with a 100% positive feedback | Free shipping | Free shipping | Free shipping | Free s... |
| | | | | 10% off 2+ with coupon | Seller... |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 234761054844

Last updated on Jul 06, 2023 02:33:49 PDT View all revisions

## Item specifics

| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-in | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |




eBay eGift Cards for all · A treat for any occasion · Shop now

| | |
|---|---|
| Hair Color Shade | Pink |
| Item Length | 7 in |
| MPN | |
| Texture | Curly |
| Type | Underwear |
| UPC | Does not apply |

| | |
|---|---|
| Hair Origin | Human Hair |
| Item Weight | 3.08 lb |
| Theme | Cosplay |
| Wig Parting Type | C-Part |

## Item description from the seller



📅 Joined Jul 2018

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ———— | 4.8 |
| Reasonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 5.0 |
| Communication | ———— | 5.0 |

## Popular categories from this store   See all

trade discount     bracelet     Other

## Seller feedback (1,614)

● o***2 (1421) • Past month

Arrived ontime, well packaged and as beautiful as seen. Awesome vendor

12-13mm White Baroque Pearl Earrings Silver Ear Drop Hook Classic Luxury Jewelry (#234171057281)

● s***n (177) • Past month

Fast shipping! smooth transaction good communication with seller to Help to any question very professional l great first impression item l l 👍% recommended buy from this seller thanks.

6MM Amazonite Gemstone Mala Bracelet 108 Beads Unisex Pray Energy Yoga Wrist (#234170590358)

● l***z (408) • Past month

Beautiful fish, just as pictured and described. Fast and safe shipping. Excellent Ebay Seller and Five Star transaction! ***** Thank you very much!

5pcs Natural Red Agate Goldfish Lucky Loose Beads Pray Colorful Classic Cuff (#234457700679)

[ See all feedback ]

## You may also like

Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant

New (Other)
$14.59
$16.40 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig new style STANDARD

New (Other)
$16.66
0 bids
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot

New (Other)
$14.80
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy

New (Other)
$15.12
$16.99 11% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party

Now (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask sociel

New (Other)
$15.12
$16.99 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style

New (Other)
$16.14
$17.99 10% off
Free shipping
10% off 2+ with coupon




Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy

New (Other)
$15.82
$17.58 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net

New (Other)
$15.89
$17.66 10% off
Free shipping

25% off 5+ with coupon | Seller with a 100% positive feedback | 10% off 2+ with coupon | 20% off 3+ with coupon



Sponsored | Sponsored | Sponsored | Sponsored | Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku lol

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free hair net

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat hairpiece

New (Other) | New (Other) | New (Other) | New (Other) | New (Other)

$15.90 | $16.02 | $16.14 | $14.63 | $15.12

$18.07 12% off | $18.00 11% off | $18.14 11% off | $16.43 11% off | $16.99 11% off

Free shipping | Free shipping | | Free shipping | Free shipping

| Seller with a 99.2% positive feedback | 20% off 3+ with coupon | |

    

Sponsored | Sponsored | Sponsored | Sponsored | Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

Cos Marilyn Monroe short paragraph pale gold curly hair wig 1

New (Other) | New | New | New (Other) | New

$16.82 | $14.64 | $16.98 | $17.01 | $16.90

$18.90 11% off | $16.44 11% off | Free shipping | $18.90 10% off | $18.99 11% off

Free shipping | Free shipping | 5 watchers | Free shipping | Free shipping

10% off 2+ with coupon | | | 20% off 3+ with coupon | 20% off 3+ with coupon

    

Sponsored | Sponsored | Sponsored | Sponsored | Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant healthy hair

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot gift

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose helmet design

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay social

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy

New (Other) | New (Other) | New (Other) | New (Other) | New (Other)

$15.13 | $14.96 | $16.41 | $17.01 | $18.90

$16.81 10% off | $16.81 11% off | $18.44 11% off | $18.90 10% off | Free shipping

Free shipping | Free shipping | Free shipping | Free shipping | Seller with a 100% positive feedback



Back to search results

2024 SILVERADO 1500 CREW CAB LTZ    JIM ELLIS CHEVROLET    CHEVROLET    Learn more

Return to top

More to explore :  Party Human Hair Curly Wigs,  Party Curly Wigs,  Gold Human Hair Curly Wigs & Hairpieces,  Human Curly Hair Wigs,  Human Hair Curly Wigs,  Party Curly Wigs & Hairpieces,  Black Human Hair Curly Wigs,  Blue Party Curly Wigs & Hairpieces,  Human Hair Fashion Curly Wigs,  Kinky Curly Human Hair Wigs

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

✦ SOMETHING EXCITING ✦ IS COMING! Download the Etsy app to stay tuned.

Etsy ☰ Categories | Search for anything 🔍 | ♡ ⌄ 🔔 ⌄ ⚙ ⌄ 🛒

Homepage › Art & Collectibles › Prints › Giclée






‹  ›

**$10.39+** ~~$12.99+~~
20% off sale ends January 21

Marilyn Monroe James Dean Movie Poster Wall Painting Retro Poster Prints Wall Art Home Room Decor Canvas Painting Unframed

LucyGiftDesign ⊘ ★★★★⯪

Size *
[ Select a size ▾ ]

Quantity
[ 1 ▾ ]

[ Check out with **PayPal** ]

[ **Add to cart** ]

❤ Add to collection

:•: **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Item details** ⌃

🖐 Handmade

◉ Materials: Canvas Painting

Our posters are printed on premium quality canvas poster paper using latest technology and environmentally friendly ink.

Payment: We only support paypal for the time being. Thank you for your understanding.

IMPORTANT:

• Frame is not included, only the print will be shipped
• Colours may vary slightly due to different colour monitors

Item will be shipped within 3 working days, and packaged in a poster tube or stiffened envelope, guaranteed to arrive in perfect condition.

Our priority is to provide the best customer service. We tend to answer all the letters within 24 hours. In case you have any issues please contact us first before leaving your feedback so we can resolve it in the best way for you.

Less

**Shipping and return policies** ⌃

📅 Order today to get by Jan 30-Feb 20

🚚 Free shipping

Deliver to United States, 30092 ⌄

ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Meet your sellers** ⌃

Lucy
Owner of LucyGiftDesign

♡ Follow shop

[ Message Lucy ]

This seller usually responds within a few hours.

**Other reviews from this shop** | ★★★★⯪ (507)    Sort by: Suggested ⌄

★★★★★  ✓ Recommends this item
I love my vintage-style Casablanca poster! Print is very high quality and shipped quickly and carefully. For anyone wondering it's a pink/mauve/sepia color which is perfect... •••
Purchased item: Casablanca Vintage Movie Poster Wall Pa...

| Item quality | | 5.0 |
| Shipping | | 5.0 |



Mstanney  Jan 17, 2024

👍 Helpful?

★★★★★
Nice work an fast delivery I will order from here again 🙏
Purchased item: Beyonce Print Beyonce Poster Feminist P...
Ardelle Miller  Jan 16, 2024

| Item quality | | 5.0 |
| Shipping | | 5.0 |

👍 Helpful?

★★★★★  ✓ Recommends this item
great quality product love it
Purchased item: 1991 Hook Movie Poster Wall Painting Ho...
Michele Wagner  Jan 16, 2024

| Item quality | | 5.0 |
| Shipping | | 3.0 |
| Customer service | | 5.0 |

👍 Helpful?

★★★★★  ✓ Recommends this item
Nice print, looks great framed
Purchased item: How To Train Your Dragon Movie Poster ...
Tors  Jan 16, 2024

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

👍 Helpful?

‹  (1)  2  …  127  →

**Photos from reviews**

    ›

**More from this shop** ♡ Follow



| | |
|---|---|
| Belladonna of Badness, 1973 Mo... | James Bond Vintage Movie Pos... |
| LucyGiftDesign | LucyGiftDesign |
| $10.39 | $10.39 |
| ~~$12.99~~ (20% off) | ~~$12.99~~ (20% off) |
| FREE shipping | FREE shipping |

Paris is Burning Movie Poster ...
LucyGiftDesign
$10.39
~~$12.99~~ (20% off)
FREE shipping

COBRA Movie Poster Wall Paint...
LucyGiftDesign
$10.39
~~$12.99~~ (20% off)
FREE shipping

North by Northwest Vintage M...
LucyGiftDesign
$10.39
~~$12.99~~ (20% off)
FREE shipping

**Browse by section**

 MOVIE POSTER
245 items

 MUSIC POSTER
98 items

 All
380+ items

**You may also like** including Ads ⓘ    See more







Black and White Posters Movie ...
ArsholowWallArt
$26.40
$44.00 (40% off)
FREE shipping

James Dean In a Tuxedo Legen...
WorldsBestCanvas
$15.00
FREE shipping

Marilyn Monroe on holiday vint...
Designbysof
$18.92

James Dean & Monroe Poster P...
Stationdream
$4.51
$6.94 (35% off)

James Dean Movie Star Poster ...
BiribiniStore
$14.02
$16.50 (15% off)

James Dean Marilyn Monroe on...
LittleTokyoArt
$19.99






Marilyn Monroe Poster Pop Art ...
Ad by Etsy seller
$38.99
FREE shipping

James Dean Art Canvas James ...
Ad by Etsy seller
$19.99
FREE shipping

Marilyn Monroe Wall Decoratio...
Ad by Etsy seller
$27.12
$33.90 (20% off)
FREE shipping

Wall art | Titanic Poster, Titanic ...
Ad by Etsy seller
$42.30
$94.00 (55% off)
FREE shipping

Marilyn Monroe Fine Line Draw...
Ad by Etsy seller
$37.64
$61.34 (45% off)
FREE shipping

Marilyn Monroe Wall Art Mug &...
Ad by Etsy seller
$45.75
$61.00 (25% off)
FREE shipping

## Explore related searches

 Art Painting
 Wall Decoration
 Home Decor
 Canvas Painting
 Vintage Poster
 Poster Prints
 Wall Art
 Home Room Decor
 Movie Poster
 Wall Painting
James Dean Poster

## Explore more related searches

Marilynmonroe Poster

Listed on Oct 5, 2023    17 favorites

Report this item to Etsy

All categories > Art & Collectibles > Prints > Giclée

 Etsy is powered by 100% renewable electricity.



### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

Download the Etsy App

United States  |  English (US)  |  $ (USD)    © 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

ebay

Hi Jeffrey! ⌄   Daily Deals   Brand Outlet   Gift Cards   Help & Contact    Sell   Watchlist ⌄   My eBay ⌄   🔔  ✉  🛒

Advanced

< Back to search results   Toys & Hobbies > ... > Tools, Supplies & Engines > Figures & People



LIFE MINIATURES

1/35 SCALE

### Life Miniatures 35001 1/35 Marilyn Monroe in Korea for her USO tour 1954

luohobbyshop (27368)
98.9% positive · Seller's other items · Contact seller

## US $25.99

Condition: New

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | US $7.50 SpeedPAK Standard. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Fo Shan, China |
| Delivery: | ⬛ Estimated between Thu, Feb 8 and Wed, Mar 20 to 30318 ⓘ |
| | This item has an extended handling time and a delivery estimate greater than 8 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  🔵  AMEX  DISCOVER |

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

## Similar sponsored items    See all >

Feedback on our suggestions









| 1/35 resin figure model kit 1 German soldier in WW II Unassembled unpainted | 1/35 Resin Figure Model Kit GK Marilyn Monroe Unpainted Unassembled Toys | 1/35 resin figure model 5 US soldiers in WW II (NO Car),Unassembled unpainted | 1/35 Scale Die Cast Resin Figure Model Assembly Kit Resin US Soldiers (15 Person |
|---|---|---|---|
| New | New | New | New |
| $19.28 | $15.23 | $31.80 | $38.60 |
| Free shipping | + $3.78 shipping | Free shipping | Free shipping |
| 15% off 5+ with coupon | 8 watchers | 15% off 5+ with coupon | Seller with a 100% positive feedback |

## Sponsored items inspired by your views    See all >

Feedback on our suggestions











| Hand-painted Original Oil painting art Marilyn Monroe on Canvas 24"x36" | New Marilyn Monroe 1/60 Super Star PVC Action Figure Pocket Toys With Box | Big Jumbo Sized PVC Plastic Marilyn Monroe Photos 54 cards of Playing card/Poker | Marilyn Monroe Statue Home Decoration Ornament Figure Sexy Dress Collection Chris | Marilyn Monroe Short Paragraph Pote Gold Curly Hair Wig Cosplay Party Halloween | Cos M gold c |
|---|---|---|---|---|---|
| $399.00 | $45.00 | $55.00 | $16.99 | $16.98 | New (C |
| + $30.00 shipping | Free shipping | Free shipping | Free shipping | Free shipping | $14.9 $16.8 |
| | | Seller with a 99.4% positive feedback | | | Free s Seller |

---

| About this item | Shipping, returns, and payments |
|---|---|

Seller assumes all responsibility for this listing.                          eBay item number: 373740344645

Last updated on Jul 14, 2022 05:59:29 PDT  View all revisions

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | UPC | Does not apply |
|---|---|---|---|
| Brand | Life Miniatures | Scale | 1/35 |
| Composition | RESIN KIT | MPN | Does not apply |
| Item condition | Need assembly and painting | Theme | Militaria |
| Type | Figures | | |

### Item description from the seller

**International Buyers – Please Note:**

**a)  Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.**

**b)  Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying**

c) These charges are normally collected by the delivering freight (shipping) company or when you pick the item up -- do not confuse them with additional shipping charges.

Shipment: Post Airmail

The merchandise price and freight all don't include a Insurance.



### luohobbyshop

98.9% Positive Feedback
58K items sold

Visit store
Contact
Save seller

Joined Nov 2007

#### Detailed seller ratings

Average for the last 12 months

| Accurate description | 5.0 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

#### Seller feedback (30,683)

r***n (79) · Past year

Great Selection of models and accessories. Great prices. The items I purchased were received in perfect condition. Great seller. Excellent communication. Item was well-packaged for speedy shipment, and was received in 2.5 weeks - Awesome shipping time. I definitely would buy from them again in the future.

ET Model E35023 1/35 Stu.Pz.IV "Brummbar" Schurzen Mid Production for Dragon (#3844/9265514)

b***b (55) · Past month

Great packaging, fast shipment. However make sure you know that the picture is exactly what item is. This one had an English label so easy to know what it is. Great to know that rare or hard to get Finisher's that you can shop at this seller

Finisher's Paint F1-208 Super Fine Cobalt (#324420542067)

u***o (1753) · Past month

Item exactly as described on the listing. Seller packed item really well and super fast shipping. Highly recommend seller. 👍

ET Model EA35016 1/35 Tiger I "Tunisian Initial" Fender & Side Skirts for Dragon (#373789502643)

See all feedback

#### Popular categories from this store    See all

Armor Model   Aircraft Model   Ship & Boat Model   Figures Model

Gundam Model   Gundam & Anime Resin Kits   Science Fiction Model

Resin Kits   Accessories & Barrel

---

## You may also like

Feedback on our suggestions



Life Miniatures, 1/35th Scale, Marilyn Monroe, 1954 USO Tour, Kit LM-35001, NIB

New
**$18.00**
+ $10.75 shipping
Seller with a 100% positive feedback



1/16 Resin Marilyn Monroe Unassembled Unpainted 4374

New
**$18.99**
Free shipping
Seller with a 99.6% positive feedback



1/35 German Female Officer Resin Figure Soldier Model YFWW35-1878

New
**$29.79**
Free shipping
Seller with a 100% positive feedback



1/35 Resin Figures Model kit WW II US soldiers 2 man Unpainted Unassembled

New
**$14.73**
Free shipping
34 sold



1/18 Resin Marilyn Monroe Unassembled Unpainted RW-176 fnmx

New
**$26.99**
Free shipping
Last one



Life Miniatures 16003 1/16 Marilyn Monroe in Korea for her USO tour 1954

New
**$82.99**
+ $14.60 shipping
Seller with a 99.1% positive feedback



1:35 resin model kit WW II German tank crew 2 figures Unassembled Unpainted

New
**$14.38**
Free shipping
26 sold



1/35 Resin Modern US 2 soldiers Tank Crew unpainted unassembled 4619-lw22

New
**$14.99**
Free shipping
67 sold



Unpainted 1/35 US Infantry Soldiers WW2 WWII Resin Figure Model Kit Unassembled

New
**$27.99**
Free shipping
Seller with a 100% positive feedback



Legend 1/48 US Bomber Pilot on the Ground WWII Standing Hand on Aircraft LF4818

New
**$17.95**
$19.95 10% off
Free shipping
Seller with a 99.8% positive feedback



Sponsored
1/35 Scale Die Cast Resin Figure Model Assembly Kit Resin US Soldiers (5 Person

New
**$38.60**
Free shipping
Seller with a 100% positive feedback



Sponsored
1:16 resin soldier 120mm figure model WW II US Army officer Unassembled

New
**$26.14**
Free shipping
30 sold



Sponsored
New Marilyn Monroe 1/60 Super Star PVC Action Figure Pocket Toys With Box

New
**$45.00**
Free shipping



Sponsored
1:35 resin figures model Vietnam War Vietnamese soldiers 2 Unassembled Unpainted

New
**$17.59**
Free shipping
15% off 5+ with coupon



Sponsored
1/35 Resin model WWII German soldiers 2 man Unassembled Unpainted

New
**$15.66**
Free shipping
15% off 5+ with coupon












Sponsored
resin figures model garage kit 1:35 scale
Vietnam war 2 US soldiers resting A41
New
$17.19
Free shipping
67 sold

Sponsored
1:35 resin figure model Soldier
Unassembled Unpainted
New
$11.58
Free shipping
15% off 5+ with coupon

Sponsored
1:35 resin soldiers figures model Vietnam,
American soldiers
New
$15.26
Free shipping
26 sold

Marilyn Monroe PVC Figure Gold Dress
16cm
Pre-owned
$11.44
+ $19.15 shipping
Seller with a 100% positive feedback

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$89.00
Free shipping
24 sold



Sponsored
1:16 resin soldier 120mm figure model WW II
US army officer Unassembled
New
$20.99
Free shipping
Seller with a 100% positive feedback

Sponsored
1/64 Resin Marilyn Monroe Subway Pose
Classic Model Girl Unpainted
Now
$12.99
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

Sponsored
1:16 Resin Soviet Soldier Unassembled
Unpainted 346c-55y
New
$23.99
Free shipping
Seller with a 99.6% positive feedback

Sponsored
1/35 Resin WWII German Tank Crew 3 Kit
Unpainted Unassembled 35738
New
$17.99
Free shipping
40 sold

Back to search results

Return to top

More to explore : TrueScale Miniatures 1:43 Diecast Sport & Touring Cars, 1:43 Diecast Sport & Touring Cars 1954 Vehicle Year, TrueScale Miniatures McLaren 1:43 Diecast Sport & Touring Cars, TrueScale Miniatures 1:18 Scale Diecast Sport & Touring Cars, TrueScale Miniatures Chevrolet 1:43 Diecast Sport & Touring Cars, 1:35 Scale Automotive Trucks, 1:35 Scale Toy Models & Kits, 1:35 Scale Aircraft Aircrafts, Tamiya 1:35 Scale Automotive Motorcycles, Militaria 1:35 Scale Automotive Models & Kits

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



Etsy | ☰ Categories | Search for anything 🔍 | ♡ ⌂ ♪ ⚙ 🛒

Homepage > Art & Collectibles > Prints > Giclée

← Back to search results



0 shop reviews ☆☆☆☆☆                                    Sort by: Suggested ▾

**$27.90+** ~~$34.90~~
20% off sale for a limited time

Classic Marilyn Monroe James Dean Famous Singers
Artist Legends Posters Prints Wall Art Pictures Canvas
... Red Dress Home Decor

LuxuryTreasuresArtCo

...6 exchanges accepted

Size ★

Select an option                                    ▾

**Buy it now**

**Add to cart**

♥ Add to collection

Item details                                        ⌃

🖐 Handmade

◎ Materials: Canvas, Cotton Canvas, UV
   Protected, Waterproof, Vibrant Colors,
   Laminated, Poster                            •••

Our store is a one-stop destination for art enthusiasts
and home decor lovers seeking to enhance the beauty
of their living spaces. We offer a wide range of high-
quality and meticulously crafted wall art pieces that

Learn more about this item

Shipping and return policies                         ⌃

 Order today to get by Jan 25-Feb 8

 Returns & exchanges accepted within 14 days

🚚 Free shipping

Deliver to United States, 30092 ▾

Ships from China

Etsy offsets carbon emissions from shipping and packaging on
this purchase.

🤝 **Etsy Purchase Protection:** Shop confidently on Etsy
    knowing if something goes wrong with an order, we've got
    your back for all eligible purchases — see program terms

Meet your sellers                                   ⌃

Cristian
Owner of LuxuryTreasuresArtCo
♡ Follow shop

**Message Cristian**

This seller usually responds within a few hours.

## More from this shop                    ⊕ Follow            See 40+ items

     

| Movie Character The Wolf of W... | Movie Characters Money Party ... | Money Nevers Bleep Dollar Bill ... | The Wolf of Wall Street Money ... | Graffiti Colorful Canvas Poster ... | Money Never Beeps Motivation... |
|---|---|---|---|---|---|
| LuxuryTreasuresArtCo | LuxuryTreasuresArtCo | LuxuryTreasuresArtCo | LuxuryTreasuresArtCo | LuxuryTreasuresArtCo | LuxuryTreasuresArtCo |
| $27.90 ~~$34.90~~ (20% off) | $27.90 ~~$34.90~~ (20% off) | $27.90 ~~$34.90~~ (20% off) | $26.80 ~~$33.50~~ (20% off) | $31.79 ~~$39.75~~ (20% off) | $36.62 ~~$45.70~~ (20% off) |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping |

## You may also like including Ads ⑦

      

| Audrey Hepburn Framed Canv... | Marilyn Monroe Black and Whit... | Marilyn Monroe Wall Art Mug 8... | Audrey Hepburn Wall Art, Maril... | Marilyn Monroe Fine Line Draw... | Marilyn Monroe, 3 panel canva... |
|---|---|---|---|---|---|
| Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller |
| $55.70 ~~$69.62~~ (20% off) | $38.25 ~~$54.64~~ (30% off) | $41.25 ~~$55.00~~ (25% off) | $51.57 ~~$85.95~~ (40% off) | $37.77 ~~$68.67~~ (45% off) | $92.56 ~~$102.85~~ (10% off) |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping |

## Explore related searches

             

Gathering | Vintage | Luxury | Home Decoration | Canvas Paintings | Posters Prints | Gift | Marilyn Monroe | James Dean | Famous Singers | Legends | Red Dress



Explore more related searches

Artist Gathering    Personalized Gifts    Gifts

Listed on Jan 12, 2024

Report this item to Etsy

All categories > Art & Collectibles > Prints > Giclée

ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Back to search results  ·  Collectibles & Art  ·  Collectibles  ·  Postcards & Supplies  ·  Topographical Postcards

Share    Add to Watchlist

### LOTS Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing

madagascaratt (2829)
100% positive · Seller's other items · Contact seller

**US $13.98**
or Best Offer

Condition:  New

Quantity:  1    4 available / 67 sold

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

⚡ This one's trending. 67 have already sold.

Have one to sell?  Sell now

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery:  📦 Estimated between Fri Feb 9 and Wed, Feb 21 to 30318 ⓘ
This item has an extended handling time and a delivery window greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details.

Payments:  PayPal  G Pay  VISA  🅼  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now.
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >









Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk
New
$13.99
+ $1.00 shipping
178 sold

Photograph Marilyn Monroe wholesale mix lot most beautiful (m ~42-v)
New
$225.00
Free shipping

Actress Marilyn Monroe Fotofolio Postcard Vintage Post Card
Pre-owned
$8.99
+ $2.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe Athan Star Collection Post Card Black And White ir Vintage
Pre-owned
$3.99
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe
New
$77.22
$99.00 22% off
Free shipping

Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker
New
$22.00
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Bubble 5D Art Diamond Painting Kit Rhinestone Wall Decor Picture
New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art
New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

VINTAGE UNION76 ROYAL TRITON OIL PORCELAIN SIGN MARILYN MONROE SERVICE ORANGE8"
Pre-owned
$149.90
+ $20.00 shipping
Seller with a 100% positive feedback

Marily
Collec
$303.
$433.0
Free sh

Feedback on our suggestions

About this item    Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.                                          eBay item number: 191779421659

Last updated on Aug 14, 2023 16:43:16 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Theme | Marilyn Monroe |
| Type | Printed (Lithograph) | Features | Die-Cut |
| Postage Condition | Unposted | Era | Chrome (c. 1939-present) |
| Containing | 30 pcs | | |

## Item description from the seller

**LOTS Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing**

**Great Postcards for playing Postcrossing.**

**Features:**
· 100% Brand New and High Quality, with box
· Containing: 30 pcs
· Size  5.6" x 4" / 142mm x 102mm (Length/Width)

**Business seller information**

Shanghai Xieya trade co LTD
伟超
Room 118 Building 20 No1 42 Lane 83
Hongxiangbei Road Lingang New Area
201313 Shanghai
China

Email: 2231752049qq.com



### madagascarelf

100% Positive Feedback
9.7K items sold

Seller's other items
Contact
Save seller

📅 Joined Jul 2012

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 4.9 |

#### Seller feedback (3,278)

This item (3)    All items (3,278)

2***0 (344) • More than a year ago
Beautiful cards! Very pleased. Thank you!

2***e (2316) • More than a year ago
Good transaction.

_***m (562) • More than a year ago
Thank you

See all feedback

---

## You may also like

Feedback on our suggestions



Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk
New
**$13.99**
+ $1.00 shipping
178 sold



MARILYN MONROE Postcard (Black & White) Fototolio
**$2.50**
Free shipping
Seller with a 100% positive feedback



Unposted LOT OF 21 Marilyn Monroe Rare Vintage Postcards/Cards
New
**$15.99**
0 bids
+ $4.13 shipping
Seller with a 100% positive feedback



Marilyn Monroe Athon Star Collection Post Card Black And White ⭐️ vintage
Pre-owned
**$3.99**
Free shipping
Seller with a 100% positive feedback



Lots 30 pcs Bulk Audrey Hepburn Classic Black & White Postcard Post Cards
New
**$13.99**
+ $1.00 shipping
68 sold



LOT8 Bulk 30 pcs Audrey Hepburn Postcard Classic Black White Photos Postcrossing
New
**$13.98**
Free shipping
Seller with a 100% positive feedback



Lots 30 pcs Vivien Leigh Postcard Black & White Photos Cards Bulk Postcrossing
New
**$13.98**
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Postcard Classic Black White Photo Postcrossing SIZE. 4 X 5 1/2
New
**$0.99**
+ $0.80 shipping
Seller with a 99.8% positive feedback



Lots 30 pcs Vivien Leigh Postcard Classic Black & White Photos Post Cards Bulk
New
**$13.99**
+ $1.00 shipping
24 sold

MARILYN MONROE sexy pin-up Vintage Postcard Black & white VERY RARE FIND
Pre-owned
**$25.00**
+ $4.13 shipping
Seller with a 100% positive feedback



Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping



Sponsored
5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art
New
**$12.77**
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback



Sponsored
Marilyn Monroe On The Beach, Actress, People, Antique, Vintage Postcard
Pre-owned
**$7.99**
Free shipping
🏅 Top Rated Plus
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Bettmann Archive Black White Dress Postcard
Pre-owned
**$4.99**
Free shipping
Seller with a 100% positive feedback



Sponsored
Shirley Temple 20th Century Fox Player Postcard
Pre-owned
**$5.95**
Free shipping
Last one






Sponsored
Out of Print Deck 54 cards of US MOVIE
STAR Marilyn Monroe Playing card/Poker

New
$22.00
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Lots 30 pcs Marilyn Monroe Postcard
Classic Black White Photos Cards Bulk
#14M

New
$14.88
Free shipping
64 sold

Sponsored
Photograph Marilyn Monroe . (mm-v) two
photos photo

New
$8.00
Free shipping

Sponsored
Marilyn Monroe Bubble 5D Art Diamond
Painting Kit Rhinestone Wall Decor Picture

New
$11.29 13% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
MARILYN MONROE Postcard (Black & White)

New
$4.00
Free shipping
Seller with a 100% positive feedback







Sponsored
MARILYN MONROE Postcard (Black & White)

New
$4.00
Free shipping
Seller with a 100% positive feedback

Sponsored
MARILYN MONROE Postcard (Black & White)

New
$4.00
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Photo Postcard Black and
White Headshot BEAUTIFUL

Pre-owned
$3.99
+ $4.72 shipping
Seller with a 100% positive feedback

Sponsored
Vintage Marilyn Monroe photograph
postcard black-and-white

Pre-owned
$5.99
+ $0.88 shipping
Seller with a 99.4% positive feedback

Sponsored
Marilyn Monroe in Blue Dress Flower in her
Mouth Postcard Unposted

Pre-owned
$6.15
$6.99 12% off
Free shipping
Seller with a 100% positive feedback

Back to search results                                                    Return to top

More to explore :  Marilyn Monroe Photo,  Marilyn Monroe People Collectible Non-Topographical Postcards,  Vintage Postcard Lot,  Cities & Towns Postcard Lot Collectible Topographical Postcards,
United States Postcard Lot Collectible Topographical Postcards,  Real Photo Collectible Non-Topographical Postcards,  Baseball Postcard,  Original Print Black & White Movie Celebrity Photos 1940-Now,  Collectible Black Americana Photos,
Cities & Towns Collectible Topographical Postcards

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  CA Privacy Notice,  Your Privacy Choices  and  AdChoice

Etsy    ≡ Categories    [Search for anything]    🔍    ♡ ❤    🔔    ⚙    🛒

Homepage › Home & Living › Home Decor › Wall Decor › Wall Decals & Murals

‹ Back to search results







**$21.75+** ~~$29.00~~

25% off sale for a limited time

Retro Marilyn Monroe Woman Wallpaper Personalized Background Beauty Woman Wallpaper Beauty Salon Living Room Bedroom Mural

MakeUpWallDecor ★ ★ ★ ★ ☆

✓ Returns & exchanges accepted

**Style** *

[Select a style ▾]

Add your personalization *

The price shows only 1 square meters' price (ex. for example, if your wall's size is 3.15 m in width and 2.5m height, so 3.15m × 2.5m=7.875 square meter ( fill the quantity 8),leave your wall's width and height size in this part. Quantity=Square Meters)

[                                    ]  256

[ Check out with  *PayPal* ]

[ **Add to cart** ]

❤ Add to collection



**Item details** ⌃

🖐 Handmade

🌐 Materials: German Standard

📏 Width: 1 meters
   Height: 1 meters

Details:
i can custom made designs and sizes, if you need CUSTOM made, you can contact me. For any size you provide, the whole design is included!

Materials:
The material is very breathable, strong grasping ability, without temperature expasion quality. is not easy to be slotted, without wraping. The material is used low carbon environmently friendly pigment, and in line with German standard, is AAAAA Quality.

Size:
Each size shows one square meters' size, if you need 2 square meters, please choose quantities 2, if you need 3 square meters, please choose quantities 3 and so on.

Attention:
Please keep your wall clean and smooth before sticking, if not, wall stickers may fall off from the wall.

Shipping Time:
The shipping way is China Post Air Mail, usually, it will take about 15 days to US, about 30-40 days to other countries, please wait with patience!

Wishes:
Hope you may like my high quality all original designs, each design is made by me, I am a home decoration designer, hope you may like my work!

How to work:

Tools for installation:
Please prepare these tools before sticking: strong sticky/adhesive glue, water bucket, utility knife,metallic tape,roller brush,brush,strike-off board and sponge

How to stick:
First Step:
Prepare for all tools,clean wall,open wall sticker,using a little heavy stuff to press wall sticker's corners, the time is about 30 mins.

Second Step:
To check wall sticker's size, appearance, meaure wall's size, usually, this work is done before buying wall sticker, so size will be good, usually, buyers will buy a little more size than actual size to have more room.

Third Step:
The work needs two persons to finish, putting wall stickers to the wall and using pencial to make mark on the sticker to know where the extra room needed to cut when sticking later.

Fourth Step:
Putting about 1kg sticky rice glue with 4-5 L water inside bucket, stirring well. after 10 mins, stirring it again. Then using roller brush or brush brushing glue on the wall, then next step is sticking wall stickers, please do it gently and slowly, using strike-off board to press extra glue foam if there is. Using sponge to suck extra water and metallic tape and utility knife to cut extra edge.

Fifth Step:

---

**Other reviews from this shop**  ★★★★½ (519)    Sort by: Suggested ▾

★★★★★ ✓ Recommends this item
We purchased the pink cloud peel and stick wallpaper for our nursery. It looks just like the photo! The quality was great! Lily, with customer service, was wonderful to wor...  •••
Purchased item: Oil Painting Abstract Cloudy Wallpaper W...

| Item quality | ██████████ 5.0 |
| Shipping | ████████ 4.0 |
| Customer service | ██████████ 5.0 |

Sophia Shock  Jan 10, 2024

♡ Helpful?

★★★★★ ✓ Recommends this item
I'm super happy with this wallpaper. It looks and feels luxurious! I can't wait to put it up and post pictures. Thank you !
Purchased item: Oil Painting Abstract Forest Scenic Wallp...

| Item quality | ██████████ 5.0 |
| Shipping | ██████████ 5.0 |
| Customer service | ██████████ 5.0 |

Cat Thomas  Jan 10, 2024

♡ Helpful?

