ebay

Back to search results | Jewelry & Watches | ... | Pocket Watches

SAVE UP TO **11%** WHEN YOU BUY MORE









Have one to sell? Sell now

### Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift

rodeakatull (1000)
99.1% positive · Seller's other items · Contact seller

**US $4.73/ea**
or Best Offer
Was US $4.98 ⓘ
Save US $0.25 (5% off)

Condition: **New with tags**

Sale ends in:  1d 2h

Quantity:  [ 1 ]   More than 10 available / 11 sold

Bulk savings:

| Buy 1 $4.73/ea | Buy 2 $4.54/ea | Buy 3 $4.35/ea | 4 or more for $4.21/ea |
| --- | --- | --- | --- |

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

Shipping: **Free Economy Shipping** from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and import charges. ⓘ
Located in: Guangzhou, China

Delivery: ⓘ Estimated between **Tue, Feb 20** and **Mon, Mar 25** to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
Shop now

## Similar sponsored items   See all ›

Feedback on our suggestions






| | | | |
| --- | --- | --- | --- |
| Marilyn Fashion Pocket Watch Retro Sweater Necklace Chain Watches Lady Girl Gift | Cute Marilyn Monroe Enamel Small Size Silver Beauty Girl Quartz Pocket Watches | Gevril automatic mens watches. | Antique Colorful Roman Numeral Dial Quartz Pocket Watch Necklace Gift Men Women |
| New | New | New | New (Other) |
| $4.42 | $4.64 | $400.00 | $23.98 |
| $4.75 7% off | $4.99 7% off | 0 bids | Free shipping |
| Free shipping | Free shipping | 44m 22s | Buy 1, get 1 10% off |
| Seller with a 99.6% positive feedback | Seller with a 99.6% positive feedback | Free shipping | |
| | | Seller with a 100% positive feedback | |

## Sponsored items customers also bought   See all ›

Feedback on our suggestions







| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Vintage Quartz Pocket Watch Gift Skeleton Black Case Steampunk Necklace Chain | Fashion Quartz Sheet Music Butterfly Numerals Pocket Watch Women Ladies Necklace | TO MY DAD/GRANDSON Men's Analog Quartz Pocket Watch Pendant Chain Best Gift | Black/Silver Half Hunter Quartz Movement Pocket Watch with Chain Wedding Gifts | Lot of 3 Watch elgin vintage pocket Collectible Antique Brass Pocket Watch GIFT | Steam Analog Chain G |
| New | New (Other) | New | New | New | New |
| $5.71 | $9.99 | $4.59 | $4.69 | $45.00 | $4.59 |
| Free shipping | Free shipping | $4.99 8% off | $4.99 6% off | Free shipping | $4.99 s |
| 40 sold | 75 sold | Free shipping | Free shipping | 44 watchers | Free sh |
| | | | Seller with a 99.2% positive feedback | | 20 sol |

| About this item | Shipping, returns, and payments |
| --- | --- |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 385142625975

Last updated on Jan 20, 2024 13:56:37 PST  View all revisions

## Item specifics

## Item specifics

| | | | |
|---|---|---|---|
| Condition | ... handmade items in the original ... Read more | Item type | |
| Brand | Unbranded | Case Color | Silver |
| Case Material | Stainless Steel | Closure | Full Hunter |
| Country/Region of Manufacture | China | Customized | No |
| Department | Unisex Adult | Dial Color | White |
| Indices | Arabic Numerals | Display | Analog |
| Features | 12-Hour Dial | Model | P597 |
| Movement | Quartz | MPN | Does Not Apply |
| Style | Casual | Theme | Awareness |
| Type | Pocket Watch | Water Resistance | Not Water Resistant |
| With Original Box/Packaging | No | With Papers | No |
| Year Manufactured | 2010-Now | UPC | Does not apply |

## Item description from the seller



### You may also like

Retro Doctor Strange Quartz Eye Of Agamotto Pocket Watces Necklace — 4.74 USD — Free shipping

Bronze Analog Pocket Watches Quartz Men Women Retro Pendant Chain Full — 4.55 USD — Free shipping

Best Gift for Mom Husband Quartz Pocket Watch Arabic Numerals Love — 4.65 USD — Free shipping

Steampunk Women Men Quartz Pocket Watches Necklace Chain Analog Dial — 4.79 USD — Free shipping

Fashion Quartz Pocket Watch Analog Cardcaptor Sakura Necklace Chain Full — 4.63 USD — Free shipping

Vintage Butterfly Quartz Bronze Pocket Watches Pendant Necklace Chain Men — 4.69 USD — Free shipping

Bronze Style Pocket Watch Full Hunter Men Women Philippians 4 13 Necklace — 4.64 USD — Free shipping

Fullmetal Alchemist Pocket Watch Necklace Chain Edward Elric Anime — 4.13 USD — 0.99 USD shipping

Vintage Eye Of Agamotto Quartz Pocket Watches with Chain Pendant — 4.74 USD — Free shipping

Vintage Pocket Watches Quartz Chain Analog Round Dial Men Women — 4.45 USD — Free shipping

Quartz Pocket Watch Iranian Cyrus The Great Pattern Necklace Gause — 4.46 USD — Free shipping

Antique Harry Potter Poket Watches Analog Quartz Platform 9 3/4 Necklace — 5.63 USD — Free shipping

### Product Description

Classic Marilyn Monroe Enamel Small Size Cute Silver Quartz Pocket Watches Gift

Product Features:
Pocket Watch Movement: Quartz
Pocket Watch Diameter: About 3.0 cm
Pocket Watch Thickness: About 1.5 cm

Length of Chain: About 80 cm
With Mini Mirror inside

Communication       5.0

perfect seller item as described perfect shipping too

***D (66) • Past month

excellent service,fast delivery, would recommend their service to anyone,their promptness surprised me very happy.

See all feedback

### Popular categories from this store    See all

Watch Set    Wrist Watches    Pocket Watch    Watch Accessory

Other

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

More to explore : Enamel Case Quartz Pocket Watch Pocket Watches, Quartz Pocket Watch Pocket Watches Enameled Dial, Enamel Case Silver Pocket Watch Pocket Watches, Quartz Luxury Silver Pocket Watch Pocket Watches, Quartz Silver I Pocket Watch Pocket Watch Pocket Watches, Enamel Case Pocket Watch Pocket Watches, Geneva Quartz Pocket Watch Pocket Watches, Colibri Quartz Pocket Watch Pocket Watches, Gruen Quartz Pocket Watch Pocket Watches, Fossil Quartz Pocket Watch Pocket Watches

Return to top

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay



Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                                    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

| | | | | |
|---|---|---|---|---|
| | Shop by category ∨ | | Search for anything | All Categories ∨    Search    Advanced |

‹ Back to search results  |  Collectibles & Art ›  ...  ›  Embellishments & Finishes ›  Patches                                Share    Add to Watchlist

🔥 SAVE UP TO 5%  See all eligible items and terms ›



‹    ›

Have one to sell? Sell now

### MARILYN MONROE SEXY ROCK MUSIC METAL STAR BADGE Embroidered Patch Iron Sew Logo

🔥 Last item available

rumgmak (983)
98.5% positive · Seller's other items · Contact seller

**US $3.04**
Was US $3.20 ⓘ
Save US $0.16 (5% off)
Condition:  New
Sale ends in:  12h 18m

Quantity:  1    Last One / 2 sold

| Buy It Now |
|---|
| Add to cart |
| ♡ Add to watchlist |

↩  Breathe easy. Returns accepted.

⚡  People are checking this out. 5 have added this to their watchlist.

Shipping:  US $9.00 Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Suansuang, Thailand

Delivery:  📦 Estimated between Thu, Feb 15 and Fri, Mar 15 to 30318 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  🔲  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions

      

| Marilyn Monroe embroidered Iron on patch | Silver Star Patches (5-Pack) Star Embroidered Iron On Patch 1.75 Inch | Tongue Lips Sequin Patch Large 10" x 9"Iron On Sew On Silver/White/Black Kiss | Marilyn Monroe Hollywood Star Patch Walk of Fame Embroidered Iron on |
|---|---|---|---|
| New | New | NEW AUCTION New | New |
| $9.00 | $9.19 | $2.00 | $10.99 |
| Free shipping | Free shipping | 0 bids | Free shipping |
| 20% off 5+ with coupon | 30 sold | 6d 17h | ⭐ Top Rated Plus |
| | | + $10.15 shipping | 10% off 2+ |
| | | Seller with a 99.2% positive feedback | |

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions



| EISYNDICATE T-SHIRT MARILYN MONROE TATTOO PINSTRIPE PIN UP ROCKABILLY INKED 1956 | EISYNDICATE T SHIRT MARILYN MONROE JAMES DEAN TATTOO HENTAI EYES PORNO PORN 5262 | MARILYN MONROE T-SHIRT USA FLAG STARS AND STRIPES TATTOO SWIMSUIT BIKINI 24420 | EISYNDICATE T-SHIRT MARILYN MONROE SKULL TATTOO ROCKABILLY ICON PIN UP 2199 | EISYNDICATE T-SHIRT MARILYN MONROE TATTOO PINSTRIPE ROCKABILLY ELVIS DEAN 1956 | EISYNDI TATTOO SYMBO |
|---|---|---|---|---|---|
| New | New | New | New | New | New |
| $21.73 | $21.73 | $21.73 | $21.73 | $23.88 | $21.7 |
| $24.15 10% off | $24.15 10% off | $24.15 10% off | $24.15 10% off | $24.15 | $24. |
| + $10.15 shipping | + $10.15 shipping | + $10.15 shipping | + $10.15 shipping | + $9.75 shipping | + $10. |
| Seller with a 99.2% positive feedback | Seller with a 99.2% positive feedback | Seller with a 99.2% positive feedback | Seller with a 99.2% positive feedback | Seller with a 99% positive feedback | Seller |

| About this item | Shipping, returns, and payments |                                                        Report this item |
|---|---|

Seller assumes all responsibility for this listing.

Last updated on Jan 01, 2024 01:10:32 PST  View all revisions                            eBay item number: 383364190254

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | Thailand |
|---|---|---|---|
| Theme | Logo | Type | Iron-On |
| Composition | Cloth | Brand | Unbranded |
| Suitable For | CAP/HAT, Apparel - Coat/Jacket, Apparel - Jeans/Pants, Crafts | Unit of Sale | Single |
| UPC | Does not apply | | |

### Item description from the seller





    

✦ SOMETHING EXCITING ✦ IS COMING! Download the Etsy app to stay tuned.



Etsy   ☰ Categories     Search for anything     🔍     ♡  🔔  ⊕  🛒

Homepage › Art & Collectibles › Prints › Digital Prints

← Back to search results



**$11.99+** $15.99+

25% off sale for a limited time

Marilyn Monroe Wall Art On Canvas, Monroe Street Pop Art Wall Decal, Street Art Graffiti Posters , POP Art Prints Canvas

SagaInternational ★ ★ ★ ★ ★

**Size ***

| Select a size ▾ |

**Pattern ***

| Select a pattern ▾ |

**Add your personalization ***

1--Do you want to have extra 3CM white border on your prints ? Yes / No | 2-- Please provide your mobile number for Local Courier

250

**Quantity**

| 1 ▾ |

| Buy it now |

| Add to cart |

♥ Add to collection

**Item details** ▴

🖐 Handmade

⊘ Materials: 280 gsm Canvas NO FRAMES included, in roll send by tube    ...

**This is a Canvas print, digital print on Canvas, will send in roll form in a mailing tube, Canvas print only, NO FRAMES, NOT Stretched, NO Cardboard or any other additional material.

Learn more about this item

**Shipping and return policies** ▴

🚚 Order today to get by Feb 8-29

⊕ Free shipping

Deliver to United States, 30092 ▾

Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

 **Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

View shop policies

**Meet your sellers** ▴

Wong
Owner of SagaInternational

♡ Follow shop

| Message Wong |

This seller usually responds within a few hours.

SagaInternational made this item with help from Sagarashi International (Japan), Japan

Other reviews from this shop | ★ ★ ★ ★ ★ (112)     Sort by: Suggested ▾

★★★★★  ✓ Recommends this shop

**Colors are vibrant and Beautiful**

Purchased item: SPA, Zen Mediation, Bamboo Flow Water...

| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

 Deborah A Wright  Jan 3, 2024

👍 Helpful?

★★★★★

**Great quality canvas print. Couldn't be happier with the purchase** 😊

Purchased item: Modern Portrait Art Canvas Paintings Mo...

| Item quality | 5.0 |
| Shipping | 5.0 |

Katie Mathews  Dec 9, 2023

👍 Helpful?

★★★★★  ✓ Recommends this item

**This artwork is vibrant and beautiful. The quality is top notch.**

Purchased item: The Great Wave off Kanagawa Reimagine...

| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

Tracy Zeece  Dec 3, 2023

👍 Helpful?

★★★★★

**Not what I expected I thought that it was going to be framed and the quality of the art is not that good**

Purchased item: Set of 3 - Dark Green and Gold Marble Le...

| Item quality | 2.0 |
| Shipping | 4.0 |

Yinef Garcia  Oct 26, 2023

👍 Helpful?

‹  ① 1  2  ...  20  ›

**Photos from reviews**

    ›

**More from this shop** ♡ Follow

    

Abstract Mix Brush Color Graffi...  God Father Graffiti Wall Art On ...  Graffiti wall art, Creation of Ad...  Graffiti wall art, Kids in Balloon...  Heart Graffiti Wall Art On Can...

SagaInternational  SagaInternational  SagaInternational  SagaInternational  SagaInternational

$21.98  $29.97  $21.98  $21.98  $21.98
$29.30 (25% off)  $39.96 (25% off)  $29.30 (25% off)  $29.30 (25% off)  $29.30 (25% off)

FREE shipping  FREE shipping  FREE shipping  FREE shipping  FREE shipping

**Browse by section**

 Graffiti and Street ...
36 items

Masterpieces
155 items

 All
760+ items

**You may also like** including Ads ⓘ     See more













| | | | |
|---|---|---|---|
| Canvas street art graffiti Graffiti... DecorStorePrint $63.20 $79.00 (20% off) FREE shipping | Graffiti Wall art canvas, Street ... EuphoriaByJaclyn $4.39 $5.35 (18% off) | Printed Canvas Graffiti Marylin ... ModernWallArtDecor $39.92 FREE shipping | Graffiti Wall Art, Pop Art Poster... Mixwallart $27.50 $50.00 (45% off) FREE shipping | Get of 3 graffiti prints, graffiti ... HaveaGrinDay $16.65 $33.30 (50% off) | Colorful Graffiti Canvas Print Pi... EliteCanvasStore $36.00 $60.00 (40% off) FREE shipping |
| Urban Canvas print Graffiti Mur... Ad by Etsy seller $47.60 $79.33 (40% off) FREE shipping | Banksy Marilyn Monroe Pop Art... Ad by Etsy seller $29.50 $59.00 (50% off) FREE shipping | Love canvas wall art, graffiti ar... Ad by Etsy seller $55.25 $85.00 (35% off) FREE shipping | Marilyn Monroe Wall Art, Beaut... Ad by Etsy seller $37.42 $49.90 (25% off) FREE shipping | Gummy graffiti woman canvas,... Ad by Etsy seller $51.00 $85.00 (40% off) FREE shipping | Diamond Graffiti Wall Art, Digit... Ad by Etsy seller $5.50 |

## Explore related searches








| Graffiti Wall Art | Graffiti Canvas Art | Banksy Canvas | Graffiti Canvas | Street Art Canvas | Graffiti Wall Mural | Graffiti Room Decor |

## Explore more related searches

Spray Paint Mural  Graffiti Panel Art  Banksy Wall Street  Marilyn Graffiti  Monroe Graffiti  Celebrity Graffiti  Personalized Gifts

Listed on Nov 18, 2023   19 favorites                                                          Report this item to Etsy

All categories > Art & Collectibles > Prints > Digital Prints

---

 Etsy is powered by 100% renewable electricity.



**Download the Etsy App**

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings



United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads   Local Shops   Regions

ebay

Hi Jeffrey! ∨     Daily Deals     Brand Outlet     Gift Cards     Help & Contact          Sell     Watchlist ∨     My eBay ∨     🔔     🛒

All Categories     Search     Advanced

< Back to search results | Home & Garden > Rugs & Carpets > Area Rugs                                   Share | Add to Watchlist










⟨     ⟩

Have one to sell? Sell now

### Marilyn Monroe Rug 3D Printed Fan Carpet, Movie Stars Living Room,Home Decor Mat

sales_smart (127)
95.8% positive · Seller's other items · Contact seller

**US $49.55**

Condition: New with tags

colours:     - Select -     ∨

sizes:       - Select -     ∨

Quantity:  1     2 available

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺  Breathe easy. Returns accepted.

Shipping:  US $11.78 Standard Shipping from Greater China to worldwide. See details
           International shipment of items may be subject to customs processing and additional charges.
           Located in: Zhejiang, China

Delivery:  ✦ Estimated between Tue, Feb 13 and Fri, Mar 1 to 30338
           This item has an extended handling time and a delivery estimate greater than 12 business days.
           Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  🟠  ⬤⬤  DISCOVER
           PayPal CREDIT
           Special financing available. See terms and apply now
           Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⬤ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Find mental health resources

**Love,**
Your Mind

⬤ HUNTSMAN  AD
Learn More

## Similar sponsored items     See all >                                      Feedback on our suggestions

               

Marilyn Monroe, Marilyn Monroe Rug,Area Rug,For Living Room,Home Decor,Fan Rug
New
$61.10
$65.00 6% off
+ $15.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe, Marilyn Monroe Rug,Area Rug,For Living Room,Home Decor,Fan Rug
New
$61.10
$65.00 6% off
+ $15.00 shipping
Seller with a 100% positive feedback

NO RESERVE AUCTION Soft Silky Touch Handmade Green Bokhara Format Rug 2'6x4'0
New
$99.00
1 bid
13h 26m
+ $65.00 shipping
Seller with a 100% positive feedback

3D Beautiful Marilyn Monroe NAO777 Game Rug Mat Elegant Photo Carpet Mat Fey
New
$30.97
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views     See all >                         Feedback on our suggestions



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
$16.99
$21.24 20% off
Free shipping
12 watchers

Marilyn Monroe 5D Picture Diamond Painting Kit Embroidery Rhinestone DIY Art
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

LOTS Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing
New
$13.98
Free shipping
67 sold

Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe
$77.22
$99.00 22% off
Free shipping

Out of Print Deck 54 cards of US MOVIE STAR Marilyn Monroe Playing card/Poker
New
$22.00
Free shipping
Seller with a 99.4% positive feedback

Marilyn Painti...
New
$11.29
$12.99
Free s...
Seller...

About this item     Shipping, returns, and payments                              Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 404694951101

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Pattern | Solid |
| Shape | Rectangle | Size | can select |
| Color | Multicolor | Material | Plush Fabric |
| MPN | Does not apply | Brand | Unbranded |
| Type | Area Rug | Department | Teens, Adults |
| Era | Mid 20th Century (1941-1969) | Theme | movie star |
| Style | Art Deco | Features | 3D Effect, Eco Friendly |

Item description from the seller



3. We will bear all the shipping cost if the product(s) is (are) not as return.

*Thank You Come Again*





**sales_smart**
95.8% Positive Feedback
576 items sold

Seller's other items

Contact

Save seller

 Joined Apr 2016

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.5 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 4.8 |
| Communication | 4.8 |

### Seller feedback (111)

t***h (1312) • Past month

Great seller! Awesome product for a very reasonable price. Fast shipping as well. Thank you!
Game Cd Carpet Game Room decor disc Round Sofa Mat Cute Customised Rug (#404878767817)

f***r (1744) • Past month

Item just as described and fast shipping. Thank you!
Kiss Rock Round Slip Rug Carpet Premium Area Rug Living room non-slip Floor Mat (#404391078920)

f***g (61) • Past month

A+++ Great transaction, arrived much faster than expected!
Kiss Rock & Roll Slip Rug Carpet Premium Area Rug Living room non slip Floor Mat (#404377103010)

See all feedback

## You may also like

Feedback on our suggestions



Marilyn Monroe, Marilyn Monroe Rug,Area Rug,For Living Room,Home Decor,Fan Rug
New
$61.10
$65.00 6% off
+ $15.00 shipping
Seller with a 100% positive feedback



Marilyn Monroe, Marilyn Monroe Rug,Area Rug,For Living Room,Home Decor,Fan Rug
New
$61.10
$65.00 6% off
+ $15.00 shipping
Seller with a 100% positive feedback



Marilyn Monroe, Fan Rug, Movie Stars Rug, Fantastic Rug, Marilyn Monroe Rug
New
$10.83
$11.40 5% off
+ $13.00 shipping
Seller with a 100% positive feedback



Gothic Skull Floor Area Soft Rug Living Room Home Office Decorate Carpet Mat
New
$99.99
Free shipping
Seller with a 100% positive feedback



5x8 Traditional Ivory Area Rugs Bedroom Rug | Dining Room Rug 5'3" x 7'3"
New
$31.66
Free shipping
Last one



3D Retro Game Pac-Man Gamer Custom Rug Doormat WC Bedroom Floor Mat Carpet Decor
New (Other)
$14.12
Free shipping
45 sold



3D Marilyn Monroe Poster ZHUA2535 Game Non Slip Rug Mat Photo Carpet Amy
New
$11.86
Free shipping
Seller with a 100% positive feedback



Area Rug 4x6 Washable Bedroom Rug, Soft Accent Rugs Non-slip Floor Carpet, Red
New
$58.00
Free shipping



Nostalgic Retro Style Vhs Case Themed Horror Movie Room Rug TV Room Mat Gift
New
$34.55
$38.39 10% off
Free shipping
Seller with a 100% positive feedback



3D Marilyn Monroe Rose ZHUA3012 Game Non Slip Rug Mat Photo Carpet Amy
New
$11.86
Free shipping
Seller with a 100% positive feedback



Sponsored
3D Beautiful Marilyn Monroe NAO777 Game Rug Mat Elegant Photo Carpet Mat Fay
New
$30.97
Free shipping
Seller with a 100% positive feedback



Sponsored
3D Carpet Floor Mat Simulation Room Carpets Home Decor Sofa Mat Rugs Non Slip
New (Other)
$49.50
$55.00 10% off
Free shipping



Sponsored
Living Room Carpet Funny Bedside Rug Home Decoration Corridor Cloakroom Mat
New (Other)
$32.38
$35.98 10% off
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
$13.89
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe 5D Picture Diamond Painting Kit Embroidery Rhinestone DIY Art
New
$11.29
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
3D Marilyn Monroe NAOI1263 Game Rug
Mat Elegant Photo Carpet Mat Fay
New
$30.97
Free shipping
Seller with a 100% positive feedback


Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$16.99
$21.24 20% off
Free shipping
12 watchers

Sponsored
Beatles Rug,Home Carpet,Living Room
Rug,Fan Rug,Custom Rug,Fantastic Rug
New
$61.10
$65.00 6% off
+ $15.00 shipping
Seller with a 100% positive feedback


Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$13.69
Free shipping


Sponsored
Marilyn Monroe Blondes Figure 7" in Pvc
Sculpture Beauty Collection Toy Statue
New
$16.79
Free shipping
Seller with a 100% positive feedback


Sponsored
3D Printed Door Mat Anti-Slip Living Room
Rug Carpet Floor Vortex Illusion Decor
New
$9.00
Free shipping


Sponsored
3D Marilyn Monroe O778 Game Rug Mat
Round Elegant Photo Carpet Mat Eve 2023
New
$11.86
Free shipping
Seller with a 100% positive feedback

Sponsored
Large 3D Printed Geometric Optical Living
Room Rug Carpet Floor Door Mat
New
$14.85
Free shipping


Sponsored
5D Diamond Painting Kit Marilyn Monroe
Picture Rhinestone Wall Decor Craft Art
New
$12.77
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
Marilyn Monroe Bubble 5D Art Diamond
Painting Kit Rhinestone Wall Decor Picture
New
$11.29
$12.99 13% off
Free shipping
Seller with a 99.2% positive feedback



Back to search results                                                                                                Return to top

More to explore :   Mad Mats Living Room Rugs & Carpets,   Home Decorators Collection Living Room Area Rugs,   Rizzy Home Living Room Rugs & Carpets,   Living Room Rugs & Carpets,   Marilyn Monroe Home Décor Posters & Prints,
Polyester Living Room Rugs & Carpets,   Beige Living Room Rugs & Carpets,   Living Room Gray Rugs & Carpets,   Living Room Yellow Rugs & Carpets,   Nylon Living Room Rugs & Carpets

$199
Lifetime Subscription
Unlimited Languages

Rosetta Stone
2.61k followers
Still hoping to speak a
new language one day?
Get started now! For
$199, you're free to
dabble, explore, and
learn, all at your own
pace.
57 · 5 Shares
Get Offer





Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay

ebay    Advanced

‹ Back to search results · Collectibles & Art · ... · Buddhism · Statues & Figures

Share · Add to Watchlist



ebay ID: sellerhonest998

Have one to sell? Sell now

### China Lobular boxwood wood Marilyn Monroe Girl woman Statue sculpture 18cm

sellerhonest988 (1000)
95% positive · Seller's other items · Contact seller

## US $258.00

No interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
|---|
| Add to cart |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

| Shipping: | Free SpeedPAK Standard. See details<br>International shipment of items may be subject to customs processing and additional charges. ⓘ<br>Located in: Beijing, China |
|---|---|
| Delivery: | ⌖ Estimated between Tue, Feb 13 and Wed, Feb 21 to 30318 ⓘ<br>This item has an extended handling time and a delivery estimate greater than 12 business days.<br>Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  🔴🟠  AMEX  DISCOVER |

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

## Similar sponsored items    See all ›

Feedback on our suggestions


7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
$145.36
$171.00 15% off
Free shipping

7" Art China Natural Boxwood Wood Hand-carved Beautiful Girl Women Monroe Statue
$130.20
$140.00 7% off
Free shipping


7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$145.34
$169.00 14% off
Free shipping
Seller with a 100% positive feedback


7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
$153.00
$180.00 15% off
Free shipping

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions



Natural Assorted Gemstone Stone Beads For Jewelry Making Clasps Alloy 1 Piece
New (Other)
$3.97
$4.18 5% off
+ $2.99 shipping
8% off 3+

Cos Marilyn Monroe short paragraph pale gold curly hair wig HIGH STANDARD
New (Other)
$16.94
$18.62 9% off
Free shipping
10% off 2+ with coupon

Framed Giclee Canvas Print Poster Modern Wall Art Paintings For Home Wall Decor
New
$49.80
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot style
New (Other)
$18.44
$20.95 12% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig stretchy party mask
New (Other)
$17.05
$19.16 11% off
Free shipping

Cos M
gold c
New
$14.7
$16.3
Free s

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 09, 2024 19:22:32 PST View all revisions

### Item specifics

Country/Region of Manufacture    China

### Item description from the seller





My family is a family heirloom antiques. There has been operating in Beijing Panjiayuan shop. There are about 100 years of tradition. from 1949 in Tibet. We are selling artwork and collectibles in Beijing ,China since 1992., I have a dream to share the old Tibetan and Chinese cultures with the people in all over the world. But for friend of the communication, Tibetan sacred art and Chinese cultures is very difficult to be available worldwide, fortunately, nowadays we have internet at least. We wish our Tibetan online shop will bring happiness to all, who find joy in the Buddha's teachings, future Buddhas. Now the main operations are: bronze, jade, fine cloisonne, wood carvings, silverware, western bronzes, antiques and paintings and so on. We have workers from all over the collection to provide more and more exciting projects to our valued customers. Welcome friends and timely attention to my shop. Please note and I will do my best to give you my collection. In my collection of everything is the offer price and perfect. I will try my best to offer them for every friend and welcome to join the competition and confidence order !.







ebay ID: sellerhonest998

| Art Deco sculpture | Royal nobility Deco statue | Guan Gong Mammon |
| Sakyamuni Buddha | All Buddhist Buddha Statue | Cloisonne Enamel |
| Foo Dog Lion | Fengshui Lucky Animal statue | Silverware items |

j***y (350) · More than a year ago

A nice item. Very well packaged and fast shipping. Great communication and very nice to deal with. Thank you! Thank you! A+

See all feedback

## You may also like

Feedback on our suggestions



china 6" Tibet Buddhism Boxwood Wood Carving Yab-Yum Mandkesvara Buddha Statue W



China Lobular boxwood wood Lucky happy Laughing Maitreya Buddha sculpture 17cm



China Lobular boxwood wood Buddhism Bodhidharma Dharma arhat Buddha Statue 20cm



China Lobular boxwood wood Ruyi Free Guanyin Kwan-Yin Bodhisattva Statue 14cm



Art Deco Sculpture Chinese Lobular boxwood wood woman belle ride tiger statue

ebay



< Back to search results · Collectibles & Art > Collectibles > Postcards & Supplies > Topographical Postcards

Share · Add to Watchlist

🔥 SAVE UP TO **15%** WHEN YOU BUY MORE



   

Have one to sell? Sell now

### Lots 30 pcs Marilyn Monroe Postcard Classic Black White Photos Cards Bulk #14M

seven_kakuka (2343)
100% positive · Seller's other items · Contact seller

## US $14.88/ea
or Best Offer

Condition: **New**

Quantity: [ 1 ]   3 available / 64 sold

Bulk savings:

| Buy 1 $14.88/ea | Buy 2 $14.14/ea | Buy 3 $13.39/ea |

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

⚡ This one's trending. 64 have already sold.

Shipping:   Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.ⓘ
Located in: Hong Kong, China

Delivery:   📦 Estimated between **Mon, Feb 12** and **Tue, Feb 20** to **30318** ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:   PayPal  GPay  VISA  🟠  ⬤  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

ⓢ   **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more



Find mental health resources

**Love,**
*Your Mind*

⬤ HUNTSMAN  [ad]

Learn More

---

## Similar sponsored items    See all >

Feedback on our suggestions

   

**Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk**
New
**$13.99**
+ $1.00 shipping
178 sold

**LOTS Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing**
New
**$13.98**
Free shipping
67 sold

**Antique Dutch Postcard Groet uit Gravenhage Greetings from The Hauge 9 Photos**
Pre-owned
**$12.99**
0 bids
3d 11h
+ $1.87 shipping
Seller with a 100% positive feedback

**Actress Marilyn Monroe Fotofolio Postcard Vintage Post Card**
Pre-owned
**$8.99**
+ $2.00 shipping
Seller with a 100% positive feedback

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

     

**Cos Marilyn Monroe short paragraph pale gold curly hair wig 1**
New
**$16.90**
$18.99 11% off
Free shipping
20% off 3+ with coupon

**Marilyn Monroe Statue Home Decoration Ornament Figure Sexy Dress Collection Chris**
New
**$20.99**
Free shipping

**High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor**
New
**$77.22**
$99.00 22% off
Free shipping

**Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC**
New
**$12.64**
Free shipping
Seller with a 100% positive feedback

**Hand-painted Original Oil painting art Marilyn Monroe on Canvas 24"x36"**
New
**$399.00**
+ $30.00 shipping

New M
Action
New
**$45.0**
Free sh

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 01, 2023 19:48:46 PDT  View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Theme | Marilyn Monroe |
| Type | Printed (Lithograph) | Features | Die-Cut |

eBay item number: 2826843634498

| | |
|---|---|
| Type | Printed (Lithograph) |
| Postage Condition | Unposted |
| Containing | |
| Era | Chrome (c. 1939-present) |

| | |
|---|---|
| Features | |
| | Die-Cut |
| | Postcards |
| | Postcards |

## Item description from the seller

Lots 30 pcs Marilyn Monroe Postcard Classic Black & White Photos Post Cards Bulk

**Features:**
- 100% Brand New and High Quality, with box
- Containing: 30 pcs
- Size: 5.6" x 4" / 142mm x 102mm (Length/Width)

## Business seller information

Shanghai Xiaye trade co LTD
Jia Guo
Room 118 Building 20 No 142 Lane 83
Hongxiangbei Road Lingang New Area
205513 Shanghai
China

Phone: +86 18816272162
Email: madgascar_el9@hotmail.com



**seven_kakuka**

100% Positive Feedback
8JK items sold

Seller's other items
Contact
♡ Save seller

📅 Joined Jul 2009

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ━━━━ | 5.0 |
| Reasonable shipping cost | ━━━━ | 5.0 |
| Shipping speed | ━━━━ | 5.0 |
| Communication | ━━━━ | 5.0 |

### Seller feedback (2,742)

This item (12)   All items (2,742)

✚ r***a (5679) • Past year

AWESOME!!!

✚ 9***m (138) • Past year

Smooth transaction! Thanks!

✚ i***7 (34420) • More than a year ago

great item, thanks!

See all feedback

## You may also like

Feedback on our suggestions


LOTS Bulk 30 pcs Marilyn Monroe Postcard
Classic Black White Photos Postcrossing
New
**$13.98**
Free shipping
67 sold


Lots 30 pcs Marilyn Monroe Postcard
Classic Black & White Photos Post Cards
Bulk
New
**$13.99**
+ $1.00 shipping
178 sold


Lot Of 4 Marilyn Monroe Post Cards -
Vintage- New
New
**$12.00**
0 bids
+ $5.55 shipping
Seller with a 100% positive feedback


Unposted LOT Of 21 Marilyn Monroe Rare
Vintage Postcards/Cards
New
**$15.99**
0 bids
+ $4.13 shipping
Seller with a 100% positive feedback


Marilyn Monroe Athen Star Collection Post
Card Black And White lxi vintage
Pre-owned
**$3.99**
Free shipping
Seller with a 100% positive feedback


Lots 30 pcs Bulk Audrey Hepburn Classic
Black & White Postcard Post Cards
New
**$13.99**
+ $1.00 shipping
68 sold


Lots 30 pcs Vivien Leigh Postcard Black &
White Photos Cards Bulk Postcrossing
New
**$13.98**
Free shipping
Seller with a 100% positive feedback


Lots 30 pcs Vivien Leigh Postcard Classic
Black & White Photos Post Cards Bulk
New
**$13.99**
+ $1.00 shipping
24 sold


Marilyn Monroe Postcard Classic Black
White Photo Postcrossing SIZE, 4. X 51/2
New
**$0.99**
+ $0.80 shipping
Seller with a 99.8% positive feedback


LOTS Bulk 30 pcs Audrey Hepburn Postcard
Classic Black White Photos Postcrossing
New
**$13.98**
Free shipping
Seller with a 100% positive feedback


Sponsored


Sponsored


Sponsored

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig

New
**$16.90**
$18.99 11% off
Free shipping
20% off 3+ with coupon

Sponsored
High Quality Oil Painting Art On Canvas
Marilyn Monroe

**$77.22**
$99.00 22% off
Free shipping

Sponsored
Marilyn Monroe On The Beach, Actress,
Vintage Postcard Post Card

**$7.99**
Free shipping
♥ Top Rated Plus
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Bettmann Archive Black

Pre-owned
**$4.99**
Free shipping
Seller with a 100% positive feedback

Sponsored
Shirley Temple 20th Century Fox Player

Pre-owned
**$5.95**
Free shipping
Last one

Sponsored
marilyn monroe postcard 1950 Running 🖼
Actress Black White Photo Reprint 1989

Pre-owned
**$4.99**
+ $5.25 shipping
Seller with a 100% positive feedback

Sponsored
Photograph Marilyn Monroe . (RR-v) two
photos

New
**$9.00**
Free shipping
Last one

Sponsored
Actress Marilyn Monroe Fotofolio Postcard
Vintage Post Card

Pre-owned
**$8.99**
+ $2.00 shipping
Seller with a 100% positive feedback

Sponsored
MARILYN MONROE Postcard (Black & White)

New
**$4.00**
Free shipping
Seller with a 100% positive feedback

Sponsored
MARILYN MONROE Postcard (Black & White)

New
**$4.00**
Free shipping
Seller with a 100% positive feedback



Sponsored
MARILYN MONROE Postcard (Black & White)

New
**$4.00**
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Photo Postcard Black and
White Headshot BEAUTIFUL

Pre-owned
**$3.99**
+ $4.72 shipping
Seller with a 100% positive feedback

Sponsored
Vintage Marilyn Monroe photograph
postcard black-and-white

Pre-owned
**$5.99**
+ $0.88 shipping
Seller with a 99.4% positive feedback

Sponsored
LOT5 30PCS Retro Pinup Girl Gil Elvgren
Beauty Vintage Postcard Poster Bulk Set

New
**$14.88**
Free shipping
104 sold

Sponsored
MARILYN MONROE Postcard (Black & White)

New
**$4.00**
Free shipping
Seller with a 100% positive feedback



More to explore :  Marilyn Monroe Photo,  Marilyn Monroe People Collectible Non-Topographical Postcards,  Vintage Postcard Lot,  Cities & Towns Postcard Lot Collectible Topographical Postcards,
United States Postcard Lot Collectible Topographical Postcards,  Snapshot Black & White Vintage Photo Albums Pre-1940,  Nudes Black & White Contemporary Risque Photos 1940-Now,  Marvel (MCU) Trading Cards Lot,  Santa Postcard,
Garbage Pail Kids Trading Cards Lot

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice








prime

Deliver to Jeffrey
Atlanta 30327

Tools & Home Improvement

Search Amazon

EN
Hello, Jeffrey
Account & Lists

Returns
& Orders

Cart

Subtotal
$0.00

Go to Cart

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad | Amazon Business

SentrySafe

Sentry Safe Home Safe, Fireproof...
9,068

$252.38

Shop now

Sponsored

### Consider these alternative items



Amazon Basics Book Safe, Key Lock, Blue, Large
36,999
$16⁵⁴
prime

KYODOLED Hidden Metal Lock Box,Diversion Book Safe with Combination Lock,Money Hiding Box,Collection Box,9.5" x 6.2" x 2 .2",USA
13,109
$14⁴⁸
prime

Tools & Home Improvement › Safety & Security › Safes & Safe Accessories › Diversion Safes





Roll over image to zoom in

## Book Safe with Key Lock, MUMAX Diversion Book Safe Secret Hidden Book with Safe Inside, Fake Book Metal Safe Lock Box for Storing Money Jewelry Passport (M, Marilyn Monroe)

Brand: MUMAX

5.0 ★★★★★  1 rating

$19⁵⁵

Thank you for being a Prime Member. Pay $19.55 $0.00 for this order. Get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

Size: M

| M | L | XL |

Color: Marilyn Monroe



| Brand | MUMAX |
| Lock Type | Key |
| Color | Marilyn Monroe |
| Material | Metal |
| Special Feature | Portable |
| Control Type | Key Control |
| Included | Keys |

▼ See more

### About this item

- ▼ 【SIZE】M: 7.08 x 4.52 x 2.16 inch; L: 9.44 x 6.10 x 2.16 inch; XL 10.4 x 7.87 x 2.55 inch
- ▼ 【QUALITY MATERIALS】The book safe is made from a strong metal material, and comes complete with two keys for safely storing money
- ▼ 【PERFECT DESIGN】Open book safe to reveal a secret storage compartment. Perfect for home, office and school looks like a real book and will blend seamlessly into your bookshelf contains a metal safe with a key lock
- ▼ 【PORTABLE】Home dictionary diversion book great for securely storing personal items, keeping them hidden in plain view so that only you will know where to access your valuables
- ▼ 【TIMELY SERVICE】If you are not satisfied with the product, please contact us at the first time, we will provide you with the best solution

› See more product details

⚐ Report an issue with this product or seller

$19⁵⁵

$4.99 delivery February 7 - 20. Details

⚐ Deliver to Jeffrey - Atlanta 30327

In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| Sold by | Amazon |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

› See more

Add to List



PACOLO

safe secret hidden book
1,605
$12⁹⁹ prime

Sponsored

### Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

Page 1 of 4



Real Paper Diversion Book Safe with key Secret Box Collection Box-Art of Design
6
$23.99 prime

Diversion Book Safe Storage Box (9.5"*6"*2.2"), Dictionary Secret Safe...
5,438
$13.99 prime

KYODOLED Diversion Book Safe with Combination Lock, Secret Hidden Metal...
13,105
$14.50 prime

EIOUMAX Booksafe Diversion Secret Real Book Hidden Safe with Key Lock Real Paper Bo...
1,605
Amazon's Choice in Diversion Safes
$21.99 prime
Save 5% with coupon

SEPOX® Book-Safe Lock-Box World Renowned Views 4PCS Pack, Large Hidden Storage wit...
4,008
$19.99 prime

Diversion Book Safe 9.5"-6.2"×2.2") With Security Combination Lock...
801
$42.74 prime

Diversion Book Safe Storage Box (Size 9.5"×6.2"×2.2") With Security Combination...
801
$13.99 prime

### Similar items that deliver to you quickly

Page 1 of 2



SEPOX® Diversion-Safes Portable Book-Safe Box with Key-Lock 5.6"D x 9"W x 1.6"H Steel Lock Box Safe-Book with Re...
779
$13.99
prime FREE One-Day Get it Tomorrow, Jan 28

Dictionary Hidden Book Safe with Key Lock Large Size Red
68
$16.99
prime FREE Delivery Monday, Jan 29

Truvelix Book Safe Combination Lock Hidden Safe and Fireproof Money Bag 9.5"D x 6.2"W x 2.2"H...
26
$25.45
prime Overnight by 11:00 AM

Amazon Basics Book Safe, Key Lock, Blue, Large
36,999
Amazon's Choice in Diversion Safes
$16.14
prime FREE One-Day Get it Tomorrow, Jan 28

Diversion Book Safe Storage Box (Size 9.5"×6.2"×2.2") With Security Combination Lock, Dictionary Secret...
801
$13.99
prime FREE Delivery Monday, Jan 29

Book Safe with Key Lock – Jssmst Home Dictionary Diversion Book Safe Lock Box Metal Box, Red Large, SM-BS0040BL
4,365
$12.99
prime FREE One-Day Get it Tomorrow, Jan 28

### Compare with similar items

|  | This Item | Recommendations |  |  |  |
|---|---|---|---|---|---|





| | | | | | | |
|---|---|---|---|---|---|---|
| | Book Safe with Key Lock, MUMAX Diversion Book Safe Secret Hidden Book with Safe... | Real Pages Portable Diversion Book Safe – Hollowed Out Book with Hidden Secret... | EIOUMAX Real Paper Diversion Book Safe with key Secret Box Collection Box-Alice In... | Diversion Book Safe Storage Box (Size 9.5"*6.2"*2.2") With Security Combination Lock,... | STEELMASTER Cookbook Safe with High-Security Lock and 2 Keys (221269206) | Book Safe with Key Lock – Jssmst Home Dictionary Diversion Safe Lock Box Safe... |
| | Buying options | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | — | $33⁹⁶ | -27% $21⁹⁹ List $29⁹⁹ | $13⁹⁹ | $19⁹⁹ | $12⁹⁹ |
| Delivery | — | prime FREE One-Day | prime FREE One-Day | Prime FREE Delivery | prime FREE Delivery | prime FREE One-Day |
| Customer Ratings | 5.0 ★★★★★ 1 | 4.6 ★★★★☆ 227 | 4.7 ★★★★☆ 1,603 | 4.6 ★★★★☆ 801 | 4.3 ★★★★☆ 249 | 4.6 ★★★★☆ 4,365 |
| Giftable | — | 4.5 ★★★★☆ | 4.6 ★★★★★ | 4.4 ★★★★☆ | — | 4.5 ★★★★★ |
| Easy To Lock | — | 4.5 ★★★★☆ | 4.6 ★★★★★ | 4.3 ★★★★☆ | — | 4.8 ★★★★★ |
| Value For Money | — | 4.4 ★★★★☆ | 4.3 ★★★★☆ | 3.7 ★★★☆☆ | — | 4.4 ★★★★☆ |
| Sturdiness | — | 3.9 ★★★★☆ | 4.4 ★★★★☆ | 4.0 ★★★★☆ | — | 4.3 ★★★★☆ |
| Sold By | — | Olilkraft | EIOUMAX | PACOLO | M.B.R.B. Inc. | Jssmst |
| Lock Type | Key | Key | Key | Electronic | Key | Key |
| Material | Metal | paper | Metal, Alloy Steel | Alloy Steel | Alloy Steel | Metal |
| Weight | — | 3 pounds | 1.72 pounds | 1.65 pounds | 1.65 pounds | 0.77 kilograms |

## Product Description

Book Safe with Key Lock, MUMAX Diversion Book Safe Secret Hidden Book with Safe Inside, Fake Book Metal Safe Lock Box for Storing Money Jewelry Passport

### About Us :

Anytec Online Store is committing to provide each customer with good quality products at competitive price as well superior service--24 hours a day, 365 days one year. Real order tracking number provided you at first time once the goods sent out and guarantee 24-hour response time on all customer inquiries, we are expected your choice and your trust.

### Features

【SIZE】 M: 7.08 x 4.52 x 2.16 inch; L: 9.44 x 6.10 x 2.16 inch; XL 10.4 x 7.87 x 2.55 inch

【QUALITY MATERIALS】 The book safe is made from a strong metal material, and comes complete with two keys for safely storing money

【PERFECT DESIGN】 Open book safe to reveal a secret storage compartment, Perfect for home, office and school looks like a real book and it will blend seamlessly into your bookshelf contains a metal safe with a key lock

【PORTABLE】 Home dictionary diversion book great for securely storing personal items, keeping them hidden in plain view so that only you will know where to access your valuables

【TIMELY SERVICE】 If you are not satisfied with the product, please contact us at the first time, we will provide you with the best solution

*-----------------------------------------Anytec----------------------------------------*

## Product information

### Technical Details

| Brand | MUMAX |
|---|---|
| Lock Type | Key |
| Color | Marilyn Monroe |
| Material | Metal |
| Special Feature | Portable |
| Control Type | Key Control |
| Included Components | Keys |
| Water Resistance Level | Not Water Resistant |
| Manufacturer | Anytec |
| Size | M |
| Special Features | Portable |

### Additional Information

| ASIN | B097M6YFNG |
|---|---|
| Customer Reviews | 5.0 ★★★★★ ∨  1 rating 5.0 out of 5 stars |
| Best Sellers Rank | #1,136,815 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #849 in Diversion Safes |
| Date First Available | June 21, 2021 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

## Important information

To report an issue with this product or seller, click here.

## Products related to this item

Page 1 of 20

Sponsored ⓘ

      

| Real Paper Diversion Book Safe with key Secret Box Collection Box-Art of Design Box-Art of Design ★★★★☆ 6 $23.99 prime | Diversion Book Safe Storage Box (9.5"×6"×2.2") Dictionary Secret Safe... Dictionary Secret Safe... ★★★★☆ 5,638 $13.99 prime | Real Pages Diversion Book Safe with Combination Lock (Jilieu Metal Box for Money... Metal Box for Money... ★★★★☆ 266 $30.99 prime | Real Paper Transfer Book Safe, Hollow with Secret Hidden Compartment, Combination L... Combination L... ★★★★☆ 4,008 $19.99 prime | Book Safe, European Style Decorative Fake Book, Hollowed Out Decorative Faux Books,... Decorative Faux Books,... ★★★★☆ 77 $20.70 ($1.26/Ounce) | Science Classroom Real Pages Book Safe with Combination Lock,Money Safe Book... Lock,Money Safe Book... ★★★★☆ 519 $31.98 prime | Book Safe with Key Lock, Secret Book Hidden Safe,Portable Metal Safe Box,Dictionary... Box,Dictionary... ★★★★☆ 7 $14.89 prime |



2.5 Cu ft Large Fireproof Safe Box For HOME USE, Digital Home Security Safe with Key and...
★★★★☆ 108
$149⁰⁰ prime
Save 5% with coupon

## Looking for specific info?

Search in reviews, Q&A...

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| | | |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews

Top reviews from the United States

There are 0 reviews and 0 ratings from the United States

### Top reviews from other countries

Translate all reviews to English

Yes

★★★★★ Petit coffre

Reviewed in Canada on July 6, 2022

Size: XL   Color: Marilyn Monroe   Verified Purchase

Très jolie coffre qui fait comme un livre pour les amateurs de Marilyn Monroe qui procède 2 clés

Report

Translate review to English

See more reviews ›

## Products related to this item

Page 1 of 35

Sponsored

**Real Paper Diversion Book Safe with key Secret Box Collection Box-Art of Design**
★★★★★ 6
$23.99 ✓prime

**Diversion Book Safe Storage Box (9.5"×6"×2.2"), Dictionary Secret Safe...**
★★★★★ 5,438
$13.99 ✓prime

**Real Pages Diversion Book Safe with Combination Lock,Ukuu Metal Box for Money...**
★★★★★ 502
$30.99 ✓prime

**Real Paper Transfer Book Safe, Hollow with Secret Hidden Compartment, Combination L...**
★★★★★ 4,008
$19.99 ✓prime

**KYODOLED Diversion Book Safe with Combination Lock, Secret Hidden Metal...**
★★★★★ 13,105
$14.50 ✓prime

**EIOUMAX Real Pages Diversion Book Safe with Combination Lock,Hollowed Out...**
★★★★★ 453
$21.99 ✓prime
Save 9% with coupon

**Leather Book Safe (Size 8.7"×6"×2") Real Paper Secret for Jewelry, Money and Cash,...**
★★★★★ 271
$19.99 ✓prime

McKesson Split Sponges, 6-Ply Sterile, I.V....
★★★★★ 230
Shop now

Sponsored

## Recommended Devices inspired by your shopping history

**Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White**
★★★★★ 6,423
$249.99
✓prime Today by 10:00 PM

**Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White**
★★★★★ 6,349
$169.99
✓prime Today by 10:00 PM

**Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)**
★★★★★ 33,198
$199.99
✓prime Today by 10:00 PM

**Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -...**
★★★★★ 3,495
$59.99
✓prime Today by 10:00 PM

**Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging,...**
★★★★★ 23,591
$189.99
✓prime FREE Delivery Monday, Jan 29
Climate Pledge Friendly ˃

**Ring Rechargeable Battery Pack**
★★★★★ 119,915
$34.99

## Best Sellers in Tools & Home Improvement

˃ See More Ways to Make Money

amazon

English    United States

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on
Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

ebay
Hi Jeffrey! ∨          Daily Deals    Brand Outlet    Gift Cards    Help & Contact                              Sell    Watchlist ∨    My eBay ∨

Back to search results · Collectibles & Art › ... › Figurines & Statues









Have one to sell? Sell now

### 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue

snls304 (169)
100% positive · Seller's other items · Contact seller

**US $145.18**
or Best Offer

No interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: pingdingshan, China

Delivery: ⚑ Estimated between Thu, Mar 21 and Wed, Apr 24 to 30316 ⓘ
This item has an extended handling time and a delivery estimate greater than 43 business days.
Please allow additional time if international shipment is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA 💳 💳 DISCOVER
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more





## Similar sponsored items    See all >

    

Feedback on our suggestions

| 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | 7" Art China Natural Boxwood Wood Hand-carved Beautiful Girl Women Monroe Statue | 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue |
| $144.50 | $130.20 | $145.35 | $144.50 |
| $170.00 15% off | $140.00 7% off | $171.00 15% off | $170.00 15% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | | | Seller with a 100% positive feedback |

## Sponsored items inspired by your views    See all >

Feedback on our suggestions



| Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant hot gift | Wigs for women Marilyn Monroe Short wavy dirty golden Daily halloween cosplay | Large Hand Painted Oil Painting on Canvas for Home wall Decor Art-Marilyn Monroe | Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy wave | 7"old Chinese Boxwood carving famous artist actor Marilyn Monroe statue sculpture | Ladies Fiber M |
| New (Other) | New | | New (Other) | New | New |
| $14.96 | $19.18 | $80.34 | $14.29 | $105.60 | $27.19 |
| $16.81 11% off | Free shipping | $103.00 22% off | $16.05 11% off | $120.00 12% off | $30.99 |
| Free shipping | Seller with a 100% positive feedback | Free shipping | + $7.26 shipping | Free shipping | Free sh |
| | | | | | Last on |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 154624037334

Last updated on Jan 13, 2023 06:13:03 PST View all revisions

## Item specifics

Primary Material          Wood                          Region of Origin          China

## Item description from the seller

○ ● ○ ○



Communication       4.9

Item received quickly, great transaction.

## Popular categories from this store    See all



Collectibles    Crafts    Jewelry & Watches    Health & Beauty    Art

Antiques    Sporting Goods    Home & Garden

Clothing, Shoes & Accessories

o***_ (268) • Past 6 months

very reasonable seller when I asked questions, good to do business with this seller!

See all feedback

**You may also like**         Feedback on our suggestions







Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔  🛒

Advanced

Back to search results · Collectibles & Art › ··· › Hand Embroidery Kits › Cross Stitch Kits

Share · Add to Watchlist



Have one to sell? Sell now

**Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural**

shuozhoushishaobals-0 (17)
100% positive · Seller's other items · Contact seller

**GBP 10.99**
Approximately US $13.98

Condition: New

Color:    Marilyn Monroe-30*30CM

Quantity:  1    5 available / 1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People want this. 11 people are watching this.

Shipping:    GBP 2.50 (approx US $3.18) Economy Shipping. See details
             International shipment of items may be subject to customs
             processing and additional charges. ⓘ
             Located in: China, China

Delivery:    📦 Estimated between Thu, Feb 22 and Wed, Mar 27 to 30318 ⓘ
             This item has an extended handling time and a delivery estimate
             greater than 19 business days.
             Please allow additional time if international delivery is subject to
             customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🔴🟠  AMEX

             Earn up to 5x points when you use your eBay Mastercard®.
             Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



**Sponsored items customers also bought**    See all ›

Feedback on our suggestions


5D Diamond Painting Wonder Women
Roses Kit
New
$14.99
Free shipping
20 watchers


DIY Cartoon Full 5D Diamond Painting
Embroidery Arts Craft Mural Boys Girls
Gift
New
$8.77
+ shipping
15 watchers


UK DISNEY CASTLE DIY 5D Diamond
Painting Full Drill Art Kit Disney Princess
New
$8.84
($8.84/Unit)
+ $23.64 shipping
24 watchers


XKQYX 5D DIY Diamond Art and Craft
Painting Kits Full Drill, Crystal Rhinestone
New
$3.92
+ $13.82 shipping


5Pcs Silicone Resin Drill Pen Diamond
Painting Wax Clay + Storage Box
Embroidery
New
$4.44
+ $13.83 shipping
481 sold


14GT P
Size 34
New
$12.71
+ $14.2
12 watc

About this item    |    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.    eBay item number: 145487138474

**Item specifics**

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Diamond Painting | Format | DIY Canvas |
| Theme | Celebrity | MPN | Does Not Apply |
| Features | 5D, without Frame | | |

**Item description from the seller**

## Description

Brand new and high quality.
Natural ecologic canvas,good quality of diamond painting.
Colorful and beautiful pattern.5D visual perception.
The canvas are soft, bright color,no fading,not easy to become fuzzing or broken.
Unique beauty and fashion design
Perfect to decorate your living room or bedroom to match different decoration style
Renderings for reference only. The size to prevail in kind
We sold the diamond paintings are semi-finished produ ct,does not include frame!
This is DIY diamond painting,not finished picture,need you finish it by yourself.

**Specifications:**
Material: cotton
Color: As shown as the pictures

Type:5D Diamond Painting

DIY Diamond painting production steps:
1. Open the packet and check the diamond draw special tools.
2. View the resin diamond color,arranged in order of coding.
3. Uncover tape drawing above, you will see a lot of corresponding to the color coding.
4. According to the corresponding color coded clamp the corresponding the resin inlaid diamonds.
5. Suggested that one type of the resin diamond one set completed faster.
6. In order to create a perfect diamond painting,drawings put together in one place every row,do not have to stay stuck diamonds
7. To cut a good figure on the drawings hold sorted array mounted to the plane of the material above.
8. Splices need flat against the neat,do not have cracks
9. After a good fight,the rest of the at the glue corresponding of diamonds.
10. To complete a good diamond drawing,put it in your selection of a suitable framework (This product is not provide a framework).
Note:
Please allow 1-2mm differs due to manual measurement.
Due to the different display and different light, the picture may not reflect the actual color of the item. Thanks for your understanding.

**Package included:**
1 x Dotting drill pen
1 x Tray
1 x Clay (Can use it to stick resin diamond)
1 x Canvas
1 Set of Multi-color Resin Diamond
(Without the painting frame)

## Payment

We accept payment by PayPal and all kinds of credit card .



## Shipping

Item will be shipped within 1-3 working days after full payment is received. You should receive item within 7-15 days.

To USA 7-15 business days
To Australia and UK 15-25 business days
To Canada 20-35 business days
South America ,Russia and other countries 25-40 business days

Shipment may influenced by the weather / custom /holidays and other uncertainties. If it is delayed, the item may reach some more days later than the estimate delivery date. But we will try our best to ensure the items reach soon.

## About Us

We strive for our customer satisfaction at best possible. If you have any questions, please feel free to email us. If no response within 24 Hours, please check the spam in your mail box.

We greatly appreciate your POSITIVE feedback. Please do NOT leave negative feedback without asking for help. Our aim is to provide Top Level Customer Service, normally so we will try our best to solve any problem you have.

Please DON'T leave negative or neutral feedback if you haven't received item in 30 days, because we have mentioned the shipping time repeatedly.





**shuozhoushishaobais-0**
100% Positive Feedback
97 Items sold

📅 Joined Sep 2023


Seller's other items
Contact
♡ Save seller

future.

future.

Personalised 5D Diamond Painting Full Drill Crystal Rhinestones Embroidery (#1956469328388)

r***r (4521) • Past 6 months

Lighting fast safe and secure shipping. Received less than a week after order. Very nice and good quality. Would buy again.

Golden Metal 3D Eagle Hawk Logo Car Motorcycle Trunk Emblem Badge Decal Sticker (#1143229832911)

See all feedback

You may also like

Feedback on our suggestions







ebay

‹ Back to search results | Electronics › ... › Cases, Covers & Skins

Share · Add to Watchlist

**marilyn monroe Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 8 7 Plus**

sidera_58 (66)
93.4% positive · Seller's other items · Contact seller

**US $6.99**

Condition: New

Design: - Select -

Your Phone Model: - Select -

Quantity: 1   Last One

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Shipping: US $1.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: 深圳, China

Delivery: 🚚 Estimated between Thu, Feb 8 and Thu, Feb 15 to 30318 ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

**Similar sponsored items**    See all ›

Feedback on our suggestions











For iPhone 15 14 13 12 11 Pro X XS Max XR 8 7 Plus Vintage Leather Case Cover
New
$6.98
Free shipping
♡ Top Rated Plus
51 sold

For iPhone 15 14 13 12 11 Pro Max XS 8 7 Shockproof Case Cover Screen Protector
New
$5.99
Free shipping
8926 sold

iPhone 15 Pro Max,14,13,12 Back Case King Stand Cover With Glas Screen Protector
New
$6.30
($6.30/Unit)
+ $13.89 shipping

For iPhone 13 12 11 Pro Max XS XR 8 7 Plus SE Liquid Silicone Case Camera Cover
New
$3.75
Free shipping
12498 sold

**Shop for Charity**

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

**Sponsored items inspired by your views**    See all ›

Feedback on our suggestions

5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor
New
$11.49
$12.09 5% off
Free shipping
Seller with a 99.5% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"X24"
$499.00
+ $30.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 24"X36"
$460.00
+ $30.00 shipping
Seller with a 100% positive feedback

Jessica Rabbit Pins Marilyn Monroe M Coke Pin
$9.99
+ $4.00 shipping
Seller with a 99.3% positive feedback

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
$3.80
+ $3.18 shipping
Seller with a 100% positive feedback

High Q Handp
$77.2
$99
Free s

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 404751319516

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Unbranded/Generic |
| Compatible Brand | For Apple, For Samsung | Type | Fitted Case/Skin |
| Color | Black | Compatible Model | For Apple iPhone 12, For Apple iPhone 12 mini, For Apple iPhone 12 Pro, For Apple iPhone 12 Pro Max, For Apple iPhone 13, For Apple iPhone 13 mini, For Apple iPhone 13 Pro, For Apple iPhone 13 Pro Max, For Apple iPhone 14 Pro, For iPhone 14 Pro Max, For iPhone 14 Plus, For iPhone 14 |
| MPN | Does Not Apply | Material | Tempered Glass Back Cover + Soft TPU Bumper |

## Item description from the seller

**Description:**
1. As we have so many types of products,we cannot list them all,the picture is just used for showing the details. The product is corresponding to the title.
2. Tempered Glass Back: Made of tempered glass + a soft TPU frame to offer comprehensive protection. Full body protective, non-slip, and anti-skid.
3. Scratch-Resistant: The tempered glass back to protect your phone from scratches when in bag or purse. The glass back makes for great look and excellent feel.

3. **Scratch-Resistant**: The tempered glass back to protect your phone from scratches when in bag or purse. The glass back makes for great look and excellent feel.
4. **Shock-Resistant**: Soft corner material is better able to absorb shock, protecting your phone.
5. **Easy Remove**: ... allows ... many time...
6. **Special Design**: Special design on the case makes your phone stylish elegant and eyes-catching. Mirror surface adds luxury and modern taste to your phone.
7. Easy access to all phone functions & accessory ports.



### sidera_58

93.4% Positive Feedback
418 items sold

📅 Joined Aug 2023

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

#### Seller feedback (80)

l***o • Past 6 months

Great seller, fast shipping, would do business again!!!

stev should Stranger Things Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 8 (#404568766666)

l***e (60) • Past 6 months

Item as described. Fast shipping.

eevee pokemon Glass Case For iPhone 11 12 14 15 Pro Max X XS 7 8 Plus (#404504968934)

b***b (724) • Past 6 months

Fast shipping. Very pleased. Would do business with again

art Taylor Swift Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus (#404589238678)

See all feedback

---

## You may also like

Feedback on our suggestions

   

Scarface Luxury Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping
5 watchers

beaties Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

iron Man Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

Black Butler Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

groot wearing Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

    

Narcos Pablo Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

harley quinn Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping
6 watchers

kobe bryant Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

Taylor Swift Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping
23 sold

Selena Gomez Glass Case For iPhone 11 12 13 14 15 Pro Max X XS 7 8 Plus
New
**$6.99**
+ $1.99 shipping

    

Sponsored
For iPhone 15 14 Plus 13 12 11 Pro Max Frosted Case Mag Safe Shockproof Cover
New
**$5.69**
$9.98 43% off
Free shipping
2288 sold

Sponsored
3X Tempered Glass Screen Protector For iPhone 15 14 13 12 11 Pro Max X XS XR 8 7
New
**$5.99**
Free shipping
59382 sold

Sponsored
For iPhone 15 14 Plus 13 12 11 Pro Max Frosted Case Mag Safe Shockproof Cover
New
**$5.68**
$6.98 5% off
Free shipping
239 sold

Sponsored
For iPhone 15 Pro Max 14 Plus 13 12 11 Luxury Card Holder Shockproof Case Cover
New
**$7.98**
Free shipping
Seller with a 100% positive feedback

Sponsored
3X Tempered Glass Screen Protector For iPhone 15 14 13 12 11 Pro Max X XS XR 8 7
New
**$2.97**
$4.98 40% off
Free shipping
5885 sold

     

Sponsored
For Apple iPhone 15 14 13 12 11 Pro Max Clear Case Slim Plating Mag Safe Cover

New
**$8.89**
Free shipping
3141 sold

Sponsored
For iPhone 15 14 Plus 13 12 11 Pro Max Shockproof Protective Case + Belt Clip

New
**$8.65**
Free shipping
2734 sold

Sponsored
5D DIY Diamond Painting Embroidery Marilyn Monroe Portrait Cross Stitch Decor

New
**$11.49**
~~$12.09~~ 5% off
Free shipping
Seller with a 99.5% positive feedback

Sponsored
For iPhone 15 14 13 12 11 Pro Max XS 8 7 Shockproof Case Cover Screen Protector

New
**$5.99**
Free shipping
6926 sold

Sponsored
Shockproof Protective Leather Case For iPhone 15 14 Plus 13 12 11 Pro Max Cover

New
**$8.99**
Free shipping
1170 sold

Sponsored
3X Tempered Glass Screen Protector For iPhone 15 14 13 12 11 Pro Max X XS XR 8 7

New
**$2.99**
Free shipping
33574 sold

Sponsored
4x For iPhone 15 14 13 12 11 Pro Max Tempered Glass Camera Lens Cover Protector

New
**$3.88**
Free shipping
7683 sold

Sponsored
For iPhone 15 Pro Max 14 13 12 11 XR XS Phone Case Heavy Duty Shockproof Cover

New
**$3.73**
~~$17.17~~ 78% off
Free shipping
20666 sold

Sponsored
For iPhone 15 14 Pro Max X 13 11 Fashion Luxury Square Tempered Glass Cover Case

New
**$6.49**
~~$6.98~~ 7% off
Free shipping
46 sold

Sponsored
For iPhone 15 14 13 12 11 Pro Max Shockproof Clear Case + Screen Protector

New
**$6.99**
Free shipping
1647 sold



Back to search results
Return to top

More to explore :  iPhone 13 Pro Max,  iPhone 15 Pro Max,  iPhone 11 Pro Max,  iPhone 12 Pro Max,  Cases, Covers and Skins for Apple iPhone 13 Pro Max,  Cases, Covers and Skins for Apple iPhone 15 Pro Max,  Apple iPhone 14 Pro Max,  Cases, Covers & Skins for Apple iPhone 11 Pro Max,  Pro Glass Screen Protectors for iPhone 7 Plus,  iPhone XS Max

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ∨    My eBay ∨    🔔    🛒

〈  Back to search results  · Collectibles & Art  › Collectibles  › Tobacciana  › Cases

🔺 SAVE UP TO **20% WHEN YOU BUY MORE**



   

Have one to sell? Sell now

### 2 PCS Cigarette Case Marilyn Monroe Cigar Case Box HolderTobacco Storage Box

stonerstime (42)
100% positive · Seller's other items · Contact seller

**US $16.99/ea**
or Best Offer

Condition: **New**

Quantity: 1    2 available

Bulk savings:

| Buy 1 $16.99/ea | Buy 2 $15.29/ea |
| --- | --- |

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

Shipping:    Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Located in: ShenZhen, China

Delivery:    🕑 Estimated between **Wed, Feb 21** and **Tue, Mar 26** to **30318** ⓘ
This item has an extended handling time and a delivery estimate
greater than 18 business days.
Please allow additional time if international delivery is subject to
customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  GPay  VISA  🟠🟠  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all 〉

Feedback on our suggestions



Vintage Metal Cigarette Case
Marilyn Monroe Tobacco Holder
Pre-owned
**$35.00**
+ $15.00 shipping
Seller with a 100% positive
feedback



Leather Cigar Cigarette Tobacco
Case Holder Pocket Box Storage
For 20 Cigars UK
New
**$7.62**
+ $17.43 shipping
82 sold



Vintage Thompson & Co Inc. 1915
Cedar Cigar Box And Humidor
Cherry Wood Finish
**$20.00**
0 bids
1h 4m
+ $25.36 shipping
Seller with a 100% positive
feedback



Bat woman Cigarette Case ID
Holder Wallet
New
**$20.00**
+ $4.19 shipping



eBay for
Charity
turns 20
Celebrate with us
as we support your
favorite charity.

Shop now

### Sponsored items inspired by your views    See all 〉

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable
New
**$19.85**
Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Handpainted Wall Art Home Decor
Modern Oil Painting Marilyn Monroe
**$105.30**
$135.00 22% off
Free shipping
Last one

LED Light Kit (Remote Control) for LEGO's
Andy Warhol's Marilyn Monroe Art 31197
New
**$49.99**
Free shipping
Seller with a 99.4% positive feedback

YA1871 PURE HAND-PAINTED OIL
PAINTING SEXY GIRL MARILYN MONROE
90CM UNFRAMED
New
**$34.52**
$38.35 10% off
+ $8.88 shipping

VV16²
on can
**$39.7³**
+ $12.7
12 wat

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 234891527925

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | China |
| --- | --- | --- | --- |

### Item description from the seller

Cigarette Case Marilyn Monroe  Cigar Cigarette Case Box HolderTobacco Storage Box

Material: aluminium

Size: 95mm×26mm×60mm

color: Black

**Package Includes:**

2×Cigarette Case



All Stars! A+++!!! It looks great!

See all feedback

**You may also like**

Feedback on our suggestions



Vintage Metal Marilyn Monroe Cigarette Case - Square 3.25" x 3.5"

Pre-owned



Black Metal Cigarette Case Holder Box Classic Pin Up D10

New



Cigarette Case - New - Set Of 2

New



Crystal Masked Marilyn Monroe Cigarette Case

New



One Night with Nancy pulp art cigarette case, with smaller companion case

Pre-owned



amazon

All | Medical Care | Amazon Basics | Groceries | Shop by Interest | Pet Supplies | Beauty & Personal Care | Household, Health & Baby Care | Coupons | Amazon Home | Find a Gift | Handmade | Livestreams | Books | Best Sellers | Home Improvement

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

‹ Back to results





Click image to open expanded view

### Marilyn Monroe - Black Printed Decal Sticker - Sticker Graphic - Car Laptop Waterbottle Notebook Sticker

Brand: Generic

$4.99

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $4.99 upon approval for Amazon Visa.

| Brand | Generic |
|---|---|
| Color | White |
| Recommended Uses For Product | Water Bottle |
| Theme | Phone |
| Cartoon Character | Bubble |

˅ See more

| ⬜ Shape | Irregular | ⬛⬛ Unit Count | 1.0 Count |
|---|---|---|---|

#### About this item

- Super Cute and Good Quality: Inspirational stickers are both super cute and made with good quality materials for long-lasting use: Beautiful & Unique Design, Die Cut Design, Amazing Vivid Colors, Durable, Water-Resistance And Tear Resistance, Matte Finish.
- Perfect for Personalizing: Decorate your water bottles, laptop, phone case, computer, luggage, cars, bikes or any other smooth surface with these stickers to add a touch of personality. They stick well and are easy to remove.
- Amazing Vivid Colors: The amazing vivid colors make these stickers stand out and look great for a long time. Our Sticker Decals Have Matte Layer Over Top With OUTSTANDING QUALITY To Prevent Damage From Rain, Sun, Wind Or Sand.
- Perfect Gift Idea: These stickers make a great gift for anyone who loves personalizing their belongings. We highly recommend them to anyone looking for a fun, high-quality gift.



$4.99

FREE delivery **January 23 - 29**. Details

Or fastest delivery **Wednesday, January 24**. Details

⦿ Delivering to Peachtree Corners 30092 - Update location

**In Stock**

Qty 1 ˅

Add to Cart

Buy Now

| Ships from | SUKRU CAKIR |
|---|---|
| Sold by | SUKRU CAKIR |
| Returns | Eligible for Return, Refund or Replacement... |
| Customer Service | SUKRU CAKIR |

˅ See more

Add to List ˅

## Product information

| | |
|---|---|
| Brand | Generic |
| Color | White |
| Recommended Uses For Product | Water Bottle |
| Theme | Phone |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 1 |
| Reusability | Single Use |
| Finish Type | Matte |
| Manufacturer | Generic |
| ASIN | B0CKS46YSK |
| Best Sellers Rank | #190,118 in Automotive (See Top 100 in Automotive) #4,691 in Automotive Decals |
| Date First Available | October 9, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price? ˅

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Credit Card Marketplace
Shop with Points
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts

Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

Amazon Security Warnings

Safety Alerts

Help

**amazon**

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream<br>millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>AudioBook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

ebay   Hi Jeffrey!  Daily Deals  Brand Outlet  Gift Cards  Help & Contact    Sell  Watchlist  My eBay

Shop by category  Search  All Categories  Search  Advanced

< Back to search results  · Collectibles & Art  · Art  · ··· > Figurines & Statues

Share | Add to Watchlist

🔥 SAVE UP TO 12%  See all eligible items and terms >








Have one to sell? Sell now

## 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

sunshinebaby999 (897)
93.3% positive · Seller's other items · Contact seller

US $105.60
or Best Offer
Was US $120.00 (12% off)
Save US $14.40 (12% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: nanyang, China

Delivery:  ⓘ Estimated between Mon, Feb 12 and Fri, Feb 23 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER
PayPal CREDIT
No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items   See all >

Feedback on our suggestions







| 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Old Chinese Boxwood Wood Hand Carving Art Nude Beauty Belle Statue Sculpture |
| $100.80 | $92.40 | $145.34 | $69.99 |
| $120.00 16% off | $110.00 16% off | $169.00 14% off | Free shipping |
| Free shipping | Free shipping | Free shipping | Last one |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | |


eBay eGift Cards for all
A treat for any occasion.
Shop now

### Sponsored items inspired by your views   See all >

Feedback on our suggestions







| Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | High Quality Oil Painting Art On Canvas Handpainted Marilyn Monroe Home decor | 16cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box | Hand painted Original Oil painting art Portrait Marilyn Monroe on Canvas 20"x24" | Marilyn Monroe Cross Stitching Art Embroidery Needlework Threads Painting Kit | 7"old Chinese artistac... sculptu... |
| Pre-owned | $77.22 | New | $499.00 | $26.82 | $145. |
| $17.69 | $99.00 22% off | $42.00 | + $38.00 shipping | $146.40 82% off | $169.0 |
| Free shipping | Free shipping | Free shipping | | Free shipping | Free sh |
| Seller with a 100% positive feedback | | | | Seller with a 100% positive feedback | Seller |

Report this item

| About this item | Shipping, returns, and payments |

Seller assumes all responsibility for this listing.

eBay item number: 124546312841

Last updated on Jan 18, 2024 03:48:26 PST  View all revisions

### Item specifics

| Region of Origin | China | Primary Material | Boxwood wood |

### Item description from the seller

Communication ────────── 5.0

Quick delivery too.

Chinese Collection old Asian Brass guanyin tara godness Exquisite statue (#325915000389)

**Popular categories from this store** See all

[Collectibles]  [Jewelry & Watches]  [Antiques]

✓ n(***)( (113) · Past 6 months

Lovely item! Great seller!

Chine OLD antique 23mm Tibetan silver handmade 3D dragon Unicorn Kylin ring (#265945436856)

See all feedback

---

🔖 SAVE UP TO 12%ⓘ See all eligible items →
Save up to 12.0%
Marked down item price reflects all savings. Items provided by sunshinebaby999

All promotional offers from sunshinebaby999








➕ See all

3CM Old Chinese Miao Silver lion Leo Head Beast Jewellery Hand Ring
Was:  US $3.99
Now:  US $3.51

Chinese pure brass guanyin bodhisattve Buddha Small pendant
Was:  US $4.99
Now:  US $4.39

Chinese natural Hetian jade hand-carved statue of dragon pendant
Was:  US $12.00
Now:  US $10.56

Chinese Collection old Asian Brass guanyin tara godness Exquisite statue
Was:  US $92.00
Now:  US $3.52

Old China Buddhism Boxwood wood Carved Sit Kwan-yin Guan Yin Boddhisattva Statue
Was:  US $125.00
Now:  US $110.00

You can change quantities in your cart.

---

**You may also like**    Feedback on our suggestions





7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$92.40
$110.00 16% off
Free shipping
Seller with a 100% positive feedback

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$100.80
$120.00 16% off
Seller with a 100% positive feedback

Handmade 15cm Boxwood Wood Carving Goddess Sexy Lady Statue Craft Sculpture
$29.69
$32.99 10% off
Last one

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$145.34
$169.00 14% off
Free shipping
Seller with a 100% positive feedback

Wooden Chinese Zodiac Dragon Statue for Success & Wealth
New
$11.63
Free shipping
23 sold






Chinese Antique ...d
Sexy Woman Figure Statue Wooden
Sculpture

$117.30
$138.00 15% off
Free shipping
Seller with a 100% positive feedback



carving antique desk decor boxwood
sculpture

$33.99
$39.99 15% off
Free shipping
Popular



...Carving
Naked Beautiful Woman beauty knelt Statue

$55.00
Free shipping
Last one



Wood Carving Figurine

$100.00
+ $21.65 shipping



...Hand Carving
Statue Sculpture - 12"

$70.00
+ $13.95 shipping
Seller with a 99.7% positive feedback



Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New

$89.00
Free shipping
24 sold



Sponsored
High Quality Oil Painting Art On Canvas
Handpainted Home decor Marilyn Monroe

$77.22
$99.00 22% off
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
Pre-owned

$14.99
Free shipping
Last one



Sponsored
Marilyn Monroe 1/4 Action Figure The
Greatest Actresses Sexy model Statue w/
Box
Now

$84.99
+ $50.00 shipping
7 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$16.99
Free shipping
5 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue.

New

$12.99
Free shipping
Last one



Sponsored
High Quality Oil Painting Art On Canvas
Handpainted Marilyn Monroe Home decor

$77.22
$99.00 22% off
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$13.99
Free shipping
10 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

Pre-owned

$17.69
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$12.99
Free shipping

Sponsored
Chinese Antique Boxwood Carved Beautiful
Woman Statue Sculpture Home Decor Art

$79.99
Free shipping

Sponsored
Rare Chinese Exquisite Handmade beauty
Carving Boxwood statue figure Art collect

$46.99
Free shipping
Seller with a 99.7% positive feedback

Sponsored
Chinese Antique Boxwood Carved Beautiful
Woman Statue Sculpture Home Decor Art

$99.99
Free shipping

Sponsored
Rare Chinese boxwood hand carving dog
figure statue hand piece gift table deco

$18.99
Free shipping
31 sold

Sponsored
18cm Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue
W/Box
New

$42.00
Free shipping



Back to search results

Return to top

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  CA Privacy Notice,  Your Privacy Choices    and  AdChoice

ebay    Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ∨    My eBay ∨    🔔    🛒

[Search bar]    All Categories ∨    Advanced

< Back to search results    Collectibles & Art > ... > ... > Animation Merchandise > Figures & Statues

Share    Add to Watchlist





### 6"Marilyn Monroe Action Figure Wacky Wobbler Bobble Head Gift In Box

Suntoy2020 (663)
99.7% positive · Seller's other items · Contact seller

**GBP 10.99**
Approximately US $13.98

Condition:  Used
"not used,in good condition"

Quantity:  1    9 available / 5 sold

| Buy It Now |

| Add to cart |

| ♡ Add to watchlist |

↩  Breathe easy. Returns accepted.

⚡ People want this. 19 people are watching this.

Shipping:  GBP 7.49 (approx US $9.53) SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Foshan, China

Delivery:  🚚 Estimated between Fri. Feb 9 and Wed, Feb 21 to 30318 ⓘ
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  [PayPal] [G Pay] [VISA] [mastercard] [AMEX]

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


T-Mobile's Un-carrier Home Internet is Un-impressive

Have one to sell? Sell now

## Similar sponsored items    See all >

    Feedback on our suggestions


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$17.99
Free shipping
Last one


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$15.99
Free shipping
5 watchers

## Sponsored items inspired by your views    See all >

Feedback on our suggestions


Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one


1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold


Georgia Bulldogs RED 14oz Sculpted Relief Coffee Mug NCAA
New
$15.95
+ $6.09 shipping
♥ Top Rated Plus
Seller with a 100% positive feedback


PARANOID [10/9] NEW VINYL
New
$135.98
Free shipping
⊘ Direct from MovieMars
10 watchers


Blueberry Handmade Electric Guitar Hollow Body Seymour Duncans Built to Order
New
$2,850.00
+ $100.00 shipping
Seller with a 100% positive feedback

Christ Elf Act
New
$18.33
+ $3.9
7 watc

---

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 06, 2024 13:20:42 PST    View all revisions

eBay item number: 195603088750

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Used ⓘ | Seller Notes | "not used,in good condition" |
| Occasion | All Occasions | MPN | Does not apply |
| Year Manufactured | 2022 | Customised | No |
| Vintage | Yes | Colour | Multicoloured |
| Shipping Type | Airplane | Item Height | About 6in/16cm high |
| Features | Boxed | Character | Marilyn Monroe |
| Material | PVC | Grade | 95 |
| Scale | 1:12 | Age Level | 5+ Years |
| Franchise | Marilyn Monroe | Brand | Unbranded |
| Series | Marilyn Monroe | Type | Figure |

| | | | |
|---|---|---|---|
| Series | Marilyn Monroe | Type | Figure |
| EAN | Does not apply | Model | Marilyn Monroe |
| Packaging | | Theme | Marilyn Monroe |
| Time Period Manufactured | 2020-Now | Character | Movie & TV |
| Country/Region of Manufacture | China | Genre | Movie & TV |

## Item description from the seller

6"Marilyn Monroe Action Figure Wacky Wobbler Bobble Head Gift New In Box

### Description:

Character:Marilyn Monroe

Feature:The head of the figure is movable.

1.Brand:100 % new.

2.package: 1pcs box, as the picture show, with the original box, well packed in a hard box ,so they will be not easy to damaged.

3.Size:About 6in\16cm high

3. There may also be slight colour variation due to camera and monitor settings, and I hope you can understand.

4.material:ABS plastic/non-toxic, Its safety includes European and American toy safety standard and GB standard.

5. particle number:different item with different particle number ,you must DIY by yourself as Instructions to build up the toy.

5.suitable for: age 3-69 years old

6. children should be warning in adult care use. do not put toys, thrown each other. small parts do not eat, lest produce risk events. toys like found damaged, please be careful save or recycled. avoid fell into, exposure to the sun, damp.

Thank you very much in my store shopping. We will use high quality service for you. But after all, we are the network transactions. The goods will be through the way you send mail. Third party post office is me cannot control. But if the goods is lost or not arrive in time. We will compensate for your loss. Please promptly communicate with us. If because our mistakes or we produce misunderstanding in trading. Also please contact us. We will give you a satisfactory reply. We are in different time zones. We will give you a reply 24 hours. This will ensure that information is not lost.

Shipping

1.We accept PAYPAL payment only and ship to address provided by PATPAL. Please confirm your shipping address on PayPal is correct when you pay. If you need to change your shipping address, please must leave us a message with payment.

2. Item will be shipped within 24 hours after receiving a verified payment(Excluding Weekends and Public Holidays, eg: Christmas and etc)?

3. We post your items by Hong Kong Air Mail or China Post Air Parcel, (except we ship to  USA  by USPS).

4. Delivery time lasts approx.

? United States; Canada; Australia; UK : 9-20 business days depending on destination and customs clearance.

?Europe: 11-23 business days depending on destination and customs clearance.

?Other countries: more than 25 business days depending on destination and customs clearance?if you are in Spain, South America, and Mid East, it may take over 30 days even more?

5.If you don?t get the item after you payed 45 days,please contact us; we would do our best to solve it !

About Feedback

We greatly value customer satisfaction. Therefore, your feedback and DSRs are extremely important to us as better DSR scores affect our search placement on eBay.

If you love my items please leave me good feedback and 5 stars DSR rating "Positive". Your action will help us offer our milk and bread. I will do the same for you.

Please contact us first before leaving me "Negative" or "Neutral". I will do my best for my customers! Thanks for your cooperation.

If you are not satisfied when you receive your item, then please let us know how we can earn your 5-stars rating before submitting your scores!

Contact us






    

Funko Demonique Wacky Wobbler Bobble
Head

New

$27.15

+ $23.89 shipping

Anime Figure My Little Pony Fluttershy
Action Figure Anime Model Collectible Toy

New

$22.39
$27.99 20% off
Free shipping
Last one

Fate Grand Order Alter Scathach in Sweater
Loungewear Ver 1:7 Scale Figure Toy

New

$21.99
Free shipping
7 watchers

Tom and Jerry Vintage GM Inc figures

Pre-owned

$8.91

+ $17.80 shipping

7.9" aruto Shippuden Haruno Sakura PVC
Action Figure Anime Toy Statue BULK

New

$12.99
Free shipping
18 watchers

    

Cast off Anime Nure Megami illustration by
Mataro Ver. PVC Figure New WITH Box

New

$19.99
Free shipping
35 watchers

Hot Anime Girl Dragon Ball Z Bulma PVC
Figure Toy Statue New Collection 10in

New

$19.99
Free shipping
25 sold

Anime Dragon Ball Z Super Saiyan Frieza
Sitting PVC Figure Statue NEW NO BOX

New

$19.99
Free shipping
19 watchers

GOOSEBUMPS SLAPPY BOBBLE BOBBING
HEAD RESIN FIGURES 2015 UNOPENED

New

$38.16

+ $22.73 shipping
64 sold

6.3" Anime Naruto Shippuden Hinata Hyuga
PVC Action Figure Statue Toy

New

$14.99
Free shipping
818 sold

   

Sponsored
Mego Legends Marilyn Monroe Limited
Edition 8" Doll Action Figure

New

$12.49
Free shipping
23 sold

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box

Now

$89.00
Free shipping
24 sold

Sponsored
1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box

New

$69.00

+ $26.00 shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$14.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$17.99
Free shipping
Last one

    

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$15.99
Free shipping
5 watchers

Sponsored
Marilyn Monroe PVC Figure Gold Dress
16cm

Pre-owned

$11.44

+ $19.15 shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Funko Wacky Wobbler
Bobble Head 2007

New (Other)

$73.78
$81.98 10% off
+ $13.60 shipping
Top Rated Plus

Sponsored
18cm Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue
W/Box

New

$42.00
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$12.99
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

Pre-owned

$17.69
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New

$12.99
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

Pre-owned

$17.50
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

Pre-owned

$17.50
Free shipping
Seller with a 100% positive feedback

Sponsored
Ted 2 Funko Wacky Wobbler Bobble Head:
Talking Ted

Pre-owned

$15.25

+ $18.64 shipping
Seller with a 100% positive feedback

Feedback on our suggestions


No design or coding skills required.     Start for Free
*See terms of use

More to explore :   Wacky Wobblers Batman Collectible Figures & Bobbleheads,   Wacky Wobblers The Flash Collectible Bobbleheads and Figures,   Collectible Bobbleheads and Exclusive Wacky Wobblers Figures,
Wacky Wobblers Collectible Figures & Bobbleheads Chase,   Collectible Bobbleheads and Vaulted Wacky Wobblers Figures,   Wacky Wobblers Superman Collectible Figures & Bobbleheads,
Wacky Wobblers Star Wars Collectible Bobbleheads and Figures,   Wacky Wobblers Freddy Krueger Collectible Figures & Bobbleheads,   Wacky Wobblers San Diego Comic Con Collectible Bobbleheads and Figures,
Wacky Wobblers San Diego Comic Con Exclusive Collectible Figures & Bobbleheads

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   CA Privacy Notice,   Your Privacy Choices   and   AdChoice








Roll over image to zoom in




Roll over image to zoom in

Pinkman Tailor Sexy Girl Retro Marilyn Monroe Sugar Skull Stickers Inspired Vintage Vinyl Bumper Waterproof Sticker Decal Truck Car RV SUV Boat Window Water Bottle (5 Marilyn)

Brand: Pinkman Tailor

5.0 ★★★★★  1 rating

$6.99

FREE Returns ˅

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $6.99 upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer Free Prime shipping.

Size: 5" Marilyn

| 3" Marilyn | 3" Sugar Skull | 5" Marilyn | 5" Sugar Skull |
| $6.99 | $4.50 | $6.99 | $6.50 |

| Brand | Pinkman Tailor |
| Theme | Car,Retro,Skull,Truck,Vintage |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 1 |
| Style | marilyn |
| Embellishment | Glitter |

˅ See more

| 🪟 Surface Recommendation | Window | | ▦ Material | Vinyl |
| △ Shape | Irregular | | ▦ Unit Count | 1 Count |

### About this item

- Measurements: 3" x 1.8" (7.6 cm x 4.5 cm) | 5" x 3" (13 cm x 7.6 cm)
- Quality: We use the highest quality industrial sticker printing machine and the best quality waterproof inks. Our stickers and decals are easy to install and the sticker instructions are included in the package.
- Design: We pay careful attention to every detail of the design, from our initial hand-drawn sketches through to the final computer graphic design, in order to produce outstanding and unique products.
- Decorating: Our stickers and decals are a universal size and look great on cars, trucks, boats, windows, bumpers, water bottles, suitcases, skateboards, and more.
- Satisfaction Guaranteed: For you, our most valuable customer. If you are not satisfied with our product for any reason, you may request a replacement product or a refund within 30 days of purchase.

˅ See more product details



Add your free 30-day trial of Prime and get fast, free delivery

Delivery | Pickup

$6.99

FREE Returns ˅

FREE delivery Wednesday, January 17 on orders shipped by Amazon over $35

Or fastest delivery Sunday, January 14. Order within 7 hrs 54 mins

Delivering to Peachtree Corners 30092 - Update location

In Stock

Qty: 1 ˅

Add to Cart

Buy Now

Ships from   Amazon
Sold by   King Hobbs

Manufacture and Distributor

Returns   Eligible for Return, Refund or Replacement...

Payment   Secure transaction

˅ See more


☐ Add a gift receipt for easy returns

Add to List ˅

New (2) from $6.99 & FREE Shipping on orders over $35.00 shipped by Amazon.

---

## Important information

To report an issue with this product or seller, click here.

---

## Product Description

Measurements: 3" x 1.8" (7.6 cm x 4.5 cm) | 5" x 3" (13 cm x 7.6 cm) Every product from our store will be sent in secure packaging with the sticker/decal instructions included. You will enjoy using our products and find them easy to install. All products come with a satisfaction guarantee - replacement or a full refund available within 30 days of purchase.

## Product information

### Technical Details

| Brand | Pinkman Tailor |
| Theme | Car,Retro,Skull,Truck,Vintage |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 1 |
| Style | marilyn |
| Embellishment | Glitter |
| Age Range (Description) | Kid |
| Reusability | Single Use |
| Pattern | Cartoon |
| Finish Type | Powder coated |
| Manufacturer | Pinkman Tailor |
| Item Weight | 0.176 ounces |
| Package Dimensions | 5 x 2.75 x 0.01 inches |
| Item model number | PMT-001SD |
| Manufacturer Part Number | PMT-001SD |
| Special Features | Waterproof |

### Additional Information

| ASIN | B08RXGPXBK |
| Customer Reviews | 5.0 ★★★★★  1 rating / 5.0 out of 5 stars |
| Best Sellers Rank | #1,606,706 in Automotive (See Top 100 in Automotive) #68,517 in Automotive Decals |
| Date First Available | December 22, 2020 |

### Warranty & Support

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

No customer reviews

There are 0 customer reviews and 1 customer rating.

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

**Make Money with Us**

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

 amazon

🌐 English   🇺🇸 United States

| | | | |
|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Ads**<br>Reach customers wherever they spend their time | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles |
| **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud Computing Services |
| **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing Made Easy | **Amazon Photos**<br>Unlimited Photo Storage Free With Prime |
| **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing | **Ring**<br>Smart Home Security Systems |

**ACX**
Audiobook Publishing Made Easy

**Audible**
Listen to Books & Original Audio Performances

**Prime Video Direct**
Video Distribution Made Easy

**eero WiFi**
Stream 4K Video in Every Room

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Sell on Amazon**
Start a Selling Account

**Box Office Mojo**
Find Movie Box Office Data

**Shopbop**
Designer Fashion Brands

**Blink**
Smart Security for Every Home

**Amazon Business**
Everything For Your Business

**Goodreads**
Book reviews & recommendations

**Amazon Warehouse**
Great Deals on Quality Used Products

**Neighbors App**
Real-Time Crime & Safety Alerts

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

✨ SOMETHING EXCITING ✨ IS COMING!!! Download the Etsy app to stay tuned.

Etsy

☰ Categories    Search for anything    🔍

Homepage › Art & Collectibles › Painting › Oil



Other reviews from this shop  ★★★★☆ (30)                    Sort by: Suggested ▼

★★★★★
Fantastic looks amazing my granddaughter is going to love it so colourful true to advertisements arrived in perfect condition
Purchased item: Cartoon Canvas Paintings Watercolor Stil...

Item quality                          5.0
Shipping                              5.0

Mandy Beardmore   Dec 2, 2023
👍 Helpful?

★★★★★
Really good product and posted. Delivered on time, and it's a fantastic addition to my daughter's bedroom. Really good quality product also.
Purchased item: Baby Panda Print Animal With Bubble Gu...

Item quality                          5.0
Shipping                              5.0


Vishal   Nov 6, 2023
👍 Helpful?

★★★★★
LOVE it. Fantastic quality too. I was pleasantly surprised. I would definitely order again.
Purchased item: World Masterpiece Paintings Funny Mon...

Item quality                          5.0
Shipping                              5.0

Nicole   Nov 1, 2023
👍 Helpful?

★★★★★
Beautiful print, and looks great in our hallway. Just bear in mind that it needs to be mounted on a frame when arrives I mistakenly thought it would come already mounted!... •••
Purchased item: Girl With Wings Canvas Prints Watercolo...

Item quality                          5.0
Shipping                              5.0


Debbie   Oct 4, 2023
👍 Helpful?

← 1 2 ... 8 →

Photos from reviews



---

**$144.00+** ~~$180.00+~~
20% off sale for a limited time

Handmade Canvas Paintings hand painted Marilyn Monroe oil painting Wall Art Pictures on canvas home décor Wall decoration for living room

TalyaPrintHQ ★★★★★

✓ Returns & exchanges accepted

Dimensions *
[ Select dimensions                        ▼ ]

Pay in 4 installments of $36.00. Klarna. Learn more

[ Buy it now ]

[ Add to cart ]

♥ Add to collection

Item details                                    ▲

🖐 Handmade
📦 Materials: handmade

Highlights
100% Hand Painted Oil Painting
Specification
Shipping Limitations Unlimited
Available Ship to Australia ,Canada, France ,Germany, Puerto Rico, United States

Details
The Dark Colors Of Black And Yellow Are Abstract Oil Painting On Canvas Modern Wall Art Picture Decoration For Living Room
Unframed Every painting is 100% hand-painted by our experienced artists. We stand by our top quality.

We take pride in our work. Occasionally due to inclement weather conditions the oil paint we use takes longer to dry than we expect. In order to ensure that your painting arrives to you in pristine condition, we will let the painting dry a few extra days, increasing processing time. We assure you that your painting is worth the wait .We strive to replicate your favorite paintings as accurately as possible, however due to the original nature of the artwork, unique variations will occur from one piece to another. Please note that computer settings may cause slight color differences between your painting and the product photo displayed.

Environmentally-Friendly Oil We only use Marie's museum quality paint since it is environmentally-friendly and never fades. Your painting will look good for years to come.

About shipping:

All orders will be shipped out within 2-5 workdays after your payment is confirmed, if some Models we have Stock , It can ship within one day ,Your orders will shipped via FedEx or EMS, we afford the shipping fee.

-Usually shipping time will take about 3-15 work days. It depends on destination and other factors, if you don't receive your parcel within a month, please contact us immediately.
-All our items will be shipped to the address offered by buyers, please confirm your address carefully before payment. You can also leave us a message to change address before we ship out your parcel. Once it is shipped out, it can't be changed any more.

-Online tracking available. Tracking number and website will be offered once items shipped.From here you can also add a frame to the picture you bought
https://www.etsy.com/il-en/listing/1403692512/stable-large-diy-frame-new-natural-wood?click_key=8cb6c700294f0af315210c6092d18e76ab9b1ac%3A1403692512&click_sum=bb18abb6&ref=shop_home_active_5&frs=1
"You should note that the frame does not come with the product"

Less

Shipping and return policies                    ▲

📅 Order today to get by Feb 2-7



Returns & exchanges accepted within 7 days

Deliver to United States, 30092 ⌄

Ships from China


Etsy offsets carbon emissions from shipping and packaging on this purchase.


**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

View shop policies

### Meet your sellers ⌃

safa
Owner of TalyaPrintHQ
♡ Follow shop

[ Message safa ]

This seller usually responds within 24 hours.

## More from this shop    ( Follow )


Hand Painted Abstract Oil Pain...
TalyaPrintHQ
$144.00
$180.00 (20% off)
FREE shipping


Top Selling Handmade Abstrac...
TalyaPrintHQ
$372.00
$465.00 (20% off)
FREE shipping


Hand Painted Oil Painting Art B...
TalyaPrintHQ
$372.00
$465.00 (20% off)
FREE shipping


Abstract Handmade Oil Paintin...
TalyaPrintHQ
$144.00
$180.00 (20% off)
FREE shipping


100% Hand Painted Abstract O...
TalyaPrintHQ
$144.00
$180.00 (20% off)
FREE shipping

### Browse by section

 Oil paintings
248 items

Graffiti Art Painting
450 items

 All
1240+ items

## You may also like *including Ads* ⓘ    ( See more )


Extra Large Painting, Original P...
TikTokArt
$70.78
$159.57 (50% off)
FREE shipping


oil painting, modern art, "Fogg...
Artifict3
$380.00
FREE shipping


Original Abstract Oil Painting o...
AboutOilPaintings
$112.92
FREE shipping


Abstract 100% Hand Painted-...
CosmoArtCA
$139.13
$185.50 (25% off)
FREE shipping


Hand Painted Abstract Wall Art...
Tengysart
$50.40
$99.00 (40% off)
FREE shipping


Abstract 100% Hand Painted-...
CosmoArtCA
$139.13
$185.50 (25% off)
FREE shipping


Love - Dolphin Oil Painting on ...
Ad by Etsy seller
$332.53
FREE shipping


Original ART, Signed, Happy C...
Ad by Etsy seller
$2,800.00
FREE shipping


Abstract Beautiful 0x1 Oil Paint...
Ad by Etsy seller
$95.93
$127.91 (25% off)
FREE shipping


Jackpot | 100% Hand Painted | ...
Ad by Etsy seller
$133.00
$190.00 (30% off)
FREE shipping


Painting Style Art Canvas-Lady...
Ad by Etsy seller
$19.99

The Music (La Musique) handp...
Ad by Etsy seller
$135.72
$159.68 (15% off)
FREE shipping

## Explore related searches

 Painting
Wall Decor
Paintings Wall
Wall Canvas
Art Picture
Hand Painted
The Art of Painting

## Explore more related searches

( Painting Art Hand )   ( Painted Oil Painting )   ( Gray Design Acrylic )   ( The Art of Sculpture )

Listed on Oct 20, 2023

All categories > Art & Collectibles > Painting > Oil

Report this item to Etsy

---

🌱 Etsy is powered by 100% renewable electricity.


Etsy

[ Download the Etsy App ]

**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

  

United States | English (US) | $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

Hi Jeffrey!   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

ebay

Sell   Watchlist   My eBay

Advanced

Back to search results · Collectibles & Art › Art › Art Posters

Share · Add to Watchlist

EXTRA 8% OFF   See all eligible items and terms ›



Have one to sell? Sell now

### Marilyn Monroe Posters Canvas Prints Wall Art Room Decorations photo

TanTianArt (1)
100% positive · Seller's other items · Contact seller

**US $9.90**

Condition: New

Framing:    - Select -

Size:    - Select -

Quantity:  1    Last One

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Shipping:   Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: FUJIANXIAMEN, China

Delivery:   Estimated between Tue, Feb 6 and Tue, Feb 13 to 30318 ⓘ
Please allow additional time if international delivery is subject to customs processing.

Returns:   Seller does not accept returns. See details

Payments:   PayPal   G Pay   VISA   ●●   ●●   DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Love,
Your Mind

HUNTSMAN   Ad

Learn More

### Similar sponsored items    See all ›

Feedback on our suggestions



Marilyn Monroe Poster Wall Art Home Decor Photo Prints 16x24, 20x30, 24x36"
New
$16.99
Free shipping
11 watchers



Marilyn Monroe Famous #3 Poster Canvas Print Art Decor Wall
New
$31.61
Free shipping
22 watchers



3 Antique George Wright Hand-Colored Etchings/Engravings Hunting Prints Framed
Pre-owned
$9.99
1 bid
13h 36m
+ $25.00 shipping



Marilyn Monroe Wall Art Poster Print Gift Home A4 A3
New
$4.44
+ $13.63 shipping
156 sold

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions



VINTAGE UNION/76 ROYAL TRITON OIL PORCELAIN SIGN MARILYN MONROE SERVICE ORANGE8"
Pre-owned
$149.90
+ $20.00 shipping
Seller with a 100% positive feedback

Marilyn Monroe Gold Clad Coin Collection - Limited Edition Set
$303.10
$433.00 30% off
Free shipping

modern Marilyn Monroe oil painting 100% hand-painted art on canvas
$77.22
$99.00 22% off
Free shipping
39 watchers

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers

Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress
New
$24.15
+ $7.99 shipping
Seller with a 100% positive feedback

1/4 Mai
Greeti
Box
New
$69.0
+ $20
Last o

About this item   Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 296953267790

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Poster |
|---|---|---|---|

## Item description from the seller












Marilyn Manson Posters Canvas Prints Wall
Art Room Decorations photo

New

$9.90

Free shipping



Marilyn Monroe and Audrey Hepburn
Posters Canvas Prints Wall Decorations
photo

New

$9.90

Free shipping

Pop Art Monroe Posters Canvas Prints Wall
Art Room Decorations photo

New

$9.90

Free shipping

Brigitte Bardot Posters Canvas Prints Wall
Art Room Decorations photo

New

$9.90

Free shipping

Getting Sexy Posters Canvas Prints Wall Art
Room Decorations photo

New

$9.90

Free shipping







Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    ⌂    🛒

Advanced

< Back to search results · Collectibles & Art > ... > Figurines & Statues

Share · Add to Watchlist

🔶 SAVE UP TO 16%  See all eligible items and terms >






Have one to sell? Sell now

### 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

taobo-52 (346)
100% positive · Seller's other items · Contact seller

**US $100.80**
or Best Offer
Was US $120.00 ⓘ
Save US $19.20 (16% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
             International shipment of items may be subject to customs
             processing and additional charges. ⓘ
             Located in: nanyangshi, China

Delivery:    📦 Estimated between Fri, Feb 9 and Thu, Feb 22 to 30318 ⓘ
             This item has an extended handling time and a delivery estimate
             greater than 9 business days.
             Please allow additional time if international delivery is subject to
             customs processing.

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🔲  🔴🔴  AMEX  DISCOVER
             
             *No Interest if paid in full in 6 months on $99+. See terms and
             apply now

             Earn up to 5x points when you use your eBay Mastercard®.
             Learn more

**Shop with confidence**

🔵 eBay Money Back Guarantee
   Get the item you ordered or your money back. Learn more

## Similar sponsored items          See all >

Feedback on our suggestions






7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$145.34
$169.00 14% off
Free shipping
Seller with a 100% positive feedback

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$92.40
$110.00 16% off
Free shipping
Seller with a 100% positive feedback

Old Collection Boxwood Carving Home Decoration Beauty Model Statue
$55.08
$57.98 5% off
+ $3.99 shipping

Old Collection Boxwood Carving Home Decoration Beauty Model Statue
$55.08
$57.98 5% off
+ $3.99 shipping



eBay eGift Cards for all
A treat for any occasion.
Shop now

## Sponsored items inspired by your views          See all >

Feedback on our suggestions







Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$15.99
Free shipping
5 watchers

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy
New (Other)
$15.82
$17.58 10% off
Free shipping
20% off 3+ with coupon

Wig COS Sexy Marilyn Monroe Light Gold Classic Retro Nakeup Short Hair Wig Bali
New
$27.35
$33.36 18% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose halmet
New (Other)
$18.38
$20.66 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Harajuku party mask
New
$17.37
Free shipping

Cos M...
gold c...
New (O...
$16.19
$18.40...
Free s...
20% o...

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 24, 2024 13:18:30 PST  View all revisions

eBay item number: 124892678832

### Item specifics

Region of Origin          China          Primary Material          Boxwood wood

### Item description from the seller





Collectibles    Art    Antiques

L8" L8d Chinese Yellow Copper Dynasty Winged Garuda Bird Amulet Pendant (#126004915237)

n***p (318) • Past 6 months

Small Guanyin statues received well packed. Seller was fast to ship. US Customs here in the USA held it for almost 3 weeks but no problems with that. Very detailed for such a small figure. Good Seller. Thank You

Chinese Collection old Asian Brass guanyin tara godness Exquisite statue (#124693473203)

See all feedback

## SAVE UP TO 16%ⓘ  See all eligible items →
Welcome to my store
Marked down item price reflects all savings. Items provided by taohu-52                                All promotional offers from taohu-52












| | | | | |
|---|---|---|---|---|
| L8" Old Chinese Yellow Copper Dynasty Winged Garuda Bird Amulet Pendant | China bronze Gilt Guardian Fu Foo Dog Lion beast Incense burner Censer statue | Chinese Collection old Asian Antique Collectible Brass ZCicada Exquisite statue | 8.2" Old Nepal Gilt Painting 3 Head 8 Arm White Tara Mahayana Buddha Statue | Chinese FengShui Brass Copper Auspicious peacock Phoenix bird myth beast statue |
| Was: US $6.90 | Was: US $14.00 | Was: US $6.00 | Was: US $270.00 | Was: US $275.00 |
| Now: US $5.80 | Now: US $13.44 | Now: US $4.20 | Now: US $226.80 | Now: US $231.00 |

You can change quantities in your cart.

## You may also like

Feedback on our suggestions






| | | | | |
|---|---|---|---|---|
| 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Handmade 15cm Boxwood Wood Carving Goddess Sexy Lady Statue Craft Sculpture | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Wooden Chinese Zodiac Dragon Statue for Success & Wealth | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture |
| $92.40 | $29.69 | $145.34 | New | $105.60 |
| $110.00 16% off | $32.99 10% off | $169.00 14% off | $11.63 | $120.00 12% off |
| Free shipping | + $3.99 shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Last one | Seller with a 100% positive feedback | 23 sold | |



chinese wooden dragon statue wood carving antique desk decor boxwood sculpture
**$33.99**
$39.99 15% off
Free shipping
Popular



4.7" Collect Chinese Box-wood Carving Naked Beautiful Woman beauty kneel Statue
**$55.00**
Free shipping
Last one



Very Fine Chinese Boxwood Hand Carving Statue Sculpture - 12"
**$70.00**
+ $13.95 shipping
Seller with a 99.7% positive feedback



Antique Chinese Rosewood Statue Man Wood Carving Figurine
**$100.00**
+ $21.65 shipping



Chinese Antique Boxwood Wood Carving God Of Longevity Statue Collection Nice Art
**$89.99**
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$14.99**
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$13.99**
Free shipping
10 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$15.99**
Free shipping
5 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$17.99**
Free shipping
Last one



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback



Sponsored
Chinese Boxwood Carved Beautiful Woman Statue Wooden Sculpture Home Decor Art
**$83.16**
$99.00 16% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Chinese Antique Wooden Old Man Statue Carved Wood Figures Sculpture Art 10 1/4"
**$76.00**
+ $8.75 shipping
Seller with a 99.4% positive feedback



Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
**$79.99**
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$12.99**
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.
New
**$12.99**
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$17.50**
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$13.49**
Free shipping



Sponsored
Chinese Antique Boxwood Carved Beautiful Woman Statue Sculpture Home Decor Art
**$99.99**
Free shipping



Sponsored
Vintage Chinese Boxwood Carved Pretty Woman Statue Wood Sculpture Decor Art Work
**$149.99**
Free shipping
Last one



Back to search results                                                                                                    Return to top

More to explore :  Chinese Wood Carving,  Antique Primitive Sculptures & Carvings,  Carving Chinese Antiques,  Antique African Sculptures & Statues,  Stone Antique Primitive Sculptures & Carvings,  Jade Carving Chinese Antiques,  Wood Antique Primitive Sculptures & Carvings,  Wooden Carving Chinese Antiques,  Americana Antique Primitive Sculptures & Carvings,  Unsigned Antique Primitive Sculptures & Carvings

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1999-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice







Toys & Hobbies > Stuffed Animals > Other Stuffed Animals
Toys & Hobbies > Action Figures & Accessori... > Action Figures

‹ Back to search results

Share · Add to Watchlist





Have one to sell? Sell now

## Marilyn Monroe 1/4 Marilyn Monroe Statue with Base Beauty Series Toy Statue

tdufyh96596 (21)
86.2% positive · Seller's other items · Contact seller

### US $16.99
or Best Offer

Condition: New

Quantity:  1      5 available

Personalization:
Provide personalization instructions below



0/250

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↻  Breathe easy. Returns accepted.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: HENAN, China

Delivery:    ⚑ Estimated between Wed, Feb 14 and Thu, Feb 22 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. Personalized items cannot be returned. See details

Payments:   
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence
⊘  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items                    See all ›

Feedback on our suggestions







Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$14.99
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
$15.99
Free shipping
5 watchers

## Sponsored items inspired by your views        See all ›

Feedback on our suggestions







Collectible Deck 54 cards of MOVIE STAR Marilyn Monroe Playing card/Poker w/box
New
$14.00
Free shipping
25 sold

Colorful Marilyn Monroe 5D Art Diamond Painting Kit Drills Cross Stitch Picture
New
$12.77
$18.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Jessica Rabbit Pins Fantasy Pin As Marilyn Monroe Badge
New
$9.99
+ $4.00 shipping
Seller with a 99.3% positive feedback

Hand-painted Original Oil Painting art Impressionism Marilyn Monroe on canvas
$398.00
+ $30.00 shipping
Seller with a 100% positive feedback

Hand painted Original Oil Painting art Portrait Marilyn Monroe on canvas 20"x24"
$450.00
+ $38.00 shipping
Seller with a 100% positive feedback

Hand p
Portrai
$398.
+ $38.
Seller

### About this item    Shipping, returns and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number:  355392150765

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Action Figure | Country/Region of Manufacture | China |



| | | |
|---|---|---|
| Material | Pvc | |
| Personalize | | Theme | Manufacture |
| Satisfies Costumers | 100% | Origin | People |
| Feature10 | Figure Toys | STOCK | LIMITED QUANTITIES STOCK ! |
| Feature11 | Cake Decorative Figure Model | Feature12 | Fans Collection Ornaments |
| Style | New Classical/post-modern Style | Feature5 | Pvc Statue |
| Feature13 | Birthday Gifts | Feature4 | Present Toys |
| Feature3 | Christmas Gift | Is Smart Device | No |
| Feature2 | Figure Toy | Available | 24/7 |
| Is_customized | No | Feature1 | 18.5cm Marilyn Monroe |
| Feature8 | Sexy Dress Ornaments | Feature9 | Marilyn Monroe Ornaments |
| USE | EASY TO USE ! | Feature7 | Marilyn Monroe Figure |
| RECOMMENDED | RECOMMENDED | Feature6 | Hollywood Star |
| | | UPC | Does not apply |

## Item description from the seller

Description:
Colour:Gold
Material: PVC
Height:18.5*9cm
Weight:130g


Package include：
Marilyn Monroe Statue x1pc



### tdufyh96596

86.2% Positive Feedback
165 items sold

Visit store
Contact
♡ Save seller

📅 Joined Aug 2023

### Detailed seller ratings

Average for the last 12 months.

| | |
|---|---|
| Accurate description | ———— 4.9 |
| Reasonable shipping cost | ———— 5.0 |
| Shipping speed | ———— 4.9 |
| Communication | ———— 4.9 |

### Popular categories from this store    See all

Collectibles   Crafts   Health & Beauty   Consumer Electronics

Art   Entertainment Memorabilia   Antiques   Sporting Goods

Baby

### Seller feedback (31)

🟢 b***0 (291) • Past month

Product was as described and shipped quickly. Excellent seller!

HOT Under Armour Reversible Beanie Winter Hat Knitted Hat Neutral Warm Ski Sport (#355520187679)

🟢 n***a (1122) • Past 6 months

Great person to do business. Item arrived quickly & was exactly as described.

Brass Vintage Elephant and Penis Keychain Pendant (#355050619350)

🟢 @***0 (1017) • Past month

Fast ship as described no probs

Mer-Maid Universal Magic Drain Sink Stopper, Instantly Replace Broken Stoppers (#355570816858)

See all feedback

### You may also like

Feedback on our suggestions











Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Hi Jeffrey    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

Advanced

< Back to search results · Clothing, Shoes & Accesso... > Women > Women's Clothing > Skirts

Share · Add to Watchlist







Have one to sell? Sell now

### new LOEWE Marilyn Monroe photo print crystal earring wrap skirt FR36 XS

The JHROP Shop (14)
100% positive · Seller's other items · Contact seller

**US $698.00**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:    Pre-owned
"Unworn in mint condition, with tags. Missing wrap button, easily replaceable."

| Buy It Now |
|---|
| Add to cart |
| ♡ Add to watchlist |

Shipping:    US $26.00 Expedited Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, Hong Kong

Delivery:    Estimated between Thu, Feb 1 and Fri, Feb 2 to 30318 ⓘ
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal · G Pay · VISA · master card · DISCOVER · AMEX

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
ebay
Shop now

### Similar items    See all >

Sponsored                                                     Feedback on our suggestions


Vintage Loewe Skirt
Pre-owned
$318.04
+ $28.03 shipping


NWT F/W 1999 MIU MIU Wool
Black Gold Detail Knee Length
Belted Zip Skirt 44 12
New
$350.00
+ $9.99 shipping


28 RETRO MARILYN MONROE
STYLE CHIC UNIQUE SLIMMING
BLACK DRESS 3 + TORRID...
New
$33.30
0 bids
Free shipping


Vintage Womens CHANEL 2003
Tweed Skirt Midi Silk Knit Suit
Luxury FR 36 US 6
Pre-owned
$450.00
+ $16.00 shipping

### What's your size?
Add your size to see recommendations that will fit better.

Add your size

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale
gold curly hair wig breathable unisex's
New (Other)
$15.98
$17.79 11% off
Free shipping

7"old Chinese Boxwood carving famous
artistactor Marilyn Monroe statue
sculpture
$92.40
$110.00 16% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale
gold curly hair wig high-temperature
New (Other)
$17.60
$19.66 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale
gold curly hair wig social High Quality
New (Other)
$14.45
$16.24 10% off
Free shipping
10% off 2+ with coupon

7"old Chinese Boxwood carving famous
artistactor Marilyn Monroe statue
sculpture
$100.80
$120.00 16% off
Free shipping
Seller with a 100% positive feedback

Mari...
Sculpt...
New
$15.99
Free s...
5 wat...

---

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 21, 2024 21:24:33 PST    View all revisions

eBay item number: 395113242348

### Item specifics

| | | | |
|---|---|---|---|
| Condition | Pre-owned ⓘ | Seller Notes | "Unworn in mint condition, with tags. Missing wrap button, easily replaceable." |
| Brand | Loewe | UPC | Does not apply |
| EAN | Does not apply | MPN | Does not apply |
| Country/Region of Manufacture | Romania | Year Manufactured | 2010-2019 |
| Modified Item | No | Department | Women |
| Type | Skirts | Style | Wrap |
| Occasion | Casual | Season | Summer |

| | | | |
|---|---|---|---|
| Occasion | Casual | Season | Summer |
| Pattern | Abstract | Color | Black |
| Material | Viscose | | Measure |
| Accents | Embellished | Skirt Length | Midi |
| Size Type | Regular | Size | S |

## Item description from the seller



LOEWE Marilyn Monroe photo print crystal earring wrap skirt FR36 XS
Reference: TGA/S/601339
Brand: Loewe
Designer: JW Anderson
Model: Marilyn Monroe wrap skirt
Collection: Runway
As seen on: Elle Fanning
Material: Viscose

---

### Popular categories from this store  See all



Jewelry & Watches    Cell Phones & Accessories

Clothing, Shoes & Accessories    Toys & Hobbies    Sporting Goods

### Seller feedback (6)



l***l (520) • Past month

Beautiful bag. Carefully packaged, quickly shipped, and arrived extremely fast. Wonderful seller!

new MOSCHINO COUTURE 2020 Runway PGxsea Musical Score white leather clutch bag (#295108269926?)

b***o (360) • Past month

Just as described, super fast international shipping! Would definitely purchase from again. A++ customer service. Thank you!!

VIKA GAZINSKAYA pink cotton high waist pleated balloon wide leg pants FR38 M (#395110761976)

p***a (406) • Past month

Super quick delivery. Amazing product at a great price. Would absolutely buy again from this seller!

VALENTINO Runway PP Pink silk satin cocoon cropped bomber jacket blouson IT36 XS (#395130001857)

See all feedback

---

## You may also like

Feedback on our suggestions









VALENTINO cream 100% silk chiffon pleated lined flowy midi skirt IT38 XS
Pre-owned
**$228.00**
+ $16.00 shipping

new MISSONI Mare black white melange knit elastic wrap sarong skirt IT38 XS
Pre-owned
**$128.00**
+ $16.00 shipping

CHRISTOPHER KANE 2019 Runway black satin silver jewel chain slit skirt IT38 XS
Pre-owned
**$398.00**
+ $26.00 shipping

new VERSACE black viscose gold Medusa safety pin high slit mini skirt IT40 S
Pre-owned
**$398.00**
+ $26.00 shipping

GIUSEPPE DI MORABITO pink satin bling crystal rhinestone mini skirt IT38 XS
Pre-owned
**$498.00**
+ $26.00 shipping











TIBI safari brown linen blend wide canvas belted wrap midi skirt US6 S
Pre-owned

CHRISTIAN DIOR green nude pleated sheer tulle layered midi skirt FR36 S
Pre-owned

LOEWE Asymmetric curl skirt panels Jacquard 36 8229S191AK4985
New

Primegreen Essentials Warm-Up Slim Tapered 3-Stripes Track Pants
New

MARQUES ALMEIDA Net Sustain Remade 2020 patchwork brocade ruffled skirt UK6 XS
Pre-owned

$148.00
+ $16.00 shipping

$1,098.00

$699.00

$27.00
⊘ Direct from adidas

$328.00







Women's Ruffle Active Dress - JoyLab

New
$12.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's High-Rise Tapered Fluid Ankle Pull-On Pants - A New Day

New
$14.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's Long Sleeve Button-Down Shirtdress - Universal Thread

New
$13.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's High-Rise Regular Fit Tapered Ankle Knit Pants - A New Day

New
$10.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's Linen Wrap A-Line Skirt - A New Day Pink XS

New
$10.99
$28.00 61% off
Free shipping
Free returns
⭐ Top Rated Plus







Women's High-Rise Ankle Jogger Pants - A New Day

New
$12.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's High-Rise Straight Leg Cargo Pants - Wild Fable

New
$15.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's Button-Front Short Sleeve Boilersuit - Universal Thread Indigo

New
$17.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's Sleeveless Linen Dress - Universal Thread

New
$9.99
Free shipping
Free returns
⭐ Top Rated Plus

Women's Sleeveless Dress - A New Day

New
$14.99
Free shipping
Free returns
⭐ Top Rated Plus









Women's Utility Midi Skirt - Wild Fable Light Gray XS

New
$9.99
$25.00 60% off
Free shipping
Free returns
⭐ Top Rated Plus

LOEWE Knee-length Skirt BeigexKhaki(Stripe Pattern) 36(Approx. XS) 2200375174360

Pre-owned
$193.00
Free shipping

Women's Long Sleeve Denim Shirtdress - Universal Thread Light Wash 20

New
$15.99
$40.00 60% off
Free shipping
Free returns
⭐ Top Rated Plus

LOEWE Mini Skirt Black (Approx. S) 2200400331055

Pre-owned
$267.00
Free shipping

Loewe Sequin Cut Out Mini Skirt IN Turquoise 6z S $2600 Value

New
$475.00
Free shipping



More to explore :   Jones New York Animal Print Wrap Skirts for Women,   Loewe Scarves & Wraps for Women,   Men's Marilyn Monroe,   Women's Marilyn Monroe,   Animal Print Wrap Skirts for Women,   Loewe Silk Scarves & Wraps for Women,   Women's Marilyn Monroe Clothing,   Marilyn Monroe Women's Shapewear,   Women's Marilyn Monroe Costumes,   Marilyn Monroe Dresses

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 38 Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

< Back to search results  |  Collectibles & Art  >  Collectibles  >  Decorative Collectibles  >  Sculptures & Figurines

Share | Add to Watchlist

Advanced



   

Have one to sell? Sell now

### Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue



the_best_shop9395 (42)
100% positive · Seller's other items · Contact seller

**US $13.89**
or Best Offer

Condition: New

Quantity: 1   2 available / 9 sold

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⚡ People want this. 17 people are watching this.

Shipping: Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: ⬤ Estimated between Tue, Feb 13 and Fri, Mar 1 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal GPay VISA mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

GoDaddy
🅰 pay-your-business-name.com
EVERY GODADDY DOMAIN IS A PAYABLE DOMAIN.

## Similar sponsored items    See all >

Feedback on our suggestions

   

| | | | |
|---|---|---|---|
| Max Squat Xtreme Figurine Bodybuilding Weightlifting Collectible Sculpture | Marilyn Monroe figure "REFLECTIONS" Statue Franklin Mint | 1855 MEDAILLE D'ARGENT Vincenti & OIE Clock W/Marble Base & Bronze Sculpture | Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue |
| New | Pre-owned | Pre-owned | New |
| $59.49 | $120.00 | $230.00 | $16.99 |
| $69.99 15% off | + $19.90 shipping | 0 bids | $21.24 20% off |
| Free shipping | Seller with a 100% positive | 2h 10m | Free shipping |
| 20 sold | feedback | + $152.50 shipping | 12 watchers |

## Sponsored items customers also bought    See all >

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue | Amazing Yamaguchi Revoltech Marvel Deadpool PVC Action Figure New In Box | Funko Pop! Movies: Black Adam Black Adam Winter Convention Exclusive Brand New | Pem NSFW 1:24 Unpainted Resin Figure Model Kit Plastic Model | SWAROVSKI Aurora Borealis crystal figurines Disney 100th Mickey Mouse 5656442 | Marilyn Sculpt |
| New | New | New | New | New | New |
| $16.99 | $28.49 | $9.89 | $18.44 | $365.50 | $13.6 |
| $21.24 20% off | $29.99 5% off | $10.99 10% off | $24.58 25% off | $430.00 15% off | Free s |
| Free shipping | Free shipping | + $4.99 shipping | Free shipping | Free shipping | |
| 12 watchers | Seller with a 100% positive feedback | Top Rated Plus | Seller with a 100% positive feedback | Top Rated Plus | |



About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 25, 2024 23:20:26 PST  View all revisions

eBay item number: 315060755536

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Origin | Mainland China |
| Occasion | All Occasions | Size | Small |
| Year Manufactured | 2022 | Satisfies Costumers | 100% |
| STOCK | LIMITED QUANTITIES STOCK ! | Feature10 | Figure Toys |
| Feature12 | Fans Collection Ornaments | Feature11 | Cake Decorative Figure Model |

| Feature2 | Fans Collection Ornaments | | Feature11 | Cake Decorative Figure Model |
|---|---|---|---|---|
| Number in Pack | 1 | | Feature5 | Pvc Statue |
| Style | Birthday Gifts | | Feature4 | 18.5cm Marilyn Monroe |
| Feature3 | Christmas Gift | | Is Smart Device | No |
| Feature2 | Figure Toy | | Available | 24/7 |
| Is_customized | No | | Feature1 | 18.5cm Marilyn Monroe |
| Pattern | Abstract | | Finish | Glossy |
| Feature8 | Sexy Dress Ornaments | | Feature9 | Marilyn Monroe Ornaments |
| Feature7 | Marilyn Monroe Figure | | Recommended | Recommended |
| Feature6 | Hollywood Star | | Use | Easy To Use I |
| Material | Pvc | | Color | Multicolor |
| Brand | Unbranded | | Subject | Abstract Art |
| Era | 21st Century (2000-Now) | | Type | Action Figure |
| Collection | Classic Collection | | Theme | People |
| Country/Region of Manufacture | China | | Time Period Manufactured | 2020-Now |
| UPC | N/A | | Character Family | .Hack |

## Item description from the seller



**Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue**

**Description:**
Colour: Gold
Material: PVC
Height:18.5*9cm
Weight: 130g

**Package include:**

Marilyn Monroe Statue x1pc

## You may also like

Feedback on our suggestions

    

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.69
Free shipping

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue)

New
$12.99
Free shipping
Seller with a 100% positive feedback

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.99
$21.24 20% off
Free shipping
12 watchers

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$13.89
Free shipping

Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New
$16.79
Free shipping
Seller with a 100% positive feedback

    

ebay



Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist ∨   My eBay ∨

Back to search results · Clothing, Shoes & Accesso... › Men › Men's Clothing › Sweaters

Share · Add to Watchlist










Have one to sell? Sell now

### Toys McCoy marilyn monroe wild horses crewneck sweater sweatshirt

TheBuddyStore (176)
98.5% positive · Seller's other items · Contact seller

**US $159.00**
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: New with tags

| Buy It Now |
| Add to cart |
| Make offer |

♡ Add to watchlist

Shipping:   US $25.00 Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, Hong Kong

Delivery:   🗓 Estimated between Mon, Feb 12 and Tue, Mar 19 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  ●●  AMEX  DISCOVER

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar items   See all >

Sponsored






Feedback on our suggestions

Paint Horse Crewneck Sweatshirt Sweater
New (Other)
$27.89
$30.99 10% off
Free shipping
Free returns

Vintage Y2K Big Dogs Mens Size XL Sweatshirt Embroidered Sweater Brown
Pre-owned
$18.47
$20.52 10% off
+ $9.21 shipping

New Polo Ralph Lauren Embroidered Horses 3 Piece Set. White-Khaki-Gray -36 Waist
New
$145.00
0 bids
Free shipping

Fruit Of The Loom 90'S Yakult Swallows Sweatshirt Pullover Brushed Lining Cotton
Pre-owned
$145.44
Free shipping


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

**What's your size?**
Add your size to see recommendations that will fit better.

Add your size

### Sponsored items inspired by your views   See all >

Feedback on our suggestions








Hot 16cm famous sexy actress Marilyn Monroe action figure statue popup decor hom
New
$16.99
+ $8.99 shipping

5x Marilyn Monroe Classic Movie Actress Actor 25mm / 1 Inch D Pin Button Badges
New
$4.44
+ $3.80 shipping
Seller with a 99.7% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's
New (Other)
$15.98
$17.96 11% off
Free shipping

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture
$92.40
$110.00 16% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature
New (Other)
$17.50
$19.66 11% off
Free shipping
20% off 3+ with coupon

Cos M
gold c
New (C
$14.4
$16.0
Free s
10% of

About this item | Shipping, returns, and payments

Seller assumes all responsibility for this listing.

eBay item number: 314976706477

Last updated on Dec 04, 2023 01:26:06 PST  View all revisions

### Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | toys mccoy |
| Size Type | Regular | Type | Sweater |
| Department | Men | Size | M |
| Color | Gray | Style | Pullover |

Report this item

**Item description from the seller**

Item description :

Toys McCoy marilyn monroe wild horses crewneck sweater sweatshirt
Size M , S and M available , if u interest other size please contact us
This product from China store , no return no refund unless size wrong ship or damaged
All the pictures are real item exactly what u get , please check all the detail before u purchase
we dont accept the reason said this is not same with the U.S one , sometime they from different manufactory , then they re different , i sell what i have and what u see.

- Your eBay experience is very important to us and we strive to provide the best customer experience to each , any question of the item please contact us before leave negative , everything can be solve if the wrong item sent , item damaged , size problem , shipping delay , thank you
- Payment must be made within 7 days.
- We ship worldwide
- This is from oversea , deliver time depends on location , please contact us for shipping cost and normally in 14 working days
- All sale final , please ask for more detail before u make payment
- Happy shopping



**TheBuddyStore**
98.5% Positive Feedback
374 items sold

Visit store
Contact
♡ Save seller

📅 Joined Jan 2020

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ———— | 4.9 |
| Reasonable shipping cost | ———— | 4.7 |
| Shipping speed | ———— | 5.0 |
| Communication | ———— | 4.9 |

**Popular categories from this store**   See all

Double RL Ralph Lauren   North Face Purple Label   Schott NYC

Mitchell and Ness   Just Don   Nanamica   Arcteryx   Beams Japan

Buco

**Seller feedback** (200)

● S***J (190) • Past 6 months

Good communicationFast ShippingGreat Price in the World cannot be best ( Mitchell & Ness)100% Good quality as describedVery happy with my purchase100%Positive feedbackHighly RecommendedGreat Sellerwill shop again thanks my friend

Mitchell & Ness chicago bulls michael jordan 1997 champion white jersey (#356784307962)

● y***n (13) • Past 6 months

I wanted to express my sincere satisfaction with my recent purchase. The item exceeded my expectations in terms of quality and functionality. The packaging was impeccable, ensuring the product arrived in perfect condition. Your prompt and efficient service, coupled with clear communication, made the entire buying process a delight. Thank you for providing an excellent shopping experience. I look forward to future transactions with your store.

North face purple label nanamica gore-tex fleece wool box field jacket NAZ2SJN (#354495492737)

● h***t • Past 6 months

Excellent Seller, Great Transaction, Packaging, Speed of Delivery and Product A+ The Seller has an excellent site with a description and history of the item for sale. There are numerous photographs of the item that support the description. The cost to deliver the item is given and when you can expect delivery of your item.

RRL Double RL Ralph Lauren buffalo chambray western shirt (#314625490452)

See all feedback

**You may also like**    Feedback on our suggestions



Toys McCoy Steve Mcqueen retro crewneck sweater sweatshirt
New
$159.00
+ $25.00 shipping



Toys McCoy Military 8th AF Mighty Eighth crewneck sweater sweatshirt
New
$159.00
+ $25.00 shipping



Marilyn Monroe Sweater Adult Large Black Pullover Y2K Sweatshirt Cotton Mens B2
Pre-owned
$11.35
$16.22 30% off
+ $7.99 shipping
Free returns
♥ Top Rated Plus

Vintage Peanuts Lucy Don't Give Your Attitude Pullover Sweater Red 90s READ
Pre-owned
$30.00
+ $9.00 shipping



Toys McCoy | McHill-Sweatshirt "Flying Cadet Air Corps" | Large (M)
Pre-owned
$74.95
+ $43.46 shipping



VINTAGE Sweater Mens Small Black Strung Out Skateboarding Skater Hoodie Y2K
Pre-owned
$9.95
+ $6.99 shipping
Free returns
♥ Top Rated Plus



Men's Sweater Long Sleeve 1/4 Zip Warm Cotton and Cashmere
New
$29.99
Free shipping



Vtg 1987 Roger Rabbit Jessica Sweater Crewneck Sweatshirt Disney USA Size L
Pre-owned
$149.99
+ $12.50 shipping

Vintage Burger King Sweater Y2K
Pre-owned
$20.00
+ $8.45 shipping



Iceberg Tom & Jerry Polyester Acrylic Knit Sweater VTG 90 Cartoon Italy Sz XL
Pre-owned
$125.00
+ $11.60 shipping








Marilyn Monroe Hugging Puppy Crewneck
Sweater Women's 3X Men's Large

Pre-owned

**$25.00**

+ $13.45 shipping



Toys mmcoy the real mccoy Loop Wheel
howdy black sweatshirt

New

**$169.00**

+ $25.00 shipping



Joseph Tricot Sweater Adult Medium Grey
Horses Wool Pullover Collared England

Pre-owned

**$72.00**

+ $13.60 shipping



*NWT - Polo Ralph Lauren Men's Crew Neck
Cotton Cable-Knit Sweater : S - XXL

New

**$69.99**

$99.99 30% off

+ $8.95 shipping

2010 Persis Clayton Weirs Nature Crewneck
Sweater Wild Wings Horses Mens Sz S

Pre-owned

**$39.99**

Free shipping



NWT J Crew 100% Cashmere Crewneck
Sweater in Light Pink (Various Sizes)

New

**$92.99**

$79.99 7% off

+ $8.95 shipping

Free returns

Top Rated Plus



Y2K McDonald's Embroidered Crew Neck
Sweater Grunge Skater Men's M

Pre-owned

**$26.79**

$29.77 10% off

+ $7.99 shipping

Free returns

Top Rated Plus



Vintage Garfield The Big Cat Knit Crewneck
Sweater Medium Yellow Made Use 70s

Pre-owned

**$127.49**

$149.99 15% off

+ $9.99 shipping



Marilyn Monroe 2Pac hoodie tie-dye black

New

**$35.00**

+ $14.50 shipping



The Real McCoy's Grey Sweatshirt

Pre-owned

**$100.00**

+ $8.60 shipping



Vintage Warner Bros Crewneck Sweater 90s
Halloween White Preowned Rare Big Print

Pre-owned

**$19.99**

0 bids

+ $18.50 shipping



Men Sweater Mens Knitted Pullovers Mens
Knitting Pullover Sweaters

New (Other)

**$39.80**

$42.80 7% off

Free shipping



The Real McCoy's Grey Sweatshirt

Pre-owned

**$185.00**

+ $8.60 shipping



Marilyn Monroe Sweater Adult Large Black
Crew Neck Pullover Graphic Logo Mens L

Pre-owned

**$29.96**

+ $7.95 shipping

Free returns

Top Rated Plus



Men's Turtleneck Soft Sweater 2023 Warm
Knitted Autumn/winter Pullover Jumper :)

New

**$16.99**

Free shipping

Back to search results

More to explore :   Men's Marilyn Monroe,   Women's Marilyn Monroe,   Women's Marilyn Monroe Clothing,   Marilyn Monroe Women's Shapewear,   Women's Marilyn Monroe Costumes,   Marilyn Monroe Women's Dresses,   Women's Marilyn Monroe Leggings,   Women's Solid Marilyn Monroe,   Filson Crewneck Sweaters for Men,   90s Crewneck Sweaters for Men

Return to top

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 38 Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

All | Medical Care | Amazon Basics | Prime Video | Buy Again | Music | Sell | Groceries | Household, Health & Baby Care | Livestreams | Coupons | Amazon Home | Pet Supplies | Amazon Business | Books | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

STANLEY Classic Trigger-Action Travel Mug | 1... ★★★★☆ 26,952 $25.00 prime  Shop now

‹ Back to results

Sponsored

Generic Marilyn Cast Hollywood Monroe Decoration Funny Coffee Mug For Women And Men Tea Cups Black 11 OZ,White

Visit the Custom Store
3.6 ★★★★☆ 10 ratings

$16.90

Thank you for being a Prime Member. Pay $16.90 $0.00 for this order. Get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Amazon Business Prime membership. Terms apply.

| Brand | Generic |
| Color | White |
| Special Feature | Microwave Safe, Dishwasher Safe |
| Style | Modern |
| Theme | Funny |

Material: Ceramic — Capacity: 11 Ounces

About this item
- Premium quality : made of high quality ceramic with our unique design on both sides. Everyone will love your new favorite mug while you enjoy drinking your coffee, tea or hot chocolate.
- A perfect gift for coffee or tea drinkers : hilarious, fun, happy and useful present for men or women.
- Great for several occasions : a useful gift to coffee lovers for a Christmas stocking stuffer, Father's Day, valentine's day, Xmas, birthday, inexpensive holiday gift, cool gift basket, gift exchange humor, secret santa, sarcastic gag gift bags and wraps, retirement, turning 40 50 60 or 70 years old, funniest creative small gifts.
- Satisfaction guarantee : all of our gift items are backed by our manufacturer's money back guarantee ensuring you receive a quality product free from defects: we create unique novelty drinkware with sayings that make fun gifts for men, women, him or her, parents, sibling, mom, dad, son, daughter, husband, wife, brother, sister, grandma, grandpa, boys, girls, seniors, adults, teens, kids, man, woman, grandmother, grandfather, student, teacher, employee, boss, male, female.
- Marble ceramic coffee mug and our warranty. If you have any problem with our product, feel free to contact us! We will make every effort to solve it in the best way.

⚑ Report an issue with this product or seller

$16.90

$6.98 delivery February 6 - 12. Details

Or fastest delivery February 2 - 7. Details

◉ Deliver to Jeffrey - Atlanta 30327

In stock
Usually ships within 2 to 3 days.

This product needs to be customized before adding to cart.

Customize Now

By clicking "Customize", you agree to these Terms and Conditions.

Ships from: TMUG8 Store
Sold by: TMUG8 Store
Returns: This item is non-returnable
Payment: Secure transaction

∨ See more

Add to List ∨



     

Roll over image to zoom in

     

Roll over image to zoom in

 
Custom Photo Coffee Mug, 11oz White, Personalized Gifts... ★★★★☆ 670 $7.98 Save 7% with coupon

Sponsored

## 4 stars and above
Page 1 of 29

      

Sponsored

| | | | | | |
|---|---|---|---|---|---|
| Happy Birthday 11 oz ounce Coffee Tea Mug Cup White Ceramic Celebration for Friends... | Funny Guy Mugs Warning We Are All Infected Ceramic Coffee Mug - 11 oz - Ideal... | Retreat Funny Mugs · Jesus Take The Wheel Religious 11 Oz Ceramic Coffee Mugs - Funn... | Personalized Elephant Coffee Mug For Baby Elephant Lovers - Custom Mug With Name - Funny... | Joyful Moose Dogs Books Coffee 11 oz Mug - Dog Gifts - Mugs For Women | Boss Gifts for Women Funny Tears of my Staff Boss Appreciation Gifts for Women "I have... | Gift For Nurse - We Can't Fix Stupid But We Can Sedate It Funny Nursing Gifts Coffee... |
| ★★★★☆ 54 | ★★★★☆ 60 | ★★★★☆ 250 | ★★★★★ 231 | ★★★★☆ 53 | ★★★★★ 550 | ★★★★★ 459 |
| $12.00 | $6.00 | $15.90 prime | $14.99 | $21.99 | Amazon's Choice Novelty Coffee Mugs $15.99 prime | $18.95 prime |

## Products related to this item
Page 1 of 35

      

Sponsored

| | | | | | |
|---|---|---|---|---|---|
| Kadiman Sloth Coffee Mug for Women 11 oz Funny Novelty Ceramic Tea Milk Cup for Gir... | Aquarius Nutrition Facts Coffee Mug Funny Motivation Inspiration 11-ounce White Ce... | V-22 Marilyn Monroe PVC Patch – Hook and Loop | Marilyn Mug Multi Color | Bubble Hugs Personalized Friendship Coffee Mug 15oz Black - I Wish You Lived Next D... | Molandra Products I'm Actually Not Funny. I'm Just Really Mean And People Think I'm... | Kobalo Best PawPaw Ever Nutrition Facts Mugs Customized Funny Gifts For Women Men... |
| ★★★★☆ 18 | ★★★★★ 1 | ★★★★☆ 2 | ★★★★☆ 2 | ★★★★☆ 14 | $25.66 | $15.95 Save 5% with coupon |
| $18.89 prime | $16.95 | $17.99 | $14.95 | $19.99 | | |

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | Custom Generic Marilyn Cast Hollywood Monroe Decoration Funny Coffee Mug For Women And Men Tea Cups Black 11 OZ,White | Pyramid America Marilyn Monroe Star Mug – 11 oz. Unique Ceramic Cup for Coffee, Cocoa & Tea Drinkers - Chip Resistant & Printed Both Sides | Morphing Mugs Marilyn Monroe - Living in a Man's World Quote - One 11 oz Color Changing Heat Sensitive Ceramic Mug – Image Revealed... | Morphing Mugs Marilyn Monroe (At My Worst) Ceramic Mug, Black |
| | Buying options | Add to Cart | Add to Cart | Add to Cart |
| Price | $16.90 | $23.00 | $13.95 | $13.95 |
| Delivery | Get it Feb 6 - 12 | — | Get it Jan 31 - Feb 2 | Get it Jan 31 - Feb 2 |

| Customer Ratings | 3.6 ★★★★☆ 10 | 4.7 ★★★★★ 60 | 4.5 ★★★★☆ 12 | 4.0 ★★★★☆ 0 |
|---|---|---|---|---|
| Sold By | | Pyramid, A... | Trend Setters ... | Movies On Sh... |
| Material | Ceramic | Porcelain | Ceramic | Ceramic |
| Capacity | 11 ounces | 11 ounces | 11 ounces | 11 fluid ounces |
| Number Of Items | 1 | 1 | 1 | 1 |
| Keyword Type | novelty-coffee-mugs | novelty-coffee-mugs | novelty-coffee-mugs | novelty-coffee-mugs |
| Theme | Funny | Stars | — | Movies |

## Product Description

What would this funny mug make a unique gift for?Hilarious Birthday, Father's Day, Anniversaries, Mother's Day, Graduation or any occasion.A great gift to put a smile on any one who receives this from you.Looking for more information about the mug?Design: Marilyn Cast Hollywood Monroe Decoration Funny Coffee Mug For Women And Men Tea Cups Black 11 OZDesign is on both sides of the cupPrinted in the USADishwasher and microwave safeGreat for hot or cold drinks.Comfortable, rounded handleAll of our designs are created by us and printed in U.S.A. Ready to purchase?Simply click the Add to Cart button and we will promptly ship the item to your door.You can browse our other fun gifts by clicking on the our brand link at the top of the listing. We have several creative gifts such as birthday gifts for women,birthday gifts for men,wife birthday gift ideas,Valentine's Day gifts for him or her,Father's Day gift ideas for dad from daughter or son,Mother's Day gift ideas for mom from daughter or son,Xmas holiday gifts including gag gifts for Christmas,humorous, inexpensive stocking stuffers for women,men,parents,children,best friend gifts,BFF gifts,anniversary gifts,graduation gifts,student gifts,coworker gifts,boss gifts,holiday office party or retirement gifts,white elephant gift exchanges,male or female,new mom gifts,new dad gifts,brother gifts,sister gifts,wife gifts,husband gifts

## Product information

| Brand | Generic |
|---|---|
| Color | White |
| Special Feature | Microwave Safe, Dishwasher Safe |
| Style | Modern |
| Theme | Funny |
| Occasion | 's Day;Father's Day |
| Shape | Round |
| Product Care Instructions | Machine Wash, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1 Count |
| Number of Items | 1 |
| League | ncaa |
| Manufacturer | Generic |
| ASIN | B094HBP26J |
| Customer Reviews | 3.6 ★★★★☆ ˅   10 ratings<br>3.6 out of 5 stars |
| Best Sellers Rank | #569,671 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#6,643 in Sports Fan Cups & Glasses<br>#30,671 in Novelty Coffee Mugs<br>#92,026 in Glassware & Drinkware |
| Date First Available | May 9, 2021 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ˅

## Important information

To report an issue with this product or seller, click here.

## Products related to this item

Page 1 of 20

Sponsored ❶

      

| SodaStream 60 L Co2 Exchange Carbonator, 14.5 Oz, Set of 2, Plus $15 Amazon.com Gif... ★★★★☆ 11,662 #1 Best Seller $68.99 prime | Dog Mom Mug - Ceramic Coffee Cup (Blue, 15oz) $25.00 | 1950's Icon Marilyn Christmas Ornament (A138) $11.99 | Born leap year 1952, 92 year old birthday mug, 92nd birthday mug, leap year birthda... ★★★★★ 1 $25.95 ($2.18/Fl Oz) | Maverton Tall Coffee Mug for woman - Customized Latte Glass for lady - Durable Glas... ★★★★★ 1 $36.95 ($3.04/Fl Oz) | Artisan Owl Best Grandparent Ever - 15oz Double-Sided Coffee Tea Mug (Grandpa White) ★★★★★ 206 Amazon's Choice in Novelty Coffee Mugs $13.72 prime | Kadiman Sloth Coffee Mug for Women 11 oz Funny Novelty Ceramic Tea Milk Cup for Gir... ★★★★★ 18 $18.89 prime |



TRU NIAGEN

Reawaken and Energize Your Cells

Shop Now

Sponsored ❶

## Similar brands on Amazon

Sponsored ❶

Fauvism
Shop the Store on Amazon ›

Hyturtle
Shop the Store on Amazon ›

 

| Singer Coffee Mug,Singer Album Coffee Mug for Singer Fans,Music Lover Gift,... ★★★★★ 24 $9.89 Typical: $12.88 | Hyturtle Personalized Skull Mug Gifts for Skull Lovers on Birthday Halloween... ★★★★★ 1 $11.95 |

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★☆☆ 3.5 out of 5
10 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 36% |

▼ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Reviews with images

See all photos ›

Top reviews ⌄

### Top reviews from the United States

**Amazon Customer**
★★★★★ **Cute cute!**
Reviewed in the United States on June 15, 2022
Verified Purchase
It's a cute cup

[ Helpful ]    Report

Functional mug. Photo was stretched out longwise to fit larger mug. Really disappointed and not surprised by the no return policy.
★☆☆☆☆ **Very Disappointed**
Reviewed in the United States on May 13, 2023
Verified Purchase
Image was stretched longwise to fit larger mug. Ridiculous. I am not surprised by the no return policy.

[ Helpful ]    Report
[ Helpful ]    Report

**Mario Condotti**
★☆☆☆☆ **Photo is compressed**
Reviewed in the United States on March 5, 2023
Verified Purchase
The photo is so squeezed together. Took away the beauty of the whole purpose for me. Not happy



[ Helpful ]    Report

**Valerie Cook**
★★★★★ **Beautiful**
Reviewed in the United States on January 20, 2023
Verified Purchase
The picture on the
Mug is beautiful and not
Distorted in any way. This is one of my favorite pics
Of
Marilyn. Thank you!

[ Helpful ]    Report

See more reviews ›

### You might also like

Page 1 of 7 ⋮


Generic Marilyn Cast Hollywood Monroe Decoration Funny Coffee Mug For Women And Men Tea Cups Black 11...
★★★★☆ 10
$16.90
Get it Feb 1 - 12
$6.98 shipping



Pyramid America Marilyn Monroe Coffee Mug - Marilyn Monroe Pose Mug - 11 oz. Unique Ceramic Cup for Coffee, Cocoa & Tea Drinkers -...
★★★★☆ 60
$21.00
FREE Shipping


Morphing Mugs Willy Wonka and the Chocolate Factory - Characters - One 11 oz Color Changing Heat...
★★★★☆ 9
$13.85
Get it Jan 31 - Feb 2
$9.99 shipping


Morphing Mugs Friends the Television Show - The One with the Milkshakes - One 11 o...
★★★★☆ 41
Amazon's Choice in Novelty Coffee Mugs
$13.85
Get it Jan 31 - Feb 2
$9.99 shipping


Avlento Black I'm Trying To Be Awesome Today But I'm Exhausted From Being So Freakin' Awesome Yesterday 1...
★★★★★ 1,555
$9.98
✓prime FREE One-Day Get it Tomorrow, Jan 28



Morphing Mugs Marilyn Monroe (Red) Ceramic Mug, Black
★★★☆☆ 25
$13.85
Get it Jan 31 - Feb 2
$9.99 shipping




hand2mind
Gifts for the little learner on your list

hand2mind Mini 20 Bead Woode...
$15.89 ✓prime
[ Add to Cart ]

Sponsored ⓘ

### Recommended Devices inspired by your shopping history

Page 1 of 5



Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
★★★★☆ 6,423
$249.99
✓prime Today by 10:00 PM

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
★★★★☆ 9,349
$169.99
✓prime Today by 10:00 PM

Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
★★★★☆ 53,190
$199.99
✓prime Today by 10:00 PM

Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -...
★★★★☆ 5,495
$59.99
✓prime Today by 10:00 PM

Amazon Kindle Paperwhite Signature Edition (32 GB) - With auto-adjusting front light, wireless charging...
★★★★★ 25,391
$189.99
✓prime FREE Delivery
Monday, Jan 29
✓ Climate Pledge Friendly ⌄

Ring Rechargeable Battery Pack
★★★★★ 119,915
$34.99

### Best Sellers in Kitchen & Dining

Page 1 of 5

Stanley Quencher H2.0 FlowState Stainless Steel Vacuum Insulated...
★★★★★ 42,948
600+ viewed in past month

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw for...
★★★★★ 30,894
70K+ viewed in past month

STANLEY IceFlow Stainless Steel Tumbler with Straw, Vacuum Insulated Water Bottle for Home, Office or Ca...
★★★★★ 83,893
100K+ viewed in past month

Amazon Basics Digital Kitchen Scale with LCD Display, Batteries...
★★★★★ 83,893
200K+ viewed in past month

Simple Modern 40 oz Tumbler with Handle and Straw Lid | Insulated...
★★★★★ 25,784
200K+ viewed in past month

Fullstar Vegetable Chopper - Spiralizer...
★★★★★ 104,333
300K+ viewed in past month

Etekcity Food Scale, Digital Kitchen Scale, 304 Stainless Steel,...
★★★★★ 191,196
90K+ viewed in past month

5-Pack Silicone Straw Covers Compatible with Stanley Cups - Dust-Proof Straw Caps for 4...
★★★★☆ 914

Reynolds Kitchens Slow Cooker Liners, Regular (Fits 3-8 Quarts), 6...
★★★★★ 47,540
100K+ viewed in past month

Rubbermaid Brilliance BPA Free Food Storage Containers with Lids,...
★★★★★ 83,203
300K+ viewed in past month

## Your Browsing History View or edit your browsing history








**Back to top**

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates




Back to search results · Clothing, Shoes & Access... › ... › Costumes › Women

Share | Add to Watchlist

🏷 SAVE UP TO **18%** WHEN YOU BUY MORE





**Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress**

tianqing_tu (22)
100% positive · Seller's other items · Contact seller

**US $24.15/ea**

Condition: New with tags

| Color: | - Select - ▾ |
| Size: | - Select - ▾ |

Quantity: [ 1 ]  3 available



| Buy 1 $24.35/ea | Buy 2 $21.74/ea | Buy 3 $20.53/ea |



**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

Shipping:  US $7.99 SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China

Delivery: ⏳ Estimated between **Fri, Feb 9** and **Fri, Feb 16** to 30318 ⓘ
This item has an extended handling time and a delivery estimate **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  14 days returns. Buyer pays for return shipping. See details

Payments: 



PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar items    See all >
Sponsored

Feedback on our suggestions

 ♡
 ♡
 ♡

Women Sexy White Slit Marilyn Monroe Cocktail Party Dress Costume Size S M L
New (Other)
**$27.74**
Free shipping

NEW Women's Luxxel Marilyn Monroe Halter Pleated Dress White Size Small NWT
New
**$28.79**
~~$35.99~~ 20% off
Free shipping
Free returns
✦ Top Rated Plus

Marilyn Monroe Deluxe White Halter Dress
New
**$36.98**
Free shipping
Free returns

VTG 80's XS 'S Estate Of Marilyn Monroe Red White Polka Dot Halter Collared Dress
Pre-owned
**$25.00**
+ $5.62 shipping

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

**What's your size?**
Add your size to see recommendations that will fit better.

Add your size

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

 ♡
 ♡
 ♡
 ♡
 ♡


1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$69.00**
+ $50.00 shipping
Last one

Marilyn Monroe con tatueggi poster tela canvas no cornice
New
**$21.53**
Free shipping

Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$84.99**
+ $50.00 shipping
7 watchers

VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GAS
Pre-owned
**$104.93**
~~$149.99~~ 30% off
Free shipping
Seller with a 100% positive feedback

1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted
New
**$12.99**
Free shipping
Seller with a 99.4% positive feedback

Marily
Sculpt
New
$13.8!
Free sl
Seller t

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 354957016060

Seller assumes all responsibility for this listing.

eBay item number: 354957080000

Last updated on

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Sleeve Style | Regular |
| Occasion | Show | Pattern Type | Solid |
| Dresses Length | Mid-Calf | Sleeve Length(cm) | Sleeveless |
| Material | Polyester | Gender | WOMEN |
| Brand | Unbranded | Season | Summer |
| Silhouette | Fit and Flare | Style | Dress |
| Theme | Marilyn Monroe | Age | Ages 18-35 Years Old |
| Neckline | Halter | | |

## Item description from the seller



size information                    Tingfly.beautify life

KINDLY NOTE:

1. Please strictly follow the size chart to select the size. Do not select directly according to your habits.

2. Please note that the size may have 2-3cm differs due to manual measurement.

3. The EU/RUS/UK/US size mark just for your reference, please choose size basing on the data.    (cm)

### SIZE CHART

**Woman**                                                    Unit:CM

| Size | Dress Length | BUST | Waist | |
|---|---|---|---|---|
| S | 122CM/48.0″ | 78CM/30.7″ | 64CM/25.2″ | |
| M | 123CM/48.4″ | 82CM/32.3″ | 68CM/26.8″ | |
| L | 124CM/48.8″ | 85CM/33.5″ | 70CM/27.6″ | |

1. Please Allowed 2-3cm Inaccuracy Due to Manual Measurement, Thanks!

**How to Measure**
To choose the correct size for you measure your body as follows.

product description                    Tingfly.beautify life



















## You may also like

Feedback on our suggestions









White Marilyn Monroe Halter Neck Dress size Medium - Ex Hire Fancy Dress Costume
Pre-owned
$22.90
0 bids
+ $25.91 shipping

White Marilyn Monroe Halter Neck Dress size Medium - Ex Hire Fancy Dress Costume
Pre-owned
$25.44
0 bids
+ $26.00 shipping

California Costume Deluxe Marilyn Monroe Adult Women halloween outfit sz X-Large
New
$19.91
$20.96 5% off
+ $11.02 shipping

Marilyn Monroe Deluxe White Halter Dress
New
$36.98
Free shipping
Free returns

Marilyn Monroe White Halter Dress Adult Costume
New
$24.99
Free shipping
Free returns







Marilyn Monroe - White Dress - Sexy Marilyn - Size Large
New
$25.36
Free shipping

Brand New Sexy Marilyn Monroe White Dress Adult Halloween Costume Size M
New
$17.90
+ $8.60 shipping

Sexy Marilyn Monroe White Dress Adult Halloween Costume
New
$22.27
+ $8.98 shipping

Marilyn Monroe - White Dress - Sexy Marilyn - Size Large
New
$25.36
Free shipping

Deluxe Marilyn Monroe White Halter Dress
New
$29.99
+ $9.80 shipping











Marilyn Monroe Costume Dress White/Sexy Halloween Cosplay
New
$29.88
Free shipping

Marilyn Monroe Sexy White dresses Costume Cosplay Party Fancy Dress Size 6-8
Pre-owned
$25.00
+ $16.40 shipping

Marilyn Monroe Deluxe White Halter Dress Adult Medium
New
$19.99
+ $6.95 shipping

Sexy Marilyn Monroe Dress Costume
New
$23.90
$26.56 10% off
+ $11.30 shipping

Marilyn Monroe Costume - White Dress - Size Small - Sexy Marilyn
New
$26.30
Free shipping









White Marilyn Monroe Outfit size 14 Medium - Ex Hire Fancy Dress Costume
Pre-owned
$31.80
0 bids
+ $26.22 shipping

Womens Adult Large California Costumes Deluxe Marilyn Monroe White Pleated Dress
New (Other)
$23.00
Free shipping

C11 Licensed Marilyn Monroe Sexy Fancy Dress Adult Costume
New
$28.14
$29.62 5% off
+ $21.42 shipping

Cinema Secrets Marilyn Monroe Seven Year Itch White Halter Dress Costume Size XL
Pre-owned
$16.99
+ $5.00 shipping

Marilyn Monroe White Dress Adult Women Costume Actress Bombshell Halloween
New
$34.95
+ $10.10 shipping
Free returns








Deluxe Marilyn Monroe Pleated Dress 50s Icon Hollywood Womens Costume
New

Marilyn Monroe Costume - White Dress - Size Small - Sexy Marilyn
New

Women Fairy Lolita Dress Long Sleeve Lace Mini Dress Retro Kawaii Sweet White
New

Marilyn Monroe White Halter Dress Seven Year Itch California Costumes Women L
Pre-owned

US Women's Toga Greece Costume Greek Roman Queen Dress Praise Worship Dress
New (Other)

| $49.95 | $26.10 | $27.99 | $22.00 | $8.44 |
| Free shipping | Free shipping | Free shipping | + $52.50 shipping | $8.49 5% off |

More to explore :  Halter Neck Empire Waist Wedding Dresses,  Halter Neck Dresses,  White Halter Neck Wedding Dresses,  Halter Neck High Low Wedding Dresses,  White Dress Marilyn Monroe Costumes for Women,  Halter Midi Dresses for Women,  Marilyn Monroe Women's Dresses,  Beading White Halter Neck Wedding Dresses,  Halter Neck Bridal Dresses,  Women's Dress Costumes Marilyn Monroe

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Jordan 11 Retro Mid Gratitude / Defining Moments | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Nike Air Force 1 '07 Low Triple White | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Nike Zoom Kobe 6 Protro Low Reverse Grinch | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 1 High Retro OG Yellow Ochre Black | Jordan 38 Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 6 Retro Mid Yellow Ochre | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

✦ SOMETHING EXCITING ✦ IS COMING! Download the Etsy app to stay tuned.

**Etsy**  ≡ Categories    Search for anything    🔍    ♡  🔔  ⚙  🛒

Homepage › Home & Living › Home Decor › Wall Decor › Wall Decals & Murals



‹ Back to search results



**$0.75+**  ~~$1.00~~
25% off sale ends January 24

Original Retro Marilyn Monroe New York City Architectures Wallpaper Wall Mural
Tomwallart ★★★★★

Style ★
[ Select a style                                      ▾ ]

Add your personalization ★
The price we sell is 1x1㎡ pe square meter. For your example, if your wall width is 3 M and height is 2.8 M the square meter you need is 3x2.8=8.4 square meter so please choose quantity 9 when you place the order, thank you!

[                                                        ]
256

Quantity
[ 1                                                    ▾ ]

[ Check out with **PayPal** ]

[ Add to cart ]

❤ Add to collection

**Other reviews from this shop** | ★★★★★ (17)        Sort by: Suggested ▾

★★★★★  ✓ Recommends this item
Super cute in my daughter's room, looks just like the photo
Purchased item: One Panel Cartoon Orange Fruit Kids Ro...
marsha223  Dec 26, 2023
👍 Helpful?

| Item quality | | 5.0 |
| Shipping | | 5.0 |

★★★★★
I love these curtains! They are bright and sunny, sheer but not too sheer.
Purchased item: One Panel Lemon Fruits Print Curtains, L...
Sharon Duckworth  Dec 10, 2023
👍 Helpful?

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

★★★★☆
The curtains are quite nice as pairs - however, they apparently all come with the solid colour section on a single side, even when ordering a single panel, so the...
Purchased item: Custom Made Size for Dear Allison Walte...  •••
Allison Walters  Dec 7, 2023
👍 Helpful?

| Item quality | | 4.0 |
| Shipping | | 5.0 |
| Customer service | | 4.0 |

★★★★☆
They did an amazing job! Super happy with the product and delivery time. Definitely recommend it.
Purchased item: Custom Listing Made for Dear Ian (need a...
Ian Lynch  Nov 30, 2023
👍 Helpful?

| Item quality | | 5.0 |
| Shipping | | 5.0 |

‹  1  2  …  5  →

**Photos from reviews**





**Item details**                                          ▲

🖐 Handmade

📐 Width: 1 meters
    Height: 1 meters

The wallpaper will come in several panels and not in rolls.

How to place the order
Measure your wall dimension: Height*width=Square meter

Example: Your wall size: Width=3.2 M, Height=2.8 M
The square meter you need is 3.2x2.8=8.96 square meter so please choose quantity 9 when you place the order.

If your wall size is in feet or inch and do not know how to convert and please send me message inbox and i can help you convert.

Installation step for join panels style
1. Prepare the tools: the barrel, glue, ruler, knife, roller, towel.
2.Clean the wall and make sure your wall is clean and dry.
3.Check the size of wallpaper roll and match the pattern(leave 2-3cm overlapping part)
4.Mark the vertical lines on the wall.
5.Brush the glue on the wall and also the back of wallpaper.
6.Use a knife to cut out the excess part and use a twoel to clean up the glue overflow.
7.Continue to paste the next panel. Be careful to match the pattern of wallpaper.
8.Use a knife to cut out the excess part around the socket.
9.Close the doors and windows to keep it dry naturally.

If you have any other question, please feel free to contact me.
Enjoy your shopping here^_^
Less

**Shipping and return policies**                          ▲

📅 Order today to get by Feb 2-13

🔄 Returns & exchanges not accepted

💲 Cost to ship: $20.00

Deliver to United States, 30002  ▾
Ships from China

Etsy offsets carbon emissions from shipping and packaging on this purchase.

View shop policies

**Meet your seller**                                       ▲

  ting zhu
Owner of Tomwallart
♡ Follow shop

## More from this shop



    

Modern Minimalist Abstract Art...
Tomwallart
$7.50
$10.00 (25% off)

Original Nordic Minimalist Euro...
Tomwallart
$0.75
$1.00 (25% off)

Original Abstract City Architect...
Tomwallart
$0.75
$1.00 (25% off)

Original Abstract City Europea...
Tomwallart
$0.75
$1.00 (25% off)

Modern Simple and Fresh Plant...
Tomwallart
$21.75
$29.00 (25% off)

### Browse by section

Architectures Wall ...
18 items

3D Wallpaper
352 items

All
2170+ items

## You may also like including Ads ⑦

See more

     

City Building Night View Wallp...
BattywallMurals
$0.30
$0.40 (25% off)

Modern Simple Grey And Whit...
Battywallmurals
$0.37
$0.50 (25% off)

Original Paris Retro Architectu...
MakeUpWallDecor
$0.75
$1.00 (25% off)

Retro City Urban New York Silh...
MakeUpWallDecor
$0.75
$1.00 (25% off)

Marble City Silhouette Urban A...
MakeUpWallDecor
$0.75
$1.00 (25% off)

NYC taxies mural - wallpaper N...
AlwaysWallpaperMural
$330.79
FREE shipping

     

New York City Sunset Removab...
Ad by Etsy seller
$12.80
$16.00 (20% off)
FREE shipping

Manhattan New York City Skyli...
Ad by Etsy seller
$29.75
$35.00 (15% off)
FREE shipping

3D Beautiful City A3265 Remov...
Ad by Etsy seller
$97.74
$114.99 (15% off)
FREE shipping

New York Dense city skyline ov...
Ad by Etsy seller
$24.07
FREE shipping

Vintage Retro Lines Wall Mural ...
Ad by Etsy seller
$11.94
FREE shipping

New York City Cyber Punk Synt...
Ad by Etsy seller
$11.50
$12.50 (8% off)
FREE shipping

## Explore related searches

  

City Wallpaper    City Mural    Murals

## Explore more related searches

Architectures Mural   Baby Gifts   Gifts for Boyfriend   Gifts for Boys   Gifts for Dad   Gifts for Girlfriend   Gifts for Girls   Gifts for Husband

Gifts for Mom   Gifts for Sister   Gifts for Wife   Anniversary Gifts   Birthday Gifts   Christmas Gifts   Gifts for Couples   Gifts for Friends

Gifts for Her   Gifts for Him   Gifts for Kids   Gifts for Teachers   Housewarming Gifts   Personalized Gifts   Gifts

Listed on Sep 21, 2023   One favorite

Report this item to Etsy

All categories > Home & Living > Home Decor > Wall Decor > Wall Decals & Murals

 Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

 Download the Etsy App

United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads   Local Shops   Regions



## Amazon Fashion

| Women | Men | Kids | Luggage | Sales & Deals | Premium Brands | Amazon Brands | prime try before you buy |

Gather everyone for dinner. *Try "Alexa, drop in."*





**Brand: Quenny**
### Quenny Halloween Women's Costume Costume Cosplay Sexy Marilyn Monroe Dressed up in Makeup Stage and Performed Clothes

Search this page

$46.00

Size: One Size

Color: Monroe

**About this item**
- Main Fabric Composition: Chlorinated Fiber (Chlorine Fiber)
- Content of main fabric components: 90%
- Made in China

**Additional Details**

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

$46.00

FREE delivery February 14 - 20. Details

Or fastest delivery **Wednesday, February 7**. Details

Deliver to Jeffrey - Atlanta 30327

Usually ships within 6 to 7 days

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from    Quenny
Sold by      Quenny
Returns      Eligible for Return, Refund or Replacement...
Payment      Secure transaction

See more

Add to List

---

## Products related to this item

Sponsored


       

Page 1 of 16




| wet n wild Marilyn Monroe Collection Icon Headband | KDramil Halloween Costumes for Girl Dress Black and White Women Cosplay Party Long... | Norma Jeane as Marilyn Vinyl Wallet With Collage | Norma Jeane as Marilyn White Dress Card Case | Long Opera Party Gloves for Women 22" 1920s 20s Satin Gloves Elbow Length Bridal E... | Wellcoda Flower Celebrity Womens Tank Top, Marilyn Active Sports Shirt Black M | Disney Villains Bad Witches Club Group Shot Vintage T-Shirt | Wedtrend Yellow Bright Color Dress for Women, Summer Vintage Vacation Dress 50's St... |
|---|---|---|---|---|---|---|---|
| 9 | 33 | 345 | 44 | 419 | 57 | 3,492 | 2,091 |
| $9.99 ($9.99/Count) | $21.99 | $19.95 | $9.95 | $6.99 | $21.99 | $19.54 (15% off) List: $22.99 | $37.99 |
| prime | | Women's Novelty Wallets | prime | prime | | Limited time deal | Save 10% with coupon (some sizes/colors) |
| | | | | | | Climate Pledge Friendly | |

---

## Product Description

Halloween Women's Costume Costume Cosplay Sexy Marilyn Monroe Dressed up in Makeup Stage and Performed Clothes Fabric name: Hemp blend Main Fabric Composition: Chlorinated Fiber (Chlorine Fiber) Content of main fabric components: 90 Color: Monroe Size: One size fits all

## Product details

Department : womens
Date First Available : August 7, 2023
Manufacturer : Quenny
ASIN : B0CDX40JMX

## Important information

**Legal Disclaimer**
NO

To report an issue with this product or seller, click here.

---

## Products related to this item

Sponsored

       

Page 1 of 9

| wet n wild Marilyn Monroe Collection Icon Headband | STfantasy 70s Feathered Wigs Disco Costume Blonde Natural for Women Party Fashion... | KDramil Halloween Costumes for Girl Dress Black and White Women Cosplay Party Long... | Norma Jeane as Marilyn White Dress Card Case | STfantasy White Curly Wigs with Bangs for Mrs Claus Cosplay Costume Women's Costume W... | Finger Wave Wig Women Blonde Flapper 1920s Vintage Wig Lady Short Curly Wig Hallowe... | Midsouth Products - Elvis Presley Slippers Pink W/Guitars - One Size Fits Most | Norma Jeane as Marilyn Vinyl Wallet With Collage |
|---|---|---|---|---|---|---|---|
| 9 | 296 | 33 | 44 | 419 | 244 | | 345 |
| $9.99 ($9.99/Count) | $29.99 ($29.99/Count) | $21.99 | $9.95 | $26.99 ($26.99/Count) | $28.99 ($28.99/Count) | $24.99 | $19.95 |
| prime | prime | | prime | Amazon's Choice prime | prime | | Amazon's Choice Women's Novelty Wallets prime |

---

## Looking for specific info?

Search in reviews, Q&A...

## Customer reviews

No customer reviews

5 star    0%

5 star
4 star
3 star
2 star
1 star

How customer reviews and ratings work

## Review this product
Share your thoughts with other customers

Write a customer review

## Night out styles

Page 1 of 3


Bmadge Bold Zinc Geometric Statement Earrings for Women&Girls
Women's Drop & Dangle Earrings
$8.66
prime FREE One-Day Get It Tomorrow, Feb 4


PRETTYGARDEN Women's Long Sleeve Bodycon Midi Dress, Crewneck, Cut Out,...
39% off Limited time deal
$27.99
prime FREE One-Day Get It Tomorrow, Feb 4


PAVOI 14K Gold Plated Sterling Silver Thick Huggie Hoop Earrings - Small Round in Rose...
$13.45
List: $49.99


heipeiwa Women's High Waist Satin Pull-on Pants Dress with Pleats and Pockets
$29.99
prime Overnight by 11:00 AM


DREAM PAIRS Women's Chunky High Heel Ankle Booties
Women's Ankle Boots & Booties
$34.39
prime Overnight by 11:00 AM


LYANER Women's Ruffle Off Shoulder Crop Top with Short Sleeves and Tie Up Back
$23.99
prime FREE One-Day Get It Tomorrow, Feb 4


SilRiver Women's Silk Satin Wireless Triangle Bralette, Soft Cup Bra, Wire Free, Smooth and Comfortable
$25.99
prime FREE One-Day Get It Tomorrow, Feb 4

SweatyRocks Women's Long Sleeve Mock Neck Blouse with Mesh Insert
$26.99
prime FREE One-Day Get It Tomorrow, Feb 4

## Make your home smarter


Roku Express | HD Roku Streaming Device with Simple Remote (no TV controls), Free & Live TV
$24.00
prime Today by 10:00 PM


Dreo 4L Smart Humidifiers for Bedroom, Quiet...
Humidifiers
$49.99
prime Today by 10:00 PM


HP DeskJet 4155e Wireless Color Inkjet Printer, Print, scan, cop...
Inkjet Computer Printers
$69.99
prime Today by 10:00 PM


Roku Ultra | The Ultimate Streaming Device 4K/HDR/Dolby Vision/Atmos, Rechargeable Roku Voi...
$79.00
prime FREE Delivery Monday, Feb 5


LEVOIT LV600S Smart Warm and Cool Mist Humidifiers for Home Bedroom Large Room,...
$109.99
prime FREE One-Day Get It Tomorrow, Feb 4

Epson EcoTank ET-2800 Color All-in-One Cartridge-Free...
$199.99
prime FREE Delivery Monday, Feb 5

## Recommended Devices inspired by your shopping history

Page 1 of 5


Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...
$189.99
prime FREE Delivery Monday, Feb 5
Climate Pledge Friendly


Amazon Kindle Paperwhite (8 GB) – Now with a larger display, adjustable warm light, increased battery life, and faster page turns...
$139.99
Climate Pledge Friendly


INSIGNIA 24-inch Class F30 Series LED 4K UHD Smart Fire TV with Alexa Voice Remote (NS-45F301NA22, 2021...
$179.99
Get It Feb 7 - 9
FREE Shipping

  
Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
$199.99
prime Today by 10:00 PM


Ring Battery Doorbell Plus | Head-to-Toe HD+ Video, motion detection & alerts, and Two-Way Talk (2023 release)
$179.99
prime Today by 10:00 PM
Climate Pledge Friendly

Amazon Fire Max 11 tablet, vivid 11" display, all-in-one for streaming, reading, and gaming, 14-hour battery life,...
$229.99
prime Today by 10:00 PM
Climate Pledge Friendly

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
$169.99
prime Today by 10:00 PM
Climate Pledge Friendly

INSIGNIA 42-inch Class F30 Series Smart Full HD 1080p Fire TV with Ale...
$149.99
List: $199.99

Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
$249.99
prime Today by 10:00 PM

TCL 55-Inch Class S4 4K LED Smart TV with Fire TV (55S450F, 2023 Model), Dolby Vision HDR, Dolby Atmos, Ale...
$249.99
prime FREE Delivery Monday, Feb 5

## Your Browsing History
View or edit your browsing history

Page 1 of 4

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a selling Account | Everything For Your Business |
| | | | | | | |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| | | | | | | |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| | | | | | | |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| | | | | | | |
| | | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    Advanced

Back to search results · Home & Garden › Bedding › Pillowcases    Share · Add to Watchlist



Have one to sell? Sell now

### marilyn monroe sexy Pillowcase Bedroom Pillow Cover Size 16 x 24 inch


us50/6 (13)
Seller's other items · Contact seller

**US $21.99**

Condition:    New without tags

Buy It Now

Add to cart

♡ Add to watchlist

| | |
|---|---|
| Shipping: | Free Standard Shipping. See details<br>International shipment of items may be subject to customs processing and additional charges. ⓘ<br>Located in: Beijing, China |
| Delivery: | ⓘ Estimated between Wed, Feb 7 and Wed, Feb 21 to 30318 ⓘ<br>Please note the delivery estimate is **greater than 7 business days.**<br>Please allow additional time if international delivery is subject to customs processing. |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  G Pay  VISA  ●●  ●  Discover<br>PayPal CREDIT<br>Special financing available. See terms and apply now<br>Earn up to 5x points when you use your eBay Mastercard®. Learn more |

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more


eBay eGift Cards for all
A treat for any occasion.
Shop now

### Similar sponsored items    See all >

Feedback on our suggestions


Boho Luxury Pillow Case,Silk Embroidered Suzani Pillowcase,20x20 Cushion...
New (Other)
**$149.00**
Free shipping
7 watchers


Blissy 100% Pure Mulberry Silk 22 Momme 6A QUEEN Pillowcase Champagne
New
**$63.00**
$70.00 10% off
+ $6.99 shipping
🏆 Top Rated Plus


Marilyn Monroe with Bubble Gum Decorative Accent Pillow Cushion Cover Home 20"
New
**$19.99**
Free shipping
18 watchers


The Marilyn Monroe Square Pillow - 4 Sizes
New
**$32.00**
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
**$15.15**
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Canvas Painting By Number DIY Picture Drawing Bedroom Home Decors
New
**$22.86**
Free shipping

2PCS Cartoon Superman Kitchen Cooking Apron Princess Funny Work Gift 31"·24inch
New
**$14.39**
$17.99 20% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
New (Other)
**$16.82**
$18.90 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant party gift
New (Other)
**$15.84**
$17.80 11% off
Free shipping

Marilyn Sculpt
New
**$13.49**
Free sh

| About this item | Shipping, returns, and payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.    eBay item number: 374040677182

Last updated on Jul 18, 2022 04:39:39 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) that is not in ... Read more | Size | 16 x 24 in |
| Material | 50% cotton 50% polyester | Theme | Superheroes |
| Type | Pillowcase | Color | Black |
| Room | Bedroom | Brand | Unbranded |

### Item description from the seller

**PLEASE READ BEFORE BID / BUY**

AVERAGE SHIPPING TIME  3 - 4 WEEKS

**\*\*DESCRIPTION\*\***

· We would like to offer custom pillowcase,

- This custom standard pillowcase is roomy in size (16" x 24") and has been designed to add sophistication and style to your bedroom.
- The custom pillowcase is without buttons, and has an opening on the side.
- With pre-shrunk fabric, this pillowcase is washable at 60 celcius. 50% cotton, 50% polyester.
- Having this soft novelty pillowcase will add both comfort and style to your home.

- Very comfortable and Looks Great
- Recommended for vintage and fashion lovers!
- Just picture background.
- no combine shipping
- please contact me, if want buy more

### **SHIPPING**

- We ship worldwide. Usually, it takes about 14 - 30 business days for delivery of all international orders.
- With Tracking Number
- Occasionally it may take up to 21 working days. However, if after 28 days your item has still not arrived, please contact us immediately.
- Shipment to Italy, France, Spain, Brazil, South America and Eastern Europe may take up to 6 weeks due to strict custom inspections.

### **PAYMENTS**

- Please make the payment for your item within 3 days.
- Once payment is received, your order will be processed and shipped

### **Our feedback**

We're commited in customer satifaction, in terms of shipping lead time and our product quality We're glad to make our customers happy and We're glad to received a positive feedback. If u have any inquiry, please leave me a messages via ebay system



**us5076**
25 items sold

Seller's other items
Contact
Save seller

📅 Joined Dec 2018

### Seller feedback (2)

➕ c***o (2448) • More than a year ago
Great eBayer! Thanks
NEW Motley Crue Alice Cooper size 16 x 24 Custom Decorative Pillow Cover Print On (#375721845075)

➕ 9***th (11806) • More than a year ago
AAAAAAAAAAAAAAAAAAA+++++++++++++Thanks A lot!!!!!!!!!!!!❖❖❖❖❖❖❖
NEW X box Razer Wildcat Custom High Quality Shower Curtain 60x72 Inch (#373516712979)

See all feedback

### You may also like

Feedback on our suggestions

    

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    Notifications    Cart

Collectibles & Art  ›  ...  ›  Gas & Oil ›  Other Gas & Oil Collectibles

Back to search results

Share · Add to Watchlist

EXTRA 30% OFF  See all eligible items and terms ▸








Have one to sell?  Sell now

### VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GAS

 vintageporcelainsign (6)
100% positive · Seller's other items · Contact seller

US $104.93

or Best Offer
Was US $149.90 (30% off)
Save US $44.97 (30% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:  Used

*Check out our other enamel porcelain advertising signs / thermometers*

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

Shipping:    Free Flat Rate Freight. See details
             International shipment of items may be subject to customs
             processing and additional charges. ⓘ
             Located in: 邯郸, China

Delivery:    Please allow additional time if international delivery is subject to
             customs processing.

Returns:     Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  ●●  AMEX  DISCOVER

PayPal CREDIT

*No Interest if paid in full in 6 months on $99+. See terms and
apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


The next generation
Xfinity 10G Network

xfinity 10G
network

## Similar sponsored items    See all ›

Feedback on our suggestions






NEW AUCTION

| COCA COLA COKE PORCELAIN SIGN SODA POP FOUNTAIN DRINK BLONDE PIN BUTT NAKE... | VINTAGE COCA COLA PORCELAIN SIGN SODA COKE BEVERAGE POP DRINK BOY G... | VINTAGE RARE MARILYN MONROE ANDY WARHOL EXCLUSIVE POP ART RETRO... | VINTAGE 1967 COKE PORCELAIN SIGN GAS OIL COCA COLA SODA SOFT DRINK WOMAN... |
| Pre-owned | Pre-owned | Pre-owned | Pre-owned |
| $104.93 | $104.93 | $0.99 | $104.93 |
| $149.90 30% off | $149.90 30% off | 1 bid | $149.90 30% off |
| Free shipping | Free shipping | 6d 8h | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Free shipping | Seller with a 100% positive feedback |
|  |  | Seller with a 100% positive feedback |  |

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions







| 1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted | Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue | Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure | 50Pcs Marilyn Monroe Sexy Beauty Vinyl Sticker For Laptop Luggage Graffiti Decal | Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue. | 6"Mari Wobbl |
| New | New | New | New | New | Pre-ow |
| $12.99 | $13.89 | $29.19 | $4.99 | $12.99 | $13.9 |
|  |  | $32.43 10% off |  |  | $15.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | + $9.52 |
| Seller with a 99.4% positive feedback | Seller with a 100% positive feedback | Seller with a 99.4% positive feedback | Seller with a 100% positive feedback | Last one | Seller |

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 155992677194

### Item specifics

| Condition | Used ⓘ | Seller Notes | *Check out our other enamel porcelain advertising signs / thermometers* |
| Brand | coca | Type of Advertising | Sign |
| Color | Multi-color | Original/Reproduction | Original |
| Theme | Gas & Oil | Country/Region of Manufacture | China |
| Modified Item | No |  |  |

### Item description from the seller

**THANK YOU FOR YOUR PURCHASE IN OUR STORE.**



The product you are browsing is (VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GAS).

The dimensions of this product are ( 6 inches X 6 inches) and the weight is approximately (0.4 Kilograms).

The state of the product is the same as shown in the picture, please check the picture for details.

Usually we will make package within 3 days.

International package will be delivered in 10-15 days on the way.

Once you receive the items,please contact us if you have any question,

We could deal with your problem as soon as possible.

Only high quality metal enamel billboards are in stock, we have a variety of designs to meet your collection or decoration needs.

It is appreciate that you follow our store, we will update products and coupons every week, looking forward to your shopping.

---

Collectibles

**vintageporcelainsign**

Visit store

3***6 (1461) • More than a year ago
Item arrived on time, secured packing,great shape, positive transaction,nice job

1***0 (175) • More than a year ago
Fast shipping, great packaging! Thanks
Reply from: vintageporcelainsign
Much appreciated.Your support is important here.

9***w (66) • More than a year ago
Seem less transaction! Will do business again, thanks. The quality is what I was excepting.
Reply from: vintageporcelainsign
I am so thankful for what you said.We will uodate more items. Have a nice day.

See all feedback

---

🔥 **EXTRA 30% OFF**ⓘ See all eligible items →
EXTRA 30% OFF
Discount will be applied when you add promotional items from vintageporcelainsign to your cart

All promotional offers from vintageporcelainsign

    

+ See all

| VINTAGE COCA COLA PORCELAIN SIGN SODA COKE BEVERAGE POP DRINK BOY GAS MOTOR OIL | VINTAGE BUBBLE YUM PORCELAIN SIGN CHEWING GUM BLUE WHITE OIL GAS STATION SERVICE | VINTAGE DAIRY QUEEN CREAMERY PORCELAIN SIGN GAS OIL ICE CREAM MILK CATTLE SHOP | VINTAGE DAIRY QUEEN PORCELAIN SIGN ICE CREAM PARLOR SWEET TREAT MILK FARM PINUP |
|---|---|---|---|
| Was: US $149.90 | Was: US $149.90 | Was: US $149.90 | Was: US $149.90 |
| Now: US $104.93 | Now: US $104.93 | Now: US $104.93 | Now: US $104.93 |

You can change quantities in your cart.

---

## You may also like

Feedback on our suggestions

    

| VINTAGE COCA COLA PORCELAIN SIGN SODA COKE BEVERAGE POP DRINK BOY GAS MOTOR OIL | COCA COLA COKE PORCELAIN SIGN SODA POP FOUNTAIN DRINK BLONDE PIN BUTT NAKED NUDE | VINTAGE 1967 COKE PORCELAIN SIGN GAS OIL COCA COLA SODA SOFT DRINK WOMAN CLASSIC | VINTAGE BUBBLE YUM PORCELAIN SIGN CHEWING GUM CANDY SODA OIL GAS STATION SERVICE | KENDALL Gas and Motor Oil, Vintage style Round Thermometer 12 INCH NEW GLASS FACE |
|---|---|---|---|---|
| Pre-owned | Pre-owned | Pre-owned | Pre-owned | New |
| **$104.93** | **$104.93** | **$104.93** | **$104.93** | **$29.99** |
| $149.90 30% off | $149.90 30% off | $149.90 30% off | $149.90 30% off | $49.99 40% off |
| Free shipping | Free shipping | Free shipping | Free shipping | + $9.99 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Top Rated Plus |

    



TEXACO FIRE CHIEF Gas OIL Vintage style Round Thermometer 12 INCH NEW GLASS FACE

New

$29.99
$49.99 40% off
+ $9.99 shipping
Top Rated Plus



MOONEYES Porcelain Sign

New

$58.00
Free shipping
184 sold



gas pump globe light base

New

$20.00
+ $8.60 shipping



Coca-Cola Advertising Gas Pump Globe / 13.5" Coke Globes / Coca Cola Soda Pop

$185.00
+ $45.00 shipping
Seller with a 100% positive feedback



GULF Classic Gas and OIL Vintage style Round Thermometer 12" INCH NEW GLASS FACE

New

$29.99
$49.99 40% off
+ $12.99 shipping
Top Rated Plus



Sponsored
VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO

Pre-owned

$149.99
+ $20.00 shipping
Seller with a 100% positive feedback



Sponsored
VINTAGE COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE DOME PIN UP OIL GAS

Pre-owned

$149.99
+ $20.00 shipping
Seller with a 100% positive feedback



Sponsored
8" 1967 COKE PORCELAIN SIGN GAS OIL COCA COLA SODA SOFT DRINK WOMAN CLASSIC

Pre-owned

$149.99
+ $20.00 shipping
Seller with a 100% positive feedback



Sponsored
8" COCA COLA PORCELAIN SIGN SODA ADVERTISING COKE MARILYN MONROE OIL GASO

Pre-owned

$149.99
+ $20.00 shipping
Seller with a 100% positive feedback



Sponsored
VINTAGE COCA COLA PORCELAIN SIGN SODA COKE BEVERAGE POP DRINK BOY GAS MOTOR OIL

Pre-owned

$149.99
+ $20.00 shipping
Seller with a 100% positive feedback



Sponsored
VINTAGE DAIRY QUEEN PORCELAIN SIGN ICE CREAM PARLOR SWEET TREAT MILK FARM PINUP

Pre-owned

$104.93
$149.90 30% off
Free shipping
Seller with a 100% positive feedback



Sponsored
VINTAGE HARLEY DAVIDSON PORCELAIN SIGN MOTORCYCLE DEALER WINGS BIKER OIL GAS

Pre-owned

$104.93
$149.90 30% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Marilyn Monroe Blondes Figure 7" In Pvc Sculpture Beauty Collection Toy Statue

New

$13.89
+ $11.99 shipping
Seller with a 100% positive feedback



Sponsored
Heavy 2 Lb Coca Cola Coke Soda Pop Monroe Advertising Porcelain Gas Sign

Pre-owned

$89.00
+ $11.99 shipping
Seller with a 100% positive feedback



Sponsored
VINTAGE GOLDEN COLA PORCELAIN SODA POP STATION BEVERAGE BAR GARAGE MAN CAVE SIGN

Pre-owned

$75.00
Free shipping
Seller with a 100% positive feedback

Sponsored
Vintage Style Coca Cola Coke Soda Pop Heavy convex button Porcelain Gas Sign

Pre-owned

$79.00
+ $12.99 shipping
Seller with a 100% positive feedback



Sponsored
50Pcs Marilyn Monroe Sexy Beauty Vinyl Sticker For Laptop Luggage Graffiti Decal

New

$4.99
Free shipping
Seller with a 100% positive feedback



Sponsored
1/64 Resin Marilyn Monroe Subway Pose Classic Model Girl Unpainted

New

$12.99
Free shipping
Seller with a 99.4% positive feedback

Sponsored
Female 1/6 Scale Marilyn Monroe Head Sculpt Carved Painted For 12" PH Figure

New

$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback

Sponsored
VINTAGE COKE, COCA-COLA SODA BOTTLE BOY PORCELAIN SIGN, Heavy 2Lb

Pre-owned

$66.00
+ $15.00 shipping
Seller with a 100% positive feedback


EXPAND YOUR COMFORT ZONE TO THE FREEZER AISLE    DELUXE    SHOP NEW FROZEN

Back to search results

Return to top

More to explore : Coca Cola Porcelain Sign, Vintage Coca Cola Sign, Coca-Cola Signs, Collectible Coca-Cola Advertising, Coca-Cola Print Advertising, Gas & Oil Advertising Signs, Coca-Cola Collectible Soda Vending Machines, Original Coca-Cola Signs, Vintage Coca Cola, Silver Collectible Coca-Cola Advertising

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

GoDaddy
No design or coding skills required.
Start for Free*

ebay

Advanced

‹ Back to search results · Collectibles & Art › Art › Paintings

Share · Add to Watchlist







⤢

‹    ›

Have one to sell? Sell now

### VV162 Hand-painted portrait oil painting on canvas Marilyn Monroe Unframed 36"

 VV DECOR PAINTING (1051)
97.1% positive · Seller's other items · Contact seller

**GBP 31.22**
Approximately US $39.72
or Best Offer

Condition:  --
"100% Hand-painted oil painting,not printed;Unframed;Size(inches):24x36inches,Customizable"

Quantity:  [ 1 ]    6 available / 6 sold

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩  Breathe easy. Returns accepted.

⚡  People want this. 12 people are watching this.

Shipping:    GBP 10.00 (approx US $12.72) Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Cangnan County,Wenzhou City,Zhejiang Province, China

Delivery:    🕒 Estimated between Thu, Mar 14 and Wed, Apr 17 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 37 business days.
Please allow additional time if International delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🔴  AMEX
Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

Ⓢ  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


How confident
do you feel about
your retirement?

## Similar sponsored items    See all ›

Feedback on our suggestions

            

| modern Marilyn Monroe oil painting 100% hand-painted art on canvas | Original Oil Portrait of Marilyn Monroe Signed 33"/48" 1984", STUNNING!!!! | Original Linocut Print Seaview On Japanese Paper Edition 1of2 Unframed | High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe |
| $77.22 | $2,299.00 | $25.44 | $77.22 |
| $99.00 22% off | Pre-owned | New | $99.00 22% off |
| Free shipping | + $75.00 shipping | 0 bids | Free shipping |
| 39 watchers | Seller with a 100% positive feedback | 3h 19m | |
| | | + $24.40 shipping | |
| | | ⊘ Direct from the Artist | |

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

                

| Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black | Cos Marilyn Monroe short paragraph pale gold curly hair wig Halloween HIGH | Hand painted High Quality Oil painting Marilyn Monroe Decorative Arts | Cos Marilyn Monroe short paragraph pale gold curly hair wig hot party hair | Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask | Marilyn Home New |
| New (Other) | New | $77.22 | New (Other) | New | $22.8 |
| $64.97 | $18.96 | $99.00 22% off | $17.54 | $15.15 | Free sh |
| Free shipping | $37.91 50% off | Free shipping | $19.70 11% off | $16.84 10% off | |
| Seller with a 100% positive feedback | Free shipping | | Free shipping | Free shipping | |
| | | | | Seller with a 99.45% positive feedback | |

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 164831665739

Last updated on Jan 21, 2024 22:47:32 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Seller Notes | "100% Hand-painted oil painting,not printed;Unframed;Size(inches):24x36inches,Customizable" | Size | Medium (up to 36in.) |
| Style | Decoration art | Material | Acrylic |
| Making method | Hand-painted:  Not printed | Width (Inches) | 24 inches(Customizable) |
| Subject | Portrait | Originality | Reproduction |
| | | Date of Creation | Contemporary (1980-Now) |

| Height (Inches) | 36 Inches(Customizable) | Date of Creation | Contemporary (1980-Now) |
|---|---|---|---|
| Listed By | Dealer or Reseller | Features | stretched canvas |
| Artist | | Type | |
| EAN | Does not apply | | |

## Item description from the seller



**Product description:**

- **Status:** Unframed,only canvas,can not hang directly . Picture is the effect picture after add framework， but the currently selling price is without framework
- **The painting Size:** 24x36 inches.About 60x90 cm,can make other size,but different size different price.
- **Material:** Canvas， not paper,
- **Note:** Ordinary decorative oil painting.The Pictures for your reference， Make according the pictures,but Hand painted oil painting.And limited by technical level， production cost， canvas， pigment and other factors,The actual product is Very difficult to be exactly the same as the pictures,Basically can not,please understand.
- **Customized:** We accept custom oil paintings， if you need， please contact me

**Payment:**

- Please understand that we only accept paypal payment.

**Shipping:**

- Usually We can send out your package within 1~3 business days after we received payment， but hand-painted oil painting usually need 1~2 weeks,then can send out,
- We will ship the package to your Ebay Address， please make sure your address is correct !
- To uk,usually need 2 weeks,to other countries,usually need 2~4 weeks,a few countries may need longer,During the epidemic, the time will extend.

**Feedbacks:**

- Please don't leave negative or neutral feedback ( Leaving negative feedback can't solve the problem)， If any problem with my product， PLEASE contact me first， I am sure everything could be solved by communication,
- IF you are satisfy with the item, please leave a positive feedback， it will be great helpful to me， it will be source of my bread and milk， thanks

**Thank you for coming**

PUSHAUCTION

---

## You may also like

Feedback on our suggestions



Marilyn Monroe original portrait painting in Ink by Brian Tones

New
**$69.97**
+ $11.45 shipping
Seller with a 100% positive feedback



VVI357 Canvas 32" Hand-painted portrait oil painting Beautiful girl Unframed

New
**$40.58**
+ $10.81 shipping



Hand painted oil painting nice young girl standing wearing white dress & dog art

**$69.29**
Free shipping
Last one



Original Portrait Oil Painting - "Marilyn Monroe" Unframed

Pre-owned
**$399.99**
+ $74.50 shipping
Seller with a 100% positive feedback



High Quality HandPainted Oil Painting Queen Portrait on Canvas Home Wall Decor

New
**$77.22**
$99.00 22% off
Free shipping



Modern Abstract Handpainted High Quality Art Oil Painting Summer beach On Canvas

**$59.99**
Free shipping
28 watchers



girl self portrait canvas acrylic oil painting painting art signed not print l

New
**$61.06**
0 bids
+ $19.08 shipping



Vintage Oil Portrait Painting on board, Women in headscarf

Pre-owned
**$94.14**
+ $69.97 shipping
Seller with a 100% positive feedback



oil painting Portrait of Pauline Bonaparte,Princess Borghese handmade on canvas

**$77.22**
$99.00 22% off
Free shipping
6 watchers



100% Hand Painted Portrait Oil Painting on Canvas,"Queen Elizabeth II"24×36inch

**$64.99**
+ $6.00 shipping
Seller with a 100% positive feedback





    

Sponsored
High Quality Oil Painting Art On Canvas
Handpainted Home decor Marilyn Monroe

**$77.22**
~~$99.00~~ 22% off
Free shipping

Sponsored
modern Marilyn Monroe oil painting 100%
hand-painted art on canvas

**$77.22**
~~$99.00~~ 22% off
Free shipping
39 watchers

Sponsored
Hand painted High Quality Oil painting
Marilyn Monroe Decorative Arts

**$77.22**
~~$99.00~~ 22% off
Free shipping

Sponsored
High Quality Oil Painting Art On Canvas
Handpainted Wall art Marilyn Monroe

**$77.22**
~~$99.00~~ 22% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot design party

New (Other)
**$16.14**
~~$18.14~~ 11% off
Free shipping
25% off 5+ with coupon

    

Sponsored
Expressionist Portrait Oil Pastel Original
One Of A Kind Art On Canvas Board

**$44.53**
+ $24.87 shipping
⊘ Direct from the Artist
Seller with a 100% positive feedback

Sponsored
MARILYN MONROE PORTRAIT -ART
FRAMED POSTER PICTURE PRINT
ARTWORK- BLACK & WHITE

**$11.44**
+ $17.56 shipping
🏆 Top Rated Plus
32 sold

Sponsored
MARILYN MONROE LIGHT PINK PORTRAIT -
DEEP FRAMED CANVAS WALL ART PICTURE
PRINT
New

**$19.07**
+ $23.99 shipping

Sponsored
MARILYN MONROE LIGHT PINK PORTRAIT -
FLOAT EFFECT FRAMED CANVAS WALL ART
PRINT

**$27.97**
+ $24.30 shipping

Sponsored
MARILYN MONROE PINK POP ART
PORTRAIT -FLOAT EFFECT FRAMED CANVAS
WALL ART PRINT

**$27.97**
+ $24.30 shipping

   

Sponsored
MARILYN MONROE PINK PORTRAIT -FLOAT
EFFECT FRAMED CANVAS WALL ART PRINT

**$27.97**
+ $24.30 shipping

Sponsored
Vintage Style Marilyn Monroe 90s Graphic
Rap T-shirt Large Size Faded Black

New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

Sponsored
VV1357-2 Canvas 32" Hand-painted people
oil painting Beautiful girl Unframed

New
**$39.44**
+ $10.81 shipping
10 watchers

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable

New (Other)
**$17.01**
~~$18.99~~ 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Custom Portrait Of Photo, oil painting effect
Digital file of a loved

**$31.79**
+ $27.61 shipping
Seller with a 100% positive feedback

## Sponsored items from this seller

Feedback on our suggestions

Page 1
1pc Vintage Poster And Print, Canvas Painting, Living Room Decoration, Home Decor, With Frame, Canvas Art - Toys & Games - Temu
https://www.temu.com/1pc-vintage-poster-and-print-canvas-painting-living-room-decoration-home-decor-with-frame-canvas-art-g-601099540708148.html?top_gallery_url=https://img.kwcdn.com/product/Fancyalgo/Virtua...
monroe&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706442690093_qdpj4rk4ct&_x_sessn_id=gu8tdnjo24&is_back=1&no_cache_id=vuz6u



Captured by FireShot Pro: 28 January 2024, 07:04:13
https://getfireshot.com




Deliver to Elena
Atlanta 30327

Hello, Jeffrey
Account & Lists

Returns
& Orders

0
Cart

Medical Care    Amazon Basics    Prime Video    Buy Again    Music    Sell    Groceries    Household, Health & Baby Care    Livestreams    Coupons    Amazon Home

$100 Gift Card on approval

Full Motion Wall Mount for 26-60 Inches TVs, by MOUNTUP...    ★★★★ 4,688    $32.99 ✓prime

Sponsored ⓘ

Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

### Poster, Marilyn Monroe Poster Decorative Painting Canvas Wall Art Living Room Posters Bedroom Painting 12x18inch(30x45cm)

Brand: Generic

$38.00

Thank you for being a Prime Member. Pay $38.00 $0.00 for this order. Get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

Size: 12x18inch(30x45cm)

Color: Frame-style

**About this item**

- VARIETY OF STYLES: Our poster art comes in a variety of styles, from rustic to shabby chic, to nautical and more, enhance your space with stunning poster art in a variety of styles from minimalist to mid-century modern.
- Our prints feature uplifting and inspiring quotes to brighten up your space, express yourself with abstract and beautiful prints that capture your unique personality. VINTAGE VIBE: Get a vintage feel with our collection of vintage-inspired posters and prints, add a touch of gothic or pagan style to your decor with our rustic and mystical prints, FARMHOUSE CHARM: Incorporate some farmhouse charm with our rustic prints Rich typography in your decoration: typography lovers rejoice! Our posters com
- HIGH QUALITY: Paint on canvas high modern canvas print art with bright saturated colors that won't fade, the perfect way to fill a blank wall and bring color into your living space. They brighten up the room, look so elegant and are sure to captivate wherever they are hung.
- Wall decoration posters are suitable for children's room decoration, bedroom decoration, cafe decoration, living room decoration, office decoration, kitchen art, hotel decoration, apartment decoration, bar decoration and other places you wantThe perfect gift is suitable for wedding, anniversary, Thanksgiving, Christmas, Mother's Day, Father's Day, Valentine's Day, birthday, etc.
- Dedicated Customer Support: Your satisfaction is our priority. If you have any questions about our preppy posters, fashion wall art, retro wall art. our customer support team is here to assist. We're dedicated to ensuring a smooth and delightful shopping experience.

⚐ Report an issue with this product or seller

$38.00

$7 delivery February 16 - March 11. Details

Or fastest delivery February 1 - 6. Details

Deliver to Elena - Atlanta 30327

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    xiaxiaxiangallery
Sold by    xiaxiaxiangallery
Returns    Eligible for Return, Refund or Replacement...
Payment    Secure transaction

˅ See more

Add to List



Pop Threads Camp Crystal Lake Shirt Horror Movie Reusable Canv...
★★★★ 22
$12.99

Sponsored ⓘ



La Chalupa Boat Loteria Card Mexican Latina Graphic Tote Bag for Adults...
$12.99

Sponsored ⓘ

Roll over image to zoom in



Roll over image to zoom in

## Based on your recent views

Sponsored ⓘ

Page 1 of 58



1950s Legends Elvis Presley & Marilyn Monroe Wall Art Decor Framed Poster | 23 x...
★★★★½ 539
$69.99



SpiritualHands Marilyn Monroe Canvas Wall Art & Poster - Trendy Girly Makeup Room D...
★★★★½ 29
$25.99



Denozer 3 Panel Beauty Portrait Canvas Wall Art,Marilyn Monroe,Audrey...
★★★★½ 17
$59.99



Chexin Marilyn-Monroe And Bubble Gum Canvas Wall Art For Living Bedroom Office Kitc...
$28.99



Marilyn Monroe Workin' It Movie Poster Print Painting On Canvas Wall Art Poster Scr...
$19.90



Marilyn-Monroe Portrait Canvas Wall Art For Living Bedroom Office Kitchen Decor Woo...
$28.99



HISTORIX Vintage 1955 Marilyn Monroe Poster Photo - 16x20 Inch Old Picture of Maril...
$34.99



amazon clinic

Click to talk to a clinician

Treat common health conditions 24/7.

Learn more ›

**Product information**

| | |
|---|---|
| Product Dimensions | 18 x 12 x 0.2 inches |
| Item Weight | 7 ounces |
| ASIN | B0CSJV5HW7 |
| Date First Available | January 17, 2024 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

---

**Product Description**

Introducing our diverse collection of Poster Art, available in various styles to fit any decor! Our selection includes abstract, mid-century modern, minimalist, contemporary, gothic, rustic, vintage, shabby chic, and more. Each piece is lovingly designed by our team and printed with high-quality materials to bring your walls to life. Looking for some inspiration? We've got you covered with positive quotes, inspirational messages, and even religious artwork. And if you're in the mood for something lighthearted, check out our funny sayings and retro designs. Bring the beachy vibes to your home with our nautical and tropical artwork, or add some glamour with our chic and stylish pieces. Whatever your preference, we've got it all! These prints are perfect for filling empty spaces, making a statement, or adding a pop of color. They also make great gifts for family and friends. With our wide range of options, you're sure to find the perfect piece to suit your taste and style. Order now and give your walls the upgrade they deserve!

---

## Important information

To report an issue with this product or seller, click here.

---



**La Chalupa Boat Loteria Card Mexican Latina Graphic Tote Bag for Adults...**
$12.99

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---



**Full Motion Wall Mount for 26-60 Inches TVs, by MOUNTUP...**
⭐⭐⭐⭐½ 4,688
$32.99 ✓prime

Sponsored ⓘ


You gifted them. New! asurion complete protect Now cover them with just one plan. Learn more
Sponsored ⓘ

---

**Recommended Devices inspired by your shopping history**










**Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White**
★★★★☆ 8,416
$249.99
✓prime Today by 6:00 PM



**Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White**
★★★★☆ 8,311
$169.99
✓prime Today by 6:00 PM
🌿 Climate Pledge Friendly ✓



**Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)**
★★★★☆ 33,166
$199.99
✓prime Today by 6:00 PM



**Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro ...**
★★★★☆ 5,471
$59.99
✓prime Today by 6:00 PM



**Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging...**
★★★★☆ 23,347
$189.99
✓prime FREE Delivery
Sunday, Jan 28
🌿 Climate Pledge Friendly ✓



**Ring Rechargeable Battery Pack**
★★★★☆ 119,867
$34.99



## Make your home smarter
Page 1 of 2



**Leviton Decora Smart Switch, Wi-Fi 2nd Gen, Neutral Wire Required, Works with Matter, My Leviton, Alexa, Google...**
★★★★☆ 3,567
$53.99
✓prime Today by 6:00 PM



**Lutron Caseta Smart Lighting Switch for All Bulb Types or Fans | Neutral Wire Required | PD-6ANS-WH | White**
★★★★★ 2,732
$59.95
✓prime FREE Delivery
Sunday, Jan 28



**Lutron Caseta Single-Pole/3-Way Smart Lighting Lamp Dimmer and Remote Kit | PKG1P-WH | White**
★★★★★ 2,761
$49.95
✓prime Today by 10:00 PM



**Lutron Caseta Smart Home Dimmer Switch, Works with Alexa, Apple HomeKit, and The Google Assistant | for...**
★★★★★ 5,142
$58.85
✓prime FREE Delivery
Sunday, Jan 28



**LEVOIT Humidifiers for Bedroom Home, Smart Warm and Cool Mist Air Humidifier for Large ...**
★★★★☆ 9,996
10K+ bought in past month
$89.99
✓prime FREE Delivery



**Govee Electric Space Heater, 1500W Smart Space Heater with...**
★★★★☆ 2,672
5K+ bought in past month
Amazon's Choice in Indoor Electric Space Heaters
$99.99
✓prime Today by 6:00 PM



**Ring Indoor Cam (2nd Gen) | latest generation, 2023 release | 1080p HD Video & Color Night...**
★★★★☆ 10,251
#1 Best Seller in Security Cameras
$59.99
✓prime Today by 6:00 PM

## Your Browsing History  View or edit your browsing history
Page 1 of 5

    

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon
English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996–2024, Amazon.com, Inc. or its affiliates

ebay

< Back to search results · Collectibles & Art · Collectibles · Decorative Collectibles · Sculptures & Figurines

Share | Add to Watchlist

### New Marilyn Monroe Gentlemen Prefer Blondes handmade PVC Statue Figures H:18cm

weiluji2098 (950)
Seller's other items · Contact seller

**US $26.99**

Condition: New

[ Buy It Now ]

[ Add to cart ]

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | US $13.99 SpeedPAK Standard. See details<br>International shipment of items may be subject to customs processing and additional charges. ⓘ<br>Located in: CN, China |
| Delivery: | 🗓 Estimated between Fri, Feb 9 and Thu, Feb 22 to 30318 ⓘ<br>This item has an extended handling time and a delivery estimate greater than 9 business days.<br>Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  ●●  AMEX  DISCOVER<br>PayPal CREDIT<br>Special financing available. See terms and apply now<br>Earn up to 5x points when you use your eBay Mastercard®. Learn more |

**Shop with confidence**

ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
[ Shop now ]

Have one to sell? Sell now

### Similar sponsored items    See all >

Feedback on our suggestions

     

| Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue |
|---|---|---|---|
| New | New | New | New (Other) |
| $13.89 | $16.79 | $16.99 | $17.99 |
| Free shipping | Free shipping | $21.24 20% off | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Free shipping | 20 watchers |
| | | 12 watchers | |

### Sponsored items inspired by your views    See all >

Feedback on our suggestions



| Men's Indoor Slippers Playboy Marilyn Monroe | Marilyn Monroe Statue Resin Creative Girl Movie Action Figure Girl Room Decor | High Quality Oil Painting Art On Canvas Handpainted Wall art Marilyn Monroe | Retro Mini Marilyn Monroe Pattern Quartz Pocket Watch with Necklace Chain Gifts | 3D Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King | 1/6 Sca...<br>Sculpt... |
|---|---|---|---|---|---|
| New | New | | New | New | New |
| $34.99 | $39.00 | $100.62 | $5.19 | $29.25 | $2919... |
| Free shipping | Free shipping | $129.00 22% off | $5.46 5% off | + $25.43 shipping | $32.4... |
| Seller with a 100% positive feedback | | Free shipping | Free shipping<br>Seller with a 99.2% positive feedback | 32 sold | Free sh...<br>Seller... |

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Apr 17, 2022 08:11:35 PDT  View all revisions

eBay item number: 325150779034

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Size | Small |
| Model | Statue Figures | Type | Statue |
| Year Manufactured | 2022 | Occasion | All Occasions |
| Brand | Handmade | Country/Region of Manufacture | China |
| Style | Art Deco | Material | PVC |
| Theme | Art | Subject | Women |

### Item description from the seller

**Welcome to my shop**

We have direct contact with a number of foundries, so we have a large stock, any enquiry please feel free to contact us,we will reply you within 24 hours.

**Description:**
**Marilyn Monroe Gentlemen Prefer Blondes Statue Figure**
**Size: 7inch (18cm) high**
**Material : PVC**
**This is not Blitzway figure, it's made by the third party**

We do our best to provide an accurate description and realistic pictures .But colors may appear slightly different to each user due to individual monitor settings.

**Shipping:**

We accept PAYPAL payment only and ship to address provided by PAYPAL.

| Shipping Cost | |
|---|---|
| Production Time | 3- 5days |
| Shipping Time | 18-45days |

**Payment:**
1. PayPal payment only.
2. Please be sure your shipping address is correct. We will only follow your address listed at the PayPal payment for the shipment.
3. Due to the secure reasons, we are not allowed the address change through email. We have no responsibility for shipping address provided.
4. Payment must be received 7 days after auction ended. Please do not bid if you are not intending to buy.

**Refund&Return:**

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.

LARGE BRONZE STATUE JURASSIC EMPEROR TYRANNOSAURUS DECORATION DINOSAUR (#332222057649)

O***O (496) •  More than a year ago

Perfect, just as described, good packing, fast shipping. Thank you! A▼

Chinese old style Brass Carved swan padlock lock/key (#225860710649)

See all feedback

You may also like

Feedback on our suggestions







Marilyn Monroe Blondes Figure 7Up Pro    Marilyn Monroe Blondes Figure 7Up Pro    Marilyn Monroe Blondes Figure 7Up Pro    Marilyn Monroe Blondes Figure 7Up Pro    Marilyn Monroe Blondes Figure 7Up Pro

Etsy | ≡ Categories | Search for anything 🔍

Homepage > Craft Supplies & Tools

← Back to search results







**$12.80+**

New Arrivals Diamond Beautiful Lady 5D Diamond Painting Full Square/Round DIY Diamond Embroidery Rhinestones Pictures

Welladsve ★★★★★

**size** *

Select an option ▾

**Quantity**

1 ▾

Check out with **PayPal**

Add to cart

❤ Add to collection

**Item details** ⌃

🖐 Handmade

🧵 Materials: resin, wax caddy, printed fabric

Item details
Handmade Supply

Made to order

Materials
High quality color printed fabric, Diamond Dotz resin, Craft tray, Wax caddy, Complete instructions, Comfort grip for stylus

more
Pasting Area:Full drill

DIY diamond painting Characteristic:
1. It can work and learn to reduce stress, emotional adjustment, active thinking, enhance self-confidence,and also be used to decorate the family room, make life more harmonious.
2. DIY production can experience a sense of achievement, ability and perseverance cultivate patience, the elderly and children are suitable.
3. Production process is simple you can create a short time to complete.
4. DIY painting diamond is exquisite to give to friends and loved ones to express good wishes to share.
5. DIY diamond draw a person of any age can be made since, including children, family members and so the family more warm.

DIY painting production steps:
1. Open the box and check the diamond draw special tools
2. View the resin diamond color, arranged in order of coding
3. Uncover tape drawing above, you will see a lot of symbols corresponding to the color coding
4. According to the corresponding color coded clamp the corresponding the resin inlaid diamonds
5. Suggested that one type of the resin diamond one set completed faster
6. in order to create a perfect diamond painting, drawings put together in one place every row symbols do not have to stay stuck diamonds.
7. To cut a good figure on the drawings hold sorted array mounted to the plane of the material above
8. Splices need flat against the neat, do not have cracks
9. after a good fight, the rest of the gap at the glue corresponding symbols of diamonds
10. To complete a good diamond drawing, put it in your selection of a suitable framework
Note:
1.The product not included the frame. It is just a rolled canvas. Please frame it by glasses or wooden and hang in your home as for decoration adornments
2.This is diy diamond painting, not finished picture, need you finish it by yourself. All the products are measured by hand ,so ple

Less

**Other reviews from this shop** ★★★★½ (104)    Sort by: Suggested ▾

★★★★★
I love the quantity and came on time and I just going to work on them now. Thank you very much.
Purchased item: DIY 5D Diamond Painting Animal Picture...
Lola  Jan 10, 2024

| | Item quality | | 5.0 |
| | Shipping | | 5.0 |
| | Customer service | | 5.0 |

👍 Helpful?

★★★★★
Fantastic transaction! Thank you so much!
Purchased item: 5D Character Diamond Painting The Best...
Tamara Henry  Dec 4, 2023

| | Item quality | | 5.0 |
| | Shipping | | 5.0 |

👍 Helpful?

★★★★★  ✓ Recommends this item
changed my previous rating (1 star) to 5 Star Package arrived as requested and the packaging was protecting the canvas and drills was awesome - very well done!!!
Purchased item: Diamond Painting Cartoon Cross Stitch F...
jared dubey  Nov 8, 2023

| | Item quality | | 5.0 |
| | Shipping | | 4.0 |
| | Customer service | | 5.0 |

👍 Helpful?

★★★★★
Great seller and customer service. The wrong piece was shipped and the seller caught it before we did and shipped out the correct one. Great communication.

Response from welladsave
Thank you very much for your evaluation of us. Due to a work error, we sent the wrong goods, but we received a satisfactory response from you. You are my angel
Purchased item: PLAYBILL Poster Diamond paintings Full square Diamond Mos...
Jenny Mills  Apr 3, 2023

👍 Helpful?

←  1  2  ...  26  →

**Photos from reviews**

  

**Shipping and return policies** ⌃

📅 Order today to get by Jan 30-Feb 15

🚚 Free shipping

Deliver to United States, 30092 ⌄
Ships from China




Etsy offsets carbon emissions from shipping and packaging on

Meet your seller ⌃


**welladaeve**
Owner of Welladaeve
♡ Follow shop

[ Message welladaeve ]

## More from this shop    ♡ Follow                                    See 140+ items

     

| 5D DIY Diamond Painting Tiger ... | Photo Custom Diamond Embro... | Forest Goddess Diamond Embr... | 5D Character Diamond Paintin... | Diamond Painting Landscape P... | NEW Arrival DIY Diamond Paint... |
|---|---|---|---|---|---|
| Welladaeve | Welladaeve | Welladaeve | Welladaeve | Welladaeve | Welladaeve |
| $12.80 | $12.80 | $12.80 | $12.80 | $12.50 | $12.50 |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping | FREE shipping |

## You may also like *including Ads* ⓘ                              See more

     

| Cartoon Character M&M's Swe... | 5D DIY Cartoon Blue Stitch Rou... | World of Warcraft 5D DIY Diam... | The King of the Night 5D DIY Di... | 5D DIY Diamond Painting Anim... | Marilyn Monroe Canvas/Diamo... |
|---|---|---|---|---|---|
| YourGiftWarehouse | BrknPrtShop | YourGiftWarehouse | YourGiftWarehouse | MLRTechnology,LTD | RosiesArtLounge |
| $9.76 | $3.80 | $9.76 | $11.04 | $9.99 | $110.00 |
| $11.48 (15% off) | $4.00 (10% off) | $11.48 (15% off) | $12.99 (15% off) | FREE shipping | FREE shipping |
|  | FREE shipping |  |  |  |  |

     

| Tangled Disney's Little Girl Rou... | The Hobby Planet Diamond Pai... | Movas Art Square Diamond Pai... | The Siren - DIY Diamond Art Kit... | Abstract Flowers 12" x 16 comp... | Dragon Diamond painting set b... |
|---|---|---|---|---|---|
| Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller |
| $26.19 | $17.08 | $37.50 | $65.00 | $60.00 | $27.97 |
|  |  | $50.00 (25% off) | FREE shipping | FREE shipping | $37.29 (25% off) |
|  |  | FREE shipping |  |  |  |

> **Disclaimer:** Etsy assumes no responsibility for the accuracy, labeling, or content of sellers' listings and products. Electrical or electronic products may pose a risk of fire or electrocution. Vintage, handmade, refurbished, or modified electrical or electronic products may not meet current safety standards and may not be in safe working order. Inspect carefully before use and message the seller if you have concerns relating to the product. Do not use a vintage electrical or electronic item if its safety cannot be verified. To reduce the risk of fire, never leave vintage electrical or electronic product... •••

## Explore related searches

             

DIY | Diamond Painting | Cross Stitch | Mosaic | Square | Round | 5D | Handmade supply | Resin | 3D | Home Decor | Colorful | Marilyn Monroe | Patterns & How To



Kits

## Explore more related searches

[ Gifts for Friends ]

Listed on Jan 3, 2024    25 favorites                                           Report this item to Etsy

All categories  ›  Craft Supplies & Tools

---


Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

  

🌐 United States  |  English (US)  |  $ (USD)

© 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions



ebay

Back to search results  ·  Collectibles & Art > Art > Paintings

SAVE UP TO 6%  See all eligible items and terms ›








Have one to sell? Sell now

### 100% hand short hair fashion Marilyn Monroe oil painting art on canvas

wentianjiaovip_6 (393)
98.4% positive · Seller's other items · Contact seller

**US $81.77**
or Best Offer
Was US $86.99 ⓘ
Save US $5.22 (6% off)

Condition: --

| Buy It Now |
|---|
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: BEI JING, China

Delivery:  ⏱ Estimated between **Mon, Feb 12** and **Thu, Mar 21** to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  ●●  ●●  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all ›

Feedback on our suggestions











| 40x60" Abstract Blue Oil Painting Original Gold Leaf Artwork Rust Style Art |ACE | 1920's Chaim SOUTINE Roses in Blue Vase Oil on Canvas Painting Signed To Restore | Authentic 17/18 Century Cusco/Cuzco Art Oil Painting on Canvas of Mary and Jesus | modern Marilyn Monroe oil painting 100% hand-painted art on canvas |
|---|---|---|---|
| New | Pre-owned | Pre-owned | New |
| $594.00 | $9,375.00 | $879.00 | $77.22 |
| Free shipping | $12,500.00 25% off | 0 bids | $99.00 22% off |
|  | Free shipping | 1h 45m | Free shipping |
|  | Seller with a 100% positive feedback | + $135.00 shipping | 39 watchers |
|  |  | Seller with a 100% positive feedback |  |

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions



| Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask style | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant healthy hair | Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair | Cos M gold c |
|---|---|---|---|---|---|
| New | Pre-owned | New | New (Other) | New (Other) | New |
| $13.99 | $17.50 | $16.71 | $15.13 | $16.14 | $15.32 |
| Free shipping | Free shipping | $18.79 11% off | $16.81 10% off | $18.24 11% off | $17.02 |
|  |  | Free shipping | Free shipping | Free shipping | Free sh |
|  |  |  |  | 20% off 3+ with coupon |  |

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 08, 2023 23:42:30 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Artist | Unknown | Unit of Sale | Wholesale Lot |
| Seller Notes | "Note:Unstretched and Unframed canvas. It will arrive to you secu | Size | Medium (up to 36in.) |
| Color | Multi-Color | Date of Creation | 2000-Now |
| Material | Oil, Canvas | Region of Origin | Unknown |
| Subject | Portrait | Type | Painting |
| Listed By | Artist | Framed/Unframed | Unframed |
| Year of Production | New | Style | Modern |
| Painting Surface | Canvas | Features | Signed |
| Production Technique | Oil Painting | Country/Region of Manufacture | China |
| Handmade | Yes | | |

### Item description from the seller

**Item description from the seller**

Description:

The pictures displayed on the ebay website are the pictures of the works of ancient oil painting masters, not the actual oil paintings you will receive. After your purchase, our own artists will start creating home for you.

We have cooperated with the Central Academy of Fine Arts in Beijing to establish our own oil painting studio, so that we can provide the best quality works of art. Unlike most companies, we do not rely on third-party suppliers. We have been creating and selling works of art. We have provided works of art for tens of thousands of individual customers, as well as for galleries, hotels and retailers. We have a good cooperation team. Our artists love their career, and they love their art work more. It is gratifying that over the years, many original artists are still around us. The canvas oil paintings we choose cover a wide range of themes and artistic styles, including the gorgeous hand painting re creation of the most famous works of art of great masters, which will add value and delicacy to your room.

As you know we do custom painting.If you want your own pictures or private photos to be created as oil paintings, please contact us through ebay, we will make a quotation according to the difficulty and size of the pictures . If you want post our client's own pictures and private photos on ebay, we will give you a special link to buy via ebay.

Unstretched and Unframed canvas. It will arrive to you securely rolled on a tube.

**Size: 24"X36" inch ,1inch=2.54cm.** There is an extra 2 inches or so of blank canvas around the painting,so that you can frame the painting at any time. If you want smaller or larger size, please contact us for a quote.

Delivery: All our items for sale are free shipping to all buyers and our shipping method is via China Post. The delivery process takes about one month. During this process, there are many uncontrollable factors. If you do not receive the goods within the scheduled time, please do not worry, you can contact us at any time for assistance. We will reply your email as soon as possible (Reply within 24 hours).

If you want faster shipping methods, such as commercial express, you need to pay extra shipping cost, please understand. Contact us in time after purchase, so as not to delay the delivery arrangement of the goods.

Our ebay store: We have tens of thousands of items listed on ebay, they are all charming and rare, if you want to browse our ebay store to see more items, please visit our ebay store: Art Oil Painting Studio. Wish you a happy shopping, a happy life, a happy family and all the best！！！



**wentianjiaovip_6**

98.4% Positive Feedback
2.7K items sold

Joined Jun 2017

Visit store
Contact
♡ Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.7 |
| Communication | 4.9 |

**Popular categories from this store**   See all

Pet Supplies   Collectibles   Health & Beauty   Toys & Hobbies
Business & Industrial   Art   Home & Garden
Clothing, Shoes & Accessories

**Seller feedback** (619)

e***_ (20) · Past 6 months

Order ahead of time my purchase estimated date was 8-14 august and it did arrive on 14th. I am happy with my purchase item as described. Seller was very communicative he did reply within a day. I do recommend this Minnie Mouse Mascot.

n***s (3004) · Past 6 months

The items are exactly as pictured and desired. They are unique, packed well, and arrived faster than expected. Thanks!

E6 Small head rope Grey soil color mini tie hair Female rubber band Hair rope (#204547592636)

g***h (7639) · Past month

The item was delivered in perfect shape and matched the website's description. I will absolutely shop again in the future because I'm happy with the quality. Strongly recommended! AAAA++++++ Green Gardens Auto Parts

See all feedback

🔥 SAVE UP TO 6% ⓘ   See all eligible items →
Save up to 6.0%
Marked down item price reflects all savings. Items provided by wentianjiaovip_6



All promotional offers from wentianjiaovip_6

    

+
See all

| Oil painting river landscape at moon night with canoe village hand painted art | Oil painting Frederick Marianus Kruseman Ice skating skaters village landscape | Oil painting Frederic-Remington-The-Cowboy horses horseman in landscape handmade | Oil painting Edmond-H.-Ostheus-Hunting-in-the-Fall-Three-Pointers dogs landscape | Nice Oil painting Thomes Moran - Dusk Wings sunset landscape with clouds canvas |
|---|---|---|---|---|
| Was:          US$84.99 | Was:          US$83.99 | Was:          US$82.99 | Was:          US$83.99 | Was:          US$83.99 |
| Now:   US $79.89 | Now:   US $78.95 | Now:   US $78.01 | Now:   US $78.95 | Now:   US $78.95 |

You can change quantities in your cart.

**You may also like**                                          Feedback on our suggestions

  

100% hand short hair fashion Marilyn Monroe oil painting art on canvas

CHOPI024 100% hand short hair fashion Marilyn Monroe oil painting art on canvas

modern Marilyn Monroe oil painting 100% hand-painted art on canvas

100% hand short hair fashion Marilyn Monroe oil painting art on canvas

High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe

$74.10
~~$95.00~~ 22% off
Free shipping
7 watchers

$55.98
Free shipping
Last one

$77.22
Free shipping
39 watchers

$81.77

$77.22






Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe

$77.22
~~$99.00~~ 22% off
Free shipping

CHOPI87 100% hand-painted Marilyn Monroe art oil painting wall decor on canvas

$55.79
Free shipping
Last one

High Quality Oil Painting Art On Canvas Marilyn Monroe Home decor

$77.22
~~$99.00~~ 22% off
Free shipping

100% hand short hair fashion Marilyn Monroe oil painting art on canvas

$82.64
~~$86.99~~ 5% off
Free shipping
Seller with a 99.2% positive feedback

CHOPI669 100% hand painted fashion portrait girl oil painting art on canvas

New
$52.75
Free shipping
Last one







Sponsored
Acrylic portrait of Marilyn Monroe pop art poster, handmade

New
$85.00
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe 7x14 Original Painting Airbrush Black Dress Red Lips Pin Up

New
$224.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Portrait of a girl Modern Art hand-painted Oil Painting Wall on canvas 24x36#005

New
$59.99
Free shipping
14 watchers

Sponsored
Marilyn Monroe 8x10 Original Painting Airbrush B&W Pin Up Blonde Bombshell

New
$109.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$14.99
Free shipping
Last one







Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$17.69
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$13.99
Free shipping
10 watchers

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New
$12.99
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$12.99
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

New
$15.99
Free shipping
5 watchers







Sponsored
Beautiful Marilyn Monroe HD Framed Canvas Wall Art Picture Print

New
$31.79
+ $30.77 shipping
Seller with a 99.2% positive feedback

Sponsored
Beautiful Marilyn Monroe Art HD Framed Canvas Wall Art Picture Print

New
$31.79
+ $30.77 shipping
Seller with a 99.2% positive feedback

Sponsored
Marilyn Monroe Canvas Wall Art Print (30X20) NEW AND SEALED

New
$25.43
+ $21.17 shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned
$17.50
Free shipping

Sponsored
sexy red gauze lady Oil Painting Art Giclee Printed on Canvas P1312

New
$9.99
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

Advanced

Back to search results · Toys & Hobbies › Models & Kits › Figures        Share · Add to Watchlist







LIFE MINIATURES

1/16 SCALE

Have one to sell? Sell now

### Life Miniatures LI-16003 1/16 Marilyn Monroe in Korea for USO 1954

WJ_2032 (252)
100% positive · Seller's other items · Contact seller

**AU $129.27**
Approximately US $85.20

Condition:  New

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | AU $21.09 (approx US $13.90) SpeedPAK Standard. See details<br>International shipment of items may be subject to customs<br>processing and additional charges. ⓘ<br>Located in: FS, China |
| Delivery: | ⬛ Estimated between **Mon, Mar 18** and **Wed, Mar 27** to 30318 ⓘ<br>This item has an extended handling time and a delivery estimate<br>**greater than 40 business days.**<br>Please allow additional time if international delivery is subject to<br>customs processing. |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  ●●  AMEX |

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all ›

Feedback on our suggestions






MARILYN MONROE HOT PROPERTIES HOLLYWOOD MEMORIES ACTION FIGURE...
Pre-owned
**$19.54**  $22.99 15% off
Free shipping
Seller with a 99.6% positive feedback

1/16 Resin German Army Tank Soldier Figure Model Kit Toy WWII Handmade Painted
New
**$21.01**
+ $4.61 shipping
15 watchers

1/16 German Tank Commander Resin Figures Soldier Model Kit WWII Handmade Painted
New
**$21.06**
+ $4.61 shipping

90mm Model Soldier Toy Unpainted Unassembled A-1110 Figure GK Kit Resin
New
**$46.60**
Free shipping
Last one

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions




Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant healthy hair
Now (Other)
**$15.13**   $16.81 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Harajuku hair
New (Other)
**$16.14**   $18.14 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose helmet Cosplay
New
**$15.32**   $17.02 10% off
Free shipping

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
New
**$145.18**
Free shipping
Seller with a 100% positive feedback

Cos M
gold c
Now (C
**$14.9**
$16.8
Free sh

### About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.        eBay item number: 385134559243

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including<br>handmade items). See the seller's ... Read more | Brand | Life Miniatures |
| Type | Resin Model Kit | Scale | 1:16 |
| UPC | Does not apply | | |

### Item description from the seller

This is Resin Model Kit

---



**WJ_2032**
100% Positive Feedback

**Visit store**

**Contact**



**Detailed seller ratings**

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 4.8 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

**Popular categories from this store**   See all

Armored Model Kits    Aircraft Model Kits    Warship Model Kits

Miniature Figures Model    Anime & Si-Fi Model Kits    Details Photo Etches

Details Resin Kits    Details Model Accessory    Decal for Scale Model

**Seller feedback** (304)

k***p (889)  •  Past month

Great seller! item as advertised, well packed and sent promptly, Excellent!

Dream DE-72022 1/72 VF-1A Valkyrie Cockpit Color Photo Etches for Hasegawa (#364778976390)

0***g (4)  •  Past 6 months

The item was well packaged, arrived earlier than expected and I'd had a useful email from the sender. Excellent service!

Vulcan Models VC-56011 1/35 British Lion Tank Mark VI B (NII (See Description) (#385904265005)

o***e (95)  •  Past 6 months

Item as described, well packed and with fast shipping. Recommended seller.

Model Collect MC-UA72008 1/72 TOS-1 Heavy Flame Thrower System (#364318004908)

See all feedback



**Popular categories from this store**   See all

Armored Model Kits    Aircraft Model Kits    Warship Model Kits

Miniature Figures Model    Anime & Si-Fi Model Kits    Details Photo Etches

Details Resin Kits    Details Model Accessory    Decal for Scale Model

Feedback on our suggestions

The item was well packaged, arrived earlier than expected and I'd had a useful email from the sender. Excellent service!

Vulcan Models VC-56011 1/35 British Lion Tank Mark VI B (NII (See Description) (#385904265005)

o***e (95)  •  Past 6 months

Item as described, well packed and with fast shipping. Recommended seller.

Model Collect MC-UA72008 1/72 TOS-1 Heavy Flame Thrower System (#364318004908)

See all feedback

**You may also like**

Feedback on our suggestions



ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

Advanced

Back to search results | Home & Garden > Bedding > Duvet Covers & Sets

Share    Add to Watchlist



   

Have one to sell? Sell now

### 3D Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King

wongsbeddinguk (19400)
98.9% positive · Seller's other items · Contact seller

**GBP 22.99**
Approximately US $29.25

Condition: New with tags

Sizes:  - Select -

Quantity:  1    6 available / 32 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ This one's trending. 32 have already sold.

↩ Breathe easy. Returns accepted.

Shipping: GBP 19.99 (approx US $25.43) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery: ⊙ Estimated between Fri, Mar 29 and Tue, Apr 16 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 50 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions

   

| Ver3 Marilyn Monroe Beautiful Girl Quilt Duvet Cover Set Bedding Bed Linen | Wonderful Marilyn Monroe 3D Quilt Duvet Doona Cover Set Pillow case Print | Ver2 Marilyn Monroe Beautiful Girl Quilt Duvet Cover Set King Soft Pillowcase | Great Wonderful Marilyn Monroe 3D Quilt Duvet Doona Cover Set Pillow case Print |
|---|---|---|---|
| New | New | New | New |
| $54.99 | $52.43 | $54.99 | $52.43 |
| Free shipping | + $10.54 shipping | Free shipping | + $10.54 shipping |
| Seller with a 100% positive feedback | 16 watchers | Seller with a 100% positive feedback | 10 watchers |

## Sponsored items inspired by your views    See all >

Feedback on our suggestions



| 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted for 12" PH Figure | Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection | 1pc Marilyn Monroe Blondes with Base Cake Sculpture Beauty Collection Toy Statue | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Cos Marilyn Monroe short paragraph pale gold curly hair wig Party style | Marilyn RGB U |
|---|---|---|---|---|---|
| New | New | New | | New (Other) | New |
| $29.19 | $12.64 | $16.99 | $105.60 | $16.14 | $45.0 |
| $32.43 10% off | Free shipping | Free shipping | $120.00 12% off | $17.98 10% off | Free s |
| Free shipping | Seller with a 100% positive feedback | | | Free shipping | |
| Seller with a 99.6% positive feedback | | | | 10% off 2+ with coupon | |

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 303592334627

Last updated on Jan 09, 2024 01:09:16 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Number of Items in Set | Three-Piece |
| Shape | Rectangular | Size | Single Double King |
| Custom Bundle | No | Fill Material | Microfibre |
| MPN | 697127677 | Item Length | 200CM,220CM |
| Colour | Multicoloured | Design | HD Marilyn Monroe Photo Print |
| Department | Adults, Children, Baby, Teens | Care Instructions | Do Not Bleach, Easy Care, Machine Wash |
| Style | Hollywood Regency | Features | Hypoallergenic, Machine Washable at 40°C, Tumble Dry, Non Fading, Holiday Gift, High quality, With Zip |
| Room | Bedroom | Item Width | 140CM,200CM,230CM |
| Thread Count | 200 or Less | Pattern | Marilyn Monroe |
| Insulation | 0 | Material | Microfibre |
| Set Includes | Pillow Cases, Duvet Cover, Pillow Case | Brand | Wongs Bedding |
| Type | Duvet Cover | Theme | Marilyn Monroe, Celebrities |
| Country/Region of Manufacture | China | Closure Type | Zipper |
| Character Family | Marilyn Monroe | | |

Character Family        Marilyn Monroe

Item description from the seller



❤UK Hot Sale❤

wongsbeddinguk

98.8% Positive Feedback
57K Items sold

Visit store
Contact
♡ Save seller

📅 Joined Apr 2016

## Detailed seller ratings

Average for the last 12 months

| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## Seller feedback (16,926)

● 6***2 (1640) · Past year

All good , reasonably price , great communication & speedy delivery , highly recommend product & seller

● h***e (648) · Past month

Quick delivery, well packaged. Very soft. Daughter lives it. Thank you. Reccomend seller

● o***y (1957) · Past 6 months

Very competitive prices , And a very good seller, delivery excellent

See all feedback

## You may also like

Feedback on our suggestions



Marilyn Monroe Duvet Cover with Pillow
Cases Bedding Set Single Double King Size
New
$27.97
+ $25.43 shipping
40 sold



3D Marilyn Monroe NAO673 Bed
Pillowcases Quilt Duvet Cover Set Queen
King Fay
New
$63.92
Free shipping
Seller with a 100% positive feedback



3D Marilyn Monroe NAO4225 Bed
Pillowcases Quilt Duvet Cover Set Queen
King Fay
New
$63.92
Free shipping
Seller with a 99.4% positive feedback



3D Marilyn Monroe NAO35535 Bed
Pillowcases Quilt Duvet Cover Set Queen
King Fay
New
$63.92
Free shipping
Seller with a 100% positive feedback



Sponsored
Female 1/6 Scale Marilyn Monroe Head
Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.4% positive feedback



Sponsored
1pc Marilyn Monroe Blondes with Base Cake
Sculpture Beauty Collection Toy Statue
New
$16.99
Free shipping



Sponsored
3D Duvet Cover Bedding Set With Fitted
Sheet & Pillow Case Single Double King
New
$22.89
+ $24.32 shipping
34 sold



Sponsored
3D Duvet Cover Bedding Set With Fitted
Sheet & Pillow Case Single Double King
New
$19.88
($19.88/Unit)
$21.61 8% off
+ $24.02 shipping



Sponsored
3D Duvet Set With Quilt Cover, Fitted Sheet
& Pillow cases Single Double Bedding
New
$21.05
$22.89 8% off
+ $24.06 shipping
54 sold



Sponsored
1/6 Scale Female Marilyn Monroe Head
Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback











Sponsored
3D Marilyn Monroe Duvet Cover with Pillow Cases Bedding Set Single Double King

New

**$34.34**
+ $25.43 shipping
11 watchers

Sponsored
1/6 Marilyn Monroe Only Head Sculpt Model Statue PVC Action Figure Body Carving

New

**$45.00**
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue.

New

**$12.99**
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure Action Figure Toys Sculpture Beauty Collection PVC

New

**$12.64**
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue

Pre-owned

**$17.69**
Free shipping
Seller with a 100% positive feedback











Sponsored
Marilyn Monroe with Bubble Gum Decorative Accent Pillow Cushion Cover Home 20"

New

**$19.99**
Free shipping
18 watchers

Sponsored
For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted

New

**$29.19**  $32.43 10% off
Free shipping
Seller with a 99.9% positive feedback

Sponsored
Skull Duvet Cover with Pillow Cases Quilt Cover Bedding Set Single Double King

New

**$27.97**
+ $25.43 shipping
11 watchers

Sponsored
Modern Duvet Cover & pillow case Bedding Set Single Double King Super King Size

New

**$17.80**
+ $23.94 shipping
37 sold

Sponsored
CLEARANCE 3D Duvet Cover Bedding Set Quilt Cover With Pillow Cases Single Double

New

**$20.34**
+ $24.03 shipping
51 sold









Sponsored
3D Duvet Set With Quilt Cover, Fitted Sheet & Pillow cases Single Double Bedding

New

**$21.61**
+ $21.04 shipping
47 sold

Sponsored
Floral Duvet Cover & pillow case Bedding Set Single Double King Super King Size

New

**$15.25**
+ $23.85 shipping
24 watchers

Sponsored
Floral Duvet Cover & pillow case Bedding Set Single Double King Super King Size

New

**$15.25**
+ $23.85 shipping
34 sold

Sponsored
Stylish Duvet Cover & pillow case Bedding Set Single Double King Super King Size

New

**$17.80**
+ $23.94 shipping
53 sold

Sponsored
Stylish Duvet Cover & pillow case Bedding Set Single Double King Super King Size

New

**$15.25**
+ $23.85 shipping
21 sold



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results    Return to top
More to explore :  Bedding Sets & Duvet Covers with Pillow Case Bedding Sets,  Decorative Pillow King Duvet Covers & Bedding Sets,  King Decorative Pillow Duvet Covers & Bedding Sets,  Double Duvet Set Duvet Covers & Bedding Sets,  King Duvet Covers & Bedding Sets,  Double Duvet Covers & Bedding Sets,  King Duvet Set Duvet Covers & Bedding Sets,  King Bedding Sets Duvet Covers & Bedding Sets,  Duvet Cover 3D Pattern Duvet Covers & Bedding Sets,  Single Duvet Covers & Bedding Sets

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# Ballerina Blanket Couch Lightweight Flannel Throw Warm Plush Fuzzy Cozy Soft Fleece Blankets Throws Sofa Couch Bedding Travel Gifts 50"x40"

Brand: GATAK

★★★★★ 5.0 · 1 rating

$24.99

✓prime One-Day

FREE Returns ▾

Thank you for being a Prime Member. Pay $24.99 **$0.00** for this item. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

**Size: 50"x40"**

| 50"x40" | 60"x50" | 80"x60" |

**Color: Black 1**

**Material** Micro Fleece
**Color** Black 1
**Brand** GATAK
**Special Feature** Bagged
**Style** Art Deco

## About this item

- Blanket Size: Cartoon throw blanket 50"X 40"=125*100 cm(suitable for kids), 60"X 50"=150*125 cm(suitable for kids/teenagers,80"x60"=200*150cm(suitable for adults).
- Comfortable and Warm: This extremely luxurious plush blanket allows you to take a nap in comfort and warmth. whether in the cold winter or in an air-conditioned bedroom, cartoon blankets can bring you the ultimate soft and smooth touch and plenty of warmth.
- Wide Range of Uses:Cartoon throw Blankets for Couch, Bed, modular sofa, loveseat, recliner or bed, curl up in this fluffy blanket to read, watch TV, or spend some quality quiet time that requires warmth and gentleness. Especially suitable for people who like camping, backpacking and traveling. It is a great choice for birthdays, housewarming, Valentine's Day, Christmas, Halloween etc.
- Home Chic: Elegant and fashionable appearance and exquisite patterns, comfortable blankets add a chic feeling to your room. It is the best choice for your Christmas decoration, you can not only use it as a Christmas decor, but also can be used as a cute gifts for your family. Men, women, teens, sons, daughters.
- Easy to Care: Four-season blankets and cartoon blankets are made of machine washable materials.  so they are easy to clean and maintain. Machine wash gently with cold water, tumble dry at very low temperature, tumble drying speed is low, no ironing or expensive cleaning required!

🏳 Report an issue with this product or seller

### Delivery / Pickup

$24.99
✓prime One-Day
FREE Returns ▾

FREE delivery **Tomorrow, January 29.** Order within 6 hrs 15 mins

📍 Deliver to Jeffrey - Atlanta 30327

**In Stock**

Quantity: 1

[ Add to Cart ]
[ Buy Now ]

Ships from Amazon
Sold by Wuxiaowei1
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

---



MERRYLIFE Sherpa Fleece Throw Blanket, Light Yellow...
★★★★☆ 41
$18.99 ✓prime

---

## Discover similar items

✓prime | ★★★★☆ & Up | Price: <$25 | Color: Black | Length: 50 to 59 in | Width: 40 to 49 in | Seasons: All | Recommended Uses For Product: Backpacking | More Filters

★★★★☆ 59 — $35.99 ✓prime — See more like this
★★★★☆ 81 — $12.99 ✓prime — See more like this
★★★★☆ 1 — $21.99 ✓prime — See more like this
★★★★★ 1 — $18.00 — See more like this
★★★★☆ 5 — $9.99 — See more like this
$43.99 ✓prime — See more like this

$39.99 ✓prime — See more like this
$28.60 — See more like this
$18.00 — See more like this
★★★★☆ 1 — $23.99 ✓prime — See more like this
$20.00 — See more like this
$39.99 — See more like this

[ Show more ]

## Based on your recent views

Page 1 of 58


Skull Gifts Mexican Blanket Fleece Throw Sugar Rose Plush Print for Adult Women Man...
★★★★☆ 2
$29.99 ✓prime


Ships Next Day, Personalized Photo Blanket for Loved One or Significant Other - Pri...
$39.99


Levers Vintage Mandala Couple Skull Blanket Gifts for Women Girls Men Decor for Hom...
★★★★☆ 173
$19.99 ✓prime


Personalized Blankets for Adults with Custom Name & Initial Monogram - Custom...
★★★★☆ 21
$34.99


Christmas Throw Blanket Decorative Plush and Warm 52" x 60" Fleece Blanket for Couc...
★★★★☆ 1
$22.99 ✓prime


Jekeno Throw Blanket Soft Comfort Cozy Bed Couch Blanket Plush Microfiber 50"x60" (...
★★★★☆ 499
Amazon's Choice in Bed Throws
$20.79 ✓prime


Pink Rose and Skull Throw Blanket Plush Flannel Red Sofa Couch Office Home Women...
★★★★☆ 4
$18.99 ✓prime
Save 10% with coupon

## Products related to this item

Page 1 of 58







| | | | | | | |
|---|---|---|---|---|---|---|
| 5 Panels Beauty Portrait Canvas Wall Art, Audrey Hepburn and Brigitte Bardot with C... | The Back-yardigans Blanket Soft Cozy Fleece Throw Blanket Plush Lightweight Warm Fu... | Singer Blanket Soft Blanket Ultra Cozy Plush Warm Lightweight... | Jason Momoa Collage Blanket Soft Cozy Fleece Throw Blanket Plush Lightweight Warm F... | 4 Fluffy Cozy Blanket Super Soft Fleece Wednesdays Blanket Lightweight Warm... | Midsouth Products Marilyn Monroe Multicolor Coral Plush Fleece Throw Blanket,... | mnizgrf Kids' Throw Blankets Kawaii Super Soft Blanket Cute Plush Blanket Four Seas... |
| ★★★★☆ 50 | ★★★★★ 13 | | ★★★★★ 2 | | ★★★★★ 16 | ★★★★★ 4 |
| $79.99 | $35.99 ✓prime | $29.99 ✓prime | $26.99 ✓prime | $14.99 ✓prime | $34.99 ✓prime | $25.99 ✓prime |

## Compare with similar items



| | This Item | Recommendations | | | | |
|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |
| | GATAK Ballerina Blanket Couch Lightweight Flannel Throw Warm Plush Fuzzy Cozy Soft... | FOHOG JPI Flannel Fleece Plush Blanket - Heartbreaker - Queen Bed 79"x 95" -... | Midsouth Products Norma Jeane as Marilyn Throw Blanket 50" X 60" Women's World | JPI Blankets-Signature | DGA Art Marilyn Monroe 'Smile Now' Queen Size Blanket 79'x95' | Midsouth Products Marilyn Monroe Multicolor Coral Plush Fleece Throw Blanket, King |
| | | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $24⁹⁹ | $39⁹⁹ | $34⁹⁹ | $80⁰⁰ | $52⁹⁹ | $34⁹⁹ |
| Delivery | ✓prime FREE One-Day | ✓prime Today by 10:00 PM | ✓prime FREE One-Day | — | — | ✓prime FREE Delivery |
| Customer Ratings | 5.0 ★★★★★ 1 | 4.4 ★★★★☆ 46 | 4.7 ★★★★★ 87 | 4.3 ★★★★☆ 275 | 4.1 ★★★★☆ 8 | 4.6 ★★★★★ 16 |
| Customer Ratings | 5.0 ★★★★★ 1 | 4.4 ★★★★☆ 46 | 4.7 ★★★★★ 87 | 4.3 ★★★★☆ 275 | 4.1 ★★★★☆ 8 | 4.6 ★★★★★ 16 |
| Softness | — | 5.0 ★★★★★ | 5.0 ★★★★★ | 4.3 ★★★★☆ | — | 5.0 ★★★★★ |
| Light Weight | — | 5.0 ★★★★★ | 4.9 ★★★★★ | — | — | 5.0 ★★★★★ |
| Giftable | — | 5.0 ★★★★★ | 5.0 ★★★★★ | 4.0 ★★★★☆ | — | 5.0 ★★★★★ |
| Sold By | Wuxiaowei1 | NEXTIER | Mid-South Products | WW Sheets | WW Sheets | Mid-South Products |
| Size | 50"x40" | FC Barcelona1 | King | Microfiber | Queen | King |
| Fabric | — | 100% Polyester | Fleece | 100% Polyester | 100% Polyester | Fleece, 100 % Polyester |
| Weight | — | 1 pounds | — | 6.8 pounds | 3.5 pounds | — |
| Pattern | Cartoon | Solid | Striped | Solid | print | print |
| Care Instructions | Do not use bleach | Machine Wash | Machine Wash | Machine Wash | Machine Wash | Hand Wash Only |

## Product Description

Air-Conditioning Quilt, Car Blanket, Nap Blanket, Bath Towel

Blankets On Actvess Sofas Or Beds Are Perfect For Decorating A Home.

Ballerina This Blanket Revives An Elegant Look And Adds A Chic Touch To Your Room.

This Super Soft Fleece Blanket Keeps You Warm And Comfortable All Year Round.

There Are 3 Sizes 50"X40", 60"X50", 80"X60", Suitable For Kids, Teens And Adults.

You Can Toss The Lightweight Flannel Blanket In Your Bag, Car, Office Or Sofa To Get The Cozy Warmth You Expect Wherever You Need It.

You Can Also Stay Warm While Camping, Backpacking Or Doing Other Outdoor Activities.

Whether In Summer Or Winter, Flannel Fleece Blankets Provide You With The Best Loft, Softness, Warmth And Breathability All Year Round.

For Your Best Experience, Please Wash The Blanket Before Using It.

This Is A Very Sophisticated Blanket That You Deserve.

## Product information

| Material | Micro Fleece |
|---|---|
| Color | Black 1 |
| Brand | GATAK |
| Special Feature | Bagged |
| Style | Art Deco |
| Blanket Form | Quilt |
| Age Range (Description) | Adult |
| Product Dimensions | 50"L x 40"W |
| Theme | anime blanket |
| Pattern | Cartoon |
| Recommended Uses For Product | Backpacking |
| Seasons | All |
| Product Care Instructions | Do not use bleach |
| Size | 50"x40" |
| Item Thickness | 0.4 Inches |
| Fabric Warmth Description | Lightweight |
| Sport | Camping |
| Item Weight | 14 ounces |
| Manufacturer | GATAK |
| ASIN | B0CKWZR9VT |
| Country of Origin | China |
| Item model number | POEUTN99-479151852 |
| Customer Reviews | 5.0 ★★★★★  ⌄  1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #501,919 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#4,732 in Bed Throws |
| Date First Available | October 12, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Important information

To report an issue with this product or seller, click here.























Related products with 4+ stars
Sponsored

Midsouth Products Marilyn Monroe Multicolor Coral Plush Fleece Throw Blanket,...
★★★★☆ 16
$34.99 prime

Walensee Sherpa Fleece Blanket (King Size 108"x90" Slate Blue) Plush Throw Fuzzy Su...
★★★★☆ 10,210
$48.95 ($9.79/Item) prime

Midsouth Products Norma Jeane as Marilyn Throw Blanket 50" X 60" Women's World
★★★★☆ 87
$34.99 prime

Sugar Skull Throw Blanket Super Soft Warm Horror Skeleton Rose Blanket for...
★★★★☆ 41
$25.99 prime

Marilyn Monroe Crystal Diamond Bling Rhinestone Black Car SUV Truck Low Back...
★★★★★ 100
Amazon's Choice in Automotive Seat Covers
$59.95 prime

Monroe Bathroom 4 Pieces Set Shower Curtain, Toilet Lid Cover and Bath Mat, Non-Sli...
★★★★★ 1
$39.95 prime

Desperate Enterprises Marilyn Monroe Believe Tin Sign - Nostalgic Vintage Metal Wal...
★★★★☆ 20
Amazon's Choice in Decorative Signs & Plaques
$14.99 prime

Nintendo Switch Lite - Turquoise
★★★★★ 53,611
$199.00 prime
Sponsored

## Looking for specific info?

Search in reviews, Q&A...

## Customer reviews

★★★★★ 5 out of 5
★★★★★ 5 out of 5
1 global rating

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews
There are 0 customer reviews and 1 customer rating.
There are 0 customer reviews and 1 customer rating.

## Review this product

Share your thoughts with other customers

Write a customer review

Bringing You Luxury and Comfort

Super Soft Fleece Blanket, Burgundy Reindeer Design, by Elegant Comfort...
★★★★☆ 3,055
$16.21 prime
Sponsored

## Deals on related products

Page 1 of 2

Sponsored
Bedsure Sherpa Fleece King Size Blanket for Bed - Thick and Warm for Winter, Soft a...
★★★★☆ 80,842
Limited time deal
$33.74 prime
List: $44.99 (25% off)

Sponsored
SOCHOW Waffle Sherpa Fleece Throw Blanket, Super Soft Fuzzy Warm, Lightweight Fluff...
★★★★☆ 1,965
Limited time deal
$19.59 prime
List: $28.99 (30% off)

Sponsored
Revdomfly Chenille Cable Knit Blanket Fluffy Knitted Throw Blanket, Cozy Plush Ligh...
★★★★☆ 81
Limited time deal
$14.99 prime
List: $27.99 (30% off)

Mintra Home Blanket - Super Soft, 100% Polyester (Pink, 51in x 70in (Small)) Lightw...
★★★★☆ 265
Limited time deal
$9.99
List: $19.99 (50% off)

Mintra Home Sherpa Super Soft Flannel Blanket (Dusty Rose, 86in x 94in (XLarge))
★★★★★ 1
Limited time deal
$17.49 ($0.97/Count) prime

LEVINIS Red Lip Shape Throw Pillows Valentine's Day Gift Soft Velvet Decorative Rev...
★★★★☆ 846
Limited time deal
List: $54.99 (50% off)

Mintra Home Sherpa Strip Flannel Blanket (Red, 86in x 94in (XLarge))
★★★★☆ 5
Limited time deal
$23.99 prime
List: $28.99 (20% off)

You gifted them.
Now cover them with just one plan.
New asurion complete protect
Learn more
Sponsored

Recommended Devices inspired by your shopping history
Page 1 of 6

Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White
★★★★☆ 8,424
$249.99
prime Today by 6:00 PM

Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White
★★★★☆ 8,351
$169.09
prime Today by 6:00 PM

Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release)
★★★★☆ 33,198
$199.99
prime Today by 6:00 PM

Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -...
★★★★☆ 5,497
$59.99
prime Today by 6:00 PM
Climate Pledge Friendly

Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging,...
★★★★☆ 115,916
$189.99
prime FREE Delivery Tuesday, Jan 30

Ring Rechargeable Battery Pack
★★★★☆ 25,597
$34.99

Tuesday, Jan 30

♥ Climate Pledge Friendly ▾

**Best Sellers in Home & Kitchen**

Page 1 of 6

Stanley Quencher H2.0 FlowState Stainless Steel Vacuum Insulated...
★★★★☆ 42,973
2K+ viewed in past month

Queen Size 4 Piece Sheet Set - Comfy Breathabl...
★★★★☆ 303,992
100K+ viewed in past month
#1 Best Seller in Sheet &

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw for...
★★★★☆ 30,907
70K+ viewed in past month

Bedsure Satin Pillowcase for Hair and Skin Quee...
★★★★☆ 303,793
100K+ viewed in past month
#1 Best Seller in Bed

Beckham Hotel Collection Bed Pillows Standard / Queen Size...
★★★★☆ 236,432

STANLEY IceFlow Stainless Steel Tumbler with Straw, Vacuum Insulated Water Bottle for Home, Office or Ca...
★★★★☆ 170,132

Utopia Bedding Queen Bed Sheets Set - 4 Piece Bedding - Brushed Microfiber - Shrinkage...
★★★★☆ 182,256

Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches...
★★★★☆ 80K+ viewed in past month

Amazon Basics Lightweight Super Soft Easy Care Microfiber 3-Piece Bed Sheet Set with...
★★★★☆ 483,560

**Your Browsing History** View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

⊕ English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates







Page 1
Beauty Shaped Mold Candle Plaster Silicone - Temu
https://www.temu.com/1pc-beauty-shaped-mold-marilyn-monroe-candle-plaster-silicone-mold-aromatherapy-diy-tool-diy-craft-mold-table-decor-christmas-gift-g-601099535546596.html?top_gallery_url=https://img.kwcdn.c...
monroe&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706442690093_qdpj4rk4ct&_x_sessn_id=gu8tdnjo24&is_back=1&no_cache_id=lzpax



Captured by FireShot Pro: 28 January 2024, 06:59:13
https://getfireshot.com



‹ Back to results

### WEbOL Wall Art Poster Marilyn Tapestry Monroe Banner Fade Resistant - Vivid Colors Trendy Girly Room Decor College Dorm Decor With 4 Brass Grommets 3x5 Feet

Brand: WEbOL

Search this page

**$14**⁹⁹

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| Theme | Flag |
|---|---|
| Color | Multicolor |
| Brand | WEbOL |
| Material | Polyester |
| Special Feature | Double Stitched, Lightweight, Vivid Colors, Fade Proof |
| Product Dimensions | 59"L x 36"W |
| Fabric Type | Polyester |

#### About this item

- [size&materials] tapestry 3x5feet. Made of quality and durable polyester cloth fabric, ensures it has very long life for using on any weathers. UV fade resistance, waterproof, lightweight, with clear and bright pictures, the letters on the other side are reversed.
- [4 brass grommets]: with 4 brass grommets, offering multiple options for hanging or supporting the flag. These grommets enhance durability and strength, making it suitable for various wall types.
- [OCCASION] - Proudly fly the flag at your home,garden,yard indoor outdoor, Flying on the back of your boat,pickup,car ,truck,Gym,College dorm,Garage, Great for gifts for your family friends
- [HD printing]:Adopted HD printing, The colors of our flag are rich, bold, and most importantly, TRUE
- [service] If you have any ideas about flags, please let us know, and we can help you with any problems,thank you.

⚐ Report an issue with this product or seller



Roll over image to zoom in

---

Add your free 30-day trial of **Prime** and get fast, free delivery

**Delivery**    Pickup

**$14**⁹⁹

FREE delivery **Friday, February 2** on orders shipped by Amazon over $35

Or fastest delivery **Wednesday, January 31**. Order within **9 hrs 30 mins**

📍 Delivering to Peachtree Corners 30092 - Update location

**Only 7 left in stock - order soon.**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from    Amazon
Sold by       shenghefuizhuang
Returns        Eligible for Return, Refund or Replacement...
Payment        Secure transaction

▾ See more

☐ Add a gift receipt for easy returns

[ Add to List ▾ ]

---

## Buy it with

 +  + 

**Total price: $42.86**

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

This item: WEbOL Wall Art Poster Marilyn Tapestry Monroe Banner Fade Resistant - Vivid Colors...
$14⁹⁹

DESHVA Music Enthusiasts Canvas Poster Set - (Unframed, 8x12 Inch) (4 Count) Travis Poster Scott
$12⁹⁹

Tenmiro Led Lights for Bedroom 100ft (2 Rolls of 50ft) Music Sync Color Changing Strip Lights wit...
$9⁹⁹

## Based on your recent shopping trends

Page 1 of 8 ⋮

‹                          ›

Pyramid America Marilyn Monroe-Glamour Shot, Movie Poster Print, 24 by 36-Inch
★★★★☆ 74
$10.99
FREE Shipping

Alice in Wonderland Blacklight Poster - Flockless Blacklight-Reactive Material - 24" x 36"
★★★★☆ 11
$12.99
FREE Shipping
Only 1 left in stock - order...

Pyramid America Marilyn Monroe-Bernard of Hollywood-Head Shot, Movie Poster Print, 24 by 36-Inch
★★★★★ 25
$12.99
Get it Feb 2 - 5
Only 9 left in stock - order...

Marilyn & Audrey Tattooing Scene by James Danger Harvey Poster 24x36 inches
★★★★☆ 378
Amazon's Choice in Posters & Prints
$11.47
Get it Jan 31 - Feb 5
FREE Shipping

Marilyn Monroe Reading Motion Picture Daily, New York, c.1955 Art Print by Ed Feingersh 16 x 20in
★★★★★ 19
Click for details
Get it Feb 5 - 6
FREE Shipping
Only 5 left in stock - order...

Scorpio Posters Marilyn Monroe - Money Shot - Officially Licensed - 24" x 36"
★★★★☆ 41
$13.49
FREE Shipping

New Black-Light Poster - Flaming Love Classic 23x35 Blacklight Poster Print, 23x35
★★★★★ 390
$14.49
FREE Shipping
Only 10 left in stock - orde...

## Product information

| | |
|---|---|
| Product Dimensions | 59 x 36 x 0.2 inches |
| Item Weight | 3.53 ounces |
| Manufacturer | WEbOL |
| ASIN | B0CNG8BK06 |
| Country of Origin | China |
| Item model number | WEB-006 |
| Best Sellers Rank | #2,311,591 in Home & Kitchen (See Top 100 in Home & Kitchen)
#11,228 in Tapestries |
| Date First Available | November 16, 2023 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ˅

## Product Description

This is a flag made from a durable polyester fabric with very vibrant colours, resistant to UV dyes, wind and rain and strong sunny weather details are displayed perfectly, with high colour reproduction and silky texture, buying him will surely make you feel that you are getting great value for your money.

## Important information

To report an issue with this product or seller, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...



ebay

Advanced

‹  Back to search results  ‹  Collectibles & Art  ‹  ...  ›  Figurines & Statues

🏷 SAVE UP TO 15%  See all eligible items and terms ▸








Have one to sell?  Sell now

### 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue

xiao453_82 (257)
98.9% positive · Seller's other items · Contact seller

**US $153.00**
or Best Offer
Was US $180.00 ⓘ
Save US $27.00 (15% off)

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩  Breathe easy. Returns accepted.

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: nanyang, China

Delivery:  🚚 Estimated between Thu, Feb 8 and Thu, Feb 29 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

  Earn up to 5x points when you use your eBay Mastercard®.  Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items          See all ›

Feedback on our suggestions

                              

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$144.50**
$170.00 15% off
Free shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$145.35**
$171.00 15% off
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$144.50**
$170.00 15% off
Free shipping
Seller with a 100% positive feedback

7" Art China Natural Boxwood Wood Hand-carved Beautiful Girl Women Monroe Statue
**$130.20**
$140.00 7% off
Free shipping

eBay for Charity turns 20
Celebrate 20 years by supporting your favorite charity.
Shop now

## Sponsored items inspired by your views          See all ›

Feedback on our suggestions

            

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay Party
New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party mask
New (Other)
**$17.42**
$19.79 12% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting gift
New (Other)
**$16.89**
$18.98 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy
New
**$14.36**
$16.13 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig style wave Elegant
New
**$16.30**
$18.11 10% off
Free shipping

Cos M
New
**$16.19**
$18.19 1
Free s

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 284374971876

Last updated on Dec 06, 2022 16:33:26 PST  View all revisions

## Item description from the seller

○ ○ ○ ○ ● ○ ○ ○ ○ ○



| | | |
|---|---|---|
| Accurate description | ——— 5.0 | |
| Reasonable shipping cost | ——— 5.0 | |
| Shipping speed | ——— 4.9 | |
| Communication | ——— 4.9 | |

**Popular categories from this store**  See all

Collectibles   Art   Antiques

Excellent Seller. Item just as described. Very pleased. Great communication. Fast shipping. A+

1.6" Rare Old China Cloisonne Silver inlay Red Gem Dynasty Palace Flower King (#284231120936)

🟢 4***n (392) • Past 6 months

Great seller. Items shipped and received very quickly and received exactly as shown and described. Excellent communication. I would buy from again without hesitation 100%

Old Chinese dynasty Huanghuali Wood Carved Dragon Imperial seal boxes Stamp Box (#284227359210)

🟢 6***6 (2) • Past 6 months

Great packaging, good shipping speed, item as described

20cm 8" Cloisonne Tibetan Dorje Phurba Vajra Vairadhara kila Phurpa meditation (#284405150043)

See all feedback



🔒 **SAVE UP TO 15%** ⓘ   See all eligible items →
Save up to 15.0%
Marked down item price reflects all savings. Items provided by xiao453_82

All promotional offers from xiao453_82

| 9cm Buddhism Antique Bronze carved Sakyamuni Amitabha Tathagata Buddha Statue | Japanese boxwood hand carved octopus fish Figure statue netsuke collectable | 2.4" Curio Chinese Bronze Animal Kylin Chi-lin Qilin Dragon Beast Small Statue鎮宅 | 2.8"China Tibetan silver Feng Shui lucky animal Butterfly statue amulet Pendant | Old Tibetan statue Buddhism bronze Medicine Buddha Sakyamuni Shakyamuni Buddha |
|---|---|---|---|---|
| Was: US $15.99 | Was: US $20.00 | Was: US $7.99 | Was: US $17.99 | Was: US $11.88 |
| Now: US $13.59 | Now: US $17.00 | Now: US $6.79 | Now: US $16.99 | Now: US $10.10 |

+ See all

You can change quantities in your cart.

Back to search results    Return to top

More to explore : Bone Antique Chinese Figurines & Statues Handcarved, Jade Antique Chinese Figurines & Statues with Handcarved, Elephant with Handcarved Antique Chinese Figurines & Statues, Wood Antique China Cabinets, China Statue Reproduction Asian Antiques, Wood China Cabinet Antique Furniture, Art Deco Antique China Cabinets, Dark Wood Tone Statue Indian Antiques, Medium Wood Tone Antique Japanese Statues, Dark Wood Tone Antique Chinese Figurines & Statues

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay     Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    Advanced

< Back to search results | Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces    Share | Add to Watchlist

**EXTRA 10% OFF 2+ ITEMS WITH CODE SFD5SF565SAD65**    See all eligible items and terms ▶







Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting

 xinjiang_jade (16774)
98% positive · Seller's other items · Contact seller

**US $16.68**
or Best Offer
Was US $18.53 ⓘ
Save US $1.85 (10% off)

Condition: **New without tags**
"Mala Yoga Prayer bracelet"

Quantity: [ 1 ]    3 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

Shipping:    Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:    Estimated between Fri, Feb 9 and Fri, Feb 16 to 30318 ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  mastercard  AMERICAN EXPRESS  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more




eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Similar sponsored items    See all >

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views    See all >

Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig style social wigs
New (Other)
**$16.58**
$18.63 11% off
Free shipping

Hand painted Oil painting original Art Portrait Marilyn Monroe on canvas 20"x24"
New (Other)
**$498.00**
+ $30.00 shipping
Seller with a 100% positive feedback

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$163.00**
$180.00 15% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay Party
New (Other)
**$17.01**
$18.99 10% off
Free shipping
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party mask
New (Other)
**$17.42**
$19.79 12% off
Free shipping

Cos M...
gold c...
New (O...
**$16.8...**
$18.9...
Free s...

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.    eBay item number: 364012796488

Last updated on Dec 04, 2023 13:12:15 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Classic Bonded | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | One Size |
| Country/Region of Manufacture | China | Department | Men |



| | | | |
|---|---|---|---|
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | | Item Weight | |
| MPN | | Style | |
| Texture | Straight | Theme | Cosplay |
| Type | Underwear | Wig Parting Type | C-Part |
| UPC | Does not apply | | |

## Item description from the seller





## EXTRA 10% OFF 2+ ITEMS WITH CODE SFD5SF565SAD65  See all eligible items →

SFD5SF565SAD65

All promotional offers from 1_87072



You may also like

Feedback on our suggestions








ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

Collectibles & Art > Art > Art > Paintings

< Back to search results

🏷 SAVE UP TO 10%    See all eligible items and terms







Have one to sell? Sell now

### YA1871 PURE HAND-PAINTED OIL PAINTING SEXY GIRL MARILYN MONROE 90CM UNFRAMED

 YA ART PAINTING (3517)
98.4% positive · Seller's other items · Contact seller

**US $34.52**
or Best Offer
Was US $38.35 ⓘ
Save US $3.83 (10% off)

Condition:    New

Quantity:    1    2 available

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

Shipping:    US $6.88 ePacket delivery from China. See details
International shipment of items may be subject to customs processing and additional charges.ⓘ
Located in: 浙江 温州市, China

Delivery:    🗓 Estimated between Thu, Mar 14 and Wed, Apr 3 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 23 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    60 days returns. Seller pays for return shipping. See details

Payments:    PayPal  GPay  VISA  ●●  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions

      

HOT AUCTION

Georges MANZANA-PISSARRO (1871-1961) French Riviera Landscape Impressionist Oil
Pre-owned
**$2,025.00**
$2,700.00 25% off
+ $90.00 shipping
Seller with a 100% positive feedback

High Quality Oil Painting Art On Canvas Handpainted Home decor Marilyn Monroe
**$77.22**
$99.00 22% off
Free shipping

Pablo Picasso Oil Painting Hand Signed On Original Old Canvas
Pre-owned
**$305.00**
42 bids
3h 35m
+ $69.90 shipping
Popular

modern Marilyn Monroe oil painting 100% hand-painted art on canvas
**$77.22**
$99.00 22% off
Free shipping
39 watchers



## Sponsored items inspired by your views    See all >

Feedback on our suggestions

        

VV162 Hand-painted portrait oil on canvas Marilyn Monroe Unframed 36"
**$39.72**
+ $12.72 shipping
12 watchers

Vintage Style Marilyn Monroe 90s Graphic Rap T-shirt Large Size Faded Black
New (Other)
**$64.97**
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Halloween HIGH
New
**$18.96**
$37.91 50% off
Free shipping

Hand-painted High Quality Oil Painting Marilyn Monroe Decorative Arts
**$77.22**
$99.00 22% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot party hair
New (Other)
**$17.54**
$19.70 11% off
Free shipping

Cos M
gold c
New
$15.1
$16.8
Free sh
Seller

About this item    Shipping, returns, and payments                                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 225777614043

Last updated on Jan 21, 2024 22:14:06 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Artist | YA |
| Size | Medium | Signed | No |
| Material | Acrylic, Canvas | Item Length | 60 cm |
| Framing | Unframed | Subject | Art |
| Type | Painting | Item Height | 90 cm |

| Type | Painting | Item Height | 90 cm |
| Style | Art Deco | Features | UNFRAMED/UNSTRETCHED,ONLY CANVAS |
| Production Te... | ...r... | Handmad... | |
| Time Period Produced | 2020-Now | | |

## Item description from the seller



### PRODUCT DESCRIPTION

Status:Unframed,Unstretched,only canvas,can not hang directly,the pictures are effect pictures,for reference

Unframed/Framed:Unframed

**The painting size: 60x90cm,can make other size**,40x60cm/50x75cm/60x100cm/60x120cm/70x100cm/80x120cm/90x150cm/100x150cm...etc,if you need,please contact me,different size different price

Material: Canvas

Note: The pictures only for your reference,Make according to the pictures,but Hand painted,not printed,So the real oil painting is Very difficult to be exactly the same as the pictures,Basically can not,please understand.





| Shipping speed | — | 4.9 |
| Communication | — | 4.7 |

**Popular categories from this store**  See all

Art



p***g (346) • Past 6 months

Hand painted as described. Delivered before estimated time. Pleased with the picture and service.

YAI003 Hand-painted oil painting on canvas 24" Bird Crow Unframed Home decor (#2243S0179047)

0***2 (1087) • Past year

Fast shipping, just as described, wrapped with care, great seller!

YAI55 GUSTAV KLIMT FIGURE PEOPLE OIL PAINTING KISS 36IN HAND-PAINTED ART COPY (#225899283478)

See all feedback

---



🔥 **SAVE UP TO 10%** ⓘ  See all eligible items →

Take 10% off each item 0107-0206

Marked down item price reflects all savings. Items provided by paintingdecor

**All promotional offers from paintingdecor**

| YAI06 Pure handpainted oil painting texture abstract flower on canvas | YAI812 CANVAS ANIMAL OIL PAINTING HORSES HAND-PAINTED UNFRAMED 80x120cm | YA2603 LARGE CANVAS PURE HAND-PAINTED OIL PAINTING IMPRESSION CITY 48" UNFRAMED | Y2491-I MONET STYLE PAINTING WATER LILIES HAND-PAINTED ART COPY 70CM UNFRAMED | YAI673 Modern Canvas abstract decorative painting Blue streetscape Hand-painted |
| Was: | Was: US$88.00 | Was: US$45.88 | Was: US$38.50 | Was: |
| Now:  US $38.70 | Now:  US $79.20 | Now:  US $41.29 | Now:  US $34.66 | Now:  US $29.73 |

You can change quantities in your cart.


PRINCESS  UP TO **40**% OFF **FREE** ROOM UPGRADE  BOOK NOW

*Terms and conditions apply.

Back to search results

Return to top

More to explore : Oil Painting Dog Art Paintings,  Oil Painting Equestrian Art Paintings,  Oil Painting Russian Art Paintings,  Oil Painting Paris Art Paintings,  Oil Painting Abstract Art Paintings,  Oil Painting Nautical Art Paintings,  Oil Painting Surrealism Art Paintings,  Oil Painting Ducks Art Paintings,  Oil Painting Christmas Art Paintings,  Oil Painting Expressionism Art Paintings

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

ebay

< Back to search results · Health & Beauty > Hair Care & Styling > Hair Extensions & Wigs > Wigs & Hairpieces

Share | Add to Watchlist



## Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free hair net

yangyangdeye 18 (242)
96.2% positive · Seller's other items · Contact seller

**C $19.67**
Approximately US $14.63
or Best Offer
Was C $22.10 ⓘ
Save C $2.43 (11% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Quantity:  [ 1 ]   3 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:  **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  🕒 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  ●●  ⌚

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

ⓢ **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

---

### Similar sponsored items    See all >

Feedback on our suggestions

   

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design party
New (Other)
**$16.14**
$18.14 11% off
Free shipping
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
**$16.82**
$18.90 11% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.08 11% off
Free shipping
20% off 3+ with coupon

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions

 

Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD party
Now
**$14.84**
$16.67 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New (Other)
**$16.82**
$18.90 11% off
Free shipping
10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask social
New (Other)
**$15.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig heat resisting
Now
**$16.49**
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
**$168.30**
$198.00 15% off
Free shipping

Cos M
gold c
Now
**$18.9**
$21.77
Free s
Seller

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 144874628641

Last updated on Jul 25, 2023 09:36:03 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-in | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |
| Texture | Curly | Theme | Cosplay |
| Type | Underwear | Wig Parting Type | C-Part |
| UPC | Does not apply | | |

## Item description from the seller



Short black Turn over fluffy Single
horsetail cosplay Wig gift Party
31.38 CAD
Free shipping

Cyan girl long straight hair tilted
cosplay wig new Elegant Party
35.31 CAD
Free shipping

Tangwine BOY short straight hair tilted
frisette cos wig Party breathable hair
23.72 CAD
Free shipping

Brown men short back - warped Short
straight hair cosplay wig design wigs
23.81 CAD
Free shipping

Black white boy fmsy short hair tilted
frisette cosplay wig gift heat resisting
29.39 CAD
Free shipping

Ochre reddish reddish brown Anime
characters Cosplay wig Party hair
27.49 CAD
Free shipping

Brown girl horsetail long curly middle
parting hair style cos wig healthy
33.99 CAD
Free shipping

Rose pink short Inclined bang Anime
characters cosplay Wig wave washable
31.44 CAD
Free shipping

Light pink girl short curly hair neat bang
cosplay wig Elegant HIGH wave
27.68 CAD
Free shipping

Mix purple girl long straight hair tilted
frisette cos wig Party breathable
27.69 CAD
Free shipping

Pink gradual blue purple girl long curly
hair cos wig Halloween Synthetic
38.89 CAD
Free shipping

Home    Shipping    Payment    Return Policy    About Us    Contact Us

You may also like

Cos Marilyn Monroe short paragraph pale gold curly hair wig ha

Popular categories from this store    See all

Bracelet    Earrings    Necklace    Ring    Pendant    Loose bead

Wig    Store promotion-30%    Set

As shown, great price, fast delivery. Would buy again from dealer .Thank you, Judy
Natural Turquoise tortoise gemstone necklace 36 inches Chic Chakra Yoga Beaded (#144867730358)

V***m (1403) • Past month

Very Good Seller. Very nice item. Very pleased. Good communication. Fast shipping.
Natural Obsidian Carved Dragon Lucky Amulet Pendant Gift Jewelry Healing Fashion (#144939268079)

See all feedback

You may also like    Feedback on our suggestions







Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

ebay    

Advanced

Back to search results  ›  Jewelry & Watches  ›  ...  ›  Pocket Watches                    Share · Add to Watchlist








Have one to sell? Sell now

### Retro Mini Marilyn Monroe Pattern Quartz Pocket Watch with Necklace Chain Gifts

yizlxstore (29584)
99.2% positive · Seller's other items · Contact seller

**GBP 4.08**
Approximately US $5.39
or Best Offer
Was GBP 4.29 ⓘ
Save GBP 0.21 (5% off)

Condition:  New with tags

Sale ends in:  13d 11h

Quantity:  1    More than 10 available / 2 sold

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

↺ Breathe easy. Free shipping and returns.

Shipping:  Free Economy Shipping. See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Located in: Guangzhou, China

Delivery:  ⓘ Estimated between Wed, Feb 21 and Tue, Mar 26 to 30338 ⓘ
This item has an extended handling time and a delivery estimate
greater than 18 business days.
Please allow additional time if international delivery is subject to
customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  GPay  VISA  ●●    Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

eBay for
Charity
turns 20
Celebrate with us
by supporting your
favorite charity.
Shop now

---

## Similar sponsored items    See all >                    Feedback on our suggestions







Marilyn Fashion Pocket Watch
Retro Sweater Necklace Chain
Watches Lady Girl Gift
New
$4.42
$4.76 7% off
Free shipping
Seller with a 99.6% positive
feedback

Vintage Quartz Pocket Watch
Gift Retro Necklace Marilyn
Monroe Full Hunter Women
New
$5.08
Free shipping
38 sold

HOT AUCTION
GENTS 9ct GOLD EVER/TE
DATE/DISPLAY QUARTZ SWISS
WATCH - NEW BATTERY FITTED.
Pre-owned
$113.22
13 bids
1d 3h
+ $27.36 shipping
Seller with a 100% positive
feedback

Marilyn Monroe Small Pocket
Watch Long Chain
Pre-owned
$39.99
+ $5.90 shipping
Seller with a 100% positive
feedback

---

## Sponsored items inspired by your views    See all >                    Feedback on our suggestions




3D Marilyn Monroe Duvet Cover with
Pillow Cases Bedding Set Single Double
King
New
$29.25
+ $25.43 shipping
32 sold

1/6 Scale Female Marilyn Monroe Head
Sculpt Carved Painted For 12" PH Figure
New
$29.19
$32.43 10% off
Free shipping
Seller with a 99.6% positive feedback

Marilyn Monroe Blondes Figure Action
Figure Toys Sculpture Beauty Collection
PVC
New
$12.64
Free shipping
Seller with a 100% positive feedback

1pc Marilyn Monroe Blondes with Base
Cake Sculpture Beauty Collection Toy
Statue
New
$16.99
Free shipping

7"old Chinese Boxwood carving famous
artistactor Marilyn Monroe statue
sculpture
$105.60
$120.00 12% off
Free shipping

Cos M
gold ca

New (O
$16.14
$17.93
Free sh
10% of

---

About this item    Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 385487095227

Last updated on Jul 03, 2023 22:16:31 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Case Colour | Silver | Case Material | Stainless Steel |
| Closure | Full Hunter | Country/Region of Manufacture | China |
| Customised | No | Department | Unisex Adult |
| Dial Colour | White | Display | Analog |

| Features | | Indices | Arabic Numerals |
|---|---|---|---|
| | 12-Hour Dial | | Arabic Numerals |
| Model | | Movement | Quartz |
| MPN | Does Not Apply | Strap Type | One-Piece Strap |
| Style | Casual | Theme | Awareness |
| Type | Pocket Watch | Water Resistance | Not Water Resistant |
| With Original Box/Packaging | No | With Papers | No |
| Year Manufactured | 2010-Now | EAN | Does not apply |

## Item description from the seller



Value Added Tax Number: GB 284347774



## You may also like

Feedback on our suggestions









## More from this shop








Oil Paintings on Canvas art Lad...
Ymipainting
$319.20
~~$399.00~~ (20% off)
FREE shipping

Oil Paintings on Canvas art gre...
Ymipainting
$98.57
~~$123.21~~ (20% off)
FREE shipping

Koi fish painting,Gold fish pain...
Ymipainting
$113.77
~~$142.21~~ (20% off)
FREE shipping

Sea Waves Original Abstract p...
Ymipainting
$98.57
~~$123.21~~ (20% off)
FREE shipping

Teal wall art,Silver glitter wall a...
Ymipainting
$103.37
~~$129.21~~ (20% off)
FREE shipping

Monet Van Gogh F...
56 items

Teal green-blue |C...
115 items

All
670+ items

## You may also like including Ads ⓘ

See more








Marilyn Monroe Black and Whit...
LorienProCanvas
$38.25
~~$54.64~~ (30% off)
FREE shipping

Large Original Oil Painting Ori...
EliArtDesign
$336.16
~~$560.26~~ (40% off)
FREE shipping

Marilyn Monroe Painting Origin...
ArtBolot
$105.00
~~$140.00~~ (25% off)
FREE shipping

Original large Abstract paintin...
TabloStudio
$76.88
~~$153.76~~ (50% off)
FREE shipping

Extra Large Paintings On Canv...
EliArtDesign
$336.16
~~$560.26~~ (40% off)
FREE shipping

Marilyn Monroe Painting Origin...
ArtBolot
$127.50
~~$170.00~~ (25% off)
FREE shipping








Audrey Hepburn Framed Canv...
Ad by Etsy seller
$55.70
~~$69.63~~ (20% off)
FREE shipping

Marilyn Monroe, 2 panel canva...
Ad by Etsy seller
$92.56
~~$102.85~~ (10% off)
FREE shipping

Marilyn Monroe Black and Whit...
Ad by Etsy seller
$38.25
~~$54.64~~ (30% off)
FREE shipping

Marilyn Monroe Fine Line Draw...
Ad by Etsy seller
$37.77
~~$68.67~~ (45% off)
FREE shipping

Audrey Hepburn Wall Art, Mari...
Ad by Etsy seller
$51.57
~~$85.95~~ (40% off)
FREE shipping

Marilyn and Audrey Tattoo Sho...
Ad by Etsy seller
$38.99

## Explore related searches

 Original Painting
 Wall Pictures
 Wall Decor
 Abstract Painting
 Portrait Painting
 Large Painting
 Oil Painting
 Painting on Canvas
 Canvas Painting
 Framed Wall Art
 Marilyn Monroe
 Grey Black
 Lady Painting



## Explore more related searches

Personalized Gifts

Listed on Jan 3, 2024    34 favorites

All categories > Art & Collectibles > Painting > Oil

Report this item to Etsy

  Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

   

🇺🇸 United States | English (US) | $ (USD)    © 2024 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions



Advanced

< Back to search results · Clothing, Shoes & Accesso... > ... > Accessories > Wigs & Facial Hair










Have one to sell? Sell now

### Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net

yoga_AIBA (3424)
100% positive · Seller's other items · Contact seller

**GBP 13.26**
Approximately US $16.87
or Best Offer
Was GBP14.90 ⓘ
Save GBP1.64 (11% off)

Condition: New with tags

Sale ends in: 10d 4h

Quantity: [ 1 ]    3 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:  Free Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  GPay  VISA  ●●  AMEX

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all >

Feedback on our suggestions


Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback


Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.06 11% off
20% off 3+ with coupon


Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD
New (Other)
**$15.90**
$18.07 12% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions


Large Hand Painted Oil Painting on Canvas for Home wall Decor Art-Marilyn Monroe
**$80.34**
$103.00 22% off
Free shipping


Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy wave
New (Other)
**$14.29**
$16.06 11% off
+ $7.26 shipping


7"old Chinese Boxwood carving famous artist actor Marilyn Monroe statue sculpture
**$105.60**
$120.00 12% off
Free shipping


Ladies Synthetic Hairs High Temperature Fiber Marilyn Monroe Wigs For Ladies New
New
**$27.19**
$31.99 15% off
Free shipping
Last one


For 12" PH Figure 1/6 Scale Female Marilyn Monroe Head Sculpt Carved Painted
New
**$29.19**
$32.43 10% off
Free shipping
Seller with a 99.9% positive feedback.

The Ma
New
**$19.99**
Free sh
Seller

| About this item | Shipping, returns, and payments |
Report this item

Seller assumes all responsibility for this listing.

eBay item number: 176174916885

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Country/Region of Manufacture | China | Hair Style | Wavy |
| Main Colour | Multi | Material | 100% Silk |
| Modification Description | Yes | Modified Item | Yes |
| MPN | Does Not Apply | Theme | Dreadrock |
| Type | Wig | EAN | Does not apply |

## Item description from the seller

✔ 100% Genuine    🔒 High Quality    🚚 Fast Shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net

PRODUCT DESCRIPTION

Condition: 100% brand new, high Heat Resistant Fiber Synthetic Hair ,the quality heat resistant fiber of this wig is just like a human hair
Cap Size : Average
Others: This wig is made up with the most expensive synthetic fiber and used the most advanced Japanese technology to produce. We accept Paypal only.

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

s***s (207) • Past month

Great pearls, accurately described, good communication, well packed, speedy delivery. Thank you.

Huge AAA 16mm Black South Sea Shell Pearl Earring 14K Gold Hook Mesmerizing Hoop (#176493759896)

0***e (237) • Past month

Items arrived, well packaged, look fabulous... much larger than the pics show.

Natural 14X14mm southsea White shell Pearl Tear Drop Hoop Earrings Fashion (#175504169001)

b***w (485) • Past 6 months

Excellent seller, great communication buy with 100% confidence, delighted. Arrived super fast too

16mm Tahitian gray South Sea Pearl Earring 18k gold Charming DIY Flawless (#176302293169)

**Popular categories from this store**    See all

Crafts     Home & Garden     Jewelry & Watches     Health & Beauty

See all feedback

**You may also like**                                                Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs Elegant
New
$19.85
$39.69 50% off
+ $8.51 shipping
Seller with a 99.2% positive feedback



Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW
New
$9.99
+ $9.80 shipping
Seller with a 99.1% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig hair Free hair net
New
$18.65
$39.69 53% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig breethable
New
$18.65
$39.69 53% off
Free shipping
Seller with a 100% positive feedback



Natural Black Brown Wigs for Women Natural Fluffy Wavy Wig with Bangs for Women
New
$13.99
$19.99 30% off
Free shipping
91 sold



Cos Marilyn Monroe short paragraph pale gold curly hair wig washable
New
$19.85
Free shipping



Marie Antoinette Cosplay Wig Princess Medium Curly Heat Resistant Hair Wigs
New (Other)
$15.68
$16.80 5% off
+ $6.09 shipping
20 sold



Sexy Marilyn Monroe Wig Adult Iconic Bombshell Wavy Platinum Blonde 70468
New
$12.74
$14.99 15% off
+ $3.09 shipping
Top Rated Plus



Platinum Blonde Hair Wigs with Bangs Long Wavy Synthetic for Women Fanshion Wigs
New
$17.09
$17.99 5% off
Free 3-5 day shipping
Seller with a 99.3% positive feedback



Lady 80cm Long Curly Wigs Fashion Cosplay Costume Hair Anime Full Wavy Party Wig
New
$9.99
$12.49 20% off
Free 4 day shipping
9518 sold







Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig pretty new hot

New (Other)
**$16.14**
~~$18.14~~ 11% off
Free shipping
25% off 5+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot

New (Other)
**$14.59**
~~$16.43~~ 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig 1

New (Other)
**$15.90**
~~$18.07~~ 12% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig washable

New (Other)
**$16.06**
~~$18.05~~ 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig healthy

New (Other)
**$16.02**
~~$18.00~~ 11% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig unisex's new hot

New (Other)
**$14.80**
~~$16.63~~ 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable

New (Other)
**$17.01**
~~$18.90~~ 10% off
Free shipping
20% off 3+ with coupon


Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig 1

New
**$16.90**
~~$18.99~~ 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig gift healthy

New (Other)
**$18.12**
~~$16.99~~ 11% off
Free shipping


Sponsored
Short Curly Hair Cream Blond Cosplay Full
Daily party Wigs +free cap hot

New
**$16.61**
~~$37.66~~ 56% off
Free shipping
Seller with a 100% positive feedback


Sponsored
Smithys Official Marilyn Monroe Bombshell
Wig Adults Ladies Fancy Dress

New
**$18.43**
+ $3.82 shipping


Sponsored
Short Curly Hair Cream Blond Cosplay Full
Daily party Wigs +free cap social

New
**$18.08**
~~$37.66~~ 52% off
Free shipping
Seller with a 99.2% positive feedback


Sponsored
Short Curly Hair Cream Blond Cosplay Full
Daily party Wigs healthy design HIGH

New
**$17.68**
~~$35.37~~ 50% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Queen Fashion Wig Marie Antoinette
Cosplay Party Wigs washable stretchy

New
**$24.51**
~~$52.16~~ 53% off
14 watchers


Sponsored
Short Curly Hair Cream Blond Cosplay Full
Daily party Wigs HaraJuku free cap

New
**$17.68**
~~$35.37~~ 50% off
Free shipping



---

Back to search results                                                                Return to top

More to explore :   Gold Costume Wigs Hair Curly,   Curly Hair Wig Costume Wigs & Facial Hair,   Gold Curly Costume Wigs & Facial Hair,   Curly Hair 1980s Costume Wigs Hair,   Curly Hair Costume Wigs & Facial Hair,
Curly Hair Baroque Costume Wigs Hair,   Granny Curly Hair Wig Costume Wigs & Facial Hair,   Gray Curly Hair Wig Costume Wigs & Facial Hair,   Curly Hair Wig 1950s Costume Wigs & Facial Hair,   Handmade Curly Hair Wig Costume Wigs & Facial Hair

### Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 3B Mid Chinese New Year 2024 | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay    



Advanced

< Back to search results · Health & Beauty · Hair Care & Styling · Hair Extensions & Wigs · Wigs & Hairpieces            Share · Add to Watchlist










Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant



Yoga_Jewellery (468)
100% positive · Seller's other items · Contact seller

### C $19.62
Approximately US $14.59
or Best Offer
Was C $22.06 ⓘ
Save C $2.43 (11% off)

Condition:  New without tags
"Mala Yoga Prayer bracelet"

Sale ends in:  5d 6h

Quantity:  [ 1 ]    5 lots available (10 items per lot)

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  ⏱ Estimated between Thu, Feb 15 and Thu, Mar 21 to 30318 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  ●●  ⬛
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items    See all >            Feedback on our suggestions






Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot
New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot design perty
New (Other)
**$16.14**
$18.14 11% off
25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot washable
New (Other)
**$17.01**
$18.90 10% off
20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
**$16.06**
$18.06 11% off
20% off 3+ with coupon

### Sponsored items inspired by your views    See all >            Feedback on our suggestions








Cos Marilyn Monroe short paragraph pale gold curly hair wig washable breathable
Now
**$14.64**
$16.44 11% off
Free shipping

Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
**$12.99**
Free shipping

Nostalgic Marilyn Monroe Pattern Waterproof Black White Bathroom Shower Curtain
New
**$25.89**
Free shipping
8 watchers

Marilyn Monroe Blonde 5D Picture Diamond Painting Kit Rhinestone Wall Decor Art
New
**$11.29**
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

100% hand short hair fashion Marilyn Monroe oil painting art on canvas
**$74.10**
$95.00 22% off
Free shipping
7 watchers

Marilyn Sculpt
Now
**$12.95**
Free s

About this item | Shipping, returns, and payments            Report this item

Seller assumes all responsibility for this listing.            eBay item number: 354492220725

Last updated on Sep 12, 2023 00:48:03 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags ⓘ | Seller Notes | "Mala Yoga Prayer bracelet" |
| Attachment Type | Clip-In | Brand | Unbranded |
| Cap Construction | Monofilament | Cap Size | Medium |
| Country/Region of Manufacture | China | Department | Men |
| Hair Color Shade | Pink | Hair Origin | Human Hair |
| Item Length | 7 in | Item Weight | 3.08 lb |
| MPN | 3 | Style | Beaded |
| Texture | Curly | Theme | Cosplay |
| Type | Underwear | Wig Parting Type | C-Part |
| UPC | Does not apply | | |

## Item description from the seller



For Cosplay Kaneki Ken Short White
Costume Wigs +Wig CAP HIGH gift
17.39 CAD

Free shipping

Dark wine red girl Single ponytail long
curly hair cosplay wig High Quality
43.98 CAD

Free shipping

Long black party mask celebrity girl
fake hair wig Cosplay new hair
24.07 CAD

Free shipping

Black red purple Cream gold girl long
curly hair cosplay wig wave Halloween
26.04 CAD

Free shipping

Sexy Lady Long Wavy Curly Blonde
Party Hair Full Cosplay Wig heat
21.99 CAD

Free shipping

Argentale Long straight hair neat bang
girl party Cosplay wig Halloween
22.63 CAD

Free shipping

Demon Slayer Kimetsu no Yaiba
Kamado Nezuko Long Curly Hair Wig
28.24 CAD

Free shipping

Golden long Cos curly blonde hair
double ponytail Girl wigs style new
47.19 CAD

Free shipping

Black gray gradual red girl long straight
hair cosplay wigs stretchy Synthetic
26.04 CAD

Free shipping

Hairpiecas Women Black Long Straight
Hair Daily Wigs healthy Cosplay hair
26.04 CAD

Free shipping

Yu-Gi-Oh! ZEXAL Quattro Vetrix red
yellow Anime Cos Wig Synthetic
29.35 CAD

Free shipping

Birds Of Prey Harley Quinn Wigs Short
Yellow Synthetic Hair heat resisting
22.36 CAD

Free shipping

Tokyo Revengers Matsuno Chifuyu
Short Anime Cosplay Party Wig party
19.96 CAD

Free shipping

Lolita Short pink Curly Wavy Wig Party
Cosplay Wigs Harajuku Cosplay party
15.27 CAD

Free shipping

Mix black white Short straight middle
parting hair cosplay wig style hair HIGH
18.86 CAD

Free shipping

JOJO´s Bizarre Adventure Xu Lun
Empty Cosplay Wig Short Wigs healthy
37.63 CAD

Free shipping

Red long straight bang lolita Collar
bone hair cosplay Wig High Quality hot
22.63 CAD

Free shipping

Short &Wavy Snow White Adult Fancy
Costume Wig +Red bow headband
29.35 CAD

Free shipping

Black short hair fluffy Turn warped
cartoon cosplay wig Party party new
17.39 CAD

Anime TouHou Project Alice Wigs
Harajuku Short Curly design HIGH new
21.07 CAD

Deep blue black girl long curly hair
tilted frisette cos wig social breathable
21.07 CAD

Snow girl Hino Rei Cosplay Wig Black
purple Bang Yin-Yang Division unisex's
29.35 CAD

Cruella De Vil Cosplay Wig Black White
Short Curly Hair Wigs Halloween
17.39 CAD

---

## You may also like

Feedback on our suggestions








Cos Marilyn Monroe short paragraph pale
gold curly hair wig new style STANDARD

New (Other)

**$16.66**

0 bids

Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig unisex's new hot

**$14.80**

$16.63 11% off

Free shipping

Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot design party

New (Other)

**$16.14**

$18.14 11% off

Free shipping

25% off 5+ with coupon

Cos Marilyn Monroe short paragraph pale
gold curly hair wig style breathable

New (Other)

**$16.06**

Free shipping

20% off 3+ with coupon

Marie Antoinette Cosplay Wig Princess
Medium Curly Heat Resistant Hair Wigs

New (Other)

**$18.50**

+ $3.00 shipping

57 sold







Cos Marilyn Monroe short paragraph pale
gold curly hair wig STANDARD

New (Other)

**$15.90**

$18.07 12% off

Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig Party style

New (Other)

**$16.14**

$17.99 10% off

Free shipping

10% off 2+ with coupon

Cos Marilyn Monroe short paragraph pale
gold curly hair wig gift healthy

New (Other)

**$15.12**

$16.09 11% off

Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wigs stretchy

New (Other)

**$15.82**

$17.58 10% off

Free shipping

20% off 3+ with coupon

Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair Free hair net

New (Other)

**$14.63**

$16.43 11% off

Free shipping







Sponsored

Sponsored

Sponsored

Sponsored

Sponsored

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig curls timeshine

New
**$14.64**
$16.44 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot

New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig you hair

New (Other)
**$16.14**
$18.14 11% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig piece

New (Other)
**$15.12**
$16.99 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig

New
**$16.90**
$18.99 11% off
Free shipping
20% off 3+ with coupon






Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot washable

New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig hot HIGH healthy

New (Other)
**$16.02**
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

Pre-owned
**$14.99**
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue.

New
**$12.99**
Free shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

New
**$13.99**
Free shipping
10 watchers







Sponsored
Cos Marilyn Monroe short paragraph pale
gold curly hair wig party mask social

New (Other)
**$15.12**
$16.99 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue

Pre-owned
**$17.69**
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue.

New
**$12.99**
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue.

New
**$12.99**
Free shipping

Sponsored
Nostalgic Marilyn Monroe Pattern
Waterproof Black White Bathroom Shower
Curtain

New
**$25.89**
Free shipping
8 watchers







**Find more sponsored items**

Feedback on our suggestions

ebay    Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

Advanced

‹ Back to search results · Clothing, Shoes & Accesso... › ··· › Accessories › Wigs & Facial Hair



‹    ›

Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new Cosplay

Yoga_mala (93)
93.3% positive · Seller's other items · Contact seller

### AU $24.56
Approximately US $16.29
or Best Offer
Was AU $27.60 ⓘ
Save AU $3.04 (11% off)

Condition:  New with tags

Quantity:  1    3 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺  Breathe easy. Free shipping and returns.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:  🚚 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



**How confident do you feel about your retirement?**

## Similar sponsored items    See all ›

Feedback on our suggestions

      

| Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot | Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask | Golden long Cos curly blonde hair double ponytail Girl wigs washable Halloween |
| New (Other) | New (Other) | New | New |
| $14.80 | $14.59 | $16.15 | $29.18 |
| $16.63 11% off | $16.40 11% off | $16.84 10% off | $32.43 10% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 99.4% positive feedback | Seller with a 100% positive feedback |

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

  

| Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy | Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic gift | 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Cos Marilyn Monroe short paragraph pale gold curly hair wig party mask | Cos M... gold c... |
| New (Other) | New (Other) | New (Other) | New | New (Other) | New |
| $16.02 | $16.24 | $144.50 | $180.00 | $18.90 | $15.4... |
| $18.00 11% off | $18.25 11% off | $170.00 15% off | $200.00 10% off |  | $17.21... |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free s... |
| Seller with a 99.2% positive feedback |  | Seller with a 100% positive feedback |  | 10% off 2+ with coupon |  |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 234893866176

Last updated on Sep 12, 2023 00:46:15 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, unworn and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

**Item description from the seller**












## You may also like

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale
gold curly hair wig party party mask
New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Cos Marilyn Monroe short paragraph pale
gold curly hair wig Cosplay
New
$15.49
$17.21 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig hair washable
New
$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale
gold curly hair wig high-temperature new
New
$14.75
$16.39 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale
gold curly hair wig soclsi Elegant
New
$15.14
$17.02 11% off
Free shipping

Hi Jeffrey! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact          Sell | Watchlist | My eBay

ebay          Advanced

< Back to search results | Toys & Hobbies > Models & Kits > Spacecraft                    Share · Add to Watchlist








Have one to sell? Sell now

### 1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box


yongdds (3)
100% positive · Seller's other items · Contact seller

**US $60.00**
0 bids · Ends in 2h 29m · Today 09:38 AM

Condition: New

**Place bid**

♡ Add to watchlist

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: NanYang, China

Delivery: 🚚 Estimated between Tue, Feb 20 and Mon, Mar 25 to 30318 ⓘ
Please note the delivery estimate is greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  ●●●  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



## Similar sponsored items     See all >

Feedback on our suggestions






Marilyn Monroe Sexy Dress 14.2" 1/6 Scale Figure Custom Resin Model Kit Statues
New
$134.95
Free shipping
Seller with a 99.4% positive feedback

1/10 Bust Lady Resin Figure Model Kit Marilyn Monroe Unpainted Unassembled Toys
New
$17.09
$18.99 10% off
Free shipping
8 watchers

1/24 RESIN FIGURE Model Kit 75mm Marilyn Girl Unassembled Unpainted Toy NEW Gift
New
$19.00
Free shipping

Marilyn Monroe Beauty Woman Unpainted Unassembled 3D printed Kit Resin Model GK
New
$43.95
+ $4.99 shipping
Seller with a 99.2% positive feedback

## Sponsored items inspired by your views     See all >

Feedback on our suggestions







Georgia Bulldogs RED 14oz Sculpted Relief Coffee Mug NCAA
New
$15.95
+ $6.09 shipping
⚡Top Rated Plus
Seller with a 100% positive feedback

PARANOID [10/9] NEW VINYL
New
$135.98
Free shipping
Direct from MovieMars
10 watchers

Blueberry Handmade Electric Guitar Hollow Body Seymour Duncans Built to Order
New
$2,850.00
+ $100.00 shipping
Seller with a 100% positive feedback

Christmas Elf Props Kit 24 Days of Xmas Elf Activities Elf Countdown Kids Gift
New
$18.33
+ $3.99 shipping
7 watchers

Dire Straits - Making Movies [New Vinyl LP]
New
$24.73
$24.99 1% off
Free shipping
Direct from DirectToU

Elf acc...
Christ...
New
$22.9
+ $5.9
Seller

---

| About this item | Shipping, returns, and payments |          Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 285663627983

Last updated on Jan 24, 2024 06:34:32 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Does not apply |
| Type | Does not apply | acg name | FROZEN |
| original package | YES | version type | First Edition |
| Model | Marilyn Monroe Action Figure | warning | Marilyn Monroe Action Figure |
| dimensions | 40cm | puppets type | model |
| by animation source | JAPAN | commodity attribute | Finished Goods |
| completion degree | Finished Goods | mfg series number | model |
| Theme | Movie & TV | gender | Unisex |
| Item type | model | recommend age | 14+y |
| origin | Mainland China | UPC | Does not apply |

### Item description from the seller

New Sexy model Marilyn Monroe Action Figure 1/4 One Of The Greatest Actresses Statue Model Toys Decoration Doll
Selling PolSize: about 40cm
Commodity material:PVC
Condition:100% New









nice

Rare desert Dragon 60RV Pz.Kpfw.I Aug.LA Early tank Kit 1:35 ww2 model ehika (#395631366449)

d***a (2443) • Past 6 months

Excellent seller!!!

Border BT-028 1/35 Pz.Kpfw.IV L/70(A) Mid Production Model Kit (#295473054657)

See all feedback



Back to search results

Return to top

More to explore :   Marilyn Manson Music Action Figures,   Female Statue Action Action Figures,   Female Statue Action Figures & Accessories,   Blue Box Military & Adventure Action Figure 1:18 Action Figures,
1:12 OOO MODEL Military & Adventure Action Figure Action Figures,   Blue Box Military & Adventure Action Figure 1:6 Scale Action Figures,   OOO MODEL Military & Adventure Action Figure 1:6 Action Figures,   Action Figures Box Protectors,
1:12 Military & Adventure Action Figure Action Figures,   Military & Adventure Action Figure 1:18 Action Figures

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice






ebay 
Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    

Sell    Watchlist    My eBay    Advanced

< Back to search results · Collectibles & Art · Collectibles · Transportation · Subways

Share · Add to Watchlist







Have one to sell? Sell now

### Hong Kong Audrey Hepburn, Marilyn Monroe 2V MTR Ticket Train Subway Collectible

Youngwai3962 Philatelic Company (21703)
100% positive · Seller's other items · Contact seller

## US $7.00

Condition:  **Used**
*"Good Condition"*

Quantity:  [ 1 ]    2 available

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:    US $4.50 Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: hong kong, Hong Kong

Delivery:    Estimated between Wed, Feb 7 and Wed, Feb 28 to 30318 ⓘ
Please note the delivery estimate is greater than 2 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ●●  ▬▬  DISCOVER

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
( Shop now )


### Similar sponsored items    See all >

Feedback on our suggestions






| Vintage New York City Subway Sign Scroll/Broadway/Central Park/Fifth Avenue Mta | NYC NY VINTAGE SUBWAY ROLL SIGN NYCTA #5 #2 TRAIN BROOKLYN BRONX MTA TAPE... | Vintage 1920's NYC Subway Overhead Advertising Poster Goodman's Matzoths | VTG. SESAME STREET "A" Train NYC subway NY State Museum Poster 20" X 32" Stain |
| $320.00 | $274.95 | $325.00 | $8.99 |
| Pre-owned | Free shipping | 0 bids | + $8.00 shipping |
| + $16.50 shipping | Seller with a 100% positive | 1d 2h | Seller with a 100% positive |
| Seller with a 100% positive feedback | feedback | + $21.97 shipping | feedback |
| | | Seller with a 100% positive feedback | |

### Sponsored items inspired by your views    See all >

Feedback on our suggestions







| 5x Marilyn Monroe Classic Movie Actress Actor 25mm / 1 inch D Pin Button Badges | Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable unisex's | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature | Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality | 7"old C... artista... sculpt... |
| New | New (Other) | $92.40 | New (Other) | New (Other) | $100.0 |
| $4.44 | $15.98 | $110.00 16% off | $17.60 | $14.45 | $120.0 |
| + $3.80 shipping | $17.74 11% off | Free shipping | $19.66 11% off | $16.06 10% off | Free st |
| Seller with a 99.7% positive feedback | Free shipping | Seller with a 100% positive feedback | Free shipping | Free shipping | Seller |
| | | | 20% off 3+ with coupon | 10% off 2+ with coupon | |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Sep 06, 2023 22:12:56 PDT View all revisions                    eBay item number: 195426650123

## Item specifics

| Condition | Used ⓘ | Seller Notes | "Good Condition" |
| Country/Region of Manufacture | Hong Kong | Modified Item | No |

## Item description from the seller

**Hong Kong Audrey Hepburn, Marilyn Monroe 2V MTR Ticket Train Subway Collectible, Nice, I do combine shipping**



**Youngwai3962 Philatelic Company**

100% Positive Feedback
164K items sold

Joined Mar 2004

Visit store
Contact
♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

Australia Stamp S/S & FDC    Canada Sheetlet, Stamp & S/S

China Hong Kong Macau Bankn...    China Pack, Booklet & Postcard

China Souvenir Sheet S/S    China Special Sheetlet & S/S

China Stamp & FDC    China Stamp Full & Mini S/S

Hong Kong Sheetlet Full S/S

### Seller feedback (92,141)

● j***o (810) • Past year

Stamp sheet received as described. Speedy delivery and very well packaged. Highly recommended international seller. A++++

Hong Kong, China 2023 24 Solar Terms Summer S/S Stamp 二十四節氣-夏 (#H500701994091)

● y***2 (4605) • Past 6 months

Really beautiful and just as described. Fast post! Delighted with this purchase and thank you for all the lovely stamps on the envelope. :) 真係好靚靚。教好似描述相同。 快遞發佈! 很高興這次購買。並感謝您在信封上所有可愛的郵票。 :)

China 2022-3 Dream of Red Chamber (V) Special S/S Stamp Flower 紅樓夢(五) 花 (#195614326601B)

● 2***w (593) • Past month

Excellent seller fast shipping and well packaged item.

Hong Kong, China 2024-1 Dragon Year Stamp & S/S Zodiac Presentation Pack 龍年郵票 (#1655443212159)

See all feedback

---

**You may also like**    Feedback on our suggestions

     

ebay

Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ∨    My eBay ∨    🔔    🛒

🔍 Advanced

‹ Back to search results  ·  Collectibles & Art  ›  …  ›  Embellishments & Finishes  ›  Patches        Share  ·  Add to Watchlist

## Betty Boop Patch Embroidered Iron On Marilyn Monroe Badge

Yourcottage (664)
98.3% positive · Seller's other items · Contact seller

**US $3.25**
or Best Offer

Condition:  New

Quantity:  1    5 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

Shipping:  US $6.30 Economy Shipping from Canada. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Bangkokyai, Thailand

Delivery:  Estimated on or before Thu, Feb 8 to 30318 ⓘ
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  🖃  🖃  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

### Similar sponsored items    See all ›        Feedback on our suggestions


Betty Boop embroidered iron on patch
New
$7.65
$9.00 15% off
Free shipping
20% off 4+ with coupon


Betty Boop embroidered iron on patch
New
$6.80
$8.00 15% off
Free shipping
20% off 4+ with coupon


Betty Boop Patch Wink & A Kiss Cute Cartoon Girl Embroidered Iron On Patch 4x3"
New
$4.00
Free shipping
Seller with a 99.8% positive feedback


Betty Boop Cartoon Character Embroidered Iron Sew On High Quality Patch
New
$12.99
Free shipping
♥Top Rated Plus
Seller with a 100% positive feedback

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


eBay for Charity turns 20
Celebrate who we are by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all ›        Feedback on our suggestions

Marilyn Monroe And Elvis Presley Together 8x10 Picture Celebrity Print
$3.99
+ $2.99 shipping
99 sold

Elvis Presley James Dean Marilyn Monroe Canvas Poster Wall Art Home decor
New
$29.99
+ $5.95 shipping
19 watchers

Elvis Presley MJ Full Drill 5D Diamond Painting Embroidery Cross Craft Art Mural
New
$3.80
+ $3.38 shipping
Seller with a 100% positive feedback

Marilyn & Elvis by Chris Consani Poster
New
$15.00
Free shipping

Marilyn & Elvis by Chris Consani Poster
New
$15.00
Free shipping

Blondie Dress Suit
New
$49.0...
$92.77
+ $9.95...
11 watc...

---

| About this item | Shipping, returns, and payments |        Report this item

Seller assumes all responsibility for this listing.        eBay item number: 225978093450

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Unit of Sale | Single | Type | Iron-On |
| Composition | Embroidered | Theme | Cartoons, TV & Movie Characters |
| Suitable For | Apparel - Coat/Jacket, Apparel - Jeans/Pants, Crafts | UPC | Does not apply |

### Item description from the seller

## Betty Boop Patch iron on

## Description

You can stick the patch by iron on but but if you stick the patch by sewing (just only critical area it such as corner or angle), it will be stick on you fabric for long time

Size: 2.5" x 3.0" or 6.3 x 7.6 cm.

Please visit our site for the others words, text, saying, slang, motto or slogan patches.

## Shipping

We have handing worldwide shipping. The parcel will be shipped from Thailand directly via Economic/standard small package airmail **No Tracking Number**. You will be able to receive the item within 14-26 business days. Keep in mind that post office services are usually slower during big holidays like Christmas due to increased traffic.

Canada or Australia the shipping time is around 1.5-2 months for some area

Israel or Russia the shipping time is around 1-1.5 months for some area

South America country the shipping time is around 2-2.5 months for some area

## Guarantee

100% Satisfaction Guarantee: If you are not satisfied with the product that you purchased for any reason, please contact us for returning

and refund within 30 days. Shipping Handling costs are not refundable. Return shipping cost will be paid by buyer.

## Payment

I accept ONLY PayPal for payment. The payment is expected within 5 days after the auction ends

## Contract us

Feel free to contract us and please contact us by eBay message only.

## Feedback

We will work hard and do it all our best to resolve any issue that might come up, Please contact us before you leave any Negative Feedback.

---

### Yourcottage

98.3% Positive Feedback
4.0K items sold

Visit store
Contact
♡ Save seller

📅 Joined Dec 2018

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store   See all

Saying, Words, Motto    Gun , Fishing Brands    Skull, Devil

Oars Racing Rally    Record Company    Motorcycles    Oil Spark Brands

Hand Signs    Cartoons, Movies

### Seller feedback (807)

➕ f***o (93) • Past month

Awesome patch, made well. Shipping was slow but seller did communicate that might be an issue. All in all good experience

Motto Quazi Patch Embroidered Iron on Motorcycle Motobike Racing Emblem Badge (#225299505297)

➕ l***y (206) • Past 6 months

Arrived on time. Great seller. Thank you!!

Chevy Chevrolet patch Iron on Embroidered Emblem Racing Drag Hot Rod Corvette (#325779079355)

➕ d***w (369) • Past year

What an excellent seller. Good communication, fast inexpensive shipping and item exactly as promisedA++++ serviceThank you very much

WW2 British RAF Wings Patch Iron On Queen's Crown Royal Air Force Army Badge #2 (#224253408240)

See all feedback

---

Back to search results

Return to top

More to explore :   Embroidered Sewing Iron - On Patches,   Embroidered Logo Iron - On Sewing Patches,   Nike Embroidered Iron - On Sewing Patches,   Unbranded Embroidered Iron - On Sewing Patches,
Embroidered Occupational Iron - On Sewing Patches,   Embroidered Pack Iron - On Sewing Patches,   Embroidered Music Iron - On Sewing Patches,   Embroidered Religious Iron - On Sewing Patches,   Embroidered Halloween Iron - On Sewing Patches,
Embroidered Flowers-Rose Iron - On Sewing Patches

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ebay

Back to search results · Clothing, Shoes & Accesso... › ··· › Accessories › Wigs & Facial Hair



   

Have one to sell? Sell now

## Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy

yoyo_936 (191)
98.2% positive · Seller's other items · Contact seller

**AU $21.79**
Approximately US $14.36
or Best Offer
Was AU $24.46 ⓘ
Save AU $2.67 (11% off)

Condition:  New with tags

Quantity:    1        3 available

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Free shipping and returns.

Shipping:   Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: yiwu, China

Delivery:   🕑 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  ●● AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more


Find mental health resources
Love, Your Mind
HUNTSMAN
Learn More

## Similar sponsored items    See all ›

   

Feedback on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy
New (Other)
$16.02
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant
New (Other)
$14.59
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
$16.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable
New (Other)
$16.06
$18.05 11% off
Free shipping
20% off 3+ with coupon

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

 

Cos Marilyn Monroe short paragraph pale gold curly hair wig style wave Elegant
New
$16.30
$18.11 10% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new Cosplay
New
$16.19
$18.17 11% off
Free shipping

Cos Marilyn Monroe short paragraph pale gold curly hair wig hot HIGH healthy
New (Other)
$16.02
$18.00 11% off
Free shipping
Seller with a 99.2% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic gift
New (Other)
$16.24
$18.25 11% off
Free shipping

7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue
$144.50
$170.00 15% off
Free shipping
Seller with a 100% positive feedback

7"old China...
artistica...
sculptur...
$180.0...
$200.0...
Free sh...

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 26, 2023 09:19:20 PDT View all revisions

### Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

eBay item number: 314351178798







## You may also like

FeedBack on our suggestions

Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask
New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback

Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW
New
$9.99
+ $9.80 shipping
Seller with a 99.1% positive feedback

Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay
New
$15.49
$17.21 10% off
Free shipping

Sexy Marilyn Monroe Wig Adult Iconic Bombshell Wavy Platinum Blonde 70468
New
$12.74
$14.99 15% off
+ $3.99 shipping
Top Rated Plus

Natural Black Brown Wigs for Women Natural Fluffy Wavy Wig with Bangs for Women
New
$13.99
$19.99 30% off
Free shipping
91 sold




Back to search results · Clothing, Shoes & Access... › ... › Accessories › Wigs & Facial Hair

Share | Add to Watchlist








## Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy Rose hairnet

  Yova-2021 (174)
98.2% positive · Seller's other items · Contact seller

**AU $24.21**
Approximately US $15.96
or Best Offer
Was AU $26.90 ⓘ
Save AU $2.69 (10% off)

Condition:  New with tags

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Free shipping and returns.

Have one to sell? Sell now

| | |
|---|---|
| Shipping: | Free Economy Shipping from Greater China to worldwide. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: yiwu, China |
| Delivery: | 🚚 Estimated between Fri, Feb 16 and Fri, Mar 22 to 30318 ⓘ |
| | Please note the delivery estimate is greater than 15 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  ●●  ● |

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more



## Similar sponsored items          See all >

Feedback on our suggestions






| Cos Marilyn Monroe short paragraph pale gold curly hair wig Elegant | Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask | Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new hot | Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy washable |
|---|---|---|---|
| New (Other) | New | New (Other) | New |
| $14.59 | $15.15 | $14.80 | $15.00 |
| $16.40 11% off | $16.84 10% off | $16.63 11% off | $16.67 10% off |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 99.4% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

## Sponsored items inspired by your views          See all >

Feedback on our suggestions








| Cos Marilyn Monroe short paragraph pale gold curly hair wig unisex's new Cosplay | Cos Marilyn Monroe short paragraph pale gold curly hair wig not HIGH healthy | Cos Marilyn Monroe short paragraph pale gold curly hair wig Synthetic gilt | 7.2" Art China Natural Boxwood Wood Handcarved Beautiful Marilyn Monroe Statue | 7"old Chinese Boxwood carving famous artist/actor Marilyn Monroe statue sculpture | Cos Marilyn gold c |
|---|---|---|---|---|---|
| New | New (Other) | New (Other) | $144.50 | $180.00 | New (C |
| $16.19 | $16.02 | $16.24 | $170.00 15% off | $200.00 10% off | $18.90 |
| $18.19 11% off | $18.00 11% off | $18.25 11% off | Free shipping | Free shipping | Free s |
| Free shipping | Free shipping | Free shipping | Seller with a 100% positive feedback | | 10% of |
| | Seller with a 99.2% positive feedback | Seller with a 100% positive feedback | | | |

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 395018670923

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Handmade |
| Colour | Multi-Colour | Country/Region of Manufacture | China |
| Hair Style | Wavy | Modification Description | Yes |
| Modified Item | Yes | MPN | Does Not Apply |
| Size | One Size | Theme | Dreadlock |
| Type | Wig | UPC | Does not apply |

## Item description from the seller



Cos Marilyn Monroe short paragraph pale gold curly hair wig healthy Rose hairnet

PRODUCT DESCRIPTION

You may also like



Future City NO 6 Nezumi Anime Short Dark Blue Hair

26.51 AUD

Free shipping



MULTI Mixed gold boy Short straight hair cosplay wig Party

23.28 AUD

Free shipping



Reasonable shipping cost — 5.0
Shipping speed — 4.9
Communication — 5.0

**Popular categories from this store**     See all

Bracelet   Earrings   Necklace   Other

n***2 (1419) · Past month
Arrived ontime and is beautiful as seen. Packaged well
10 11mm natural white Baroque Cultured Akoya Pearl Earrings Freshwater Cultured (#295660075603)

c***o (764) · Past 6 months
Absolutely gorgeous; shipped well packaged; quality beautiful; great price!!!
Natural South sea pink Pearl 14K gold buckle bracelet New Year Classic (#295299586603)

See all feedback

**You may also like**                                                                  Feedback on our suggestions



Cos Marilyn Monroe short paragraph pale gold curly hair wig party party mask

New
$15.15
$16.84 10% off
Free shipping
Seller with a 99.4% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Cosplay

New
$15.49
$17.21 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig hair washable

New
$15.00
$16.67 10% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig social Elegant

New
$15.14
$17.00 11% off
Free shipping



Marilyn Monroe Classic Blonde Costume Wig 70468 Adult One Size NEW

New
$9.99
+ $9.90 shipping
Seller with a 99.1% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig Free hair net social

New
$15.96
$17.73 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig Rose hairnet Cosplay

New
$15.32
$17.02 10% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig washable wave Party

New
$14.99
$16.84 11% off
Free shipping
Seller with a 100% positive feedback



Cos Marilyn Monroe short paragraph pale gold curly hair wig social wave healthy

New
$14.36
$16.13 11% off
Free shipping



Cos Marilyn Monroe short paragraph pale gold curly hair wig breathable Cosplay

New
$15.78
$17.73 11% off
Free shipping
Seller with a 99.2% positive feedback




Sponsored
Cos Marilyn Mo...  paragraph pale gold curly hair wig hot design party

New (Other)
**$16.14**
$16.74 11% off
Free shipping
25% off 5+ with coupon

Sponsored 
gold curly hair wig Elegant

New (Other)
**$14.59**
$16.40 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
...paragraph pale 
gold curly hair wig unisex's new hot

New (Other)
**$14.80**
$16.63 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
...paragraph pale
gold curly hair wig style Halloween hot

New (Other)
**$14.96**
$16.81 11% off
Free shipping
Seller with a 100% positive feedback

Sponsored
...paragraph pale
gold curly hair wig social High Quality

New (Other)
**$14.45**
$16.06 10% off
Free shipping
10% off 2+ with coupon

Sponsored 
Cos Marilyn Monroe short paragraph pale gold curly hair wig style breathable

New (Other)
**$16.06**
$18.05 11% off
Free shipping
20% off 3+ with coupon

Sponsored 
Cos Marilyn Monroe short paragraph pale gold curly hair wigs Harajuku hair

New (Other)
**$16.14**
$18.14 11% off
Free shipping
20% off 3+ with coupon

Sponsored 
Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature new

New
**$14.75**
$16.39 10% off
Free shipping

Sponsored 
Cos Marilyn Monroe short paragraph pale gold curly hair wig STANDARD

New (Other)
**$15.90**
$18.07 12% off
Free shipping

Sponsored 
Cos Marilyn Monroe short paragraph pale gold curly hair wig gift healthy

New (Other)
**$15.12**
$16.99 11% off
Free shipping

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig not washable

New (Other)
**$17.01**
$18.90 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Cos Marilyn Monroe short paragraph pale gold curly hair wig gift design STANDARD

New (Other)
**$15.75**
$17.50 10% off
Free shipping
20% off 3+ with coupon

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap Cosplay

New
**$14.14**
$15.71 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap Halloween

New
**$13.98**
$15.53 10% off
Free shipping

Sponsored
Short Curly Hair Cream Blond Cosplay Full Daily party Wigs +free cap style

New
**$14.58**
$16.38 11% off
Free shipping

Back to search results · Return to top

More to explore : Gold Costume Wigs Hair Curly, Gold Curly Costume Wigs & Facial Hair, Curly Hair Wig Costume Wigs & Facial Hair, Halloween Gold Curly Costume Wigs & Facial Hair, Women's Short Marilyn Monroe, Granny Curly Hair Wig Costume Wigs & Facial Hair, Mermaid Curly Hair Wig Costume Wigs & Facial Hair, Gray Curly Hair Wig Costume Wigs & Facial Hair, Curly Hair Wig 1950s Costume Wigs & Facial Hair, Slash Curly Hair Wig Costume Wigs & Facial Hair

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Nike Dunk Low Retro White Black 2021 | Jordan 1 High Retro OG Yellow Ochre | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 KO Syracuse 2022 | Jordan 1 High Retro OG Yellow Ochre Black | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Yeezy Boost 700 V1 Mauve | Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 11 | Yeezy 700 | Vans |
| Jordan 4 SE Black Canvas | Jordan 38 Mid Chinese New Year | Jordan 12 | Yeezy 350 | Skechers |
| Jordan 1 Retro Low Fragment Design x Travis Scott | Jordan 3 Retro Mid Midnight Navy | Jordan 13 | Yeezy 500 | Reebok |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



Hi Jeffrey! ∨   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                Sell   Watchlist ∨   My eBay ∨

Back to search results · Collectibles & Art · Art · Art Posters

Share · Add to Watchlist



### Poster Canvas Painting Elvis Presley Humphrey Bogart Marilyn Monroe Wall Print

yusufeesshop (360)
96,416 positive · Seller's other items · Contact seller

## US $8.00

Condition: ---

Size: - Select -

Quantity: 1    2 available / 1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ People are checking this out. 5 have added this to their watchlist.

Shipping:    Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Klongtonnuea, Thailand

Delivery:    Estimated between Tue, Feb 20 and Tue, Mar 19 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  master  AMEX  DISCVR
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell? Sell now

## Similar sponsored items    See all ›

Feedback on our suggestions













Marilyn Monroe Elvis James Dean Canvas Wall Art Print Ready To Hang
New
**$22.89**
+ $24.88 shipping

Elvis Presley James Dean Marilyn Monroe Canvas Poster Wall Art Home decor
New
**$29.99**
+ $5.95 shipping

NEW AUCTION
Marilyn Andy Warhol Screen Print 92cm x 92cm based on 1967 # 23
Unsigned
Pre-owned
**$483.42**
0 bids
9d 16h
+ $36.97 shipping
Seller with a 100% positive feedback

Elvis Presley Marilyn Monroe Canvas Poster Wall Art Home Decor
New
**$19.99**
+ $5.99 shipping

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions









EISYNDICATE T-SHIRT MARILYN MONROE TUNE IN DROP OUT LSD MDMA TRIP BLOTTER 1162
New
**$23.88**
+ $9.75 shipping
Seller with a 99% positive feedback

EISYNDICATE V-NECK T-SHIRT MARILYN MONROE BASKETBALL BRYANT 6IXPINE 30ov
New
**$21.73**
$24.16 10% off
+ $9.75 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT MARILYN MONROE MIDDLE FINGER SO CAL CALIFORNIA LOVE 5323
New
**$30.39**
+ $9.75 shipping
Seller with a 99% positive feedback

EISYNDICATE T-SHIRT MARILYN MONROE MASKED TATTOO CALI GANGSTER ROCKABILLY 2161
New
**$21.73**
$24.16 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYNDICATE T-SHIRT MARILYN MONROE TATTOO PINSTRIPE PIN UP ROCKABILLY INKED 1956
New
**$21.73**
$24.16 10% off
+ $10.15 shipping
Seller with a 99.2% positive feedback

EISYN JAMES PORN
New
$24.
+ $10.1
Seller

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 254339255489

Last updated on Oct 23, 2021 19:06:45 PDT View all revisions

### Item description from the seller

Frame: No
Material: Canvas
Technics: Spray Painting
Type: Canvas Printings

*Remind our customers about something Important*

1.Due to different lighting effects between computer monitors,cell phone,
the color of objects will be a little different from show pictures in Our store, Thanks for your kind Understanding, When you order it , please Choose the size is what the right size you want

2.All the Color of objects may show different from show pictures in Our store, Thanks for your kind understanding, When you order it , please choose what size is the right size you want , be very High ,Much higher than customer ask some shop to frame it at local place

**Payment Policy**
I accept ONLY PayPal for payment. The payment is expected within 5 days after the auction ends.

**Delivery**
The package will be shipped directly from Thailand via Standard Small package Airmail, and it will take about 11-23 business days.

**Feedback**
As a seller Positive Feedback is very important to us, as well as our customers. We want all our customers to be happy with their orders, If we have made an error we do apologise,we guarantee your zero risk purchase experience here. For any reasons you are not satisfied with the orders, please contact us before you leave feedback or open dispute. We will try our best to solve the problem for you.Thank you!
Returns Policy

**100% Satisfaction Guarantee:**
If you are not satisfied with the product you purchased for any reason,
please contact us for a return instruction within 30 days for a refund.
Shipping Handling costs are not refundable.

Return shipping cost will be paid by buyer.



     

     

    



Sponsored
8x10 Print Classic James Dean Marilyn
Monroe,Elvis Presley Humphrey Bogart
#DMEB
**$15.99**
+ $5.99 shipping
Extra 20% off



Sponsored
Abstract Red Purple Clouds Poster Print Art
Canvas Painting Wall Mural Wall Art
New
**$7.03**
$7.99 12% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Elvis Presley Cool Art Print Poster 24x36
New
**$13.49**
Free shipping
♦ Top Rated Plus
99 sold

Sponsored
Marilyn Monroe Elvis James Dean Canvas
Wall Art Print Ready To Hang
New
**$22.89**
+ $24.98 shipping



Sponsored
Elvis Presley - The King of Rock 'n' Roll
24"x36" Art Print Poster
New
**$13.49**
Free shipping
♦ Top Rated Plus
59 sold



Sponsored
Modern Abstract Canvas Painting Canvas
Poster and Print Painting Canvas Wall Art
New
**$12.34**
$12.99 5% off
Free shipping
Seller with a 100% positive feedback



Sponsored
Kirklands Picture Board James Dean Marilyn
Monroe Elvis Print
Pre-owned
**$12.99**
+ $11.60 shipping
Seller with a 99.7% positive feedback



Sponsored
ELVIS-MARILYN MONROE-JAMES DEAN-
HUMPHREY BOGART MOVIE THEATER
8.5x11 POSTER ART
**$13.17**
Free shipping
♦ Top Rated Plus



Sponsored
LAUREN BACALL, HUMPHREY BOGART &
MARILYN MONROE CIRO'S CLUB - 8X10
PHOTO (81928)
New
**$8.87**
$11.83 25% off
Free shipping
♦ Top Rated Plus



Sponsored
Elvis Presley White Jacket Music Poster
Print 24 x 36in
New
**$13.49**
Free shipping
♦ Top Rated Plus
63 sold



Sponsored
JAVA DREAMS Poster - Elvis,Marilyn
Monroe,Bogart,James Dean 3D Lenticular
10x8"
New
**$8.00**
$11.44 30% off
+ $23.62 shipping



Sponsored
Elvis Presley Poster

**$11.00**
Free shipping
♦ Top Rated Plus
Seller with a 99.7% positive feedback




Sponsored
Canvas Painting Sunset View Wall Art Poster
Canvas Print Art Home Decor Pictures
New
**$5.99**
$7.05 15% off
Free shipping
Seller with a 100% positive feedback

Sponsored
1957 Jailhouse Rock Movie Poster Print Elvis
Presley Vince Everett Peggy ♦ ♦ ♦
New
**$7.95**
Free shipping
Buy 2, get 1 free



Sponsored
Elvis Presley-Enlistment Photo Poster Rolled
24 x 36
New
**$13.49**
Free shipping
♦ Top Rated Plus
111 sold

## Find more sponsored items

Feedback on our suggestions








ebay    Hi Jeffrey! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

Advanced

⟨ Back to search results    Toys & Hobbies › Action Figures & Accessori... › Action Figures Playsets







‹        ›

Have one to sell? Sell now

### The Greatest Actress Marilyn Monroe 1/4 Action Doll Sexy Model Statue W/box

yuzhuan_86 (2)
Seller's other items · Contact seller

## US $82.50

Condition: New

Quantity:  1    2 available

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

Shipping:    US $50.00 SpeedPAK Economy. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: china, China

Delivery:    📦 Estimated between Wed, Feb 21 and Mon, Mar 4 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 18 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    14 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  🔵  🟠  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more




eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

## Similar sponsored items    See all ›

Feedback on our suggestions



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one



1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$89.00
Free shipping
24 sold

Knucklebonez Marilyn Manson Figurine - Box And Figure In Perfect Condition
$152.50
2 bids
4d 13h
+ $8.82 shipping
Seller with a 100% positive feedback



Marilyn Monroe 1/4 Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$84.99
+ $50.00 shipping
7 watchers

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
$17.99
Free shipping
Last one

Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers

Retro Personality Marilyn Monroe Wallpaper KTV Bar Clothing Shop Background Deco
New
$35.00
Free shipping

1pc Marilyn Monroe Blondes with Base Cake Sculpture Beauty Collection Toy Statue
New
$16.99
Free shipping



1/35 Resin Figure Model Kit GK Marilyn Monroe Unpainted Unassembled Toys
New
$15.23
+ $3.78 shipping
8 watchers

Cos M...
gold c...
New
$14.6...
$16.44
Free st...

About this item    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.    eBay item number: 196170175I6

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Features | Boxed |
| MPN | Does Not Apply | Personalize | No |
| Age Level | 6+ | Item Width | description |
| Time Period Manufactured | 2020-Now | Animal Species | new |
| Series | new | Item Length | description |
| Item Height | description | Vintage | No |
| Country/Region of Manufacture | China | Material | PVC |
| TV Show | One Of The Greatest Actresses | Scale | 1:4 |
| Year Manufactured | 2023 | Grade | 100 |
| Sport | no | Model | doll |
| Character | Marilyn Monroe | Vehicle Type | no |
| Certification Number | | Signed By | |

| Certification Number | 0 | | Signed By | no |
| Franchise | One Of The Greatest Actresses | | Movie | One Of The Greatest Actresses |
| Animation Source | JAPAN | | Brand | |
| Featured Person/Artist | Marilyn Monroe | | Transformer Faction | description |
| Color | Multicolor | | Signed | No |
| Original/Licensed Reproduction | Original | | Convention/Event | Toy |
| Theme | TV, Movie & Video Games | | Type | Action Figure |
| Items Included | Toy | | UPC | Does not apply |

## Item description from the seller



Sexy and Cute Anime Statue Character
Mataro Home Decoration Art Doll Toy Doll
Je
18.78 USD
Buy it now



1/6 Pvc Sexy Statue Character Model Fe
male Hunter Ada Wong Resident Evil 4 O
ame
54.99 USD
Buy it now
Free shipping

Original Package: YES
Condition: In-Stock Items
Version Type: First Edition
Model Number: Marilyn Monroe Action Figure
Warning: Marilyn Monroe Action Figure
Dimensions: 40cm
Puppets Type: model
By Animation Source: JAPAN
Commodity Attribute: Finished Goods
Completion Degree: Finished Goods
Mfg Series Number: model
Theme: Movie & TV
Gender: Unisex
Item Type: model
Recommend Age: 18+
Origin: Mainland China


Selling Poi Size: about 40cm

Commodity material:PVC

Condition:100% New



## You may also like

Feedback on our suggestions



1/4 Marilyn Monroe Action Figure The
Greatest Actresses Statue 15"
New
$87.20
Free shipping



1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$89.00
Free shipping
24 sold



1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$69.00
+ $26.00 shipping
Last one



1/4 Marilyn Monroe Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$90.00
Free shipping
Seller with a 100% positive feedback



New Sexy Model Marilyn Monroe Action
Figure 1/4 One Of the Greatest Actresses St
New
$120.99
Free shipping
7 watchers



Marilyn Monroe 1/4 Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$85.50
+ $50.00 shipping
8 watchers



Marilyn Monroe 1/4 Action Figure The
Greatest Actresses Sexy model Statue w/
Box
New
$84.99
+ $50.00 shipping
7 watchers



1/4 Marilyn Monroe The Greatest Actresses
Sexy model Statue Action Figure No Box
New
$84.99
+ $12.99 shipping



Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping
10 watchers



Marilyn Monroe Blondes Figure 7" in PVC
Sculpture Beauty Collection Toy Statue.
New
$12.99
Free shipping
Last one













Sponsored
Marilyn Monroe Doll $70ea

$70.00
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue

New
$15.99
Free shipping
5 watchers

Sponsored
MARILYN MONROE HOT PROPERTIES
HOLLYWOOD MEMORIES ACTION FIGURE
DOLL MOC #771
Pre-owned
$19.54
$22.99 15% off
Free shipping
Seller with a 99.6% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
Pre-owned
$17.50
Free shipping
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC
Sculpture Beauty Collection Toy Statue
New
$13.99
Free shipping



Sponsored
Mego Legends Marilyn Monroe Limited
Edition 8" Doll Action Figure
New
$12.49
Free shipping
23 sold



Sponsored
Sexy Marilyn Monroe - 7 Year Itch - Resin -
Model Kit - 1/6 Scale
New
$75.00
+ $12.50 shipping
Seller with a 99.3% positive feedback



Sponsored
Mego Legends Marilyn Monroe Serialized
Limited Edition 8" Doll Action Figure
New
$11.11
$11.95 7% off
Free shipping
⚲ Top Rated Plus



Sponsored
1/6 Marilyn Monroe Evening Red Dress For
12" TBLeague Hot Toys PHICEN Figure
New
$27.89
$30.99 10% off
Free shipping
Seller with a 99.3% positive feedback



Sponsored
Marilyn Monroe 20 cm figure

New
$149.99
+ $35.00 shipping
Seller with a 100% positive feedback



Sponsored
1/64 Resin Marilyn Monroe Subway Pose
Classic Model Girl Unpainted
New
$12.99
Free shipping
Seller with a 99.4% positive feedback



Handmade Custom Black Wired Coat For
S.H.Figuarts 1Pcs Monkey D Luffy  (No
Figure)
New
$23.98
$26.65 10% off
+ $6.99 shipping
Popular



Sponsored
1/6 Marilyn Monroe Head for phicen
Gentlemen Prefer Blondes hot toys ♥US
seller♥
New
$36.65
$38.58 5% off
Free shipping
83 sold



Sponsored
New Raquel Darrien The Vivid Girl Action
Figure Plastic Fantasy Adult Only 18+
New
$74.95
+ $9.50 shipping
Seller with a 99.3% positive feedback



Sponsored
1/6 US President Donald Trump Clothes
W/Head Body Action Figure Doll Model
Toys
New
$89.99
Free shipping
Popular



Back to search results                                                                                                                    Return to top

More to explore :   Marilyn Manson Music Action Figures,    Hobby RC Model Vehicle Parts & Accessories for Action 1:4,    Female Statue Action Action Figures,    Hobby RC Model Vehicle Parts & Accessories for Action Gasoline 1:4,
Hobby RC Model Vehicle Parts & Accessories for Action Electric 1:4,    Female Statue Action Figures & Accessories,    1:4 Hobby RC Model Vehicle Parts & Accessories,    Blue Box Action Box Action Figures,    Troll Doll Action Figures & Accessories,
1:4 Scale Hobby RC Helicopter Models & Kits

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices 🇺🇸 and AdChoice ⓘ

‹ Back to search results · Collectibles & Art · ··· · › Figurines & Statues

🏷 SAVE UP TO 16%    See all eligible items and terms ›

Share · Add to Watchlist

### 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

vxbasheng-88 (63)
100% positive · Seller's other items · Contact seller

**US $92.40**
or Best Offer
Was US $110.00 ⓘ
Save US $17.60 (16% off)

Condition:  --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | Free SpeedPAK Standard. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: nanyang, China |
| Delivery: | 🚚 Estimated between Mon, Feb 12 and Mon, Feb 26 to 30318 ⓘ |
| | This item has an extended handling time and a delivery estimate greater than 11 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  ●●  ●●  DISCOVER |

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**
ⓢ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

[Advertisement]
eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

| Cos Marilyn Monroe short paragraph pale gold curly hair wig high-temperature | Cos Marilyn Monroe short paragraph pale gold curly hair wig social High Quality | 7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture | Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue | Cos Marilyn Monroe short paragraph pale gold curly hair wig wigs stretchy | Wig Co Classi... |
|---|---|---|---|---|---|
| New (Other) | New (Other) | New | New | New (Other) | New |
| $17.50 | $14.45 | $100.80 | $15.99 | $15.82 | $27.3... |
| $19.66 11% off | $16.06 10% off | $120.00 16% off | Free shipping | $17.58 10% off | $33.3... |
| Free shipping | Free shipping | Free shipping | 5 watchers | Free shipping | Free sh... |
| 20% off 3+ with coupon | 10% off 2+ with coupon | Seller with a 100% positive feedback | | 20% off 3+ with coupon | |

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Dec 25, 2023 14:58:44 PST View all revisions

eBay item number: 363766544813

### Item specifics

| Region of Origin | China | Primary Material | Boxwood wood |
|---|---|---|---|

### Item description from the seller





| | | | | | |
|---|---|---|---|---|---|
| 19 Old Chinese Natural White Jade Carved Kwan-Yin Guan Yin Lotus Leaf Statue | 8 Natural Old Jade Shakyamuni Sakyamuni Amitabha Tathagata Buddha Lotus St atue | 12 Tibetan Buddhism temple bronze Gilt Sakyamuni Shakyamuni Shakya Mani st atue | 9 Cloisonne Enamel Gilt Fengshui Drago n Animal Incense Burner Censer Statue | 12 China Cloisonne Enamel Gilt Dragon Loong Lotus Incense Burner Censer Stat ue | 9 Old Tibetan Buddhism 4 arms Chenrezi g Buddha Avalokiteshvara Lotus Statue |
| 246.50 USD | 246.50 USD | 246.50 USD | 246.50 USD | 246.50 USD | 246.50 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

7"old Chinese Boxwood carving famous artistactor Marilyn Monroe statue sculpture

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Popular categories from this store**    See all

Collectibles    Pottery & Glass    Antiques

9***m (1387) · Past 6 months

Very Good Seller. Very nice item. Very pleased. Good communication. Fast shipping.

Chinese ancient Tibetan silver pure hand-carved cigarette holder statue. (#363668578999)

l***m (359) · Past 6 months

Excellent seller. Beautiful object came quickly from overseas, and was wrapped and packaged perfectly for something so fragile.

lï"Old China Warring States Period Bronze Ware Dragon Beast Chinese Set of Bells (#363392950693)

g***l (95) · Past year

It looks better in person then in the picture. It arrived in a timely manner and was super well wrapped. I would give the seller 5 stars.

Chinese Copper Brass Scorpion Small Fengshui Statue Ornament (#363666816643)

See all feedback

🔖 SAVE UP TO 16%ⓘ    See all eligible items →

5558

Marked down item price reflects all savings. Items provided by yxbasheng-88    All promotional offers from yxbasheng-88

| | | | | |
|---|---|---|---|---|
| Chinese Handmade Copper Brass Dragon Small Fengshui Statue Pendent | China Collectible Hand-carved Dragon Head Retro Tibetan Silver Tobacco Pipe | Chinese Boxwood Carved Beautiful Woman Statue Wooden Sculpture Home Decor Art | Chinese Collection Aslan Brass Wrestling Frog Exquisite fengshui statue | Chinese Handmade Copper Brass Zodiac Monkey Small Fengshui Statue Ornament |
| Was: US $7.00 | Was: US $16.00 | Was: | Was: US $99.00 | Was: US $6.00 |
| Now: US $5.88 | Now: US $12.60 | Now: US $83.16 | Now: US $5.04 | Now: US $5.04 |

+
See all

You can change quantities in your cart.

Back to search results    Return to top

More to explore : Chinese Wood Carving, Antique Primitive Sculptures & Carvings, Carving Chinese Antiques, Antique African Sculptures & Statues, Stone Antique Primitive Sculptures & Carvings, Jade Carving Chinese Antiques, Wood Antique Primitive Sculptures & Carvings, Wooden Carving Chinese Antiques, Americana Antique Primitive Sculptures & Carvings, Unsigned Antique Primitive Sculptures & Carvings

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



ebay

< Back to search results · Collectibles & Art › Art › Paintings

Share · Add to Watchlist






Have one to sell? Sell now

## Hand painted Original Oil painting art Portrait Marilyn Monroe on Canvas 20"x24"

 yx-painting (395)
88.9% positive · Seller's other items · Contact seller

### US $550.00
or Best Offer

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition: --

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↺ Breathe easy. Returns accepted.

Shipping: US $38.00 Expedited Shipping from Greater China to worldwide.
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China

Delivery: 🚚 Estimated between Thu, Mar 21 and Thu, Mar 28 to 30318 ⓘ
This item has an extended handling time and a delivery estimate greater than 43 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: 
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar sponsored items    See all >

Feedback on our suggestions







19th Century Jean BERAUD Impressionism Portrait Woman Oil Panel Painting
Pre-owned
**$6,900.00**
+ $140.00 shipping
Seller with a 100% positive feedback

Early 20th Century Rare Young Portrait Pablo PICASSO Oil Canvas Painting Signed
Pre-owned
**$7,600.00**
$9,500.00 20% off
Free shipping
Seller with a 100% positive feedback

BEAUTIFUL FEMALE PORTRAIT ORIGINAL FINE ART PAINTING 10" X 10" by JOHN SILVER BA
**$33.08**
3 bids
8h 40m
+ $30.00 shipping
⊘ Direct from the Artist

Hand painted Oil painting original Art Portrait Marilyn Monroe on Canvas 20"x24"
**$498.00**
+ $30.00 shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions







Colorful Marilyn Monroe 5D Art Diamond Painting Kit Drilss Cross Stitch Picture
New
**$12.77**
$13.44 5% off
Free shipping
Seller with a 99.2% positive feedback

Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
$21.24 20% off
Free shipping
12 watchers

Marilyn Monroe 5D Picture Diamond Painting Kit Embroidery Rhinestone DIY Art
New
**$11.29**
$11.88 5% off
Free shipping
Seller with a 99.2% positive feedback

LOTS Bulk 30 pcs Marilyn Monroe Postcard Classic Black White Photos Postcrossing
New
**$13.98**
Free shipping
67 sold

Handpainted Art Oil Painting on Canvas portrait Black White Marilyn Monroe
New
**$77.22**
$99.00 22% off
Free shipping

Out of
STAR M...
New
**$22.0**
Free sh
Seller w

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 155635497075

## Item specifics

| | | | |
|---|---|---|---|
| Artist | Cai sen | Size | Medium (up to 36in.) |
| Signed | Yes | Date of Creation | 2000-Now |
| Material | Oil, Canvas | Region of Origin | Asia |
| Framing | Unframed | Subject | Art, Figures, Portrait |
| Type | Oil Painting | Listed By | Dealer or Reseller |
| Original/Licensed Reproduction | Original | Style | Impressionism |
| Painting Surface | Canvas | Features | Unframed, Signed |
| Production Technique | Oil Painting | Handmade | Yes |

**Item description from the seller**





    



Hi Jeffrey!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact         Sell    Watchlist    My eBay         🔔    🛒



Advanced

‹ Back to search results · Collectibles & Art · Collectibles · Decorative Collectibles · Sculptures & Figurines          Share · Add to Watchlist








‹        ›

Have one to sell? Sell now

### Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue:)

  zeemp-0 (11)
100% positive · Seller's other items · Contact seller

## US $12.99

Condition: New

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩  Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | Free Economy Shipping from Greater China to worldwide. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Hong Kong, China |
| Delivery: | ⓘ Estimated between Tue, Feb 20 and Mon, Mar 25 to 30318 ⓘ This item has an extended handling time and a delivery estimate greater than 17 business days. Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 60 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal CREDIT  VISA  🟠  AMEX  DISCOVER |

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items        See all ›                    Feedback on our suggestions

  ♡
  ♡
  ♡
  ♡

Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
$21.24 20% off
Free shipping
12 watchers

Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.79**
Free shipping
Seller with a 100% positive feedback

Vintage Sterling 925 Hound Dog Figurine Sculpture 3" X 2.25"49.7 Grams
Pre-owned
**$49.99**
0 bid
5h 19m
+ $7.00 shipping

Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$13.89**
Free shipping
Seller with a 100% positive feedback



eBay for Charity turns 20
Celebrate with us by supporting your favorite charity.
Shop now

### Sponsored items inspired by your views        See all ›               Feedback on our suggestions

  ♡
  ♡
  ♡
  ♡
  ♡


modern Marilyn Monroe oil painting 100% hand-painted art on canvas
**$77.22**
$99.00 22% off
Free shipping
39 watchers

Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
**$16.98**
Free shipping
5 watchers

Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress
New
**$24.15**
+ $7.99 shipping
Seller with a 100% positive feedback

1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$69.00**
+ $26.00 shipping
Last one

Marilyn Monroe con tatuaggi poster tela canvas no cornice
New
**$21.53**
Free shipping

Marilyn Greate Box
New
**$84.9**
+ $90.
7 wato

### Item specifics

Seller assumes all responsibility for this listing.

About this item    Shipping, returns, and payments                                      Report this item

eBay item number: 285658849003

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Artist | N/A |
| Signed By | N/A | Occasion | All Occasions |
| Size | Small | Year Manufactured | 2023 |
| Item Length | 7 in | FREE | SHIPPING |
| Department | Adults | Number in Pack | N/A |
| Item Height | N/A | Style | Postmodern |
| Features | Framed | Featured | 18.5cm Marilyn Monroe |
| Room | Any Room | Finish | Glossy |
| Handmade | No | Item Width | N/A |
| Pattern | Abstract | Character | MERLIN MONRE |
| Signed | No | Color | Multicolor |
| Featured | Hollywood Star | Material | PVC |
| Subject | Women | Brand | Unbranded |
| Type | Sculpture | Customized | No |

| Type | Sculpture | Customized | No |
| Era | Late 20th Century (1970-1999) | | Character Collection |
| Theme | | | One Piece Production |
| Country/Region of Manufacture | China | Production Technique | N/A |
| Character Family | .Hack | UPC | N/A |

## Item description from the seller

### Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue:)

Introducing the Marilyn Monroe Blondes Figure, a captivating 7" PVC sculpture that pays homage to the timeless beauty and charisma of the legendary Hollywood star. This collectible item is a new, unopened piece in its original packaging, crafted with meticulous attention to detail and glossy finishing. Imported from Mainland China and manufactured in 2022, this limited-quantity stock is designed to satisfy customers with a 100% approval rating.

This Marilyn Monroe figure is not just an action figure; it's a multifaceted piece that caters to diverse occasions. Whether you're a dedicated fan looking to enhance your collection, seeking an eye-catching ornament for all occasions, or in need of a unique cake decorative figure model, this item fits the bill. Its small size, standing at 18.5cm, makes it a versatile addition to any display. The multicolor PVC statue captures Marilyn Monroe in a sexy dress, embodying the glamour and allure of the Hollywood star.

This collectible transcends time, reflecting both classic and post-modern aesthetics. It serves as a perfect present for fans, suitable for birthdays and Christmas gifts alike. The Marilyn Monroe figure is part of the Classic Collection, evoking the spirit of the 21st century while maintaining a timeless appeal. Elevate your space with this abstract art piece that celebrates the iconic Marilyn Monroe, a symbol of Hollywood's golden era, and a must-have for any collector of pop culture memorabilia.



---



### zeemp-0

100% Positive Feedback
5 items sold

Seller's other items
Contact
Save seller

📅 Joined Jun 2020

Seller feedback (1)



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$13.89**
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$13.69**
Free shipping



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
$21.24 20% off
Free shipping
12 watchers



Marilyn Monroe Statue Home Decortion Ornament Figure Dress Collection Christmas
New
**$13.99**
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$14.69**
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.79**
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$16.99**
Free shipping
5 watchers



Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New (Other)
**$17.99**
Free shipping
20 watchers



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$15.79**
Free shipping
Seller with a 100% positive feedback



Marilyn Monroe Blondes Figure 7" in Pvc Sculpture Beauty Collection Toy Statue
New
**$15.99**
Free shipping



Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue,
New
**$12.99**
Free shipping
Last one



Sponsored
1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
**$89.00**
Free shipping
24 sold



Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
Pre-owned
**$14.99**
Free shipping
Last one



Sponsored
modern Marilyn Monroe oil painting 100% hand-painted art on canvas
**$77.22**
$99.00 22% off
Free shipping
39 watchers



Sponsored
Marilyn Monroe Blondes Figure 7" in PVC Sculpture Beauty Collection Toy Statue
New
**$13.99**
Free shipping
10 watchers







Sponsored
1/4 Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue w/ Box
New
$69.00
+ $26.00 shipping
Last one

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
Pre-owned
$17.69
Free shipping

Sponsored
Marilyn Monroe Blondes Figure 7" In PVC Sculpture Beauty Collection Toy Statue
New
$17.99
Free shipping
Last one

Sponsored
1997 Hallmark Keepsake Ornament Marilyn Monroe Collector's Series #1 IN SERIES
Pre-owned
$10.99
+ $5.90 shipping
Top Rated Plus
Seller with a 100% positive feedback

Sponsored
Marilyn Monroe 7 Year Itch Dress Blowing Up Ornament from Kurt S. Adler 2010
New (Other)
$12.99
+ $5.95 shipping
Seller with a 100% positive feedback







Sponsored
Marilyn Monroe Short Paragraph Pale Gold Curly Hair Wig Cosplay Party Halloween
New
$16.98
Free shipping
5 watchers

Sponsored
Classic Marilyn Monroe Sexy White Dress V neck Halter High Waist Midi Dress
New
$24.15
+ $7.99 shipping
Seller with a 100% positive feedback

Sponsored
JB Photograph Marilyn Monroe Statue Wax Figure Hollywood Wax Museum 1970-80's
Pre-owned
$17.50
+ $3.95 shipping
Seller with a 100% positive feedback

Sponsored
18cm Marilyn Monroe Action Figure The Greatest Actresses Sexy model Statue W/Box
New
$42.00
Free shipping

Sponsored
Figurine Vintage Holland Mold Hand Painted Ceramic Southern Bell Girl Pink Dress
Pre-owned
$9.99
+ $14.50 shipping

Back to search results                                                                                                    Return to top

More to explore :  Marilyn Monroe Photo,  Collectible Animation Figures & Statues,  Collectible Christian Statues & Figures,  Collectible Buddhist Statues & Figures,  Collectible Christian Statues & Figures Handmade,
Naruto Anime & Manga Collectible Animation Figures & Statues,  Ceramic Collectible Sculptures & Figurines,  Lladró Collectible Sculptures & Figurines,  Wood Collectible Sculptures & Figurines,  Angel Collectible Sculptures & Figurines

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA-Privacy Notice, Your Privacy Choices and AdChoice



amazon prime

Deliver to Elena
Atlanta 30327

Home & Kitchen | Search Amazon

EN | Hello, Jeffrey
Account & Lists | Returns & Orders | 0 Cart

All | Medical Care | Amazon Basics | Prime Video | Buy Again | Music | Sell | Groceries | Household, Health & Baby Care | Livestreams | Coupons | Amazon Home | $100 Gift Card on approval

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Full Motion Wall Mount for 26-60 Inches TVs, by MOUNTUP... ★★★★½ 4,688 $32.99 ✓prime

Sponsored ⓘ

Home & Kitchen › Wall Art › Posters & Prints

   

Roll over image to zoom in



Roll over image to zoom in

   

## Sea Printed Art Marilyn Monroe Black and White Printed Decor for Home Naked Marilyn Monroe Poster 8" x 12"

Brand: Christmas Sweater for women

4.2 ★★★★☆ 37 ratings

$9.99

Thank you for being a Prime Member. Pay $9.99 $0.00 for this order. Get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

Size: 8 in x 12 in

| 8 in x 12 in $9.99 | 11 in x 17 in $14.99 | 15 in x 22 in $18.99 |

### About this item

- We proudly offer our Marilyn Monroe Poster: A black and white poster portraying the picture of Marilyn Monroe in the beach! Hang it in your room, living room, or anywhere else; it would look gorgeous wherever you place it!
- All our posters are unframed, made-to-order and printed on high-quality poster paper.
- Our posters are made in the USA and are available in many sizes: 8x10, 8x12, 11x17, 15x22, 19x28, 24x36 and 32x40 inches. For better illustration, please check our size chart!
- If you liked this wall-art, please check out our other designs; you may be pleasantly surprised to find something else of your liking!

⚐ Report an issue with this product or seller




Vintage Poster Tin Sign, Viking Rune Meaning, 8x12 Inch... ★★★★½ 28 $8.75 ✓prime

Sponsored ⓘ

$9.99

$4.98 delivery February 8 - 13. Details

⊙ Deliver to Elena - Atlanta 30327

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| Ships from | Christmas Sweater for women |
| Sold by | Christmas Sweater for women |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

⌄ See more

[ Add to List ▾ ]

New (2) from $9.99 + $4.98 shipping ›



 Trends International

Find New Ways To Hang Your Favorite Posters

Trends International Collector's Edition Black Poster Frame, 24" x... ★★★★½ 576 $38.02 ✓prime



Sponsored ⓘ

## Frequently bought together

 + 

Total price: $19.98

[ Add both to Cart ]

ⓘ One of these items ships sooner than the other. Show details

**This item:** Sea Printed Art Marilyn Monroe Black and White Printed Decor for Home Naked Marilyn... $9.99

Marilyn Monroe Makeup Mirror Movie Cool Wall Decor Art Print Poster 24x36 $9.99

## 4 stars and above

Sponsored ⓘ

Page 1 of 42

‹



Denozer - 3 Panel Marilyn Monroe Poster Print Canvas Painting for Living Room Home... ★★★★½ 263 $269.99



SpiritualHands - Marilyn Monroe Wall Art Canvas & Poster, Trendy Wall Decor, Girly... ★★★★½ 106 $79.99



Niwo ART-Marilyn Monroe C, Classic Movie Stars Canvas Wall Art Home Decor,Stretched... ★★★★½ 475
Amazon's Choice in Posters & Prints $33.95 ✓prime



Denozer Beauty Portrait Marilyn Monroe and Bubble Gum Canvas Wall Art, Body Art Dec... ★★★★★ 239 $31.99



1950s Legends Elvis Presley & Marilyn Monroe Wall Art Decor Framed Poster | 23 x... ★★★★½ 539 $69.99



wall26 Canvas Print Wall Art Set Urban High Contrast Marilyn Monroe Portrait Graffi... ★★★★★ 594 $69.99



Denozer - 3 Panel Marilyn Monroe Framed Pictures Sexy Blond Girl Paintings American... ★★★★½ 132 $79.99

›

## Products related to this item

Sponsored ⓘ

Page 1 of 58

       





| | | | | | | |
|---|---|---|---|---|---|---|
| Denozer 3 Panel Beauty Portrait Canvas Wall Art,Marilyn Monroe,Audrey... | AllPosters Stretched Canvas Print Monroe, Marilyn, 9999, 12x16 | Studio101 Marilyn Monroe Wall Art - Original 16" x 20" Marilyn Monroe Poster... | 1950s Legends Elvis Presley & Marilyn Monroe Wall Art Decor Framed Poster | 23 x... | HISTORIX Vintage 1955 Marilyn Monroe Poster Photo - 16x20 Inch Old Picture of Maril... | Fatal Sexy -Monroe Black and White 16"x20" Unframed Poster Print (A) | SpiritualHands Marilyn Monroe Canvas Wall Art & Poster - Trendy Girly Makeup Room D... |
| ★★★★☆ 17 | $49.00 | ★★★★☆ 1 | ★★★★☆ 539 | $34.99 | $14.99 ✓prime | ★★★★☆ 29 |
| $59.99 | | $19.99 ✓prime | $69.99 | | | $25.99 |

## Product Description

**PRODUCT DESCRIPTION:**
Our stylish collection of posters portraying the American movie superstar, Marilyn Monroe, is a perfect option for your home design needs!

**SIZE AND MATERIAL INFO:**
Available sizes – 8"x10", 8"x12", 11"x17", 15"x22", 19"x28", 24"x36" and 32"x40".
Made in USA.
State-of-the-art quality poster paper.
Stylish wall art collection –This poster is part of one of our many collections; if you liked this piece, do not hesitate to check out our site for other canvases, posters, and home decoration items!
Brighten up any room and add more color to your everyday life with hundreds of canvases! We offer the best home decors and office decorations

## Product information

| Product Dimensions | 12 x 8 x 0.04 inches |
|---|---|
| ASIN | B07SB2DRLT |
| Customer Reviews | 4.2 ★★★★☆ ⌄ 37 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #996,770 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#41,397 in Posters & Prints |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Important information

To report an issue with this product or seller, click here.

## Compare with similar items

| | This Item  | Recommendations  |  |  |
|---|---|---|---|---|
| | Christmas Sweater for women Sea Printed Art Marilyn Monroe Black and White Printed Decor for Home Naked Marilyn Monroe Poster 8" x... | Buyartforless buyartforless Marilyn Monroe - Chanel #5 | Scorpio Posters Marilyn Monroe Money Shot - Laminated Poster - 24x36 inches | Poster Revolution Marilyn Monroe, Hollywood 1952 Art Print by Philippe Halsman Lifting Weights 28 x 22in |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $9⁹⁹ | $10⁵⁰ | $20⁴⁹ | $18⁹⁹ |
| Delivery | Get it Feb 8 - 13 | ✓prime FREE Delivery | Get it Jan 31 - Feb 5 | Get it Feb 2 - 5 |
| Customer Ratings | 4.2 ★★★★☆ 37 | 4.3 ★★★★☆ 5 | 4.7 ★★★★★ 41 | 4.7 ★★★★★ 82 |
| Sold By | Christmas Sweater for women | Amazon.com | The Blacklight Zone | Home of Art |
| Size | 8 in x 12 in | — | 24x36 Laminated Print | Size:24x36 inches. |
| Material | Paper | Paper | Paper | Paper |
| Frame Material | Unframed | Plastic | Unframed | Unframed |
| Paint Type | Watercolor | Watercolor | Oil | Watercolor |
| Theme | Movie | — | Movie | Hollywood |
| Shape | Rectangular | Rectangular | Rectangular | Rectangular |
| Weight | — | 0.02 kilograms | 0.75 pounds | 0.45 kilograms |
| Paper Finish | — | matte | — | matte |

## Related products with free delivery

Page 1 of 58

Sponsored ⓘ

      



Studio101 Marilyn
Monroe Wall Art -
Original 16" x 20"
Marilyn Monroe Poster...
★★★★☆ 1
$19.99 ✓prime

Flirt Sexy Monroe Black
and White 16"x20"
Unframed Poster Print
(A)
$14.99 ✓prime

Tapestry Marilyn Monroe
Wall Art Hanging Poster,
Home Decor Living
Room Artwork for...
$25.90 ✓prime

Marilyn Monroe Sticker
Sheet Vinyl Decal Crew
Laptop Water Bottle Car
Scrapbook (Ty...
★★★★☆ 4
$13.99 ✓prime

Marilyn Monroe Sticker
Sheet Vinyl Decal Crew
Laptop Water Bottle Car
Scrapbook (Ty...
★★★★★ 3
$13.99 ✓prime

The Beatles Abbey Road
Drinks and Spirits
Premium Wall Art
Canvas Prints 'Pricel...
★★★★★ 82
$61.91 ✓prime
Save 15% with coupon

Poster Master Marilyn
Poster - Mugshot Print -
Hollywood Art -
Celebrity Art - Phot...
★★★★☆ 4
$12.95 ✓prime

wet n wild Marilyn Monroe Collection Icon
Blush - Rose
$9.49 $9.99 ✓prime
Save 5% more with Subscribe & Save

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

HAUS AND HUES
Shop the Store on Amazon ›



HAUS AND HUES Iconic Woman Posters
Famous Woman Wall Art Black and Whit...
★★★★☆ 915
$34.99

TIMUBA
Shop the Store on Amazon ›



Hepburn Canvas Wall Art, Vintage
Hepburn Poster Framed Wall Decor,...
★★★★☆ 85
$29.98

SpiritualHands
Shop the Store on Amazon ›



SpiritualHands Marilyn Monroe Canvas
Wall Art & Poster - Trendy Girly Makeup...
★★★★☆ 29
$159.99

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★☆ 4.2 out of 5
37 global ratings

| | | |
|---|---|---|
| 5 star | | 61% |
| 4 star | | 13% |
| 3 star | | 14% |
| 2 star | | 7% |
| 1 star | | 5% |

∨ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



wet n wild Marilyn Monroe Collection Ico...
$9.49 $9.99 ✓prime
Save 5% more with Subscribe & Save

Sponsored ⓘ

Top reviews ▼

### Top reviews from the United States



Joni Rice
★★★☆☆ **Blurry**
Reviewed in the United States on November 29, 2023
Size: 11 in x 17 in | Verified Purchase

I was so excited to get this but when I opened it, I was disappointed bc it's just a poorly printed, grainy image.

Helpful | Report

Sazzykays
★★☆☆☆ **Horrible quality**
Reviewed in the United States on October 2, 2021
Size: 15 in x 22 in | Verified Purchase

Seriously not impressed. Another photo I bought for my husband. It looks way too digitized.

Helpful | Report



Dutchess L Williams
★★★☆☆ **Not a very good quality print**
Reviewed in the United States on May 19, 2023
Size: 15 in x 22 in | Verified Purchase

Was blury not at all what I was hoping for
Was blury not at all what I was hoping for

Helpful | Report

steve smith
★★☆☆☆ **Took too long to get**
Reviewed in the United States on May 30, 2021
Size: 8 in x 12 in | Verified Purchase

Shipping took way too long in my opinion. They needto use someone other than DHL. Print quality was fair.

Helpful | Report

Makita kemoe

Makita kempe

Poor Quality

Reviewed in the United States on May 25, 2021

Size: 8 in x 12 in   | Verified Purchase

Slightly blurry

Helpful | Report

See more reviews ›

## Similar items that deliver to you quickly

⋮













| | | | | | |
|---|---|---|---|---|---|
| Marilyn Monroe, Hollywood 1952 Art Print by Philippe Halsman Lifting Weights 28 x 22in | The Gifted Stationery 6 Pack Marilyn Monroe Poster Set, 11x17 Inch Black and White Pictures for Wall Art and Decor | MIGHTYPRINT Marilyn Monroe – Red Lips – Durable 17" x 24" Wall Art – NOT Made of Pap... | Buyarforless Rare Photograph of Marilyn Monroe Hot Mess in Bed Art Printed Poster Made in The USA, Black, 12 x... | (22x28) Marilyn Monroe Workin' It Movie Poster Print | buyarforless Rare Photograph of Marilyn Monroe with Flower 12x16 Art Printed Poster Made in The USA |
| ★★★★½ 82 | ★★★★½ 227 | Amazon's Choice in Posters & Prints ★★★★½ 191 | ★★★★½ 34 | ★★★★★ 48 | ★★★★☆ 25 |
| $18.99 | $9.99 | $23.99 | $17.22 | 2 offers from $15.49 | $17.21 |
| Get it Feb 2 - 5 | prime FREE One-Day Get it Tomorrow, Jan 27 | prime FREE Delivery Sunday, Jan 28 | prime FREE One-Day Get it Tomorrow, Jan 27 | | prime FREE Delivery Sunday, Jan 28 |
| $4.99 shipping | | | | | |




You gifted them. Now cover them with just one plan. | asurion complete protect | Learn more

Sponsored ⓘ

## Recommended Devices inspired by your shopping history
Page 1 of 7

‹















›

| | | | | | | |
|---|---|---|---|---|---|---|
| Ring Floodlight Cam Wired Pro with Bird's Eye View and 3D Motion Detection, White | Ring Spotlight Cam Plus, Battery | Two-Way Talk, Color Night Vision, and Security Siren (2022 release) - White | Ring Floodlight Cam Wired Plus with motion-activated 1080p HD video, Black (2021 release) | Ring Solar Panel (2nd Generation), 4W for Stick Up Cam, Stick Up Cam Pro, Spotlight Cam Plus, Spotlight Cam Pro -... | Amazon Kindle Paperwhite Signature Edition (32 GB) – With auto-adjusting front light, wireless charging... | Ring Rechargeable Battery Pack | Amazon Kindle Scribe |
| ★★★★½ 8,416 | ★★★★½ 8,311 | ★★★★½ 33,166 | ★★★★½ 5,471 | ★★★★½ 23,347 | ★★★★½ 119,867 | |
| $249.99 | $169.99 | $199.99 | $59.99 | $189.99 | $34.99 | |
| prime Today by 6:00 PM | prime Today by 6:00 PM | prime Today by 6:00 PM | prime Today by 6:00 PM | prime FREE Delivery Sunday, Jan 28 | | |
| | ✅ Climate Pledge Friendly ✓ | | | ✅ Climate Pledge Friendly ✓ | | |

## Best Sellers in Home & Kitchen
Page 1 of 7

‹















›

| | | | | | | |
|---|---|---|---|---|---|---|
| Stanley Quencher H2.0 FlowState Stainless Steel Vacuum Insulated... | Queen Size 4 Piece Sheet Set - Comfy Breathabl... | Owala FreeSip Insulated Stainless Steel Water Bottle with Straw for... | Bedsure Satin Pillowcase for Hair and Skin Quee... | STANLEY IceFlow Stainless Steel Tumbler with Straw, Vacuum Insulated Water Bottle for Home, Office or Ca... | Utopia Bedding Queen Bed Sheets Set - 4 Piece Bedding - Brushed... | Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches... |
| ★★★★½ 42,540 | ★★★★½ 303,682 | ★★★★★ 30,761 | ★★★★½ 303,529 | ★★★★½ 169,904 | ★★★★½ 169,904 | ★★★★½ 182,123 |
| 3K+ bought in past month | 10K+ bought in past month | 10K+ bought in past month | 20K+ bought in past month | 10K+ bought in past month | 20K+ bought in past month | 40K+ bought in past month |
| #1 Best Seller in Kitchen & Dining | #1 Best Seller in Sheet & Pillowcase Sets | #1 Best Seller in Insulated Bottles | #1 Best Seller in Bed Pillow Pillowcases | | Amazon's Choice in Sheet & Pillowcase Sets | #1 Best Seller in Throw Pillow Inserts |
| $35.00 | 15% off Limited time deal | 52% off Limited time deal | 52% off Limited time deal | $35.00 | $15.95 | $15.99 ($8.00/Count) |
| | $25.44 | $22.39 | $5.57 ($2.79/Count) | | | |
| | Typical: $29.99 | | List: $11.69 | | | |
| prime FREE Delivery Sunday, Jan 28 | prime Today by 6:00 PM | prime Today by 6:00 PM | prime Today by 6:00 PM | | prime Today by 6:00 PM | prime Today by 6:00 PM |
| | ✅ Climate Pledge Friendly ✓ | | ✅ Climate Pledge Friendly ✓ | | ✅ Climate Pledge Friendly ✓ | ✅ Climate Pledge Friendly ✓ |

## Your Browsing History   View or edit your browsing history
Page 1 of 5

‹
















›

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



English    United States

| | | | |
|---|---|---|---|
| Amazon Music | Amazon Ads | 6pm | AbeBooks |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime |
| Whole Foods Market | Woot! | Zappos | Ring |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

| | | |
|---|---|---|
| ACX | Sell on Amazon | Amazon Business |
| Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Audible | Box Office Mojo | Goodreads |
| Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| Prime Video Direct | Shopbop | Amazon Warehouse |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| eero WiFi | Blink | Neighbors App |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates