# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,**<br><br>　　*Plaintiff*,<br><br>v.<br><br>**18_Jewellery,** *et al.,*<br><br>　　*Defendants.* | **SEALED**<br><br>Civil Action No. |

## DECLARATION OF KEVIN CLARKE

I, Kevin Clarke, do hereby declare that the following facts are true and accurate to the best of my knowledge, information, and belief.

1.　I am over eighteen (18) years old and am fully competent to attest to the matters stated herein.

2.　I am Executive Vice Chairman for Authentic Brands Group, LLC ("ABG") and its subsidiary, The Estate of Marilyn Monroe LLC.

3.　ABG is a brand management company that owns and/or controls the rights to over fifty (50) well-known brands for personalities such as ELVIS PRESLEY, MARILYN MONROE, MUHAMMAD ALI, and others as well as retail and fashion brands such as AEROPOSTALE, AIRWALK, BARNEYS NEW YORK, BROOKS BROTHERS, FOREVER 21, and numerous others.

## I. BACKGROUND

4. Plaintiff, The Estate of Marilyn Monroe LLC ("The Monroe Estate") is a limited liability company organized under the laws of Delaware. The Monroe Estate owns all intellectual property, including all trademark rights, of Marilyn Monroe's estate and is current owner of the global trademark portfolio of the late Marilyn Monroe. The Monroe Estate is a subsidiary of ABG.

5. Marilyn Monroe ("Monroe") was an actress, model, and singer whose films grossed approximately $200 million by the time of her death in 1962. Subsequently, The American Film Institute named her the sixth greatest female screen legend in American film history, Smithsonian Magazine named her as one of the 100 Most Significant Americans of All Time, and the book *The Guide to United States Popular Culture* has called her an "icon of American popular culture . . . [whose] rivals in popularity include Elvis Presley and Mickey Mouse[.]"

## II. MONROE'S TRADEMARKS

6. The Monroe Estate owns numerous registered and common law trademarks (the "MONROE Marks") including MARILYN, MARILYN MONROE, DIAMONDS ARE A GIRL'S BEST FRIEND, and many others.

7. The MONROE Marks have been consistently used in commerce for decades and cover everything from wine, to clothing and accessories, to jewelry, to

2

linens and home décor, to handbags and leather goods, to cosmetics, to puzzles and games, to posters and stationery items, and nearly everything in between.

8. As a result of The Monroe Estate's extensive use of the MONROE Marks for many years, consumers have come to recognize the MONROE Marks as indicating products emanating from The Monroe Estate or its licensees.

9. True and correct copies of United States federal trademark registrations for the MONROE Marks are attached collectively as Exhibit A to the Complaint.

### III. EFFORTS TO COMBAT COUNTERFEITERS AND INFRINGERS

10. Due to Monroe's worldwide reputation, the MONROE Marks are subject to frequent unauthorized use. Many third parties use the MONROE Marks, both online and offline, without authorization, on or in connection with the advertising and sale of a variety of products. The sale of unauthorized products bearing counterfeit and/or infringing copies of the MONROE Marks poses a real threat to Monroe's brand, the sustainability of The Monroe Estate's business, and to the individuals and companies who unwittingly purchase them.

11. When the MONROE Marks are used without authorization, The Monroe Estate is deprived of the opportunity to exercise quality control, a hallmark of trademark ownership. Unauthorized products bearing counterfeit and/or

infringing marks are of an unknown and often inferior quality. Such products are manufactured under unknown circumstances, from unknown materials, and are not required to comply with federal safety or labeling standards. Products that do not meet The Monroe Estate's quality standards erode the brand's valuable reputation and goodwill. If consumers are dissatisfied with the quality of the unauthorized product they purchase, that displeasure will be attributed to Monroe's brand. The availability of unauthorized products also costs The Monroe Estate considerable lost sales and harms our relationships with The Monroe Estate's authorized licensees. Unauthorized use of the MONROE Marks also devalues the brand and corrodes The Monroe Estate's exclusive rights in the MONROE Marks.

12. The Monroe Estate frequently uses standard notice and takedown procedures to remove counterfeit and/or infringing goods from the Internet. Despite these efforts, counterfeit and infringing products continue to be readily available through major e-commerce marketplaces, including but not limited to Alibaba, AliExpress, Amazon, DHGate, eBay, Etsy, Joom, Printerval, Temu, Walmart, and Wish (each a "Marketplace" and collectively the "Marketplaces"). Based on what I have been told, the Marketplace intellectual property rights ("IPR") notice and takedown mechanisms have not been fully effectual in our

continuing fight against the marketing and sale of counterfeit and/or infringing products bearing the MONROE Marks.

### IV. IDENTIFYING COUNTERFEITERS AND INFRINGERS

13. We can typically identify counterfeit and/or infringing versions of our products by visual inspection, including the country of origin, seller identity, type, labeling, packaging materials, and/or price at which the products are sold. With the assistance of The Sladkus Law Group, it has been confirmed that each Defendant is selling non-genuine products bearing or in conjunction with one or more marks that are identical or confusingly similar to at least one of the MONROE Marks. None of the Defendants is, or has ever been, authorized to sell, offer for sale, distribute, or advertise any goods under or in connection with any of the MONROE Marks. None of the Defendants is licensed to use any of the MONROE Marks.

[*Signature on Following Page*]

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct to the best of my knowledge, information, and belief, and that I signed this declaration on the date set forth below.

By: _____     Date: 3/20/23
KEVIN CLARKE