# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,** | **SEALED** |
| *Plaintiff*, | |
| v. | Civil Action No. |
| **18_Jewellery,** *et al.*, | |
| *Defendants.* | |

### PLAINTIFF'S MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, AND ORDER TO SHOW CAUSE

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel, hereby moves this Court for an *ex parte* Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65, an asset freeze order pursuant to this Court's inherent equitable authority, and an order for Defendants to appear and show cause why a preliminary injunction should not issue.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declarations of Kevin Clarke and Jeffrey B. Sladkus, filed concurrently herewith. A proposed Order is also submitted with this Motion.

Dated: February 6, 2024.

                        Respectfully submitted,
                        THE SLADKUS LAW GROUP

                        *s/Carrie A. Hanlon*
                        Carrie A. Hanlon
                        Ga. Bar No. 289725
                        E-mail: carrie@sladlaw.com
                        Jason H. Cooper
                        Ga. Bar No. 778884
                        E-mail: jason@sladlaw.com

                        1397 Carroll Drive
                        Atlanta, GA 30318
                        Telephone: (404) 252-0900
                        Facsimile: (404) 252-0970

                        ***Attorneys for Plaintiff***