IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**18_Jewellery,** *et al.,*<br><br>*Defendants.* | **SEALED**<br><br>Civil Action No. |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, the Court's Local Rules, and Northern District of Georgia Standing Order 19-01, hereby respectfully moves for entry of an Order granting Plaintiff leave to file its Summonses, Complaint, Motion for *Ex Parte* Temporary Restraining Order and Asset Freeze Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, supporting memoranda, supporting declarations, supporting exhibits, and proposed orders under seal.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeffrey B. Sladkus, filed concurrently herewith. A proposed order is also attached for the Court's convenience.

Dated: February 6, 2024.

                          Respectfully submitted,
                          THE SLADKUS LAW GROUP

                          *s/Carrie A. Hanlon*
                          Carrie A. Hanlon
                          Ga. Bar No. 289725
                          E-mail: carrie@sladlaw.com
                          Jason H. Cooper
                          Ga. Bar No. 778884
                          E-mail: jason@sladlaw.com

                          1397 Carroll Drive
                          Atlanta, GA 30318
                          Telephone: (404) 252-0900
                          Facsimile: (404) 252-0970

                          ***Attorneys for Plaintiff***