IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**18_Jewellery,** *et al.,*<br><br>*Defendants.* | **SEALED**<br><br>Civil Action No. |

**PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE PROCESS ON DEFENDANTS BY ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel, hereby moves for entry of an order authorizing service of process on Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeffrey B. Sladkus, filed concurrently herewith. A proposed Order is also submitted with this Motion.

Dated: February 6, 2024.

                                      Respectfully submitted,
                                      THE SLADKUS LAW GROUP

                                      *s/ Carrie A. Hanlon*
                                      Carrie A. Hanlon
                                      Ga. Bar No. 289725
                                      E-mail: carrie@sladlaw.com
                                      Jason H. Cooper
                                      Ga. Bar No. 778884
                                      E-mail: jason@sladlaw.com

                                      1397 Carroll Drive
                                      Atlanta, GA 30318
                                      Telephone: (404) 252-0900
                                      Facsimile: (404) 252-0970

                                      ***Attorneys for Plaintiff***