IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 22 2024

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| THE ESTATE OF MARILYN MONROE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>**18_Jewellery,** *et al.,*<br><br>*Defendants.* | **SEALED**<br>Case No.: 1:24-cv-0550-MLB |

**PLAINTIFF'S MOTION TO LIFT SEAL
AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel, hereby respectfully moves for entry of an order lifting the seal previously imposed by the Court on February 6, 2024, in its Order Granting Plaintiff's Motion for Leave to File Under Seal. In support of this motion, Plaintiff relies on the facts and legal authority discussed below.

On February 6, 2024, Plaintiff filed its Motion for Leave to File Under Seal seeking an order granting Plaintiff leave to file its summonses, complaint, Motion for *Ex Parte* Temporary Restraining Order and Asset Freeze Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, supporting memoranda, supporting declarations, and proposed orders under seal (the "Motion"). The Motion was necessary to avoid tipping off Defendants to the existence of this

lawsuit and affording them an opportunity to evade the TRO and liability for their infringing conduct. Now that all Defendants have been served with process and the TRO and the relevant Marketplaces and Financial Institutions have implemented the required asset freeze, the foregoing risk has been mitigated. As such, the proceedings can now be made public.

WHEREFORE, Plaintiff hereby respectfully requests the Court grant the subject Motion to Lift Seal and enter an order lifting the seal on this case. A proposed order is attached for the Court's convenience.

Dated: February 22, 2024.

          Respectfully submitted,
          THE SLADKUS LAW GROUP

          *s/ Jason H. Cooper*
          Carrie A. Hanlon
          Ga. Bar No. 289725
          E-mail: carrie@sladlaw.com
          Jason H. Cooper
          Ga. Bar No. 778884
          E-mail: jason@sladlaw.com

          1397 Carroll Drive
          Atlanta, GA 30318
          Telephone: (404) 252-0900
          Facsimile: (404) 252-0970

          *Attorneys for Plaintiff*

## **CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7. 1(D), I certify that this paper was prepared with one of the font and point selections approved by the Court in LR 5.1(B).

By: *s/ Jason H. Cooper*
Jason H. Cooper