RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 22 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF MARILYN MONROE LLC, *Plaintiff*, v. 18_Jewellery, *et al.*, *Defendants*. | **SEALED**<br>Case No.: 1:24-cv-0550-MLB |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO LIFT SEAL

THIS CAUSE, comes before the Court on Plaintiff The Estate of Marilyn Monroe LLC's Motion to Lift Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is hereby GRANTED. The seal previously imposed pursuant to this Court's Order Granting Plaintiff's Motion for Leave to File Under Seal is hereby lifted and all judicial records shall be made publicly available.

SO ORDERED: this _____ day of _____, 2024.

_____
HON. MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

1