IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,**  *Plaintiff,*  v.  **18_Jewellery,** *et al.,*  *Defendants.* | Case No.: 1:24-cv-0550-MLB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. art-store88;
2. art2008sky;
3. artroom11;
4. Botefa Store;
5. Florawallpaper;
6. GGgirl;
7. gogohobby81;
8. hello223344;

1

9. ideaboat;

10. Ideabus-Hometextile-crafts-gallery;

11. Luohobbyshop;

12. MakeUpWallDecor;

13. Mdqart;

14. Oriental Trading Company, Inc.;

15. WJ_2032;

16. wongsbedding_uk;

17. xfmiao;

18. Ymipainting; and

19. yx-painting.

Dated: March 15, 2024.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Abbie Cook*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com
        Abbie Cook
        Ga. Bar No. 905603
        E-mail: abbie@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
***Attorneys for Plaintiff***

3