★★★★★ ✓ Recommends this item
Good seller, lovely wall sticker.
Purchased item: Abstract Watercolor Hand Painted Lamp...

| Item quality | ██████████ 5.0 |
| Shipping | ██████████ 5.0 |
| Customer service | ██████████ 5.0 |

Belinda Jackson  Jan 1, 2024

♡ Helpful?

★★★★★
This is the original order, which was lost in transit. However, the company quickly reprinted and shipped me a new order. It's up and looks fabulous!
Purchased item: Abstract Trees Wallpaper Wall Mural, Bir...

| Item quality | ██████████ 5.0 |
| Shipping | ██ 1.0 |
| Customer service | ██████████ 5.0 |

donjeca1313  Dec 17, 2023

♡ Helpful?

‹  ① ② ... 130  ›

**Photos from reviews**




  ›

After finishing all work, leaving wall stickers dry by 24-72 hours, then carefully to open the door, open air conditioner and give too much sunshine exposed.

Thank you!

Last but most important:
Please do all the work slowly, patient, gently and carefully! Because once it's started, the wall stickers can't be used again!

Less

## Shipping and return policies

🗓 Order today to get by Feb 1-20

↩ Returns & exchanges accepted within 7 days

🌐 Cost to ship: $25.00

Deliver to United States, 30002 ⌄

Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

FAQs ⌄

## Meet your seller ⌃



lily
Owner of MakeUpWallDecor

♡ Follow shop

Message lily

This seller usually responds within 24 hours.

---

## More from this shop    ( Follow )

    

| Retro Tiles Background Marilyn... | Hand Painted Watercolor Gard... | Lily Wallpaper Personalized Ba... | Fashion Beauty Woman Wallpa... | Fashion Beauty Woman Wallpa... |
| MakeUpVinylDecor | MakeUpWallDecor | MakeUpWallDecor | MakeUpWallDecor | MakeUpWallDecor |
| $21.75 | $21.75 | $0.75 | $21.75 | $21.75 |
| $29.00 (25% off) | $29.00 (25% off) | | $29.00 (25% off) | $29.00 (25% off) |

### Browse by section



3D Wall Mural
508 items

Nature & Plants
746 items

All
2500+ items

---

## You may also like including Ads ⓘ    ( See more )

     

| Beautiful Woman 3D Wallpaper... | Glamour Sparkle Pink Silver Di... | 3D Stereoscopic Embossed Be... | Woman with Colorful Hair Art ... | Custom Wallpaper 3D Stereosc... | Custom Mural Wallpaper Color ... |
| Dekoras | VinylicStickersshop | Bettywallmurals | PeelStickWallpaper | Bettywallmurals | Bettywallmurals |
| Ad by Etsy seller | | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller |
| $18.25 | $120.00 | $21.75 | $18.77 | $21.75 | $21.75 |
| $24.04 (25% off) | | | $29.00 (25% off) | $29.00 (25% off) | $29.00 (25% off) |
| FREE shipping | | | | FREE shipping | |

    

| Retro Tiles Background Marilyn... | 3D Relief Wallpaper, Woman W... | Vinyl Wall Decal Beautiful Black... | Woman Boxing 2524 Wallpaper... | BeautySalon Wall Decal, Africa... | 3D Goddess Statue L12566 Re... |
| Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller |
| $21.75 | $34.20 | $20.50 | $17.99 | $36.24 | $16.99 |
| $29.00 (25% off) | $57.00 (40% off) | FREE shipping | $19.99 (10% off) | FREE shipping | $19.99 (15% off) |
| $29.00 (25% off) | FREE shipping | | FREE shipping | | FREE shipping |

---

## Explore related searches

   

Beauty Wallpaper    Beauty Wall Mural    Woman Wallpaper    Murals

## Explore more related searches

Woman Mural | Baby Gifts | Gifts for Boyfriend | Gifts for Boys | Gifts for Dad | Gifts for Girlfriend | Gifts for Girls | Gifts for Husband

Gifts for Mom | Gifts for Sister | Gifts for Wife | Anniversary Gifts | Birthday Gifts | Christmas Gifts | Gifts for Couples | Gifts for Friends

Gifts for Her | Gifts for Him | Gifts for Kids | Gifts for Teachers | Housewarming Gifts | Personalized Gifts | Gifts

---

Listed on Jan 10, 2024    3 favorites                                    Report this item to Etsy





ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ∨    My eBay ∨    🔔    🛒    Advanced

< Back to search results · Clothing, Shoes & Accesso... › ... › Accessories › Wigs & Facial Hair

Share · Add to Watchlist









Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet Cosplay

mula_936_18 (806)
92.5% positive · Seller's other items · Contact seller

**AU $23.24**
Approximately US $15.32
or Best Offer
Was AU $25.82 ⓘ
Save AU $2.58 (10% off)

Condition:  New with tags
Sale ends in:  9d 12h

Quantity:  1    2 available

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩  Breathe easy. Free shipping and returns.

Shipping:   Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:   📦 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  💳  🦜
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more






## Similar sponsored items        See all >

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
**$14.36**
$16.13 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free hair net
New (Other)
**$14.63**
$16.43 11% off
Free shipping

eBay eGift Cards for all
A treat for any occasion.
ebay
Shop now



## Sponsored items inspired by your views        See all >

Feedback on our suggestions







Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
New (Other)
**$145.18**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot gift
New (Other)
**$14.96**
$16.81 11% off
Free shipping

Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay
New
**$19.18**
Free shipping
Seller with a 100% positive feedback

Large Hand Painted Oil Painting on Canvas for Home wall Decor Art-Marilyn Monroe
New
**$80.34**
$103.00 22% off
Free shipping

Cos M...
gold c...
New (C...
**$14.2**
$16.06
Free sh...
+ $7.20

## About this item        Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 25, 2023 08:42:43 PDT View all revisions

eBay item number: 325607018286

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |

Item description from the seller



Joined Nov 2015

### Detailed seller ratings

Average for the last 12 months

| Accurate description | 4.4 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.9 |

### Popular categories from this store    See all

Collectibles    Crafts    Jewelry & Watches    Health & Beauty

Home & Garden

### Seller feedback (1,014)

a***a (113) · Past year

Perfect transaction. As described, great shipping and packaging. Will gladly do business with again.

8MM Natural mixture Sandalwood Men Mala Buddha Lucky Bracelet Seven Chakras (#325507146223)

f***n (1108) · Past year

Item as described, quick shipping, courteous seller! Recommended! FIVE STARS!

6mm red Sandalwood 108 beads Bracelet yoga Lucky Knot Wristband male (#325424167046)

a***l (0269) · Past 6 months

Sweet necklace. Good shipper & seller

14-17mm Pink Baroque Pearl Pendant Necklace 18inch Adjustable Cultured Handmade (#325587169949)

See all feedback

### You may also like

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask

New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig hair washable

New
$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW

New
$9.99
+ $9.00 shipping
Seller with a 99.3% positive feedback

Sexy Marilyn Monroe Wig Adult Iconic Bombshell Wavy Platinum Blonde 70468

New
$12.74
$14.99 15% off
+ $3.99 shipping
Top Rated Plus



Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant

New
$15.14
$17.02 11% off
Free shipping



Marie Antoinette Cosplay Wig Princess Medium Curly Heat Resistant Hair Wigs

New (Other)
$15.68
$16.50 5% off
+ $6.99 shipping
20 sold



Natural Black Brown Wigs for Women Natural Fluffy Wavy Wig with Bangs for Women

New
$13.99
$19.99 30% off
Free shipping
91 sold



Cos Marilyn Monroe short paragraph pale gold curly hair wig washable wave Party

New
$14.99
$16.84 11% off
Free shipping
Seller with a 100% positive feedback

Platinum Blonde Hair Wigs with Bangs Long Wavy Synthetic for Women Fanshion Wig

New
$17.09
$17.99 5% off
Free shipping
Seller with a 99.3% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social

New
$15.96
$17.73 10% off
Free shipping









Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party

New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant

New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot

New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot

New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

New (Other)
**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon







Sponsored
Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay

New
**$19.18**
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style

New
**$16.71**
$18.78 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

New (Other)
**$17.01**
$18.90 10% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new

New
**$14.75**
$16.39 10% off
Free shipping

Sponsored
ELEMENT Short Wavy Hair Wigs with Bangs for Women Golden Blonde Daily Cosplay

New
**$13.43**
$19.19 30% off
Free shipping
Seller with a 99.1% positive feedback






Sponsored
Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black

New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

Sponsored
Queen Fashion Wig Marie Antoinette Cosplay Party Wigs Synthetic Halloween

New (Other)
**$20.84**
$23.16 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap Halloween

New
**$13.98**
$15.53 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap Cosplay

New
**$14.14**
$15.71 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap

New
**$14.59**
$16.21 10% off
Free shipping
Seller with a 99.4% positive feedback

### Explore related sponsored items

Feedback on our suggestions




Dry Curly Hairnet Net Plopping for Drying Curly Hair 1 PCS 36V76381

New

Womens Costume A-Line Set Good Look Outfits Role Play Skirt Cosplay Skirts COS

New (Other)

COS Women's Short Sleeve Striped Clean Cut T-Shirt SV3 Turquoise/White Size XS

New

Mens Outfits Long Sleeve Set Festive Costume Cosplay Jacket Gloves Outwear Cos

New (Other)

1x Rose Lace Satin Hairnet Cover Decor Barrette Hair Clip Bowknot Net Bun Snood

New

ebay 

Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces









Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig hair stretchy design

mata_936_yoga (203)
96.4% positive · Seller's other items · Contact seller

C $20.98
Approximately US $15.60
or Best Offer
Was C $23.57 ⓘ
Save C $2.59 (11% off)

Condition:    New without tags
"Mata Yoga Prayer bracelet"

Quantity:    1 lot available (10 items per lot)

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Yiwu, China

Delivery:    Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  mastercard  AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



### Similar sponsored items    See all >

Feedback on our suggestions







| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable |
|---|---|---|---|
| New (Other) | New (Other) | New (Other) | New (Other) |
| $16.14 | $14.59 | $14.80 | $16.06 |
| $18.14 11% off | $16.40 11% off | $16.63 11% off | $18.06 11% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 25% off 5+ with coupon | Seller with a 100% positive feedback | Seller with a 100% positive feedback | 20% off 3+ with coupon |

### Sponsored items inspired by your views    See all >

Feedback on our suggestions









| Cos Marilyn Monroe short paragraph pale gold curly hair wig stretchy STANDARD | Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku social wave | Cos Marilyn Monroe short paragraph pale gold curly hair wig Party healthy HIGH | Natural Assorted Gemstone Stone Beads For Jewelry Making Clasps Alloy 1 Piece | Cos Marilyn Monroe short paragraph pale gold curly hair wig HIGH STANDARD | Framed Moder Decor New |
|---|---|---|---|---|---|
| New (Other) | New (Other) | New (Other) | New (Other) | New (Other) | New |
| $17.97 | $16.09 | $17.19 | $3.97 | $16.94 | $49.8 |
| $20.20 11% off | $18.07 11% off | $19.31 11% off | $4.18 5% off | $18.60 9% off | Free sh |
| Free shipping | Free shipping | Free shipping | + $2.99 shipping | Free shipping | |
| | | | 8% off 3+ | 10% off 2+ with coupon | |

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314221444494

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mata Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |
| Texture | Curly | Theme | Cosplay |
| Type | Underwear | Wig Parting Design | C-Part |

**Item description from the seller**

| | | | | |
|---|---|---|---|---|
| Long black party mask celebrity girl fake hair wig Cosplay Elegant Cosplay | Mixed color brown girl long wavy Medium parting bangs cos wig style hot | Gradient purple girl Hair dragon horn long curly hair cos wig HIGH unisex's | Ice blue gradual change snowy white girl long bunches cos wig HIGH hot | Wigs Rose hairnet hot high-temperature Synthetic stretchy Free | Long Two fine horsetail Beige type Hair cosplay wig Rose hairnet style gift |
| 23.4 CAD | 23.4 CAD | 47.12 CAD | 72.75 CAD | 21.58 CAD | 34.4 CAD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Cream gold girl long straight hair neat bang cosplay wig washable healthy | Cream gold highlights taupe type man Cosplay wig Rose hairnet style wigs | Black gradual change white boy short hair cosplay wig Elegant stretchy | Pale blue gradient Curl long sideburns Anime cosplay wig HIGH high- | Black brown Long straight hair tilted frisette cosplay wig breathable hair | Blue short Bobo Head Hair Style Cosplay Wig girl Free hair net hot |
| 36.89 CAD | 20.33 CAD | 25.51 CAD | 31.94 CAD | 25.41 CAD | 20.33 CAD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

96.4% Positive Feedback
1.8K items sold

☐ Joined Jan 2020

♡ Save seller

**Detailed seller ratings**

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬ | 4.9 |

**Popular categories from this store**    See all

`Collectibles`  `Crafts`  `Jewelry & Watches`  `Health & Beauty`

**Seller feedback** (382)

⊕ y***5 (1215) · Past year

Excellent seller! Items exactly as described and pictured, shipped fast, packaged really well, beautiful jewelry at great price! Highly recommended seller! Very happy with all my purchases and will definitely be back! Thx so much!!!

Fashion Big round Green Agate Gold Earrings Thanksgiving Wedding Classic (#255689115552)

⊕ l***b (10945) · Past year

Love the purchase for the satisfied costs. Excellent fair, fast shipping & communication is great & packaging great. Very Satisfied.... Awesome ♦♦

Natural Malachite Black tourmaline beads silver Bracelet gift Seven Chakras (#354410477996)

⊕ o***l (5460) · Past year

Smooth transaction, good communication, fast shipping! Highly recommended! A+++++. Thank you so much!

Natural Green jade sculpture PI XIU RiNiU pendant+Necklace Gift Cross Men Wedding (#354693180062)

See all feedback

**You may also like**    Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
$14.59
$16.40 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig new style STANDARD
New (Other)
$16.66
0 bids
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy
New (Other)
$16.12
$18.99 11% off
Free shipping


Marie Antoinette Cosplay Wig Princess Medium Curly Heat Resistant Hair Wigs
New (Other)
$18.50
+ $3.00 shipping
58 sold


Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
Now (Other)
$16.14
$17.93 10% off
Free shipping
10% off 2+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
New (Other)
$15.90
$18.07 12% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig washable HIGH
New (Other)
$15.58
$17.71 12% off
Free shipping


Women's Fashion Short Wigs Blonde Brown Wig Bob Curly Wigs Real Natural Hair .
New
$16.43
Free shipping
27 watchers


Cos Marilyn Monroe short paragraph pale gold curly hair wigs stretchy
New (Other)
$15.82
$17.58 10% off
Free shipping
20% off 3+ with coupon










Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig style Halloween hot

New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot design party

New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable breathable

New
**$14.64**
$16.44 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig unisex's new hot

New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig wigs Harajuku hair

New (Other)
**$16.14**
$18.14 11% off
20% off 3+ with coupon





Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig 1

New
**$16.90**
$18.99 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair Free hair net

New (Other)
**$14.63**
$16.43 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot HIGH healthy

New (Other)
**$16.02**
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig social High Quality

New (Other)
**$14.45**
$16.04 10% off
Free shipping
10% off 2+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Synthetic wave

New (Other)
**$14.39**
$15.99 10% off
Free shipping
10% off 2+ with coupon






Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable

New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Harajuku social wave

New (Other)
**$16.09**
$18.09 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Rose helmet design

New (Other)
**$16.41**
$18.44 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig Cosplay social

New (Other)
**$17.01**
$18.90 10% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig HIGH wave

New (Other)
**$14.64**
$16.44 11% off
+ $22.81 shipping
5 watchers



Back to search results                                    Return to top

More to explore :   Gold Human Hair Curly Wigs & Hairpieces,   Human Curly Hair Wigs,   Human Hair Curly Wigs,   Curly Hair By MissTresses Wigs,   It's A Wig! Human Hair Curly Wigs & Hairpieces,   Black Human Hair Curly Wigs,
Kinky Curly Hair Extensions & Wigs,   Human Hair Curly Hair Curly Hair Extensions,   Gray Human Hair Curly Wigs & Hairpieces,   Women Human Hair Curly Wigs & Hairpieces

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Case 1:24-cv-00550-MLB-RDB    Document 1-3    Filed 09/00/24    Page 100 of 199





Roll over image to zoom in



Roll over image to zoom in

### Hipstory Marilyn Monroe Wall Art Hanging Poster, Home Decor Living Room Artwork for Wall Decorations, Unframed Decorative Art Prints for Bedroom School Kitchen Office, 16 x 20 Inch

Brand: Hipstory

$25.00

FREE Returns

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $25.00 upon approval for Amazon Visa.

Color: Marilyn Monroe

Size: 16x20

11x17 | 16x20

**About this item**
- Unframed And Vibrant Print: The Marilyn Monroe poster for home decor is designed to add a touch of vibrant colors and contemporary charm to any space. The wall art poster comes unframed allowing you to easily pair them with your favorite frames to complement the rest of your interior.
- Suitable For Any Space: We designed our home and office wall decor to complement the look of any space to elevate the aesthetics and vibe of any room. Our large wall art makes an eye-catching addition to your bedroom, office, bathroom, kitchen, and living room decor.
- Artistic And Inspiring: Each piece in our collection of home wall decor is an artful biography, presenting unique designs with meticulous attention to detail. The high-quality prints offer a colorful and vibrant combination that captures attention and creates an atmosphere brimming with creativity and curiosity.
- Thick And Matte Paper: The Marilyn Monroe large wall art for bedroom decor is printed on quality paper with a matte finish. We use glare and fade resistant inks to make sure our decorative wall art prints maintain their contemporary and vibrant look even in the long run.
- Make it a Gift: Our iconic wall art posters make the perfect gift for women and men on any occasion to add a touch of style to their home decor. This Marilyn Monroe wall hanging poster makes the ideal gift for Holidays, Christmas, New Year's, Birthdays, Anniversaries, and more.



$25.00

FREE Returns

FREE delivery January 27 - February 7 on orders shipped by Amazon over $35

Or fastest delivery January 26 - February 4

Delivering to Peachtree Corners 30092 - Update location

Qty: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by       Marketla
Returns       Eligible for Return, Refund or Replacement...
Payment       Secure transaction

See more

Add a gift receipt for easy returns

Add to List

## Product information

| | |
|---|---|
| Product Dimensions | 16 x 2.5 x 0.2 inches |
| Item Weight | 9.6 ounces |
| ASIN | B0CR1HR894 |
| Date First Available | December 27, 2023 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here.

**Feedback**

Would you like to tell us about a lower price?

## Product Description

Style Up The Look Of Your Space With The Timeless Aesthetic And Artistic Elegance Of Hipstory Hanging Poster!

Hipstory wall art posters are inspired by iconic women and men to bring a touch of artistic flair and creativity to your home and office decor using unique designs and vibrant colors to complement any space.

The portrait is printed on thick matte paper with vibrant and fade resistant ink to offer just the right balance of quality and vivid colors making it the perfect addition to any home, office, cafe, etc.

Thanks to the elegant and stylish prints, our unframed wall art also makes a thoughtful and unique gift for family, friends, and coworkers on any occasion throughout the year as well as being a breeze to pair with the interior of any home.

Note: Our products are not endorsed by or associated with the personas depicted or anyone related to them.

There's More To Love:

See more

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

Search in reviews, Q&A...

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become an Affiliate
Become a Delivery Driver
Start a Package Delivery
Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Replacements
Manage Your
Content and Devices
Recalls and Product
Safety Alerts
Help

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on | Amazon Business |
| Stream | Reach customers | Score deals | Books, art | Audiobook | Amazon | Everything For |
| millions | wherever they | on fashion brands | & collectibles | Publishing | Start a Selling | Your Business |
| of songs | spend their time | | | Made Easy | Account | |

| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web | Audible | Box Office | Goodreads |
| Groceries & | Ship Orders | Experienced Pros | Services | Listen to Books & | Mojo | Book reviews |
| More | Internationally | Happiness Guarantee | Scalable Cloud | Original | Find Movie | & |
| Right To Your | | | Computing | Audio | Box Office | recommendations |
| Door | | | Services | Performances | Data | |

| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon |
| Movies, TV | Get Info | Indie Digital & Print | Unlimited Photo | Video Distribution | Designer | Warehouse |
| & Celebrities | Entertainment | Publishing | Storage | Made Easy | Fashion | Great Deals on |
| | Professionals | Made Easy | Free With Prime | | Brands | Quality Used |
| | Need | | | | | Products |

| Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| Market | Deals and | Shoes & | Smart Home | Stream 4K Video | Smart | Real-Time Crime |
| America's | Shenanigans | Clothing | Security | in Every Room | Security | & Safety Alerts |
| Healthiest | | | Systems | | for Every | |
| Grocery Store | | | | | Home | |

| | | Amazon Subscription | PillPack | Amazon Renewed | | |
| | | Boxes | Pharmacy | Like-new products | | |
| | | Top subscription boxes— | Simplified | you can trust | | |
| | | right to your door | | | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



ebay

< Back to search results · Jewelry & Watches · ··· › Pocket Watches

Share · Add to Watchlist



## Vintage Quartz Pocket Watch Gift Retro Necklace Marilyn Monroe Full Hunter Women

mastation365 (14444)
99% positive · Seller's other items · Contact seller

**GBP 3.99**
Approximately US $5.08
or Best Offer

Condition: **New with tags**

Quantity: [ 1 ]  More than 10 available / 38 sold

| **Buy It Now** |
| **Add to cart** |
| **Make offer** |
| ♡ Add to watchlist |

⚡ This one's trending. 38 have already sold.

↻ Breathe easy. Free shipping and returns.

Shipping:   **Free Economy Shipping.** See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Guangzhou, China

Delivery:   🗓 Estimated between **Tue, Feb 20** and **Mon, Mar 25** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  MasterCard

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

### Similar sponsored items   See all >

Feedback on our suggestions







Cute Marilyn Monroe Enamel Small Size Silver Beauty Girl Quartz Pocket Watches
New
$4.64
$4.99 7% off
Free shipping
Seller with a 99.6% positive feedback

Vintage Pocket Watch Pendant Necklace Chain Quartz Analog Watch Men Women Gift
New (Other)
$10.99
Free shipping
72 sold

GUCCI DIVE YA136311 QUARTZ WATCH BLUE DIAL 40MM STEEL BRACELET WITH BOX
Pre-owned
$302.77
0 bid
8h 26m
+ $27.61 shipping
Seller with a 100% positive feedback

Vintage Quartz Black Pocket Watch with Chain **FAST FREE SHIPPING**UK SELLER**
New
$12.71
+ $14.31 shipping
38 sold

### Sponsored items customers also bought   See all >

Feedback on our suggestions







Retro Alice in Wonderland Rabbit Quartz Pocket Watch Necklace Bronze Steampunk
$4.90
Free shipping
82 sold

Vintage Quartz Black Pocket Watch with Chain **FAST FREE SHIPPING**UK SELLER**
New
$12.71
+ $14.31 shipping
38 sold

Steampunk Men Women Pocket Watch Necklace Chain Quartz Bronze Vintage Xmas Gifts
New
$5.55
$8.84 5% off
Free shipping
46 sold

Mens Steampunk Quartz Movement Pocket Watch with Necklace Pendant Chain Gifts
New
$4.77
$6.08 6% off
Free shipping
763 sold

Classic Moroccan Art Green Jade Rhinestones Bronze Pocket Watch Necklace Pendant
New
$17.80
+ $14.29 shipping
Seller with a 100% positive feedback

Pocke
Watch
New
$8.89
+ $13.9
98 sold

---

| About this item | Shipping, returns, and payments | | Report this item |

Seller assumes all responsibility for this listing.

eBay item number: 203519763243

Last updated on Jan 26, 2024 22:02:44 PST   View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Case Colour | Silver | Case Material | Alloy |
| Closure | Full Hunter | Country/Region of Manufacture | China |
| Customised | No | Department | Unisex Adult |
| Dial Colour | White | Indices | Arabic Numerals |
| Display | Analog | Model | P597 |
| Movement | Quartz (Battery) | MPN | Does Not Apply |
| Style | Casual | Theme | Holiday |
| Type | Pocket Watch | Water Resistance | Not Water Resistant |
| With Original Box/Packaging | No | With Papers | No |
| Year Manufactured | 2010-Now | Features | 12-Hour Dial |
| EAN | Does not apply | | |

Item description from the seller



Popular categories from this store    See all

Wristwatches    Watch Box Set Gift    Pocket Watches    Watch Band

Other

    

ebay

Advanced

‹ Back to search results · Collectibles & Art · Art · Paintings

Share | Add to Watchlist






‹ ›

Have one to sell? Sell now

### Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"X36"

mdqart (287)
100% positive · Seller's other items · Contact seller

**US $460.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping: US $30.00 Expedited Shipping from Greater China to worldwide.
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: CHINA, China

Delivery: ⚑ Estimated between Thu, Mar 21 and Thu, Mar 28 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 43 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal | GPay | VISA | ● | AMEX | DISCOVER

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Discover
leaders
beyond the
paper ceiling.

## Similar sponsored items    See all ›

Feedback on our suggestions






Rare 19th Century Impressionism Portrait Henri De TOULOUSE LAUTREC Oil Painting
Pre-owned
**$8,700.00**
+ $140.00 shipping
Seller with a 100% positive feedback

Edward HOPPER ? Self-Portrait Man Oil Canvas Painting C1906
Pre-owned
**$5,655.00**
$8,700.00 35% off
Free shipping
Seller with a 100% positive feedback

Peter Max Signed Psychedelic Pop Art Keuleaux Triangle Painted Tulip Plate
Pre-owned
**$75.00**
0 bids
11h 10m
Free shipping

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"X36"
**$388.00**
+ $38.00 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions







Jessica Rabbit Pins Marilyn Monroe M Coke Pin
New
**$9.99**
+ $4.00 shipping
Seller with a 99.3% positive feedback

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
**$3.80**
+ $3.18 shipping
Seller with a 100% positive feedback

High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping

Collectible Deck 54 cards of MOVIE STAR Marilyn Monroe Playing card/Poker w/box
New
**$14.00**
Free shipping
25 sold

Colorful Marilyn Monroe 5D Art Diamond Painting Kit Drills Cross Stitch Picture
New
**$12.77**
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Jessi
Monr
New
**$9.99**
+ $4.0
Seller

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 185454237440

Last updated on Jun 26, 2022 00:59:10 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Size | Medium (up to 36in.) | Region of Origin | Asia |
| Handmade | Yes | Artist | Chen Hui |
| Production Technique | Oil Painting | Style | Impressionism |
| Material | Oil, Canvas | Type | Oil Painting |
| Features | Unframed, Signed | Subject | Art, Figures, Portrait |
| Original/Licensed Reproduction | Original | Listed By | Dealer or Reseller |

Painting Surface    Canvas                    Date of Creation    2000-Now

**Item description from the seller**

## Description





| Medium | Real 100% Hand Painted oil painting on canvas,Not a Printer,Not a Poster or Transfer |
|---|---|
| Size(inches/cm) | 24x36inch(60cmx90cm) |
| Frame | Not Framed,Not Stretched |
| Conditon | Top Quality |

Artist:Chen Hui

### Payment

We prefer pay via paypal for a fast,easy,safe payment.

## Shipping

We will ship Via **FedEx Express** within 3-4 business days from China after payment has done,All of our painting are sold unframed and Unstretched.It will be mailed in a strong Roll tube.The shipping cost to USA is $30,But $38 to Europe.We just only ship the Paypal confirmed address,TKS.

## Terms of Sale

See all feedback

**You may also like**

Feedback on our suggestions



Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"x36"

**$388.00**
+ $38.00 shipping
Seller with a 100% positive feedback



Hand-painted Original Oil painting art Marilyn Monroe on Canvas 24"x36"

**$399.00**
+ $30.00 shipping



Large Original Art 16x20 Oil Painting Marilyn Monroe Modern Portrait Sallows

Now
**$649.00**
+ $18.25 shipping
Seller with a 100% positive feedback



Hand-painted Original Oil painting art Impressionism Marilyn Monroe on canvas

**$398.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"x24"

**$450.00**
+ $38.00 shipping
Seller with a 100% positive feedback



Hand painted Original Oil painting art Impressionism Marilyn Monroe on Canvas

**$450.00**
+ $38.00 shipping



Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24"

**$499.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24"

**$488.00**
+ $30.00 shipping
Seller with a 100% positive feedback



modern Marilyn Monroe oil painting 100% hand-painted art on canvas

**$77.22**
$99.00 22% off
Free shipping
39 watchers



Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"x24"

**$498.00**
+ $38.00 shipping
Seller with a 100% positive feedback



Sponsored
Hand painted Oil painting original Art Portrait man on canvas 24"x36"

**$550.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Sponsored
High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe

**$77.22**
$99.00 22% off
Free shipping



Sponsored
High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe

**$77.22**
$99.00 22% off
Free shipping



Sponsored
Jessica Rabbit Pins Marilyn Monroe M Coke Pin

New
**$9.99**
+ $4.00 shipping
Seller with a 99.3% positive feedback



Sponsored
Hand painted Old Master-Art Antique Oil Painting lady girl on canvas 24"x36"

**$450.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe : Oil Painting on Velvet: Bo03

Now
**$99.00**
+ $27.76 shipping
Seller with a 100% positive feedback



Sponsored
High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Art

**$77.22**
$99.00 22% off
Free shipping



Sponsored
100% hand short hair fashion Marilyn Monroe oil painting art on canvas

**$74.10**
$95.00 22% off
Free shipping
7 watchers



Sponsored
Original Oil Painting of MARILYN MONROE Portrait Fan Art by Roanyo

New
**$250.00**
Free shipping
Seller with a 100% positive feedback



Sponsored
High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor

**$77.22**
$99.00 22% off
Free shipping



Sponsored
Hand painted Oil painting original Art Portrait man on canvas 24"x36"

**$598.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Sponsored
Hand painted Original Oil Painting art Portrait girl on canvas 24"X36"

**$450.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Sponsored
Hand painted Oil painting original Art Portrait man on canvas 24"x36"

**$550.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Sponsored
Hand painted Oil painting original Art Portrait man on canvas 24"x36"

**$499.00**
+ $30.00 shipping
Seller with a 100% positive feedback



Sponsored
"Marilyn Monroe (Gentlemen Prefer Blondes)' Orig Painting on Canvas

New
**$125.00**
+ $9.04 shipping
Seller with a 100% positive feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                 Return to top

More to explore : Canvas Oil Painting Portrait Art Paintings, Canvas Portrait Art Original Paintings, Oil Painting Portrait Original Art Paintings, Canvas Oil Painting Original Art Paintings, Canvas Portrait Art Paintings, Portrait Oil Art Paintings, Portrait Art Original Paintings, Oil Painting Miniature Portrait Art Paintings, Oil Painting Portrait Russian Art Paintings, Oil Painting Realism Portrait Art Paintings

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

Advanced

< Back to search results  Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces    Share | Add to Watchlist

🔴 EXTRA **10% OFF** 2+ ITEMS WITH CODE **D65FF8898DS**    See all eligible items and terms ▸





### Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask

Meditation_936 (78)
97.2% positive · Seller's other items · Contact seller

**US $18.90**
or Best Offer

Condition: **New without tags**
"Mala Yoga Prayer bracelet"

Quantity:  1    3 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Free shipping and returns.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    📦 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
Shop now

Have one to sell? Sell now

## Similar sponsored items    See all ›

Feedback on our suggestions

      

| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party | Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable | Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant |
| New (Other) | New (Other) | New (Other) | New (Other) |
| **$16.14** | **$16.06** | **$17.01** | **$14.59** |
| $18.14 11% off | $18.05 11% off | $18.90 10% off | $16.40 11% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 25% off 5+ with coupon | 20% off 3+ with coupon | 20% off 3+ with coupon | Seller with a 100% positive feedback |

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

          

| Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay | Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy | Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy HIGH | Cos Marilyn Monroe short paragraph pale gold curly hair wig gift design STANDARD | Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot | Cos M... gold c... |
| New | New (Other) | New (Other) | New (Other) | New (Other) | New (C... |
| **$15.49** | **$18.90** | **$17.01** | **$15.75** | **$14.80** | **$15.60** |
| $17.21 10% off | | $18.90 10% off | $17.50 10% off | $16.63 11% off | $17.53 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free sh... |
| | Seller with a 100% positive feedback | | 20% off 3+ with coupon | Seller with a 100% positive feedback | |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 126185568153

Last updated on Jan 28, 2024 14:16 PST    View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Classic Cap | Cap Size | Extra Large |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Black | Hair Origin | Synthetic |
| Item Length | 1 in | Item Weight | 1.1 lb |

| Item Length | 1 in |
| MPN | |
| Texture | |
| Type | Wig |
| UPC | Does not apply |

| Item Weight | 1.1 lb |
| Style | |
| | Ponytail |
| Wig Parting Type | L-Part |

## Item description from the seller







EXTRA **10%** OFF 2+ ITEMS WITH CODE **D65FF8898DS** ⊘ See all eligible items →
D65FF8898DS

All promotional offers from lianr_78



Cream gold girl Short curly hair tilted frisette cosplay wig Cosplay

US $21.90



Cruella De Vil Cosplay Wig Black White Short Curly Hair Wigs new Party Cosplay

US $14.60



Black gradual change wathet curly long curly hair cosplay wig Elegant party mask

US $22.79



Blue Lolita Long Curly Wavy Fashion Hair Full Wig Anime Wigs Cosplay Party

US $18.90



Mixed color brown girl long wavy Medium parting bangs cos wig hair

US $18.90

## You may also like

Feedback on our suggestions

ebay  Hi Jeffrey!    Daily Deals   Brand Outlet   Gift Cards   Help & Contact        Sell   Watchlist   My eBay

Shop by category    Search    All Categories    Search    Advanced

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces

Share | Add to Watchlist

⬛ EXTRA **10%** OFF 2+ ITEMS WITH CODE **D565WD6565**    See all eligible items and terms ▸








Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party

 mengqiaozhen2009 (27344)
96.6% positive · Seller's other items · Contact seller

**US $16.14**
or Best Offer
Was US $18.14 ⓘ
Save US $2.00 (11% off)

Condition: **New without tags**
"Mala Yoga Prayer bracelet"

Quantity: 1    5 lots available (10 items per lot) / 3 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.
⚡ People are checking this out. 6 have added this to their watchlist.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery: ⚡ Estimated between **Thu, Feb 8** and **Thu, Feb 15** to 30316 ⓘ
Please note the delivery estimate is **greater than 8 business days**.
Please allow additional time if international shipping is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
**PayPal CREDIT**
Special financing available. See terms and apply now
🦘 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all >

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.06 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable
New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

## Sponsored items inspired by your views    See all >

Feedback on our suggestions







Vintage Quartz Pocket Watch Gift Retro Necklace Marilyn Monroe Full Hunter Women
New
**$5.08**
Free shipping
38 sold

Cute Marilyn Monroe Enamel Small Size Silver Beauty Girl Quartz Pocket Watches
New
**$4.64**
$4.99 7% off
Free shipping
Seller with a 99.6% positive feedback

High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$105.60**
$120.00 12% off
Free shipping

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback

High Q
$77.2
$99.0
Free s

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2024 02:45:36 PST    View all revisions

eBay item number: 325385003732

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ "Mala Yoga Prayer bracelet" | Seller Notes | |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Classic Cap | Cap Size | Extra Large |

| | | | |
|---|---|---|---|
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | | Hair Origin | |
| Item Length | 1 in | Item Weight | 13 lb |
| MPN | 1 | Style | Ponytail |
| Texture | Straight | Theme | Cosplay |
| Type | Wig | Wig Parting Type | L-Part |
| UPC | Does not apply | | |

## Item description from the seller



Communication ●————— 5.0

### Popular categories from this store   See all

Bracelet   Collectibles   Pendant   Wig   Other



b***l (422) • Past year

AAA

See all feedback

🔒 **EXTRA 10% OFF 2+ ITEMS WITH CODE D565WD6565** ⓘ  See all eligible items →
D565WD6565

All promotional offers from mengqingzhen2009



Princess Tangled Rapunzel long Braid blonde cosplay wig/wigs 100/150cm
Was:
Now:                US $24.02

Ms Girl Rainbow Colorful Fancy Costume Party Short Bob Hair Wig
Was:          US $21.96
Now:                US $19.56

Pink girl long curly middle parting hair cosplay wig party breathable style
Was:
Now:                US $21.27

Gothic Long Pink Black Wig wavy Adult Size Cosplay curly Halloween Harajuku hair
Was:          US $16.10
Now:                US $14.69

Ombre Wine Red Wigs Long Straight For Women Wigs Burgundy Wig hair hot party
Was:          US $18.47
Now:                US $16.44

➕
See all

You can change quantities in your cart.

### You may also like

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig 1
New
**$16.90**
$18.99 11% off
Free shipping
20% off 3+ with coupon



Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
**$16.98**
Free shipping
5 watchers



Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
New (Other)
**$16.14**
$17.93 10% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig hair stretchy design

New (Other)

**$15.60**

~~$17.53~~ 11% off

Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy

New (Other)

**$15.12**

~~$16.99~~ 11% off

Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New (Other)

**$15.90**

~~$18.07~~ 12% off

Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy

New (Other)

**$15.82**

~~$17.58~~ 10% off

Free shipping

20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift

New (Other)

**$15.84**

~~$17.80~~ 11% off

Free shipping



Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot

New (Other)

**$14.96**

~~$16.81~~ 11% off

Free shipping

Seller with a 100% positive feedback

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable

New

**$14.64**

~~$16.44~~ 11% off

Free shipping



Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

New (Other)

**$16.06**

~~$18.06~~ 11% off

Free shipping

20% off 3+ with coupon

 

Sponsored

High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe

**$77.22**

~~$99.00~~ 22% off

Free shipping



Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

New (Other)

**$17.01**

~~$18.90~~ 10% off

Free shipping

20% off 3+ with coupon



Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy

New (Other)

**$16.02**

~~$18.00~~ 11% off

Free shipping

Seller with a 99.2% positive feedback



Sponsored

Women's Fashion Short Wigs Blonde Brown Wig Bob Curly Wigs Real Natural Hair .

New

**$16.43**

~~$17.68~~ 7% off

Free shipping

27 watchers

 

Sponsored

Cute Marilyn Monroe Enamel Small Size Silver Beauty Girl Quartz Pocket Watches.

New

**$4.64**

~~$4.99~~ 7% off

Free shipping

Seller with a 99.6% positive feedback

Sponsored

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box

New

**$69.00**

+ $26.00 shipping

Last one



Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay social

New (Other)

**$17.01**

~~$18.90~~ 10% off

Free shipping

Sponsored

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting

New (Other)

**$16.82**

~~$18.90~~ 11% off

Free shipping

Sponsored

HOT Fashion Women's Dolly Parton Short Loose Curly Synthetic Capless Hair Wigs

New

**$19.99**

Free shipping

Seller with a 100% positive feedback

Sponsored

Natural Curly Hair Ombre Brown Wig For Women Synthetic Heat Full Wigs Cos Party

New

**$18.04**

~~$18.99~~ 5% off

+ $0.99 shipping

6 watchers

Sponsored

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

New

**$16.98**

Free shipping

Sponsored

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box

New

**$89.00**

Free shipping

24 sold

More to explore :   Party Human Hair Curly Wigs,   Party Curly Wigs,   Gold Human Hair Curly Wigs & Hairpieces,   Human Curly Hair Wigs,   Human Hair Curly Wigs,   Black Human Hair Curly Wigs,   Blue Party Curly Wigs & Hairpieces,   Human Hair Fashion Curly Wigs,   Kinky-Curly Human Hair Wigs & Hairpieces,   Gray Human Hair Curly Wigs & Hairpieces

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist
Advanced



   

Have one to sell? Sell now

### Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

⦿ Last item available

mercmiz-0 (19)
95.2% positive · Seller's other items · Contact seller

**US $12.99**
or Best Offer

Condition: New

Quantity: 1    Last One / 6 sold

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

Additional service available
☐ 3-year protection plan from Allstate - $2.99

↻ Breathe easy. Returns accepted.
⚡ People want this. 14 people are watching this.

Shipping: Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: ⬚ Estimated between Tue, Feb 13 and Fri, Mar 1 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions

   

| Frank Kozik Kidrobot 2008 8" Redrum Dunny LE 1833 Vinyl Sculpture | Coarse Toys Buried Passion His Endless Dreams Sculpture Extra Balloon | LOT OF 13 VINTAGE 1974 MEGO Star Trek ACTION FIGURES. Used Poor To Good PARTS | Marilyn Monroe PVC Figure Gold Dress 16cm |
|---|---|---|---|
| New | Pre-owned | Pre-owned | Pre-owned |
| $165.00 | $899.95 | $44.00 | $11.44 |
| $300.00 45% off | $1,299.99 25% off | 4 bids | + $19.15 shipping |
| + $10.80 shipping | Free shipping | 4h 10m | Seller with a 100% positive feedback |
| Seller with a 99.5% positive feedback | 🏆 Top Rated Plus | + $12.45 shipping | |
| | | Popular | |

## Sponsored items customers also bought    See all >

Feedback on our suggestions

  

| Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | Mego Legends Marilyn Monroe Serialized Limited Edition 8" Doll Action Figure | Marilyn Monroe PVC Figure Gold Dress 16cm | 1/4 Me Great Box |
|---|---|---|---|---|---|
| New | Pre-owned | Pre-owned | New | Pre-owned | New |
| $13.99 | $17.69 | $14.99 | $11.11 | $11.44 | $89.0 |
| Free shipping | Free shipping | Free shipping | $11.95 7% off | + $19.15 shipping | Free s |
| 10 watchers | Seller with a 100% positive feedback | Last one | Free shipping | Seller with a 100% positive feedback | 24 sol |
| | | | 🏆 Top Rated Plus | | |

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 20, 2024 01:48:41 PST  View all revisions

eBay item number: 155984302307

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Origin | Mainland China |
|---|---|---|---|
| Satisfies Costumers | 100% | STOCK | LIMITED QUANTITIES STOCK ! |
| Feature10 | Figure Toys | Feature12 | Fans Collection Ornaments |
| Feature11 | Cake Decorative Figure Model | Feature5 | Pvc Statue |
| Style | New Classical/post-modern Style | Feature4 | Present Toys |
| Feature13 | Birthday Gifts | Is Smart Device | No |
| Feature3 | Christmas Gift | Available | 24/7 |
| Feature2 | Figure Toy | Feature1 | 18.5cm Marilyn Monroe |
| is_customized | No | Feature9 | Marilyn Monroe Ornaments |
| USE | EASY TO USE ! | Feature8 | Marilyn Monroe Figure |
| | | Featured | Hollywood Star |

| USE | EASY TO USE I | | Featured6 | Hollywood Star |
| Material Type | Pvc PATTERN | | Brand UNCOMMON | Unbranded |
| Theme | People | | | |

**Item description from the seller**



Marilyn Monroe Statue with Base Cake Decorative Figure Model Sexy Dress Sculptur

Description:

Colour:Gold

Material: PVC

Height:18.5*9cm

Weight:130g

Package include：

Marilyn Monroe Statue x1pc



### REVIEWS

The product came very well packaged. I'm very happy. thank you for everything. Seller strongly recommended.
★★★★★

This is great! I definitely recommend! Product looks amazing
★★★★

Delivery was fast. Excellent seller, great communication. I advise everyone
★★★★★



**mercmiz-0**
95.2% Positive Feedback
207 items sold



Joined Sep 2023

Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.5 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Seller feedback (23)

● s***j (167) • Past month

UNPROFESSIONAL, ITEM SHOWN IN THE LISTING I PURCHASED IS NOT THE ITEM I RECEIVED, please, 'be ware'....of this SELLER,
Pink Panther Plush Stuffed Soft Toy Animal 23" Doll Toy Baby Kids Height 60CM (#155840647360)

● 0***n (1280) • Past month

GrEaT sEiLeR sUpEr FaSt ShipPiNg A+++++
Men's Bomber Outwear Sports Jacket Quilted Casual Loose Winter Coat Warm Jackets (#155924024312)

● k***ß (1160) • Past 6 months

The item looks great and fast shipping. I would definitely buy from this person again.
Mcdonald'S Limited Release Hello Kitty Carrier Bucket Kawaii (#155840603787)

See all feedback

## You may also like

Feedback on your suggestions



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers



Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC
New
$12.64
Free shipping
Seller with a 100% positive feedback



Marilyn PVC Figure Gold Dress 16cm
Pre-owned
$11.44
+ $19.15 shipping
Seller with a 100% positive feedback



Mego Legends Marilyn Monroe Serialized Limited Edition 8" Doll Action Figure
New
$11.11
$11.95 7% off
Free shipping
📍Top Rated Plus



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$12.99
Free shipping



Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback



MARILYN MONROE HOT PROPERTIES HOLLYWOOD MEMORIES ACTION FIGURE DOLL MOC #771
Pre-owned
$19.54
$22.99 15% off
Free shipping
Seller with a 99.6% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
$13.89
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
$16.99
$21.24 20% off
Free shipping
12 watchers



Sponsored
Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$84.99
+ $50.00 shipping
7 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
$16.79
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
$13.69
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
$16.99
Free shipping
5 watchers



New
$12.99
Free shipping
Seller with a 99.4% positive feedback

1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted



Sponsored
1/10 Bust Lady Resin Figure Model Kit Marilyn Monroe Unpainted Unassembled Toys
New
$17.09
$18.99 10% off
Free shipping
8 watchers



Sponsored
1/6 Marilyn Monroe Evening Red Dress For 12" TBLeague Hot Toys PHICEN Figure
New
$27.89
$30.99 10% off
Free shipping
Seller with a 99.3% positive feedback



Sponsored
1/24 RESIN FIGURE Model Kit 75mm Marilyn Girl Unassembled Unpainted Toy NEW Gift
New
$19.00
Free shipping



| | | | | |
|---|---|---|---|---|
| Sponsored | Sponsored | Sponsored | Sponsored | Sponsored |
| Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue | Franklin Mint LTD. Marilyn Monroe Reflection Figurine Statue Marble Base Vtg | Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue | Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure | 18cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box |
| New | Pre-owned | New | New | New |
| $13.99 | $80.00 | $15.79 | $29.19 | $42.00 |
| Free shipping | + $8.52 shipping | Free shipping | $32.43 10% off | Free shipping |
| | Seller with a 99.3% positive feedback | Seller with a 100% positive feedback | Free shipping | Free shipping |
| | | | Seller with a 99.4% positive feedback | |



Back to search results                                                                Return to top

More to explore :  McFarlane Toys PVC Action Action Figure Collections,   Playmates Toys PVC Action Action Figure Collections,   Hot Toys PVC Action Action Figure Collections,   Female Statue PVC Action Figures Accessories,
21st Century Toys PVC Action Action Figure Collections,   PVC Action Action Figure Collections,   Hot Toys PVC Action Figures & Accessories,   Hot Toys PVC Action Action Figures,   McFarlane Toys PVC Action Action Figures,
Marilyn Manson Music Action Figures

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice







Roll over image to zoom in

Marilyn Monroe Workin' It Movie Poster Print Wall Art Picture Painting Poster Canvas Print Posters Artworks Bedroom Living Room Decor 08x12inch(20x30cm)

Brand: BybiO

$22.90

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Size: 08x12inch(20x30cm)**

| 08x12inch(20x30cm) | 12x18inch(30x45cm) |
| 16x24inch(40x60cm) | 20x30inch(50x75cm) |
| 24x36inch(60x90cm) | |

**Color: Frame-style**



**About this item**

- This canvas posters are framed and unframed to Choose.
- We pursue high quality canvas posters, which are better than paper posters.
- Ready to frame or can be hung on the wall using poster mounts, clips, push pins, or thumb tacks.
- This canvas wall art is the ideal gifts for your family and friends in birthday,wedding,anniversary,thanksgiving day and other festivals. Perfect decoration choice for living room,bedroom,office,hotel,bathroom,dining room,kitchen,bar etc.
- If you need a customized poster, it can also be ordered.



$22.90

$2 delivery February 6 - 16. Details

Or fastest delivery January 19 - 24. Details

Delivering to Peachtree Corners 30092 - Update location

**In Stock**

Qty 1

Add to Cart

Buy Now

Ships from minhouxianshangj
Sold by minhouxianshangj
Returns Eligible for Return, Refund or Replacement...
Customer Service Amazon

See more

Add to List

## Product information

| Product Dimensions | 12 x 8 x 0.2 inches |
| ASIN | B0CNGZ71WM |
| Date First Available | November 16, 2023 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? >

## Product Description

We offer an extensive range of products and never compromise on quality. We want to be considered as the best place for shopping for these items.

1. We try our best to provide accurate descriptions and realistic pictures. However, due to personal monitor settings, the color of each user may vary slightly.

2. This Canvas Art Print will look stunning on any interior wall. Professional artwork is used for a sharp hi-resolution image. We focus on every detail of production. Our printing techniques produces illustriously detailed prints.

3. Our canvas prints are handmade by real people. That means real eyes inspecting our artwork and real hands framing it with care.

IMPORTANT

See more

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

Search in reviews, Q&A...

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

Back to top

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on
Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay



Back to search results · Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces    Share · Add to Watchlist









Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy

Miracle boy-DIY (16)
100% positive · Seller's other items · Contact seller

## US $18.90
or Best Offer

Condition: New without tags
"Mala Yoga Prayer bracelet"

Quantity:    1 lot available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery: Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all >






Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
$16.82
$18.90 11% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
New (Other)
$16.14
$17.93 10% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon

### Sponsored items inspired by your views    See all >







Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy HIGH
New (Other)
$17.01
$18.90 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift design STANDARD
New (Other)
$15.75
$17.50 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
$14.80
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair stretchy design
New (Other)
$15.60
$17.53 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair stretchy STANDARD
New (Other)
$17.97
$20.20 11% off
Free shipping

Cos Ma... gold c...
New (O
$16.0
$18.07
Free sh

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314172304677

Last updated on Jul 25, 2023 09:55:24 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Features | Colored | Hair Color Shade | Pink |
| Hair Origin | Human Hair | Item Length | 7 in |
| Item Weight | 3.08 lb | MPN | 3 |
| Style | Beaded | Texture | Curly |

**Item description from the seller**

Cos Marilyn Monroe short paragraph pale gold curly hair wig gift style healthy



You may also like

Feedback on our suggestions

    




ebay

Hi, Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

Advanced

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist





Have one to sell? Sell now

### Marilyn Monroe 20 cm figure


movie-muster55 (71)
100% positive | Seller's other items | Contact seller

US $149.99

No interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

Additional service available

☐ 2-year protection plan from Allstate - $9.99

↩ Breathe easy. Returns accepted.

Shipping: US $35.00 Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: SANLIURFA, Turkey

Delivery: ⏱ Estimated between Mon, Feb 26 and Sat, Mar 9 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 22 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  Mastercard  AMEX  DISCOVER
PayPal CREDIT
*No interest if paid in full in 6 months on $99+*. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all >

Feedback on our suggestions





2003 Transformers 20th Anniversary Optimus Prime Black Gun 12" Action Figure
Pre-owned
$109.95
$114.99 4% off
Free shipping
Top Rated Plus

Dragon Action Figure 1/6 DX 06 7.5 cm PAK 40 Assault Gunner "Erich Stahl"
New
$329.95
$432.99 24% off
Free shipping
Top Rated Plus

ENDING SOON
Android Mini Collectible Figure Series by Google Rare - (see Pictures Condition)
Pre-owned
$4.99
0 bids
38m 42s
+ $8.60 shipping
Seller with a 100% positive feedback

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

### Sponsored items customers also bought    See all >

Feedback on our suggestions







1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

Marilyn Monroe PVC Figure Gold Dress 16cm
Pre-owned
$11.44
+ $9.01 shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

13.4" Melon Books Hermaphrodite Tapestry - Ithnani - Rocket Boy 1/6 Scale Figure
$44.99
Free shipping
10% off 3+ with coupon

The Thing - THING Dog Creature Ultimate Deluxe Set Action Figure 7" Scale Model
New
$58.00
Free shipping
Last one

perfec...
New
$149.9
+ $20.0
Last or

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 325887637237

Last updated on Jan 27, 2024 00:24:06 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Action Figure | Character | marilyn monroe |
| Original/Licensed Reproduction | Original | Theme | Movies |
| Scale | 20 cm | Material | Resin |
| Age Level | 15+ | Time Period Manufactured | 1900-1919 |
| TV Show | sport | Vintage | Yes |

### Item description from the seller

**Item description from the seller**

**Marilyn Monroe 20 cm figure**

3 d sla print ,resin perfect item

The products are our own production and are completed within approximately 7-10 days after the order is placed. They are then shipped. Printing can be done in desired sizes for each product. You can ask your questions about orders and products. Special orders can also be taken upon request.



More to explore : Marilyn Manson Music Action Figures,  Sports Action Figures CM Punk,  Sports Action Figures CM Punk Action Figures,  WWE Sports Action Figures CM Punk,  Andy Warhol's Marilyn Monroe LEGO (R) Complete Sets & Packs,  Mattel Sports Action Figures CM Punk,  Mattel Sports Action Figures CM Punk Action Figures,  Shirt Sports Action Figures CM Punk,  JAKKS Pacific Sports Action Figures CM Punk,  1:20 Scale Military & Adventure Action Figures

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey! ▾    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

Shop by category ▾    [                    ]  🔍    Advanced

‹  Back to search results · Health & Beauty › Hair Care & Styling › Hair Extensions & Wigs › Wigs & Hairpieces

Share · Add to Watchlist

🔥 EXTRA 10% OFF 2+ ITEMS WITH CODE JK3UI6K5J65  See all eligible items and terms ▸







‹    ›

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality

Mr Mala_2023 (67)
91.7% positive · Seller's other items · Contact seller

**US $14.45**
or Best Offer
Was US $16.06 
Save US $1.61 (10% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Sale ends in:  2d 4h

Quantity:  [ 1 ]    3 lots available (10 items per lot) / 1 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩  Breathe easy. Free shipping and returns.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  📦 Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  🔴 mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
( Shop now )

## Similar sponsored items    See all ›

Feedback on our suggestions







Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable
New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions








7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
**$100.80**
$120.00 16% off
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$15.99**
Free shipping
5 watchers

Cos Marilyn Monroe short paragraph pale gold curly hair wigs stretchy
New (Other)
**$15.82**
$17.58 10% off
Free shipping
20% off 3+ with coupon

Wig COS Sexy Marilyn Monroe Light Gold Classic Retro Nakeup Short Hair Wig Ball
New
**$27.35**
$33.35 18% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet
New (Other)
**$18.38**
$20.66 11% off
Free shipping

Cos M
gold c
New
**$17.37**
Free sh

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 26, 2024 02:32:26 PST  View all revisions

eBay item number: 304755530180

## Item specifics

| Condition | New without tags ⓘ | | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | | Brand | Unbranded |
| Cap Construction | Classic Cap | | Cap Size | Extra Large |
| Country/Region of | China | | Department | Men |

| | | | |
|---|---|---|---|
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Item | | Color Origin | |
| Item Length | 1 in | Item Weight | 11 lb |
| MPN | 1 | Style | Ponytail |
| Texture | Straight | Theme | Cosplay |
| Type | Wig | Wig Parting Type | L-Part |
| UPC | Does not apply | | |

## Item description from the seller



100% Genuine · High Quality · Fast Shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality

PRODUCT DESCRIPTION

378 items sold

Save seller

📅 Joined Jan 2020

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (98)

This item (1)    All items (98)

🔴 d***d (889) · Past 6 months

Despite tracking,got nothing and seller is unresponsive.

See all feedback

### Popular categories from this store    See all

Jewelry & Watches    Health & Beauty

---

🎁 EXTRA 10% OFF 2+ ITEMS WITH CODE JK3UI6K5J65ⓘ    See all eligible items →

JK3UI6K5J65

All promotional offers from lai11069-61







+ See all

| | | | | |
|---|---|---|---|---|
| Card Captor Sakura Kinomoto Cosplay Wig Short Bangs Hair Wigs heat resisting | Cruella De Vil Cosplay Wig Black White Short Curly Hair Wigs design new hot gift | Cream gold girl Short curly hair tilted frisette cosplay wig high-temperature | Deep blue black girl long curly hair tilted frisette cos wig HIGH STANDARD hair | Straight Hair orange girl short hair modelling cos wig high-temperature 18 |
| Was: US $12.87 | Was: US $14.31 | Was: US $20.08 | Was: US $16.47 | Was: US $14.11 |
| Now: US $11.58 | Now: US $12.88 | Now: US $18.13 | Now: US $14.82 | Now: US $12.70 |

You can change quantities in your cart.

## You may also like

Feedback on our suggestions

✨SOMETHING EXCITING✨ IS COMING! Download the Etsy app to stay tuned.



Categories | Search for anything

Homepage › Home & Living › Home Decor › Wall Decor

← Back to search results



**$33.74+** $44.99+
25% off sale for a limited time

Multi Panels Canvas Print Marilyn Monroe HD Print Posters 5 Pieces Framework Painting Multi Panel Canvas Home Wall Art Painting

Multipanelscanvasart ★ ★ ★ ☆ ☆

Frame & Unframe*

Select an option ▾

Size *

Select a size ▾

Check out with *PayPal*

Add to cart

♥ Add to collection

### Item details ⌃

🖐 Handmade

🧵 Materials: canvas, wooden frame

Description:
Material : High Quality Canvas
Feature: Waterproof,Do not Fade,Easy Cleaning
Use for : Living Room,Bedroom,Kids
Room,Office,Hotel,Shop Wall Decor

Size A:
10x15cmx2,10x20cmx2,10x25cmx1
(4x6x2,4x8inx2,4x10inx1)
Total: 25cm height X 50cm width
Size B:
20x35cmx2,20x45cmx2,20x55cmx1
(8x14inx2,8x18inx2,8x22inx1)
Total: 55cm height X 100cm width
Size C:
30x40cmx2,30x60cmx2,30x80cmx1
(12x16inx2,12x24inx2,12x32inx1)
Total: 80cm height X 150cm width
Size D:
40x80cmx2,40x80cmx2,40x100cmx1
(16x24inx2,16x32inx2,16x40inx1)
Total: 100cm height X 200cm width

Shipping:
We usually send by Standard China Post.If you want it fast,please choose Express.

Payment:
We accept Paypal only.

Thanks for shopping.

Less

Other reviews from this shop | ★★★☆☆ (77)

Sort by: Suggested ▾

★★★★☆
Love it.very happy with it.

Item quality ▬▬▬▬ 4.0
Shipping ▬▬▬▬ 4.0

Purchased item:  DIY Diamond Painting Kit Full Drill Anime...

suzannedaughferty  Aug 5, 2023

👍 Helpful?

★★★★☆
The paintings came in good quality and vibrant colours and the included tic screws makes it easy to mount them on the wall :) But the sides of the paintings are ever so slightly curved inwards.
Purchased item: 5 Panels Sunset Oil Painting On Canvas Colorful Abstract Art...

Christian  Feb 14, 2023

👍 Helpful?

★★★★☆
Thinner then I expected but otherwise good quality

Item quality ▬▬▬▬ 4.0
Shipping ▬▬▬▬ 5.0

Purchased item: Gift 5 Panels Landscape Iceland Kirkjufel...

Couzii Levay  Dec 28, 2022

👍 Helpful?

★★☆☆☆
Hi there I wasn't not happy with it. But my experience was good. But I should have to do this again, not ever not now for a very long time from now. I don't need any of th... •••

Item quality ▬▬ 2.0
Shipping ▬▬ 2.0
Customer service ▬▬ 2.0

Purchased item: DIY Full Diamond Painting Sunflower 5D ...

Connie schembri  Dec 16, 2023

👍 Helpful?

‹ 1 2 ... 20 ›

### Shipping and return policies ⌃

📅 Order today to get by Feb 20-Mar 14

🚚 Free shipping

Deliver to United States, 30092 ▾
Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

### Meet your sellers ⌃


Jane
Owner of Multipanelscanvasart
♡ Follow shop

Message Jane

This seller usually responds within 24 hours.

Photos from reviews


    ›

More from this shop ♡ Follow

    

Browse by section


5 Panels Canvas Pai...
364 items


Full Diamond Painti...
484 items



Multi Panels Canvas Print Mari... | Multi Panels Canvas Print Sea... | Panels Canvas Print Cup Creati... | Multi Panels Canvas Print Quin... | Sunset Sailboat Sea Landscap...
$33.74 | $33.74 | $32.99 | $33.74 | $33.74
$44.99 (25% off) | $44.99 (25% off) | $43.99 (25% off) | $44.99 (25% off) | $44.99 (25% off)
FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping

## You may also like including Ads ⓘ

See more

      

Framed Manhattan Bridge Purp... | Marilyn Monroe Wall Art Print o... | Prints on Canvas Marylin Monr... | Framed Maths Sums Formulas ... | Street art Abstraction Graphics... | Marilyn Monroe Poster Marilyn ...
PrintboxQB | CanvaStation | ModernWallArtDecor | PrintboxQB | DECORANCE | ArtyMimi
$98.34 | $39.75 | $39.92 | $98.34 | $70.00 | $28.80
| $53.00 (25% off) | FREE shipping | | FREE shipping | $32.00 (10% off)

      

Marilyn Monroe Poster Pop Art ... | Jimi Hendrix II 5 Pieces Canvas... | Colorful Psychedelic Dynamic ... | Marilyn Monroe Wall Art, Beaut... | Marilyn Monroe in Green I War... | Marilyn Monroe Wall Decoratio...
Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller
$38.99 | $22.93 | $98.43 | $37.42 | $45.75 | $27.12
FREE shipping | $26.98 (15% off) | $140.63 (30% off) | $49.90 (25% off) | $61.00 (25% off) | $33.90 (20% off)
| | FREE shipping | FREE shipping | FREE shipping | FREE shipping

## Explore related searches

           

Canvas Print | 5 Panel Canvas | Wall Art | Home Decor | Canvas Art | Canvas Painting | Multi Panel Canvas | Gift for Her | Print Art | Wooden Frame | Landscape | Marilyn Monroe

## Explore more related searches

Unframe | Baby Gifts | Gifts for Boyfriend | Gifts for Boys | Gifts for Dad | Gifts for Girlfriend | Gifts for Girls | Gifts for Husband

Gifts for Mom | Gifts for Sister | Gifts for Wife | Anniversary Gifts | Birthday Gifts | Christmas Gifts | Gifts for Couples | Gifts for Friends

Gifts for Her | Gifts for Him | Gifts for Kids | Gifts for Teachers | Housewarming Gifts | Personalized Gifts | Gifts

Listed on Nov 20, 2023

Report this item to Etsy

All categories > Home & Living > Home Decor > Wall Decor

 Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings


Download the Etsy App

United States | English (US) | $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions


Back to results



Click image to open expanded view



Click image to open expanded view

## Nail Gang 12 sets Vintage black white Hollywood pinups Marilyn M black white nail decals nail art stickers full nail wraps glamour nail kit (V1)

Brand: Miss Rich

3.5 ★★★☆☆ 2 ratings | Search this page

**$22.99** ($22.99 / Ounce)

Thank you for being a Prime Member. Pay ~~$22.99~~ **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

**Pattern Name: V1**

| | |
|---|---|
| Brand | Miss Rich |
| Color | White |
| Theme | Vintage |
| Cartoon Character | American |
| Age Range (Description) | Adult |
| Reusability | Single Use |
| Pattern | V1 |

| | | | |
|---|---|---|---|
| 🔲 Surface Recommendation | nail | ⊞ Material | Acrylic |
| ⊡ Shape | Irregular | ⊞⊞ Unit Count | 6.0 Ounce |

**About this item**
- 12 sets over 120 different styles pin up girl nail decals
- Easy to use diy or take to your stylist full nail wraps water slide y
- Nail Gang nail decals are safe to use on natural nails gel polish nail gel manicure full set acrylic nails gel x nail extensions or false nails fake press on nails

⚠ Report an issue with this product or seller

$22.99 ($22.99 / Ounce)

$5.03 delivery February 13 - 16. Details

Or fastest delivery February 12 - 14. Details

Deliver to Jeffrey - Atlanta 30327

**Only 6 left in stock - order soon.**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from    Miss Rich
Sold by      Miss Rich
Returns      Eligible for Return, Refund or Replacement...
Payment      Secure transaction

See more

Add to List ▾



ohora Semi Cured Gel Nail Strips (...
★★★★☆ 6,474
**$13.50** prime
Save 5% with coupon

Sponsored ⓘ



Gel Nail Strips: Semi Cured Petal, by ohora...
★★★★☆ 3,071
**$16.00** prime
Save 15% with coupon

Sponsored ⓘ

## Buy it with

 

+

Total price: $35.98

**Add both to Cart**

One of these items ships sooner than the other. Show details

This item: Nail Gang 12 sets Vintage black white Hollywood pinups Marilyn M black white nail na...
$22.99 ($3.83/Ounce)

14 Sheets Nail Stickers Glitter Gradient Color Shine Full Wraps Polish Stickers Decal Strips Self-...
$12.99 prime

## Customers who bought this also listened to these Amazon Music podcasts

       

Morbid          Crime Junkie    My Favorite Murder with Karen Kilgariff and Georgia Hardstark    MrBallen's Medical Mysteries    Murder, Mystery & Makeup    Dark History

## Product Description

Vintage pictures Norma Jean black and white photo nail decal Hollywood star Marilyn M nail decals nail art decals nail stickers

## Product details

Package Dimensions : 6.38 x 5.16 x 0.16 inches; 0.6 Ounces
Item model number : Hy
UPC : 799999555306
Manufacturer : Nail Gang
ASIN : B08KY7J8CR
Best Sellers Rank: #677,858 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#9,103 in Nail Art Stickers & Decals
Customer Reviews:
3.5 ★★★☆☆ ▾ 2 ratings

## Important information

To report an issue with this product or seller, click here.

## Related products with free delivery

Page 1 of 39

      

Sexy Girls Nail Art    Blizar 6 Sheets Self-    WOKOTO 20 Sheets    6 Sheets Nail Art Sticker    Oseeshia Semi Cured Gel    Star Nails Stickers    God Jesus Nail Art





**DUKASOU**

DUKASOU Long Lasting Semi
Cured Gel Nail Strips

DUKASOU Semi Cured Gel Nail...
⭐⭐⭐⭐½ 595
**15% off** Deal
$8.49 $9.99 ✓prime

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ



NAILS.INC
LONDON
+ Follow



+ Follow



winthrop°

## Looking for specific info?

🔍 Search in reviews, Q&A...

### Customer reviews

⭐⭐⭐½ 3.5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 50% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



ohora Semi Cured Gel Nail Strips (N Glazed
Donut) - Extended Size Range, Works with...
⭐⭐⭐⭐½ 6,474
$16⁰⁰ ✓prime

Sponsored ⓘ

### Reviews with images



See all photos ›

Top reviews ˅

**Top review from the United States**

👤 Lanita

⭐⭐☆☆☆  **Got wrong item not what's pictured disappointing**

Reviewed in the United States on August 11, 2022

Pattern Name: V1   Verified Purchase

Did not get what was listed. Should change the pic it's misleading.



One person found this helpful

Helpful    Report

See more reviews ›

## You might also like

Page 1 of 4 ⋮







WOKOTO 20 Sheets Red
Series Solid Color Full
Nail Wraps with Nail File
Self-Adhesive Nail
Stickers Real Nail Polis...
⭐⭐⭐⭐ 497
$9.99 ($0.50/Count)
✓prime FREE One-Day Get it
Tomorrow, Feb 4

aboot 288 Pieces 96
Designs Nail Vinyls Nail
Stencil Sticker Sheets
Set for Nail Art Design,
24 Sheets
⭐⭐⭐⭐ 3,141
$6.57 ($0.27/Count)
✓prime FREE One-Day Get it
Tomorrow, Feb 4

Sunflower Nail Art
Stickers Floral Flower
Nail Decals Water
Transfer Nail Stickers
Small Daisy Flowers...
⭐⭐⭐⭐ 1,088
$5.89
✓prime FREE Delivery
Tomorrow, Feb 4

16 Sheets Full Wrap
Gradient Nail Polish
Stickers Self-Adhesive
Nail Art Decal Strips Full
Cover Nail Art Stickers...
⭐⭐⭐⭐ 679
$9.99
✓prime FREE Delivery
Monday, Feb 5

AddFavor 30 Roll
Holographic Transfer
Nail Foil Sticker Silver
Laser Nail Decals 10 R...
⭐⭐⭐⭐½ 512
Amazon's Choice in Nail
Art Stickers & Decals
$7.19 ($7.19/Count)
✓prime FREE Delivery
Monday, Feb 5

EBANKU 12 Sheets Gold
Silver Metal Nail Stickers,
Metallic Curve Strip Line
Nail Decal Self-Adhesive
3D Wave Design DIY...
⭐⭐⭐⭐ 426
$8.99
✓prime FREE Delivery
Monday, Feb 5


Sponsored ⓘ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Make your home smarter






Roku Express | HD Roku Streaming Device with Simple Remote (no TV controls), Free & Live TV
★★★★☆ 30,305
$24.00
prime FREE One-Day Get it Tomorrow, Feb 4

Dreo 4L Smart Humidifiers for Bedroom, Quiet...
★★★★☆ 946
70K+ viewed in past month
Amazon's Choice
Humidifiers
$49.99
prime Overnight by 8:00 AM

HP DeskJet 4155e Wireless Color Inkjet Printer, Print, scan, copy...
★★★★☆ 21,878
70K+ viewed in past month
Inkjet Computer Printers
$79.00
prime Overnight by 8:00 AM

Roku Ultra | The Ultimate Streaming Device 4K/HDR/Dolby Vision/Atmos, Rechargeable Roku Voi...
★★★★☆ 8,598
$69.99
prime FREE Delivery Tuesday, Feb 6

LEVOIT LV600S Smart Warm and Cool Mist Humidifiers for Home Bedroom Large Room,...
★★★★☆ 9,699
50K+ viewed in past month
$109.99
prime FREE One-Day Get it Tomorrow, Feb 4

Epson EcoTank ET-2800 Wireless Color All-in-One Cartridge-Free...
★★★★☆ 7,538
#1 Best Seller in Ink Tank Printers
$199.99
prime FREE Delivery Monday, Feb 5

## Recommended Devices inspired by your shopping history







Page 1 of 5

Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...
★★★★☆ 25,561
$189.99
prime FREE One-Day Get it Tomorrow, Feb 4
Climate Pledge Friendly →

Amazon Kindle Paperwhite (8 GB) – Now with a larger display, adjustable warm light, increased battery life, and faster page turns ...
★★★★☆ 13,689
$139.99
Get it Feb 7 - 9
FREE Shipping
Climate Pledge Friendly →

INSIGNIA 43-inch Class F30 Series LED 4K UHD Smart Fire TV with Alexa Voice Remote (NS-43F501NA22, 2021 release)
★★★★☆ 33,547
$199.99
prime Overnight by 8:00 AM
Climate Pledge Friendly →

Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
★★★★☆ 4,066
$179.99
prime Overnight by 8:00 AM
Climate Pledge Friendly →

Ring Battery Doorbell Plus | Head-to-Toe HD+ Video, motion detection & alerts, and Two-Way Talk (2023 release)
★★★★☆ 5,389
$229.99
prime Overnight by 8:00 AM
Climate Pledge Friendly →

Amazon Fire Max 11 tablet, vivid 11" display, all-in-one for streaming, reading, and gaming, 14-hour battery life,...

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
★★★★☆ 8,456
$169.99
prime Overnight by 8:00 AM
Climate Pledge Friendly →

INSIGNIA 42-inch Class F20 Series Smart Full HD 1080p Fire TV with Ale...
★★★★☆ 3,421
#1 Best Seller in LED &
LCD TVs
25% off Limited time deal
$149.99
List: $199.99

Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
★★★★☆ 1,459
$249.99
prime Overnight by 8:00 AM

TCL 55-inch Class S4 4K LED Smart TV with Fire TV (55S4SOF, 2023 Model), Dolby Vision HDR, Dolby Atmos, Ale...
★★★★☆ 1,487
$249.99
prime FREE Delivery Monday, Feb 5

## Your Browsing History    View or edit your browsing history









Page 1 of 4

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



English    United States

Amazon Music          Amazon Ads          6pm                 Abebooks            ACX                 Sell on              Amazon Business
Stream                Reach customers     Score deals         Books, art          Audiobook           Amazon               Everything For
millions              wherever they       on fashion brands   & collectibles      Publishing          Start a Selling      Your Business
of songs.             spend their time                                            Made Easy           Account

Amazon Fresh          AmazonGlobal        Home Services       Amazon Web          Audible             Box Office           Goodreads
Groceries &           Ship Orders         Experienced Pros    Services            Listen to Books &   Mojo                 Book reviews
More                  Internationally     Happiness Guarantee Scalable Cloud      Original            Find Movie           &
Right To Your                                                 Computing           Audio               Box Office           recommendations
Door                                                          Services            Performances        Data

IMDb                  IMDbPro             Kindle Direct Publishing   Amazon Photos  Prime Video Direct  Shopbop             Amazon
Movies, TV            Get Info            Indie Digital & Print      Unlimited Photo Video Distribution Designer           Warehouse
& Celebrities         Entertainment       Publishing                Storage        Made Easy           Fashion            Great Deals on
                      Professionals       Made Easy                 Free With Prime                     Brands             Quality Used
                      Need                                                                                                 Products

Whole Foods           Woot!               Zappos              Ring                eero WiFi           Blink               Neighbors App
Market                Deals and           Shoes &             Smart Home          Stream 4K Video     Smart               Real-Time Crime
America's             Shenanigans         Clothing            Security            in Every Room       Security            & Safety Alerts
Healthiest                                                    Systems                                 for Every
Grocery Store                                                                                         Home

Amazon Subscription   PillPack            Amazon Renewed
Boxes                 Pharmacy            Like-new products
Top subscription boxes  Simplified        you can trust
– right to your door

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

ebay

Hi Jeffrey! ˅   Daily Deals   Brand Outlet   Gift Cards   Help & Contact            Sell   Watchlist ˅   My eBay ˅   🔔   🛒

< Back to search results   |   Toys & Hobbies   >   ...   >   Tools, Supplies & Engines   >   Figures & People                   Share · Add to Watchlist   Advanced



⤢

Have one to sell? Sell now

### 1/24 Resin Marilyn Monroe Unassembled Unpainted RW-176 fnmx

notonlybuy (10721)
99.7% positive · Seller's other items · Contact seller

**US $19.99**

Condition: New

Quantity:  1      3 available / 8 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ People are checking this out. 6 have added this to their watchlist.

Shipping:   Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: guangdong, China

Delivery:   🚚 Estimated between Mon, Feb 12 and Wed, Mar 6 to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:   Seller does not accept returns. See details

Payments:   PayPal · G Pay · VISA · 🔲 · AMEX · DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now.
Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence
🅑 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

---

### Similar sponsored items   See all >

Feedback on our suggestions

            

| 1/24 resin figures model Sexy American female celebrities Unassembled Unpainted | 1/24 resin figure model kit H/75mm Sexy beauty girl Unassembled Unpainted | 1/24 RESIN FIGURE Model Kit 75mm Marilyn Girl Unassembled Unpainted Toy NEW Gift | 1/24 resin figures model Models, beautiful girls unassembled unpainted |
|---|---|---|---|
| New | New | New | New |
| $18.71 | $19.08 | $19.00 | $18.68 |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 15% off 5+ with coupon | 25 sold | | 20 sold |

---

### Sponsored items inspired by your views   See all >

Feedback on our suggestions

            

| Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker | Marilyn Monroe Bubble 5D Art Diamond Painting Kit Rhinestone Wall Decor Picture | 5D Diamond Painting Kit Marilyn Monroe Picture Rhinestone Wall Decor Craft Art | VINTAGE UNION76 ROYAL TRITON OIL PORCELAIN SIGN MARILYN MONROE SERVICE ORANGE8" | Marilyn Monroe Gold Clad Coin Collection - Limited Edition Set | moder hand-p |
|---|---|---|---|---|---|
| New | New | New | Pre-owned | | |
| $22.00 | $11.29 | $12.77 | $149.90 | $303.10 | $77.2; |
| | $12.99 13% off | $13.44 5% off | + $20.00 shipping | $433.00 30% off | $99.00 |
| Free shipping | Free shipping | Free shipping | Seller with a 100% positive feedback | Free shipping | Free s |
| Seller with a 99.4% positive feedback | Seller with a 99.2% positive feedback | Seller with a 99.2% positive feedback | | | 39 wat |

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 24, 2024 23:20:35 PST  View all revisions

eBay item number: 175354486879

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Model | Tank Crew |
|---|---|---|---|
| Country/Region of Manufacture | China | Material | Resin |
| Theme | Militeria | Scale | 1:24 |
| Type | Figures | Features | Kit, Not Painted |
| MPN | Does Not Apply | Age Level | 17 Years and Up |
| Brand | Unbranded | UPC | Does not apply |

### Item description from the seller

NO INSTRUCTIONS

NO INSTRUCTIONS!
Need to do it yourself!

Any problem please contact
us before leaving bad feedback,
will help resend/refund within 48 hours



notonlybuy

99.7% Positive Feedback
38K items sold

Visit store

Contact

♡ Save seller

📅 Joined Jul 2014

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback** (16,078)

This item (5)    All items (16,078)

⊕ r***e (302) • Past year

I'm pleased with my purchase.

⊕ g***n (599) • Past year

Flawless!

⊕ d***a (2865) • More than a year ago

Excellent Model, Thank You Very Much

See all feedback

**Popular categories from this store**    See all

other resin figure models    1/32 Resin Figures    1/24 Resin Figures

1/16 Resin Figures    Figure Busts    1/20 resin figures

1/18 90mm Resin Figures    Other

---

**You may also like**    Feedback on our suggestions

**You may also like**    Feedback on our suggestions



Unpainted 1/24 Scale 75mm Resin Figure Model Kit Sexy Marilyn Monroe Unassembled
New
$15.99
Free shipping
Seller with a 100% positive feedback



1/16 Resin Marilyn Monroe Unassembled Unpainted 4374
New
$18.99
Free shipping
Seller with a 99.6% positive feedback



1/18 Resin Marilyn Monroe Unassembled Unpainted RW-176 fnmx
New
$26.99
Free shipping
Last one



Missle Girl Full Resin Figure Model Kit 1/24 Scale Unassembled Unpainted Toys
New
$14.00
Free shipping
Last one



Glrls and Monsters 1/24 Scale Resin Figure Model Kit Unassembled Unpainted Toys
New
$19.99
Free shipping
39 sold



1/24 Scale Resin Figure Model Kit Sexy Devil Unpainted Unassembled Toys Hobbies
New
$17.34
Free shipping
Last one



Slimming Girl Full Resin Figure Model Kit 1/24 Scale Unassembled Unpainted Toys
New
$13.97
Free shipping
Last one

1/24 Resin Figure Model Kit Sexy Roberto Ferri Girl N8FW Unpainted Unassembled
New
$16.00
Free shipping
Seller with a 100% positive feedback

1/24 Resin Beauty Young Girl Warrior Unassembled Unpainted RW-485 fnmx
New
$15.99
Free shipping
Seller with a 99.6% positive feedback



1/24 Resin Female Vampire Unpainted Unassembled L695
New
$20.99
Free shipping
Seller with a 99.6% positive feedback



Sponsored
1/24 RESIN FIGURE Model Kit 75mm Marilyn Girl Unassembled Unpainted Toy NEW Gift
New



Sponsored
1/24 resin figures model Models, beautiful girls unassembled unpainted



Sponsored
1/24 resin figures model beautiful girl Unassembled Unpainted
New



Sponsored
1/24 resin figure model Girl Wonder Women Unpainted Unassembled
New

Sponsored
1/24 Unpainted Resin Model Kit Sexy Girl Marilyn Figure Unassembled Toy GK NEW
New

New
$19.00
Free shipping

New
$18.48
20 sold

New
$19.08
15% off 5+ with coupon

New
$22.48
15% off 5+ with coupon

New
$22.48
Seller with a 100% positive feedback





Sponsored
Marilyn Monroe Bubble 5D Art Diamond
Painting Kit Rhinestone Wall Decor Picture

Sponsored
1/24 Resin Figure Sexy Girl Assemble Model
Kit Unassembled Unpainted NEW

Sponsored
1/24 Resin Figure Beauty Girl Assemble
Model Kit Unassembled Unpainted NEW

Sponsored
1/24 resin figures model Models, beautiful
glris Unassembled Unpainted

Sponsored
1/24 resin figures model Fantasy Female
Pilot Unassembled Unpainted

New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

New
$23.08
$27.16 15% off
Free shipping

New
$19.56
$23.01 15% off
Free shipping
6 watchers

New
$18.30
Free shipping
15% off 5+ with coupon

New
$19.09
Free shipping
15% off 5+ with coupon







Sponsored
5D Diamond Painting Kit Marilyn Monroe
Picture Rhinestone Wall Decor Craft Art

Sponsored
1/24 Resin Cool Girl Lady Unassembled
Unpainted RW-180 fnmx

Sponsored
1/24 Resin Lady in suit Unpainted
Unassembled rw

Sponsored
1/24 Resin Figure Princess Unassembled
Unpainted 2709

Sponsored
1/24 RESIN FIGURE Model Kit Sexy Comic
Girl Unassembled Unpainted Toy NEW Gift

New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

New
$16.49
Free shipping
Seller with a 99.6% positive feedback

New
$21.49
Free shipping
Seller with a 99.6% positive feedback

New
$21.99
Free shipping
Seller with a 99.6% positive feedback

New
$17.00
Free shipping



Back to search results                                                                                         Return to top

More to explore : Warhammer 40K Miniatures Unassembled & Unpainted, Warhammer 40K Miniatures Squats Unassembled & Unpainted, Warhammer 40K Miniatures Salamanders Unassembled & Unpainted,
Warhammer 40K Miniatures Razorback Unassembled & Unpainted, Warhammer 40K Miniatures Inquisition Unassembled & Unpainted, Unassembled & Unpainted Mixed Lot Warhammer 40K Miniatures,
Adeptus Custodes Warhammer 40K Miniatures Unassembled & Unpainted, Tyranids Unassembled & Unpainted Warhammer 40K Miniature Toys, Dark Angels Warhammer 40K Miniatures Unassembled & Unpainted,
Death Guard Warhammer 40K Miniatures Unassembled & Unpainted

ebay

< Back to search results | Toys & Hobbies > Action Figures & Accessori... > Action Figures

Share | Add to Watchlist

## 1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca

Onec12club (3057)
100% positive · Seller's other items · Contact seller

**US $12.50**

Condition: New

Ver. :        - Select -                          ⌄

Quantity: 1   Last One

**Buy It Now**

**Add to cart**

♡ Add to watchlist

**Additional service available**
☐ 3-year protection plan from Allstate - $2.99

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 6 have added this to their watchlist.

Shipping: US $3.50 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery: ⊙ Estimated between Fri, Feb 9 and Thu, Feb 22 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  🖭  🖭  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

### Similar sponsored items   See all >

Feedback on our suggestions

NECA 1962 Movie Version of Godzilla 6"Joint Movable Action Figure
New
**$70.00**
Free shipping

Neca Alien Vs Predator Elder Predator 2017 Action Figure Sealed AVP
New
$270.99 19% off
**$219.95**
Free shipping
📍 Top Rated Plus

NECA Toony Terrors Vincent Price
ENDING SOON
New
**$20.13**
2 bids
+ $7.00 shipping
Seller with a 100% positive feedback
23m 59s

Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views   See all >

Feedback on our suggestions


Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
Free shipping
5 watchers


Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker
New
**$22.00**
Free shipping
Seller with a 99.4% positive feedback


1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving
New
**$45.00**
Free shipping
Last one


Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk
New
**$13.99**
+ $1.00 shipping
Seller with a 99.4% positive feedback
178 sold


5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor
New
$12.09 5% off
**$11.49**
Free shipping
Seller with a 99.5% positive feedback


Hand p... Portrait 20"X2...
**$499.x...**
+ $30.x...
Seller ...

About this item | Shipping, returns, and payments

Report this listing

Seller assumes all responsibility for this listing.

eBay item number: 125893676248

Last updated on Jan 20, 2024 13:41:06 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | China |
| Scale | 1:12 | Type | Action Figure |
| Packaging | Without Packaging | Age Level | 17 Years & Up |

Brand                Unbranded

**Item description from the seller**








1/12 Black Wired Cape Cloak for 6 SHF Batman Robert Pattinson (No figure)

25.99 USD
Buy it now
Free shipping

1/12 Custom Wired Cape Cloak Robe Uchiha Itachi Coat for 6 SHF Body (No figure)

32.99 USD
Buy it now
Free shipping

private listing for you

56.00 USD
Buy it now
Free shipping

Handmade 1/12 Red Wired Cape Cloak 1" or 6 KAIYODO Superman (No figure)

25.99 USD
Buy it now
Free shipping

1/12 Black Wired Cloak Robe for 6 SHF Black Series Star Wars Anakin Skywalker

24.99 USD
Buy it now
Free shipping

Handmade 1/12 Custom Wired Skirt for 6 Figure SHF Roronoa Zoro (No figure)

28.99 USD
Buy it now
Free shipping








1/10 1/12 1/18 David Tennant Head Sculpt Unpainted fit 6 Mafex ML Mez 7" Mcf

12.50 USD
Buy it now

1/10 1/12 1/18 Invincible Mark A Head Sculpt Unpainted fit 6 ML Mafex Mez Neca

12.50 USD
Buy it now

Painted 1/10 1/12 Henry Cavill Superman Head Sculpt fit 6 SHF Mafex ML Mez 7

38.00 USD
Buy it now

1/12 Black White Cape Cloak for 6 Anakin Ahsoka Tano Black Series (No figure)

25.99 USD
Buy it now
Free shipping

1/12 White Wired Robe Cloak for 6 Emilia Emiria Figma (No figure)

24.99 USD
Buy it now
Free shipping

Handmade 1/12 Black Wired Cape Cloak for 6 Figma Guts Berserk (No figure)

25.99 USD
Buy it now
Free shipping

1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca




**You may also like**

Feedback on our suggestions







Painted 1/10 1/12 Marilyn Monroe Head Sculpt for 6" Mafex SHF ML MEZ 7" NECA Mcf

New
**$38.00**
+ $3.50 shipping
Seller with a 99.5% positive feedback

1/18 1/12 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML MAFEX Mez 7" 3.75"

New
**$12.50**
+ $3.50 shipping
Seller with a 99.5% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback

1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca

New
**$12.50**
+ $3.50 shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
**$12.99**
Free shipping
Last one






Painted 1/10 1/12 1/18 Gangsters Robber P Head Sculpt for 6" Mafex ML Mez Neca 7

New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback

Painted 1/10 1/12 1/18 Gangsters Robber N Head Sculpt for 6" Mafex ML Mez Neca 7

New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback

1/10 1/12 1/18 Ben Affleck Head Sculpt Unpainted fit 6" SHF ML MAFEX Mez 7" NECA

New
**$12.50**
+ $3.50 shipping
Seller with a 100% positive feedback

Painted Service 1/12 Marilyn Monroe Head Sculpt for 6" Figure SHF ML MEZ 7" NECA

New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback

1/18 1/12 1/10 Clint Eastwood Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca

New
**$12.50**
+ $3.50 shipping
Seller with a 99.5% positive feedback





Sponsored

Sponsored

Sponsored

Sponsored

Sponsored

Sponsored
1/6 Marilyn Monroe Only Head Sculpt Model
Statue PVC Action Figure

New
$45.00
Free shipping
Last one

Sponsored
1/12 1/10 1/18 Scale Henry Cavill Head Sculpt
Unpainted Fit 6" ML Figure

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/6 scale Marilyn Monroe Head Sculpt 2.0

New
$36.37
+ $3.99 shipping
108 sold

Sponsored
1/12 1/10 1/18 Scale Flash Head Sculpt
Unpainted Fit 6" ML SHF Neca A Style

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

Sponsored
1/12 Scale Cartoon The Punisher Head
Sculpt Unpainted Fit 6" ML Figure B Style

New
$11.39
$11.99 5% off
+ $2.99 shipping
Seller with a 99.6% positive feedback





Sponsored
Blank 1/12 Scale Cartoon Punisher Head
Sculpt Unpainted Fit 6" ML Figure E Style

New
$11.99
Last one

Sponsored
1/12 1/10 1/18 Scale Vampire Batman Head
Sculpt Unpainted Fit 6" ML SHF Neca AI

New
$14.39
$15.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

Sponsored
1/12 Scale Invincible Omnipotent Man Head
Sculpt Unpainted Fit 6" Mezco Figure

New
$16.19
$16.99 5% off
+ $2.99 shipping
Last one

Sponsored
1/12 1/10 1/18 Scale The Invincible Man Head
Sculpt Unpainted Fit 6" ML SHF Neca

New
$14.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/6 Marilyn Monroe Head for phicen
Gentlemen Prefer Blondes hot toys ⦿US
seller⦿

New
$36.65
$38.58 5% off
Free shipping
83 sold



Sponsored
1/12 1/10 1/18 Scale Henry Cavill Head Sculpt
Unpainted Fit 6" ML SHF MEZ Neca

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.55% positive feedback

Sponsored
1/12 1/10 1/18 Scale The James Bond Head
Sculpt Unpainted Fit 6" ML SHF MEZ Neca

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.55% positive feedback

Sponsored
1/12 1/10 1/18 Scale Gordon Sheriff Head
Sculpt Unpainted Fit 6" ML SHF MEZ Neca

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/12 1/10 1/18 Scale Comic Joker Head
Sculpt Unpainted Fit 6" ML SHF MEZ Neca

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/12 1/10 1/18 Scale Spider-Man Head Sculpt
Unpainted Fit 6" ML SHF Neca C Style

New
$18.11
$20.99 28% off
+ $2.99 shipping
Seller with a 99.3% positive feedback




This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

Return to top

More to explore : Venom 1:10 RC Batteries for 1:12,  NEOA 1:6 Military & Adventure Action Figures,  Racers Edge 1:18 RC Switches, Connectors & Wires for 1:12,  1:18 Diecast Cars,  1:32 Diecast Formula 1 Cars,  1:18 Scale Diecast Formula 1 Cars,  1:18 Diecast and Toy Vehicles,  Spark 1:18 Scale Diecast Formula 1 Cars,  1:10 RC Buggies,  Ayrton Senna 1:18 Diecast Formula 1 Cars

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

ebay

< Back to search results · Toys & Hobbies · Action Figures & Accessori... · Action Figures

Share · Add to Watchlist

### 1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca

Onec12club (3057)
100% positive · Seller's other items · Contact seller

**US $12.50**

Condition: New

Ver.: - Select - ▼

Quantity: 1    Last One

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate · $2.99

↺ Breathe easy. Returns accepted.

⚡ People are checking this out. 6 have added this to their watchlist.

Have one to sell? Sell now

Shipping: US $3.50 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery: 🚚 Estimated between Fri, Feb 9 and Thu, Feb 22 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal · G Pay · VISA · 🏦 · AMEX · DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all >

Feedback on our suggestions



| | | | |
|---|---|---|---|
| NECA 1962 Movie Version of Godzilla 6"Joint Movable Action Figure | Neca Alien Vs Predator Elder Predator 2017 Action Figure Sealed AVP | NECA Toony Terrors Vincent Price | Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure |
| New | New | ENDING SOON | New |
| $70.00 | $270.99 19% off | New | $29.19 |
| Free shipping | Free shipping | $20.13 | $32.43 10% off |
| | Top Rated Plus | 2 bids | Free shipping |
| | | 23h 59s | Seller with a 99.4% positive |
| | | + $7.00 shipping | feedback |
| | | Seller with a 100% positive | |
| | | feedback | |

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue | Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker | 1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving | Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk | 5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor | Hand p Portrait 20"X2 |
| New | New | New | New | New | $499.6 |
| $16.99 | $22.00 | $45.00 | $13.99 | $11.49 | + $30.0 |
| Free shipping | Free shipping | Free shipping | + $1.00 shipping | $12.09 5% off | Seller w |
| 5 watchers | Seller with a 99.4% positive feedback | Last one | Seller with a 99.5% positive feedback | Free shipping | |
| | | | 178 sold | Seller with a 99.5% positive feedback | |

---

About this item    Shipping, returns, and payments

Report this listing

Seller assumes all responsibility for this listing.

Last updated on Jan 20, 2024 17:41:05 PST View all revisions

eBay item number: 125893676248

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | China |
| Scale | 1:12 | Type | Action Figure |
| Packaging | Without Packaging | Age Level | 17 Years & Up |

Brand          Unbranded

**Item description from the seller**


1/12 Black Wired Cape Cloak for 6 SHF Batman Robert Pattinson (No figure)
25.99 USD
Buy it now
Free shipping


1/12 Custom Wired Cape Cloak Robe Uchiha Itachi Coat for 6 SHF Body (No figure)
32.99 USD
Buy it now
Free shipping


private listing for you
56.00 USD
Buy it now
Free shipping


Handmade 1/12 Red Wired Cape Cloak 1 for 6 KAIYODO Superman (No figure)
25.99 USD
Buy it now
Free shipping


1/12 Black Wired Cloak Robe for 6 SHF Black Series Star Wars Anakin Skywalker
24.99 USD
Buy it now
Free shipping


Handmade 1/12 Custom Wired Skirt for 6 Figure SHF Roronoa Zoro (No figure)
28.99 USD
Buy it now
Free shipping


1/10 1/12 1/18 David Tennant Head Sculpt Unpainted fit 6 Mafex ML Mez 7" Mcf
12.50 USD
Buy it now


1/10 1/12 1/18 Invincible Mark A Head Sculpt Unpainted fit 6 ML Mafex Mez Neca
12.50 USD
Buy it now


Painted 1/10 1/12 Henry Cavill Superman Head Sculpt fit 6 SHF Mafex ML Mez 7
38.00 USD
Buy it now


1/12 Black White Cape Cloak for 6 Anakin Ahsoka Tano Black Series (No figure)
25.99 USD
Buy it now
Free shipping


1/12 White Wired Robe Cloak for 6 Emira Emira Figma (No figure)
24.99 USD
Buy it now
Free shipping


Handmade 1/12 Black Wired Cape Cloak for 6 Figma Guts Berserk (No figure)
25.99 USD
Buy it now
Free shipping

---

1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca




---

**You may also like**

Feedback on our suggestions


Painted 1/10 1/12 Marilyn Monroe Head Sculpt for 6" Mafex SHF ML MEZ 7" NECA Mcf
New
**$38.00**
+ $3.50 shipping
Seller with a 99.5% positive feedback


1/18 1/12 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML MAFEX Mez 7" 3.75"
New
**$12.50**
+ $3.50 shipping
Seller with a 99.5% positive feedback


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback


1/10 1/12 1/18 Marilyn Monroe Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca
New
**$12.50**
+ $3.50 shipping
Seller with a 100% positive feedback


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**
Free shipping
Last one


Painted 1/10 1/12 1/18 Gangsters Robber P Head Sculpt for 6" Mafex ML Mez Neca 7
New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback


Painted 1/10 1/12 1/18 Gangsters Robber N Head Sculpt for 6" Mafex ML Mez Neca 7
New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback


1/10 1/12 1/18 Ben Affleck Head Sculpt Unpainted fit 6" SHF ML MAFEX Mez 7" NECA
New
**$12.50**
+ $3.50 shipping
Seller with a 100% positive feedback


Painted Service 1/12 Marilyn Monroe Head Sculpt for 6" Figure SHF ML MEZ 7" NECA
New
**$38.00**
+ $3.50 shipping
Seller with a 99.6% positive feedback


1/18 1/12 1/10 Clint Eastwood Head Sculpt Unpainted fit 6" SHF ML Mafex 7" Neca
New
**$12.50**
+ $3.50 shipping
Seller with a 99.5% positive feedback


Sponsored


Sponsored


Sponsored


Sponsored


Sponsored

Sponsored
1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Collect Gift B Style

New
$45.00
Free shipping
Last one

Sponsored
1/12 1/10 Scale Henry Cavill Head Sculpt Unpainted Fit 6" ML SHF Neca Figure

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/6 scale Marilyn Monroe Head Sculpt 2.0 For 12" Woman Action Figure

New
$36.37
+ $3.99 shipping
108 sold

Sponsored
1/12 1/10 1/18 Scale Flash Head Sculpt Unpainted Fit 6" ML SHF Neca Action

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

Sponsored
1/12 Scale Cartoon The Punisher Head Sculpt Unpainted Fit 6" ML Figure B Style

New
$11.39
$11.99 5% off
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
Blank 1/12 Scale Cartoon Punisher Head Sculpt Unpainted Fit 6" ML Figure E Style

New
$11.99
Last one



Sponsored
1/12 1/10 1/18 Scale Vampire Batman Head Sculpt Unpainted Fit 6" ML SHF Neca AI

New
$14.39
$15.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback



Sponsored
1/12 Scale Invincible Omnipotent Man Head Sculpt Unpainted Fit 6" Mezco Figure

New
$16.19
$16.99 5% off
+ $2.99 shipping
Last one



Sponsored
1/12 1/10 1/18 Scale The Invincible Man Head Sculpt Unpainted Fit 6" ML SHF Neca

New
$14.99
+ $2.99 shipping
Seller with a 99.6% positive feedback



Sponsored
1/6 Marilyn Monroe Head for phicen Gentlemen Prefer Blondes hot toys ◎US seller◎

New
$36.65
$38.58 5% off
Free shipping
83 sold

Sponsored
1/12 1/10 1/18 Scale Henry Cevill Head Sculpt Unpainted Fit 6" ML SHF MEZ Neca

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

Sponsored
1/12 1/10 Scale The James Bond Head Sculpt Unpainted Fit 6" ML SHF MEZ Neca

New
$12.59
$13.99 10% off
+ $2.99 shipping
Seller with a 99.5% positive feedback

Sponsored
1/12 1/10 1/18 Scale Gordon Sheriff Head Sculpt Unpainted Fit 6" ML SHF Neca

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/12 1/10 1/18 Scale Comic Joker Head Sculpt Unpainted Fit 6" ML SHF MEZ Neca

New
$11.99
+ $2.99 shipping
Seller with a 99.6% positive feedback

Sponsored
1/12 1/10 Scale Spider-Man Head Sculpt Unpainted Fit 6" ML SHF Neca C Style

New
$15.11
$20.99 28% off
+ $2.99 shipping
Seller with a 99.3% positive feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                    Return to top

More to explore :  Venom 1:10 RC Batteries for 1:12,  NEOA 1:6 Military & Adventure Action Figures,  Racers Edge 1:18 RC Switches, Connectors & Wires for 1:12,  1:18 Diecast Cars,  1:32 Diecast Formula 1 Cars,  1:18 Scale Diecast Formula 1 Cars,  1:18 Diecast and Toy Vehicles,  Spark 1:18 Scale Diecast Formula 1 Cars,  1:10 RC Buggies,  Ayrton Senna 1:18 Diecast Formula 1 Cars

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ∨    My eBay ∨    🔔    🛒

Advanced

< Back to search results · Clothing, Shoes & Accesso... > Women > Women's Clothing > Dresses

Share · Add to Watchlist









Have one to sell? Sell now

## 28 RETRO MARILYN MONROE STYLE CHIC UNIQUE SLIMMING BLACK DRESS 3 + TORRID HOOPS

on-point-fashion (26)
100% positive · Seller's other items · Contact seller

### US $33.30
0 bids · Ends in 6d 16h · Saturday, 11:31 PM
or Best Offer

Condition: **New with tags**

**Place bid**

**Make offer**

♡ Add to watchlist

Shipping:    Free Expedited Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: ON POINT FASHION HOUSE, China

Delivery:    📦 Estimated between **Wed, Feb 21** and **Sat, Feb 24** to 30318 ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  🔴🟠  💳 AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence
🔵 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar items    See all >
Sponsored
Feedback on our suggestions







Torrid Marilyn Monroe Dress Midi Red NWT New 12X
New
**$89.50**
+ $14.50 shipping

Cache cheetah animal print brown black retro style Marilyn Monroe satin dress 6
Pre-owned
**$69.00**
+ $9.60 shipping

4X MARILYN MONROE STYLE CHIC UNIQUE SLIMMING BLACK RETRO DRESS + 2 TORRID...
New
**$33.30**
0 bids
Free shipping

Torrid Retro Bodycon Pin Up Dress Size 26 New With Tags Black and white stripe
New
**$25.00**
Free shipping


GoDaddy
Our domain experts are online 24/7.

## What's your size?
Add your size to see recommendations that will fit better.

Add your size

## Sponsored items inspired by your views    See all >
Feedback on our suggestions







Georgia Bulldogs RED 14oz Sculpted Relief Coffee Mug NCAA
New
**$15.95**
+ $6.09 shipping
🔵 Top Rated Plus
Seller with a 100% positive feedback

PARANOID [10/9] NEW VINYL
New
**$135.98**
🔵 Direct from MovieMars
10 watchers

Blueberry Handmade Electric Guitar Hollow Body Seymour Duncans Built to Order
New
**$2,850.00**
+ $100.00 shipping
Seller with a 100% positive feedback

Christmas Elf Props Kit 24 Days of Xmas Elf Activities Elf Countdown Kids Gift
New
**$18.33**
+ $3.99 shipping
7 watchers

Die Straits - Making Movies [New Vinyl LP]
New
**$24.73**
$24.98 1% off
Free shipping
🔵 Direct from Direct1oU

Elf accessor...
Christm...
New
**$22.9**
+ $5.9
Seller...

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 145579098951

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Pattern | Solid |
| Sleeve Length | Sleeveless | Character | Cinderella |
| Neckline | Collared | Closure | Zip |
| Occasion | Business, Casual, Formal, Party/Cocktail, Travel, Wedding, Workwear | Garment Care | Machine Washable |
| Size | 28 | Color | Black |
| Material | 97% COTTON 3% SPANDEX | Fabric Type | Woven |
| Accents | Bow | Dress Length | Midi |
| Brand | cs | Size Type | Plus |
| Department | Women | Style | A-Line, Fit & Flare |
| Theme | 20s, 30s, 40s, 50s, 60s, 70s, 80s, 90s, Biker, Christmas, City, Classic, College, Designer, Gothic, Halloween, Holiday, Paris, Peasant, Preppy, | Features | Collared, High Waist, Slimming |

Season

College, Designer, Gothic, Halloween, Holiday, Punk, Russian, Preppy, Princess, Retro, Rock, Sexy, Steampunk, Tattoo, ROCKABILLY

Item description from the seller



**PLEASE READ ENTIRE LISTING**
**BEFORE BIDDING OR BUYING**
**THANK YOU**


# Size

TAG SAYS 28

PLEASE READ CHART BELOW

Size Chart

Important Note:

If your measurements happen to be between two sizes, please choose the next bigger one.

U.S.
Regular
Size

| Our Size | 36/S | 38/M | 40/L | 42/XL | 44/0XL | 46/1XL |
|---|---|---|---|---|---|---|
| Body Bust | 34" | 36" | 38" | 40" | 42" | 44" |
| Body Waist | 26" | 28" | 30" | 32" | 34" | 36" |
| Body Hips | 36" | 38" | 40" | 42" | 44" | 46" |

U.S. Plus
Size

| Our Size | 2XL | | 3XL | | 4XL | |
|---|---|---|---|---|---|---|
| | 18 | 20 | 22 | 24 | 26 | 28 |
| Body Bust | 45" | 47" | 48" | 50" | 52" | 54" |
| Body Waist | 37" | 39" | 40" | 42" | 44" | 46" |
| Body Hips | 47" | 49" | 50" | 52" | 54" | 56" |

Please use the following guidelines along with a fabric tape measure to be certain you're ordering the right size.
Measurements over your undergarments.

How to measure

With arms relaxed at
your sides, measure
the fullest part of
your bust, under
your arms and
keeping the tape
parallel to the floor.

Waist

Measure around
your natural
waistline, keeping
the tape parallel to
the floor and
comfortably loose.

Hips

Stand with your
heels together, and
measure around the
fullest part of your
hips, Keeping the
tape parallel to the
floor.

## Description

Winner receives:

1 - STUNNING, SLIMMING AND UNIQUE

RETRO, ALINE BLACK DRESS

ADORNED WITH WAIST SNATCHING

INSET AND BOW.

LOVELY, FULL SWEEP SKIRT.

SO GIRLY AND SWEET.

TOTAL LENGTH APPROXIMATELY 48"

ZIPPER ON THE SIDE.

97% cotton / 3% spandex

POPLIN MATERIAL.

Brand new from the manufacturer

Never worn or tried on!





**FEEL FREE TO BROWSE MY OTHER FASHION**

CLICK ABOVE ~ OPENS IN NEW WINDOW

SMOKE FREE

AND

PET FREE ENVIRONMENT

PLEASE READ RETURN POLICY DETAILS BELOW

THANK YOU



RETURN POLICY DETAILS:

RETURNS ARE NOT ACCEPTED FOR HYGIENIC REASONS.

I HAVE HAD TOO MANY PEOPLE RETURN ITEMS

WITH TAGS MISSING; COVERED IN HAIR AND DEBRIS

I AM A VERY CLEAN PERSON AND WILL ONLY SEND

📅 Joined Dec 2019



Back to search results

More to explore : Shapewear Slimming Marilyn Monroe, Torrid Retro Dresses for Women, Marilyn Monroe Women's Dresses, Black Shapewear Marilyn Monroe, Torrid Sleeveless Retro Dresses for Women, White Dress Marilyn Monroe Costumes for Women, Pink Dress Costumes Marilyn Monroe for Women, Torrid Black Dresses for Women, Men's Marilyn Monroe, Women's Marilyn Monroe

Return to top

**Shop the Latest Sneakers**

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Jordan 11 Retro Mid Gratitude / Defining Moments | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Nike Air Force 1 07 Low Triple White | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Nike Zoom Kobe 6 Protro Low Reverse Grinch | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 1 High Retro OG Yellow Ochre Black | Jordan 38 Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 6 Retro Mid Yellow Ochre | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice







ebay

< Back to search results · Clothing, Shoes & Accesso... > ... > Shirts > T-Shirts



Share · Add to Watchlist

**1956 MARILYN MONROE TATTOO PINSTRIPE ROCKABILLY ELVIS DEAN EISYNDICATE T-SHIRT -**
show original title

ooo_plulachampagne-ooo (500)
99% positive · Seller's other items · Contact seller

**EUR 21.98**
Approximately US $23.86

Condition: **New with tags**

Größe:        - Select -                                ⌄

Quantity:    1    Last One

| Buy It Now |
|---|
| Add to cart |
| ♡ Add to watchlist |

Shipping:  EUR 8.98 (approx US $9.75) Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Don Mueang District, Thailand

Delivery:  🚚 Estimated between Tue, Feb 13 and Wed, Mar 13 to 30318 ⓘ
Please note the delivery estimate is **greater than 12 business days**.
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns:   Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay eGift Cards for all
A treat for any occasion.
ebay
Shop now

Have one to sell? Sell now

## Similar sponsored items   See all >

Feedback on our suggestions






EISYNDICATE T-SHIRT MARILYN MONROE TATTOO PINSTRIPE PIN UP ROCKABILLY INKED 1956
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT MARILYN MONROE TATTOO PINSTRIPE ROCKABILLY SEX SYMBOL...
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT DOPE JAMES DEAN TATTOO ELVIS MARILYN MONROE USA FLAG...
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT MARILYN MONROE BRILLE TATTOO PINSTRIPE ROCKABILLY ELVIS...
New
**$23.88**
+ $9.75 shipping
Seller with a 99% positive feedback

## What's your size?
Add your size to see recommendations that will fit better.

Add your size

## Sponsored items inspired by your views   See all >

Feedback on our suggestions






EISYNDICATE T-SHIRT MARILYN MONROE TATTOO PINSTRIPE ROCKABILLY SEX SYMBOL 1956g
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT DOPE JAMES DEAN TATTOO ELVIS MARILYN MONROE USA FLAG 1140g
New
**$24.15**
+ $10.15 shipping
Seller with a 99.3% positive feedback

EISYNDICATE T-SHIRT MARILYN MONROE TATS TATTOO BUBBLE ROGUE GREY 3907g
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT JAMES DEAN REBEL MARILYN MONROE ELVIS STEVE McQUEEN 1554c
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT DOPE JAMES DEAN TATTOO ELVIS MARILYN MONROE USA FLAG 1140c
New
**$21.73**
$24.15 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNI MONR
New
**$21.73**
$24.1

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.                          eBay item number: 404763335922

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Charakter | Batman, MARILYN MONROE |
| Größenkategorie | Normale Größe | Besonderheiten | Atmungsaktiv |
| Marke | EISYNDICATE | Material | Baumwollmischung |
| Ausschnitt | Rundhals | Muster | Ohne Muster |
| Abteilung | Herren | Vintage | Nein |
| Ärmellänge | Kurzarm | Passform | Bequem Sitzend |
| Anlass | Freizeit | Produktart | T-Shirt |

Item description from the seller

※ Bienvenido ※ Willkommen ※ Benvenuto ※ Welcome ※ Bienvenue ※ Grüetzi ※

Weltweiter Versand ~ Worldwide Shipping on Flatrate ~ Wire Transfer or Paypal

# E1SYNDICATE PREMIUM TEE

### SIZE CHART +/- 3cm

| LABEL | SIZE | WIDTH | LENGTH | COLOUR | CONDITION |
|-------|------|-------|--------|--------|-----------|
| E1SYNDICATE | S<br>M<br>L<br>XL<br>XXL | 44cm<br>47cm<br>53cm<br>58cm<br>63cm | 65cm<br>70cm<br>75cm<br>77cm<br>82cm | See Pic | new |

Thanks for dropping by

xoxo



### ooo-plainchampagne-ooo

99% Positive Feedback
2.9K items sold

Seller's other items

Contact

♡ Save seller

📅 Joined Sep 2019

**Detailed seller ratings**

Average for the last 12 months.

Accurate description ———————— 4.9

**Seller feedback** (689)

🟢 o***v (174) · Past year

Excellent seller!! fast shipping and the product was exactly as advertised!

See all feedback

## You may also like

Feedback on our suggestions



EISYNDICATE T-SHIRT MARILYN MONROE
BRILLE TATTOO PINSTRIPE ROCKABILLY
ELVIS 1956
New
**$23.88**
+ $9.75 shipping
Seller with a 99% positive feedback



Marilyn Monroe Tattoo 1 Tshirt biker
motorrad punk rock n roll Kult Legende
New
**$18.36**
+ $14.01 shipping
Seller with a 99.9% positive feedback



James Dean Audrey Hepburn Marilyn
Monroe T-shirt Old School Tattoo Clothing
New (Other)
**$16.53**
+ $16.78 shipping
Seller with a 100% positive feedback



EISYNDICATE T-SHIRT DRAGSTRIP
ROCKABILLY PIN UP 50s HOT ROD
PINSTRIPE 2176
New
**$23.88**
+ $10.84 shipping



EISYNDICATE T-SHIRT DOPE JAMES DEAN
TATTOO ROCKABILLY USY FLAG ICON
GIANTS 1140
New
**$23.88**
+ $9.75 shipping
Seller with a 99% positive feedback



Rockabilly Tattoo Herren T-Shirt für Biker mit
sexy Pin Up Girl Marilyn
New
**$18.36**
+ $6.41 shipping
Popular



EISYNDICATE T-SHIRT ELVIS PRESLEY
MUGSHOT ROCKABILLY KING OF ROCK N
ROLL 2187
New
**$23.88**
+ $9.75 shipping
Seller with a 99% positive feedback



Marilyn Monroe Tattoo Skull T-Shirt
New (Other)
**$16.41**
+ $8.76 shipping



EISYNDICATE T-SHIRT MARILYN MONROE
MIDDLE FINGER SO CAL CALIFORNIA LOVE
5323
New
**$30.39**
+ $9.75 shipping
Seller with a 99% positive feedback



EISYNDICATE T SHIRT AUDREY HEPBURN
MIDDLE FINGER TATTOO ELVIS JAMES
DEAN 4991
New
**$23.88**
+ $9.75 shipping
Seller with a 99% positive feedback













Sponsored
EISYNDICATE T-SHIRT MARILYN MONROE
TATTOO PINSTRIPE ROCKABILLY ELVIS
DEAN 1956
New
$23.88
+ $9.75 shipping
Seller with a 99% positive feedback



Sponsored
EISYNDICATE T-SHIRT MARILYN MONROE
BRILLE TATTOO PINSTRIPE ROCKABILLY
ELVIS 1956
New
$23.88
+ $9.75 shipping
Seller with a 99% positive feedback

Sponsored
Rockabilly Damen T Shirt Marilyn Tattoo
Frauen Sexy Top Biker Motorrad up
New
$18.36
+ $6.41 shipping
156 sold



Sponsored
Offizielle Marilyn Monroe Gangsta Damen T-
Shirt
New
$27.15
+ $8.68 shipping
8 watchers



Sponsored
James Dean Audrey Hepburn Marilyn
Monroe Ladies T-shirt Old School Tattoo
New (Other)
$16.53
+ $16.78 shipping
Seller with a 100% positive feedback



Sponsored
Offizielle Marilyn Monroe Outlaw Damen T-
Shirt
New
$27.15
+ $8.68 shipping
6 watchers



Sponsored
Shirt MAN & WOMEN - Kult Shirt - MARILYN
MONROE - T SHIRT - Freizeit - Hobby
New
$21.71
+ $11.84 shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Hollywood Starlet Damen T-
Shirt
New
$27.15
+ $8.68 shipping



Sponsored
Shirt MAN & WOMEN - Kult Shirt - MARILYN
MONROE - T SHIRT - Freizeit - Hobby
New
$21.71
+ $11.84 shipping
Seller with a 100% positive feedback



Sponsored
EISYNDICATE T-SHIRT PIN UP PORN CALI
METH KOKAIN CAVIAR CHAMPAGNE 334
New
$23.88
+ $9.75 shipping
Seller with a 99% positive feedback



Sponsored
Marilyn Monroe Nude T-Shirt Baumwolle
offizielly licensed
New
$24.68
+ $26.07 shipping
Seller with a 100% positive feedback

Sponsored
Mermaid Tattooed Pin Up T-Shirt Schwarz
Gothic Rockabilly Tattoo Biker Kult Fun
New
$19.44
+ $14.01 shipping
Seller with a 99.9% positive feedback

Sponsored
EISYNDICATE T-SHIRT DOPE SEXY PIN UP
BONG GIRL WEED MARIJUANA ÖL SATIVA
HASH 812
New
$23.88
+ $9.75 shipping
Seller with a 99% positive feedback

Sponsored
Shirt MAN & WOMEN - Kult Shirt - MARILYN
MONROE - T SHIRT - Freizeit - Hobby
New
$21.71
+ $11.84 shipping
Seller with a 100% positive feedback

Sponsored
Women's Marilyn Monroe Fitted T-Shirt
White
New (Other)
$10.16
+ $15.27 shipping
8 watchers



Back to search results    Return to top

More to explore :   Marilyn Monroe T-Shirts for Women,   EISYNDICATE T-Shirts for Men,   Juniors T-Shirts Marilyn Monroe for Women,   EISYNDICATE Cotton T-Shirts for Men,   Marilyn Monroe T-Shirts Size Plus for Women,   MARILYN T-Shirts for Men,
Elvis T-Shirts for Men,   Tattoo T-Shirts for Men,   Men's Marilyn Monroe,   Polyester Tattoo T-Shirts for Men

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Atrendhairs Ombre Pink Cosplay
Wig for Women Long Curly...
$22.99 prime

Sponsored ℹ

### Customers frequently viewed

Page 1 of 2

| TANTAKO Blonde Vintage Cosplay Wig Short Platinum Blonde Synthetic Wig for... | Topcosplay Women Wigs Platinum Blonde Short Curly Halloween Costume Cosplay Wig | GNMFGIL Short Blonde Curly Wigs for Women Big Wavy 80s Flip Wigs Cosplay Costume P... | mxcurse Women's Curly Wavy Retro Blonde Party Hair Wig(Gold) | KOLIGHT Girls Long Curly Rainbow Color Cosplay Party Costume Hair Wigs with... | BERON 14" Women Girls Short Curly Bob Wavy Wig Body Wave Halloween Cosplay... | Kaneles Half White Half Red Long Straight Anime Cosplay Wig for Women Red White Syn... |
|---|---|---|---|---|---|---|
| ★★★★☆ 73 | ★★★★☆ 829 | ★★★★☆ 1,161 | ★★★★☆ 199 | ★★★★☆ 455 | ★★★★★ 4,352 | ★★★★☆ 2,042 |
| $19.98 ($19.98/Count) | $21.99 ($21.99/Count) | $20.98 ($20.98/Count) | $19.99 ($19.99/Count) | Amazon's Choice in Women's Costume Wigs | $17.99 ($17.99/Count) | $17.99 ($2.63/Ounce) |
| prime | prime | prime | prime | $9.89 ($9.89/Count) prime | prime | prime |



GUND     GUND Original Snuffles Teddy Bear, Stuffed Anim...
★★★★★ 1,144
20% off Deal     Shop now

Sponsored ℹ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Make your home smarter

| Roku Express | HD Roku Streaming Device with Simple Remote (no TV controls), Free & Live TV | Dreo 4L Smart Humidifiers for Bedroom, Quiet... | HP DeskJet 4155e Wireless Color Inkjet Printer, Print, scan, cop... | Roku Ultra | The Ultimate Streaming Device 4K/HDR/Dolby Vision/Atmos, Rechargeable Roku Voi... | LEVOIT LV600S Smart Warm and Cool Mist Humidifiers for Home Bedroom Large Room,... | Epson EcoTank ET-2800 Wireless Color All-in-One Cartridge-Free... | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ★★★★☆ 10,304 | ★★★★☆ 944 | ★★★★☆ 21,976 | ★★★★★ 9,609 | ★★★★★ 30K+ viewed in past month | ★★★★☆ 7,426 | | | | | |
| $24.00 | $49.99 | $79.00 | Amazon's Choice | $109.99 | #1 Best Seller in Ink Tank Printers | | | | | |
| prime Today by 10:00 PM | Humidifiers prime Today by 10:00 PM | Inkjet Computer Printers prime Today by 10:00 PM | $69.99 prime Overnight by 11:00 AM | prime FREE One-Day Get it Tomorrow, Feb 4 | $199.99 prime FREE Delivery Monday, Feb 5 | | | | | |

## Recommended Devices inspired by your shopping history

Page 1 of 5

| Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging... | Amazon Kindle Paperwhite (8 GB) – Now with a larger display, adjustable warm light, increased battery life, and faster page turns ... | INSIGNIA 43-inch Class F30 Series LED 4K UHD Smart Fire TV with Alexa Voice Remote (NS-43F301NA22, 2021... | Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release) | Ring Battery Doorbell Plus | Head-to-Toe HD+ Video, motion detection & alerts, and Two-Way Talk (2023 release) | Amazon Fire Max 11 tablet, vivid 11" display, all-in-one for streaming, reading, and gaming, 14-hour battery life,... | Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) – White | INSIGNIA 42-inch Class F20 Series Smart Full HD 1080p Fire TV with Ale... | Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White | TCL 55-Inch Class S4 4K LED Smart TV with Fire TV (55S450F, 2023 Model), Dolby Vision HDR, Dolby Atmos, Ale... |
|---|---|---|---|---|---|---|---|---|---|
| ★★★★☆ 23,567 | ★★★★☆ 49,424 | ★★★★☆ 13,688 | ★★★★☆ 33,547 | ★★★★☆ 4,067 | ★★★★☆ 5,598 | ★★★★☆ 8,456 | #1 Best Seller in LED & LCD TVs | ★★★★☆ 4,498 | ★★★★☆ 7,498 |
| $189.99 | $139.99 | $179.99 | $199.99 | $179.99 | $229.99 | $169.99 | 25% off Limited time deal | $249.99 | $249.99 |
| prime FREE Delivery Monday, Feb 5 ♻ Climate Pledge Friendly | prime ♻ Climate Pledge Friendly | Get it Feb 7 - 9 FREE Shipping | prime Today by 10:00 PM | prime Today by 10:00 PM ♻ Climate Pledge Friendly | prime Today by 10:00 PM ♻ Climate Pledge Friendly | prime Today by 10:00 PM ♻ Climate Pledge Friendly | $149.99 List: $199.99 | prime Today by 10:00 PM | prime FREE Delivery Monday, Feb 5 |

## Your Browsing History     View or edit your browsing history

Page 1 of 4

                  

Back to top

Careers
Amazon Newsroom
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English     United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996–2024, Amazon.com, Inc. or its affiliates



Hi Jeffrey!  Daily Deals  Brand Outlet  Gift Cards  Help & Contact        Sell  Watchlist  My eBay

< Back to search results    Collectibles & Art › Art › Paintings

Share · Add to Watchlist

SAVE UP TO 22%  See all eligible items and terms ›








Have one to sell? Sell now

### modern Marilyn Monroe oil painting 100% hand-painted art on canvas

 peacock-1 (31747)
97.7% positive · Seller's other items · Contact seller

**US $77.22**
Was US $99.00 ⓘ
Save US $21.78 (22% off)

Condition: --

*Note:Unstretched and Unframed canvas. It will arrive to you securely rolled on a tube.*

Sale ends in: 2d 19h

Quantity:  1    3 available / 6 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺ Breathe easy. Free shipping and returns.

⚡ People want this. 39 people are watching this.

Shipping: Free ePacket delivery from China. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Beijing, China

Delivery: 🗓 Estimated between Wed, Mar 27 and Tue, Apr 16 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 48 business days.
Please allow additional time if international shipping is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


SCRATCH-OFF SAVINGS  COMPARE RATES AND SAVE!
PROGRESSIVE  Get a Quote

### Similar sponsored items    See all >

Feedback on our suggestions






| | | | |
|---|---|---|---|
| Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe | 100% hand short hair fashion Marilyn Monroe oil painting art on canvas | Marilyn Andy Warhol Screen Print 92cm x 92cm based on 1967 # 23 Unsigned | High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe |
| $77.22 | $74.30 | NEW AUCTION | $77.22 |
| $99.00 22% off | $95.00 22% off | Pre-owned | $99.00 22% off |
| Free shipping | Free shipping | $483.42 | Free shipping |
| | 7 watchers | 0 bids | |
| | | 9d 23h | |
| | | + $36.97 shipping | |
| | | Seller with a 100% positive feedback | |

### Sponsored items inspired by your views    See all >

Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween | Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress | 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box | Marilyn Monroe con tstueggi poster tela canvas no cornice | Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box | VINTAGE SODA MONR... |
| New | New | New | New | New | Pre-ow |
| $16.98 | $24.15 | $69.00 | $21.53 | $84.99 | $104.5 |
| Free shipping | + $7.99 shipping | + $26.00 shipping | Free shipping | + $50.00 shipping | $149.9 |
| 5 watchers | Seller with a 100% positive feedback | Last one | | 7 watchers | Free sh |
| | | | | | Seller |

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 175128848402

Last updated on Sep 04, 2023 20:55:03 PDT  View all revisions

### Item specifics

| Seller Notes: | *Note:Unstretched and Unframed canvas. It will arrive to you securely rolled on a tube.* | Type | Painting |
|---|---|---|---|
| Production Technique | Oil Painting | Subject | Women |

| Style | Abstract | Artist | Unknown |
|---|---|---|---|
| Features | | Material | |
| Size | Medium (up to 36in) | Year of Production | 2000-Now |
| Region of Origin | Unknown | Country/Region of Manufacture | China |
| Unit of Sale | Wholesale Lot | Handmade | Yes |
| Color | Multi-Color | Date of Creation | 2000-Now |
| Listed By | Artist | Framed/Unframed | Unframed |
| Painting Surface | Canvas | | |

## Item description from the seller

**Note:**

Unstretched and Unframed canvas, It will arrive to you securely rolled on a tube.

These display images are not the actual oil paintings you will receive. After your payment has been cleared, we will start to paint them for you in oil paint on canvas. Since your art piece was painted for you, it does take several weeks to paint and about two weeks to mail to you . This timeframe also depends on customs in both China and in your country.  Please consider these factors carefully prior to your purchase.We try our best to satisfy our customers. Our merchandises are high quality and our company is always regarded as reliable and responsible one by our customers. We hope that we will cooperate with you in the future. If you have any question about my items, please E-mail us, We will reply you as soon as possible.

**Size:**

24"x 36" (inch)   1inch =2.54cm

We can customize other handmade oil painting items. You only need to provide pictures.We can paint portraits, nudes, landscapes, seascapes, animals, abstract images, etc. Contact us for a quote .

**About the item:**

This is not a print, it is 100% hand painted oil painting on canvas. It is a high quality oil painting. A very good gift for yourself and someone specia.

**About Feedback:**

Thank you very much for purchasing from us. If you are satisfied with this transaction, we sincerely hope that you can leave us a positive comment and four 5-star Detailed Seller Ratings, which are of vital importance to us. If you are not satisfied in any regard, please tell us before you take any action so that we can work out the problems together.





**peacock-1**

97.7% Positive Feedback
114K Items sold

Joined Jul 2017

Visit store
Contact
♡ Save seller

| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬ | 4.9 |

that isn't already amazing... it arrived early!!Great Seller!! See you again soon!

l***y (446) • Past month

Gorgeous piece of artwork. Carefully packed and fast delivery. Best Seller on eBay.

5***2 (291) • Past 6 months

Painting is nicely done and it looks as in the advertisement picture. Came in a very well protected and compact bubble wrap. Very pleased with the purchase.

See all feedback

**Popular categories from this store**   See all

Oil Painting   Other

🔒 **SAVE UP TO 22%**ⓘ  See all eligible items →

Save up to 22%

Marked down item price reflects all savings. Items provided by peacock-1

All promotional offers from peacock-1

+ See all

| Modern Abstract Handpainted High Quality Art Oil Painting Summer beach On Canvas | Handpainted High Quality Art Oil Painting Portrait Napoleon 36" | 36"Large Home Wall Decor Modern Art oil painting the woman handpainted on canvas | 48"Large Modern 100%Handmade Oil Painting Horse on Canvas Home Office Wall Decor | Modern Art Oil Painting On Canvas Home Decoration - Gunsmith Shop |
|---|---|---|---|---|
| Was: US $99.00 | Was: US $99.00 | Was: US $99.00 | Was: US $119.00 | Was: US $99.00 |
| Now: US $77.22 | Now: US $77.22 | Now: US $77.22 | Now: US $92.82 | Now: US $77.22 |

You can change quantities in your cart.

## You may also like

Feedback on our suggestions






| 100% hand short hair fashion Marilyn Monroe oil painting art on canvas | Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe | CHOP187 100% hand-painted Marilyn Monroe art oil painting wall decor on canvas | High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe | CHOP1024 100% hand short hair fashion Marilyn Monroe oil painting art on canvas |

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ∨    My eBay ∨    🔔    🛒

Advanced

⟨ Back to search results · Clothing, Shoes & Accesso... › ··· › Accessories › Wigs & Facial Hair

Share · Add to Watchlist

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style Cosplay

**pear_2016** (1103)
98.7% positive · Seller's other items · Contact seller

## AU $24.21
Approximately US $15.96
or Best Offer
Was AU $26.90 ⓘ
Save AU $2.69 (10% off)

Condition:  **New with tags**

| Buy It Now |
|:---:|
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩  Breathe easy. Free shipping and returns.

**Shipping:** Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

**Delivery:** ⏱ Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 days returns. Seller pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  🟠 mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

Find mental health resources

**Love,**
*Your Mind*

⊙ HUNTSMAN    Ad

Learn More

## Similar sponsored items    See all ›

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
**$14.36**
$16.33 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new
New
**$14.75**
$16.39 10% off
Free shipping



## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
**$15.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New
**$16.49**
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
New
**$168.30**
$198.00 15% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig design Halloween
New
**$18.96**
$37.91 50% off
Free shipping
Seller with a 99.2% positive feedback

100% hand short hair fashion Marilyn Monroe oil painting art on canvas
New
**$81.77**
$86.99 6% off
Free shipping



Marily
Sculpt
New
**$13.9**
Free sh

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 386271061717

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

## Item description from the seller

🏅 100% Genuine    🔒 High Quality    ⊡ Fast Shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us



You may also like

Kosuke Ueki new Short Green Straight men's cos party full
**29.6 AUD**
Free shipping

LOL Akali Wine Red Long Clip on Ponytail Cosplay Hair full
**31.86 AUD**
Free shipping

Sexy Lady Long Wavy Curly Blonde Party Hair Full Cosplay
**25.97 AUD**
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style Cosplay








**PRODUCT DESCRIPTION**

**Notice**

ebay feedback | shipping | About us | After sales

You may also like

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
**$15.15**
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
**$15.49**
$17.21 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant
New
**$15.14**
$17.02 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig party High Quality
New
**$15.18**
$16.87 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig party style
New
**$16.71**
$18.78 11% off
Free shipping

ebay     Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ∨    My eBay ∨    🔔    🛒

Back to search results · Clothing, Shoes & Accesso... › Women › Women's Accessories › Hair Accessories

Share · Add to Watchlist








‹  ›

Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable

pearl.19802 (1197)
96.6% positive · Seller's other items · Contact seller

**C $19.68**
Approximately US $14.64
or Best Offer
Was C $22.11 ⓘ
Save C $2.43 (11% off)

Condition:  New with tags

Quantity:   [ 1 ]    10 lots available (10 items per lot)

[ **Buy It Now** ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

↺ Breathe easy. Free shipping and returns.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  Estimated between Thu, Feb 15 and Thu, Mar 21 to 30318 ⓘ
Please note the delivery estimate is **greater than 14 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  ●●  AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items     See all ›

Feedback on our suggestions


Short Bob Wig with bangs Cosplay Color mixed brown Wig washable hair healthy
New
**$10.51**
$11.81 11% off
Free shipping



10pcs Lovely Candy Color Rabbit Hair Clip Claw Women Girls Hair Accessories Hot
New
**$1.47**
$1.67 12% off
Free shipping
8 watchers


Cream-coloured girl long curly hairmiddle parting hair cos wig Halloween new
New
**$17.51**
$19.68 11% off
Free shipping


Hair Clip Bowknot Hairpin Matte Candy Color Barrettes Charm Fashion 1PC
New
**$0.74**
Free shipping
33 sold

### Sponsored items inspired by your views     See all ›

Feedback on our suggestions


Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$12.99**
Free shipping


Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
New
**$25.89**
Free shipping
8 watchers


Marilyn Monroe Blonde 5D Picture Diamond Painting Kit Rhinestone Wall Decor Art
New
**$11.29**
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback


100% hand short hair fashion Marilyn Monroe oil painting art on canvas
New
**$74.30**
$95.69 22% off
Free shipping
7 watchers


Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**
Free shipping


Cos M... gold c...
New (C...
**$16.14**
$19.... 1
Free s...
25% o...

---

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 354459924954

Last updated on Jul 04, 2023 01:22:46 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, unworn and unworn item (including handmade items) in the original ... Read more | Accents | Bow |
| Brand | Unbranded | Character | Boo |
| Color | Multicolor | Country/Region of Manufacture | China |
| Department | Men | Features | Eco-Friendly |
| Hair Type | Coarse Hair | Material | 100% Viscose |
| Occasion | Activewear | Pattern | Animal Print |

## Item description from the seller



| | | | | | |
|---|---|---|---|---|---|
| Doma Umaru Bangs Blonde Long Straight Cosplay Party Hair Wig design | Judge Wig Barrister Court Gentleman Downton Lawyer social Free hair net | Halloween Hair Hercules Megara Long Wig 90cm Ponytail+60cm Wig Rose | Black girl middle parting long straight hair cosplay wig HIGH high- | I Am A Zombie Olivia Liv Moore Light Blonde Short Wavy Full Wigs gift | Camui Gakupo Gackpoid long cosply one ponytail full wigs Elegant heat |
| 21.5 CAD | 22.98 CAD | 54.87 CAD | 27.44 CAD | 17.58 CAD | 53.66 CAD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| | | | | | |
|---|---|---|---|---|---|
| Green wood Gradient flax ash girl long straight hair cos wig wave Synthetic | Sexy Lady Long Wavy Curly Blonde Party Hair Full Cosplay Wig design | Toukon Rambu Online Yamatonokami blue black Short Hair cos Wig | Short &Wavy Snow White Adult Fancy Costume Wig +Red bow headband | 27inch Wig Women Long Wave Curly Wigs Fire Orange Red Ombre Hair | Birds Of Prey Harley Quinn Wigs Short Yellow Synthetic Hair STANDARD |
| 26.32 CAD | 22.23 CAD | 21.3 CAD | 29.67 CAD | 22.88 CAD | 22.6 CAD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| Accurate description | ——— | 4.8 |
|---|---|---|
| Reasonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 4.9 |
| Communication | ——— | 4.9 |

### Popular categories from this store     See all

Collection     Other

Excellent Seller. Item just as described. Very pleased. Great communication. Fast shipping. A+

Natural Cinnabar Carved China Dragon Necklace Pendant Luxury Gift Women Classic (#362852977593)

l***m (107) · Past 6 months

Lovely items ordered arrived timeny, well-packaged, and as represented. Very nice. Thanks. Would recommend this seller.

6mm Tiger Eye Citrine Beads Handmade Bracelet 7.5inch Healing Lucky Wrist (#355054704817)

-***t (44) · Past 6 months

Beads received were brown with dark spots. No white at all. Thought maybe the wrong beads were sent. Sellers response was that beads come in all colors. Nice. But I wanted the white ones. No can do they said. gave me 1/2 price refund. Will not shop here again

10mm White Jade Bodhi 108 Beads Tassel Mala Bracelet energy Reiki spiritual (#355437905940)

See all feedback

## You may also like

Feedback on our suggestions



Afro Short Curly Wig Gold Blonde Wigs Deep Curly Cos Wigs for Women None Lace US
New
$17.99
$19.99 10% off
Free shipping
8% off 2+ with coupon





Short Bob Wig with bangs Cosplay Color mixed brown Wig washable hair healthy
New
$10.51
$11.81 11% off
Free shipping





Short Spiral Curly Blonde Afro Fluffy Synthetic Heat Safe Wig With Bangs Cos
New
$18.99
Free shipping



Short brown curls style Movie characters cosplay wig High Quality
New
$14.38
$16.16 11% off
Free shipping





Cream-coloured girl long curly hairmiddle parting hair cos wig Halloween new
New
$17.51
$19.68 11% off
Free shipping

Short Black Big Curly Wave Synthetic Hair with Bangs Wigs Cos Daily Use Wigs USA
New
$18.04
$18.99 5% off
+ $1.99 shipping
8% off 2+ with coupon

Sexy Lady Long Wavy Curly Blonde Party Hair Full Cosplay Wig wigs gift healthy
New
$13.94
$15.66 11% off
Free shipping
7 watchers



Gradual green girl Short straight middle parting hair cos wig party Party
New
$17.04
$19.15 11% off
Free shipping



New Pink gradient color Long straight hair cosplay Wig Rose hairnet Synthetic
New
$16.81
$18.88 11% off
Free shipping
11 watchers



White colour girl short hair middle parting hair style cos wig breathable
New
$14.09
$15.83 11% off
Free shipping



Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant

New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot

New (Other)
**$14.80**
$16.65 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot

New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy

New (Other)
**$16.02**
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New (Other)
**$15.90**
$18.07 12% off
Free shipping








Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable Cosplay

New
**$15.78**
$17.73 11% off
Free shipping
Seller with a 99.2% positive feedback

Nostalgic Marilyn Monroe Pattern Waterproof Bleck White Bathroom Shower Curtain

New
**$25.89**
Free shipping
8 watchers

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social

New (Other)
**$15.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair hair Free hair net

New (Other)
**$14.63**
$16.43 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig heat hairpiece

New (Other)
**$15.12**
$16.99 11% off
Free shipping






Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig party hair mask

New
**$16.15**
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
**$14.99**
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
**$12.99**
Free shipping

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
**$12.99**
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
**$13.99**
Free shipping
10 watchers

Back to search results     Return to top

More to explore :   Gold Costume Wigs Hair Curly,   Gold Curly Costume Wigs & Facial Hair,   Curly Hair Wig Costume Wigs & Facial Hair,   Halloween Gold Curly Costume Wigs & Facial Hair,   Women's Short Marilyn Monroe,
Granny Curly Hair Wig Costume Wigs & Facial Hair,   Forum Curly Hair Wig Costume Wigs & Facial Hair,   Superhero Curly Hair Wig Costume Wigs & Facial Hair,   Rubie's Curly Hair Wig Costume Wigs & Facial Hair,   Curly Hair 1990s Costume Wigs Hair

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Jordan 11 Retro Mid Gratitude / Defining Moments | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Nike Air Force 1 '07 Low Triple White | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Nike Zoom Kobe 6 Proto Low Reverse Grinch | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 1 High Retro OG Yellow Ochre Black | Jordan 38 Mid Chinese New Year 2024 | Jordan 13 | Yeezy 350 | Skechers |
| Jordan 6 Retro Mid Yellow Ochre | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay








Back to search results · Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces

Share · Add to Watchlist



Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant healthy hair

 pearl2019-10 (2721)
97.1% positive · Seller's other items · Contact seller

**C $20.34**
Approximately US $15.13
or Best Offer
Was C $22.60 ⓘ
Save C $2.26 (10% off)

Condition: New without tags
"Male Yoga Prayer bracelet"

Sale ends in: 6d 10h

Quantity:        1 lot available (10 items per lot)

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Free shipping and returns.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    📦 Estimated between Fri, Feb 16 and Tue, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●● ●●  ⓘ

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



## Similar sponsored items    See all >

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free net
New (Other)
**$14.63**
$16.43 11% off
Free shipping

## Sponsored items inspired by your views    See all >

Feedback on our suggestions







Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair
New (Other)
**$16.14**
$18.14 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet Cosplay
New
**$15.32**
$17.02 10% off
Free shipping

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$145.18**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot gift
New (Other)
**$14.96**
$16.81 11% off
Free shipping

Wigs fo wavy d
New
**$19.18**
Free sh
Seller v

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 25, 2023 10:24:26 PDT View all revisions

eBay item number: 155343637161

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Male Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |

Item Length 7 in
MPN 3
Texture Underwear
Type Does not apply
UPC

Item Weight 3.08 lb
Style Beaded
Brand Name
Wig Parting Type C-Part

## Item description from the seller



## You may also like



Cos Marilyn Monroe short paragraph pale
gold curly hair wig Elegant
New (Other)
$14.59
$16.49 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig new style STANDARD
New (Other)
$16.66
0 bids
Free shipping



Cos Marilyn Monroe short paragraph pale
gold curly hair wig unisex's new hot
New (Other)
$14.80
$16.63 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair Free hair not
New (Other)
$14.63
$16.43 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale
gold curly hair wig gift healthy
New (Other)
$15.12
$16.99 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale
gold curly hair wig style breathable
New (Other)
$16.06
$18.06 11% off
Free shipping
20% off 3+ with coupon



Cos Marilyn Monroe short paragraph pale
gold curly hair wig style Halloween hot
New (Other)
$14.96
$16.81 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot HIGH healthy
New (Other)
$16.02
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback



Cos Marilyn Monroe short paragraph pale
gold curly hair wig STANDARD
New (Other)
$15.90
$18.07 12% off
Free shipping



Cos Marilyn Monroe short paragraph pale
gold curly hair wig Elegant hot gift
New (Other)
$14.96
$16.81 11% off
Free shipping

Feedback on our suggestions








Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party

New (Other)
$16.14
$18.14 11% off
Free shipping
25% off 6+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku hair

New (Other)
$16.14
$18.14 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable

New
$14.64
$16.64 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot hairpiece

New (Other)
$15.12
$16.99 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable

New (Other)
$17.01
$18.90 10% off
Free shipping
20% off 3+ with coupon







Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic wave

New (Other)
$14.39
$15.99 10% off
Free shipping
10% off 2+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig 1

New
$16.90
$18.99 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social

New (Other)
$15.12
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig washable

New (Other)
$16.82
$18.90 11% off
Free shipping
10% off 2+ with coupon

Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap unisex's

New (Other)
$14.98
$16.65 10% off
Free shipping







Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay social

New (Other)
$17.01
$18.90 10% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's

New (Other)
$15.98
$17.96 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot style

New (Other)
$18.44
$20.95 12% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot High Quality

New (Other)
$16.41
$18.64 12% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hot party hair

New (Other)
$17.54
$19.70 11% off
Free shipping

Back to search results                                                    Return to top

More to explore : Healthy Hair Curly Hair Care & Styling,  Gold Human Hair Curly Wigs & Hairpieces,  Human Curly Hair Wigs,  Human Hair Curly Wigs,  Curly Hair By MissTresses Wigs,  Human Hair Fashion Curly Wigs,  Kinky-Curly Human Hair Wigs,
Kinky-Curly Human Hair Wigs & Hairpieces,  Gray Human Hair Curly Wigs & Hairpieces,  Healthy Hair Shampoos

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

‹ Back to search results · Clothing, Shoes & Accesso... › ... › ... › Accessories › Wigs & Facial Hair

Share · Add to Watchlist



Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style

pearl-diy-yang (172)
96.7% positive · Seller's other items · Contact seller

**AU $25.36**
Approximately US $16.71
or Best Offer
Was AU $28.49 ⓘ
Save AU $3.13 (11% off)

Condition:  New with tags

Quantity:  1    2 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    Ⓟ Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if International delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  ●● AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


WE ALL KNOW WHAT IT'S LIKE TO FEEL
LEFT OUT.
> WE CAN CHANGE THAT
BELONGING BEGINS WITH US    ad

## Similar sponsored items    See all ›

Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig style breatheble
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon



Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback




Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
**$15.15**
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions




Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant healthy hair
New (Other)
**$15.13**
$16.81 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair
New (Other)
**$16.14**
$18.14 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet Cosplay
New
**$15.32**
$17.02 10% off
Free shipping

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
New
**$145.18**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold c...
New (O...
**$14.9...**
$16.65 ...
Free sh...

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 314292783287

Last updated on Sep 12, 2023 00:42:33 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

Item description from the seller



### PRODUCT DESCRIPTION

| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.9 |
| Communication | | 5.0 |

Popular categories from this store    See all

Other

Arrived ontime, well packaged and as beautiful as seen. Awesome vendor

Multi-Color Baroque Pearl Earring 18k Ear Stud Dangle Irregular Women Jewelry (#303211619447R)

4***l (7048) · Past 6 months

As described. Prompt shipping. Would buy from again. A+

8mm lava 7 Chakra Gemstone Mala Bracelet 7.5 Inches pray Stretchy Wrist Unisex (#314471099763)

m***m (3267) · Past month

Fast shipping BUT the description is misleading. It appears that there are two descriptions mingled together in the long description but these ARE NOT lapis lazuli as indicated in title. I think they are plastic but certainly not any stone that I am aware of today. They are light weight which can be good and they are a good fake. It is partially my fault for thinking they were a deal. Return not worth the effort for the price.

A pair Lapis lazuli Ellipse Gemstone Earrings 18K Eardrop jewelry Earlobe (#316013625609R)

See all feedback

    

You may also like                    Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig party hair wig party mask

New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social

New
$15.96
$17.79 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig party High Quality

New
$15.18
$16.87 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net party

New
$15.96
$17.79 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig hair unisex's

New
$15.96
$17.79 10% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant

New
$15.34
$17.02 10% off
Free shipping



Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW

New
$9.99
+ $9.80 shipping
Seller with a 99.1% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net

New
$15.78
$17.73 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant Synthetic

New
$15.96
$17.73 10% off
Free shipping
Seller with a 99.4% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig social Party

New
$15.43
$17.16 10% off
Free shipping





Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new

Now
$14.75
$16.39 10% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet Cosplay

Now
$15.32
$17.02 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap Cosplay

Now
$14.14
$15.71 10% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting

Now
$16.49
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig

New
$28.39
$31.54 10% off
Free shipping

    

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new Cosplay

New
$16.19
$18.19 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay

New
$15.49
$17.21 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap style

New
$14.88
$16.38 11% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap Halloween

New
$13.98
$15.53 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap hair

New
$15.26
$17.15 11% off
Free shipping

    

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap gift Party

New
$14.58
$16.38 11% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap breathable

New
$15.31
$17.20 11% off
Free shipping

Sponsored
Queen Fashion Wig Marie Antoinette Cosplay Party Wigs hair HIGH Cosplay hot

New
$21.08
$23.42 10% off
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Cream gold girl Short curly hair tilted frisette cosplay wig Harajuku design hot

New
$17.38
$19.31 10% off
Free shipping

Sponsored
CII Licensed Marilyn Monroe Sexy Fancy Dress Adult Costume

New
$28.14
$29.62 5% off
+ $21.42 shipping
137 sold



More to explore :    Gold Costume Wigs Hair Curly,   Gold Curly Costume Wigs & Facial Hair,   Marilyn Monroe Party/Cocktail Short Dresses for Women,   Curly Hair Wig Costume Wigs & Facial Hair,   Halloween Gold Curly Costume Wigs & Facial Hair,   Granny Curly Hair Wig Costume Wigs & Facial Hair,   Gray Curly Hair Wig Costume Wigs & Facial Hair,   Franco Curly Hair Wig Costume Wigs & Facial Hair,   Curly Hair Wig 1950s Costume Wigs & Facial Hair,   Renaissance Curly Hair Wig Costume Wigs & Facial Hair

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 3B Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay 







Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

‹ Back to search results | Toys & Hobbies › Action Figures & Accessori... › Action Figures Accessories                    Share | Add to Watchlist

**BUY 1, GET 1 AT 5% OFF WITH CODE DDDD123456** See all eligible items and terms ▸

Have one to sell? Sell now

### 1/4 Marilyn Monroe The Greatest Actresses Sexy model Statue Action Figure No Box

PETSHOP0707 (206)
98.4% positive · Seller's other items · Contact seller

**US $84.99**
or Best Offer

Condition: New

Quantity: 1    15 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping: US $12.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: HUBEI, China

Delivery: ⊞ Estimated between Mon, Feb 12 and Mon, Feb 26 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  ●●  ●●●●  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence
⊕ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

#### Similar sponsored items    See all ›                    Feedback on our suggestions






1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$69.00**
+ $26.00 shipping
Last one

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$89.00**
Free shipping
24 sold

World's Greatest Heroes Batman Riddler Joker Mego Style Set
New
**$59.99**
0 bids
1d 12h
+ $12.00 shipping
Seller with a 100% positive feedback

16cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box
New
**$42.00**
Free shipping

#### Sponsored items inspired by your views    See all ›                    Feedback on our suggestions







Diamond Painting Kit Marilyn Monroe Tattoo Art Full Drill Cross Stitch Crafts
New
**$17.85**
$18.79 5% off
Free shipping
Seller with a 99.5% positive feedback

Playing card/Poker Deck 54 cards of US MOVIE STAR Marilyn Monroe with box
New
**$13.18**
+ $3.95 shipping
Seller with a 100% positive feedback

Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King Size
New
**$27.97**
+ $25.43 shipping
40 sold

Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift
New
**$4.73**
$4.98 5% off
Free shipping
Seller with a 99.2% positive feedback

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$12.99**
Free shipping

Nostal Water Curtai
New
**$25.8**
Free s
8 wat

---

| About this item | Shipping, returns, and payments | | Report this item |

Seller assumes all responsibility for this listing.                    eBay item number: 386518580451

Last updated on Jan 19, 2024 20:40:46 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | China |
| Brand | Unbranded | Material | PVC |
| Type | Action Figure | Theme | Comics |
| Grade | 95+ | Color | As picture |

### Item description from the seller

Item description from the seller





NEW MP-17 TRANSFORMERS MASTERPIECE PROWL NISSAN FAIRLADY 280Z-T In Box Set (#584580195328)

See all feedback

🔖 BUY 1, GET 1 AT **5%** OFF WITH CODE **DDDD123456** ⓘ See all eligible items →

Save More

All promotional offers from petshop0707



6.3"he Dark Knight The Joker Bank Robber Ver. Action Figure NO BOX

US $29.99

Movie Ted 2 Amazing Yamaguchi Ted Teddy Bear PVC 1/6 Action Figure

US $29.99

Figure Toy Black Butler Book Of The Atlantic Sebastian Michaelis Pvc No Box

US $49.99

NEW Godzilla vs. Kong MonsterArts 2021 GODZILLA Collectible Action Figures

US $39.99

Anime Polo dance Bunny Girl 1/7 Scale PVC Figure Toys Gift NEW No BOX 30CM

US $24.99

➕ See all

You can change quantities in your cart.

## You may also like

Feedback on our suggestions







1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$89.00**
Free shipping
24 sold

1/4 Marilyn Monroe Action Figure The Greatest Actresses Statue 15"
New
**$87.20**
Free shipping

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$90.00**
Free shipping
Seller with a 100% positive feedback

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$69.00**
+ $26.00 shipping
Last one

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue No Box
New
**$82.99**
+ $2.99 shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.

New

$12.99

Free shipping

Last one

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

Pre-owned

$14.99

Free shipping

Last one

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

New

$12.99

Free shipping

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

New

$13.99

Free shipping

10 watchers

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

Pre-owned

$17.69

Free shipping

Seller with a 100% positive feedback

    

Sponsored

Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box

New

$84.99

+ $50.00 shipping

7 watchers

Sponsored

Marilyn Monroe figure "REFLECTIONS" Statue Franklin Mint

Pre-owned

$120.00

+ $19.90 shipping

Seller with a 100% positive feedback

Sponsored

Mego Legends Marilyn Monroe Limited Edition 8" Doll Action Figure

New

$12.49

Free shipping

23 sold

Sponsored

Franklin Mint LTD. Marilyn Monroe Reflection Figurine Statue Marble Base Vtg

Pre-owned

$80.00

+ $8.52 shipping

Seller with a 99.3% positive feedback

Sponsored

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

New

$16.99

Free shipping

5 watchers

    

Sponsored

Marilyn Monroe PVC Figure Gold Dress 14cm

Pre-owned

$11.44

+ $19.15 shipping

Seller with a 100% positive feedback

Sponsored

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

New

$13.99

Free shipping

Sponsored

MARILYN MONROE HOT PROPERTIES HOLLYWOOD MEMORIES ACTION FIGURE DOLL MOC #771

Pre-owned

$19.54

$22.99 15% off

Free shipping

Seller with a 99.6% positive feedback

Sponsored

Mego Legends Marilyn Monroe Serialized Limited Edition 8" Doll Action Figure

New

$11.11

$11.95 7% off

Free shipping

Top Rated Plus

Sponsored

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

Pre-owned

$17.50

Free shipping

    

Sponsored

Sexy Marilyn Monroe - 7 Year Itch - Resin - Model Kit - 1/6 Scale

New

$75.00

+ $12.50 shipping

Seller with a 99.3% positive feedback

Sponsored

Marilyn Monroe Playing Cards BRAND New Sealed 2 DIFFERENT DECKS FREE SHIPPING

New

$16.95

Free shipping

Seller with a 99.4% positive feedback

Sponsored

Diamond Painting Kit Marilyn Monroe Tattoo Art Full Drill Cross Stitch Crafts

New

$17.85

$18.79 5% off

Free shipping

Seller with a 99.5% positive feedback

Sponsored

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue

Pre-owned

$17.50

Free shipping

Seller with a 100% positive feedback

Sponsored

1/10 Bust Lady Resin Figure Model Kit Marilyn Monroe Unpainted Unassembled Toys

New

$17.09

$18.99 10% off

Free shipping

0 watchers

  

patagonia    Clothing & Gear    Shop

Back to search results                                                                 Return to top

More to explore :  Marilyn Manson Music Action Figures,   Female Statue Action Action Figures,   Female Statue Action Figures & Accessories,   Blue Box Military & Adventure Action Figure 1/18 Action Figures,

1:12 OOO MODEL Military & Adventure Action Figure Action Figures,   Blue Box Action Figure,   1/12 Military & Adventure Action Figure Action Figures,   Dragon Models Action Action Figures,   Military & Adventure Action Figure 1/18 Action Figures,

Dragon Models 1:6 Military & Adventure Action Figures

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒

Advanced

< Back to search results · Clothing, Shoes & Accesso...  >  ...  >  Shirts  >  T-Shirts

Share · Add to Watchlist



⤢

Have one to sell? Sell now

### E1SYNDICATE T SHIRT JAMES DEAN MARILYN MONROE POP ART ANDY WARHOL BASQUIAT 3942g

 Plainchampagne (2456)
99.3% positive · Seller's other items · Contact seller

**GBP 17.08**
Approximately US $21.73
Was GBP 18.98 ⓘ
Save GBP 1.90 (10% off)

Condition: New with tags

Sale ends in:  5d 16h

Size (Men's):    - Select -                              ⌄

Quantity:    1    2 available

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping:  GBP 7.98 (approx US $10.15) Economy Shipping. See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Located in: Chiangmai, Thailand

Delivery:  🚩 Estimated between Tue, Feb 13 and Wed, Mar 13 to 30318 ⓘ
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to
customs processing.

Returns:  14 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  🔲  AMEX

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

Ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

## Similar sponsored items    See all >

Feedback on our suggestions

      

Marilyn Monroe James Dean T Shirt Meme Men Women Unisex Top Tee 9310
New (Other)
**$8.84**
+ $20.15 shipping
Seller with a 99.5% positive feedback

James Dean Warhol Pop Art Women's T Shirt American Actor Hollywood Legend Top
New
**$23.50**
$29.50 20% off
Free shipping
$20 off 5+ with coupon

James Dean Marilyn Monroe ELVIS PRESLEY HOLLYWOOD SHIRT BLACK s-5xl ml969
New
**$20.89**
$23.99 13% off
+ $5.00 shipping
Seller with a 99.2% positive feedback

Marilyn Monroe Collage Pop Art Selfie T Shirt Meme Gift Top Tee 1403
New (Other)
**$8.84**
+ $19.51 shipping
Seller with a 99.7% positive feedback


eBay eGift Cards for all
A treat for any occasion.
ebay
Shop now

---

### What's your size?
Add your size to see recommendations that will fit better.

Add your size

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

        

Marilyn Monroe And Elvis Presley Together 8x10 Picture Celebrity Print
**$3.99**
+ $2.99 shipping
99 sold

Elvis Presley James Dean Marilyn Monroe Canvas Poster Wall Art Home decor
New
**$29.99**
+ $5.99 shipping
19 watchers

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
**$3.80**
+ $3.18 shipping
Seller with a 100% positive feedback

Marilyn & Elvis by Chris Consani Poster
New
**$15.00**
Free shipping

Marilyn & Elvis by Chris Consani Poster
New
**$15.00**
Free shipping

Blonde... Dress... Suit
New
**$49.0**
$52.7...
+ $9.9...
11 watc...

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 334773419384

Last updated on Oct 23, 2023 02:00:29 PDT View all revisions

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original... Read more | Size | One Size: Regular |
| Exact Material | Custom Blend | Colour | Grey |
| Material | Cotton | Fit | Regular |
| Multipack | No | Number in Pack | 1 |
| Neckline | Crew Neck | Garment Care | Machine Washable |
| Brand | E1SYNDICATE | Sleeve Type | Short Sleeve |
| Size Type | Regular | Design | Graphic |
| Department | Men | Type | T-Shirt |
| Fabric Type | Jersey | Vintage | No |
| Graphic Print | Yes | Features | All Seasons, Breathable, Easy Care, Preshrunk, Wrinkle Resistant |
| Country/Region of Manufacture | Thailand | | |

## Item description from the seller

### WELCOME TO OUR SHOP
# PLAINCHAMPAGNE

#### UP YOUR SWAG GAME TO THE NEXT LEVEL

Do you confidently speak out your mind even at the risk of raising eyebrows? Are you looking for a themed T-shirt, Hoodie or Tank Top that will spark a little controversy and still have you looking amazing at the same time? If you are, then look no further!

Nobody does cool and controversial better than E1SYNDICATE.

#### Your Clothes Your Choice

We have a wide variety of cool and unique message imprints on our apparel ranging from iconic gangsters and music celebrities to your favourite movie actors, actresses and even boxing and MMA athletes. We also have sexy pin-up girl themed t-shirts for those wanting to get their sexy on, as well as LGBT printed tees. With us, there is something for everyone.

#### Quality You Can Trust

Every piece of clothing produced by E1SYNDICATE is of high quality. We make them using the best quality fabric material we could get our hands on, meaning your t-shirts will not bleach, fade or flake even after months of wearing. They are also skin friendly, and are designed to fit like they were made specifically for you.

#### The Fashion Trendsetter

Our T-shirts, Hoodies and Tank Tops are designed to match seamlessly with most attire in your closet - jeans, short, sweatpants, tights, miniskirts. They will have you on the very top of your fashion game. You can never go wrong with us.

| MARKE LABEL | GRÖSSE SIZE | BREITE WIDTH | LÄNGE LENGTH | FARBE COLOUR | ZUSTAND CONDITION |
|---|---|---|---|---|---|
| E1Syndicate | S | 44cm | 65cm | Siehe Bild/ See Pic | neu/new |
| | M | 47cm | 70cm | | |
| | L | 53cm | 75cm | | |
| | XL | 58cm | 77cm | | |
| | XXL | 63cm | 82cm | | |

Please choose your desired size above in the drop-down menue.

Thanks for dropping by xoxo

## Business seller information

Pongsak Fashion
Pongsak Kongla
No 489 2 Village No 1
Ban Nong Bua Alley
41000 Mueang Udon Thani District
Thailand
Pongsak Kongla Ban Nong Bua Mueang Udon Thani District 41000 Thailand sushadapanpung@gmail.com

Phone: 0817747473
Email: sushadapanpung@gmail.com



**Plainchampagne**
99.3% Positive Feedback
12K items sold

Joined Mar 2011



Visit store

Contact

♡ Save seller

**Detailed seller ratings**

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬▬ | 4.6 |
| Shipping speed | ▬▬▬▬ | 4.8 |
| Communication | ▬▬▬▬ | 4.9 |

**Popular categories from this store**   See all

[Vintage T-Shirts]  [Streetwear T-Shirts]  [Band Tees]  [Tank Tops]

[Longsleeves]  [Other]

**Seller feedback** (2,903)

⊕  g***a (242) •  Past 5 months

• Item as described. Delivery took 3 weeks. I purchased a size small. When it arrived I tried it on and it feels like a size small slim-fit.
Not a regular-fit. Great communication from seller, great t-shirt! Happy with purchase. Thank you!♥

ESSYNDICATE T SHIRT MORPHEUS RED BLUE PILL YOUR CHOICE MATRIX PSYCHONAUT 1079 (#134465906222)

⊕  u***i (223) •  Past 6 months

Excellent seller, well recommended, super fast delivery and very helpful and responsive with the mailing details 🙏 🙏 🙏

ESSYNDICATE T-SHIRT ERGOT ALBERT HOFMANN LSA MDMA LSD MUTTERKORN PSYCHONAUT 2096 (#134772420805)

⊕  6***_ (240) •  Past 8 months

Great seller! Really nice quality print and arrived very quickly and was dispatched very promptly. Love it thanks!!!

T SHIRT GAY COPS MALE LOVERS LEATHER JACKET PANTS TOM OF FINLAND POLICE 4868 (#134709175434)

[ See all feedback ]

**You may also like**

Feedback on our suggestions







Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

ebay



Advanced

Back to search results | Collectibles & Art › ... › Animation Merchandise › Other Animation Merchandi...

Share | Add to Watchlist

SAVE UP TO **8%** WHEN YOU BUY MORE







Have one to sell? Sell now

### 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure

PLANWALK (398)
99.6% positive · Seller's other items · Contact seller

**US $29.19/ea**
or Best Offer
Was US $32.43 ⓘ
Save US $3.24 (10% off)

Condition: New

Sale ends in:    1d 14h

Quantity:    1        More than 10 available / 1 sold

Bulk savings:

| Buy 1 $29.19/ea | Buy 2 $28.31/ea | Buy 3 $27.73/ea | 4 or more for $26.85/ea |
|---|---|---|---|

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: GUANGZHOU, China

Delivery:    ⏱ Estimated between Fri, Feb 9 and Thu, Feb 22 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●●  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

---

### Similar sponsored items          See all >

Feedback on our suggestions






Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback

1/6 scale Marilyn Monroe Head Sculpt 2.0 Painted For 12" Phicen female figure
New
$36.37
+ $3.99 shipping
108 sold

Rare Large Betty Boop Marilyn Monroe Figure Statue King Features Syndicate *READ
Pre-owned
$400.00
0 bids
5d 7h
+ $1933 shipping
Seller with a 100% positive feedback

1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving
New
$45.00
Free shipping
Last one



eBay eGift Cards for all
A treat for any occasion.
Shop now

---

### Sponsored items inspired by your views          See all >

Feedback on our suggestions






Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC
New
$12.64
Free shipping
Seller with a 100% positive feedback

1pc Marilyn Monroe Blondes with Base Cake Sculpture Beauty Collection Toy Statue
New
$16.99
Free shipping

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$105.60
$120.00 12% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style
New (Other)
$16.14
$17.93 10% off
Free shipping
10% off 2+ with coupon

Marilyn Monroe Desk Light 7 Colors LED RGB USB colorful Night Light with remote
New
$45.00
Free shipping

Cos M gold c
New
$18.6
$19
Free s

---

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 28, 2024 08:34:05 PST  View all revisions

eBay item number: 134769443290

### Item specifics



| Condition | New: A brand-new, unused, unopened, undamaged item (including | Brand | Unbranded |
| Type | Accessories | Year | 2018 |
| Character | Accessories | Era | Accessories |
| Size | 1/6 | Scale | 1/6 |
| Recommended Age Range | 3 years+ | MPN | Does Not apply |
| Accessory Type | Accessories | Country/Region of Manufacture | China |
| Character Family | action figure | | |

### Item description from the seller

1.Scale: 1/6

2.Color:as picture

3.Material: PVC

1/6(12") Action Figure Accessory

100% Brand New , Never Been Played

Packing List:

One head Model



**PLANWALK**
99.6% Positive Feedback
18K items sold

Visit store
Contact
♡ Save seller

📅 Joined Sep 2021

**Detailed seller ratings**
Average for the last 12 months

| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store**   See all

1:6 All Accessories | 1:12 All Accessories | ♥ Soldier Accessories
Dollhouse♥ Decor | Dollhouse♥ Kitchen | Dollhouse♥ Food/Drinks
Dollhouse♥ Furniture | Dollhouse♥ Flower/Garden | Doll♥ Bag/Jewelry

**Seller feedback** (4,478)

➕ o***9 (176) • Past 6 months
I am extremely pleased! Exactly as described. Very well packaged. Price very reasonable. Received in record time! A++++++ Seller. Will be a returning customer !

➕ u***e (1838) • Past 6 months
✿¨¨•.¸¸✿ Cups were much, much larger than 1:12th scale (they're actually 1:6 Barbie scale) but the seller immediately refunded the amount paid for the cups. All other jadeite minis in my order were to scale and very nice! Seller packed very well and shipped quickly! ¨¨•.¸¸✿ Highly recommended mini seller. A+ ✿¨¨•.¸¸✿

➕ o***t (187) • Past 6 months
Absolutely fantastic experience! Great communication, very friendly, helpful and understanding . Excellent product, packaged with incredible care. I'm not exaggerating. The packaging job they did was amazing. And it got here from China in record time. It was supposed to be here like Jan 9, and I just got it on Dec 28! Couldn't be happier with the entire transaction, I just wish I bought the whole body!! Thank you!!

See all feedback

### You may also like

Feedback on our suggestions

    

amazon

Delivering to Peachtree... 30092
Update location

All ▾ | monroe

EN ▾ | Hello, Jake
Account & Lists ▾ | Returns
& Orders | Cart

All | Medical Care ▾ | Amazon Basics | Groceries ▾ | Shop By Interest | Pet Supplies | Beauty & Personal Care | Coupons | Household, Health & Baby Care | Amazon Home | Find a Gift | Handmade | Livestreams | Books | Best Sellers | Home Improvement

‹ Back to results








Roll over image to zoom in



Roll over image to zoom in

## Marilyn-Monroe Portrait Canvas Wall Art For Living Bedroom Office Kitchen Decor Wood Frame Artwork Pattern Gifts12x18in

Brand: Chexin

**$28**⁹⁹

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

### About this item

- Best Design: Marilyn-Monroe Portrait 12×18in , Designed According To The Best Proportions, It Can Make The Canvas Painting Fit Perfectly Into Your Wall. And The Wooden Frame Has A Black Balance Hook On The Back So That You Can Use It Easily.
- Highest Quality: We Use High Quality Ink To Make The Print On The Canvas High Definition, Vivid, Vibrant And Colorful. And We Use Fine Fiber Cotton Canvas, Whch Can Make The Poster Waterproof, Dustproof And Moisture-Proof. Increase The Service Life.
- Hang Anywhere: You Can Make Him Hang Anywhere, Bar, Kitchen, Bedroom, Living Room, Office, Hallway, Loft, Cafe, Gym ...... Or You Can Set It Up On Your Bedside, Bookshelf, Desk. It Will Give Your Wall Or Desk A New Look.
- The Best Gift: You Can Give This Painting On Any Holiday To Thank Your Loved Ones,Friends,Neighbors.Believe Me, The Marilyn-Monroe Portrait On It And The Beautiful Colors Will Make Your Friend Happy. And Because Of The Long Life Of Our Product, It Will Stay With Your Friend For A Long、 Long Time.
- Good Service: Each Panel Will Be Wrapped In Plastic Film And Cardboard To Prevent Damage During Transportation. If You Have Any Questions, Please Contact Us. We Will Do Our Best To Help You.

⚑ Report an issue with this product or seller



**$28**⁹⁹

$4.98 delivery January 23 - February 2. Details

Or fastest delivery January 17 - 22. Details

⊙ Delivering to Peachtree Corners 30092 - Update location

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from | long LLC
Sold by | long LLC
Returns | Eligible for Return, Refund or Replacement...
Payment | Secure transaction

∨ See more

Add to List ▾

## Product information

| | |
|---|---|
| Product Dimensions | 18 x 12 x 0.2 inches |
| Item Weight | 1.19 pounds |
| ASIN | B0CQ1SN5Y1 |
| Date First Available | December 12, 2023 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ∨

## Product Description

Living Room Marilyn-Monroe Portrait Wall Decor Living Room Is The Central Place Of A Family, Make Sure It Is Decorated With Warm And Charming Wall Arts Tailored To Your Home'S Style. We Have A Variety Of Living Room Wall Decors With Different Accents For Your To Choose From, A Right Piece Of Artwork Gives Empty Walls A Purpose And Makes Homes Feel Homier In The Process. Office Marilyn-Monroe Portrait Wall Decor Has Bare Walls Turned Your Office Into A Stuffy Study And A Boring Hallway? Then Liven Up Your Space With A Piece Of Cute Animal Art Wall Decor. Perfect For Inspiration, These Artworks Feature Prints Of Animals To Inspire And Inspire People, And Feature Handcrafted Backdrops. Pieces Like This Can Also Make A Warm And Powerful Gift For Your Friends And Family. Explore Our Store For More Cute Animal Wall Decorations. Bedroom Marilyn-Monroe Portrait Wall Decor Make Sure Every Part Of Your Space Is Decked Out With Stunning Decor! Especially The Room! Beautifully Designed Animal Canvas Posters Displayed On The Wall To Lighten Your Mood. It'S A Great Addition To Any Home Decor Style And Is Sure To Impress Your Life. Our Poster Prints Are Produced Using The Best Quality Products With The Best Craftsmanship And Packed Carefully To Be Delivered To You On Time.Our Professional Artists Will Optimize Your Images For The Clearest Colors And The Sharpest Print Quality. We Use The Highest Quality Branded Poster Paper, Printers And Custom Milled Lumber. We Are Very Cautious To Use High-Quality Materials. No Additives. The Result Is A Vivid Ultra-High Quality Poster Prints That Will Last A Lifetime. Satisfaction Guaranteed: We Are Committed To One Hundred Percent Customer Satisfaction. If You Are Not Satisfied With Your Purchase, We Will Produce It Again To Perfection Or Refund With.

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

5 star | | 0%
4 star | | 0%
3 star | | 0%
2 star | | 0%
1 star | | 0%

∨ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Your Browsing History | View or edit your browsing history

Page 1 of 4

‹                    ›

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies

About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Protect & Build Your
Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery
Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Policies
Amazon Prime
Returns &
Replacements
Manage Your
Content and Devices
Your Recalls and
Product Safety Alerts
Help

amazon

English          United States

Amazon Music          Amazon Ads          6pm          AbeBooks          ACX          Sell on          Amazon Business
Stream              Reach customers      Score deals    Books, art        Audiobook    Amazon            Everything For
millions            whenever they        on fashion brands & collectibles  Publishing   Start a Selling   Your Business
of songs            spend their time                                       Made Easy    Account

Amazon Fresh        AmazonGlobal         Home Services  Amazon Web        Audible      Box Office         Goodreads
Groceries &         Ship Orders          Experienced Pros Services         Listen to Books & Mojo          Book reviews
More                Internationally      Happiness Guarantee Scalable Cloud Original     Find Movie        &
Right To Your                                             Computing        Audio        Box Office         recommendations
Door                                                     Services         Performances Data

IMDb                IMDbPro              Kindle Direct Publishing Amazon Photos Prime Video Direct Shopbop  Amazon
Movies, TV          Get Info             Indie Digital & Print Unlimited Photo Video Distribution Designer  Warehouse
& Celebrities       Entertainment        Publishing      Storage          Made Easy    Fashion            Great Deals on
                    Professionals        Made Easy       Free With Prime                Brands             Quality Used
                    Need                                                                                   Products

Whole Foods         Woot!                Zappos         Ring              eero WiFi    Blink              Neighbors App
Market              Deals and            Shoes &        Smart Home        Stream 4K Video Smart           Real-Time Crime
America's           Shenanigans          Clothing       Security          in Every Room Security          & Safety Alerts
Healthiest                                              Systems                        for Every
Grocery Store                                                                          Home

                                         Amazon Subscription PillPack    Amazon Renewed
                                         Boxes          Pharmacy          Like-new products
                                         Top subscription boxes – Simplified you can trust
                                         right to your door

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime
Deliver to Jeffrey
Atlanta 30327
All | Search Amazon
EN | Hello, Jeffrey
Account & Lists
Returns
& Orders
Cart





Credit Card Holder for Women, Small Leather Zipper, by imeetu...
19,143  $16.99  prime  Save 10% with coupon

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Card ID Cases › Card Cases

## VICHLINE Aluminum RFID Blocking Slim Metal Wallet Credit Card Holder for Men Women (Marilyn Monroe)

4.7 ★★★★☆ · 1,553 ratings | 4 answered questions

Visit the VICHLINE Store

Amazon's Choice in Women's Card Cases by VICHLINE



$7.99
prime Same-Day
FREE Returns

Thank you for being a Prime Member. Pay $7.99 $0.00 on this order, get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

Color: Marilyn Monroe

| Brand | VICHLINE |
|---|---|
| Color | Marilyn Monroe |
| Material | Aluminum |
| Style | Slim Wallet |
| Pattern | Marilyn Monroe |

Report an issue with this product or seller

Travel Wallet ID Case for Women and Men, Purple Marble, by Maiican...
★★★★☆ 593
$6.79 prime

Roll over image to zoom in

Delivery | Pickup

$7.99
prime Same-Day
FREE Returns

FREE delivery Today 5 PM - 10 PM on qualifying orders over $25. Order within 2 hrs 50 mins
Deliver to Jeffrey - Atlanta 30327

In Stock

Quantity: 1

Add to Cart
Buy Now

Ships from Amazon
Sold by VICHLINE
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction
See more

Add a gift receipt for easy returns

Add to List



RFID Blocking Credit Card Holder, by Maiican...
★★★★☆ 393
$6.79 prime

## Frequently bought together



Total price: $28.87
Total Points: 7 pt

Add all 3 to Cart

This item: VICHLINE Aluminum RFID Blocking Slim Metal Wallet Credit Card Holder for Men... $7.99 prime

Crafting Mania LLC. Portable Makeup Compact Double Magnifying Mirror Cosmetic... $13.90 prime

100 Inspirational Quotes By Marilyn Monroe: A Boost Of Empowerment, Inspiration,... $6.99 prime 7 pts

Some of these items ship sooner than the others. Show details

## Customers frequently viewed
Sponsored · Popular products in the last 7 days
Page 1 of 16

     

ELFISH Mini RFID Aluminum Wallet Credit Cards Holder Business Card Case Metal ID Ca...
★★★★☆ 17,569
Amazon's Choice in Women's Card Cases
#1 Best Seller
$6.98 prime

Kaabao Credit Card Holder Small RFID Blocking Wallet for Women Men Aluminum...
★★★★☆ 6,159
$7.99 prime

Kaabao Credit Card Holder Wallet for Women Men RFID Blocking Small Metal...
★★★★☆ 1,590
$6.99 prime

Rimilak Aluminum Credit Card Holder, Metal Card Case, Metal Card Wallet RFID Blocking...
★★★★☆ 1,264
$7.99 prime

Rimilak Aluminum Credit Card Holder, Mini Slim Aluminum...
★★★★☆ 95
$5.99 prime

FULUHUAPIN Business Winter Credit Card Holder Case Leather Printed Zipper ID Card...
★★★★☆ 347
$15.99 prime

HOTCOOL Card Holder Wallet Front Pocket Minimalist Leather With RFID Blocking Walle...
★★★★☆ 1,106
Amazon's Choice in Men's Card Cases
$8.99 prime

## Similar styles in new arrivals
Page 1 of 3

     

Teskyer Slim Minimalist Wallet, RFID Blocking Credit Card Holder Leather Wallet with...
★★★★☆ 29
Amazon's Choice in Women's Card Cases
$13.99 prime FREE One-Day Get It Tomorrow, Jan 29

Kaabao Credit Card Holder, RFID Blocking Wallet for Women Small Slim Leather Wallets with Keychain Zipper...
★★★★☆ 12
$9.99 prime FREE One-Day Get It Tomorrow, Jan 29

APCGSM 5PCS Pull-Out Credit Card Holder, Leather Small Credit Card Holder Wallet for Women, Slim Thin Pull Out Card Organizer M...
★★★★☆ 53
$14.99 prime FREE One-Day Get It Tomorrow, Jan 29

Slim Wallet Front Pocket Minimalist Credit Card Holder RFID Blocking Leather Wallets for Men and Women,Burgundy
★★★★☆ 53
$14.99 prime Today by 10:00 PM

DIVINA VITAE Wallet RFID Blocking Card Holder for Men Women, Thin Minimalist Mens Card Wallet PU Leather Car...
★★★★☆ 41
$5.59 prime FREE One-Day Get It Tomorrow, Jan 29

Womens Wallet Cute Elegant Long Slim Card Holder Case Minimalist Coin Purse Thin Tassels Zip Clutch Wallets for...
★★★★☆ 5,464
$14.99 prime FREE Delivery Tuesday, Jan 30

HOYOFO Skull Wallets for Woman Zip Around Clutch with Credit Card Holder Phone Case Leather Long Goth...
★★★★☆ 2,299
$14.79 prime FREE Delivery Tuesday, Jan 30

## Product information

| Product Dimensions | 4.4 x 0.9 x 3.1 inches |
|---|---|
| Item Weight | 2.4 ounces |
| Department | womens |
| Manufacturer | VichLine |
| ASIN | B09XTT24JB |
| Country of Origin | China |
| Item model number | V-220099 |
| Customer Reviews | 4.7 ★★★★☆ 1,553 ratings 4.7 out of 5 stars |
| Best Sellers Rank | #203,893 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #199 in Women's Card Cases |
| Item Weight | 2.4 Ounces |

### Warranty & Support
Product Warranty: For warranty information about this product, please click here

### Feedback
Would you like to tell us about a lower price? ⌄

| Item Weight | 2.4 Ounces |

## Product Description

The best way to protect your cards from identity theft!

Have you ever imagined? Your card information can be copied in any public places, like subway, restaurants, buses, airport, etc. Are you worried about all those crimes which illegal collect your card information? We've got you covered.

- Our RFID protection card holder can perfectly block unwanted RFID scanners.
- convenient, portable as a wallet.
- Durable, Sturdy, Won't Fall Apart
- Modern and fashionable design

**60-DAY Money Back Guarantee**

If within 60 days you're not 100% happy with your purchase,
let us know and we'll refund your entire purchase price...no questions asked!

## Important information

To report an issue with this product or seller, click here.

### Similar styles with 4+ Stars for you

Page 1 of 4

       

| RFID Blocking Sleeves, Pack of 15 (Credit Card Holders Only) for Identity Theft... | MaxGear Business Card Holder, PU Leather Business Card Case Pocket Business Card... | FurArt Credit Card Wallet, Zipper Card Cases Holder for Men Women, RFID Blocking... | RFID Blocking Wallet - Minimalist Leather Business Credit Card Holder - Rose | Kaabao Credit Card Holder Small RFID Blocking Wallet Business Metal Slim Mini | ELFISH Mini RFID Aluminum Wallet Credit Cards Holder Business Card Case Metal ID Cas... | Fintie Slim Credit Card Wallet Holder Change Pouch, RFID Blocking Business Cards Cases with Zipper Pocket for... |
| ★★★★ 2,505 | ★★★★ 7,594 | ★★★★½ 53,792 | ★★★★ 4,434 | ★★★★★ 6,139 | ★★★★★ 17,369 | ★★★★½ 315 |
| Amazon's Choice in Women's Card Cases | Amazon's Choice in Men's Business Card Cases | #1 Best Seller in Women's Business Card Cases | $6.99 | $6.99 | #1 Best Seller in Women's Card Cases | $14.99 |
| $7.10 | $8.99 | $11.99 | prime One-Day Get it Tomorrow, Jan 29 | prime Today by 10:00 PM | $7.99 | prime Today by 10:00 PM |
| prime FREE One-Day Get it Tomorrow, Jan 29 | prime Today by 10:00 PM | prime Today by 6:00 PM | | | prime Today by 10:00 PM | |

### Related products with free delivery

Sponsored

Page 1 of 44

      

| For iPhone 11, Designed Flip Wallet Phone Case Cover, A24595 Marilyn Monroe 24595 | Marilyn Collage Key Chain Coin Purse | Desperate Enterprises Marilyn Monroe Round Aluminum Sign with Embossed Edge - Nosta... | Norma Jeane as Marilyn Passport Bag Bombshell Metallic | Midsouth Products, Norma Jeane as Marilyn Kitchen Towel with Colorful Collage | Midsouth Products Marilyn Monroe Multicolor Coral Plush Fleece Throw Blanket,... | for iPhone 14 Pro, Designed Flip Wallet Phone Case Cover, A24580 Marilyn Monroe |
| ★★★★ 4 | ★★★★★ 210 | ★★★★★ 20 | $12.95 prime | ★★★★★ 29 | ★★★★★ 16 | ★★★★★ 1 |
| $14.99 prime | Amazon's Choice in Women's Coin Purses & Pouches | Amazon's Choice in Decorative Signs & Plaques | | $10.50 prime | $34.99 prime | $14.99 prime |
| | $8.95 prime | $14.99 prime | | | | |

### Similar brands on Amazon

Sponsored

Page 1 of 2

VULKIT
Shop the Store on Amazon ›

Badiya
Shop the Store on Amazon ›

Bveyzi
Shop the Store on Amazon ›

     

| VULKIT Pop up Card Wallet RFID Blocking Slim Aluminum Metal Bank Card Holder... | Badiya RFID Card Holder Wallet for Women Slim Wallets Bifold Multi Card... | Bveyzi Ultra Slim Thin Leather RFID Blocking Credit Card Holder Bifold Clutc... |
| ★★★★★ 572 | ★★★★★ 11,456 | ★★★★★ 7,022 |
| $19.99 | $16.99 | $19.99 List $29.99 |



wet n wild x Sesame Street, L Is For
Lipstick Be Kind
★★★★★ 30
$5.69 $6.99 prime
Save 5% more with Subscribe & Save

Sponsored

### Looking for specific info?

🔍 Search in reviews, Q&A...

### Customer reviews

★★★★½ 4.7 out of 5

1,553 global ratings

| 5 star | | 81% |
| 4 star | | 10% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 2% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

#### Customers say

Customers like the card capacity, quality, ease of use, portability, and size of the wallet. They mention that it works well keeping their cards all together, and that it's a great purchase for a man. They also like the protection, and style. However, some customers have different opinions on ease of opening.
AI-generated from the text of customer reviews

✓ Quality   ✓ Style   ✓ Card capacity   ✓ Size   ✓ Ease of use   ✓ Protection
✓ Portability   Ease of opening

#### Reviews with images

See all photos ›

  


wet n wild
SHOP NOW
Sponsored

## Top reviews from the United States

**GourmetGoddess**

★★★★★ **Good product**

Reviewed in the United States on May 16, 2023

Color: Painting Flowers   Verified Purchase

Bought as a replacement. Works fine, have used these for about 10 years and bought for others. Color described is off— it is magenta, not red and still pretty!

Helpful   |   Report

---

**Anita R Puzzella**

★★★★★ **Compact and handy!**

Reviewed in the United States on July 31, 2022

Color: Watercolor Dragonfly   Verified Purchase

I love it!!!! This little handy case is perfect for me! I have a really nice large leather wallet that holds 20 cards, license, paper bills and change, my phone and receipts/coupons. It is so full and heavy, it makes my purse too heavy. So I took out ONLY the cards I use all the time and bought this little case for them. I leave my big wallet home for storage of important cards, etc. and this case can go in any pocket or my purse, which is light now! It opens nicely and closes tight every time and it's so cute! Many designs to choose from too!

Helpful   |   Report

---

**Danielle Procenti**

★★★★★ **RFID blocking credit card holder**

Reviewed in the United States on July 10, 2023

Color: Romantic Symbols   Verified Purchase

I do love these rfid containers very durable. Fits in your purse or pocket.

Helpful   |   Report

---

**Ronnie Tullos**

★★★★★ **I love this card wallet**

Reviewed in the United States on August 14, 2023

Verified Purchase

I love this!! It fits all my cards and its easy to find them. No need to dig for them. And it protects from having card numbers stolen.

Helpful   |   Report

---

**Janet McClain**

★★★★☆ **Cute**

Reviewed in the United States on January 18, 2024

Color: Watercolor Dragonfly   Verified Purchase

Very cute

Helpful   |   Report

---

**Mbravo**

★★★★★ **Good buy**

Reviewed in the United States on January 13, 2024

Color: Sunflowers Painting   Verified Purchase

I bought this to carry my moms cards with me, this helps me keep them separate from mine & easier to find.

Helpful   |   Report

---

**Rachael**

★★★★★ **It seems to be secure**

Reviewed in the United States on January 22, 2024

Color: Watercolor Dragonfly   Verified Purchase

Credit card, bonus card/points card

Helpful   |   Report

---

**Judy Harmon**

★★★★★ **My first one the closure plastic snap broke.**

Reviewed in the United States on March 25, 2022

Color: Llama and Cactus   Verified Purchase

My daughter bought me one for Christmas, I think I put too,UCB in it. The plastic closure snap broke. I loved it so I bought another and put less in it.

Helpful   |   Report

See more reviews

---

## Top reviews from other countries

**Mary**

★★★★★ **Perfect**

Reviewed in Canada on October 3, 2022

Verified Purchase

Love this case. Hold all my cards, closes nice and tight and easy to just stick in my pocket when I don't want to carry my purse.

Report

---

**Gabriella**

★★★★★ **Highky recommended**

Reviewed in the United Kingdom on March 8, 2021

Verified Purchase

Bought as a Christmas present and is liked very much

Report

---

**Mrs Nolan**

★★★★★ **RFID blocking metal wallet credit card holder is good quality and nice pattern**

Reviewed in the United Kingdom on December 29, 2019

Verified Purchase

Good quality and happy with my product. It was bought for Christmas present for my daughter. She was really pleased with it and the botanical pattern

Report

---

**denise**

★★★★★ **Well made**

Reviewed in Canada on March 9, 2022

Color: Watercolor Dragonfly   Verified Purchase

Everything!!! Fits all my bank and credit cards!

The dragonflies motif is a bonus!

Report

---

**Donna from London**


$24.99
prime


$39.99


$7.99
prime
Eligible for FREE Same-Day, Overnight or Tomorrow delivery




$24.99
prime


$39.99


$7.99
prime
Eligible for FREE Same-Day, Overnight or Tomorrow delivery


$24.99
prime




$39.99


$7.99
prime
Eligible for FREE Same-Day, Overnight or Tomorrow delivery


$7.99
prime
Eligible for FREE Same-Day, Overnight or Tomorrow delivery


$24.99
prime


$39.99


$7.99
prime
Eligible for FREE Same-Day, Overnight or

Donna from London

Verified Purchase

I love this card protector. It makes me feel more secure when out and about knowing no one can get my card details. There is also room to keep other cards in it. It fit nicely into my bag and looks elegant too.

Report

See more reviews

You gifted them.
Now cover them with just one plan.
assurion complete protect    Learn more

Sponsored

## Popular products based on this item

Page 1 of 3

Atufsat Credit Card Holder, Mini Aluminum Card Wallet RFID Blocking Slim Metal...
★★★★☆ 4,913
500+ viewed in past month
Amazon's Choice Women's Card Cases
$6.99-17.99

VICHLINE Aluminum RFID Blocking Slim Metal Wallet Credit Card Holder for Men Women (Abstract Mandala)
★★★★☆ 1,555
100+ viewed in past month
$5.99-17.99

24 Pcs Aluminum Wallet Credit Cards Holder Slim Mini RFID Scanning Blocking Credit Card...
★★★★★ 10
100+ viewed in past month
$26.49
prime FREE Delivery Tuesday, Jan 30

Caranda Credit Cards Holder, RFID Blocking Aluminum Wallet Hand Slim Hard Case for Men Women (Abstract Fluid Art)
★★★★★ 235
$6.99-17.99

Credit Card Holder for Women Men RFID Blocking Wallet Slim Metal Business Aluminum Hard Case (Black Circles)
★★★★☆ 490
$6.99-17.99

Suweiboke Slim Pocket Wallet, RFID Blocking Credit Card Holder Wallet with D-Shackle ID Window and Detachab...
★★★★★ 44
1K+ viewed in past month
$7.99

## Recommended Devices inspired by your shopping history

Page 1 of 6

Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
★★★★☆ 8,424
$249.99
prime Today by 6:00 PM

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
★★★★☆ 8,551
$169.99
prime Today by 6:00 PM

Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
★★★★☆ 33,198
$199.99
prime Today by 6:00 PM

Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -...
★★★★☆ 5,497
$59.99
prime Today by 6:00 PM

Amazon Kindle Paperwhite Signature Edition (32 GB) - With auto-adjusting front light, wireless charging...
★★★★★ 110,916
$34.99

Ring Rechargeable Battery Pack
★★★★★ 5,048
$389.99
prime Today by 6:00 PM

Amazon Kindle Scribe (32 GB) - 10.2" 300 ppi Paperwhite display, a Kindle and Digital Notebook for reading...
★★★★☆ 5,048
$389.99
prime Today by 6:00 PM

Ring Video Doorbell Pro 2 - Best-in-class with cutting-edge features (existing doorbell wiring required)
★★★★☆ 8,056
$249.99
prime Today by 6:00 PM

Ring Battery Doorbell Plus | Head-to-Toe HD+ Video, motion detection & alerts, and Two-Way Talk (2023 release)
★★★★☆ 3,971
$179.99
prime Today by 6:00 PM
Climate Pledge Friendly

## Your Browsing History    View or edit your browsing history

Page 1 of 4

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates








Roll over image to zoom in

**Marilyn Monroe BW Canvas Wall Art Decor for Home Bathroom Bedroom Living Room Modern Artworks**

Brand: YHX ART

$46.00

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $46.00 upon approval for Amazon Visa.

Size: 18"x 24" - (45x60cm)

| 12"x 18" - (30x45cm) | 16"x 20" - (40x50cm) |
| 18"x 24" - (45x60cm) | 20"x 30" - (50x70cm) |
| 24"x 36" - (60x90cm) | |

Color: Wrapped Canvas



**About this item**
- Size: 18x24 Inch, Framed
- Features: Quality canvas, high definition color printing; waterproof, UV resistant, non-fading, using HD mirror image gallery wrapping technology that extends the image around the wooden frame, giving an immersive 3D effect.
- Product: Each framed painting is fully assembled and equipped with hooks for easy hanging directly on the wall. The unframed canvases are carefully rolled and packaged, or you can choose to customize them with your own custom image.
- Suitable for many scenes: home backdrop, living room, dining room, entrance hall, bedroom, walkway, hotel, bar, gym, library, office, classroom, bathroom, etc. Perfect decoration choice. Perfect gift for family, relatives and friends on Thanksgiving, Valentine, Mother's Day, Christmas and other special days.
- Worry-free after-sales service: We are committed to providing superior quality canvas printed wall decor with a 100% satisfaction guarantee. If any reason you are not completely satisfied with your purchase, you can return it for a refund within 30 days of receipt.

$46.00

$4.99 delivery February 9 - 28. Details

Delivering to Peachtree Corners 30092 - Update location

**In stock**
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Ships from   YI HUI XUAN
Sold by   YI HUI XUAN
Returns   Eligible for Return, Refund or Replacement...
Payment   Secure transaction

See more

Add to List



## Product information

| Product Dimensions | 16 x 0.02 x 24 inches |
| Item Weight | 0.45 ounces |
| ASIN | B099WR9FDZ |
| Date First Available | July 20, 2021 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here.

**Feedback**

Would you like to tell us about a lower price? ∨

## Product Description

ABOUT US

1 - High-quality canvas is selected and printed in high definition by professional senior printers. Vibrant colors create a pristine natural look and feel with a realistic and clear appearance. Canvas wall art and canvas paintings are a modern way to brighten up a backdrop and relax, making it the most relaxing choice for modern living.

2 - Our store specialize in modern canvas wall art, including photo to canvas prints, portraits, weddings and family portraits.

3 - We have our own gallery which has been operating for more than ten years. We have been wholesaling and selling all kinds of handmade decorative oil paintings, original oil paintings, master oil paintings, art collections and all kinds of handmade portrait oil paintings, wedding dresses, portraits, family portraits, etc. Welcome to customer! We hope you can find the ideal wall artwork in our store.

∨ See more

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



Host an Amazon Hub
› See More Ways to Make Money

English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| Amazon Subscription Boxes | | PillPack | Amazon Renewed | | | |
| Top subscription boxes – right to your door | | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    Advanced

< Back to search results   Toys & Hobbies > Action Figures & Accessori... > Action Figures Parts    Share    Add to Watchlist








Have one to sell? Sell now

### 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue No Box


qingpay_7 (12)
100% positive · Seller's other items · Contact seller

**US $82.99**

Condition: New

Quantity: 1    5 available

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

Shipping: US $2.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and other charges.
Located in: ******, China

Delivery: Estimated between Fri, Feb 9 and Wed, Feb 21 to 30318
This item has an extended handling time and a delivery estimate greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



### Similar sponsored items    See all >

Feedback on our suggestions






| 18cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box | 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box | World's Greatest Heroes Batman Riddler Joker Mego Style Set | 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box |
| New | New | | New |
| $42.00 | $89.00 | $59.99 | $69.00 |
| Free shipping | Free shipping | 0 bids | + $26.00 shipping |
| | 24 sold | 1d 13h | Last one |
| | | + $12.00 shipping | |
| | | Seller with a 100% positive feedback | |


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all >

Feedback on our suggestions







| 18cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box | Hand painted Original Oil painting art Portrait Marilyn Monroe on Canvas 20"x24" | Marilyn Monroe Cross Stitching Art Embroidery Needlework Threads Painting Kit | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue | Marilyn Sculpt |
| New | | New | | New | New |
| $42.00 | $499.00 | $26.82 | $145.34 | $13.69 | $16.99 |
| Free shipping | + $38.00 shipping | $146.40 82% off | $169.00 14% off | Free shipping | Free st |
| | | Free shipping | Free shipping | | 5 watc |
| | | Seller with a 100% positive feedback | Seller with a 100% positive feedback | | |

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 22, 2024 22:22:17 PST View all revisions    eBay item number: 395155038221

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Features | NO Boxed |
| MPN | Does Not Apply | Personalize | No |
| Age Level | 6+ | Item Width | description |
| Time Period Manufactured | 2020-Now | Animal Species | new |
| Series | new | Item Length | description |
| Item Height | description | Vintage | No |
| Country/Region of Manufacture | China | Material | PVC |
| TV Show | One Of The Greatest Actresses | Scale | 1:4 |
| Year Manufactured | 2023 | Grade | 100 |
| Sport | mg | Model | doll |

| | | | |
|---|---|---|---|
| Sport | no | Model | doll |
| Character | Marilyn Monroe | Vehicle Type | |
| Certification | | Signed By | |
| Franchise | One Of The Greatest Actresses | Movie | One Of The Greatest Actresses |
| Animation Studio | description | Brand | Unbranded |
| Featured Person/Artist | Marilyn Monroe | Transformer Faction | description |
| Color | Multicolor | Signed | No |
| Original/Licensed Reproduction | Original | Convention/Event | Toy |
| Theme | TV, Movie & Video Games | Type | Action Figure |
| Items Included | Toy | UPC | Does not apply |

## Item description from the seller

     

| | | | | | |
|---|---|---|---|---|---|
| Sword Art Online Kirito Kazuto Kirigaya # 174 Figma Action Figure Toy New in Box | Anime Dragon Ball Baby Son Goku Figur e W/Space Capsule GK Model Statue To y NOBOX | New Anime Fate Grand Order Figure Altri a Pendragon Figma556 DX Model Figure Toy | New Hatsune Miku Figure Vocaloid My Li ttle Pony Fluttershy Action Figure NO BO X | New RARE Polynian Fil Iana Action Figur e S.11in Figurines Model Toys No Gift bo x | Dragon Ball Z S.H. Figuarts Kid Son Gok u Action Figure Model Gift New With Box |
| 24.98 USD | 46.90 USD | 24.98 USD | 39.90 USD | 24.99 USD | 34.98 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |



Original Package: YES

Good transaction, it got here when it was supposed to. Packaging was dented when it got here, the cardboard box wasn't thick, but the figure was in excellent condition.

s***o (300) · Past 6 months

Arrived very fast, figure was in great condition, well packaged. My son loves it, thank you!

New Death Note M Ryuuku Ryuk PVC Action Figure Anime Model No Box (#2964892172290)

See all feedback

Back to search results                                                                 Return to top

More to explore :  Marilyn Manson Music Action Figures,  Female Statue Action Action Figures,  Female Statue Action Figures & Accessories,  Blue Box Military & Adventure Action Figure 1:18 Action Figures,
1:12 COO MODEL Military & Adventure Action Figure Action Figures,  Blue Box Military & Adventure Action Figure 1:6 Scale Action Figures,  Action Figures Box Protectors,  1:12 Military & Adventure Action Figure Action Figures,
Military & Adventure Action Figure 1:18 Action Figures,  Blue Box Lieutenant Action Action Figures

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Advanced

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces

🔥 EXTRA **5% OFF** WITH CODE **QCTI9JAN25**    See all eligible items and terms >








Have one to sell? Sell now

### Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

**glochwith_shop** (9136)
99% positive · Seller's other items · Contact seller

US **$15.18**
Was US $15.98  Save US $0.80 (5% off)

Condition:  New with tags

Sale ends in: 10h 40m

Quantity:  1    3 available

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩ Breathe easy. Returns accepted.

Shipping:  US $0.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: ShenZhen, China

Delivery:  ⏱ Estimated between Mon, Feb 12 and Wed, Feb 28 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal | G Pay | VISA | 🟠 | AMEX | DISC
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all >

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style Halloween hot
New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

### Sponsored items inspired by your views    See all >

Feedback on our suggestions







Playing card/Poker Deck 54 cards of US MOVIE STAR Marilyn Monroe with box
New
**$13.18**
+ $3.95 shipping
Seller with a 100% positive feedback

Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King Size
New
**$27.97**
+ $25.43 shipping
40 sold

Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift
New
**$4.73**
$4.98 5% off
Free shipping
Seller with a 99.1% positive feedback

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$12.99**
Free shipping

Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
New
**$25.89**
Free shipping
8 watchers

7"old C... artisa... sculpt...
**$105....**
$120.0
Free sh

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 27, 2024 00:57:14 PST  View all revisions

eBay item number: 276097651425

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Non-Domestic Product | No |
| Custom Bundle | No | Coverage | Full Wig |
| Item Length | Medium | Texture | Wavy |
| Modified Item | No | Hair Origin | Synthetic |
| Brand | Unbranded | Type | Wig |
| Cap Construction | Classic Cap | Hair Color Shade | Photo Color |

**Item description from the seller**



Cos Marilyn Monroe short paragraph pale gold curly hair wig

Material : Heat Resistant Fiber

Weight : 150g

Length : 25-28cm

Color : Mix Colors

Include : 1*Wig+1*Wig Cap

Notice:
1.Fibers are heat resistant, but we don't recommend heat styling unless you have previous experience or professional help. Temperature range is 250-300°F (120-150°C) for hot irons, 160-175°F (70-80°C) for hot water.
2.Please be aware that colors might look slightly different in person due to camera quality and monitor settings Stock photos are taken in natural light with no flash.



| Collectibles | Entertainment Memorabilia | Antiques |
| Cameras & Photo | Cell Phones & Accessories |
| Clothing, Shoes & Accessories | Computers/Tablets & Networki... |
| Toys & Hobbies | Video Games & Consoles |

c***h (2273) • Past month

Excellent Seller, fast shipping, model was well packaged and arrived undamaged. Highly recommended!!!!
5m 72309a I/72 Israeli Tiran 5 Tank T55 Turret Convertible Resin Finished Model (#265446927995)

See all feedback

---

🎁 **EXTRA 5% OFF WITH CODE QCT19JAN25** ⓘ See all eligible items →
Use it to save even more!

All promotional offers from qiuchunth



Peni Parker Cosplay Wig Short Black Hair Wigs For Women Lady + A Wig Cap
Was: US $16.99
Now: US $16.14

John Wick Cosplay Wig Black Short Wavy Hair Wig Handsome Men Natural Full Wigs
Was: US $18.00
Now: US $17.10

You can change quantities in your cart.

---

**You may also like**

Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant


Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party


Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween


Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable


Cos Marilyn Monroe short paragraph pale gold curly hair wig 1

New (Other)
$14.59
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

New (Other)
$16.98
$18.14 11% off
25% off 5+ with coupon

New
Free shipping
5 watchers

New (Other)
$18.05 11% off
Free shipping
20% off 3+ with coupon

New
$38.99 11% off
Free shipping
20% off 3+ with coupon







New (Other)
Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style

New
Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween

New (Other)
Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New
Lady Girl Bob Wig Women's Short Straight Bangs Full Hair Wigs Cosplay Party

New
Pop Womens Golden Blond Heat Resistant Long Curly Wavy Full Volume Hair Wig USA

New (Other)
$16.14
$17.93 10% off
Free shipping
10% off 2+ with coupon

New
$16.98
Free shipping

New (Other)
$15.90
$18.07 12% off
Free shipping

New
$6.98
Free shipping
♥ Top Rated Plus
9330 sold

New
$12.59
$13.99 10% off
Free shipping
♥ Top Rated Plus







Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathbale

Sponsored
Full Wig Long Curly Straight Synthetic Hair Blonde Wigs Ombre Cosplay Party

Sponsored
10 Inch Curly Wavy Short Bob Fluffy Blonde Women Hair Cosplay Casual Party Wigs

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay social

Sponsored
Women Girl Full Hair Wigs Synthetic Real Natural Soft Bob Short Bangs Cosplay

New
$14.64
$16.44 11% off
Free shipping

New
$11.99
Free shipping
13 watchers

New
$11.20
$11.79 5% off
Free shipping
♥ Top Rated Plus

New (Other)
$17.01
$18.90 10% off
Free shipping

New
$5.96
Free shipping
24 sold







Sponsored
Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain

Sponsored
Marilyn Monroe Movie Star Halloween Costume Wig Blonde

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$25.89
Free shipping
8 watchers

New
$18.00
+ $5.90 shipping
Seller with a 100% positive feedback

Pre-owned
$14.99
Free shipping
Last one

New
$12.99
Free shipping
Last one

New
$12.99
Free shipping







Sponsored
Women Short Blonde Curly Wig Natural Wavy Full Hair Wigs w/ Bangs Cosplay Party

Sponsored
23" Golden Brown to Gold Ombre Long Wavy Curly Blonde Wig Women's Synthetic Hair

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Sponsored
Women's wig fluffy short curly hair silver white short hair headband wig

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig hair heat resisting

Now
$12.27
Free shipping
145 sold

New
$14.98
Free shipping
♥ Top Rated Plus
427 sold

New
$13.99
Free shipping
10 watchers

New
$9.99
Free shipping
Seller with a 100% positive feedback

New (Other)
$16.82
$18.90 11% off
Free shipping



More to explore : Cosplay Gold Curly Wigs & Hairpieces,  Cosplay Curly Wigs,  Human Hair Cosplay Curly Wigs & Hairpieces,  Party Human Hair Curly Wigs,  Cosplay Women Human Hair Curly Wigs & Hairpieces,  Cosplay Ponytail Curly Wigs,  Cosplay Adult Curly Wigs,  Bob Cosplay Curly Wigs & Hairpieces,  Cosplay Orange Curly Wigs & Hairpieces,  Coppa Curly Bangs Cosplay Wigs

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice




Crime Junkie




Over My Dead Body


Morbid


'Tis The Grinch Holiday Podcast


The Pulse Of The Planet

## From the brand



## Product Description





| | Pig is Brushing Teeth | Pig Squatting on The Toilet | Pig is Reading | Cat That Can't fit in The Box | Dragon Reading On a Stone |
|---|---|---|---|---|---|
| Anti-Throw | x | x | x | x | x |
| Bedroom office Layout | ✓ | ✓ | ✓ | ✓ | ✓ |
| Size | 7.8x4.8x4.5cm/3.07x1.89x1.77inch | 6.7x6x5cm/2.64x2.36x1.18inch | 5.2x4.5x3.8cm/2.05x1.77x1.47inch | 10x9x5.5cm/3.94x3.54x1.97inch | 8.3x8x9cm/3.27x3.15x3.34inch |



| | Monroe Pig | Pigs in The Lunch Break | Pig in Small Basket | Cuddling a Kitten | Mother Dragon and Baby |
|---|---|---|---|---|---|
| Anti-Throw | x | x | x | x | x |
| Bedroom office | ✓ | ✓ | ✓ | ✓ | ✓ |
| Size | 9*5.5*5cm/3.54x2.17x1.97inch | 5.5x3x2.6cm/2.17x1.18x1.02 | 4.5x3.5x3.5cm/1.77x1.38x1.38inch | 6.5x5.8x5.5cm/2.56x2.28x2.17inch | 8x8x7.5cm/3.15x3.15x2.95inch |









|  | Nativity Set | 7 " Nativity Sets | Golden Winged Angel | Silver Winged Angel | Love of a Dragon |
|---|---|---|---|---|---|
| Anti-Throw | x | x | x | x | x |
| Bedroom office | ✓ | ✓ | ✓ | ✓ | ✓ |
| Size | 39.5x22.5x8cm/15.55x 8.86x3.15inch | 17.7x17.5x6cm/6.97x6. 89x2.36inch | 15x5x5cm/5.9x1.97x1. 97inch | 15x5x5cm/5.9x1.97x1. 97inch | 8x7.5x7cm/3.15x2.95x2 .75inch |

## Compare with similar items

| | This Item | Recommendations | | | | |
|---|---|---|---|---|---|---|
| |  |  |  |  |  | |
| | **KEEPKAP** Pig Statue Mini Pig Figurine, Resin Home Decor, Lucky Animal Garden Statue f... | **KEEPKAP** Pig Statue Mini Pig Figurine, Resin Home Decor, Lucky Animal Garden Statue f... | **KEEPKAP** Pig Statue Mini Pig Figurine, Resin Home Decor, Lucky Animal Garden Statue f... | **HYG** 12Pieces Mini Resin Glow Pig Mini Portrait Mini Fairy Garden Landscape Aquarium... | **starbluegarden** Amusing Mini Pig Moving Bricks Statue Figurine Ornament Fairy ... | **KEEPKAP** Pig Statue Mini Pig Figurine, Resin Home Decor, Lucky Animal Garden Statue f... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $14⁹⁵ | $13⁹⁵ | $14⁹⁵ | $4²⁹ | $7⁸⁸ | $13⁹⁵ |
| Delivery | Get it as soon as Saturday, Feb 3 | Get it as soon as Saturday, Feb 3 | Get it as soon as Saturday, Feb 3 | Get it as soon as Saturday, Feb 3 | Get it Feb 20 - Mar 11 | Get it as soon as Saturday, Feb 3 |
| Customer Ratings | 4.7 ★★★★★ 668 | 4.7 ★★★★★ 668 | 4.7 ★★★★★ 668 | 4.4 ★★★★★ 65 | 4.2 ★★★★★ 26 | 4.7 ★★★★★ 668 |
| Light Weight | 4.8 ★★★★★ | 4.8 ★★★★★ | — | — | — | 4.8 ★★★★★ |
| Giftable | 4.6 ★★★★★ | 4.6 ★★★★★ | — | — | — | 4.6 ★★★★★ |
| Value For Money | 4.3 ★★★★★ | 4.3 ★★★★★ | — | — | — | 4.3 ★★★★★ |
| Sturdiness | 4.1 ★★★★★ | 4.1 ★★★★★ | — | — | — | 4.1 ★★★★★ |
| Sold By | JIAOWAI | JIAOWAI | JIAOWAI | xingxingfa | yukashangmaoweq | JIAOWAI |
| Subject Character | Animal | Animal | Animal | Pig | Pig | Animal |
| Material | Synthetic Resin | Synthetic Resin | Synthetic Resin | Resin | — | Resin |
| Collection | — | — | Animal | Animal | statue | — |
| Weight | 0.18 pounds | 0.09 pounds | — | 0.04 kilograms | — | 0.12 kilograms |

## Product information

| Product Dimensions | 3.54 x 2 17 x 1.97 inches |
|---|---|
| Item Weight | 2.89 ounces |
| Manufacturer | KEEPKAP |
| ASIN | B09S0X9YXK |
| Country of Origin | China |
| Item model number | Monroe Pig |
| Customer Reviews | 4.7 ★★★★★ ⌄    668 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #68,538 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#147 in Collectible Figurines |
| Date First Available | July 1, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?** ⌄

## Inspiration from this brand



**KEEPKAP**
Visit the Store on Amazon    + Follow








| A pig sheltering in a car on a rainy day | Capture the magic of the holidays with a nativity set! | Pure white Nativity collection, Christmas decorations. | Cute pigs, placed anywhere in the house, can bring you a good mood... | Lovely pig pig with her house | Nativity |

## Videos

### Videos for this product



Upload your video

## Important information

**Important Information**

To report an issue with this product or seller, click here.

## Looking for specific info?

Search in reviews, Q&A...

### Customer reviews

★★★★☆ 4.7 out of 5

668 global ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 7% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 2% |

▼ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customers say

Customers like the quality and appearance of the Marilyn Monroe figurine. For example, they mention it's sturdy, heavy, and looks exactly as shown. That said, some complain that it's too small for the price.

AI-generated from the text of customer reviews

✓ Appearance    ✓ Quality    ✓ Gift    ⊖ Size

### Reviews with images

See all photos ›



Top reviews ▾

## Top reviews from the United States

**sarah l.**

★★★★★ **Pig figure at sink brushing teeth.**

Reviewed in the United States on January 21, 2024

Color: Pig is Brushing Teeth    Verified Purchase

So cute! I also previously got the same pig figure sitting on the toilet. Well packaged & arrived in good time. Thank you.

[ Helpful ]    Report

**Bev P**

★★★★★ **Very cute!**

Reviewed in the United States on December 22, 2023

Color: A Monroe Pig    Verified Purchase

I bought as a gift for a coworker who is obsessed with pigs. She absolutely loved it. It was perfect

[ Helpful ]    Report

**Sage condella**

★★★★★ **He's perfect**

Reviewed in the United States on January 24, 2024

Color: Pig Squatting on the Toilet    Verified Purchase

I got this as a gag type of gift for my sister for Christmas and he is wonderful. It was actually nicer quality than I thought would be too

[ Helpful ]    Report

**JohnB**

★★★★★ **Great Quality**

Reviewed in the United States on January 23, 2024

Color: 3 Piece    Verified Purchase

My granddaughter loves anything with pigs. She was so excited when I gave her these for her birthday.

[ Helpful ]    Report

**RoseAnn**

★★★★★ **So Cute!!!!!**

Reviewed in the United States on December 25, 2023

Color: A Monroe Pig    Verified Purchase

Absolutely adorable wish it was a little larger but love it!!!

[ Helpful ]    Report

**Norman Harrison**

★★★★★ **Very cute!**

Reviewed in the United States on January 24, 2024

Color: A Monroe Pig    Verified Purchase

Great little figurine. Well made and hand painted. Wonderful gift for Marilyn fans.

[ Helpful ]    Report

**M**

★★★★☆ **Cute but way to small for price**

Reviewed in the United States on December 14, 2023

Color: A Monroe Pig    Verified Purchase

Quality is there just to small for price

[ Helpful ]    Report

**Amazon Customer JenK**

★★★★★ **Cute and adorable.**

Reviewed in the United States on December 9, 2023

Color: A Monroe Pig    Verified Purchase

Bought as a gift . Received quickly . Well packaged to prevent breakage

[ Helpful ]    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**Dgldgi**





Cover 1 Of ... 0EE8 At Err ... Population 1 2... Filed 02/08/24 ... Entry 191 of 199

amazon

Delivering to Peachtree... 30092
Update location

marilyn monroe wall art

EN

Hello, Jake
Account & Lists

Returns
& Orders

Cart

All | Medical Care | Amazon Basics | Groceries | Shop By Interest | Pet Supplies | Beauty & Personal Care | Household, Health & Baby Care | Coupons | Amazon Home | Find a Gift | Handmade | Livestreams | Books | Best Sellers | Home Improvement

‹ Back to results



Roll over image to zoom in



**Marilyn Monroe Wall Art Painting - Inner Framed Oil Paintings Printed on Canvas Modern Artwork for Home Decor for Memorabilia Gifts Living Room Bedroom and Easy to Hang Boy Girl Gifts (16x20 Inch)**

Brand: Wall Art Decor

$35.99

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $35.99 upon approval for Amazon Visa.

**About this item**
- Decor Size: 16x20 inch. Series: More canvas prints with different styles and in stock
- Premium Quality: High definition picture printed on high-quality canvas provides the highest durability and best color vibrancy
- Hassle-Free Assembly: Hand-stretched canvas on environmental-friendly wooden frame With hook inside,ready to hang
- Secure Shipping: Canvas painting for wall packed in carton
- Perfect Present: Awesome gifts to your relatives or friends for living room, office, cafe wall decoration

$35.99

$11.88 delivery January 26 - February 9 Details

Delivering to Peachtree Corners 30092 - Update location

In Stock

Qty: 1

Add to Cart

Buy Now

Ships from    MIII Electronic Commerce
Sold by       MIII Electronic Commerce
Returns       Eligible for Return, Refund or Replacement...
Customer Service  MIII Electronic Commerce

˅ See more

Add to List

## Product information

| Product Dimensions | 20 x 16 x 1.4 inches |
|---|---|
| Item Weight | 1.69 pounds |
| ASIN | B08LTDCR38 |
| Date First Available | October 25, 2020 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ›

## Product Description

Canvas Wall Art for living room bathroom Wall Decor for bedroom kitchen artwork Canvas Prints Marilyn Monroe Wall Art Painting wall background map 16" x 20" Modern framed office Home decorations family picture
Introduction:
1: It is canvas prints works,not hand-painted painting,there is not difference in the product itself,but colors may appear slightly different to each user due to individual monitors.
2: Each panel of canvas print already stretched on solid wooden frames,And comes with hook attached.    put into a plastic bag and then put into solid master carton for shipping.
3: High Definition modern canvas printing artwork, picture photo printed on high quality canvas. A great gift idea for your relatives and friends.
4: The solid wood mounted canvas prints is stylish, attractive and suitable for any contemporary, modern, vintage or retro decor indoor wall art.
Benefits:
This art work comes already framed ready to hang, each panel has a hook already attached for easy hanging.
Perfect choice for wall decor such as living room, bedroom, guest room, bathroom, kitchen, dinning room, meeting room, hallway, nurseries, coffee house, hotels, inn, Spa, Lounge, Sauna and other spaces of home, family, office, business, reflection and relaxation.

˅ See more

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



amazon

English    United States

Host an Amazon Hub
› See More Ways to Make Money

...See more ways to make
Money

amazon

⊕ English ⌄          🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream<br>millions<br>of songs | **Amazon Ads**<br>Reach customers<br>wherever they<br>spend their time | **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook<br>Publishing<br>Made Easy | **Sell on<br>Amazon**<br>Start a Selling<br>Account | **Amazon Business**<br>Everything For<br>Your Business |
| **Amazon Fresh**<br>Groceries &<br>More<br>Right To Your<br>Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Experienced Pros<br>Happiness Guarantee | **Amazon Web<br>Services**<br>Scalable Cloud<br>Computing<br>Services | **Audible**<br>Listen to Books &<br>Original<br>Audio<br>Performances | **Box Office<br>Mojo**<br>Find Movie<br>Box Office<br>Data | **Goodreads**<br>Book reviews<br>&<br>recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals<br>Need | **Kindle Direct Publishing**<br>Indie Digital & Print<br>Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy | **Shopbop**<br>Designer<br>Fashion<br>Brands | **Amazon<br>Warehouse**<br>Great Deals on<br>Quality Used<br>Products |
| **Whole Foods<br>Market**<br>America's<br>Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security<br>Systems | **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Blink**<br>Smart<br>Security<br>for Every<br>Home | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts |
| | | **Amazon Subscription<br>Boxes**<br>Top subscription boxes –<br>right to your door | **PillPack**<br>Pharmacy<br>Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices ✓
© 1996–2024, Amazon.com, Inc. or its affiliates

 

Havenlight Christians Wall Art
Dancing on Water, by Yongsung Kim, 14"x14" Flushmount Acrylic Mounted on Select...    $250.00

Sponsored

Home & Kitchen › Wall Art › Posters & Prints





Roll over image to zoom in



## Krishnamat Poster Similiar to Marilyn Monroe Pop Art Girl Vintage Collections 12x18 Inches

Brand: Generic

$12.99

prime Two-Day
FREE Returns ⌄

Thank you for being a Prime Member. Pay $12.99 $0.00 for this order. Get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

### About this item
- 12*18 inches size, the most suitable size for decoration
- 100% high quality poster with more durability
- Print with advanced printing technology, ensure the poster has high clarity and it can be framed also.
- Suitable for all kind of places: bedroom, gym, study, corridor etc.
- The poster is worth collecting and owing, and you can also give it as a gift to your family and friends, which will be a surprise.

⚠ Report an issue with this product or seller

Vintage Poster Tin Sign, Viking Rune Meaning, 8x12 Inch...
★★★★☆ 28
$8.75  prime

Sponsored ⓘ

### Delivery / Pickup

$12.99
prime Two-Day
FREE Returns ⌄

FREE delivery **Sunday, January 28.** Order within **14 hrs 59 mins**

Deliver to Elena - Atlanta 30327

**Only 4 left in stock - order soon.**

Quantity: 1

[Add to Cart]
[Buy Now]

Ships from  Amazon
Sold by   KrishnaMat31
Returns   Eligible for Return, Refund or Replacement...
Payment   Secure transaction

⌄ See more

☐ Add a gift receipt for easy returns

[Add to List ⌄]



Upgrade Your Space with Modern Art

Abstract Wall Art, Textured Hand Painted Canvas by Martin Edwards...
★★★★☆ 26
$118.54  prime

Sponsored ⓘ

## Buy it with

 +  + 

Total price: $86.56

[Add all 3 to Cart]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Krishnamat Poster Similiar to Marilyn Monroe Pop Art Girl Vintage Collections 12x...
$12.99  prime

ELSKER&HOME 24x36 Picture Frame 3 Pack, Black, Horizontal or Vertical Wall Mounting, Durable...
$62.99 ($21.00/count)  prime

Music Innerspeaker Tame Impala Poster Vintage Metal Tin Sign Wall Decoration For Garage Yard Ho...
$10.58

## Based on your recent views

Sponsored ⓘ    Page 1 of 58

     

SpiritualHands Marilyn Monroe Canvas Wall Art & Poster - Trendy Girly Makeup Room D...
★★★★☆ 29
$25.99

1950s Legends Elvis Presley & Marilyn Monroe Wall Art Decor Framed Poster | 23 x...
★★★★☆ 539
$69.99

Denozer 3 Panel Beauty Portrait Canvas Wall Art,Marilyn Monroe,Audrey...
★★★★☆ 17
$59.99

HISTORIX Vintage 1955 Marilyn Monroe Poster Photo - 16x20 Inch Old Picture of Maril...
$34.99

Marilyn Monroe Workin' It Movie Poster Print Painting On Canvas Wall Art Poster Scr...
$19.90

Imperfection Is Beauty - Marilyn Monroe Inspirational Wall Decor, Motivational Wall...
★★★★☆ 2
$11.98  prime

Marilyn Monroe 20x20 Framed Art Print by Baron, Nahum
$79.99

## You might also like

Page 1 of 7

     

wall26 Canvas Print Wall Art Portrait of Abraham Lincoln People Pop Culture Historical Realism Famous Close...
★★★★★ 658
$94.99
Get it Jan 31 - Feb 2
FREE Shipping

wall26 - 3 Piece Canvas Wall Art - Famous Italian National Park TRE Cime Di Lavaredo. Dolomites, South Tyrol. Auronzo -...
★★★★★ 28
$89.99
Get it Jan 31 - Feb 2
FREE Shipping

Outus 9 Pieces Mental Health Posters Anxiety Therapy Motivational Poster Psychologist...
★★★★☆
Amazon's Choice in Educational Charts & Posters
$12.99

XUOIAYNB Abstract Boho Wall Art Prints, Minimalist Geometric Sun Canvas Wall Art...
★★★★☆ 269
Amazon's Choice in Posters & Prints
$14.99  prime FREE One-Day Get it Tomorrow, Jan 27

HOMANGA Inspirational Wall Art, Motivational Wall Art Posters, Quotes Dorm Decor for College Girls & Boys, Set of 6,...
★★★★☆ 1,555
$8.99
prime FREE One-Day Get it Tomorrow, Jan 27

3 Panels Beauty Portrait Canvas Wall Art, Audrey Hepburn and Brigitte Bardot with Colorful Bubble Gum Picture...
★★★★★ 50
$79.99
Get it Feb 2 - 5
FREE Shipping

    

## Product information

| | |
|---|---|
| Product Dimensions | 18 x 12 x 0.2 inches |
| Item Weight | 1 ounces |
| ASIN | B0CLHF46K7 |
| Country of Origin | India |
| Date First Available | October 20, 2023 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Meet our stylish and exclusive poster for your home/office decor. The creative design/illustrations will complement your home/office decor by enriching it with bright colours and unusual shapes. This poster can be a great motivational source. You will feel positive vibes when you see this poster. It will inspire you to do something in life. This poster draws attention and becomes the centerpiece of your poster collection, if you have one. It is suitable for all kind of places: bedroom, gym, study, corridor etc. Use it to decorate the walls of your house or you can use it at the office to boost the morale of the employees and other staff. And it can be a great gift as well. This will make you smile every time you look at it and make will make a wonderful gift for family and friends.

## Important information

To report an issue with this product or seller, click here.

## Customers also viewed these products

Page 1 of 7 ⋮

     

| SpiritualHands Marilyn Monroe Canvas Wall Art & Poster - Trendy Girly Makeup Room Decor, Framed Vintage Vogue… | The Gifted Stationery Marilyn Monroe Poster Set, 6 Pack 11x17 Inch Black and White Pictures for Wall Art | SpiritualHands - Marilyn Monroe Wall Art Canvas & Poster, Trendy Wall Decor, Girly Makeup Room Decor, Framed… | Niwo ART-Marilyn Monroe C, Classic Movie Stars Canvas Wall Art Home Decor,Stretched… | HAUS AND HUES Audrey Hepburn Wall Art - Vogue Wall Decor, Audrey Hepburn Poster, Hollywood Wall Art,… | Marilyn Monroe Quotes- Can't Handle Me At My Worst- Inspirational Wall Art Decor, Retro Picture Portrait Print, Ideal For… | Marilyn Monroe Quotes- "Nothing Lasts Forever- Never Have Regrets"- Inspirational Wall Art-10 x 8" Retro Photo Print-… |
|---|---|---|---|---|---|---|
| ★★★★½ 29 | ★★★★½ 227 | ★★★★½ 106 | ★★★★★ 475 | ★★★★½ 915 | ★★★★½ 39 | ★★★★½ 29 |
| $159.99 | $9.99 | $63.99 | Posters & Prints | $13.99 | $11.98 | $11.98 |
| Get it Feb 7 - 8 FREE Shipping | ✓prime FREE One-Day Get it Tomorrow, Jan 27 | Get it Feb 7 - 8 FREE Shipping | Amazon's Choice in $23.95 ✓prime FREE One-Day Get it Tomorrow, Jan 27 | ✓prime FREE One-Day Get it Tomorrow, Jan 27 | ✓prime Today by 10:00 PM | ✓prime Today by 10:00 PM |



Hyundai Evolve Showroom
Customize your TUCSON.
It's your journey.
Explore now ›
HYUNDAI | amazon
Options shown.
Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



*Moisturize & soften lips with lip smacking flavor*

Lip Smacker Sanrio Hello Kitty...
flavor
$9.04  √prime
Add to cart
Sponsored


STARZ    SIGN UP NOW
prime video | CHANNELS
I THE BLACKENING
Subscription required
Sponsored

## Recommended Devices inspired by your shopping history

Page 1 of 7

     

Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
★★★★☆ 8,416
$249.99
√prime  Today by 6:00 PM

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
★★★★☆ 8,311
$169.99
√prime  Today by 6:00 PM
🍃 Climate Pledge Friendly

Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
★★★★☆ 33,166
$199.99
√prime  Today by 6:00 PM

Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -...
★★★★☆ 5,471
$59.99
√prime  Today by 6:00 PM

Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...
★★★★☆ 23,347
$189.99
√prime  FREE One-Day Get it Tomorrow, Jan 27
🍃 Climate Pledge Friendly

Ring Rechargeable Battery Pack
★★★★☆ 119,867
$34.99

Amazon Kindle Scribe (32 GB) - 10.2" 300 ppi Paperwhite display, a Kindle and a notebook all in one, paperless no...
★★★★☆ 5,027
$389.99
√prime  Today by 6:00 PM
🍃 Climate Pledge Friendly

## Popular products based on this item

Page 1 of 7

      

Framed Boho Wall Art Set of 4 for Wooded Minimalist Botanical Print Wall Art for Rustic Vintage Farmhouse...
★★★★☆ 212
300+ bought in past month
$29.99-$39.99

ARPEOTCY Framed Canvas Print Wall Art, Vintage French Flower Wall Art Home Decor, Ceramic Vase Floral Oil Painting for Living...
★★★★☆ 100
$9.99-$42.99

Vintage Butterfly Poster Fungus Wall Art Prints Rustic Butterfly Wall Art Home Decor, Hanging Illustrative Reference Chart Poster...
★★★★☆ 375
100+ bought in past month
$8.49-$8.99

Houmury Set of 3 Framed Bathroom Art Llama, Cow, & Donkey for Bathroom Wall Decor Farmhouse Home...
★★★★★ 13
100+ bought in past month
$23.39-$32.39

Woonkit Vintage Rock Band Posters for Room Aesthetic, 70s 80s 90s Retro Music Bedroom Decor Wall Art, Music...
★★★★☆ 599
100+ bought in past month
$15.99

Bestyley Vintage Hippie Poster Eevery Little Thing Is Gonna Be...
★★★★☆ 209
600+ bought in past month
Amazon's Choice in Posters & Prints
$9.99
√prime  FREE One-Day Get it Tomorrow, Jan 27

HAUS AND HUES Preppy Bar Wall Decor Framed - Blue and Orange Bar Cart Decor, Colorful Bar Cart Wall Art Prints, Vintage Cocktail Poster, Alcoho...
★★★★☆ 93
$13.99-$79.99

## Your Browsing History  View or edit your browsing history

Page 1 of 5

           

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English    United States

amazon

English | United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business |
| **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products |
| **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts |
| | | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

< Back to search results    Home & Garden > Home Décor > Tapestries

Share · Add to Watchlist



Have one to sell? Sell now

## Marilyn Monroe 3D Printing Tapestry home decor

richhandicrafts (271)
Seller's other items · Contact seller

**US $12.82**

Condition: New

Color:     - Select -

Size:      - Select -

Quantity:  1    2 available / 1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

Shipping:  Free Economy Shipping from outside US. See details
           International shipment of items may be subject to customs
           processing and additional charges. ⓘ
           Located in: Zhejiang, China, China

Delivery:  ⏱ Estimated between Thu, Feb 15 and Thu, Mar 21 to 30318 ⓘ
           Please note the delivery estimate is greater than 14 business days.
           Please allow additional time if international delivery is subject to
           customs processing.

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  GPay  VISA  mastercard  AMEX  DISCOVER

           PayPal CREDIT
           Special financing available. See terms and apply now

           Earn up to 5x points when you use your eBay Mastercard®.
           Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
   Get the item you ordered or your money back. Learn more



find mental health resources

Love,
Your Mind

HUNTSMAN    [ad]

Learn More

## Similar sponsored items    See all >

Feedback on our suggestions






Stunning Marilyn Monroe
Enamelled Wall Art, Wall Decor,
35cm X 35cm, Iconic
New
$31.79
+ $24.43 shipping

3d changing picture Marilyn
Monroe, 3 images in III 15.5"X11.5"
New
$11.99
Free shipping
7 watchers

Vintage 43" x 23" Tapestry Last
Supper Jesus Christ & Disciples
Wood Frame Glass
Pre-owned
$39.99
0 bid
12h 57m
+ $49.99 shipping
Seller with a 99.4% positive
feedback

Marilyn Monroe Photo Print Wall
Decor Movie Fan Gifts Framed
Canvas Hanger
New
$16.99
+ $3.99 shipping
11 watchers

## Sponsored items inspired by your views    See all >

Feedback on our suggestions




Marilyn Monroe 5D Picture Diamond
Painting Kit Embroidery Rhinestone DIY
Art
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

LOTS Bulk 30 pcs Marilyn Monroe
Postcard Classic Black White Photos
Postcrossing
New
$13.98
Free shipping
67 sold

Handpainted Art Oil Painting on Canvas
portrait Black White Marilyn Monroe
New
$77.22
$99.00 22% off
Free shipping

Out of Print Deck 54 cards of US MOVIE
STAR Marilyn Monroe Playing card/Poker
New
$22.00
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Bubble 5D Diamond
Painting Kit Rhinestone Wall Decor Picture
New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback

5D Dia
Picture
New
$12.7
$13.44
Free st
Seller

---

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 10, 2024 06:05:11 PST    View all revisions

eBay item number: 175893722775

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Pattern | Mandala |
| MPN | Does not apply | Material | 100% Polyester |
| Subject | Fantasy Figure | Brand | Does not apply |
| Department | Adults | Type | Tapestry |
| Style | Art Deco | Theme | Angel |
| Features | Decorative | Country/Region of Manufacture | China |
| Room | Bedroom, Basement, Any Room, Entryway, Dining Room | size type | cm |

Item description from the seller

PLstar Universe Embroidery Provocative Marilyn Monroe 3D Printing Tapestrying Rectangular Home Stylistic layout Wall decoration style-5

- CN(Origin)
- PRINTED
- AUBUSSON
- Hand Wash
- Print
- Plain
- Rectangular
- 100% Polyester
- size - cm

## Business seller information

Rich Art And Craft
Kicha Maheshwari
52 188 V T Road
Mansarover
302020 Jaipur Rajasthan
India
Value Added Tax Number: IN BCKPM3584NIZU
Trade Registration Number: 08BCKPM3584NIZU

Email: richhandicrafts@gmail.com



### richhandicrafts
901 items sold

Seller's other items

Contact

♡ Save seller

### richhandicrafts
901 items sold

Contact

♡ Save seller

📅 Joined Apr 2012

### Seller feedback (319)

⊕ i***m (204) • More than a year ago

Insane Fast shipping! Arrived just as described. Thanks richhandicrafts!!!

Ganesa India Goddess Kali MATA - Sequin Decorated Cloth Print Wall Decor (#175097840576)

⊕ e***e (1098) • More than a year ago

Super fast shipping. Good deal. Happy with my purchase. The outer fabric is very soft. Can't wait to stuff it and give it to my grandson that loves cats. Arrived over a month early.

IKEA 50cm 3D The reproduction felino Pad COVER Couch/seat/bed/vehicle/inn Home E (#175660271709)

⊕ s***a (3207) • More than a year ago

Super pillow and quality, great crisp design and colors. Thanks so much.

Basic Pillow Egyptian Queen Art (#185474460950)

See all feedback

## You may also like

Feedback on our suggestions



Sexy Woman Tapestry Marilyn Monroe Art Character Wall Hanging Modern Home Decor
New
**$10.89**
Free shipping
Seller with a 100% positive feedback



Snoop Dogg Jesus Tapestry Wall Hanging Funny Room Decoration Home Decor
New
**$8.60**
Free shipping



Marilyn Monroe Wall Art
Pre-owned
**$10.18**
0 bids
+ $28.85 shipping
Seller with a 100% positive feedback



Stunning Marilyn Monroe Enamelled Wall Art, Wall Decor, 35cm X 35cm, Iconic
New
**$31.79**
+ $24.43 shipping



USA Psychedelic Mandala Tapestry Hippie Room Wall Hanging Blanket Art Home Decor
New
**$10.22**
Free shipping
17 watchers



Home Decor Tapestry Background Decoration Tapestry Tree Waterfall Wall Hanging
New
**$14.08**
$14.98 6% off



Indian Mandala Twin Hippie Bedspread Wall Hanging Tapestry Home Decor Tapestries
New
**$13.99**
$31.98 56% off




MARILYN MONROE RAINBOW POP ART CANVAS FRAMED PRINT DECOR POSTER HOME DECOR ART
New
**$11.44**
+ $20.69 shipping



Large Moon City 3D Wall Hanging Starry Sky Tapestry Blanket Bedspread Wall Art
New
**$12.98**
Free shipping

3D The Joker Tapestry Living Room Bedroom Art Wall Hanging Cover Home Decor
New
**$16.14**
$16.99 5% off





Sponsored
Marilyn Monroe Bubble 5D Art Diamond
Painting Kit Rhinestone Wall Decor Picture

New
$11.29
$12.29 13% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Marilyn Monroe 5D Picture Diamond
Painting Kit Embroidery Rhinestone DIY Art

New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
5D Diamond Painting Kit Marilyn Monroe
Picture Rhinestone Wall Decor Craft Art

New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Handpainted Art Oil Painting on Canvas
portrait Black White Marilyn Monroe

$77.22
$99.00 22% off
Free shipping

Sponsored
Sugar Skull Tapestry Antique Portrait Print
Wall Hanging Decor

New
$18.95
Free shipping
20 watchers







Sponsored
Marilyn Monroe Diamond Painting

New
$26.00
Free shipping
Last one

Sponsored
5D DIY Diamond Painting Embroidery
Marilyn Monroe Portrait Cross Stitch Decor

New
$11.49
$12.09 5% off
Free shipping
Seller with a 99.5% positive feedback

Sponsored
Marilyn Monroe Photo Print Wall Decor
Monroe Fan Gifts Framed Canvas Hanger

New
$16.99
+ $3.99 shipping
11 watchers

Sponsored
5D DIY Diamond Art Painting, Embroidery
Kit Craft Marilyn Monroe

New
$15.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blonde 5D Picture Diamond
Painting Kit Rhinestone Wall Decor Art

New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback







Sponsored
Colorful Marilyn Monroe 5D Art Diamond
Painting Kit Drills Cross Stitch Picture

New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
LOTS Bulk 30 pcs Marilyn Monroe Postcard
Classic Black White Photos Postcrossing

New
$13.98
Free shipping
67 sold

Sponsored
Out of Print Deck 54 cards of US MOVIE
STAR Marilyn Monroe Playing card/Poker

New
$22.00
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Out of Print Deck 54 cards of US MOVIE
STAR Marilyn Monroe Playing card/Poker

New
$22.00
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Marilyn Monroe Famous Cool Wall Decor
Art Print Poster 24x36

New
$13.98
Free shipping
Last one



Back to search results                                                                                                                          Return to top

More to explore：  Marilyn Monroe Home Décor Posters & Prints, Marilyn Monroe Framed Home Décor Posters & Prints, Marilyn Monroe Art Home Décor Posters & Prints, Canvas Marilyn Monroe Home Décor Posters & Prints,
Marilyn Monroe Modern Home Décor Posters & Prints, Pop Art Marilyn Monroe Home Décor Posters & Prints, Marilyn Monroe Vintage/Retro Home Décor Posters & Prints, Urban Art Marilyn Monroe Home Décor Posters & Prints,
Marilyn Monroe Home Décor Posters & Prints, Marilyn Monroe Vintage/Retro Not Signed Home Décor Posters & Prints